

United States District Court
Southern District of New York

_____

Annamarie Trombetta

    Plaintiff

vs.

Norb Novocin, Marie Novocin and
Estate Auctions Inc.

    Defendants
_____

Case No. 18-cv-0993-RA-HBP

Plaintiff's Request
for an Extension

    The Plaintiff, Annamarie Trombetta in Case No. 18-cv-0993-RA-HBP is in sincere need of requesting an extension date after April 8, 2019 from the Honorable Judge Abrams and Magistrate Judge Pitman due to time constraints. Prior to being contacted by the court in February 2019, I have committed my time to many professional and personal appointments, deadlines and commitments. Time to compose a status letter for settlement is not possible during the month of March 2019. My sincere apologies for this necessary request for an extension.

    Secondly, I wish to request permission from Judge Ronnie Abrams to forward the phone recording made by Norb Novicin and the full link to "*Delaware Business Times*" to the Defendant's Counsel, Anderson Duff via e-mail. Please advise and confirm or deny this request.

The Plaintiff respectfully petitions for your cooperation pertaining to my request for an extension and shall await your response.

Dated: February 28, 2019    By: _____
                                         Annamarie Trombetta

Anderson J. Duff                    175 East 96th Street (12 R)

244 5th Avenue Ste. 2230        New York, New York   10128

New York New York, 11101

Application granted. The parties shall submit a status letter as to their settlement efforts no later than April 15, 2019.

SO ORDERED:

_____
Ronnie Abrams, U.S.D.J.
March 6, 2019