Annamarie Trombetta
175  East 96th Street
New York, New York 10128
Pro se`  Litigant

RECEIVED
SDNY PRO SE OFFICE

2019 APR 24  PM 4: 39

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square ,  Courtroom
New York, New York 10007

Re:  Annamarie Trombetta v Norb Novicin -Marie Novicin- Estate Auctions Inc.

Dear Judge Abrams:

I am a Pro se' Litigant  in Case No.18-CV-0093-RA-HBP.   In preparation for the April 25, 2019 meeting with Defendants and Defendant's Attorney Anderson Duff Plaintiff Annamarie Trombetta respectfully submits information  Plaintiff writes to respectfully request that  this case and claim stayed pending  recognition  and resolution  of the Plaintiff's evidence.  The evidence validates and further supports  the  laws, the claims and  the charges here within this lawsuit.  The  laws and evidence descriptively  and  visually enunciated  in these  submitted documents.  They are the quintessential examples related to the laws which prove the infringements and violations that the Defendant's have committed.

Secondly,  the Defendants have ignored any responsibility for their actions.  All  attempts taken  by the Plaintiff to offset this lawsuit have been documented. This submission of new information is to further inform the Defendant's Attorney and the Defendants of their actions, violations and   liabilities.

Third,  Plaintiff Annamarie Trombetta is entering information  into the case that was sent via e-mail and  regular mail.  This information was NOT solicited nor request by Plaintiff Annamarie Trombetta .  This information was  not  known to the Plaintiff  upon and at the time of the commencement of  this case in February 2018.   The new information entered  reveals the character of the Defendants and the Defendant's Attorney and will further supports the Plaintiff, Annamarie Trombetta  -Artist and Sole Proprietor/ claim and the necessity to facilitate  a law suit against Defendant Norb Novicin, Marie Novicin and Estate Auctions Inc.

The Plaintiff's Settlement offer to end this case is within these documents.   In summary the amount of settlement  can decrease   depending upon the information that the Defendant are willing to exchange— for example—the 12  photos listed in the description  of the fraudulently sold painting and the Plaintiff's settlement letter sent by an attorney two years ago  are two examples how  the Defendants can submit requested information   to lower the  amount of the settlement.  In essence the Defendants take part in reducing the settlement by submitting the requested information they should already  have in their possession.

## FIRST  ISSUE WHICH VALIDATES THE SUBMISSION AND THE VIOLATIONS COMMITTED

In Attorney's  Anderson Duff's  "Defendants' Memorandum in Support of Motion to Dismiss" the Plaintiff's claims  counsel wrote  " [ B ]efore proceeding to discovery, a complaint must allege facts suggestive of illegal  conduct.  Even good legal conclusions must be supported by well-pled factual allegations. Iqbal 556 U.S. at 678  "To survive a motion to dismiss, a

complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (quoting Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007)).

"A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."   The Defendant's  Attorney Anderson Duff  further states in his Memorandum  " Viewing Plaintiff's claims through this prism, they {the Claims} should be dismissed with prejudice.  Plaintiff has not and cannot allege facts that nudge Plaintiff's claims from conceivable to plausible".


Plaintiff Annamarie Trombetta  based on the Defendant's  Memorandum settlement offer on April 15, 2019  will  AGAIN DEFINE-each Law, Act, and claim  providing Irrefutable PROOF to each claim listed in this lawsuit.

I.   **Lanham Act Claim**   —-The Definition of the claim below states:

**The Trademark Act of 1946 (Lanham Act)  (amended by the Trademark Revision Act of 1988) 15 U.S.C. § 1051 et seq.; 19 C.F.R. § 133.1 et seq.**

Trademarks used in interstate commerce are protected under the Trademark Act of 1946, also known as the Lanham Act. **Unlike copyrights and patents, trademarks may be protected under state law, federal law, or both. Registration is not necessary for the protection of a trademark**. See _Two Pesos, v. Taco Cabana, 505 U.S. 763 at 768 (1992)._ **A trademark gains protection through distinctiveness and use.** The benefit of federal registration of a mark is that the registration constitutes prima facie evidence of both the validity and ownership of the mark, as well as the right to use the mark in commerce. **Registration also gives the owner the right to prevent the importation of counterfeit goods and the right to bring an action under 15 U.S.C. § 116(d) to prevent the use of counterfeit marks. In addition, a registered mark becomes incontestable after five years of continuous post-registration use.** Title **15 U.S.C. §1125(a)** provides for a cause of action for trademark infringement of unregistered marks. Remedies for infringement of a registered mark are at 15 U.S.C. § 1114 _et seq._ Trademark infringement is use in commerce of a mark identical or similar to that used by another seller in a way that confuses the public about the actual source of the goods or services in question. The test for liability for infringement is "likelihood of confusion." The law states that an infringer shall be liable in a civil action to any person who believes that he or she is _likely to be damaged_ by the infringer's actions. **Thus, in order to have standing to bring an action under § 1125(a), actual damage need not be shown, but rather a likelihood of damages.** Most courts have held that the plaintiff need not be a direct competitor of the infringer, but that some level of competition is necessary. Some courts have concluded that competition need not exist at all. See _Standing to Bring False Advertising Claim or Unfair Competition Claim Under § 43(a)(1) of Lanham Act,_ 124 A.L.R. Fed. 189. **In addition, a plaintiff seeking injunctive relief under this section must only show "likelihood of confusion." Injury in terms of actual confusion is necessary to obtain monetary relief.  15 U.S.C. § 1114. The test for infringement of registered or unregistered marks is the same.**

**Plaintiff owns a protectable mark —logo —which is part of the artist's signature branding.**

Plaintiff Annamarie Trombetta's website has been on the internet since 2003. This exceeds the Lanham Act requirement " **a registered mark becomes incontestable after five years of continuous post-registration use.** " All of the website pages have a copyright circle with the letter C and the statement  " All work on this site are © Annamarie Trombetta".    In addition there is the ⓣⒹⓂⒸⒶ! logo.    Most importantly there is the artist's personal  triangular shaped logo for business evidenced in the artist distinctive  personally designed trademark designation logo which is on each and every  page of the artist's website.

Plaintiff Annamarie Trombetta enters into evidence xerox copies of the Plaintiff's website.

**EXHIBIT  A -**Home Page Website  with copyright symbol  and statement  All rights reserved by Annamarie Trombetta .

**EXHIBIT  B**— Biography Page —Estate Auction copied verbatim  the first half of my biography.

**EXHIBIT  C**— The Contact page on the Plaintiff's website with the Plaintiff's e-mail and telephone.  Prior to using  the Artist's Biography the Defendants could have contacted the Artist to authenticate any works.  The Defendants refuse to accept accountability for violations.

**EXHIBIT D**—Video Page from Artist Annamarie Trombetta's   duly documented an dated  in 2004 Solo Exhibit  "Central to  Staten Island at the  Staten  Island Museum.

**EXHIBIT E—**Entered into evidence is the **Defendant's photo feature** of a signature in Oil Paint on canvas  "A . Trombetta"

**EXHIBIT F-**description of the fraudulent painting Man with Red Umbrella signed Annamarie Trombetta

**The signature in the photo which was placed next to my biography creates a false illusion or confusion to anyone that  views this signature to appear to belong to Artist Annamarie Trombetta.**   Last is the xerox of the description of the fraudulent painting Man(or Woman) with Red Umbrella signed Annamarie Trombetta  **EXHIBIT F- as in fraudulent**. As the photo reveals the signature is A. Trombetta not Annamarie Trombetta  and it was not by the Plaintiff's/Artist hand nor does it resemble the artist's true signature.

The exhibits and Lanham Act Laws 15 U.S. Code § 1125 and § 1125(a)] False designations of origin, false descriptions, and dilution forbidden 15 U.S.C. § 1051 et seq. validate and exceed the plausible evidence as positive proof of violations to the Plaintiff by the Defendants .

**II.   The Visual Artist's Right's Act 17 U.S. Code §106A. Rights of certain authors to attribution and integrity .   This is a Federal Law that includes moral rights  The Law below states:**

(a)Rights of Attribution and Integrity.—Subject to section 107 and independent of the exclusive rights provided in section 106, the author of a <u>work of visual art</u>—
(1) shall have the right—
(A) to claim authorship of that work, and

(B) to prevent the use of his or her name as the author of any <u>work of visual art</u> which he or she did not create;

Moral rights include:

1. disclosure or divulgation, which allows the artist to determine when a work is complete and may be displayed;

2. **paternity or attribution, which allows an artist to protect the identification of his name with his own work,  and to disclaim it when applied to another's;**

3. the right of withdrawal, which permits the artist to modify or withdraw a work following publication; and

4. **integrity, which allows the artist to prevent his work from being displayed in an altered, distorted, or mutilated form.**

**The  VARA CLAIM is a clear example of  the law and the rights of Artist Annamarie Trombetta  to claim damages for the fraudulent and unauthorized use of her name.**

Plaintiff Annamarie Trombetta repeatedly conveyed to all parties  that I did not and have not created the sold painting in a phone call that Norb Novicin initiated.   At no time did the Plaintiff Annamarie Trombetta ever have  contact with Estate Auctions nor did the Plaintiff  ever do business with the Defendants prior to the  internet posting.   The Plaintiff does not know or has not seen the fraudulent Original Oil Painting.   Despite the statement  there are 12 Photos  in the description online—no photos of the painting were visually available.   A photo of  "A. Trombetta  painted in oil on canvas, that is not the Plaintiff's signature, was the only visual photo image.  Again in 2017 Defendant  Norb Novicin phoned Plaintiff Annamarie Trombetta to inform the artist that Estate Auction did not have any information on the painting  nor could tell the Plaintiff the name of the purchaser of the fraudulent painting.  During the conversation  the Plaintiff informed the defendant that she did not create the painting and that by selling this painting using the name  and biography Annamarie Trombetta was "fraud".  In conclusion, Norb Novicin told the Plaintiff to "Go for It" and to "Hire an Attorney".

  The unauthorized use of the Plaintiff's name to sell a painting that the Plaintiff did not create is a  quintessential example in the purest form of  a violation of the Visual Artists Right Act.  Further the painting 1972 Original Oil Painting "Man (or Woman) with Red Umbrella  in 1972 was not only misappropriated —it was  listed / classified  and associated with the Plaintiff's name  on the internet via Google-Bing etc.  This painting was also described as "Shabby Chic" with two  large tears. My name and reputation was associated with a damaged painting that was sold for a small fee of $181.50 which publicly  undervalues the worth of my art my career and reputation .

Lastly on  February 19, 2019 at the conference  with Judge Ronnie Abrams the mentioning  of Anderson Duff's exemplary case Carter vs. Hemsley- Spear, Inc  came up. In the Plaintiff's case this  example is not applicable nor a valid reference for dismissal of the Plaintiff's VARA claim for the following reasons:

In the case of Carter vs. Hemsley- Spear, Inc  **Citation**: 71 F.3d 77 in  (1995) the sculptors were "HIRED" to create the artwork  The Summary states :

- The right of "integrity" which allows the creator of the work to prevent any deforming or mutilating changes to a work, even after he or she has transferred ownership of the work.
- The right of "attribution" which generally consists of the artist's right to be recognized by name as the author of a work and to prevent creation of the work from being attributed to someone else. This right includes the right to prevent use of the author's name on works created by others, including distorted editions of the author's original work.

The court concluded the artists' sculpture here was **a work made for hire, it was not protected by VARA.** Factors considered in determining whether a work was produced for hire include the artist's right to control the manner and means by which the product was produced, the location of the work, the duration of the relationship between the parties, the method of payment and provision of employee benefits, and the tax treatment of the artist.

**Plaintiff Annamarie Trombetta did NOT create the painting  1972 Original Oil Painting "Man (or Woman) with Red Umbrella  in 1972.**  The photograph of the signature A. Trombetta was not done by the Plaintiff .  Plaintiff's  biography was falsely used and secondly the false listing came up on the internet under the Plaintiff's name—-and under Artist Annamarie Trombetta.  This unlawful action entitles the Plaintiff to Actual and Statutory Damages.

Plaintiff enters into exhibit as VARA Damages  the three separate listings on the Internet

**EXHIBIT G**  Google listing of Fraudulent painting under  the name Annamarie Trombetta. This listing is "1972 Original Oil Painting Man with Red Umbrella Signed Annamarie Trombetta YQZ

**EXHIBIT H** Google listing of Fraudulent painting under  Artist Annamarie Trombetta This listing is "1972 Original Oil Painting Man with Red Umbrella Signed Annamarie Trombetta New York Listed Artist **Shabby** Chic Condition.    This word and the description profoundly damages my artistic reputation.  The Plaintiff asks the court to consider the extent of such a listing and description under the Google Listing for Artist Annamarie Trombetta.  This is my career, my business and my livelihood that has been adversely effected.
**The definition of Shabby :** impaired by wear, use, etc.; worn: shabby clothes. showing conspicuous signs of wear or neglect:    wearing worn clothes or having a slovenly or unkempt appearance: a shabby person.  run-down, seedy, or dilapidated: inferior; not up to par in quality, performance, etc.:

**EXHIBIT I**  Google listing of Fraudulent  painting in which bonafide  listings and links of artist Annamarie Trombetta are associated with this painting that the artist had no involvement.

**III. Copyright Infringement Act**

**Copyright infringement is the act of violating any of a copyright owner's <u>exclusive rights</u> granted by the federal Copyright Act.  There are three elements that must be in place in order for the infringement to occur.**

The Plaintiff for the convenience of the court listed the Penalties and conditions:

1. The copyright holder must have a valid copyright.
2. The person who is allegedly infringing must have access to the copyrighted work. **(In this case the Defendant had access to the Plaintiff's biography on the artist's website which is on the Internet).**
3. The duplication of the copyrighted work must be outside the **<u>exceptions</u>**.

The legal penalties for copyright infringement are:

1. Infringer pays the actual dollar amount of damages and profits.
2. The law provides a range from $200 to $150,000 for each work infringed.
3. Infringer pays for all attorneys fees and court costs.
4. The Court can issue an injunction to stop the infringing acts.
5. **The Court can impound the illegal works.**
6. **The infringer can go to jail.**

Plaintiff submits a copy of her Certificate of Registration with the Untied States Copyright Office Records. The Year of Completion is 2003. The Biographical Copyright Infringement took place in the range of years from 2012 to 2015 . Subsequent reposting after the Plaintiff contacted <u>worthpoint.com</u> occurred in the middle of 2016 and again into May 2017. The Defendants have not set forth any information regarding the data —photos—origin or provenance of the fraudulent painting that is misappropriated to the Plaintiff. The use of the Plaintiff' s unauthorized -detailed and personalized artist's biography without the artist's knowledge or consent is the basis for the copyright infringement claim.

**EXHIBIT J  Registration Certificate of Annamarie Trombetta's  Website # TX-8-655-807.**

Plaintiff submits into evidence the biography of Annamarie Trombetta that was fraudulently used by Estate Auctions  in the description for  "1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta"

**EXHIBIT K  Defendant's unauthorized use of    Plaintiff's biography.**

The unauthorized use of the Plaintiff's  Biography in association with a painting that the artist Annamarie Trombetta did not create constitutes copyright infringement.  In the description of "1972 Original Oil Painting Man with Red Umbrella it is stated that there are 12 photos.

The Plaintiff does not know the look or image of the fraudulent painting . The Defendant's Attorney Anderson Duff referenced the infringed copyright case of "Kelly v. L.L. Cool J. 145 F.R.D. 32, 26 (S.D.N.Y. 1992).  This  fails to be an adequate example at this time as the Defendant has not set forth any imagery despite the fact the Plaintiff requested it and  that the description lists 12 photos.  The painting is dated 1972. The artist's bio states  her formal training began in high school  The   visuals are absent.  The biography of artist Annamarie Trombetta is verbatim to the Plaintiff's biography on the artist's website. The professional artist Annamarie Trombetta allegations *"made on information and belief"* met the plausibility standard for the Copyright Infringement claim because her general allegations put the Norb and Marie

Novicin and the company  Estate Auctions on notice of how it infringed the copyrights, which is enough to survive a 12(b)(6) motion.

**IV. New York Consolidated Laws, Arts and Cultural Affairs Law -   ACA § 14.03**
**This is a New York State Law.**

1.   Except as limited by subdivision three of this section, on and after January first, nineteen hundred eighty-five, **no person other than the artist or a person acting with the artist's consent shall knowingly display in a place accessible to the public or publish a work of fine art or limited edition multiple of not more than three hundred copies by that artist or a reproduction thereof in an altered, defaced, mutilated or modified form if the work is displayed, published or reproduced as being the work of the artist, or under circumstances under which it would reasonably be regarded as being the work of the artist, and damage to the artist's reputation is reasonably likely to result therefrom, except that this section shall not apply to sequential imagery such as that in motion pictures.**

2.   (a) Except as limited by subdivision three of this section, the artist shall retain at all times the right to claim authorship, or, for just and valid reason, to disclaim authorship of such work. The right to claim authorship shall include the right of the artist to have his or her name appear on or in connection with such work as the artist.  The right to disclaim authorship shall include the right of the artist to prevent his or her name from appearing on or in connection with such work as the artist.  Just and valid reason for disclaiming authorship shall include that the work has been altered, defaced, mutilated or modified other than by the artist, without the artist's consent, and damage to the artist's reputation is reasonably likely to result or has resulted therefrom.

(b) The rights created by this subdivision shall exist in addition to any other rights and duties which may now or in the future be applicable.

Plaintiff Annamarie Trombetta has set forth a claim under New York Consolidated Laws Arts and Cultural Affairs Laws  § 14.03 for the following reasons:

1) This Law is applicable to the  artists that reside in the state of New York.  VARA is Federal Law and deals with the moral rights of the artists.

2) Law § 14.03 number 1— specifically deals with the right of an artist or any  designated artist agent's   CONSENT  to  display in public or  published a work of fine art etc as being the work of the artist.   The Plaintiff did not consent or know about the public display and use of her name, identity and biography on the internet.  This caused "damage" to the artist reputation due to the fact that the artwork described was damaged.  This public forum coupled with the fact that the work was deemed "Shabby Chic" on the internet and was sold for below the artist's net worth  — lowering the net worth and  retail value of the artist in a public platform adds to  the loss  and damages and substantiates the right to    A) Personal  Jurisdiciton  in the State of New York     B) New York State's Right to Claim Ownership    C) Protects's the Artist that resides in New York State  with the right of the

artist to have his or her name appear IN PUBLIC  on or in connection with such work as the artist.

The rights ACA § 14.03 pertain to New York State Artists and pertain to the **"Right to Publicly display artwork by consent.**  None of these rights were respected by the  Defendant.  All of this rights were violated.  Plaintiff petitions the court to include the claims and violations under New York Consolidated Laws, Arts and Cultural Affairs Law.

### V. New York Right of Publicity Law Claim § 50 § 51

Plaintiff can sue for damages for Emotional Distress under the this law.  Plaintiff is within the Statutes of Limitation and enters into evidence equalling  three forms of Proof.

 In January 2017  the Plaintiff contacted Estate Auctions Inc to inform the sellers that I did not create the painting sold and that EA Inc used my biography without my consent.  On January 4, 2017  I contacted via e-mail Will Seipple of Worthpoint  .com for the second time via e-mail.  The re-posting  the false sale of 1972 Original Oil Painting Man with Red Umbrella Signed Annamarie Trombetta YQZ and Estate Auctions Inc was reposted twice after the initial take down.  The posting was on the  internet  until spring 2017.    This Lawsuit was filed on February 5, 2018.  Aside from being within the statutes of limitations Plaintiff also  wishes to invoke the Discovery Rule:  The discovery rule - the statute of limitations for a cause of action does not begin to run until the time that the injured party discovers or reasonably should have discovered the injury.   The False posting was still on the internet after Feb. 5, 2017.

**1) EXHIBIT L** Phone call made by Defendant Norb Novicin to Plaintiff on Jan.10, 2017.

**2) EXHIBIT M** E-mail to Will Sieppel  on January 4, 2017 Solicitation to invest in the company.

**3) EXHIBIT N**  Third Reposting of Fraudulent painting  in  2017  which led to this lawsuit.

**§ 50**  A person, firm or corporation that uses for advertising purposes, or for the purposes of trade, the name, portrait or picture of any living person without having first obtained the written consent of such person, or if a minor of his or her parent or guardian, **is guilty of a misdemeanor.**

**§ 51 To violate § 51, a use of a person's identity must be:**

- Within New York state;
- For advertising or trade purposes; and
- Without written consent.

The focus on advertising and trade means that a use designed to solicit sales of products or services is forbidden. But this category of advertising uses is somewhat narrow; § 51 contains a long list of exceptions to the right of publicity, which include protections for:

- professional photographers against suits by their subjects;
- the use of an author's name, in connection with the work of that author;
- owners of copyrights in sound recordings; and

- using a person's identity in connection with products, if the person manufactured or sold those products under their identity.

**Damages** —Section 51 provides for both injunctive relief and compensatory damages. A plaintiff can seek an injunction against continued use of her identity, and can recover monetary damages to compensate for the harm caused by past uses. The damage award primarily compensates for emotional distress. See Garis v. Uncut-RawTV, No. CV 06–5031, 2011 WL 4404035, at *3-4 (E.D.N.Y, July 5, 2011).

Section 51 also provides for punitive or exemplary damages, if certain conditions are met. A plaintiff can recover exemplary damages if the defendant knew that the plaintiff had not consented to the use of her identity. Id. at 4-5. Courts may award exemplary damages if necessary to deter future violations of Section 51.

## PLAINTIFF SUBMITS INTO EVIDENCE INFORMATION REFLECTING THE CHARACTER OF THE DEFENDANTS AND THE DEFENDANT'S ATTORNEY ANDERSON DUFF.

The Plaintiff once again must inform the court that Plaintiff has NOT requested or solicited the following information.   This information/evidence reflects the character and conduct of the Defendants Norb and Marie Novicin and Estate Auctions Inc.

**EXHIBIT O**  Mail From Delaware Bankruptcy Court Case # 19-10056-BLS—Filing for Ch 7 bankruptcy by Norbert William Novicin Jr. and Marie Ellen Novocin on January 9, 2019

**EXHIBIT P**  E-mail from Henry Weller who phoned the Plaintiff on August 11, 2018  at 6 a.m. Submitted was the e-mail documents of Anderson Duff's attempted Burglary  charge.

**EXHIBIT Q**  Delaware Business Times May 24, 2018 Article  stating "The Seaford-based company has eight employees and generates up $1 million in sales per year".   Exhibit O is from January 2019 filing for bankruptcy. This is quite a strong contradiction in a period of nine months.

**EXHIBIT R**   Posting by Wendy Maritnez  dated December 6, 2016  on Estate Auctions Inc Facebook page —Counterfeit Item listed as French porcelain by EA INC. which is from China. This is another example outside of the Plaintiff's claim that reveals a false posting.

In addition I will also state that the actions by the Novicins constitutes Identity Theft. When this began Plaintiff was advised by the NYPD to close out all credit cards etc. which caused the Plaintiff a great deal of work and inconvenience.  In essence this was a form of Identity theft. This is a criminal action that the Plaintiff has the right to report . Please read definition  below:

**I·den·ti·ty theft**

noun: **identity theft**; plural noun: **identity thefts**

1. the fraudulent acquisition and use of a person's private identifying information, usually for financial gain.
2. **Identity theft** and **identity fraud** are terms used to refer to all **types of crime** in which someone wrongfully obtains and uses another person's personal data in some way that involves **fraud** or deception, typically for economic gain.

**Laws** 1. 18 U.S. Code § 1028. Fraud and related activity in connection with identification documents, authentication features, and information (a) Whoever, in a circumstance described in subsection (c) of this section 1) knowingly and without lawful authority produces an identification document, or a false identification document; (2)knowingly transfers an identification document, authentication feature, or a false identification document knowing that such document or feature was stolen or produced without lawful authority;2. Under the Identity Theft and Assumption Deterence Act, it is a federal crime when a person "knowingly transfers or uses, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law."

Plaintiff has endured for about four years the ordeal of fraudulent information removed and reposted on the internet. Every civilized and reasonable attempt to free the Plaintiff of this fraudulent posting —painting and purchase has caused a great deal of loss—frustration and insult to the Plaintiff. The signature of the artist on their painting increases the value of the work. Without the signature there is no authenticity to the artwork. To have my reputation associated with another unknown signature has caused my branding, my identity and my reputation to be severely compromised. The Defendants unacknowledged these facts which may indicate that they are susceptible to do it again; hence one of the reasons for this lawsuit.

Lastly this lawsuit and this submission holds valuable information to all artists. photographers, writers and the like that are sole proprietors vulnerable to misappropriation of their work. I sincerely hope this information can assist other should they find themselves in an unwanted litigation suit.

 The Plaintiff  in the hope of a resolution  offers the Settlement terms before the Defendants and The Honorable Judge Ronnie Abrams for review as a means to end this legal matter.

### Settlement  Offer from Plaintiff  Annamarie Trombetta

The Plaintiff  had a conditional offer  A)  The Plaintiff Requests the amount of $70,000 to settle this case. If the Defendants can submit all the information —-documents —-photos and statements that were duly documented prior to this law suit and settlement —

-The Plaintiff agrees to deduct  the amount by each article of information that is supplied by the Defendant's Norb Novicin  and Marie Novicin—-Estate Auctions Inc

The Requested Articles —-Documented Statements are as follows

1. Submission of the 12 photographs  duly written on the internet of the Actual Original  Oil Painting  Entitled Man (or Woman ) with the Red Umbrella.

2. The Name —Address —and Contact Phone Number of the Actual Owner of the painting. Notfication  Letter to the purchaser from Estate Auctions informing them that Artist Annamarie Trombetta is not the creator of this painting.

3. A photograph of the actual signature in Red described on the back of the painting.

4. Photographs of the tears or torn canvas in the description of the painting.

5.   The Name and Address  and a statement from the of the Lawyer that the Novicins consulted with regarding the Settlement Letter  sent by the Law Firm of Cahill Partners on behalf of the Plaintiff Annamarie Trombetta

6. The Letter Settlement Letter sent by Megan Noh of Cahill Partners Inc.

7.  A copy of the response letter by Marie Novicin to the Better Business Bureau

8. A written confirmation that all internal records and any publicly accessible data  including website metadata in regard to the sale of this painting have been corrected and removed.

9. If possible  a copy of the Defendant's 2012  Income taxes that reported the sale of the painting.

10.  An explanation and or  statement as to WHY the painting was sold in 2012  and is devoid of any proof  still on the internet in 2015.

For each piece of Proof that is entered by the Defendants and or their attorneys the Plaintiff will lower the amount of the  settlement.

I enter into the court documents for Case No.18-CV-0093-RA-HBP  Trombetta Vs. Norb

Novicin —Marie Novicin—Estate Auctions the information pertinent to  the validity, violations

and infringements set upon the Plaintiff.

Plaintiff Annamarie Trombetta wishes to thank the court for their consideration, time and effort

pertaining to this matter.

Respectfully submitted,

April  23, 2019                                          Annamarie Trombetta

Plaintiff , Pro se` Litigant

175 East 96th Street

New York , New York 10128

Anderson J. Duff

244  Fifth Avenue Stue 2230

New York, New York 11101

# EXHIBITS

**EXHIBIT  A -**Home Page Website  with copyright symbol  and statement  All rights reserved by Annamarie Trombetta .

**EXHIBIT  B—** Biography Page —Estate Auction copied verbatim  the first half of my biography.

**EXHIBIT  C—** The Contact page on the Plaintiff's website with the Plaintiff's e-mail and telephone.  Prior to using  the Artist's Biography the Defendants could have contacted the Artist to authenticate any works.  The Defendants refuse to accept accountability for violations.

**EXHIBIT D—**Video Page from Artist Annamarie Trombetta's  duly documented an dated  in 2004 Solo Exhibit  "Central to  Staten Island at the  Staten  Island Museum.

**EXHIBIT E—**Entered into evidence is the **Defendant's photo feature** of a signature in Oil Paint on canvas  "A . Trombetta"

**EXHIBIT F-**description of the fraudulent painting Man with Red Umbrella signed Annamarie Trombetta

**EXHIBIT G**  Google listing of Fraudulent painting under  the name Annamarie Trombetta. This listing is "1972 Original Oil Painting Man with Red Umbrella Signed Annamarie Trombetta YQZ

**EXHIBIT H** Google listing of Fraudulent painting under  Artist Annamarie Trombetta This listing is "1972 Original Oil Painting Man with Red Umbrella Signed Annamarie Trombetta New York Listed Artist **Shabby** Chic Condition.

**EXHIBIT I**  Google listing of Fraudulent  painting in which bonafide  listings and links of artist Annamarie Trombetta are associated with this painting that the artist had no involvement.

**EXHIBIT J**  Registration Certificate of Annamarie Trombetta's  Website # TX-8-655-807.

**EXHIBIT K  Defendant's unauthorized use of  Plaintiff's biography.**The unauthorized use of the Plaintiff's  Biography in association with a painting that the artist Annamarie Trombetta did not create constitutes copyright infringement.

**EXHIBIT L**  Phone call made by Defendant Norb Novicin to Plaintiff on Jan.10, 2017.

**EXHIBIT M**  E-mail to Will Sieppel  on January 4, 2017 .   Solicitation to invest in the company.

**EXHIBIT N**  Third Reposting of Fraudulent painting  in  2017  which led to this lawsuit.

**EXHIBIT O**  Mail From Delaware Bankruptcy Court Case # 19-10056-BLS—Filing for Ch 7 bankruptcy by Norbert William Novicin Jr. and Marie Ellen Novocin on January 9, 2019


**EXHIBIT P**  E-mail from Henry Weller who phoned the Plaintiff on August 11, 2018  at 6 a.m. Submitted was the content of the e-mail with attachments of  Attorney Anderson Duff's


**EXHIBIT Q**  Delaware Business Times May 24, 2018 Article  stating "The Seaford-based company has eight employees and generates up $1 million in sales per year".    Exhibit O is from January 2019 filing for bankruptcy. This is quite a strong contradiction in a period of nine months.


**EXHIBIT R**   Posting by Wendy Maritnez  dated December 6, 2016  on Estate Auctions Inc Facebook page —Counterfeit Item listed as French porcelain by EA INC. which is from China.

# Annamarie Trombetta



| HOME  | PORTFOLIO  | VIDEO  | ARTIST INFO  | BIOGRAPHY  | CREDENTIALS  |

CONTACT 



## Welcome to My Website

**The Media that I work in are:**

*Exhibit A*



## Etching



## Oil Painting

## Pastels

*TURN Page*

# Annamarie Trombetta



| HOME | PORTFOLIO | VIDEO | ARTIST INFO | BIOGRAPHY | CREDENTIALS |
|------|-----------|-------|-------------|-----------|-------------|

CONTACT

## Biography     Exhibit B



The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog (tba) was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the facade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.



As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.

I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.



Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, political and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing and painting skills. In the

Annamarie Trombetta Biography

elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work.

To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated solely on 'The Holy Tree' described in Yeats's poem "The Two Trees." This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This upcoming catalogue highlights the pictorial progression from that trip and the time that followed.

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well as an artist. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and guidance in my life.

All work on this site are ©Annamarie Trombetta. All rights reserved.



# Annamarie Trombetta



**HOME**    **PORTFOLIO**    **ARTIST INFO**    **BIOGRAPHY**    **CREDENTIALS**    **CONTACT**

     

Exhibit C

# Contact

I can be reached by phone at **(212) 427-5990** or you can e-mail me either with the form below or at annamarie@trombettaart.com. If you are interested, you can also join my mailing list.

My E-mail address is

[                    ]

Type your message here.


Security Code: [                    ]
Can't read the image? click here to refresh

[ Send ]



---

# Join my mailing List

Name: [                    ]
Address 1: [                    ]
Address 2: [                    ]
City [          ] State: [    ] ZIP: [      ]
[ Join ]



Exhibit D





Annamarie Trombetta

HOME | PORTFOLIO | VIDEO | ARTIST INFO | BIOGRAPHY | CREDENTIALS | CONTACT

## Plein Air Painting, 2004







© Copyrighted work licensed by WorthPoint

Exhibit F

 Safari   File   Edit   View   History   Bookmarks   Window   Help

worthpoint.com

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

Fri 10:38 AM   Annamarie Trombetta



## WorthPoint®

Sign Out

Account Settings

News & Resources ▾   Value It ▾   Research It ▾   Buy & Sell ▾

All Categories   ▾      Search

HOME > WORTHOPEDIA™ >
1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE
TROMBETTA YQZ

# 1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ

SOLD FOR:            $181.50

ITEM CATEGORY:

SOURCE:             eBay

SOLD DATE:          Dec 01, 2012

CHANNEL:            Online Auction

Hotel ibis Milano
Centro

$66.06
Best Price
Guarantee
Booking.com

WorthPoint®   MARKETPLACE
PARTNERS

Harves Landscape Plein Air Oil
Painting California Impressionist
Idkowiak :12x16
$39.99  eb▾y

Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques,
Collectibles and Quirky items on eBay. We have been selling since 1998
and ALL of our auctions start at .99 cents. We are proud to announce

• Transactions made through PayPal may be covered by PayPal Seller
  Protection.

Template

annamarie trombetta - Google Search

artofannamarie@gmail.com

Google+  Search  Images  Maps  Play  YouTube  News  Gmail  More

Google   annamarie trombetta

All   Images   Videos   News   Shopping   More   Search tools

Page 2 of about 33 400 results (0.47 seconds)





### 1972 Original Oil Painting Man With Red Umbrella Signed ...
www.worthpoint.com › Worthpedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed **Annamarie Trombetta** yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...
You've visited this page 3 times. Last visit 12/18/15

### Annamarie Trombetta | Whitepages
www.whitepages.com/name/**Annamarie-Trombetta** ▾ Whitepages
Find **Annamarie Trombetta**'s phone number, address and more on Whitepages, the
most trusted online directory with contact information for over 90% of US ...

### artist annamarie trombetta's imagery offers visionary ...
italianamericanmuseum.org/news/news_plein.html ▾
Artist **Annamarie Trombetta**'s "Central Park Imagery," a collection of en plein air works
in oils, pastels, watercolors, etchings and drawings will be on display at ...
You've visited this page 2 times. Last visit: 12/11/15

### Annamarie Trombetta on Paddle8
https://paddle8.com/artists/**annamarie-trombetta**/ ▾
**Annamarie Trombetta** Water Tower $300 Part of New York Academy of Art. You are
now following **Annamarie Trombetta** and will get email alerts when we add ...

### Annamarie Trombetta - Pollock Krasner Image Collection
www.pkf-imagecollection.org/artist/**Annamarie_Trombetta**/biography/ ▾
**Annamarie Trombetta**. Contact Works. CONTACT. Annamarie Trombetta Studio: 175
East 96th Street (14P) New York, NY 10128. Phone/ Fax: 212-427-5990.
You've visited this page 2 times. Last visit: 12/8/15

### annamarie trombetta - OneLook Dictionary Search
www.onelook.com/?lang...**annamarie+trombetta** ▾ OneLook Dictionaries
We found one dictionary that includes the word **annamarie trombetta**: Art dictionaries
Art (1 matching dictionary). **Annamarie Trombetta**: Artist Search [ home, info] ...

### salem krieger on Twitter: "Painting Central, a short video ...
https://twitter.com/salemk/status/269681283083403264 ▾
... @salemk 16 Nov 2012. Painting Central, a short video about **Annamarie Trombetta** a
painter working in Central Park, NYC.. http://vimeo.com/52924850 ...
You've visited this page 2 times. Last visit 12/5/15

### Annamarie Trombetta attends the Sing for Hope pop up ...
www.gettyimages.com/.../**annamarie-trombetta**.../11550981... ▾ Getty Images
**Annamarie Trombetta** attends the Sing for Hope pop up pianos launch at the Sing For
Hope Piano Warehouse on June 7, 2011 in New York City. Get premium ...

### annamarie trombetta Pictures & Images - Photobucket
photobucket.com/images/**annamarie%20trombetta** ▾
Browse **Annamarie Trombetta** pictures, photos, images, GIFs, and videos on
Photobucket.

### Flickr: Annamarie Trombetta
https://www.flickr.com/people/**annamarietrombettaart**/
**Annamarie Trombetta** hasn't listed any contacts yet. Testimonials (0). **Annamarie
Trombetta** doesn't have any testimonials yet. Name: **Annamarie Trombetta**.

Searches related to annamarie trombetta

artist annamarie trombetta        anna marie trombetta

annamarie trombetta facebook      judge annamarie trombetta

https://www.google.com/search?q=annamarie+trombetta&noj=1&si...bhp&ei=I3p1VpKxMsPw-QHBIavlBQ&start=10&sa=N&biw=1280&bih=604



artist annamarie trombetta - Google Search

Go gle       artist annamarie trombetta              Annamarie    

All    Images    Videos    News    Shopping    More ▾    Search tools


Page 2 of about 36,300 results (0.39 seconds)

First

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed
Annamarie Trombetta New York Listed Artist - Shabby Chic Condition.
You've visited this page many times. Last visit: 1/5/16

Exhibit

**Central Park's Plein Air Past | OutdoorPainter**
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
"The Destructive Dance of 'Sandy,'" by Annamarie Trombetta ... Finding out about all
this history, and the connections generated by artists, gave me a mission.".
You've visited this page many times. Last visit: 12/13/15

4

**Annamarie M Trombetta - Intelius**
www.intelius.com/people/Annamarie-Trombetta/0csdtac91wf ▾
Annamarie M Trombetta's Pic Annamarie M Trombetta. Annamarie M Trombetta
Sagittarius Zodiac SignSagittarius. Annamarie M Trombetta Instructor at Art Lab.

**Annamarie Trombetta on Paddle8**
https://paddle8.com/artists/annamarie-trombetta/ ▾
Become a Paddle8 collector. Sign up to bid on our auctions, follow your favorite artists,
and receive complimentary auction estimates. Start Collecting. Already a ...

**Annamarie Trombetta - Address, Phone Number, Public ...**
radaris.com/p/Annamarie/Trombetta/
trombettaart.com The Process of Printmaking reveals some of the steps taken in order to
create an intaglio etching. The artist Annamarie Trombetta has made a ...

**Artist Annamarie Trombetta working on her piano, which ...**
https://www.pinterest.com/pin/177751516514603960/    Pinterest
Artist Annamarie Trombetta working on her piano, which commemorates the 10- year
anniversary of 9/11. | See more about Piano, Anniversaries and Artists.

**Video - Salem Krieger**
www.newyork-portrait-photography.com/gallery.html?gallery=Video
Painting Central - artist Annamarie Trombetta. Painter Donald Vaccino. Study #1 Daily
Chores. Bissel Gardens - Organic Community Garden - Bronx, NY ...

**CBS New York » Annamarie Trombetta**
newyork.cbslocal.com/tag/annamarie-trombetta/feed/    WCBS-TV
Jun 7, 2011 - "To me, it sums up what music is about, what art is about, which is pulling
... Annamarie Trombetta works on her design for a public piano - New ...

**NOIAW Wishes Everyone Happy Holidays -- December ...**
www.noiaw.org/.../noiaw-wishes-everyone-happy-holidays-december-ne... ▾
Jan 9, 2015 - NOIAW member and artist, Annamarie Trombetta, will be featured in an
upcoming exhibition at the Union League Club in New York City from ...

**Annamarie Trombetta - artist - Marquis Who's Who Biography**
bios.marquiswhoswho.com/annamarie_trombetta/artist/3976399 ▾
New York NY - artist
Marquis Who's Who Biography for Annamarie Trombetta, artist.

1972 Original Oil Painting Man with Red umbrella signed Annamarie Trombetta – Google Search                    1/20/16, 3:50 PM

 Google   1972 Original  Oil Painting Man with Red umbrella signed Annamarie Trombetta   

All    Images    Shopping    News    Videos    More ▾    Search tools                    ⚙

8 results (0 59 seconds)

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
**1972 Original Oil Painting Man With Red Umbrella Signed** Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

**THOMAS KINKADE -KINCAID - WorthPoint**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or **Sign** In to see what it's worth. ... **1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie** Trombe · Handmade New ...

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or **Sign** In to see what it's worth. ... **1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie** Trombe · Mustangs" Frank ...

**Annamarie Trombetta - Artist Info**
www.**trombetta**art.com/info.html ▾
2001, -Richmondtown Historic Museum,S.I, NY "Plein Air **Paintings** of Staten ...
representation may be, **Annamarie Trombetta** is enough of an artist to realize that  ...
Missing: 1972 oil man red umbrella

 **Annamarie Trombetta, Artist Interviewed by June Middleton ...**
https://www.youtube.com/watch?v=ufEQ3D3LWms
Apr 29 2015  Uploaded by JuneMindingBusiness
**Annamarie Trombetta**, an artist who's art has been exhibited
around the world, has created works in **oil** ...
Missing: 1972 man red umbrella

 **Painting Central - artist Annamarie Trombetta on Vimeo**
vimeo.com › salem krieger › Videos    Vimeo
Nov 6  2012
Artist **Annamarie Trombetta** a NYC based painter working in
Central Pak. A profile of Annamarie as an artist.
Missing: 1972 oil man red umbrella

**Central Park's Plein Air Past | OutdoorPainter**
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air **painting** would go on in those choice ... "The
Destructive Dance of 'Sandy,'" by **Annamarie** Trombetta ... "**Ce**ntral Park Clockwork
Mode of Multicolored Apps," by **Annamarie** Trombetta, **oil** and mixed media.

**Annamarie Trombetta Profiles | Facebook**
https://www.facebook.com/public/**Annamarie-Trombetta** ▾ Facebook
Search Results for **Annamarie** Trombetta. Search. Search Results for **Annamarie**
Trombetta. Find your friends on Facebook. Log in or **sign** up for Facebook to ...
Missing: 1972 oil painting man red umbrella

**Original Oil Paintings - Original Art. Top Emerging Artists**
www.ugallery.com/Buy-**Original-Art** ▾
Expertly Curated -- Free Shipping!
Expertly Curated Pieces · Happy Clients Worldwide · New Art Released Weekly

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tenle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-655-807

**Effective Date of Registration:**
June 18, 2018

---

## Title

**Title of Work:**   Annamarie Trombetta Website www.trombettaart.com Biography --Portfolio-Credentials -- HomePage

## Completion/Publication

**Year of Completion:**   2003
**Date of 1st Publication:**   September 30, 2003
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Annamarie Trombetta
**Author Created:**   text, photograph(s), artwork
**Citizen of:**   United States
**Domiciled in:**   United States
**Year Born:**   1963

## Copyright Claimant

**Copyright Claimant:**   Annamarie Trombetta
175 East 96th Street (12R), New York, NY, 10128, United States

## Certification

**Name:**   Annamarie Trombetta
**Date:**   June 18, 2018

**Correspondence:**   Yes

Page 1 of 1

Case 1:18-cv-00993-RA-SLC   Document 22   Filed 04/24/19   Page 25 of 38

If you are the originator/copyright holder of this photo/item and would prefer it be excluded from our community, <u>contact us here for removal</u>.

- <u>Home</u> > <u>Worthopedia</u>™ > 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

# 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

- Sold for: <u>Start Free Trial</u> or <u>Sign In</u> to see what it's worth.
- Item Category: -
- Source: <u>eBay</u>
- Sold Date: Dec 01, 2012
- Channel: Online Auction



Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of our auctions start at .99 cents. We are proud to announce that we maintain a "FIVE STAR Detailed Seller Rating" and our staff strives for 100% customer satisfaction, our 100% feedback rating will vouch for that. We work with consigners from Coast-To-Coast and work hard to make sure we have top quality items. We are "Your Quality Zone" - search "YQZ" to see our other listings our !

---

>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition

- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a woman) with a red umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to

be    wollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

**Similar Items**

No image available

- Oil painting, original oil painting ,impressionism

No image available

- original oil painting on canvas

No image available

- Original oil painting

No image available

- Original Oil

Exhibit L



Print                                                                                                   ...ebay.com/#6650641469

**Subject:** Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com ›
Worthopedia™------Artist Annamarie Trombetta

**From:** Annamarie Trombetta (trombettaart@yahoo.com)

**To:** will@worthpoint.com;

**Date:** Wednesday, January 4, 2017 11:28 AM

*Exhibit M*

Mr. Sieppel,

Please allow me to Re-introduce myself.  My name is Annamarie Trombetta.  I am an artist . Last year I
found a MISATTRIBUTION of a painting that I did NOT create on your website--Worthpoint.com which
came up on the internet under my name.   Specific personal content from my  professional  biography
on my personal artist  website  was  copied,  transplanted  and posted on your site.  A  picture of a
painted signature on canvas signed   A. Trombetta that was NOT MY signature was also photo featured
on the Worthpoint.com website  listing.

On February  20, 2016  I contacted you via e-mail.  Prior to contacting you  I had spoken  several times
with  your employer Anita  and eventually  I  was on the phone at length  with  your webmaster  Mr.
Gregory  Watkins  regarding the FRAUDULENT posting  of a painting  that I did not create.   I requested
that this Fraudulent listing be permanently  removed.  I also sent  a notice to the company website.  SEE
BELOW

---

# Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST
Thank you for submitting your request. We have received your request and are working on
responding to you as soon as possible. If you have any additional information to add to this
case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

---

[[7e0d850a2b9039a31cbf23ab9ae58ea3fc4a46c9-641]

I am contacting you once  again  **almost a year later** because I found  yet again a listing  from
Worthpoint.com under my name--Annamarie Trombetta artist.  Below is today's listing  January 4th 2017
of subjects and site which come up  when I  Google  **Annamarie Trombetta artist. PLEASE REVIEW
---  The Marilyn Monroe listing** was the **first** place where my name was   Falsely associated  along
with the fraudulent painting and signature attributed to me that was listed on Worthpoint.com.

A year ago I took time, energy and effort to contact you and your company regarding  the  false attribution
and requested that it should be removed.     I have NEVER HAD ANY ASSOCIATION with
WORTHPOINT.com---NOR have I ever had any business  with Worthpoint.com  and yet in a Google

search for Annamarie Trombetta Artist  your company is listed under my name.  **This listing is not authentic and has NO RIGHT TO BE LISTED UNDER MY NAME.   The Listing from Worthpoint.com is taking up space that should be for  my other TRUE  credentials ---and should not  BE  OCCUPIED  by your company.**

I am requesting that you remove this IMMEDIATELY from the internet -- kindly contact Google and responsibly deal with this issue to bring about a PERMANENT ENDING. I do NOT WISH TO BE ASSOCIATED with your company---in ANY WAY.  The numerous times that I have had to contact you regarding this issue is an outrage and a waste of my personal time.  This is costing me time, effort and energy  needlessly and for  NO  LOGICAL REASON as AGAIN  I have contacted your company  numerous times.

I am requesting a written response to this e-mail as soon as possible as a confirmation for receipt of this e-mail.  Further, I am requesting that you and your company PERMANENTLY remove the association --or connection that Google or the algorithms on any other  internet site thereof  have between your company ---Worthpoint.com---- and my name Annamarie Trombetta.

Sincerely,
Annamarie Trombetta

**YAHOO!** MAIL

| worthpoint | Search Mail | Search Web | Annamarie | Account Info ⇕ Go | Sign Out | Home |

| Inbox | Contacts | Notepad | Calendar | | Switch to the newest Yahoo Mail |

Compose     Delete   Reply   Reply All   Forward   Actions ⇕   Apply   Back to Search Results

- Inbox (6291)
- Drafts (657)
- Sent
- Spam (98)   [Empty]
- Trash (346)   [Empty]

**My Folders**   [Edit]
- **Archive (2)**
- **Dalai Lama (1)**
- Deleted Messag...
- Drafts
- gertie de jong...
- Images of Pain...
- My Documents
- Press Kit Foun...
- saved E-mails
- **SAVED EMAILSSS... (7)**
- Sent Messages
- Stern Doc
- untitled
- untitled1
- washington Arc...
- Washington Squ...

🌐 www.WorthPoin...    Look Up Its Worth: l worthpoint.com - Antiq...    Sponsored

**Fw: Suzanne A. Wells, the eBay Selling Coach,**
**partners with WorthPoint!**     Thursday, October 27, 2016 1.08 PM 👁

From:   "Annamarie Trombetta" <trombettaart@yahoo.com>
To:   "Annamarie Trombetta" <trombettaart@yahoo.com>

Full Headers Printable View

To protect your privacy, Yahoo Mail has blocked remote images in this message. Show Images

----- Forwarded Message -----
From: WorthPoint <equity@worthpoint.com>
To: trombettaart@yahoo.com
Sent: Thursday, October 27, 2016 10:40 AM
Subject: Suzanne A. Wells, the eBay Selling Coach, partners with WorthPoint!

WorthPoint Update

View this email in your browser

*Exhibit M* (handwritten)

### Hello ,

WorthPoint is thrilled to welcome Suzanne A. Wells to the WorthPoint community. The veteran eBay selling coach and blogger has partnered with WorthPoint in the mammoth task of listing and selling WorthPoint CEO Will Seippel's personal collection on eBay. Will's eBay store currently lists almost 4000 items, with another 100,000 to be added -- Suzanne estimates this will keep her busy through 2017.

With over a decade of experience, Suzanne has made a career of selling on eBay and teaching others this valuable skill. She is a trusted resource and influencer in the eBay community as well as a writer on blogs and websites. She has built a loyal following of at-home eBay sellers who visit her sites for advice, motivation, and understanding of how to make money on one of the world's largest marketplaces.

Suzanne discusses the downsizing on her blog here, and if you'd like to follow along, she is documenting the grand adventure from start to finish in her Youtube channel here.

As any picker, collector, or seller knows, having up-to-date, first-hand access to pricing information is key to a successful business or hobby -- WorthPoint offers exactly that.

*Invest next* (handwritten)

WorthPoint plans to invite the public to become shareholders in the company. To learn more about this upcoming investment opportunity and to express your interest to invest, click the button below.

**INDICATE INTEREST**


zulily
daily deals
up to
70% off
SHOP

Google+  Search  Images  Maps  Play  YouTube  News  Gmail  More ▾                    artofannamarie@gmail.com ▾  ⚙

Google   1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAM   🔍

All    Shopping    Images    Videos    News    More ▾    Search tools

About 17 results (0.64 seconds)

*econd*

### 1972 Original Oil Painting Man With Red Umbrella Signed ...
www.worthpoint.com › Worthopedia™ ▾
**1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta**
**yqz**. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...
You've visited this page many times. Last visit: 12/30/15

*irst*

### Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™ ▾
**1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta**
**yqz** · Mustangs" Frank Rowland ~ Original Serigraph ~ LARGE DRAMATIC ...
You've visited this page many times. Last visit: 12/30/15

*ourth*

### THOMAS KINKADE -KINCAID - WorthPoint
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth. ... **1972 Original Oil Painting**
**Man With Red Umbrella Signed Annamarie Trombetta yqz** · Handmade New Mexican
Folk Art Church Birdhouse LARGE Lark Sedona · BLUE HELLO KITTY ...

*Third*

### 1789 bonnaterre original antique hand colored reptile ...
www.worthpoint.com › Worthopedia™ ▾
**1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta**
**yqz** · Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...
You visited this page on 12/18/15.

### 1789 bonnaterre original antique hand colored reptile ...
www.worthpoint.com › Worthopedia™ ▾
Category: Original Antique Print Egyptian Cobra, Egg Eating Snake Pl.22 Historical
Information: This ... **1972 Original Oil Painting Man With Red Umbrella Signed**
**Annamarie Trombetta yqz** · 1789 BONNATERRE ORIGINAL ANTIQUE HAND ...

### Annamarie Trombetta - Biography
www.trombettaart.com/bio.html ▾
When I was a tiny seed of contemplative thought, my artistic nature began to sprout
interest while gazing up at the ceiling paintings in a neighborhood church ...
Missing: 1972 oil man red umbrella yqz

### Annamarie Trombetta - Artist Info
www.trombettaart.com/info.html ▾
EDUCATION 1999 - National Academy School of Fine Arts 1991 - William Butler Yeats
Summer School, Sligo,Ireland 1989 - New York Academy of Art 1987 - Art ...
Missing: 1972 oil man red umbrella yqz
You've visited this page 4 times. Last visit: 11/12/15

*ifth*

### artist annamarie trombetta's imagery offers visionary ...
italianamericanmuseum.org/news/news_plein.html ▾
Artist **Annamarie Trombetta's** "Central Park Imagery," a collection of en plein air ... Ms.
Trombetta is an artist who has created works in printmaking, watercolor, **oil** ... The New
York Academy of **Art**, The National Academy Museum and School, ...
Missing: 1972 man red umbrella yqz
You've visited this page 2 times. Last visit: 12/11/15

### Annamarie Trombetta, Artist Interviewed by June Middleton ...
 https://www.youtube.com/watch?v=ufEQ3D3LWms
▶ 28:02  Apr 29, 2015 - Uploaded by JuneMindingBusiness
**Annamarie Trombetta**, an artist who's **art** has been exhibited
around the world, has created works in **oil** ...
Missing: 1972 man red umbrella yqz

### Painting Central - artist Annamarie Trombetta on Vimeo

Original Oil Paintings
www.ugallery.com/Buy-**Original-Art** ▾
**Original Art.** Top Emerging Artists.
Expertly Curated -- Free Shipping!

Original Art Gallery
www.zatista.com/ ▾
Over 7000 Completely **Original** Works
Great Value. Buy Today, Save Big.

Original Art For Sale
www.saatchiart.com/ ▾
4.7 ★★★★★ rating for saatchiart.com
Curated Men Collections.
**Paintings,** Sculpture, Photo & More!

Montclair Art Museum
www.montclairartmuseum.org/ ▾
(973) 746-5555
Celebrating American Art
for 100 Years!

Famous Paintings in NYC
www.drawingcenter.org/**painting** ▾
Visit The Drawing Center in SoHo.
A Museum Dedicated to Drawings.
♥ 35 Wooster St, New York, NY

Incredible Art for Sale
www.poba.org/shop ▾
Masterworks from artists who left
us too soon available only at POBA.

See your ad here »



Exhibit N

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Norbert William Novocin Jr.** | Social Security number or ITI |
| | First Name    Middle Name    Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | **Marie Ellen Novocin** | Social Security number or ITI |
| | First Name    Middle Name    Last Name | EIN   __–_____ |
| United States Bankruptcy Court   **District of Delaware** | | |
| Case number:   **19–10056–BLS** | | Date case filed for chapter  **7**  **1/8/19** |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          12/17

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

Debtors: Valid Picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302–573–6491).

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Norbert William Novocin Jr. | Marie Ellen Novocin |
| 2. | All other names used in the last 8 years | aka Norb Novocin | |
| 3. | Address | 12221 Old Furnace Rd Seaford, DE 19973 | 12221 Old Furnace Rd Seaford, DE 19973 |
| 4. | Debtor's attorney Name and address | James C. Reed James C. Reed, P.A. 6 Century Plaza 19633 Blue Bird Lane, Suite 6 Rehoboth Beach, DE 19971–6130 | Contact phone 302–227–2477 Email: jamescreed@verizon.net |
| 5. | Bankruptcy trustee Name and address | George L. Miller 1628 John F. Kennedy Blvd. Suite 950 Philadelphia, PA 19103–2110 | Contact phone 215–561–0950 Email: gmiller@mctllp.com |

For more information, see page 2 >

Debtor **Norbert William Novogrod... Ra... an... Brue Ellen Novogrod...** Case 1:18-cv-00993-RA-SLC Document 22 Filed 04/24/19 Page 33 of 38

Case number **19–10056–BLS**

| 6. Bankruptcy clerk's office | | |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 824 Market Street, 3rd Floor Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone 302–252–2900<br><br>Date: 1/9/19 |

| 7. Meeting of creditors | | |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 1, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**844 King Street, Room 3209, Wilmington, DE 19801** |

| 8. Presumption of abuse | |
|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| 9. Deadlines | |
|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **Filing deadline: 4/2/19**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
|  | **Deadline to object to exemptions:**  **Filing deadline:** 28 days after the *conclusion* of the meeting of creditors<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. |

| 10. Proof of claim | |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| 11. Creditors with a foreign address | |
|---|---|
|  | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| 12. Exempt property | |
|---|---|
|  | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**

page 2

1100900674302-7

Exhibit P

2/18/2019                                          Gmail - Anderson Duff - Criminal

 Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

## Anderson Duff - Criminal
5 messages

**Henry Wellers** <henry.wellers1982@gmail.com>                    Sat, Aug 11, 2018 at 7:06 AM
To: annamarie@trombettaart.com

Hi Annamarie,

Nice talking earlier. And again, I apologize if I caught you at a bad time.

I decided to call you to give you some insider tips on Anderson and his criminal conduct.

Here is the juice.

1) pcssweb.com/InmateBooking/SubjectResults.aspx?id=1282078

2) https://ccmspa.pinellascounty.org/PublicAccess/default.aspx   - Do a search under 'all case
records' and search for Anderson Duff

3) Please see attached document. It says he broke and enter Northside Christian School in Florida
with intent to commit burglary.

As you can see, they all say Anderson Josiah Duff and all in Florida - just where Anderson grew up
and did undergrad

Please show this to a judge. A lawyer who has been prosecuted for a felony burglary is basically
dead. His credibility will be destroyed in front of the conservative judges.  He probably lied to gain
admission to the NY Bar.

I hope this helps.

Henry



**DocumentFragment_34115499.tif**
104K

**Annamarie Trombetta** <artofannamarie@gmail.com>                    Sat, Aug 11, 2018 at 12:14 PM
To: Hans Romo <hromo@nylag.org>  pangelica@nylag.org

## Pinellas County Sheriff's Office
### Subject Charge Report

The data on this site provides arrest and booking information and should not be relied upon to determine an individual's actual criminal record. This data may not reflect charging decisions made by the State Attorney's Office or the outcome of criminal trials. An acquittal or dismissal of a criminal charge does not necessarily negate the validity of an arrest. To obtain the final disposition of any criminal charges, contact the Clerk of the Court's Office.

| Name | | Docket No. | Booking Date | | Arresting Agency | |
|---|---|---|---|---|---|---|
| **DUFF, ANDERSON J** | | **1282078** | **12/23/2007 6:13:21 AM** | | **PINELLAS COUNTY SHERIFF** | |
| Address | | | City | State | | Zip Code |
| **122 NORTH HAYFORD AVE** | | | **LANSING** | **MI** | | **48912** |
| Race | Sex | | DOB | Place of Birth | | Arrest Age |
| **WHITE** | **MALE** | | **6/7/1982** | **OH** | | **25** |
| Eyes | Hair | | Complexion | Height | | Weight |
| **BLU** | **BLN** | | | **600** | | **170** |

| Scars, Marks & Tattoos |
|---|
| |

| Cell Location/Status | Proj Release Date | Commissary Balance | SPIN | Booking Type |
|---|---|---|---|---|
| **RELEASED - 12/23/2007 10:34 AM SURETY BOND** | **NONE** | **$0.00** | **1949673** | **FELONY** |

| Aliases |
|---|
| |

### Charges

| | |
|---|---|
| **Charge Number:** | 1 |
| **Agency Report Number:** | SO07354395 |
| **Offense Description:** | BURGLARY (ATTEMPTED) |
| **Statute:** | 810.02(4)(A)/F |
| **Court Case Number:** | CRC0727870CFANO |
| **Bond Assessed:** | $5,000.00 |
| **Bond Amount Due:** | $0.00 |
| **Charge Status:** | BONDED OUT |
| **Arrest Type:** | ON VIEW |
| **OBTS:** | 5207033349 |

2019 Pinellas County Sheriff's Office

CC    5220  YP027870 XXXX0

**COMPLAINT/ARREST AFFIDAVIT - CIRCUIT/COUNTY COURT - PINELLAS COUNTY, FLORIDA**   DOCKET #

| OBTS NUMBER | SPN # 101119149161713 | SSN # |

Felony ☒  Misdemeanor ☐  Ordinance ☐  Non-Criminal ☐  Warrant ☐  Traffic ☐

**Charge:** Burglary (Attempted)
Report No. 09-354395   Court Case No. CRC072787O CFANO

| Defendant's Name (Last, First, Middle) | DOB | Sex | Race | Ht. | Wt. | Hair | Eyes | Skin |
| Doe, Anderson, J | 06/27/82 | M | W | 6'0 | 170 | Brol | | |

| Alias | Driver's License No. | State | Scars, Tattoos, Unique Physical Features |

| Local Address (Street, City, State) | Zip Code | Telephone | Place of Birth | Citizenship |
| 122 North Harford Ave   Lansing, MI | 48912 | 352-870-9015 | OH | US |

| Permanent Address (Street, City, State) | Zip Code | Telephone | Employed by/School |

| Weapon Seized  Yes ☐  No ☒ | Type | Indication of  Y N UNK  Drug Influence ☐ ☐ ☒ | Indication of Mental Y N UNK  Health Issues  ☐ ☐ ☒ | Indication of  Y N UNK  Alcohol Influence ☐ ☐ ☒ |

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody  Yes ☐  No ☐  Felony ☐  Misd. ☐ |

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody  Yes ☐  No ☐  Felony ☐  Misd. ☐ |

The undersigned swears that he has reasonable grounds to believe that the above named defendant on the **23** day of **December**, **2007**, at approximately **3:15** a.m./p.m., at **7777 62 Ave N**, in Pinellas County did:

then & there unlawfully & without invitation attempt to enter or remain in a structure to wit: the Northside Christian School in St. Petersburg, FL with the intent to commit an offense therein. The structure at the time was closed to the public.

| Other traffic citations | Contrary to Florida Statute/Ordinance 810.02 |

ARREST DATE 12/23/07   Time 4:00 a.m. p.m.   Aggravating/Mitigating Factors
Booking Officer 13124   Amount of Bond 5,000   Bond Out Date 12/24/07   Time 8:15 a.m. p.m.

Victim Notified of Advisory Y N   Injuries to Victim Y N   Medical-Treatment to Victim Y N

Child abuse/neglect referral made to DCF    Y  N

Pursuant to F.S. 92.525 and under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Declarant: S.M.    Agency: PCSO
Printed Name: S. Moran    SPN: 0211932G

| REQUEST FOR INVESTIGATIVE COSTS, F.S. 938.27(1) |
| DATE | OFFICER | HOURS | X | PAY RATE | OR | COST |

OTHER - Describe
Continuation sheet   Y  N                    TOTAL $

**NOTICE TO APPEAR ONLY**

☐ **MISDEMEANOR** - You MUST appear at the Criminal Justice Center Courtroom ___, Third Floor, 14250 49th Street North, Clearwater, Florida, on the ___ day of ___ a.m. p.m.

☐ **ORDINANCE VIOLATION** - You MUST comply with EITHER A or B:
  A. Comply with the Waiver Information on the reverse side of this form and pay a fine in the amount of $ ___ for a Category ___ offense within thirty (30) calendar days of this Notice.
  B. Appear at the Criminal Justice Center, 14250 49th Street, Courtroom 15, Third Floor, Clearwater, Florida, on the ___ day of ___ at ___ a.m. p.m.

☐ **NON-CRIMINAL VIOLATION** - You MUST pay a fine in the amount of $ ___ within thirty (30) calendar days, or comply with the non-criminal violation information on the bottom of the reverse side of this form.

FILED
DEC 24 2007
KEN BURKE
CLERK OF CIRCUIT COURT

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED ABOVE TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, OR PAY THE FINE REQUIRED BY THE DATES SET OUT ON THIS FORM, THAT I MAY BE HELD IN CONTEMPT OF COURT AND THAT A WARRANT FOR MY ARREST WILL BE ISSUED. I HEREBY CERTIFY BY MY SIGNATURE THE BELOW LISTED ADDRESS IS MY CORRECT ADDRESS.

| Defendant's Signature | (Street, City, State, Zip Code) | Date of Receipt of Notice |
| Copies to: | White - Court | Green - Jail | Goldenrod - Defendant |
| | Blue- State Attorney | Pink - Police Dept. | |

COCR59 (Revised 12/06)                    COCR59 (A,b,c,d)   12/06

Exhibit Q

Stay informed of local and regional business news



Subscribe
Digital Edition
Customer Service
Buy the Book of Lists

# DELAWARE BUSINESS TIMES



NEWS    EVENTS    SPECIAL EDITIONS    LISTS    DIGITAL EDITION    ARCHIVE    INNOVATION    STUFF


**Small Business. Big Support.**
Visit www.DelBiz.com for one on one help with starting or growing your business.

YOU ARE HERE: Home → Seaford-based Estate Auctions ranks among top ebay sellers   ‹ ›

## Seaford-based Estate Auctions ranks among top ebay sellers

👤 Alex Vuocolo    🕒 May 24, 2018    🏷 antiques, Auction Estates, eBay, Inc., Norb Novocin, online sales, seaford, Washington D.C.



*Norb and Marie Novocin attending an eBay seller showcase at the Eastern Market in Washington D.C.*

Norb Novocin, owner of Estate Auctions, Inc., built his entire business on eBay. The Seaford-based company has eight employees and generates up $1 million in sales per year. His key to success: Start every auction at $1 regardless of the item's value.

Online bidders reach the right price point on their own, he said. The average item sells for about $150, but some bids jump into the tens of thousands. Products range from antique paintings of 18th century aristocrats to obscure historical trinkets, such as Russian nuclear launch keys from the Cold War.

"We go out there to estate auctions and buy dead people's stuff," Novocin said. "We like quirky. We like unusual."

Novocin and his wife, Marie, first started selling on ebay back in 1998. Novocin had lost his full-time job three weeks before Christmas and six weeks before the birth of their first child. To make some extra cash, he decided to hunt down cheap antiques at yard sales and estate auctions and sell them on ebay.

"We had about $50 to work with," Novocin said. "We went out to yard sales with the rule that we could only spend $1 per item."

That $50 turned into $500 in sales.

Two decades later, ebay has recognized Novocin as one of its top sellers. In May, the Seaford resident visited Capital Hill in Washington D.C. as part of a delegation of small business owners making a living on the ubiquitous e-commerce site.

Novocin spoke with legislators from both sides of the aisle, laying out a series of concerns borne out of his experience

BizInsights SPONSORED CONTENT


**Water Heater Failure During a Snow Storm! What Do You Do?**
by Jeff Palady


**Keep it in the Fairway**
by Chris Dohl


**'Digital Health' is Technology in Action**
by Edmondo Robinson

# LISTS
DELAWARE BUSINESS TIMES EVENTS
Party

**March 19th**
5:30pm – 8:30pm
Christiana Hilton


Purchase Tickets Here

Exhibit

R



facebook.com



Wendy Martinez ▸ Estate Auctions Inc

I have noticed that YOU are selling counterfeit items on Ebay such as pieces of China FROM China and listing them as French Limoges... Besides the fact that Ebay does not allow counterfeit items to be sold do you think it is ethical to misrepresent a fake item from China and pass it off as French porcelain??

Here is your counterfeit item from China that you are selling as French porcelain...

Like   Comment   Share

Friend Requests

See All