United States District Court
Southern District of New York

---

Annamarie Trombetta

   Plaintiff
   vs.
Norb Novocin, Marie Novocin and
   Estate Auctions Inc.

William Sieppel and WorthPoint Corporation |
5 Concourse Parkway NE, Suite 2850
Atlanta, Georgia 30328

   Defendants

Case No. 18-cv-0993-RA-HBP

**PLAINTIFF'S REQUEST TO**

**SUBMIT PHONE RECORDINGS**

**FROM NEW DEFENDANT**

---

To The Honorable Judge Ronnie Abrams and The Honorable Sarah Cave:

The Plaintiff Annamarie Trombetta in Case No. Case No. 18-cv-0993-RA-HBP is requesting at this time permission to e-mail relevant phone recording from the two employees from Worthpoint .com which is the New Defendant named in Plaintiff's Proposed Amended Complaint.

The phone recording validate that the Plaintiff went to great lengths to A) contact the Worthpoint company B) find out if they were the seller  C) validating that Worthpoint .com was the party that was responsible for posting and maintaining the false internet posting that was appearing under the Plaintiff's name and professional listings. D) the recording validate in great detail that Plaintiff was not the artist, the information was false and the damage of the false association of the artist Annamarie Trombetta with the Worthpoint Comapnay and website. The phone recording were with Anita B. of Worthpoint .com receptionist/employee andGreg Watkins Website Master/ from Worthpoint .com. The electronic recordings are definitive proof that the Plaintiff informed and acted with integrity in requesting the removal of the false posting which is the basis for this lawsuit
At this timely junction, Plaintiff is requesting that she can e-mail the Judges and the Attorney for the Defendants.

Respectfully Requested,

Dated February 20, 2020     By _____
                                             Annamarie Trombetta

                                             175 East 96th Street ( 12 R)

                                             New York, New York 10128