UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

        Plaintiff,

against

NORB NOVOCIN, et al.,

        Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court conducted a telephone conference today, April 6, 2020 regarding Plaintiff Annamarie Trombetta's next steps regarding her Amended Complaint, in light of the Court's March 19, 2020 Opinion and Order (ECF No. 40).

Ms. Trombetta is directed to serve her Amended Complaint on Defendants William Seippel and Worthpoint.com, and file proof of service on ECF by **Thursday, May 21, 2020**. If Ms. Trombetta requires more time to effect service, she must file a letter-motion for additional time via ECF. Once Mr. Seippel and Worthpoint.com have served and appeared in this action, the Court will schedule another conference with the parties to discuss their next steps.

Chambers has mailed a copy of this Order to Ms. Trombetta at the address below.

Dated: New York, New York
April 6, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**

Copy Mailed By Chambers To:   Annamarie Trombetta
175 East 96th Street (12R)
New York, NY 10128