United States District Court
Southern District of New York

Annamarie Trombetta

    Plaintiff

    vs.

Norb Novocin, Marie Novocin and
   Estate Auctions Inc.

William Sieppel and WorthPoint Corporation |
5 Concourse Parkway NE, Suite 2850
   Atlanta, Georgia 30328

    Defendants

Case No. 18-cv-0993-RA-HBP

**PLAINTIFF'S PRO SE PHONE CALL**

**AND**

**PLAINTIFF'S RESPONSE**

To The Honorable Sarah L. Cave, United States Magistrate Judge:

    Plaintiff, Annamarie Trombetta in Civil Action No : 18 Civ 0993-RA-HBP was sent an e-mail dated May 28, 2020 from Arnold P. Lutzker, attorney for Defendant Will Sieppel and WorthPoint Corporation. I was surprised by the e-mail request for my consent to agree to an extension of time for the Defendant to answer his complaint. This request deviates from typical legal protocol. During our phone conference call on April 6th with the Honorable Judge Sarah Cave, I specifically asked your Honor due to the pandemic, " What I should do if I am unable to serve the Defendant Will Sieppel/ WorthPoint Corporation by the required date of March 21, 2020" ? Your response was " I must request an extension in writing , explain and submit said request with the court via the Pro Se office before the deadline. The Defendant Will Seipple WorthPoint Corp was served the complaint and this action was filed and documented in court by May 13, 2020.

Friday the 29th, despite knowing that legal time extensions can only be granted by the presiding Judge, I phoned the Pro Se Office **immediately** on that morning, after opening the e-mail sent by attorney Arnold P. Lutzker on or around 10:30 a.m. I explained to the clerk that I received an e-mail from the Defendant's attorney requesting my consent for an extension. The Pro Se Clerk responded to me " Why are they contacting you? Only Judges can grant an extensions for Answering a Complaint. They are attorneys and should know that". Aside from this I asked the clerk if I was obligated to respond. The Pro Se clerk stated that she cannot give legal counsel or advice, she simply reiterated that all extensions for filing an answer to a complaint can only be made by Judges.