UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                     Plaintiff,

  against

NORB NOVOCIN, et al.,

                     Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court conducted a telephone conference today, July 14, 2020, regarding (1) the motion for bond filed (the "Bond Motion") by Defendants Norb Nocin, Marie Novocin, and Estate Auctions, Inc. (the "EAI Defendants") (ECF No. 54); (2) the motion to dismiss (the "Motion to Dismiss") filed by Defendants William Seippel and Worthpoint Corporation (the "Worthpoint Defendants") (ECF No. 60); (3) Defendant Worthpoint Corporation's disclosure statement, filed as a motion (ECF No. 59); (4) Ms. Trombetta's requests for discovery (ECF Nos. 68–69); (5) Ms. Trombetta's filings regarding Attorney Anderson Duff (See ECF Nos. 63, 71); and (6) Ms. Trombetta's filings regarding Attorney Arnold Lutzker (See ECF Nos. 63, 67).

The Court rules as follows:

1. The EAI Defendants are directed to file a reply, if any, to Ms. Trombetta's opposition to the Bond Motion (ECF Nos. 72–75) by **Tuesday, July 21, 2020**.

2. Ms. Trombetta is directed to file her opposition to the Motion to Dismiss by **Tuesday, July 28, 2020**. The Worthpoint Defendants are directed to file a reply, if any, by **Tuesday, August 11, 2020**.

3. Defendant Worthpoint Corporation's disclosure statement motion (ECF No. 59) is terminated as improperly filed.

4. Ms. Trombetta's discovery requests are unripe, the Court having not yet scheduled a case management conference or setting a pretrial schedule in this case.  Accordingly, none of the Defendants need respond to them at this stage of the litigation.

5. Ms. Trombetta is directed to refile her motion to strike regarding ECF Nos. 63 and 71.  If Ms. Trombetta's motion to strike does not address Attorney Duff's concerns about those documents, he may file a letter-motion to strike the offending portions of the filings.

6. Ms. Trombetta's request to overturn the Court's order granting Attorney Lutzker motion to appear pro hac vice is DENIED.

The Clerk of Court is respectfully directed to close ECF No. 59.  Chambers has mailed a copy of this Order to Ms. Trombetta at the address below.

Dated:       New York, New York
             July 14, 2020

                              SO ORDERED

                              SARAH L. CAVE
                              **United States Magistrate Judge**

Mailed By Chambers To:          Annamarie Trombetta
                                175 East 96th Street (12R)
                                New York, NY 10128