UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

against

NORB NOVOCIN, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Today, July 15, 2020, the Court received an email from Attorney Anderson Duff, counsel to Defendants Norb Nocin, Marie Novocin, and Estate Auctions, Inc. (the "EAI Defendants"), copying all parties and requesting that ECF Nos. 72 and 73 be stricken from the docket with redacted versions filed in their stead because both filings contain information that should not be on the public docket. The Court having reviewed both entries GRANTS EAI Defendants' request to strike ECF Nos. 72 and 73 and file the attached redacted versions in their place.

Chambers has stricken and replaced ECF Nos. 72 and 73. The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:      New York, New York
              July 15, 2020

                                            SO ORDERED

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**

Mail To:	Annamarie Trombetta
	175 East 96th Street (12R)
	New York, NY 10128