United States District Court                            Case No. 18-cv-0993-RA-HBP
Southern District of New York

_____
Annamarie Trombetta

       Plaintiff
           vs.
Norb Novocin, Marie Novocin and                **PLAINTIFF'S MOTION   TO**
      Estate Auctions Inc.
                                                                         **STRIKE   STATEMENT   AND**
 William Sieppel  and  WorthPoint Corporation |
5 Concourse Parkway NE, Suite 2850             **RESPONSE TO LETTER DATE  JULY  1,  2020**
      Atlanta, Georgia 30328
                                                                           **BY ATTORNEY ANDERSON J.  DUFF**
          Defendants
_____

To  The Honorable Ronnie Abrams  United States  Judge
and  The Honorable Sarah L. Cave, United States Magistrate Judge:

      Plaintiff's Petition  filing was mailed on  June 25, 2020.  Proof of mailing on June 25, 2020 at  1:25 p.m . This precedes Defendant's Attorney Anderson J. Duff's filing of his Motion to Order Plaintiff to Post A Bond by a full day, ergo proving that the Plaintiff was not in receipt of the Defendant's Motion  when mailing Plaintiff's Petition against Defendants Attorneys.

    In the July 1, 2020  letter by Attorney Anderson Josiah Duff  he references  information filed that he objects. A personal  e-mail to Mr. Duff  to inquire reveals he objects to Plaintiff's  statement  " The Novicins hired attorney Anderson Duff who has committed a felony."   Plaintiff Annamarie Trombetta, a Pro Se litigant , makes a Motion to Strike and or Omit-Delete-Correct this e statement in it's entirety  from the court records.

    Two years prior to this suit  Plaintiff   made  several attempts to resolve this matter. Plaintiff informed Mr. Novicin that Plaintiff was  not the artist  that created Man with the Red Umbrella .  Plaintiff  informed Novicin  that  he  wrongfully misappropriated  my biography and that Plaintiff  did not consent to his use of my biography . Mr. Novicin  did not correct or admit  to a mistake nor did he apologize.  Instead, Mr. Novicin said  I to  hire an attorney.  Plaintiff,  in  August 2017 had Attorney  Megan Noh send a settlement letter to the Novicins detailing all the violations and the loss of a sale of art by the Plaintiff.   Mr and Mrs Novicins ignored  all written and verbal outreaches.   To date there was one   settlement offer scheduled by Judge Abrams, in April 2019.   Secondly,   on January 28, 2020 Plaintiff received an Offer of Judgement from Mr. Duff.

    Plaintiff was obligated to respond by February 11, 2020.   Plaintiff  e-mailed  on said date to the designation e-mail documented  in the Offer of  Judgement at .anderson@revisonlegal.com.   Plaintiff's e-mail to Mr. Duff was returned and was BLOCKED.   The blocked address by Anderson Duff in part, is what prompted he letter dated/mailed on  June 25, 2020. Plaintiff objects to Mr. Duff's statement  in the July 1, 2020 letter "Plaintiff's June 29, 2020 filing demonstrates  that my clients' legal costs will be artificially inflated by Plaintiff's litigation conduct".  Plaintiff will detail and submit evidence documenting to offset  litigation  and the many responses to Mr. Duff's  Offer of Judgement.   The lack of response by Mr. Duff   and three years of contacting  the Novicins/ Estate Auctions to act responsibly is documented.   Now, during a GLOBAL PANDEMIC the defendants make a Motion  for Plaintiff to Post a Bond for $20,000. SEE ATTACHMENTS-Motion Responses to be this week.

Plaintiff Annamarie Trombetta's motion to strike one sentence regarding Attorney Anderson Duff (ECF No. 78) is GRANTED. In accordance with the Court's July 14, 2020 Order (ECF No. 76), Attorney Duff is directed to file, by **Thursday, July 23, 2020**, a motion to strike specifying what portions of ECF Nos. 63 and 71 should be redacted, including the sentence highlighted by Ms. Trombetta in ECF No. 78, and attaching redacted versions of both filings. The Clerk of Court is respectfully directed to close ECF No. 78 and mail a copy of this order to Ms. Trombetta at the address below.

Annamarie Trombetta
175 East 96th Street (12R)
New York, NY 10128

SO-ORDERED 7/16/2020

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge