UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                              Plaintiff,

against

NORB NOVOCIN, et al.,

                              Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In response to Plaintiff Annamarie Trombetta's request for direction (ECF No. 87), the Court notes that while it is mindful of Ms. Trombetta's pro se status, it cannot give her legal advice. Ms. Trombetta must seek legal advice from a retained attorney or may use one of the free services the Court has previously directed her to contact.

The first is the New York Legal Assistance Group. Additional information can be found online at nylag.org; by calling 212-613-500; emailing info@nylag.org; or visiting in person at 7 Hanover Square, 18th Floor, New York, New York 10004. The second is the United States District Court for the Southern District of New York's Pro Se Intake Unit. Additional information can be found online at nysd.uscourts.gov/prose; by calling at 212-805-0175; visiting in person at 500 Pearl Street, Room 200, New York, New York 10007; or emailing Temporary_Pro_Se_Filing@nysd.uscourts.gov. Ms. Trombetta is notified that the SDNY Pro Se Intake Unit will only temporarily accept emails as a response to the COVID-19 pandemic and will cease accepting emails once the pandemic subsides. In addition, Ms. Trombetta is strongly encouraged to consent to receiving electronic service of case activity through notifications sent

by email from the Court's Electronic Case Filing system by submitting the Consent to Electronic Service form found online at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases. Consenting to electronic service will allow her to receive Court orders and case filings more quickly via email instead of post mail.

If Ms. Trombetta requires additional time in preparing her responses, she may seek such extensions.

The Court has repeatedly informed Ms. Trombetta that she will need to produce to the Defendants any discovery that she has in her possession during the discovery phase of this litigation. To the extent that she wants to incorporate information learned from such discovery into her opposition to the pending motion to dismiss (ECF No. 60), she may do so in writing in the opposition, but should **not** submit the recording to the Court. In addition, any argument she wants to make against the motion to dismiss should be included in her opposition to the motion to dismiss, due August 4, 2020.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:   New York, New York
         July 30, 2020

                                            SO ORDERED

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**

3

Mail To:	Annamarie Trombetta
	175 East 96th Street (12R)
	New York, NY 10128