United States District Court  
Southern District of New York

Case No. 18-cv-0993-RA-HBP

Annamarie Trombetta  
    Plaintiff  
vs.

Norb Novocin, Marie Novocin   and

    Estate Auctions Inc.  
    and  
William Sieppel  and  WorthPoint Corporation |

5 Concourse Parkway NE, Suite 2850  
Atlanta, Georgia 30328  
    Defendants

PLAINTIFF'S  DENIED   REQUEST  FOR WAIVER  
OF THE SERVICE OF SUMMONS TO AMENDED COMPLAINT  
TO   DEFENDANT'S ATTORNEY ARNOLD  LUTZKER  
WILL SEIPPEL &  WORTHPOINT CORPORATION

To the Honorable Judge Sarah L. Cave :

    Pro Se Plaintiff, Annamarie Trombetta  submits a follow up  progress letter /filing  regarding  the Plaintiff's (July 28, 2020) Letter ECF 87  and the response by the Honorable Judge Sarah L.Cave  (July 30, 2020 ) ECF 88  to the Plaintiff's inquires. Plaintiff is grateful to the court for the references . Each investigation  has not rendered a consistent, known , permissible and proper procedure to guide the Plaintiff. This mirrors the  Plaintiff's inquires and experiences prior to writing the July 28, 2020 letter, directed to Your Honor.  Plaintiff again, reached out to The New York Legal  Assistance Group, The New York Bar Association, two private attorneys and Pro Se Officer, Ms. Tse, who issued the Summons and Operative Complaint. The consistent reply from all  investigated  references was that ultimately all  accepted procedures and decisions  are  up to the Judge ; hence  the July 28, 2020 letter.

    On Friday August 7, 2020 Plaintiff obtained the Summons for Will Seipple and WorthPoint Corporation  from the Pro Se Office. The Court records revealed the absence of the  issuance of the summons for the  Plaintiff's  so Ordered Amended Complaint. This was  due to the global pandemic and the New York  City court closures.

    On  Monday August 10th  and August 12, 2020  Plaintiff e-mailed Defendant's Attorney Arnold Lutzker  and and Will Seipple   The  e-mail letter included the content of Rule 4 with the Operative Amended Complaint dated Feb. 21, 2020 ECF 36  and  the attachment of  two waivers of the summons for  the required signatures.. Attorney Arnold P. Lutzker and Defendant Will Seippel **will not accede to Plaintiff's request** to sign the waiver of the summons. Plaintiff has attached the e-mail letters and the two waivers of the summons with this letter for the court to review.  Plaintiff welcomes any directions from the court to proceed  effectively and efficiently in this case.

August 13, 2020

Annamarie Trombetta  
175 East 96th Street (12  R)  
New York, New York 10128

Respectfully Submitted,

*Annamarie Trombetta* (signature)

Annamarie Trombetta