To Mr. Lutzker and Mr. Seippel,

Plaintiff Annamarie Trombetta submits for the second time the e-mail letter and request to sign the waiver for the summons.
In addition PLEASE NOTE the attached Operative Complaint .

Kindly contact the Plaintiff as soon as possible with your response and acknowledgement of the waiver for the summons.

Sincerely,
Annamarie Trombetta August 12, 2020
Tel. (212) 427-5990
[Quoted text hidden]

---

3 attachments

- February 21, 2020 Operative Amended Complaint.pdf
  7023K

- Will Seipple Waiver for Summons.pdf
  164K

- 2 WorthPointCorporation Waiver for Summons 1.pdf
  167K