UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                      Plaintiff,

against

NORB NOVOCIN, et al.,

                      Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Motion to Dismiss filed by Defendants WorthPoint Corporation and William Seippel (the "WorthPoint Defendants") is pending before the Honorable Ronnie Abrams. (ECF No. 60). Because the WorthPoint Defendants' Motion to Quash (ECF No. 107) and Motion to Strike (ECF No. 108) are intertwined with the Motion to Dismiss, Judge Abrams will decide them when ruling on the Motion to Dismiss. Accordingly, no summonses shall be issued in this case pending Judge Abrams's decision on the Motion to Dismiss.

The Clerk of Court is respectfully directed to mark ECF No. 36 as the "Operative Amended Complaint." (See ECF No. 40 at 1 n.2, 14 (construing ECF No. 36 as Ms. Trombetta's proposed amended complaint and deeming it to be the operative amended complaint). In addition, the Clerk of Court is respectfully directed to update the case caption to reflect the correct spelling of the parties' names as detailed below:

1. Plaintiff: Annamarie Trombetta

2. Defendants: Norb Novocin; Marie Novocin; Estate Auctions, Inc.; WorthPoint Corporation; and William Seippel.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:       New York, New York
                September 24, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:       Annamarie Trombetta
                175 East 96th Street (12R)
                New York, NY 10128