UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

          v.

NORB NOVOCIN, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

18-CV-993 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has considered the arguments raised in the Worthpoint Defendants' December 21 motion for reconsideration, *see* Dkt. 127, but nonetheless denies the motion.

Furthermore, the Court does not interpret Trombetta's December 14 letter as a motion for sanctions, *see* Dkt. 125, and so the Worthpoint Defendants are not entitled to attorneys' fees pursuant to Rule 11(c)(2), which authorizes a court to award attorneys' fees and costs to the prevailing party of a sanctions motion. *See* Fed. R. Civ. P. 11(c)(2). The motion for attorneys' fees is thus denied. *See* Dkt. 128.

SO ORDERED.

Dated:    December 23, 2020
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge