UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

            Plaintiff,

v.

NORB NOVOCIN, *et al.*,

            Defendants.

Case No. 18-CV-993 (RA) (SLC)

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that the law firm of Fensterstock, P.C. is hereby substituted in the place and stead of Devore & Demarco LLP as counsel of record for defendants William Seippel and WorthPoint Corporation in the above-captioned action.

      PLEASE TAKE NOTICE THAT all pleadings, notices of hearing, and other filings in this matter shall be served upon the undersigned incoming counsel, Fensterstock, P.C., at the address set forth below.

Dated: New York, New York
       January 15, 2021

| DEVORE & DEMARCO LLP | FENSTERSTOCK, P.C. |
|---|---|
| By: /s/ Joseph V. DeMarco<br>Joseph Vecchione DeMarco<br>David Milton Hirschberg<br>99 Park Avenue, Suite 1100<br>New York, New York 10016<br>(212) 922-9499<br>jvd@devoredemarco.com<br>dmh@devoredemarco.com<br><br>*Withdrawing Counsel for William Seippel and WorthPoint Corporation* | By: /s/ Evan S. Fensterstock<br>Evan S. Fensterstock<br>200 Vesey Street, 24th Floor<br>New York, NY 10281<br>(212) 859-5026<br>efensterstock@fensterstockesq.com<br><br>*Substituting Counsel for William Seippel and WorthPoint Corporation* |

SO ORDERED:

Dated: January __, 2021
      New York, New York

                                                   _____
                                                   RONNIE ABRAMS
                                                   United States District Judge