# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ANNAMARIE TROMBETTA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-CV-993 (RA) (SLC) |
| NORB NOVOCIN, ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants WorthPoint Corporation and William Seippel .

Date: 01/14/2021

/s/ Evan S. Fensterstock
*Attorney's signature*

Evan S. Fensterstock (EF2084)
*Printed name and bar number*
Fensterstock, P.C.
200 Vesey Street, 24th Floor
New York, NY 10281

*Address*

efensterstock@fensterstockesq.com
*E-mail address*

(212) 859-5026
*Telephone number*

(212) 943-2300
*FAX number*