UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

        v.

NORB NOVOCIN, *et al.*

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-19-21

18-CV-993 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 15, 2021, Plaintiff filed an affidavit of service, averring that she had successfully served process on Defendants William Sieppel and Worthpoint Corporation. *See* Dkt. 133. Defendants William Sieppel and Worthpoint Corporation are therefore ordered to notify the Court whether they intend to challenge the sufficiency of this service of process. They shall do so no later than January 22, 2021. If they do not intend to challenge the sufficiency of this service of process, then they shall also inform the Court whether (1) they intend to file another motion to dismiss for failure to state a claim or (2) they will continue to rely on those portions of their June 29, 2020 motion to dismiss that address their Rule 12(b)(6) argument. *See* Dkt. 60.

SO ORDERED.

Dated:    January 19, 2021
            New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge