UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
ANNAMARIE TROMBETTA,

                Plaintiff,

      - against –

NORB NOVOCIN, et al.,

                Defendants.

---------------------------------------------------------------------- X

Civil Action No. 18-CV-993 (RA) (SLC)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jana Farmer of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, an attorney duly admitted to practice law before this Court, hereby appears on behalf of the defendants, William Seippel and WorthPoint Corporation in the above captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned, as attorneys for said Defendants.

Dated: White Plains, New York
        January 27, 2021

                                        Yours, etc.

                                        WILSON ELSER MOSKOWITZ
                                        EDELMAN & DICKER LLP

                By:   /s/ Jana Farmer
                        Jana Farmer
                        1133 Westchester Avenue
                        White Plains, NY 10604
                        Telephone: (914) 872-7247
                        Fax: (516) 228-0200
                        Jana.Farmer@wilsonelser.com

Civil Action No. 18-CV-993 (RA)(SLC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANNAMARIE TROMBETTA,

                        Plaintiff,

-against-

NORB NOVOCIN, et al.,

                        Defendants.
-------------------------------------------------------------------

**NOTICE OF APPEARANCE**

*WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP*
*Attorneys for Defendants*
*WILLIAM SEIPPEL and WORTHPOINT CORPORATION*
*1133 Westchester Avenue*
*White Plains, NY 10604*
*(914) 872-7247*