IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Annamarie Trombetta, </br></br> Plaintiff, </br></br> v. </br></br> Norb Novocin, <u>et al</u>., </br></br> Defendants. | Civil Action No: 18-cv-00993 (RA) (SLC) |

## **<u>DEFENDANTS WORTHPOINT CORPORATION AND SEIPPEL'S SECOND MOTION TO DISMISS PLAINTIFF TROMBETTA'S AMENDED COMPLAINT</u>**

Defendants WorthPoint Corporation and William H. Seippel (collectively, the "WorthPoint Defendants"), by and through the undersigned attorneys, hereby move to dismiss this action pursuant to Fed. R. Civ. P. 12(b). Plaintiff's Amended Complaint fails to state a claim for which relief can be granted and this Court lacks jurisdiction to hear Plaintiff's claims against Defendant Seippel in any event. The reasons supporting this Motion are set forth in more detail in the WorthPoint Defendants' Memorandum of Law, which is being filed contemporaneously with this Motion.

THEREFORE, the WorthPoint Defendants respectfully request that the instant motion be GRANTED and that this action be DISMISSED with prejudice.

2

Date: January 29, 2021

                                              Respectfully Submitted,

                                              _____/S/_____
Arnold P. Lutzker (Admitted *Pro Hac Vice*)
LUTZKER & LUTZKER LLP
1233 20th St. NW, Suite 703
Washington, DC 20036
202.408.7600
202.408.7677 Facsimile
arnie@lutzker.com

*Attorney for Defendants WorthPoint Corporation and Seippel*

## **CERTIFICATE OF SERVICE**

I, Arnold P. Lutzker, hereby certify that on January 29, 2021, I electronically filed a true copy of the foregoing Second Motion to Dismiss with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day upon Plaintiff Trombetta at the following address:

> Annamarie Trombetta
> 175 East 96th Street (Apt. 12 R)
> New York, NY 10128

I made such service by personally enclosing the aforementioned document in a properly addressed, prepaid box and delivering it to an official depository under the custody of the United States Postal Service within the District of Columbia.

_____/S/_____
Arnold P. Lutzker
