IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

Annamarie Trombetta,                          )
                                              )
                                              )
                        Plaintiff,            )
                                              )
                                              )     Civil Action No: 18-cv-00993 (RA) (SLC)
            v.                                )
                                              )
Norb Novocin, et al.,                         )
                                              )
                                              )
                                              )
                        Defendants.           )
_____      )

**[PROPOSED] ORDER GRANTING DEFENDANTS' WORTHPOINT CORPORATION**
**AND SEIPPEL'S SECOND MOTION TO DISMISS**

Having considered Defendants' WorthPoint Corporation ("WorthPoint") and William H.

Seippel's Second Motion to Dismiss, this Court hereby rules as follows:

Defendants' WorthPoint and Seippel's Second Motion to Dismiss Plaintiff Trombetta's

claims: (1) for contributory copyright infringement; and (2) under 17 U.S.C. § 1202(a) and §

1202(b) is **GRANTED**; therefore, this action against Defendants WorthPoint and Seippel is

**DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: This _____ day of _____, _____.          _____

                                                     Hon. Ronnie Abrams
                                                     United States District Judge