UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X

ANNAMARIE TROMBETTA,

                Plaintiff,      Civil Action No. 18-CV-993 (RA) (SLC)

    - against –

NORB NOVOCIN, et al.,        **STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

                Defendants.

----------------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that the law firm of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, is hereby substituted in the place and stead of Lutzker & Lutzker LLP as counsel of record for defendants WILLIAM SEIPPEL and WORTHPOINT CORPORATION in the above-captioned action.

PLEASE TAKE NOTICE THAT all pleadings, notices of hearing, and other filings in this matter shall be served upon the undersigned incoming counsel, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, at the address set forth below.

Dated:  New York, New York
         February 10, 2021

| **LUTZKER & LUTZKER LLP** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP** |
|---|---|
| _____ | *Jana Farmer* /s/ |
| Arnold P. Lutzker | Jana Farmer |
| 1233 20th Street, NW | 1133 Westchester Avenue |
| Suite 703 | White Plains, NY 10604 |
| Washington, DC 20036 | 914.872.7247 |
| 202-408-7600 ext. 1 | jana.farmer@wilsonelser.com |
| arnie@lutzker.com | *Substituting Counsel for William Seippel and WorthPoint Corporation* |
| *Withdrawing Counsel for William Seippel and WorthPoint Corporation* | Our File No. 19701.00006 |

250661638v.1

**SO ORDERED**.

DATED:   February __, 2021             _____
        New York, New York             RONNIE ABRAMS
                                                                 United States District Judge

Civil Action No. 18-CV-993 (RA) (SLC)            Our File No. 19701.00006

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

ANNAMARIE TROMBETTA,

                               Plaintiff,

                 - against –

NORB NOVOCIN, et al.,

                              Defendants.

------------------------------------------------------------------------ X

_____

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**
_____

***WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP***
*Substituting Counsel for William Seippel*
*and WorthPoint Corporation*
**1133 Westchester Avenue**
**White Plains, NY 10604**
**914.872.7247**

250661638v.1