United States District Court
Southern District of New York

Annamarie Trombetta
Plaintiff
vs.

Norb Novocin, Marie Novocin and
Estate Auctions Inc.

and

William Sieppel and WorthPoint Corporation

5 Concourse Parkway NE, Suite 2850
Atlanta, Georgia 30328
Defendants

Case No. 18-cv-0993-RA-HBP

PLAINTIFF'S REQUESTS AND QUESTIONS

REGARDING NEW ATTORNEY FOR

WORTHPOINT CORP. AND WILL SEIPPEL'S

MEMORANDUM OF LAW IN OPPOSITION

OF DEFENDANTS MOTION TO

DISMISS PLAINTIFF"S CASE

To The Honorable Ronnie Abrams and
To The Honorable Sarah L. Cave  :

 Pro Se Plaintiff Annamarie Trombetta, on February 10, 2020 was informed and has questions regarding the documents and substitution of Attorney Arnold P. Lutzker.  Is Mr. Lutzker dismissed from this lawsuit? If so, is the Plaintiff still required to submit responses to Doc.143 dated January 29, 2021, written solely by Arnold Lutzker, before or on February 26, 2021 ?? Will the New Attorney Jana Farmer be filing new or additional documents ??

 Plaintiff wishes to set forth a logical proposal to keep the transition uncomplicated and as unified as possible. Plaintiff wishes to Request that the court confirm in writing by new Attorney, Jana Farmer to : 1) Review, 2) Confirm, 3) Change, 4) Delete and /or 5) Add any New Statements, Comments, Additions and /or Dismissals to the documents filed and composed solely by Attorney Arnold P. Lutzker prior to his substitution. Plaintiff requests communication from the court so that the Plaintiff can meet her legal deadline while still maintaining her artistic and professional responsibilities.

Respectfully Submitted,

*Annamarie Trombetta*   2/11/2021

Annamarie Trombetta

---

The parties should confer with one another regarding the areas raised by Plaintiff pro se Annamarie Trombetta's letter (ECF No. 145).  The Court reminds the parties of its requirement to meet and confer in good faith prior to seeking Court intervention regarding any dispute.  The Clerk of Court is respectfully directed to mail a copy of this order to Trombetta at the address below.

SO-ORDERED 2/12/2021

Mail To: Annamarie Trombetta
  175 East 96th St. Apt. 12R
  New York, NY 10128

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge