United States District Court
Southern District of New York

Case No. 18-cv-0993-RA-HBP

Annamarie Trombetta

**PLAINTIFF'S   NOTICE TO THE  COURT**

Plaintiff

vs.

Norb Novocin, Marie Novocin and

Estate Auctions Inc.

and

5 Concourse Parkway NE, Suite 2850
Atlanta, Georgia 30328

Defendants

On  February 11, 2021, the Plaintiff   contacted  the Honorable  Judge Ronnie Abrams and

the Honorable Judge Sarah Cave  regarding the withdrawal of  WorthPoint/Seippel 's Attorney

Arnold Lutzker.  Judge Cave  in  Doc. 147  wrote *"The Court reminds the parties of its*

*requirement to meet and confer in "good faith" prior to contacting the Court"*.  In light of this

"good faith"   requirement , Plaintiff' has brought to the attention of Attorney Anderson Duff  the

last June/July 2020 filings by the  first Defendants ,Norb and Marie Novicin.

As per the requirement  Plaintiff  is anticipating a response before or on March 19, 2020.

Respectfully  Submitted,

Annamarie Trombetta
175 East 96th Street ( 12 )
New York, New York 10128
February 25, 2021

Annamarie Trombetta,  Pro Se Plaintiff