UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 19, 2021 Plaintiff pro se Annamarie Trombetta filed a motion seeking sanctions against Defendants Norb and Marie Novocin and their counsel ("Plaintiff's Motion"). (ECF No. 159). Defendants need not undertake to file any opposition to Plaintiff's Motion, on which the Court will rule in due course.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:      New York, New York
              March 22, 2021

                                        SO ORDERED

                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**

Mail To:	Annamarie Trombetta
175 East 96th Street (12R)
New York, NY 10128