| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10/07/21 |

Annamarie Trombetta,

                Plaintiff

v.

Norb Novocin, Marie Novocin,
Estate Auctions Inc., William Sieppel, and
WorthPoint Corp.

                Defendants.

No. 18-CV-993 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On September 23, 2021, Plaintiff Annamarie Trombetta filed a motion titled, "Plaintiff's Response to Hon. Sarah L. Cave's Opinion and Order." Dkt. 173. This motion was addressed both to this Court, and to Judge Cave. *Id.* Plaintiff appears to have filed this motion in response to Judge Cave's Order and Opinion dated August 27, 2021. Dkt. 172. It is not clear, however, whether this motion is intended as a motion to reconsider, on which Judge Cave would rule, or intended as an objection to Judge Cave's opinion, on which this Court would rule.

    Plaintiff shall file a letter no later than November 5, 2021, clarifying the nature of her motion.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    October 7, 2021
             New York, New York

                                      Ronnie Abrams
                                      United States District Judge