UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., WILLIAM SEIPPEL, WORTHPOINT CORPORATION,

                Defendants,

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

A Telephone Discovery Conference is scheduled for **Tuesday, February 1, 2022 at 2:30 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss next steps to move this action forward following the Opinion & Order by the Honorable Ronnie Abrams concerning the Worthpoint Defendants' motion to dismiss (ECF No. 187).

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:      New York, New York
              December 27, 2021

                                    SO ORDERED.

                                    _____
                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**

Mail To:     Annamarie Trombetta
                175 East 96th Street

Apt. 12R
New York, New York 10128

2