Revised February 24, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff(s),

against

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., and WORTHPOINT CORPORATION,

                Defendant(s).

CIVIL ACTION NO.: 18Civ.00993(RA)(SLC)

**CASE REPORT AND PROPOSED CASE MANAGEMENT PLAN FOR PRO SE CASE**

1. **Summary of Claims, Defenses, and Relevant Issues:**

**Plaintiff/Defendant (circle one)** [Defendant circled]

Defendant WorthPoint is a resource for researching, valuing and buying/selling antiques, art and vintage collectibles. In the course of its work, it licensed and republished certain listings and records of art sales from eBay. One of the listings obtained from a third-party allegedly included Plaintiff's biographical information even though she was not the author of the painting. Plaintiff notified the defendant and it removed the information. Years later, Plaintiff brought suit and all of her claims, if any, against WorthPoint are time-barred. Further, WorthPoint never removed copyright management information from Plaintiff's biography, but merely re-published a sales record prepared by others.

_____

2. **I understand my obligation to preserve information relevant to this action and I am preserving that information now.**

**Plaintiff/Defendant (circle one)** [Defendant circled]

3. **Proposed Schedule:**

All discovery must be completed by July 31, 2022.

    a.    **Initial Requests for Documents** must be made by February 25, 2022.

    b.    **Depositions** shall be completed by May 26, 2022.

        i.    Neither party may take more than ten (10) depositions. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

    c.    **Documents from Third Parties** (such as doctors) (**will**)/will not (circle one) be required. If required, the following are the Third Parties from whom the **parties will request documents:** __Google_____

_____

___i.    Subpoenas requesting documents from Third Parties must be served by June 11, 2022. **Any party that receives a production** from a Third Party must provide a copy of that production to all other parties in this action.

    d.    There (**will**)/will not (circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which each expert is expected to testify.

__Google caching practices and procedures_____

_____

_____

_____

        i.    Written reports by any expert(s) must be served on the other parties in this action by August 17, 2022.  Depositions of experts must be completed by September 23, 2022.

**4.**      **Early Settlement or Resolution**:

The parties (have)/have not (circle one) discussed the possibility of settlement.  The parties request a settlement conference by no later than April 22, 2022.  The following information is needed before settlement can be discussed:

_Settlement demand from plaintiff; support from Plaintiff that Defendant committed an act___ __within the statute of limitations; support from Plaintiff's claim for damages. _____

_____

**5.**      **Other Matters:**_____

**Plaintiff/(Defendant)** (circle one) wishes to discuss the following additional topics at the Initial Case Management Conference.

_Simplified discovery procedures and depostions, given that issues are limited an plaintiff is pro se. _____

_____

_____

__

**Respectfully submitted this** 31 **day of** January , 2022.
*Jana Slavina Farmer*

**Counsel for WorthPoint Corporation**

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
1133  Westchester Ave.
White Plains,  New York 10604
Telephone:  (914) 872-7247
Fax:  (914) 323-7001
Jana.Farmer@wilsonelser.com