Respectfully Submitted,

February 9, 2022

Annamarie Trombetta
175 East 96th Street (12 R)
New York, New York 10128

*[signature: Annamarie Trombetta]*

Annamaire Trombetta