*Exhibit #1 of 2* (handwritten)


# Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

---

## Response to Request for a Phone Call

**Annamarie Trombetta** <atrombettaart@gmail.com>   Tue, Mar 16, 2021 at 4:40 PM
To: Anderson Duff <ajd@hoganduff.com>

Mr. Duff,

Attached is a two page photo feature with the address of your client.s
The online listing regarding Estate Auctions Inc from Seaford Delaware ALSO
states that this business began in 1998.

Attached is the Declaration by Marie Novicin states the dates for Estate Auctions began April 2012.

QUESTION---If Estate Auctions was incorporated in 2012--as you stated in your e-mail dated Februaary 25, 2021 ----
--- 1) -Why have you NOT furnished me with the Estate Auction 's Certificate of Incorporation.

" There is a difference between the individual Defendants and the entity Defendant. Estate Auctions, Inc. was not incorporated until April 23, 2012 and could not have done business prior to 2012. Your other arguments either misunderstand the law or misrepresent the facts." Anderson Duff

2) What State did Marie and Norb Novicin incorporate their business of Estate Auctions Inc. allegedly in April 2012 ?

I am requesting a copy of Estate Auctions Inc. April 2012 Certificate of Incorporation or any Proof of Incorporation by Marie and Norb Novicin for
Estate Auction Inc. BEFORE I have a phone conversation with you.

Kindly respond at your convenience to BOTH questions .

Sincerely,
Annamarie Trombetta

**3 attachments**

- 1998--Estate Auctions Inc.pdf
  234K
- Page 2 1998--Estate Auctions Inc.pdf
  229K
- Declaration Marie Novicin Estate Auctions Inc.pdf
  222K

*Request For Certificate of Incorporation* (handwritten)