UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The applications within Plaintiff Annamarie Trombetta's letter (ECF No. 196) are DENIED. All parties, including Ms. Trombetta, set forth their positions concerning upcoming deadlines at the February 1, 2022 Telephone Conference. The Court incorporated Ms. Trombetta's scheduling constraints into the Case Management Plan and Scheduling Order. (ECF No. 195 (the "CMP")). Further, the Court DENIES Ms. Trombetta's application to modify the deadlines in the CMP as not ripe.

For the avoidance of doubt, and as the Court already explained, Ms. Trombetta must <u>first</u> serve on Defendants a confidential settlement demand by **February 15, 2022**. After Defendants consider her demand, the parties shall meet and confer and file a joint letter by **March 4, 2022** stating whether all parties request a settlement conference. (ECF No. 195).

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated: New York, New York
February 10, 2022

Mail To: Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, New York 10128

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2