UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Plaintiff Annamarie Trombetta ("Ms. Trombetta") has filed a "Renewed Motion for Sanctions Against Defendants Norb & Marie Novicin [sic] & Estate Auctions Inc. Based on Fraud Verified by Plaintiff's New Evidence." (ECF No. 217 (the "Motion")). The Court had previously scheduled a conference for Tuesday, April 26, 2022 at 10:00 am (see ECF No. 195), and now plans to discuss the Motion during that conference. Accordingly, Defendants' obligation to respond to the Motion is held in abeyance pending the conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:    New York, New York
            April 21, 2022

SO ORDERED.

/s/ Sarah L. Cave
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, New York 10128