UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the Conference held today, April 26, 2022, the Court orders as follows:

1. For the reasons explained during the Conference, Ms. Trombetta's Motion for Renewed Sanctions (ECF No. 217) is DENIED without prejudice. A schedule for briefing dispositive motions will be set following the conclusion of discovery.

2. The deadline for depositions is extended from May 26, 2022 to **Thursday, June 30, 2022**.

    i. Neither party may take more than ten depositions. Absent an agreement between the parties, non-party depositions shall follow party depositions.

3. The deadline to serve all subpoenas requesting documents from third parties is extended from June 13, 2022 to **Friday, July 15, 2022**.

    i. The parties should serve subpoenas for third party records as early as practicable, and the Court may decline to extend any deadlines for the completion of discovery predicated on the late production of documents from third parties, especially if the subpoenas were not timely served.

The Court will hold a telephone status conference on **Monday, June 13, 2022 at 10:00 am.** The Parties are directed to call the Court's conference line at 866-390-1828, access code, 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:      New York, New York
            April 26, 2022

                                            SO ORDERED.

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**

Mail To:    Annamarie Trombetta
            175 East 96th Street, Apt 12R
            New York, New York 10128