UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

    Pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") request to seek leave to file an amended complaint (ECF No. 224) is DENIED WITHOUT PREJUDICE. Despite seeking leave to file an amended complaint, Ms. Trombetta has not submitted a copy of the proposed amended pleading. Should Ms. Trombetta continue to wish to file an amended complaint, she may re-file her motion but must attach a copy of the proposed amended complaint. The Court notes, however, that Ms. Trombetta has already once been granted leave to amend her complaint, (ECF No. 40), and that fact discovery as to the operative Amended Complaint (ECF No. 36), is ongoing and due to be completed by August 1, 2022. (ECF No. 195). Accordingly, Ms. Trombetta should give consideration as to whether seeking leave to amend at this time will disrupt the parties' efforts to complete fact discovery on schedule or otherwise delay resolution of her claims.

    To the extent Ms. Trombetta is also claiming that Defendants' discovery responses are deficient, then, consistent with § II.C of Judge Cave's Individual Practices, she must first meet and

confer with Defendants' counsel about those issues, and, if unresolved, may raise them in a letter-motion.

The Letter-Motion at ECF No. 226 to seal the documents at ECF No. 224–25 is GRANTED. The documents at ECF No. 224–25 shall remain visible only to the selected parties.

The Clerk of Court is respectfully directed to close ECF Nos. 224 and 226 and to mail a copy of this Order to Ms. Trombetta at the address below.

Dated: New York, New York
May 19, 2022

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, New York 10128