UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

  -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pending before the Court is pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") second request to seek leave to file an amended complaint. (ECF No. 228 (the "Second Request")). On May 18, 2022, Ms. Trombetta filed her initial request (the "Initial Request") seeking leave to file an amended complaint. (ECF No. 224). The Court denied the Initial Request on the basis that Ms. Trombetta had failed to attach a copy of the proposed complaint. (ECF No. 227). Ms. Trombetta was instructed that should she "continue to wish to file an amended complaint, she may re-file her motion but must attach a copy of the proposed amended complaint." (Id.) Despite the Court's instruction, Ms. Trombetta has failed to attach a copy of the proposed amended complaint to her Second Request. Accordingly, Ms. Trombetta's Second Request is DENIED WITHOUT PREJUDICE. Ms. Trombetta is further reminded that should she continue to wish to file an amended complaint, she may re-file her motion but must attach a copy of the proposed amended complaint.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated: New York, New York
May 23, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

Mail To: Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, New York 10128

2