**Gmail**  Annamarie Trombetta <atrombettaart@gmail.com>

## Trombetta v. Norb Novocin, et al.- WE File: 19701.00006

**Annamarie Trombetta** <atrombettaart@gmail.com>    Mon, May 23, 2022 at 1:27 PM
To: "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, "Farmer, Jana S." <jana.farmer@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>

To All Attorneys,

Please see Plaintiff's response to the Rule 37 Letter. Also Plaintiff has attached her Google Search Help print out regarding the removal of the fraudulent internet link ""1972 Original Oil Man With Red Umbrella " that was misattributed to the Plaintiff.

The hand labeling is Plaintiff's Google Evidence 01 to 09. Please review the attachments and confirm receipt of all that has been emailed.

Sincerely,
Annamaire Trombetta
[Quoted text hidden]

**10 attachments**

- Rule 37 Plaintiff's Response.pdf
  78K
- Plaintiff's Google Evidence  01.pdf
  152K
- Plaintiff's Google Evidence  02.pdf
  120K
- Plaintiff's Google Evidence  03.pdf
  83K
- Plaintiff's Google Evidence  04.pdf
  129K
- Plaintiff's Google Evidence  05.pdf
  110K
- Plaintiff's Google Evidence  06.pdf
  226K
- Plaintiff's Google Evidence  07.pdf
  155K
- Plaintiff's Google Evidence  08.pdf
  123K
- Plaintiff's Google Evidence  09.pdf
  117K