UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the discovery conference held today, June 13, 2022 (the "Conference"), the Court orders as follows:

1. By **Tuesday, June 21, 2022**, Plaintiff shall provide to Defendants revised written responses and supply any responsive documents for requests for production numbers 7, 9, 10, 13, 14, 15, 16, and 18.  Plaintiff will be precluded from relying on any documents not produced by this deadline for purposes of motions for summary judgment and trial.

2. By **Monday, June 27, 2022**, Plaintiff shall provide to Defendants revised written responses to interrogatory numbers 1, 2, 3, 6, and 8.  Plaintiff will be precluded from calling at trial any witness not included in response to these interrogatories.

3. By **Friday, July 1, 2022**, Defendants shall respond to Plaintiff's supplemental requests for production, requests for admission, and interrogatories, which Plaintiff served on or about May 28, 2022.

4. The deadline for completing fact witness depositions is extended to **Friday, July 29, 2022**.

    a. Neither party may take more than ten depositions. Absent an agreement between the parties, non-party depositions shall follow party depositions.

5. Any subpoenas requesting documents or testimony from third parties must be served, with notice to the opposing party, by no later than **Friday, August 12, 2022**.

    a. The parties should serve subpoenas for third party records as early as practicable, and the Court may decline to extend any deadlines for the completion of discovery predicated on the late production of documents from third parties, especially if the subpoenas were not timely served.

6. The deadline for completing all fact discovery is extended to **Friday, September 9, 2022**.

7. By **Friday, September 16, 2022**, (i) Plaintiff shall file a letter advising the Court whether she intends to seek leave to amend her complaint, and (ii) the parties shall file a status letter certifying the completion of fact discovery.

8. All discovery, including expert discovery, shall be completed by **Friday, October 21, 2022**.

    a. Expert reports shall be served by **Friday, September 23, 2022**.

    b. Depositions of experts shall be completed by **Friday, October 21, 2022**.

    c. The parties shall file a joint status report certifying the completion of all discovery by **Friday, October 28, 2022**. The parties shall adhere to the individual practices of the Honorable Ronnie Abrams concerning the filing and contents of any motion for summary judgment(s) or pretrial documents, including a proposed joint pretrial order.

Defendants are directed to order a transcript of the Conference. The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated: New York, New York
June 13, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, New York 10128

3