UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

          Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

          Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court construes pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter (ECF No. 237) as a request for a conference, which is DENIED. Ms. Trombetta MUST respond to Defendants' discovery requests as clearly and completely as possible. To the extent that Ms. Trombetta is asking about what evidence will be admissible at trial, that question is not ripe and will be decided by Judge Abrams in due course.

Dated:     New York, New York
          June 17, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:     Annamarie Trombetta
           175 East 96th Street, Apt 12R
           New York, New York 10128