UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      The Court is in receipt of letters from Ms. Trombetta dated June 16, and June 17, 2022, and WorthPoint dated June 17, and June 22, 2022.  (ECF Nos. 237; 239–40; 243).  The Court reminds the parties that it ruled on their various discovery disputes at the conference on June 13, 2022 and in the post-conference order (ECF min. entry June 13, 2022; ECF No. 234), and, if and when the parties have a discovery dispute, about which they have met and conferred in accordance with the Court's Individual Practices, they may file a letter pursuant to Local Rule 37.2.  In the meantime, letters solely for the purposes of disparaging another party or for raising merits or factual issues—which are not ripe at this time—are inappropriate and will be stricken.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

2

Dated:      New York, New York
               June 23, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  Annamarie Trombetta
            175 East 96th Street (12R)
            New York, NY 10128