UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of letters from pro se Plaintiff Annamarie Trombetta ("Ms. Trombetta") dated August 8, and August 11, 2022, and Defendant WorthPoint Corporation ("WorthPoint") dated August 10, 2022. (ECF Nos. 256–59). The Court orders as follows:

1. By **Wednesday, August 17, 2022**, Ms. Trombetta shall provide Defendants with three (3) dates on which she is available to sit for her deposition, and by **Friday, August 19, 2022**, Defendants shall notify which date they choose, the location, and other logistical information.

2. By **Friday, August 19, 2022**, to the extent they have not already done so, the EAI Defendants shall respond to the issues raised by Ms. Trombetta as to the sufficiency of their discovery responses.

3. To the extent Ms. Trombetta has identified witnesses she may call at trial, Defendants are entitled to contact them (or their counsel if they are represented), and request that they sit for depositions, either voluntarily or by subpoena. Ms. Trombetta cannot obstruct that process. See In re Bear Stearns Companies, Inc. Sec., Derivative, & Erisa Litig., 308 F.R.D.

113, 120 (S.D.N.Y. 2015) (imposing sanctions where plaintiff "repeatedly and willfully obstructed" Defendants' efforts to depose a non-party witness); see also Magee v. Paul Revere Life Ins. Co., 178 F.R.D. 33, 38 (E.D.N.Y. 1998) (affirming sanctions against plaintiff who interfered with defendant's attempts to obtain discovery from non-party).

The Clerk of Court is respectfully directed to (i) close ECF No. 258, and (ii) mail a copy of this Order to Ms. Trombetta at the address below.

Dated:     New York, New York
           August 12, 2022

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**

Mail To:  Annamarie Trombetta
          175 East 96th Street (12R)
          New York, NY 10128