UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

            Plaintiff,

-v-

NORB NOVOCIN, et al.,

            Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter-motion seeking permission to serve additional interrogatories and a Court order directing Defendants to investigate and identify the artist of the "1972 Original Oil Man with Red Umbrella" (ECF No. 261) is DENIED. The parties are directed to meet and confer regarding discovery requests prior to petitioning for judicial intervention.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:    New York, New York        SO ORDERED.
           August 16, 2022

*(signature)*
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  Annamarie Trombetta
         175 East 96th Street (12R)
         New York, NY 10128