UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter-motion seeking judicial intervention (ECF No. 284), and orders as follows:

1. Ms. Trombetta is reminded that she must meet and confer with Defendants regarding any pending discovery disputes prior to requesting judicial intervention. (See ECF No. 279).

2. Ms. Trombetta's request to waive the fees associated with acquiring copies of Norb and Marie Novocin's deposition transcripts (the "Transcripts") is DENIED. If Ms. Trombetta would like a copy of the Transcripts, she is directed to follow the instructions of the court reporter and pay the fees the court reporter requests.

3. Ms. Trombetta's request to have the Court supervise every discovery meet and confer held by the parties is DENIED. To the extent Ms. Trombetta's letter seeks a conference with the Court, her letter does not raise any issues that requires a conference with the Court at this time, and the request is DENIED.

4. Defendants shall <u>promptly</u> and <u>as simply as possible</u> transmit Ms. Joyce McNally's August 10, 2022 and Ms. Nicole Haimson's September 22, 2022 emails and attachments (the "Communications") to Ms. Trombetta.  Defendants shall send the transmit the Communications electronically and mail a copy of the Communications to Ms. Trombetta at the address below.

5. To the extent Ms. Trombetta raises questions that go to the merits of her claims and Defendants' defenses, the Court has advised on numerous occasions that such questions will be addressed following the completion of discovery.  (<u>See</u> ECF Nos. 221, 236, 244).

6. The fact discovery deadline remains **Monday, October 10, 2022**.  By **Monday, October 17, 2022**, Plaintiff shall file a letter advising the Court whether she intends to seek leave to amend her complaint, and (ii) the parties shall file a status letter certifying the completion of fact discovery.  (<u>See</u> ECF Nos. 268, 283).

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:    New York, New York           SO ORDERED.
          September 27, 2022

*Sarah Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  Annamarie Trombetta
          175 East 96th Street (12R)
          New York, NY 10128