UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────
ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter-motion seeking an extension of time to complete discovery (ECF No. 289 (the "Letter")) and Defendant WorthPoint Corporation's response letter (ECF No. 290 (the "Response Letter")), and orders as follows:

1. The fact discovery deadline is EXTENDED to **Friday, October 21, 2022** to give Ms. Trombetta the additional time she requests to review the deposition transcripts she mentions in the Letter, and the parties additional time to complete the outstanding non-party depositions outlined in the Response Letter.

2. Ms. Trombetta is reminded that if she would like transcripts of depositions, other than her own, she must follow the instructions of the court reporter and pay the fees the court reporter requests.

3. To the extent Ms. Trombetta's letter requests permission to delay until after summary judgment any request for leave to amend her complaint, the Court DENIES such request on the grounds that it would result in unnecessary inefficiencies and delays to this case. Accordingly, to the extent that Ms. Trombetta wishes to amend her

complaint, by **Friday, November 4, 2022**, she shall file her motion to amend the complaint (the "Motion") attaching the proposed amended complaint. By **Friday, November 18, 2022**, Defendants shall file their response to the Motion. By **Friday, December 9, 2022**, Ms. Trombetta shall file her reply.

4. All discovery, including expert discovery, shall be completed by **Friday, December 23, 2022**.

   a. Ms. Trombetta's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be due by **Friday, November 4, 2022**, and Defendants' shall be due by **Friday, December 2, 2022**.

   b. Depositions of experts shall be completed by **Friday, December 23, 2022**.

   c. The parties shall file a joint status report certifying the completion of all discovery by **Friday, December 30, 2022**. The parties shall adhere to the individual practices of the Honorable Ronnie Abrams concerning the filing and contents of any motion(s) for summary judgment or pretrial filings, including a proposed joint pretrial order.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:   New York, New York          SO ORDERED.
         October 7, 2022

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  Annamarie Trombetta
175 East 96th Street (12R)
New York, NY 10128

3