UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                      Plaintiff,

   -v-

NORB NOVOCIN, et al.,

                      Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter accusing Defendants' counsel of "a pattern of willful misinformation, intimidation and harassment[,]" (ECF No. 292), and Defendant WorthPoint Corporation's response letter (ECF No. 293). The Court has reviewed Ms. Trombetta's assertions and disagrees with her characterizations. Ms. Trombetta having notified Defendants of the witnesses she might call at trial, there is nothing improper in Defendants' counsel investigating the witnesses' correct addresses and serving them with notices of depositions at those addresses. It also appears that, once Defendants' counsel knew Ms. Trombetta no longer planned to call one of the witnesses, they advised the witness that his appearance at his deposition was no longer needed, which was appropriate and courteous. Accordingly, Ms. Trombetta's request to "admonish" Defendants' counsel is DENIED.

Ms. Trombetta is reminded, for the third time, that she must meet and confer with Defendants regarding any pending discovery disputes prior to requesting judicial intervention. (See ECF Nos. 279; 286).

2

      The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:     New York, New York         SO ORDERED.
             October 12, 2022

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  Annamarie Trombetta
          175 East 96th Street (12R)
          New York, NY 10128