UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter dated October 13, 2022, (ECF No. 295 (the "Letter-Motion")), and orders as follows:

1. To the extent the Letter-Motion seeks to seal Ms. Trombetta's Third Response to Defendant WorthPoint Corporation's ("WorthPoint") Interrogatories (the "Interrogatory Response"), (see ECF No. 293-2), the Letter-Motion is GRANTED. The documents at ECF No. 293-2 shall remain visible only to the selected parties. By **Wednesday, October 19, 2022**, WorthPoint shall re-file the Interrogatory Response with redactions to the addresses of Ms. Trombetta's witnesses.

2. To the extent the Letter-Motion seeks reconsideration on the Court's October 12, 2022 Order declining to admonish the Defendants, (see ECF No. 294), the Letter-Motion is DENIED. Ms. Trombetta is once again reminded, (see ECF No. 271), that any evidentiary or merit issues are not yet ripe, and may be appropriately raised at the summary judgment and/or trial stages of this case.

3. Unless directed by the Court, Defendants need not respond to Ms. Trombetta's letters in the future.

2

      The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:      New York, New York      SO ORDERED.
             October 14, 2022

*[signature]*

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  Annamarie Trombetta
           175 East 96th Street (12R)
           New York, NY 10128