UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter dated October 19, 2022, (ECF No. 301 (the "Letter-Motion")), and orders as follows:

1. To the extent the Letter-Motion seeks leave to submit evidence for the Court's consideration at this time, that request is DENIED.  The Court reaffirms, (see ECF Nos. 271; 297), that any evidentiary or merit issues are not yet ripe, and may be appropriately raised at the summary judgment and/or trial stages of this case.  Until then, the parties shall devote their efforts to the completion of fact discovery, and the briefing schedule to amend the complaint outlined in ECF No. 291.

2. Once a summary judgment briefing schedule has been set, Ms. Trombetta may, in support of or in opposition to any such motion, attach as exhibits to an affidavit the relevant excerpts of the transcripts, documents produced in discovery, and other evidence.  Ms. Trombetta is not precluded from providing the Court audio recordings, but transcripts will be easier for the Court's review.  The affidavit must attest to (i) what each item of evidence is, and (ii) its source.

3. The fact discovery deadline is EXTENDED to **Monday, October 24, 2022**.

4. Ms. Trombetta is reminded that several resources exist to aid <u>pro se</u> litigants in this District. (<u>See</u> ECF Nos. 88; 126). One such resource is the New York Legal Assistance Group ("NYLAG"). NYLAG could be a useful resource for answering procedural questions, such as the ones posed in the Letter-Motion. Additional information can be found online at nylag.org; by calling 212-613-500; emailing info@nylag.org; or visiting in person at 7 Hanover Square, 18th Floor, New York, New York 10004. Additionally, the United States District Court for the Southern District of New York's <u>Pro Se</u> Intake Unit could also be a helpful resource. Additional information can be found online at nysd.uscourts.gov/prose; by calling at 212-805-0175; visiting in person at 500 Pearl Street, Room 200, New York, New York 10007; or emailing Temporary_Pro_Se_Filing@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:   New York, New York         SO ORDERED.
         October 20, 2022

*Sarah Cave* (signature)

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  Annamarie Trombetta
         175 East 96th Street (12R)
         New York, NY 10128

2