UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 20, 2022 the Court extended fact discovery to Monday, October 24, 2022. To date, the parties have not filed a joint status letter certifying the completion of fact discovery (the "Letter"). Accordingly, by **Friday, October 28, 2022**, the parties shall file the Letter.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:    New York, New York        SO ORDERED.
           October 26, 2022

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  Annamarie Trombetta
         175 East 96th Street (12R)
         New York, NY 10128