UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                  Plaintiff,

-v-

NORB NOVOCIN, et al.,

                  Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant WorthPoint Corporation's ("WorthPoint") and pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letters dated October 31, 2022, (ECF No. 306–07), and orders as follows:

1. The fact discovery deadline is EXTENDED to **Monday, December 5, 2022**.

2. By **Wednesday, November 7, 2022**, Defendants shall file a single letter listing which documents they believe Ms. Trombetta has not yet produced ("Defendants' Letter").

3. By **Wednesday, November 14, 2022**, Ms. Trombetta shall file a letter responding to Defendants' Letter, clarifying (i) whether she has the document(s) listed, and (ii) if so, when she will produce the document(s) to Defendants. ("Ms. Trombetta's Letter").

4. After receiving Ms. Trombetta's Letter, the Court will assess whether a conference will be helpful. The parties are not required to meet and confer before filing each of their letters.

5. To the extent that Ms. Trombetta wishes to amend her complaint, by **Monday, December 12, 2022**, she shall file her motion to amend the complaint (the "Motion") attaching the proposed amended complaint. By **Tuesday, January 3, 2023**,

Defendants shall file their response to the Motion. By **Tuesday, January 10, 2023**, Ms. Trombetta shall file her reply.

6. All discovery, including expert discovery, shall be completed by **Tuesday, January 31, 2023**.

   a. Ms. Trombetta's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be due by **Monday, December 12, 2022**, and Defendants' shall be due by **Thursday, January 12, 2023**.

   b. Depositions of experts shall be completed by **Tuesday, January 31, 2023**.

   c. The parties shall file a joint status report certifying the completion of all discovery by **Tuesday, February 7, 2023**. The parties shall adhere to the individual practices of the Honorable Ronnie Abrams concerning the filing and contents of any motion(s) for summary judgment or pretrial filings, including a proposed joint pretrial order.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:   New York, New York            SO ORDERED.
         November 2, 2022

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: Annamarie Trombetta
         175 East 96th Street (12R)
         New York, NY 10128

2