Mail - Annamarie Trombetta - Outlook

*Exhibit #1*

## Norb Novocin Deposition Full Production of Exhibit #4 –2 Page eBay email

*Email to A. Duff*

**Annamarie Trombetta** <annamarietrombettalegal@outlook.com>
Sat 10/29/2022 2:27 PM

To: ajd@hoganduff.com <ajd@hoganduff.com>; Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>

8 attachments (13 MB)
Ebay ITem Sold for 1972 Painting ––EAI000058–EAI000059.pdf; EXHIBIT 4 Norb Novocin Deposition. JPG.JPG; Norb Novocin Deposition Page 74.jpg; Norb Novocin Deposition Page 75.jpg; Norb Novocin Deposition Page 76.jpg; Norb Novocin Deposition Page 77.jpg; Norb Novocin Deposition Page 78.jpg; Norb Novocin Deposition Page 79.jpg;

Mr. Duff and to all parties,

Attached is are pages 74 to 79 of the September 21, 2022 Novocin Deposition. WorthPoint attorneys requested identified and called for the production of the two page December 1, 2012 email sale for the 1972 Original Oil Painting titled Man With Red Umbrella.

Production of this two page document labeled Exhibit 4 and also EAI00058 amd EAI00059 is requested immediately . Failure to produce these two documents will be noted to the Court in a letter on October 31, 2022.

Submitted October 29, 2022
Annamarie Trombetta

*Exhibit #1*

Exhibit # 2
Page 1

Page 74

1              N. NOVOCIN

2       A.    I couldn't find it.  I e-mailed

3  it to myself.

4            MS. FARMER:  To the extent not

5         already produced, we will call for

6         the production of the copy of the

7         listing that your son was able to

8         find.  We will make a request of Mr.

9         Duff.

10       Q.    Mr. Novocin, this document,

11  Defendant's Exhibit 4 that we are looking

12  at, that appears to be an e-mail address to

13  you, correct?

14       A.    Yes.

15       Q.    It appears to be from Ebay,

16  EAI?

17       A.    Correct.

18       Q.    Is that the typical e-mail that

19  you would receive from Ebay when one of

20  your listings would sell?

21       A.    No.  Let me -- the one further

22  down would be, yes, where it says,

23  "Congratulations, your item sold", all of

24  that would be a typical one that we had

25  from Ebay, yes.

Exhibit # 2
Page 2

1               N. NOVOCIN

2       Q.      I take it the top e-mail is for

3   the earlier notification, correct?

4       A.      Correct.

5       Q.      Did you ask Ebay to be sent to

6   you that sales notification from 2012?

7       A.      No.

8       Q.      How did you happen to get the

9   January 10, 2017 e-mail?

10      A.      We would have gone through our

11  old e-mails and got a copy of it from other

12  old e-mails.  We don't throw e-mails away.

13      Q.      When it says Ebay, EAI, does

14  that indicate it came from Ebay or some

15  other company?

16      A.      It came from us, Estate

17  Auctions Incorporated.

18      Q.      This is initially you

19  forwarding your old e-mail to yourself?

20      A.      Correct.

21      Q.      To your knowledge, does your

22  e-mail server, if they are familiar with

23  somebody's e-mail address, do they brief it

24  so the A sign is not visible?

25      A.      Yes.

Exhibit # 3
Page 3

Page 76

1                    N. NOVOCIN

2         Q.    It would make sense that your

3    e-mail system knows your other e-mail

4    addresses, correct?

5         A.    Correct.

6         Q.    Now, the e-mail below it,

7    December 1, 2012, it is from Ebay.com,

8    correct?

9         A.    Correct.

10         Q.    You received that e-mail from

11    Ebay at Ebay@Novocin.com, correct?

12         A.    Correct.

13         Q.    Was that the e-mail that you

14    personally used, somebody else in your

15    company or something else?

16         A.    One of the company e-mails

17    yeah.

18         Q.    Who has access to these

19    e-mails?

20         A.    The list of people that I gave

21    you earlier all have access to that e-mail.

22         Q.    Are you by any chance still in

23    possession of the original file for this

24    e-mail?  Not the pdf, but the actual

25    e-mail.

Exhibit #2
Page 4

1               N. NOVOCIN

2        A.    I don't know.  I would have to

3   go and check.  I don't know if we still

4   have that, if Ebay@Novocin.com goes back

5   that far.

6        Q.    Do you see towards the bottom

7   of this document, there appears to be a

8   section that's a little bit cut off.  Do

9   you see that?

10       A.    Yes.

11       Q.    I'm going to ask if you can go

12  back and check if the original e-mail file,

13  if you still have it, might have this

14  information without being cut off.  If so,

15  I would ask of you to please provide us

16  with a copy that's not cut off.  Okay?

17       A.    That's okay.  I'm pretty sure

18  we have a copy.  In fact, this one here

19  might be a copy of it.  When you create

20  pdfs, sometimes pdf cut it off.  I can get

21  that.

22            MR. DUFF:  What's the part

23        that's cut off?

24            (Whereupon, an off the record

25        discussion was held).

Exhibit #2
Page 5

1              N. NOVOCIN

2       Q.    Mr. Novocin, does the domain

3   Ebay@Novocin.com still exist?

4       A.    Yes.

5       Q.    Was there a server associated

6   with this domain?

7       A.    Multiple.

8       Q.    Do these servers still exist?

9       A.    A lot of the servers that we

10  had to switch, we lost all the previous

11  photos on.  We switched it to a different

12  server while keeping Novocin, but we didn't

13  switch over the millions of photos that

14  were on it.

15      Q.    When was Ebay@Novocin.com

16  created?

17      A.    A long time ago.  I don't know.

18      Q.    Was it before top of the 2008

19  page, to your knowledge?

20      A.    Yes, it was before 2008, yes.

21      Q.    This document, Defendant's

22  Exhibit 4, does it indicate to you the

23  price for which the painting Man With A Red

24  Umbrella was sold?

25      A.    Well, it's cut off, but yeah,

Exhibit # 2
Page 6

Page 79

```
 1              N. NOVOCIN
 2  it says, "Sale price, 181.5".  I'm pretty
 3  sure it's 181.50.
 4       Q.    It indicates the buyer is N▆▆▆
 5  something?
 6       A.    Yes.
 7       Q.    Does it indicate that the
 8  person who bought this painting resides in
 9  Reno?
10       A.    ▆▆▆▆, ▆▆▆▆▆, yes.
11       Q.    To your knowledge, is that
12  true, the purchaser was named Nina and she
13  resides in Reno, Nevada?
14       A.    Yes.
15       Q.    Is that the person that you
16  spoke to to try to get the photos of the
17  painting?
18       A.    Yes.
19       Q.    When you were composing the
20  listing for this painting, did you call
21  Worthpoint to discuss that with them?
22       A.    I don't think I was a member of
23  Worthpoint at that time.
24       Q.    Did Worthpoint have any input
25  whatsoever to what you put into the listing
```

*(handwritten: EXHIBIT #3)*

Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time

**Subject:** Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

**Date:** Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time

**From:** eBay EAI

**To:** Norb Novocin, marie novocin

*(handwritten: E bay A! Page 1)*

---------- Forwarded message ----------
From: **eBay** <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com

| eBay | **eBay sent this message to Norb & Marie Novocin (estateauctionsinc).**<br>Your registered name is included to show this message originated from eBay. Learn more. |
|---|---|

## Congratulations, your item sold!

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping la you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking i automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to yo the item is on its way. This will save you time, and may result in fewer questions from buyers and higher det
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This wil result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

| 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz | 1972 Original Oil Painting Man \<br>Annamarie Trombetta yqz |
|---|---|
| | **Sale price:** $181.! |
| | Quantity sold: 1 |
| | Sale date: Dec-0 |
| | Buyer: nina c |
| | 9naclc |
| | [conta |
| | Buyer's shipping address:nina c |
| | 14215 |
| | reno, I |
| | Sell another Item \| Send invoice |

## Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest.
  For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

Exhibit #3

Ebay B

Page 2

**Email reference id: [#45d0df16f2ea40759d3656f834970b06#]**
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account registered on www.ebay.com.

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any questions.

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.

Case 1:18-cv-00993-RA-SLC   Document 312-1   Filed 11/10/22   Page 10 of 12

# M Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

---

## Request for copy Docket 282 and Plaintiff's response due on September 22, 2022

**Annamarie Trombetta** <atrombettaart@gmail.com>                     Fri, Sep 23, 2022 at 5:56 AM
To: Anderson Duff <aj.d@hoganduff.com>, "Farmer, Jana S." <jana.farmer@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, "Harmson, Nicole"
nicole_harmson@wilsonelser.com>

To: Mr. Duff,

Plaintiff is requesting that all my discovery responses set forth in my September 19th letter in Doc. 180 to the Court be answered in completion.

I am requesting a copy of Docket 282 due to your failure to send Plaintiff the letter addressed to Judge Cave. Kindly send your September 22, 2022 letter to Plaintiff as soon as possible.

Submitted September 23, 2022 at 6 a.m.
Annamarie Trombetta

*[handwritten: Exhibit #4 Page 1]*

# Gmail



**Request for copy Docket 282 and Plaintiff's response due on September 22, 2022**

Annamarie Trombetta <atrombettaart@gmail.com>

**Annamarie Trombetta** <atrombettaart@gmail.com>
To: Anderson Duff <ajd@hogandduff.com>, "Farmer, Jana S." <jana.farmer@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, "Haimson, Nicole"
<nicole.haimson@wilsonelser.com>

Fri, Sep 23, 2022 at 10:20 AM

To Mr. Duff,

Plaintiff is requesting that all my discovery responses set forth in my September 19th letter in Doc. 280  to the Court be answered in completion.

I am requesting a copy of Docket 282 due to your failure to send Plaintiff the letter  that is
addressed to Judge Cave. Kindly send your September 22, 2022  letter  to Plaintiff
as soon as possible.

Submitted September 23, 2022 at 10:20 a.m.
Annamarie Trombetta
Annamarie Trombetta
[Quoted text hidden]



Gmail - Follow Up of Third Subpoena

 Gmail

**Annamarie Trombetta <atrombettaart@gmail.com>**

---

## Follow Up of Third Subpoena

---

~~Nina~~ ~~@aol.com>~~                                      Mon, Nov 7, 2022 at 3:14 PM
To: Annamarie Trombetta <atrombettaart@gmail.com>

I have no written proof of payment for man with red umbrella
Measurements ( I bought a custom frame for the painting)
Length with frame 50 and 3/4 inches
Width with frame 19 5/8 inches
Length to the best of my ability without frame 48 and 1/4 inches
Width without frame 17 and 1/8 inches

Sent from my iPad

   On Nov 6, 2022, at 8:51 AM, Annamarie Trombetta <atrombettaart@gmail.com> wrote:

   [Quoted text hidden]

*(handwritten, right margin)* From Boyer of 1972 Oil Man With Red Umbrella

---

**4 attachments**



Back of Painting.HEIC
518K



Image  Man With Red Umbrella IMG_0246.HEIC
620K

Third Subpoena for Nina ~~~~ .pdf