UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Discovery Conference is scheduled for **Wednesday, November 23, 2022, at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss the issues identified in ECF Nos. 309–10 and 312.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:    New York, New York    SO ORDERED.
            November 14, 2022

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  Annamarie Trombetta
         175 East 96th Street (12R)
         New York, NY 10128