UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                    Plaintiff,

  -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                    Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the telephonic discovery conference held today, November 23, 2022 (the "Conference"), the Court orders as follows:

1. Defendants Norb Novocin, Marie Novocin, and Estate Auctions Inc. (together, the "EAI Defendants") shall produce to pro se Plaintiff Annamarie Trombetta ("Ms. Trombetta"), the following:

    a. the eBay receipt of the 2012 sale of the 1972 original oil painting, in the native electronic format; and

    b. documentation of the medium by which the transaction occurred (i.e., Paypal, credit card, check, etc.), to the extent such information exists.

2. Defendant Worthpoint Corporation ("Worthpoint," together with the EAI Defendants, the "Defendants") shall produce to Ms. Trombetta the last known contact information for Greg Watkins and Anita Brooks.

3. Ms. Trombetta's request for EAI's 2012 tax returns and information relating to its computer server is DENIED.

4. As a result of Ms. Trombetta's representations at the Conference concerning the damages she is seeking in this action, Worthpoint's requests for Ms. Trombetta's tax and medical records, and sales records from 2018 through 2021, are DENIED WITHOUT PREJUDICE.

5. Ms. Trombetta shall produce to Defendants, the following:

   a. the February 20, 2016 email and attachments in native electronic format; and

   b. **all** communications Ms. Trombetta has had with **any** non-party witnesses relevant to the claims or defenses in this action.

6. The parties shall produce the documents set forth in this Order by no later than **December 2, 2022**.

7. Defendants shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to: etranscripts@nysd.uscourts.gov by **Monday, November 28, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated: New York, New York
November 23, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, New York 10128

2