UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter dated December 1, 2022, (ECF No. 320 (the "Letter-Motion")), and orders as follows:

1. To the extent the Letter-Motion seeks leave to submit evidence for the Court's consideration at this time, that request is DENIED. The Court reaffirms, (see ECF Nos. 221; 236; 244; 271; 286; 297; 302), that any evidentiary or merits issues are not yet ripe, and may be appropriately raised at the summary judgment and/or trial stages of this case. Until then, the parties shall devote their efforts to the completion of fact discovery, (see ECF No. 319), and the briefing schedule to amend the complaint outlined in ECF No. 308.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:     New York, New York
             December 5, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2

Mail To:  Annamarie Trombetta
         175 East 96th Street (12R)
         New York, NY 10128