UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter dated December 5, 2022, (ECF No. 322), and orders as follows:

1. By **Wednesday, December 7, 2022**, Defendant Worthpoint Corporation shall advise the Court whether it has in its possession, custody, or control, the "coding for EAI00058 and EAU00060[.]" (ECF No. 322 at 3).

2. The Clerk of Court is respectfully directed to send a copy of this Order and the Court's order issued on November 23, 2022 (ECF No. 319), to Ms. Trombetta at the address below.

Dated:     New York, New York
           December 6, 2022

SO ORDERED.

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Annamarie Trombetta
          175 East 96th Street, Apt 12R
          New York, New York 10128