UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                     Plaintiff,

   -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                     Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letters dated December 8 and 9, 2022, (ECF Nos. 330–31), and orders as follows:

1. The parties shall file a joint letter certifying the completion of fact discovery by **Thursday, December 15, 2022**.

2. To the extent that Ms. Trombetta wishes to amend her complaint, by **Monday, December 19, 2022**, she shall file her motion to amend the complaint (the "Motion") attaching the proposed amended complaint. By **Tuesday, January 10, 2023**, Defendants shall file their response to the Motion. By **Tuesday, January 17, 2023**, Ms. Trombetta shall file her reply.

3. All discovery, including expert discovery, shall be completed by **Tuesday, February 7, 2023**.

   a. Ms. Trombetta's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be due by **Monday, December 19, 2022**, and Defendants' shall be due by **Thursday, January 19, 2023**.

   b. Depositions of experts shall be completed by **Tuesday, February 7, 2023**.

    c. The parties shall file a joint status report certifying the completion of all discovery by **Tuesday, February 14, 2023**. The parties shall adhere to the individual practices of the Honorable Ronnie Abrams concerning the filing and contents of any motion(s) for summary judgment or pretrial filings, including a proposed joint pretrial order.

4. By **Tuesday, December 13, 2022**, Defendants shall file a response to Ms. Trombetta's letter requesting a more fulsome production of the data for "EAI00073 thr[ough] [] EAI00079[.]" (ECF No. 331). To the extent Ms. Trombetta raises merits issues for the Court's consideration, the Court reaffirms, (see ECF Nos. 221; 236; 244; 271; 286; 297; 302; 321), that any evidentiary or merits issues are not yet ripe, and may be appropriately raised at the summary judgment and/or trial stages of this case.

5. No further extensions of the deadlines in this Order shall be granted absent extraordinary circumstances.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:    New York, New York        SO ORDERED.
           December 12, 2022

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Annamarie Trombetta
           175 East 96th Street, Apt 12R
           New York, New York 10128