UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                       Plaintiff,

   -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                       Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On December 12, 2022, the Court directed the parties to file a joint letter certifying the completion of fact discovery by Thursday, December 15, 2022. (ECF No. 333 at 1). On December 15, 2022, Defendants filed a letter (i) certifying the completion of fact discovery, (ii) reserving their right to make any appropriate motions to preclude, and (iii) advising the Court that third-party discovery is still underway but should not interfere with any of the pending deadlines. (ECF No. 336 at 1–2). Ms. Trombetta, however, has not filed a letter certifying the completion of fact discovery. In addition to her expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2), and her motion to amend the complaint (ECF No. 333), Ms. Trombetta shall file a letter certifying the completion of fact discovery by **Monday, December 19, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:      New York, New York
              December 16, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Annamarie Trombetta
               175 East 96th Street, Apt 12R
               New York, New York 10128