December 16, 2022

The Honorable Judge Ronnie Abrams
United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

The Honorable Judge Sarah L. Cave
United States District Court Southern District of New York
500 Pearl St. Courtroom 18A New York, NY 10007-1312

**RE: Plaintiff's  Fact Discovery Status Letter and  Expert Witness Report  Extension**

To Honorable Judge Cave and The Honorable Judge Abrams,

Plaintiff's extends an immediate response and apology to the Court for my delayed Fact Discovery letter.

Plaintiff reminds the Court that on Dec. 8, 2022 , Plaintiff set forth an application for an extension for my expert witness reports. Most notably, my art appraisal expert witness,   who is not free until January as evidenced in her email dated Dec. 6, 2022 that has been filed  in Doc. 330.   Plaintiff regrets that none of my expert witnesses can produce an expert report by Monday Dec.19,  2022.  I ask the Court to understand that in October, all my expert witness were ready, however  Discovery issues with the Defendants  were present. All of my experts expressed interest in reviewing my evidence that I produced, which is logical.  At present,  I have now encountered difficulty adjusting my expert witnesses with the Court schedule.  In Doc. 330 dated Dec. 8 2022  I set forth emails from my witness expressing  unavailability due to their  prior commitments. **EXHIBIT #1 Email filed with  Dec. 8,2022 letter in Doc.  330.**

Pro Se` Plaintiff  informs  the Court regarding my Discovery status and that it was delayed.  On  Dec. 15, 2022 Plaintiff  and  WorthPoint's attorney Nicole Haimson  reviewed Plaintiff's Production of Evidence which surpasses nine hundred pages. Due to some minor  yet significant issues,   a follow up phone meeting to  correct and reorganize  Plaintiff's  documents was scheduled  Friday morning Dec. 16, 2022 which concluded  on or around  noon. All  of Plaintiff's submitted Fact Discovery  are soundly resolved.

Additionally,  submitted late eve  on Dec. 15, 2022, Plaintiff  filed a letter petitioning the Court to reconsider  Plaintiff's  request for the production for one   native electronic Original email  directly exported to a PDF file for the Ebay 2012 sale of the 1972 Original Oil Painting Man With Red Umbrella.

Lastly, due on Monday is Plaintiff's Proposed Amended Complaint to include the Court's  Complaint application.   At this juncture, is Plaintiff permitted to file exhibits with my Proposed Amended Complaint  or to include Plaintiff's evidence?  Plaintiff did contact the NYLAG with questions regarding exhibits  and Plaintiff's evidence however no responses were set forth upon filing this letter.

Once again, outside of the Plaintiff  desire for the  PDF  file for the Ebay 2012 sale of the 1972 Original Oil, Plaintiff's Fact Discovery is complete.

December 16, 2022                                    Respectfully Submitted.

Annamarie Trombetta                      ———— Electronic Signature ——————
175 East 96th Street
New York, New York 10128                      /s/  Annamarie Trombetta

_____

Annamarie Trombetta