UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter dated December 16, 2022, (ECF No. 338), and orders as follows:

1. Because the only outstanding discovery issue that Ms. Trombetta identifies is something that the Court has deemed resolved (see ECF No. 327), the Court deems fact discovery to be closed at this time.

2. Ms. Trombetta is permitted, but not required, to attach exhibits to her proposed amended complaint. As the Court has stated no less than ten times (see ECF Nos. 221; 236; 238; 244; 271; 286; 297; 302; 321; 333), to the extent Ms. Trombetta raises merits issues for the Court's consideration, the Court reaffirms that any evidentiary or merits issues are not yet ripe, and may be appropriately raised at the summary judgment and/or trial stages of this case. Though the Court is permitting Ms. Trombetta to attach exhibits to her proposed amended complaint, it shall not be an avenue to subvert the posture of this case.

3. To the extent Ms. Trombetta seeks an extension of time to serve expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) on Defendants, her request is

DENIED. On December 12, 2022, the Court advised Ms. Trombetta that "[n]o further extensions of the deadlines in this Order[,]" including the expert discovery deadlines, "shall be granted absent extraordinary circumstances." (ECF No. 333 at 2). Ms. Trombetta now, on the eve of her deadline to serve expert disclosures pursuant to Rule 26(a)(2), requests an extension to the discovery deadline. The Court shall not grant such a request because Ms. Trombetta has failed to articulate extraordinary circumstances that warrant the requested relief. Ms. Trombetta has been made aware that expert discovery shall follow fact discovery (see e.g., ECF Nos. 195; 234; 291; 308; 333), and advised by the Court what her responsibilities are. (ECF No. 328 at 41–42). If Ms. Trombetta remains interested in pursuing expert discovery, she must comply with the Court's deadline, as outlined in ECF No. 333.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:   New York, New York            SO ORDERED.
         December 19, 2022

                                       _____
                                       **SARAH L. CAVE**
                                       **United States Magistrate Judge**

Mail To:   Annamarie Trombetta
           175 East 96th Street, Apt 12R
           New York, New York 10128