UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

   -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") motions for leave to amend the complaint as to Defendants Norb Novocin, Marie Novocin, and Estate Auctions Inc. (ECF No. 341 (the "EAI Motion")), and Defendant WorthPoint Corporation (ECF No. 342 (together, the "Motions to Amend")), and orders as follows:

1. Ms. Trombetta is directed to re-file her Motions to Amend as a single motion, not two separate motions, by **Friday, December 23, 2022**. Ms. Trombetta is also advised that she must, once again, annex the proposed amended complaint to her forthcoming motion to amend. By **Friday, January 10, 2023**, Defendants shall file their response to the forthcoming motion. By **Tuesday, January 17, 2023**, Ms. Trombetta shall file her reply.

2. In support of the EAI Motion, Ms. Trombetta filed sensitive medical documents. (See ECF Nos. 341-2 – 341-3 (the "Medical Documents")). "Courts have specifically recognized that there is a recognized privacy interest in medical records, albeit one that is neither fundamental nor absolute." Hickson v. V.I.M. Store, No. 20 Civ. 2974 (EK) (RER), 2020 WL 7042762, at *2 (E.D.N.Y. Dec. 1, 2020) (quoting United States v.

Vinas, No. 08-CR-823 (NGG), 2017 WL 1969665, at *2 (E.D.N.Y. May 11, 2017)). Considering this privacy interest and Ms. Trombetta's pro se status, the Court finds that sealing the Medical Documents is appropriate.

The Clerk of Court is respectfully directed to (i) close ECF Nos. 341 and 342, (ii) seal the documents at ECF Nos. 341-2 and 341-3 which shall remain visible only to the litigants in this action, and (iii) mail a copy of this Order to Ms. Trombetta at the address below.

Dated:     New York, New York                    SO ORDERED.
           December 21, 2022

                                                 _____
                                                 **SARAH L. CAVE**
                                                 **United States Magistrate Judge**


Mail To:   Annamarie Trombetta
           175 East 96th Street, Apt 12R
           New York, New York 10128