UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

  -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On December 21, 2022, the Court directed pro se Plaintiff Annamarie Trombetta ("Ms. Trombetta") to re-file her motion to amend the complaint (the "Motion") by Friday, December 23, 2022. (ECF No. 344 at 1). To date, Ms. Trombetta has not re-filed the Motion. Accordingly, Ms. Trombetta shall re-file the Motion by **Wednesday, December 28, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:     New York, New York
           December 27, 2022

SO ORDERED.

_[signature]_
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Annamarie Trombetta
           175 East 96th Street, Apt 12R
           New York, New York 10128