UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Annamarie Trombetta
_____

Plaintiff,  Artist
_____

Write the full name of each plaintiff.

18 CV 00993
_____

(Include case number if one has been
assigned)

-against-

PROPOSED  **SECOND AMENDED
COMPLAINT**  ▾

Estate Auctions Inc.
_____

Norb and Marie Novocin
_____

Do you want a jury trial?
☐ Yes    ☐ No

Defendants
_____

WorthPoint Corporation
_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case? .

- ☑  **Federal Question**
- ☑  **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Direct Copyright Infringement Act

Visual Artist Rights Act

Digital Millenium Copyright Act (CMI)

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , <u>Annamarie Trombetta</u>, is a citizen of the State of
(Plaintiff's name)

<u>New  York</u>
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, <u>Norb   and Marie Novocin</u>, is a citizen of the State of
(Defendant's name)

<u>Delaware</u>

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, <u>Estate Auctions, Inc.</u>, is incorporated under the laws of

the State of <u>Delaware</u>

and has its principal place of business in the State of <u>Delaware</u>

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

<u>Annamarie Trombetta</u>

First Name                     Middle Initial        Last Name

<u>175 East 96th Street  (12  R)</u>

Street Address

<u>New York</u>                        <u>New York</u>        <u>10128</u>

County, City                          State             Zip Code

<u>(212) 427-5990</u>                <u>atrombettaart@gmail.com</u>

Telephone Number                      Email Address (if available)

If the defendant is an individual:

The defendant, **WorthPoint Corporation**, is a citizen of the State of
_____(Defendant's name)_____

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, WorthPoint Corporation _____, is incorporated under the laws of

the State of **Georgia** _____

and has its principal place of business in the State of **Georgia** _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Annamarie Trombetta
_____
First Name                         Middle Initial          Last Name

175 East 96th Street  (12  R)
_____
Street Address

New York                    New York          10128
_____
County, City                       State               Zip Code

(212) 427-5990              atrombettaart@gmail.com
_____
Telephone Number                   Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| Norb | Novocin | |
|------|---------|---|
| First Name | Last Name | |

Owner Estate Auctions Inc

Current Job Title (or other identifying information)

12221  Old Furnace Road

Current Work Address (or other address where defendant may be served)

| Seaford | Delaware | 19973 |
|---------|----------|-------|
| County, City | State | Zip Code |

Defendant 2:

| Marie | Novicin | |
|-------|---------|---|
| First Name | Last Name | |

12221   Old Furnace Road

Current Job Title (or other identifying information)


Current Work Address (or other address where defendant may be served)

| Seaford | Delaware | 19973 |
|---------|----------|-------|
| County, City | State | Zip Code |

Defendant 3:

Estate Auctions Inc.

| First Name | Last Name | |
|------------|-----------|---|


Current Job Title (or other identifying information)

12221  Old Furnace Road

Current Work Address (or other address where defendant may be served)

| Seaford | Delaware | 19973 |
|---------|----------|-------|
| County, City | State | Zip Code |

Defendant 4:   **WorthPoint Corporation**

| First Name | Last Name |
|---|---|

Current Job Title (or other identifying information)

**5 Concourse Parkway     NE   Suite 2850**

Current Work Address (or other address where defendant may be served)

| Atlanta | Georgia | 30328 |
|---|---|---|
| County, City | State | Zip Code |

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   Fraudulent Internet Post  Counterfiet Artwork Copyright Infringement Identity Theft  IIED

Date(s) of occurrence:   **August 2015 to Present**

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____SEE ATTACHED ____ SHEETS FOR ESTATE AUCTIONS  INC._____

_____

_____NORB NOVOCIN A and MARIE NOVOCIN_____

_____

_____

_____SEE ATTACHED ____ SHEETS FOR WORTHPOINT CORPORATION_____

_____

_____

_____

_____

_____

**Attachment of Facts From Original  Complaint with Defendants Norb and Marie Novicins**

**Estate Auctions Inc.**

1.  In late summer of 2015, I found a Fraudulent internet posting using my name and biography . This painting was allegedly  sold in December 2012  by  Estate Auctions Inc, which is owned and operated by Marie and Norb Novocin who  sold a painting that they falsely misattributed to me.  Initially the seller was not known to be until months later.   The first company I contacted was eBay.

2.   In time I learned that on December 1, 2012 Marie and Norb Novocin sold an Oil painting dated 1972, entitled "Man with a Red Umbrella". In their description listing was an internet posting and link  that the painting was signed Annamarie Trombetta and that I painted it in 1972.  They also included in the description on the  internet a photo of a signature on the painting which is not my signature.  The  photo  signature is  A. Trombetta.  The painting description documents that it was signed Annamarie Trombetta.  The Estate Auction Inc. description stated  there were " 12 photos .  The photos of the images were not visible online, only the photo of  the A. Trombetta signature signed in oil.

3.   In 1972 I was nine years old and was not painting at all.  My website biography makes that clear.  Estate Auctions Inc. copied information from my artistic website and listed my  biography  on their on-line store for their e-Bay  internet site . This posting was listed under my name and profession/Artist listing on the internet.  This is how I found and kept finding false links and additional information.

4.   Value--The 1972 "Man with the Red Umbrella" sold for $181.50 and was described as a large oil  approx. 17 1/2  wide  X 48 1/2  tall.  The description states that there is a tear in the canvas 5/8 long and is described as "shabby chic".  Further, the EA Inc. listing stated that the painting was "signed on the bottom but on the back it has written in red on the stretcher, Annamarie Trombetta " Gifted" 1977, Painted 1972.   I did not paint in oil until 1981.

5.  This damaged low bid priced painting which is falsely attributed to my  name posted on the internet  greatly  devalues my  work and the integrity of the quality of my materials used to create my work. This is defamation.

6.   The prices of my artwork at present are **not** listed **on the internet  nor on my website.** The Estate Auction Inc. misappropriated sale which attributed a false damaged painting  with a low price  to my name undermines the value of my work  which constitutes libel.  Some examples of my  current retail value is  2 inch by  2 inch  miniature oil  painting sold in 2016  for $500.  A painting sold in 2017  is an oil  size 16 inch  by  20 inch  which was purchased for $5500.

7. I created all the content--text(biography) and visuals on my website and I am
   the sole owner and author of that content. The Digital Millennium Copyright Acts
   permits others to use the text for education but does not for the use to gain a profit.

8. I never gave  Estate Auctions Inc.the right to use my name nor to use the
   content of my biography.  As the owner of the copyright I did NOT sell the
   reproduction rights nor did I  sell the license  to print while I retain the
   Copyrights. No such transaction with either EA Inc or WorthPoint happened.

9. I am a New York artist who creates, sells & exhibit  my work in NY City.  Most
   of my subject matter is of New York, Central Park in particular.  In 2015 I had
   2 solo exhibits on my Central Park artwork, one venue was at  a museum. The
   false painting was posted on the internet and is visible throughout the world.
   The internet  posting was up since the sale of December 1, 2012 until 2017.

10. This posting caused the value  and sales of my work to decrease.   I know of
    one lost sale due to this posting  after my two solo exhibits  in 2015.

11.  Estate Auctions Inc. defines themselves  under  their description  for the 1972
     Original Olil Painting Man With Red Umbrella Signed Annamarie Trombetta
     YQZ  as the " seller of Antiques, Collectibles and Quirky items on eBay.  E Bay is
     described as  an internet multi-national e-commerce  corporation.   Estate Auctions
     Inc states  that they have been in business "since 1998.   ALL of their auctions  start
     at 99 cents.

12.  The misappropriated painting and the use of my name in association has
     been posted on the internet since the sale of the fraudulent artwork on
     December  1, 2012 according to Gregory Watkins who is the website master
     at WorthPoint.com.   WorthPoint is an internet website which posts the sales
     made  by Estate Auctions Inc.  The photo feature  of the signature
     A.Trombetta--a signature that was NOT MINE featured the ebay logo and
     had  with the © symbol  &  "Copyrighted work licensed by WorthPoint".

     **To clarify my reason for this legal action  I will give a brief history prior
     to commencing this lawsuit.**

13.  **History--**Beginning in 2015 I had two solo exhibitions. There were
     four articles written on my exhibits which in time were on the internet.

14.  In mid August 2015 a colleague brought to my attention the false posting
     using  my personal and detailed biography which was listed on  the
     Worthpoint,com website stating that the painting was sold . The e Bay logo
     and statement   a copyright logo and the statement "Copyrighted work
     licensed by WorthPoint" appeared  under a signature "A.Trombetta painted in oil
     on canvas which is not mine.

15.    From late August to October  2015 I kept contacting e Bay by phone and
         via e-mail  to no avail  and /or derived  any  conclusive information.

16.    From late October 2016 I kept contacting Worthpoint.com  which was the
         website which listed the posting of the misappropriated painting sold by
         Estate Auctions Inc.  I was unable to contact or receive a response until
         I signed onto their website Membership.  Anita who worked at WorthPoint
         was my phone contact.  After many calls I informed her  that I was NOT
         the artist who painted this image etc.  In February 2016  I  spoke with
         Worthpoint's  Web Master/Designer Gregory Watkins at (770) 344-9182.
         Mr. Watkins gave me the e-mail of William Sieppel will@worthpoint.com  &
         I was given a removal  ticket # 57675. In time the internet post disappeared.

17.    In December 2016 I found the  WorthPoint posting on the internet again
         under Annamarie Trombetta  &  Artist Annamarie Trombetta. This time
         I and one of my collectors, Teri Meissner  contacted the original seller of the
         false painting which was Estate Auctions Inc.  Upon receiving a no answer
         response,  I phoned Marie Novocin on January 10th 2017.  Shortly after I
         received a phone call from Norb Novocin .  In short he stated they did
         nothing illegal and that I should   "GO FOR IT  and  hire an attorney".

18.    In January  2017 I also contacted Will Sieppel  CEO at WorthPoint.com via e-mail
         to have  the  second posting removed AGAIN from the internet.

19.    In  September of 2017 Attorney Megan Noh of Cahill Cossu Noh
         & Robinson sent a Letter to Marie & Norb Novocin for Settlement Purposes.
         Megan Noh did not receive any response.  She called to confirm receipt of the
         letter which Marie Novocin did confirm yet  she refused to accept  any liability.

20.    In October 2017 I made a report with the BBB of Delaware.  A response letter
         from November 28, 2017 was forwarded to the  Delaware Better Business Bureau
         by Marie Novocin which contained  either incorrect and or false statements.
         These Statements regarding myself and the Letter from Attorney Megan Noh are:

21.    In March 2019, EAI Defendant issued a statement*" **We now understand that at
         least one third-party internet site scraped information about the December 1,
         2012 eBay sale that contained the mis-attribution naming Ms. Trombetta and
         reposted the same on its website at least twice.  Because Estate Auctions
         has no control over this third party,  Ms. Trombetta  had difficulty removing
         this information from the website.  We regret that this error added any stress
         to an artist's life, and, although this is the only misidentification of any
         painting sold by Estate Auctions** *about which we are aware***, we have taken
         steps to ensure that such a misidentification does not occur in the future**

22.    In April 2019 Judge Ronnie Abrams held a Settlement Conference in her
         chambers to resolve and end this issue. A nominal amount of meager means was

the end result. Plaintiff in Doc 22 did file a settlement proposal to attempt to  see the painting and red signature and or the 12 original photos . Defendant made no attempt to respond.

23.   In October Judge Abrams granted Plaintiff VARA claims and to amend my complaint to include WorthPoint Corporation and Will Seippel.

24.   On January 17, 2020 Plaintiff Annamarie Trombetta submitted my first  Proposed Amended Complaint to include Will Seipple and WorthPoint.com and or Corporation.

25.   On  January 2020 EAI Defendants made another low settlement offer. On the date of  response  on February 1, 2022 the email for attorney Anderson Duff was blocked and no longer working.   Defendant's attorney frustrated communciation.

26.  On June 26, 2020 Defendants filed a Motion to Post a Bond against the Plaintiff for attorneys fees in the amount of twenty thousand dollars.  Both settlement offers combined are  a few hundred dollars and yet they filed for thousands of dollars

27,   On March 2021 Plaintiff filed for a Motion for Sanctions against EAI which was denied.

28.   On December 21, 2021 Judge Ronnie Abrams granted three surviving Claims to include the Visual Artist Right Act,  Direct Copyright Infringement and the Digital Millennium Copyright Act.

29.    In February and March 2022 Plaintiff was asked to write and produce two letter for Settlement Offers . Both offers were rejected by Both Defendants

30.   In April 2022 Discovery was produced. EAI red signature misspelled the Plaintiff's name  in multiple way. Plaintiff produced my signature from 1972 .

31,   Discovery has continued from February to December 16, 2022.

32.  Plaintiff  submits a Proposed Amended Complaint to include Fraud, Intentional Infliction of Emotional Distress , Tort and Permanent Injuctive Relief.

**Attachment of Facts for Defendant Will Seipple and WorthPoint .com/Corporation**

1.  In late summer of 2015, via the internet, Plaintiff found  a false posting under her
    name Annamarie Trombetta  and under "Artist" - Annamarie Trombetta .  The false
    posting was on an internet website  entitled WorthPoint .com.  There was a photo
    with a © symbol and statement "Copyright work licensed by WorthPoint"
    which also had the  e Bay logo in color  that was next to a description of
    a painting that had authentic biographical content from the website of the
    artist, Annamarie Trombetta.  Plaintiff/artist did not paint in oil in 1972 nor
    is the signature in oil paint by the hand of artist Annamarie Trombetta.
    This statement insinuates  that  a Licensing Agreement to establish a legally
    binding contract between the person who owns the intellectual property
    and a person who receives a license to use the IP is in existence.  The image
    and statement  next to the fraudulent use of my biography also
    communicates to the online viewer that the signature "A.Trombetta painted
    in oil is created  by the Plaintiff which it is not.  This constitutes
    identity theft and  copyright infringement.

2.  The  Plaintiff's  first attempt to find out who posted the internet link for the purpose
    of  removing the false link was  the company eBay and  the company
    WorthPoint .com due to the logos  on the photo  featured  signature A. Trombetta
    This signature in oil paint which is not of the hand of the Plaintiff had no indication
    to the company  that was "hosting" or "posting" the link on the internet.

3.  Months of endless phone calls to eBay  and  WorthPoint .com resulted in obtaining
    e-mail addresses which were frustratingly futile in finding out who admittedly  sold
    the painting and  who or why this  posting of the fraudulent  link was on the
    internet.  More  importantly  which source  could possibly take  this  link
    fraudulent link off the internet.

4.  On November 16, 2015  I  received a written response from WorthPoint .com from
    one of the employee's named "Anita B."  In her e-mail she wrote " We do not buy or
    sell anything on the site. Rather we  **buy**  sales records from various auction houses
    and sites and compile them into a price guide to help user determine the value of
    antiques and collectibles. If this particular item sold on eBay I recommend trying to
    contact eBay as they may be able to provide you with the addition information you
    are seeking.  - Plaintiff 's Email to eBay with  Worthpoint's
    response . I sent this notice to eBay who never offered any information other than
    to contact the spoof@ebay address and report the link to them.  Ebay never
    stated how to remove the link.  I did find out that eBay does not keep
    information longer than ninety days to six months.

5.  On January 22, 2016 I subscribed to WorthPoint in order to view the entire listing of
    1972, entitled "Man with a Red Umbrella"  falsely misattributed in order to find out

as much as I could about this listing.  Secondly I was hoping that if I was a member of WorthPoint .com  someone from the company might return my phone calls or e-mails

6.  On January 22, 2016 I also e-mailed support@worthpoint.com with a series of questions to the Worthpoint staff  as to  who posted the 1972, entitled "Man with a Red Umbrella"  and that it was falsely misattributed to Annamarie Trombetta, etc.

7.  On or around January 22, 2016 I spoke at length with Anita B. from WorthPoint .com on the phone  regarding the misattributed painting. I informed Anita that I was NOT the artist and  yet the information for this painting was posted on the internet under my name.  Anita insisted that I had to contact ebay  to find out who the seller could be.  My  response to Anita was that I  had been in contact with ebay and they were not the  responsible party for posting the fraudulent posting on the internet. Plaintiff has a RECORDING OF THE PHONE CALLS TO ANITA-EMPLOYEE AT WORTHPOINT  AS PROOF .  THE PHONE CALL ALSO  PROVES  HOW DIFFICULT   IT   WAS  FOR THE PLAINTIFF  TO OBTAIN INFORMATION AND TO FIND OUT WHO CAN REMOVE THE FALSE  INTERNET POSTING.

8.  Another follow up phone call to Anita B. from Worthpoint .com by me took place on January 29, 2016. Secondly the Plaintiff submitted a Request for the Removal of Fraudulent Links to the Worthpoint .com website  resulting in a ticket number # 57565 entitled Fraudulent Artwork and  Links

9.  On February 3, 2016 I spoke with a  Mr. Gregg Watkins who was the webmaster and maintained the information on WorthPoint 's website via the phone.  We spoke  at length regarding the internet posting. I informed Mr. Watson that I was not the artist that created this  painting  and  yet the listing was underneath my name with all my authentic credentials.  I asked Mr.Watkins if the post was up since 2012 when the painting had been sold   and he assumed it was up since 2012.  I first communicated to Mr. Watson that I was not the artist who executed this oil painting. and that this was a fraudulent listing  I then requested that the internet link beremoved.  Mr. Watson gave me the  name and e-mail address of the owner of the company Will Seipple.  A  RECORDING  OF  THE  PHONE  CALLS  TO  GREGG WATKINS WEBSITE MASTER FOR  WORTHPOINT  AS PROOF OF THE DETAILS REGARDING THE POST ETC. THE PHONE CALL ALSO  PROVES  HOW DIFFICULT   IT   WAS  FOR THE  PLAINTIFF  TO OBTAIN INFORMATION AND REGARDING THE SELLER AND HOW  LONG THE POST WAS LISTED AND WHO CAN PROVIDE INFORMATION ON THE POST.   Mr. Watkins stated he take down the posting.

10.  On February 20, 2016  the false post was still under my name.after I phoned and e-mailed both Gregg Watkins and Will Seipple CEO of Worthpoint on the 20th of February.informing both parties that I have  no  connection to any of the numerous false links that are under my name.  I requested  in this e-mail that WorthPoint

remove the links since under my name since they have not relation to my personal or professional  credentials.

11. On February 29, 2016 I sent another email to Will Seipple and Greg Watkins due to a lack of response from Mr. Seipple while concurrently the  false listings from Worthpoint were still on the internet under my name.

12. On March 1, 2016 I received an-email from Will Seipple with responses.

13. On March 7, 2016 I sent my final e-mail to Will Seipple.  Mr. Seipple responded and in doing so sent the  "String of Correspondence E-mails"  one in particular to from a e-mail  to Will Seipple   will.seippel@worthpoint.com   from Jason Packer  e-mail jason.packer@worthpoint.com dated **March 2,  2016**  with the subject F W: Artist  Annamarie Trombetta—-Fraudulent Artwork—and links to Fraudulent Artwork.  I Jason Packer states    " I can file a  TEMPORARY removal request  w/Google for this URL……..  Should I go ahead and do that ?  They don't  always process those but there's no real danger other than LOSING TRAFFIC for just one page.   This e-mail  gives validation  and explains Why in December 2016 the fraudulent link that I requested to be removed was again reposted.

14. Months later on or around  December 2016 I found that the same 1972, entitled  "Man with a Red  Umbrella" and related posted were on the internet under my name again.  Despite the verbal and written requests within the numerous e-mails to Will Seipple and Greg Watkins to remove this false information,  I had to contact them again.  This conscious posting after Worthpoint was informed constitutes a  violation of Identity  Theft and Assumption Deterrence Act holds that damages include " Any measurable value of loss individual victims have suffered as a result of the theft. This includes the harm of reputations, inconvenience and other consequences.

15. On January 4, 2017  I contacted Will Seipple of WorthPoint yet again  reviewing and re-submitting all the information I sent a year earlier.  I forwarded the Ticket # 57565 regarding the fraudulent links and the request to remove this information.  I NEVER received a written response or phone call from WorthPoint .

16. On January 31, 2017  did receive an e-mail concerning investing in WorthPoint. The company that kept re posting a fraudulent link despite any verbal or written  requests kept e-mailing investment  solicitations—the classic insult to injury  scenario.

17, While  I am contacting Worthpoint again I finally tracked down the origins of the  problem —the seller of the misattributed oil.

On January 11, 2017 I it was confirmed during a phone call from Norb Novicin that on December 1, 2012 Estate Auctions Inc, which is owned and operated by Marie and Norb Novocin sold a painting dated 1972, entitled "Man with a Red Umbrella" they falsely misattributed to Annamarie Trombetta,  the Plaintiff. THEY WERE THE SELLERS  which was confirmed in the phone recording. Estate Auction description listing was an internet posting and link  that the painting was signed Annamarie Trombetta and that I painted it in 1972.  They also included in the description on the  internet a photo of a signature on the painting which is not my signature.  The  photo  signature is  A. Trombetta.  It is the association of this fraudulent documents that it was signed  Annamarie Trombetta.   The Estate Auction Inc. description stated  there were " 12 photos .  The photos of the images were not visible online, only the photo of  the A. Trombetta signature signed in oil. Biographical information  from the artist's website was used  and altered in order to sell the painting which in turn was inaccurately listed under the Plaintiff's name.

18.  In May 2017, Plaintiff found a listing of her credential on Google under  1972, entitled  "Man with a Red Umbrella" .  It is the association of this fraudulent painting with the Plaintiff's authentic credentials which constitutes  and violates The Rights of Publicity Law , The Lanham Act, The Visual Artists Rights Act

19.   In the fall of 2017 Attorney Megan Noh of Cahill Cossu Noh & Robinson sent a Letter to Marie & Norb Novocin for Settlement Purposes. Megan Noh did not receive any response.  She called to confirm receipt of the letter which Marie Novocin did confirm yet  she refused to accept  any liability.

20.   On February 5, 2018 , artist Annamarie Trombetta filed a law suit in against Estate Auctions Inc. and owners Norb and Marie Novicin.

21.  On January 17, 2020 Plaintiff Annamarie Trombetta submitted my first  Proposed Amended Complaint to include Will Seipple and WorthPoint .com and or Corporation

22,  In November 2020 Defendants Motion to Dismiss was denied. Plaintiff was granted permission and Ordered  to serve second Defendants Will Seippel and WorthPoint Corporation

23.   In January February 2021 Defendant were served .

24.   On December 21, 2021 Judge Ronnie Abrams granted three surviving Claims to include the Visual Artist Right Act,  Direct Copyright Infringement and the Digital Millennium Copyright Act.  Will Seippel was dismissed due to Personal Jurisdiction.

SEE   ATTACHED SHEETS

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

SEE   ATTACHED   SHEETS

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

SEE   ATTACHED   SHEETS

25.    In February and March 2022 Plaintiff was asked to write and produce two
letter for Settlement Offers . Both offers were rejected by Both Defendants

26.   In April 2022 Discovery was produced. EAI red signature misspelled the Plaintiff's
name  in multiple way. Plaintiff produced my signature from 1972 .

27.   On August 30, 2022 Plaintiff was deposed by WorthPoint Defendants. On the same
day   WorthPoint CEO and Owner served Plaintiff with a summons that was not signed
and a complaint that did not have the correct facts.

28.   Plaintiff has been experiencing severe emotional distress and has been
overburdened by WorthPoint's additional lawsuit in Georgia.  Plaintiff has been
overburdened with constant demands by WorthPoint's attorneys in New York.

29.  Discovery has continued from February to December 16, 2022. Plaintiff has
Produce over nine hundred documents for Discovery.

30.  Plaintiff  submits a Proposed Amended Complaint to include Fraud, Intentional
Infliction of Emotional Distress , Tort and Permanent Injuctive Relief.

## INJURIES

In January 2015  I had two Solo exhibitions after  a period of ten years.  The last Solo exhibition
took place in 2005.  I had an accident in 2003 and was seriously injured and after my  last solo
exhibit in 2005 I required surgery.   I was in physical and occupational therapy since 2003 until
late 2013.  I emerged out of a difficult situation to have my first Solo exhibit in 10 years  at the
Union League Club Gallery on Park Avenue and  East 34th Street in New York City.  The Union
League Club was founded in part with the involvement of Frederick Law Olmsted designer of
Central Park, the nation's first public urban park.  My solo exhibition featured my artwork based
on the theme of Central Park.  The exhibit was one month.  My second Solo exhibition was at
The Italian American Museum in "Little Italy" which also lasted one month.

In the months that followed I received four favorable write up and some sales ensued but not as
I had hoped.  A friend in earnest contacted me about a listing found under my name on the
internet.  I know the Estate Auction Inc.  posting  for certain cost me one definite sale.

The arduous task began to try and figure out who posted this listing and how do I
remove this FALSE posting. Months of Stress ---Worry---Work-- Loss of Income and Time----
Disappointment and Frustration required me to return back to an Orthopedic Specialist. He
stated that stress and emotional turmoil can aggravate injuries . I was in physical therapy for
months. Further my other doctor who is a general physician also found that I had thyroid
issues.

This ordeal with a low bid --FALSE ORIGIN---that unethically used my personal biography
without my consent was and still is a serious and unjust hardship for me to
endure. I have lost a great deal of time---opportunities ---money and physical stamina from
such an egregious and willful act. All my efforts within the year of 2017 to
contact the both companies who committed the False misappropriation and repetitive postings
have been ignored. The owner who admitted to selling this false painting suggested that I " hire
an attorney" which I did and who sent a letter to Estate Auctions Inc. They never replied to the
attorney's letter, thus leading me to spend more time and agony to bring about a lawsuit. I
recorded a phone conversation between Norb Novocin and myself. Worthpoint owner Will
Seipple was several times in 2016 and once again in January 2017 and yet a posting was
found to include the false links with my name and credentials in May of 2017.

The end of 2015 and most of 2016 required me to be in physical therapy and had continuous
doctor visits.

No one can gage who saw the fraudulent internet posting or how it adveresely effected the
plaintiff. The Plaintiff , therefore asks Judge Abrams to review the allegations and the laws
that were violated in conjunction with the loss of time, past and future sales of artwork and
the damage this fake link that was up since 2012 has done to the Plaintiff.

Last, the Plaintiff was aware of the arduous task of litigation and went through great effort and
years of turmoil to avoid and or bring justice to what is clearly two deliberate companies looking
to drive traffic to their internet sites and the expense and irreparable damage to the Plaintiff.

Plaintiff has been in a legal battle four years with unending demands to the point that Plaintiff is
unable to paint, create or earn a living. Plaintiff is currently suffering from PTSP due to the
willful and never ending demands imposed by Defendants attorneys.

Plaintiff is exhibiting extreme emotional distress brought on the willful intent to sue Plaintiff
in the state of Georgia by owner and CEO Will Seippel of WorthPoint Corporation

Plaintiff is unable to sleep , concentrate, focus , earn a living, pursue my artistic career due'
to unending legal battles when Plaintiff has proven that I am not the artist who painted a
low quality oil baring a name similar to mine that I did not sign.

Plaintiff had suffered a recent Flu due to intense stress which had interfered with the ability
to manage my case and submit filings on time.

# RELIEF

I am seeking Relief for the Federal Laws Violated in which there are three plus
the New York State Laws in which there are three.

The Federal Violations and Acts include and entitle me to the following:
1)**The Visual Artist Rights Act**  entitle me to 1) Actual and 2) Statutory Damages
 2)**The Digital Millennium Act**   1) Actual and 2 Statutory Damages
3)**The Copyright Infringement Act** Claim for an Actual Loss of Sale of Artwork
4) Intentional Infliction of Emotional Distress/ Tort 1) Actual 2)  Statutory and 3)Compensatory
Damages
5) **Identity Theft** on a Public Platform   1.   18 U.S. Code § 1028. Fraud and related activity in
connection with identification documents, authentication features, and information (a) Whoever,
in a circumstance described in subsection (c) of this section  1) knowingly and without lawful
authority <u>produces</u> an <u>identification document</u>, or a <u>false identification document</u>; (2)knowingly
<u>transfers</u> an <u>identification document, authentication feature,</u> or a <u>false identification document</u>
knowing that such document or feature was stolen or produced without  lawful authority;
2.   Under the Identity Theft and Assumption Deterrence Act, it is a federal crime when a person
"knowingly transfers or uses,  without lawful authority, a means of identification of another
person with the intent to commit, or to aid or abet, any unlawful activity that constitutes a
violation of Federal law, or that constitutes a felony under any applicable State or local law."
**Any measurable value of loss individual victims have suffered as a result of the Identity
Theft. This includes the harm of reputations, inconveniences and other consequences.**

Artist Authorship Rights  entitles me to see damages for the unauthorized use of my name.

In SUMMARY  I am seek Monetary Damages in the Amount to equal and exceed the Damages
Plaintiff has lost and incurred for over seven yearsf or these  Reasons.
1) The known loss of a sale of Artwork---$8000 which my attorney letter requested and was
   ignored and in addition a phone call was made to confirm receipt of the letter.  The
   effort to gain the name of the owner--a settlement---and to resolve this situation were
   exercised.
2) The  past -present and future damaging  effects to my artistic reputation.  THE POSTING
   WAS UP SINCE DECEMBER 2012 --UNTIL DECEMBER 2016.  $8000 x 5 = $40,000.
3)  Physical and Emotional pain and suffering due to this false designation of origin and world
    wide internet posting.  The cost and time for legal consultations etc. have increased the
    relief to request the amount to be to be equal to the infringement  or whatever the court
    deems proper and suitable.

4) Monetary Damages  to withstand suing two Defendants  for almost five years.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| December 23, 2022 | | |
|---|---|---|
| Dated | Plaintiff's Signature | |
| Annamarie | Trombetta | |
| First Name          Middle Initial | Last Name | |
| 175 East 96th Street (12 R) | | |
| Street Address | | |
| New York | New York | 10128 |
| County, City | State | Zip Code |
| (212) 427-5990 | atrombettaart@gmail.com | |
| Telephone Number | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY  10007
300 QUARROPAS STREET | WHITE PLAINS, NY  10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

Trombetta, Annamarie
_____
Name (Last, First, MI)

175 East 96th Street    New York        New York        10128
_____
Address            City             State           Zip Code

(212) 427-5990                    atrombettaart@gmail.com
_____
Telephone Number                 E-mail Address

December 23, 2022                 _Annamarie Trombetta_
_____
Date                             Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007