UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                 Plaintiff,

  -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                 Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On December 28, 2022, the Court directed Defendants to file their opposition (the "Opposition") to pro se Plaintiff Annamarie Trombetta's motion to amend the complaint (the "Motion"), if any, by Friday, January 20, 2023. (ECF No. 350). To date, Defendants have not filed the Opposition, or alternatively, a letter indicating they are preserving all of their arguments in opposition to the Motion (the "Letter"). Accordingly, by **Tuesday, January 24, 2023**, Defendants shall file either (i) the Opposition, or (ii) the Letter.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:     New York, New York
           January 23, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Annamarie Trombetta
           175 East 96th Street, Apt 12R
           New York, New York 10128