UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

   -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

      The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter-motion for clarification of the January 24, 2023 Order (ECF No. 361 (the "Jan. 24 Order")). (ECF No. 363 (the "Letter-Motion")). The Letter-Motion is (1) GRANTED to the extent that the Court clarifies that the parties shall exchange rebuttal expert disclosures, as required by Federal Rule of Civil Procedure 26(a)(2) (the "Rebuttals"), by **Tuesday, February 7, 2023**. The expert discovery deadline was extended to **Wednesday, March 1, 2023**, to afford the parties time to conduct expert depositions after exchanging the Rebuttals, and (2) DENIED to the extent that Ms. Trombetta seeks leave to respond at this time to the declaration of Jason Packer. The time for such a response and any disputes about the facts supporting Ms. Trombetta's claims will occur at summary judgment and/or trial. (ECF Nos. 221; 236; 238; 244; 271; 286; 297; 302; 321; 333; 340).

      The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:     New York, New York         SO ORDERED.
            February 1, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:     Annamarie Trombetta
             175 East 96th Street, Apt 12R
             New York, New York 10128

2