UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

-v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter dated February 2, 2023 seeking clarification of the expert discovery deadlines. (ECF No. 365 (the "Letter-Motion")). The Letter-Motion is GRANTED to the extent that the Court responds to the two questions Ms. Trombetta has posed as follows:

(1) The deadline for initial expert reports was **Monday, December 19, 2022**, (see ECF Nos. 333; 340 at 2), the deadline for rebuttal reports is **Tuesday, February 7, 2023**, and the deadline to complete expert depositions is **Wednesday, March 1, 2023**. (ECF No. 361). Defendants may have meritorious objections to Ms. Trombetta's experts, which they will lodge at the appropriate time. In the meantime, however, the parties must follow the schedule the Court has set, (see ECF Nos. 221; 236; 238; 244; 271; 286; 297; 302; 321; 333; 340; 364), which supersedes the default deadlines in FRCP 26(a)(2)(D). See Fed. R. Civ. P. 26(a)(2)(D) ("A party must make these disclosures at the times and in the sequence that the court orders.").

(2) Ms. Trombetta may request leave to call at trial witnesses whom she previously proposed as experts, but Defendants will have the right to oppose her request, and the ultimate determination of which witnesses Ms. Trombetta (and Defendants, for that matter), may call at trial, will be made by the Honorable Ronnie Abrams, who will preside over the trial.  The deadline for a final pretrial order, in which the parties will list the witnesses they intend to call at trial, has <u>not</u> been set, and will not be set, until after the parties complete expert discovery and any dispositive motions have been decided.

Ms. Trombetta is reminded that there is a legal clinic in the Southern District of New York to assist parties in civil cases who do not have lawyers.  The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of or run by the Court and it cannot accept filings on behalf of the Court. The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, New York 10007, which is just inside the Pearl Street entrance to the Courthouse.  The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed.  An unrepresented party can make an appointment in person or by calling (212) 659-6190.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated: New York, New York  
February 3, 2023

SO ORDERED.

_____  
**SARAH L. CAVE**  
**United States Magistrate Judge**

2

Mail To:   Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, New York 10128