UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

  -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of Defendant WorthPoint Corp.'s letter dated March 6, 2023. (ECF No. 383 (the "Letter-Motion")). Accordingly, Ms. Trombetta is directed to file her response to the Letter-Motion by **Friday, March 10, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:    New York, New York
          March 7, 2023

SO ORDERED.

_[signature]_

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Annamarie Trombetta
           175 East 96th Street, Apt 12R
           New York, New York 10128