UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                        Plaintiff,

  -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                        Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of pro se Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter dated March 8, 2023, (ECF No. 386), and orders as follows:

1. On December 8, 2022, the Court deemed Defendants' production concerning the "coding for EAI00058 and EAU00060" (the "Emails") complete and all production-related issues resolved. (ECF No. 327). Defendants are not required to make any further production concerning the Emails.

2. On December 13, 2022, the Court struck Ms. Trombetta's revised proposed amended complaint (ECF No. 368) because the Court had already indicated that the previously-filed proposed amended complaint (ECF No. 348-1) will serve as the operative pleading in this action (ECF No. 366). (ECF No. 370).

3. On March 7, 2023, the Court denied Ms. Trombetta's request to re-open fact discovery and deemed all discovery—fact and expert—closed. (ECF No. 384 at 10–11 (the "Mar. 7 Order")).

4. To the extent Ms. Trombetta seeks permission to serve any expert reports past the deadlines the Court has set, of which Ms. Trombetta had adequate notice, that request is DENIED. (See ECF Nos. 333; 340; 361; 364; 367; 375).

5. Pursuant to the Mar. 7 Order (ECF No. ECF No. 384 at 10–11), by **Friday, April 7, 2023**, the parties shall file any anticipated motions (i) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and/or (ii) to proffer <u>or</u> exclude a party's experts pursuant to Federal Rule of Evidence 702 and <u>Daubert v. Merrill Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993).

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

Dated:   New York, New York           SO ORDERED.
         March 10, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:   Annamarie Trombetta
           175 East 96th Street, Apt 12R
           New York, New York 10128