UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                     Plaintiff,

    -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                     Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On March 6, 2023, Defendant WorthPoint Corporation ("WorthPoint") filed a letter-motion requesting the Court evaluate the reasonableness of the fee sought by Patrick O'Leary ("Mr. O'Leary"), proposed expert witness for <u>pro se</u> Plaintiff Annamarie Trombetta ("Ms. Trombetta"). (ECF No. 383 (the "Letter-Motion")). In the Letter-Motion, WorthPoint cites Mr. O'Leary's invoices relating to his deposition testimony (the "Invoices"), which it purported to attach to the Letter-Motion. (<u>Id.</u> at 1). WorthPoint did not, however, attach the Invoices, nor has it provided a copy of Mr. O'Leary's deposition transcript (the "Transcript"). On March 10, 2023, Ms. Trombetta filed an opposition to the Letter-Motion. (ECF No. 388). To enable the Court to rule on the Letter-Motion, WorthPoint shall file the (i) the Invoices, and (ii) the Transcript by **Monday, March 20, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below.

| | | |
|---|---|---|
| Dated: | New York, New York<br>March 14, 2023 | SO ORDERED.<br><br>_____<br>**SARAH L. CAVE**<br>**United States Magistrate Judge** |
| Mail To: | Annamarie Trombetta<br>175 East 96th Street, Apt 12R<br>New York, New York 10128 | |

2