# Plaintiff's Expert Affidavit #1

# Table of Contents

Plaintiff's Expert Affidavit #1 Sworn Statement                              3

Plaintiff's Expert Affidavit #1 Conclusion                                  17

Plaintiff's Expert Affidavit #1 Signature                                   19

Exhibit A Plaintiff's Experts CV                                            21

# Plaintiff's Expert

# Affidavit #1

# Sworn Statement



| | | | |
|---|---|---|---|
| **Plaintiffs:** | Trombetta | | Southern District of New York |
| | ***vs.*** | § | |
| **Defendants:** | | § | **Case No.** CV18 0993 |
| | Novocain | | |

**AFFIDAVIT SWORN STATEMENT**

**Date**: December 5th, 2022

My legal name is Patrick Michael O'Leary ("Affiant"), and I acknowledge I am:

a) **Age**: 58 years old
b) **Address**: 31 Par Ln N, Brentwood, New York, 11717
c) **Residency**: New York

Being duly sworn, I hereby declare under oath that I (Patrick Michael O'Leary) have been retained as an expert by the Plaintiff to render my expert opinions in this matter. Accordingly, this document will serve as an expert witness affidavit for the Plaintiff.

I can state the following with absolute certainty:

I have **35** years of ***relevant*** and ***recent*** *experience* with ***Internet*** activities.

I have the ***expertise, scientific/technical/specialized knowledge, skill, training, education, and personal experience*** *beyond the common knowledge* **and** *outside the executive function* of the Trier that qualifies me to render expert opinions on this litigation matter.

*My analysis, recommendations, and opinions are with* ***Intellectual Rigor, Replicability, and Reliability*** *with* ***sufficient facts or data*** as expected with expert witness affidavits and reports!

To The Honorable Judge Cave,

I am writing to the Court on behalf of Annamarie Trombetta, the Plaintiff in this legal matter.

In **1987**, I completed a bachelor's degree in Electrical Engineering / Computer Science from the **NYU** / Polytechnic Institute of Brooklyn, New York *("Brooklyn Poly").*

In **2000**, I sold an Internet Social media dot-com to *Lycos* for **45** million dollars.

In **2011**, I completed **seven** IT security certifications with ISC2, EC-Counsel, and Comp-TIA. (CISSP, CEH, CHFI, etc.) The CISSP (**C**ertified **I**nformation **S**ystems **S**ecurity **P**rofessional) certification exam is to Information Technology as a Bar Exam would be to a lawyer.

In **2020**, I completed my **MBA** from Hofstra University with a **3.96** GPA.

Presently, I am *(slowly)* working on my **JD** law degree.

I have **thirty-five** plus years of post-college hands-on industry experience, from sitting in a cubicle programming and developing software to being the **C**hief **T**echnology **O**fficer (CTO) and **C**hief **E**xecutive **O**fficer (CEO).

I have experience in **Internet business** areas of Planning, Strategy, Analysis, Operations Research, Sales, Marketing, Branding, Finances, Budgeting, Human Resources, Real Estate(Data Centers), Acquisitions, Mergers, Due Diligence, Risk Management, Sale of Company, Venture Capital, Investment Bankers, Social Media, Intellectual Property, Patents, Prior Art and Trademarks.

I have experience in the **Internet technical** areas of **Security**, **Programming**, Databases, Websites, SEO, Engineering, **Software**, Hardware, Networking (TCP/IP), Routing, Content. Filtering, **eMail (SMTP)**, Life-cycle, Risk Management, Information Technology (IT), Facility Maintenance/ Construction, Social Networking, Linux, Apache, MySQL, PHP, C#, HTML, Big Data platforms and content management systems like Drupal.

As a result, I have been admitted to the *1st, 2nd, 3rd, and 5th* Federal Circuits as an Internet subject matter expert.

I am currently an Internet Expert Witness and consult for law firms as an Internet Litigation Consultant.

**My full detailed CV is in Exhibit A.**

The Plaintiff, Ms. Trombetta engaged me a ***few months ago*** to assist her with **technology** and **business** matters for both *liability and damages* in the litigation.

On or about **November 27th, 2022**, Ms. Trombetta requested my assistance regarding **two** email messages sent to her from the Defendant's attorney, Adam Bialek.

1) The ***first*** was sent **November 17, 2022,** was unable to be opened on her computer as it was in a ***".eml"*** format.

2) The ***second*** concerned the content of coding she received from the Defendants attorney on **November 23rd, 2022.** *(The Wednesday before Thanks Giving.)*

The **first** email was in a format for use with an email application on a computer or handheld device. I opened the first email with the default mail program on an Apple MacMini running MacOS Monterey (12.4). This effort resulted in an email from eBay regarding an item sold, referencing a 1972 oil painting that Ms. Trombetta did not paint.

The **second** email only contained HTML coding for the body of an eBay receipt email. Ms. Trombetta requested the full raw email (in plain ASCII text) to include the entire ***S****imple* ***M****ail* ***T****ransfer* ***P****rotocol* (**SMTP**) message stream.

In a conference call, she explained the **three simple steps** for how the Defendants could export and send this information to her in compliance with this request. These three steps are as follows:

1. **Open** the message.
2. Click the **More Menu** *(shown with 3 dots)* in the top right of this message window.
3. In the drop-down menu, choose **View Raw Message** or **Original Message** option.

I confirm that her explanation and method are correct. Candidly, this is not difficult stuff, her instructions are pretty straightforward, as a person only needs to find the active drop-down menu (associated with an email message), which has the **View Raw Message** or **View Original** email.

A new window will appear showing the **raw email message** she requested, containing **all** the **SMTP** protocol data and the entire email message (in all its formats) with any attachments.

## Simple Mail Transport Protocol (SMTP) Overview

**Teaching Note:** The SMTP protocol data will include the *Name:Value* variable pairs, including (but not limited to) the sender's email, the date, the receiver's email address, etc. I show a general visual layout below.

An example of the full SMTP raw message is as follows.

```
MIME-Version: 1.0
Date: Thu, 1 Dec 2022 12:18:14 -0500
Message-ID: <CAAnkLMUH0-XqQ+MV_gEyQWd2-bgzWFd2aaXizEbREBVoKYVesA@mail.gmail.com>
Subject: Test email for SMTP headers
From: "Patrick Michael O'Leary" <patrick@expertwitness.com>
To: Patrick@ewitness.com
Content-Type: multipart/alternative; boundary="0000000000007879605eec76890"

--0000000000007879605eec76890
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

This is a test email!

--=20
Respectfully,

Patrick Michael O=E2=80=99Leary

Cell: 570-231-3141
Email: patrick@expertwitness.com
Resume/CV: www.PatrickOLeary.com

--0000000000007879605eec76890
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"ltr"><div><br></div>This is a test email!<br clear=3D"all"><div=
><br></div>-- <br><div dir=3D"ltr" class=3D"gmail_signature" data-smartmail=
=3D"gmail_signature"><div dir=3D"ltr"><div dir=3D"ltr"><div dir=3D"ltr">Res=
pectfully,<br><br>Patrick Michael O=E2=80=99Leary<br><br>Cell: 570-231-3141=
<br>Email: <a href=3D"mailto:patrick@expertwitness.com" target=3D"_blank">p=
atrick@expertwitness.com</a><br>Resume/CV: <a href=3D"http://www.PatrickOLe=
ary.com" target=3D"_blank">www.PatrickOLeary.com</a><div><br></div></div></=
div></div></div></div>

--0000000000007879605eec76890--
```



Below, I show a partial screenshot of the **second** email sent to Ms. Trombetta from Mr. Bialek on **November 23rd, 2022.**

Mail - Annamarie Trombetta - Outlook

**RE: Email**

Bialek, Adam <Adam.Bialek@wilsonelser.com>
Wed 11/23/2022 11:33 AM

To: 'Annamarie Trombetta' <annamarietrombettalegal@outlook.com>; 'Annamarie Trombetta' <atrombettaart@gmail.com>; 'ajd@hoganduff.com' <ajd@hoganduff.com>; 'ajd@andersonjduff.com' <ajd@andersonjduff.com>
Cc: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>

Here is the Source Information from the email that I was able to capture. Being sent as a courtesy.

```
<html><head>
</head><body><div dir="ltr"><br><div class="gmail_quote">---------- Forwarded message ---------<br>From: <b class="gmail_sendername">eBay</b> <span dir="ltr">&lt;<a href="mailto:ebay@ebay.com">ebay@ebay.com</a>&gt;</span><br>Date: Sat, Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)<br>To: <a href="mailto:ebay@novocin.com">ebay@novocin.com</a><br><br><br><div><div id="m_3729392004584666707Header"><div><table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="100%" style="word-wrap:break-word"><table cellpadding="2" cellspacing="3" border="0" width="100%"><tbody><tr><td width="1%" nowrap=""><img src="http://q.ebaystatic.com/aw/pics/logos/ebay_95x39.gif" height="39" width="95" alt="eBay"></td><td align="left" valign="bottom"><span style="font-weight:bold;font-size:xx-small;font-family:verdana,sans-serif;color:#666"><b>eBay sent this message to Norb &amp; Marie Novocin (estateauctionsinc).</b><br></span>
```

```
<span>Don't want to receive this email? <a href="http://my.ebay.com/ws/eBayISAPI.dll?EmailUnsubscribe&amp;emailType=12011" target="_blank">Unsubscribe from this email</a>.</span><br></span></li></ul></div></div></div></div><div id="m_3729392004584666707MarketPlaceSafetyTip"></div><div id="m_3729392004584666707Footer"><div><hr style="HEIGHT:1px"><table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-size:10pt;font-family:arial,sans-serif;color:#000"><b>Email reference id: [#<wbr>45d0df16f2ea40759d3656f834970b<wbr>06#]</b><br>Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.</font></td></tr></tbody></table><br></div><hr style="HEIGHT:1px"><table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-size:xx-small;font-family:verdana;color:#666"><a href="http://pages.ebay.com/education/spooftutorial/index.html" target="_blank">Learn More</a> to protect yourself from spoof (fake) emails.<br><br>eBay sent this email to you at <a href="mailto:ebay@novocin.com" target="_blank">ebay@novocin.com</a> about your account registered on <a href="http://www.ebay.com" target="_blank">www.ebay.com</a>.<br><br>eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your <a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=MyeBayNextNotificationPreferences" target="_blank">communication preferences</a>. Please note that it may take up to 10 days to process your request. Visit our <a href="http://pages.ebay.com/help/policies/privacy-policy.html" target="_blank">Privacy Policy</a> and <a href="http://pages.ebay.com/help/policies/user-agreement.html" target="_blank">User Agreement</a> if you have any questions.<br><br>Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125. </font></td></tr></tbody></table><img src="http://rover.ebay.com/roveropen/0/e12011/7?euid=45d0df16f2ea40759d3656f834970b06" height="1" width="1"></div></div></div><br></div></body></html>
```

Page 3 / 3

This response from the Defendants is merely the HTML coding of the body of the eBay email, which is **NOT** compliant with the discovery request made by Ms. Trombetta. As I explained above, Ms. Trombetta gave the Defendants step-by-step instructions, practically holding their hand on how to respond correctly. ***(Unfortunately, from the outside looking in, this behavior of the Defendants seems to occur frequently.)***

Nonetheless, I took this HTML code in the Defendant's second email response from **November 23rd, 2022,** and put it into a file on my ***ExpertWitness.com*** server. The output of that file is as follows.

*You can verify these by clicking on or directing your browser to the following web address URLs:*

| Item | Date | Verification Link |
|---|---|---|
| HTML from the ***eml*** file | November 17th, 2022 | http://www.expertwitness.com/at4.html |
| HTML from ***sent*** email | November 23rd, 2022 | http://www.expertwitness.com/at3.html |

I am returning to the **first** email (eml file) the Defendants sent to Ms. Trombetta **on November 17, 2022**. The following screenshot shows this email opened by the email application program.

HTML from EML file

MacOS Window Controls

eBay EAI

Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

---------- Forwarded message ----------

From: eBay

Date: Sat, Dec 1, 2012 at 9:54 PM

Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

Yellow Bar is Present

Ebay Logo is Present

Congratulations, your item sold!

Provide shipping information

Go to My eBay

Account Link is Present

You should always leave feedback for your buyer to encourage them to buy from you again.

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

Sale price: $181.50

Quantity sold: 1

Sale date: Dec-01-12 18:54:01 PST

IMG ALT field is missing

Sell another item | Send invoice to buyer

Select your email preferences

To be clear, the HTML source information sent to Ms. Trombetta on **November 17, 2022** (in email) produced the ***same visual*** document that she received on **November 23, 2022** *(in eml format* that she could not view before my assistance).

**Here is the first problem!**

Ms. Trombetta requested the Original or Raw Message Data for the 2012 eBay sale.

Unfortunately, from my analysis and inspection, I can state that she was **not** sent the raw email message with all the SMTP data as requested.

Defendant, Estate Auctions Inc. in discovery, turned over **two versions** of the receipt for the eBay sale in question.

EAI000058

**Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time**

**Subject:** Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

**Date:** Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time

**From:** eBay EAI

**To:** Norb Novocin, marie novocin

---------- Forwarded message ----------
From: **eBay** <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com

eBay

eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

**Congratulations, your item sold!**

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping la you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking i automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to yo the item is on its way. This will save you time, and may result in fewer questions from buyers and higher det
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This wil result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

1972 Original Oil Painting Man \ Annamarie Trombetta yqz

| | |
|---|---|
| **Sale price:** | **$181.!** |
| Quantity sold: | 1 |
| Sale date: | Dec-0 |
| Buyer: | nina c 9nack [conta |
| Buyer's shipping address: | nina c 14215 reno, I |

Sell another item | Send invoice

**Select your email preferences**

- Want to reduce your inbox email volume? Receive this email as a daily digest. For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

**Page 1 of 2**

EAI000059

**Email reference id: [#45d0df16f2ea40759d3656f834970b06#]**
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account registered on www.ebay.com.

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any questions.

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.



Defendant, Estate Auctions Inc. turned over a discovery response of the receipt for the eBay sale in question.

EAI000060

Bates 60

Yellow Bar is Missing

Ebay Logo is Present

Account Link is Present

IMG ALT field is missing

ebay

Congratulations, your item sold!

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your eBay shipping label.

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking information is uploaded automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

Provide shipping information

Go to My eBay

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

Sale price: $181.50
Quantity sold: 1
Sale date: Dec-01-12 18:54:01 PST
Buyer: nina correia
[contact buyer]
Buyer's shipping address: nina correia
14215 prairie flower ct
reno, NV 89511-6710 United States

Sell another item | Send invoice to buyer

Select your email preferences

Email reference id: [#45d0df18f2ea40759d3656f83497bb66#]
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

**Here is the second problem:**

**Question:** How do we have ***THREE*** different screenshots for the same eBay sales receipt? *(#1, #2 are the same but different from both #3 and #4.)*

**Question:** Why can't the Defendants comply with a simple discovery request?

**Answer:** Something nefarious is obviously going on here by the Defendants.

# Timeline of the Ebay Receipt History

Looking at the eBay receipts from a birds eye view in a timeline, it is pretty obvious something underhanded is going on. You can scroll up to see bigger pictures of each image.

## Regarding Email Dated Feb 20, 2016 to Will/Support @ worthpoint.com

Here is the ORDER of the Court:

ORDER: Pursuant to the telephonic discovery conference held today, November 23, 2022 (the "Conference"), the Court orders as follows: 1. Defendants Norb Novocin, Marie Novocin, and Estate Auctions Inc. (together, the "EA I Defendants") shall produce to pro se Plaintiff Annamarie Trombetta ("Ms. Trombetta"), the following: a. the eBay receipt of the 2012 sale of the 1972 original oil painting, in the native electronic format; and b. documentation of the medium by which the transaction occurred (i.e., Paypal, credit card, check, etc.), to the extent such information exists. 2. Defendant Worthpoint Corporation ("Worthpoint," together with the EAI Defendants, the "Defendants") shall produce to Ms. Trombetta the last known contact information for Greg Watkins and Anita Brooks. 3. Ms. Trombetta's request for EAI's 2012 tax returns and information relating to its computer server i s DENIED. 4. As a result of Ms. Trombetta's representations at the Conference concerning the damages she is seeking in this action, Worthpoint's requests for Ms. Trombetta's tax and medical records, and sales records from 2018 thro ugh 2021, are DENIED WITHOUT PREJUDICE. 5. Ms. Trombetta shall produce to Defendants, the following: a. the February 20, 2016 email and attachments in native electronic format; and b. all communications Ms. Trombetta has had with any non-party witnesses relevant to the claims or defenses in this action. 6. The parties shall produce the documents set forth in this Order by no later than December 2, 2022. 7. Defendants shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to: etranscripts@nysd.uscourts.gov by Monday, November 28, 2022. The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below. SO ORDERED. (Signed by Magistrate Judge Sarah L Cave on 11/23/2022)

The following will show Ms. Trombetta's compliance with the above Court ORDER.

The following is a screenshot of my email sent to the Defendant's lawyers on **Friday, Dec, 2nd, 2022** regarding this 2016 email.

CV18 0993 Trombetta v Novocain - 2016-02-20 email

Patrick Michael O'Leary <patrick@expertwitness.com>
Fri 12/2/2022 4:34 PM

To: Adam.Bialek@wilsonelser.com <Adam.Bialek@wilsonelser.com>; jana.farmer@wilsonelser.com <jana.farmer@wilsonelser.com>; Nicole.Haimson@wilsonelser.com <Nicole.Haimson@wilsonelser.com>; ajd@hoganduff.com <ajd@hoganduff.com>; annamarietrombettalegal@outlook.com <annamarietrombettalegal@outlook.com>

1 attachments (13 MB)
will worthpoint 2016 02 20.zip;

To Whom It May Concern:

I am writing on behalf of Plaintiff Annamarie Trombetta. She has engaged me as one of her business and technology expert witnesses regarding issues in her case.

I have viewed Ms. Trombetta"s February 20, 2016, email with three attachments. I affirm that I could easily download all three attachments and preview each one.

I've attached a zip file containing folders for:

1. Screenshots,
2. Attachments,
3. SMTP Headers

of this email that is addressed to will@worthpoint.com and support@worthpoint.com.

The zip file will unzip to a ***"will worthpoint 2016 02 20"*** folder.

This folder contains all pertinent details that should satisfy your request asked of Plaintiff. Please don't hesitate to contact me at this email address if you have any more questions.

Thank you.

**Respectfully,**

Patrick Michael O'Leary
MBA, BSEE, CISSP
Email: patrick@expertwitness.com
Resume/CV: www.PatrickOLeary.com

This particular screenshot is taken from the Yahoo email inbox of the Plaintiff.

EXPERT Affidavit #1 PATRICK MICHAEL O'LEARY

The attached file in the above email is Zip archive file *(a standard archive format)* that creates a folder named *"will worth point 2016 02 20"*. The following screenshots show it contents.

SMTP native email data (in plain text).
3 SMTP Headers
Litigation
Trombetta
will worthpoint 2016 02 20
1 Screenshots
2 Attachments
3 SMTP Headers
rawplaintext-2016-0220.pdf
rawplaintext-2016-0220.txt
will worthpoi...016 02 20.jpg
will worthpoi...016 02 20.zip
Screenshots showing the email in Plaintiff's Yahoo Inbox
1 Screenshots
2 Attachments
3 SMTP Headers
01 Search 1.jpg
01 Search 2.jpg
02 email main.jpg
03 email attch 1.jpg
04 email attch 2.jpg
05 email attch 3.jpg
Attachments downloaded and were confirmed as readable.
2 Attachments
1 Screenshots
2 Attachments
3 SMTP Headers
1972 Original Oil Painting ---Worthpoint Fraudulent Signature.png
Fraudulent Signature of A.Trombetta Copyrighted work licensed by Worthpoint.png
Listing under 1972 Original Oil Man w/Red Umbrella/signed Annamarie Trombetta.jpg

Monday, December 5, 2022 Page 16 of 22 CASE NO. CV18 0993

# Plaintiff's Expert

# Affidavit #1

# Conclusion



**General Summary:**

It appears the Defendant's lawyers just did a quick swipe of the mouse and then a cut-n-paste of the email body rather than properly extracting the full SMTP email message (in its entirety). This action resulted in something that is potentially not authentic. In light of the Defendants turning over three separate copies of the one receipt, in order to determine the authenticity, it is industry practice to forensically analyze the three separate SMTP raw email messages.

Per my advice, Ms. Trombetta based her request for the original SMTP raw email message on the fact that Defendants produced three different eBay receipts (which I have viewed and analyzed).

Two of the eBay receipts have numbers, and the last does not. I caution the Court to be aware of the HTML and eml email timeline. The HTML coding establishes and reveals that the raw or original message of the last unnumbered document (eml) should not be contained within the alleged 2012 eBay receipt due to the time frame of its release to Ms. Trombetta.

**It seems the Defendants are not being truthful, thus any reasonable person would likely conclude that they are concealing something.**

From a **qualitative** and logical high-level view, it is clear that Ms. Trombetta did **NOT** create this painting as she would have only been **9** years old in **1972**.

Hence, compounded with the **quantitative** alterations shown above, something nefarious has undoubtably taken place in this dispute that support Ms. Trombetta's liability and damages claims.

Regarding damages, while eBay in 2022, may be *far* more acceptable in the business mainstream, we need to consider that this unauthorized fraudulent transaction happened ten years ago in 2012 when such acceptance by the Art industry did not exist. Hence, further supporting Ms. Trombetta's claims for liability and damages against the Defendants.

Such undermining on the part of the Defendants would certainly impede Ms. Trombetta to market herself as a top-tier artist (and her work) in New York City and in other markets around the world.

Lastly, if the Defendants complied, Ms. Trombetta would not have incurred the expense for my services for this analysis.

Thank you.
Patrick Michael O'Leary, MBA, EE, CISSP

# Plaintiff's Expert

# Affidavit #1

# Signature



## Expert's Signature and Notarization:

Under penalty of perjury, I hereby declare and affirm that the statements mentioned above are true and correct to the best of my knowledge.

Patrick Michael O'Leary,
MBA, EE, CISSP

**Date:** Monday, December 5th, 2022

## NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which the certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of:** New York
**County of:** Suffolk

On **December** 05th, **2022** before me, BHADRESH ACHARYA personally appeared **Patrick Michael O'Leary** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of **New York** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

BHADRESH ACHARYA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AC6002965
Qualified in Suffolk County
Commission Expires October 13, 2026

# Exhibit
# A

# Plaintiff's Experts
# CV



**See CV document (separately attached)**