UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                          Plaintiff,

         -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE
AUCTIONS, INC., AND WORTHPOINT
CORPORATION,

                          Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of Defendant WorthPoint Corp.'s ("WorthPoint") April 18, 2023 letter requesting, inter alia, that, pursuant to Fed. R. Civ. P. 26, the Court reject the "untimely expert disclosures" of pro se Plaintiff Annamarie Trombetta ("Ms. Trombetta").  (ECF No. 436 (the "Request")).[1]  Having reviewed the Request, the Court orders as follows:

1. By **May 11, 2023**, WorthPoint shall file a letter, no longer than five (5) pages exclusive of exhibits, setting forth the procedural history and legal authority supporting the Request.

2. By **June 1, 2023**, Ms. Trombetta shall file a letter, no longer than five (5) pages exclusive of exhibits, in response to the Request.

3. By **June 8, 2023**, WorthPoint shall file a reply, no longer than three (3) pages.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Trombetta.

Dated:        New York, New York
              April 20, 2023

SO ORDERED.

_____

**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] WorthPoint also asks the Court to reject Mr. Trombetta's "untimely Motions to Proffer and Motion in Limine[,]" which are pending before the Honorable Ronnie Abrams.  (ECF No. 436 at 3).