UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNAMARIE TROMBETTA,

                Plaintiff,

  -v-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 993 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

In furtherance of the Honorable Ronnie Abrams' suggestion that the parties resume settlement discussions (ECF No. 452 at 2), the Court orders as follows:

1. By **May 16, 2023**, Plaintiff shall communicate to Defendant <u>by</u> <u>email</u> her current settlement demand.

2. By **May 23, 2023**, Defendants shall respond to Plaintiff with their counteroffer.

3. By **May 30, 2023**, each party shall file a letter with the Court indicating whether they request a settlement conference.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated:    New York, New York
            April 25, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**