June 12, 2023

The Honorable Judge Ronnie Abrams
United States District Court Southern District of New York
40 Foley Square, Room 2203 New York, NY 10007

**RE :Plaintiff's Request for a minor extension to reply to WorthPoints' ECF 476 and ECF 479**

To The Honorable Judge Abrams :

On June 7, 2023, as per the Court's granted permission for an extension, Plaintiff filed my Response to Defendants' Motion, due to WorthPoints' attorneys omission to send Plaintiff WorthPoint's Motion for Summary Judgement. On Wednesday June 7, 2023, I also filed Plaintiff's Responses with Exhibits to WorthPoints' ninety eight Statements of Material Facts.

On June 8, 2023, WorthPoint Defendants filed yet another complaint letter in addition to their April 18, 2023 in ECF 436. Plaintiff responded to Judge Cave's Order in ECF 449 on June 1, 2023 in ECF 493. On June 9, 2023 Plaintiff issued a response letter to WorthPoints' Letter in ECF. 499 which did not make it onto the docket on Friday, June 9, 2023 and should be docketed Monday June 12, 2023.

Plaintiff notes to the Court, at any given time, I am requested to fulfill at least three to five requests all at the same time, made by WorthPoints Defendants attorneys and Estate Auctions Inc attorney. Plaintiff simultaneously is writing and addressing motions and scheduled Court filings and in addition on Friday I had to address a yet another complaint letter to the Court by WorthPoints' attorneys on the same issue permitting my expert witnesses. At present, I am writing and responding to two different Judges for and once again have to readdress Plaintiff's expert witness reports, hence the reason my June 9, 2023 letter.

Today, June 12, 2023 Plaintiff will be submitting my responses to Estate Auctions Inc Disputed Material Statements of Facts ECF 477-1 and Estate Auctions IncDefendants' Memorandum Opposing Plaintiff's Motion for Summary Judgment in its Entirety in ECF 477 and in addition Plaintiff's will be filing my Response to Defendants Doc. 494.

Plaintiff has started but not completed Plaintiff's Responses to ECF 476 and 479. Once again, Plaintiff is not a professional lawyer, I am a Pro Se litigant. Due to WorthPoints' attorneys omission, and the need for an extension, Plaintiff's is not caught up with all the other scheduled Court filings expected to be submitted today. Plaintiff is requesting a minor extension, less than a week.to complete my responses to ECF 476 and 479 before the end of the week As a Pro Se litigant that had no business dealings with either Defendants, nor did I paint the 1972 oil painting, proven by my 1972 handwriting and signatures, I am requesting the Court's consideration once agin for a well needed albeit minor extension of time.

Date June 12, 2023                                                  Respectfully Submitted by
Annamarie Trombetta
175 East 96th Street (12 R)                                      ——Electronic Signature ——
New York. New York 10128

                                                                              /s/ Annamarie Trombetta   June 12, 2023
                                                                              _____

                                                                              Annamarie Trombetta Pro Se Plaintiff