# EXHIBITS

**PLAINTIFF"S  STATEMENT  OF  FACTS    NO. 15      NO. 16 and     NO. 17**

**EXHIBIT #1 A  Norb Novocin Deposition Sept. 21, 2022 Page 38  A. Trombetta signature is** _"garbled and  kinda hard to read"._

**EXHIBIT #1 B  Norb Novocin Deposition  Sept. 21, 2022 Page 52  could not discern  first initial and  Plaintiff's last   name.**

**EXHBIT #1 C  Norb Novocin's Sept. 21, 2022 Deposition Page 47  "A. Trombetta signature photo " only surviving  photos from the alleged 2012 ad. Pl.Evid 000163.**

**EXIBABIT #1 D  Norb Novocin's Sept. 21, 2022  Deposition Page 31- 32, and pages 83 to 86, regarding noted Tear" in the  painting  and  Norb Novocin  admission there  is no visible Tear in his  photo entered into discovery or  his knowledge of   any  restoration**

**EXHIBIT  #2  A  Signatures by EAI  and Plaintiff 's childhood handwriting.**
**#2  B  Pages  8 and 9 eBay Phone Transcript and Pl. Evid. 000144 and  000158.**
**#2 C Norb Novocin Phone Transcript page 3  -signed Annamarie Trombetta**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 3**

**EXHIBIT #3   Plaintiff  Evid. 000072 Jan. 2015 email from Susan (Sudha) Goldstein**

**EXHIBIT #4   Plaintiff  Evid.000073 Notarized Letter Susan Goldstein-Lost sale of artwork**

**EXHIBIT #5   Plaintiff  Evid. 000074  Scott Goodwillie Letter/Email loss of interested gallerists in Plaintiff'sartwork due to the EAI auction ad on WorthPoint's website.**

**EXHIBIT #6   Plaintiff  Evid. 000075  Dr. Joseph Scelsa Letter/Email  Fraudulent ad and oil painting Jeopardizing Plaintiff's future chances to exhibit at Italian American Museum.**

**EXHIBIT #7   Plaintiff's Evid. 000052  Plaintiff's Evid. 000053 Plaintiff's Evid. 000056 Listing of  1972 Original Oil Painting Man With Red Umbrella Signed with Plaintiff's solo - Italian American Museum Exhibit and website link italianamericanmuseumexhibition On  Site Plein air.html—-**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 4**

**EXHBIT #8  000295  SEE ECF  503  SEE EXHIBIT #2    Copyright Deposit Pages in Plaintff's Evid. 000119, 000120, 0000121, 000122, 000123,  000124, 000125 and Plaintiff's Evid. 000126.**

EXHIBIT #1A

Page 38

1                       N. NOVOCIN

2    words, the signature on the front of the

3    painting was a garbled and it was kind of

4    hard to read, when you turn it over, it had

5    printed out what it was and if it were up

6    to me, I would make it almost a law that

7    all the artists had to print out the actual

8    name and so forth.  Because some artists

9    pictures are so, so hard to read.  So this

10   allowed us to be able to look up Trombetta,

11   Annamarie.  This one says Maria.  I didn't

12   remember it saying Maria, but that's how I

13   looked it up.

14             MR. BIALEK:  Marlene, can you

15        read back the beginning of his

16        answer.

17             (Whereupon, the referred to

18        answer was read back by the

19        Reporter).

20        Q.    Mr. Novocin, in your practice

21   of dealing with antiques, have you ever

22   encountered any ratings or stamps or labels

23   glued to the back of the painting?

24        A.    Yes.

25        Q.    In your experience, is there

EXHIBIT #B

Page 52

1              N. NOVOCIN

2    yes.

3         Q.    Again, this document shows the

4    signature and I think you testified earlier

5    that you did not find it legible when you

6    first saw the painting, correct?

7         A.    Correct.

8         Q.    When you looked at the back of

9    the stretcher and you saw the words

10   Annamarie Trombetta that we discussed

11   earlier, did it help you interpret what the

12   signatures may have read?

13        A.    It certainly interpreted the

14   last name.  I couldn't do anything for that

15   first initial.

16        Q.    Taken together with the

17   information on the bottom, how did you

18   determine who may be the artist?

19        A.    You have to rephrase that.  I'm

20   sorry.  You are going to have to rephrase

21   that.  You got gunked [sic] up on the

22   internet.

23        Q.    Actually, give me one second.

24   I have someone mowing the lawn outside of

25   my window.  I'm going to try to shut the

EXHIBIT #7C

Page 47

1                    N. NOVOCIN

2    EAI000024.  I'm showing it to you at 150

3    percent and I have just scrolled from the

4    top to the bottom of the document.  Mr.

5    Novocin, my question to you is, does this

6    image depict the signature that appeared on

7    the painting Man With A Red Umbrella?

8         A.    Yes.

9         Q.    Is this one of the photographs

10   that was included in Estate Auctions Ebay

11   listing for that painting?

12        A.    Yes.

13        Q.    Sir, how do you know that?

14        A.    Because if there's anything

15   that we have seen over and over is this

16   signature.  It came off of Worthpoint.

17   It's the only signature or only picture

18   that survived on Worthpoint.  Why, I don't

19   know.  That's how we know.  It just was

20   there.

21        Q.    Let me just follow up with you

22   on that.  So as far as you know, you

23   testified that Worthpoint doesn't sell any

24   paintings, correct?

25        A.    Correct.

EXHIBIT #D page 1

Page 31

1              N. NOVOCIN

2        A.     I sent them to him.

3        Q.     Do you recall, how did you get

4    these pictures?

5        A.     Yes.  The person who --

6        Q.     How?

7        A.     The person that we sold the

8    painting to had since disbursed the

9    painting, whether she sold it or gifted it

10   to someone else.  I called her up and asked

11   if she would be willing to take pictures of

12   the photo, being as we had no more -- no

13   longer had any photos of it.  She made

14   arrangements to have that taken.  The

15   reason I don't know who took the painting,

16   the photos of it is I don't know who she

17   gifted it to and I assume that's who took

18   the photos because it's in her or his

19   house.  So they took the pictures and the

20   photos and they e-mailed them to the --

21   that person, the person who bought the

22   painting from us and then they e-mailed

23   them to us, they were in a large format and

24   I reduced them down to a smaller size that

25   was more susceptible to being able to

EXHIBIT #1 D Page2

Page 32

```
 1              N. NOVOCIN
 2   e-mail to Mr. Duff and that's probably
 3   where the EAI came from us, Estate
 4   Auctions, Inc., 000054.  That's how we got
 5   them.  We reduced them and sent them onto
 6   Mr. Duff.
 7         Q.     Mr. Novocin, do you recall the
 8   tear in the painting that you mentioned?
 9   Where on the painting was it located?
10         A.     It was located if I recall
11   correctly, on the left-hand side just about
12   even with the knee or something of that
13   nature.
14         Q.     We are looking right now at the
15   photograph on the painting and I have is
16   magnified at 50 percent.  The screen is
17   about the knee level of the tear depicted
18   in the painting.  Mr. Novocin, can you see
19   the tear in this image?
20         A.     No.
21         Q.     To your knowledge, was this
22   painting ever restored?
23         A.     No, it was not.
24         Q.     Does the image or do the images
25   in Defendant's Exhibit 1 fairly and
```

#ID  Page B

Page 83

N. NOVOCIN

1

2      A.      Yes.

3      Q.      It mentioned that Annamarie

4  Trombetta, New York listed artist.  Did you

5  use that phrase in the Ebay listing?

6      A.      Yes.

7      Q.      What did you mean by New York

8  listed artist?

9      A.      It means she's from New York

10  and she is listed on one of the sites that

11  I got information from.

12      Q.      Do you see where it says,

13  "Shabby chic condition"?

14      A.      Yes.

15      Q.      Did you put that phrase in?

16      A.      Yes.

17      Q.      What does that mean to you?

18      A.      When I use shabby chic

19  condition, that means there is a flaw of

20  some type to the item that is being sold.

21  I was using that for years on anything that

22  has an issue.  In this case, it has a tear

23  to it, therefore a shabby chic.  My clients

24  when they say shabby chic, they know it's

25  not pristine, it's not brand new.  It has

EXHIBIT #1D page 4

Page 84

1              N. NOVOCIN

2    an issue.

3         Q.     In fact you are explaining

4    further down in the listing, we are calling

5    it shabby chic as there is a tear in the

6    canvas, about 5/8th's of an inch long in

7    the man's knees, but still such a great

8    painting, correct?

9         A.     Correct.

10        Q.     This is the basis for you

11   calling it the shabby chic condition,

12   right?

13        A.     Correct.

14        Q.     In the next sentence it looks

15   like you are referring to Miss Trombetta's

16   biography as being taken off of askART,

17   correct?

18        A.     Correct.

19        Q.     You also referencing that

20   askART received the biography or accrued

21   the biography from her website, correct?

22        A.     Correct.

23        Q.     The language that follows the

24   phrase website, specifically, "Annamarie

25   Trombetta, 1963", close parentheses, et

Bio in
askART 2015

Not listed
in 2012

EXHIBIT #10 Page 5

Page 85

N. NOVOCIN

2    cetera, is that the text that you indicated
3    you copied from askART?
4        A.    Correct.
5        Q.    The date 1963, was that also
6    copied from askART?
7        A.    Yes.
8        Q.    Again, back when you composed
9    this listing, you did not focus on the date
10   of the artist, correct?
11       A.    I did not focus on it.
12       Q.    I'm going to show you the last
13   page of this document.  Do you see at the
14   very bottom the document has some code,
15   right?
16       A.    Right.
17       Q.    In fact, it seems to read
18   "jpeg" in some of the codes.  Do you see
19   that?
20       A.    Yes.
21       Q.    Does it indicate to you that's
22   probably images that were originally part
23   of the listing?
24       A.    Yes.
25       Q.    Above the code, the last

EXHIBIT #1D page 6

1              N. NOVOCIN

2    sentence in the document seems to be, "I

3    thank them for their help and guidance in

4    my life", period, and then there is a

5    symbol "TR", close symbol.  Do you see

6    that?

7         A.    Yes.

8         Q.    Was this also the last sentence

9    of the listing that you had on Ebay?

10        A.    I don't know if it is, but if I

11   can expand a second for this.  Our software

12   that we use was custom written for us and

13   we would put pictures in the middle of our

14   descriptions and it would split the actual

15   description, so it could very well be that

16   is the last point that it is above the

17   pictures and then that would be continued,

18   the biography would be continued on the

19   bottom underneath it and there is a chance

20   that -- this is one of the things I have

21   been thinking of, why there was paragraphs

22   missing out of the biography when we copied

23   the whole biography.  There was a chance

24   that when Worthpoint grabbed it, it came to

25   the codes for the pictures and it stopped



Plaintiff000163

EXHIBIT #2A (2)



Plaintiff00165

Plaintiff's Evidence  000495



EXHIBIT #❍2B Page 8



**EBay Customer Service**
We can only provide if we have an item number. I can provide the item
number. All right.

00;14;38;18 - 00;14;41;13
**Annamarie Trombetta**
Thank you

**EBay Customer Service**
please. Stay on the line.

00;14;41;13 - 00;14;41;26
**Annamarie Trombetta**
I will.

00;14;42;18 - 00;14;43;10
**EBay Customer Service**
I will Be placing you on hold.

00;14;43;19 - 00;14;45;01
**Annamarie Trombetta**
Thank you. Thank you.

00;14;46;11 - 00;14;48;06
**EBay Customer Service**
Thanks so much for staying on line here Anna

00;14;48;08 - 00;14;49;15
**Annamarie Trombetta**
Yes. And your name?

**EBay Customer Service**
Yeah, my name is Jamie.

00;14;53;05 - 00;14;57;27
**Annamarie Trombetta**
Jamie. Jamie, what do you mean by it was a third party seller.

00;14;58;17 - 00;15;01;06
**Jamie EBay Customer Service**
Um, it's like they're using a third party application.

00;15;02;18 - 00;15;03;10
**Annamarie Trombetta**
Who is using.

00;15;03;10 - 00;15;09;11
**Jamie  EBay Customer Service**
A open third party apps on their account. And regarding that, that is
actually not from ebay anymore.

00;15;09;17 - 00;15;12;14
**Annamarie Trombetta**



EXHIBIT#102B Page 9

OK, it's not from eBay, is it from WorthPoint?

00;15;13;08 - 00;15;22;00
**Jamie  eBay Customer Service**
Yeah. And I tried to get in touch with one of the experts regarding it, and they have informed me that if you want to go ahead and get some information on who is selling the item.

00;15;22;08 - 00;15;22;26
**Annamarie Trombetta**
Yes,

E Bay give Plaintiff Worth Point's Phone Number

00;15;22;27 - 00;15;25;21
**Jamie  eBay Customer Service**
you can Get in touch with Worth Point and we do have their phone number.

00;15;26;21 - 00;15;36;16
**Annamarie Trombetta**
OK, hold on one second. Yes, I'm listening. What is it?

EBAY Confirms WorthPoint Website

00;15;36;21 - 00;15;45;22
**Jamie  eBay Customer Service**
Okay. The phone number for **WorthPoint contact information. Customer service will be 877 481-5750.**

1972 Post

00;15;46;12 - 00;15;56;24
**Annamarie Trombetta**
Well, I did call them and they said that I had to get in touch with eBay because if they don't sell anything, they're a database. So I keep going back and forth.

00;15;59;16 - 00;16;10;12
**Jamie  eBay Customer Service**
Let me try see at our end to maybe they provided information like a third party app to give it to me tried to go ahead and provide that information here on eBay.
And do it again. OK,

**Annamarie Trombetta**
OK. Because I still don't understand what you mean by third party. You're saying that it is the responsibility of WorthPoint to have that information.

**Jamie  eBay Customer Service**
Yes Maam

**Annamarie Trombetta**
Well, again, Worth Point keeps telling me that since they don't sell anything and that it was sold on eBay in 2012 that you would be the source of the seller Id.

00;16;42;26 - 00;16;55;26
**Jamie  eBay Customer Service**





EXHIBIT #2B

  


Raw data from eBay
under sublicense

Worthopedia™
price guide

*Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs.*

If this item contains incorrect or inappropriate information please contact us here to flag it for review.

If you are the originator/copyright holder of this photo/item and would prefer it be excluded from our community, contact us here for removal.

- Home > Worthopedia™ > 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

## 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

- Sold for: Start Free Trial or Sign In to see what it's worth.
- Item Category: -
- Source: eBay
- Sold Date: Dec 01,2012
- Channel: Online Auction

Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of our auctions start at .99 cents. We are proud to announce that we maintain a "FIVE STAR Detailed Seller Rating" and our staff strives for 100% customer satisfaction, our 100% feedback rating will vouch for that. We work with consigners from Coast-To-Coast and work hard to make sure we have top quality items. We are "Your Quality Zone" - search "YQZ" to see our other listings our !

---

>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition

- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a woman) with a red umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and

Plaintiff000158

website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

Similar Items

No image
available

•     Oil painting, original oil painting,impressionism

No image
available

•     original oil painting on canvas

Plaintiff000159

EXHIBIT 2B

🖥 16  🕐  ⚡  🛜  ⊲)  Thu Aug 13  9:55 AM

1972 Original Oil Painting... ✕ +

www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172   ☐ ▽ C   🔍 Search

**WorthPoint**

Search    All Categories ▾    **Search**    Sign In    **Start Free Trial**

News & Resources ▾    Value It ▾    Research It ▾    Buy & Sell ▾






f 🐦 P 🔗 ✚

ebay    Worthpoint    *Worsy is the Worthopedia is a channel*
*exclusively Worthopedia and partner*
*valley for our members consent needs.*

Flag item for content or copyright

HOME > WORTHOPEDIA® >
1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ

## 1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ

SOLD FOR:  **Start Free Trial**  or  **Sign In**  to see what it's worth.

ITEM CATEGORY:

SOURCE:    eBay

SOLD DATE:    Dec 01,2012

CHANNEL:    Online Auction

Welcome to EstateAuctionsInd We are one of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of our auctions start at .99 cents. We are proud to announce that we maintain a "FIVE STAR Detailed Seller Rating" and our staff strives for 100% customer satisfaction, our 100% feedback rating will vouch for that. We work with consignors from Coast-To-Coast and work hard to make sure we have top quality items. We are "Your Quality Zone" - search "YQZ" to see our other listings our !

>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamaria Trombetta New York Listed Artist - Shabby Chic Condition
- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a woman) with a red umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...



WorthPoint    MARKETPLACE PARTNERS

California Oil Painting Landscape
Wall Art 8x10" Original Canvas
Signed A1152
$14.99  ebay

California Oil Painting Landscape
Wall Art 20x24" Original Canvas
Signed H1267
$84.99  ebay

California Oil Painting Landscape
Wall Art 8x10" Original Canvas
Signed A1166
$14.99  ebay

California Oil Painting Landscape
Wall Art 8x10" Original Canvas
Signed A1018
$14.99  ebay

Plaintiff000144

Plaintiff's Evidence Expert Dis. 000889



# Norb Novocin Jan.10, 2017 Phone Call Made to Plaintiff

**Speaker 1 Novocin**

I'm the seller.  I sold this on eBay.

00;02;58;00 - 00;03;42;14

**Speaker 2 Trombetta**

And you don't know how you acquired it.

**Speaker 1 Novocin**

I acquired it at an auction, somewhere.  It could have been... I go to about four auctions a week.  I sell about 360 items every week. ... every week.  So no I don't know which auction this came from.

**Speaker 2 Trombetta**

Well, since it's a painting, shouldn't it have had some kind of authenticity or ah uh ...as your wife said, provenance ?

**Speaker 1 Novocin**



If it doesn't have provenance..... there's lots of paintings out there without a provenance and so what we stated this ... We didn't even state it was by you. We just stated it was signed Annamarie Trombetta.

00;03;42;14 - 00;03;43;28

**Speaker 2 Trombetta**

Right And that's fraud, sir.

00;03;44;07 - 00;03;51;28

**Speaker 1 Novocin**

Why is that fraud ?

**Speaker 2 Trombetta**

Because, I did not do that painting. And I'm not a hack of a painter. I'm a professional painter.

00;03;52;03 - 00;03;52;21

**Speaker 1 Novocin**

Okay

**Speaker 2 Trombetta**

Yahoo Mail - No Subject

Plaintiff  000072

## (No Subject)

From:  susan goldstein (goldenvoices@gmail.com)

To:     trombettaart@yahoo.com

Date:  Friday, January 9, 2015, 12:13 PM EST


Dear Annamarie,

Congrats!  The work was stunning and so were you. I hope you are experiencing great success!

As I am in love with The Wisteria painting, how much is it?

Turner, Saturday nite?

Love and Blessings,

Sudha aka Susan

*Sale of Artwork Jan. 9, 2015* *(handwritten annotation)*

Plaintiff  000073

EXHIBIT #84 (2)

Lost Sale

Susan B. Goldstein
531  East 52nd Street  Apt 8 A
New York, New York 10022
goldenvoices@gmail.com

March 4, 2019

United States Southern
District of New York
500 Pearl Street
New York, New York 10007

Re:     Sale of Oil Painting      Wisteria Arbor Mandala  by Artist  Annamarie Trombetta

To The Honorable Judge Ronnie Abrams:

I, Susan B. Goldstein, am extending this letter to the court on behalf of Artist Annamarie Trombetta in reference to the loss of a sale for one of her most beautiful paintings, Wisteria Arbor Mandala which is on her professional website.

I am a retired Professor in the Communications Dept. at Baruch College in New York City. I have been familiar with the artist Annamarie Trombetta for quite some time. It was a pleasure to attend Ms. Trombetta's openings and lectures at the Union League Gallery on Park Avenue and The Italian American Museum in "Little Italy". The exhibits were spectacular and I felt compelled to bring Annamarie's work to the attention of my aunt who is an avid art collector.

Upon viewing the photos from Ms. Trombetta's exhibitions my aunt was interested in purchasing the oil painting "Wisteria Arbor Mandala" which was eighty five hundred dollars. This was a significant investment for her collection. My aunt's personal assistant came upon a listing under Annamarie Trombetta in reference to an Oil painting done in 1972 that was damaged. The post was on some site Worthpoint which sells items of low quality and standard to include the works of Thomas Kincaid.

As a result of this finding, I phoned Ms. Trombetta about this listing under her name which she responded that she was not aware of the internet listing. Ms. Trombetta assured me that it was not her painting and did not know why her full name was associated with such a site. I encouraged Annamarie to try and have this horrible and dreadful listing removed from the internet at once.

My aunt's assistant did point out that the description on the Worthpoint internet site reference the artist Annamarie Trombetta's website. The oil painting my aunt wished to purchase is on Annamarie's website. The reference to the website of Artist Annamarie Trombetta on the Worthpoint site is the main reason why my aunt decided not to purchase the painting. It was indeed a favorite image, however the amount of money for the painting and the association with such a "cheap and disreputable site" was too problematic to facilitate the sale of Annamarie's lovely painting. Losing the sale of eighty five hundred dollars is quite a disappointment alas my aunt has quite a collection of art and to not be included in her collection is an even greater misfortune.

It is with my full support that I applaud Ms. Trombetta with her legal pursuits. These unorthodox and disreputable internet site have created so many problems for Ms. Trombetta at a time when she should have been celebrating and selling her work and her successes.

Very Truly,

Professor Susan B. Goldstein

March 4, 2019

Notary

MOHAMMED I ALI
NOTARY PUBLIC, STATE OF NEW YORK
01AL6384792
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES DECEMBER 17, 20__

EXHIBIT #5

Plaintiff 000074

Gmail - Letter

## Gmail

Annamarie Trombetta <artofannamarie@gmail.com>

### Letter
1 message

**Scott Goodwillie** <scottgoodwillie@icloud.com>
To: Annamarie Trombetta <artofannamarie@gmail.com>

Thu, Apr 7, 2022 at 9:41 AM

To Whom it May Concern:

I am a professional artist and colleague of Annamarie Trombetta whom I have known for over twenty years.

In January 2015 I attended her first solo exhibition at the Union League Club Gallery on Park Avenue in New York City. I was impressed by her work and with the number of pieces in her show. When I was informed that Ms. Trombetta did not have gallery representation, I offered to speak with gallerists whom I knew in Chelsea on her behalf. I had done so in the past and in fact in 2002 I made an introduction to the Arnot Museum Director John Ahern on Ms. Trombetta's behalf. As a result she was included in the prestigious 2003 Representational Exhibit at the Arnot Art Museum in Corning New York.}

Months later, in the summer of 2015, I presented photos of Ms. Trombetta's artwork to some of my contacts. Two galleries in particular were interested . J. Cacciola and Tazza Gallery both located in Chelsea, NYC. In late August, upon scheduling a personal introduction, one of the gallerists found the eBay listing under Annamarie Trombetta's name and the owner of the gallery was no longer interested.

For those of us in the "Professional Field of Art", particularly in the year 2015, anyone selling artwork particularly on eBay or any other online platform is considered an amateur artist. The internet listing, once discovered by the galleries, sabotaged the interest in Ms. Trombetta's work. I can attest to this from personal experience that the internet link ended all possibilities of gallery representation.

I encouraged Ms. Trombetta to get the link removed from the internet as soon as possible and I am outraged that she had such a difficult time to remove the fake signature that was photo featured and referenced next to her biography. This ordeal has greatly affected Ms. Trombetta's income and reputation--for what it's truly "worth".

Sincerely
Scott B. Goodwillie
646-784-0764

Sent from my iPhone

https://mail.google.com/mail/u/0/?ik=cbb88d4785&view=pt&search=all&permthid=thread-f%3A1729457219149628743&simpl=msg-f%3A1729457219149628743

Plaintiff 000075

# A'M T E A R L I C A N N

# M U S E U M

EXHIBIT
#6

Joseph V. Scelsa, Ed.D.
Founder and President
jvscelsa@
italianamericanmuseum.org
T 212 965 9000
C 917 642 4922
151 Mulberry Street
New York, NY 10013

April 6, 2022

To Whom It May Concern:

I am the Founder and President of the Italian American Museum in New York City.

In February 2015, Anna Marie Trombetta exhibited a one woman show at the Italian American Museum entitled, "Central Park Imagery en Plein Air". Her work was compelling and captured the elegance of Central Park in a profound way. Her use of color, light, detail and perspective is truly a thing of beauty and grace to behold.

I have been informed that someone has attempted to use her name on works not of her creation. This in no way should be seen as a reflection on her works but unfortunately it could devalue them.

I sincerely hope her name can be removed from any works not created by her. If not it may jeopardize our ability to show her work in the future.

Sincerely,

Dr. Joseph V. Scelsa

Administrative Office
1806 Hering Avenue
Bronx, NY 10461

www.ItalianAmericanMuseum.org

Plaintiff 000052



annamarie trombetta - Google Search                                                        12/19/15, 10:42 AM

Google+  **Search**  Images  Maps  Play  YouTube  News  Gmail  More ·                          artofannamarie@gmail.com · ⚙

Google   annamarie trombetta                                                                          🔍

All    Images    Videos    News    Shopping    More ▾    Search tools                                    👤  🔘

Page 2 of about 33,400 results (0.47 seconds)

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...
You've visited this page 3 times. Last visit 12/18/15

**Annamarie Trombetta | Whitepages**
www.whitepages.com/name/**Annamarie-Trombetta** ▾ Whitepages ▾
Find Annamarie Trombetta's phone number, address and more on Whitepages, the
most trusted online directory with contact information for over 90% of US ...

**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air works
in oils, pastels, watercolors, etchings and drawings will be on display at ...
You've visited this page 2 times. Last visit 12/11/15

**Annamarie Trombetta on Paddle8**
https://paddle8.com/artists/annamarie-trombetta/ ▾
Annamarie Trombetta Water Tower $300 Part of New York Academy of Art. You are
now following Annamarie Trombetta and will get email alerts when we add ...

**Annamarie Trombetta - Pollock Krasner Image Collection**
www.pkf-imagecollection.org/artist/Annamarie_Trombetta/biography/ ▾
Annamarie Trombetta. Contact Works. CONTACT. Annamarie Trombetta Studio: 175
East 96th Street (14P) New York, NY 10128. Phone/ Fax: 212-427-5990.
You've visited this page 2 times. Last visit 12/8/15

**annamarie trombetta - OneLook Dictionary Search**
www.onelook.com/?lang...**annamarie+trombetta** ▾ OneLook Dictionaries ▾
We found one dictionary that includes the word annamarie trombetta: Art dictionaries
Art (1 matching dictionary). Annamarie Trombetta: Artist Search [ home, info] ...

**salem krieger on Twitter: "Painting Central, a short video ...**
https://twitter.com/salemk/status/269681283083403264 ▾
... @salemk 16 Nov 2012. Painting Central, a short video about Annamarie Trombetta a
painter working in Central Park, NYC.. http://vimeo.com/52924850 ...
You've visited this page 2 times. Last visit 12/5/15

**Annamarie Trombetta attends the Sing for Hope pop up ...**
www.gettyimages.com/.../annamarie-trombetta.../11550981... ▾ Getty Images ▾
Annamarie Trombetta attends the Sing for Hope pop up pianos launch at the Sing For
Hope Piano Warehouse on June 7, 2011 in New York City. Get premium ...

**annamarie trombetta Pictures & Images - Photobucket**
photobucket.com/images/**annamarie%20trombetta** ▾
Browse Annamarie Trombetta pictures, photos, images, GIFs, and videos on
Photobucket.

**Flickr: Annamarie Trombetta**
https://www.flickr.com/people/**annamarietrombettaart**/
Annamarie Trombetta hasn't listed any contacts yet. Testimonials (0). Annamarie
Trombetta doesn't have any testimonials yet. Name: Annamarie Trombetta.

Searches related to annamarie trombetta

**artist** annamarie trombetta          **anna marie** trombetta

annamarie trombetta facebook    **judge** annamarie trombetta

*Handwritten annotation: "First EXHIBIT #7 (1)"*

**Plaintiff 000053**

1/5/16, 1:05 PM

Go gle   1972 original oil painting man with red umbrella signed annamarie trombett      Annamarie     

All   Shopping   Images   Videos   News   More ▾   Search tools

6 results (0.68 seconds)



### 1972 Original Oil Painting Man With Red Umbrella Signed ...
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...
You've visited this page many times. Last visit: 12/29/15

### Annamarie Trombetta - Artist Info
www.**trombettaart**.com/info.html ▾
EDUCATION 1999 - National Academy School of Fine Arts 1991 - William Butler Yeats
Summer School, Sligo,Ireland 1989 - New York Academy of Art 1987 - Art ...
Missing: 1972 oil man red umbrella yqz
You've visited this page 4 times. Last visit: 11/12/15

### Annamarie Trombetta, Artist Interviewed by June Middleton ...

https://www.youtube.com/watch?v=ufEQ3D3LWms
Apr 29, 2015 - Uploaded by JuneMindingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil ...
Missing: 1972 man red umbrella yqz

### Artist's ferry suit sketchy, claims 'brain damage' - NY Daily ...
www.nydailynews.com/.../artist-annamarie-trombetta-claims-bra...   Daily News ▾
Dec 14, 2009 - Artist Annamarie Trombetta claims 'brain damage' in ferry suit. BY John
... "Her reason for being is art," lawyer Natascia Ayers said. "She was ...
Missing: 1972 oil red umbrella yqz

### Painting Central - artist Annamarie Trombetta on Vimeo

vimeo.com › salem krieger › Videos   Vimeo ▾
Nov 6, 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Pak. A profile of Annamarie as an artist.
Missing: 1972 oil man red umbrella yqz

### Page 1 - Italian American Museum
italianamericanmuseum.org/exhibitions/Pleinair.htm ▾
Acclaimed artist Annamarie Trombetta presents a solo exhibition that ... Ms. Trombetta
has created works in printmaking, watercolor, oil and pastel and is ... On view are works
of art executed in oils, pastels, watercolors, etchings and drawing.
Missing: 1972 man red umbrella yqz

### Original Oil Paintings - Original Art. Top Emerging Artists
www.ugallery.com/Buy-**Original-Art** ▾
Expertly Curated -- Free Shipping!
7 Day In Home Trial · Free Returns · New Art Released Weekly
Most Popular Artists - The Showroom - Staff Favorites - New Arrivals

### Collectible Original Art - Say No to Prints and Reproductions
www.zatista.com/ ▾
Over 7000 Completely **Original** Works
Affordable · Free Returns · No Reproductions · Free Shipping
Digital Art - Browse Art to Buy - Original Paintings - Mixed Media Art

1972 original oil painting man with red umbrella signed annamarie trombetta yqz - Google Search       Plaintiff 000056       '2/5/16, 12:43 PM

 Google | 1972 original oil painting man with red umbrella signed annamarie trombett 🔍     Annamarie    A

All   Shopping   Images   Videos   News   More ▾   Search tools

6 results (0.64 seconds)

### Original Oil Paintings - UGallery.com
[Ad] www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists. Expertly Curated -- Free Shipping!
Custom Packaging · Expertly Curated Pieces · New Art Released Weekly
Most Popular Artists - The Showroom - New Arrivals - Staff Favorites

### 1972 Original Oil Painting Man With Red Umbrella Signed ...
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...
You've visited this page many times. Last visit: 2/5/16

### Page 1 - Italian American Museum
italianamericanmuseum.org/exhibitions/Pleinair.htm ▾
Acclaimed artist Annamarie Trombetta presents a solo exhibition that ... Ms. Trombetta
has created works in printmaking, watercolor, oil and pastel and is known ... was an
exhibition of Italian paintings from the collection of Gaetano Marzotto.
Missing: 1972 man red umbrella yqz

### A Portrait of 'Portrait Of the Artist, Running' - The New York Sun
www.nysun.com/on-the-town/portrait-of-portrait-of-the-artist.../13079/
Apr 29, 2005 - A man in the center - his face obscured by shadow - turns away and
refuses ... " The whole feeling of the painting," Mr. Schwartz writes in the book, "was ...
Others seen at the party were artist Annamarie Trombetta, who ... up in Queens and
attended an art class at the Little Red School House. ... Sign up now.
Missing: 1972 umbrella yqz
You visited this page on 2/3/16.

### Central Park's Plein Air Past | OutdoorPainter
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice ... "The
Destructive Dance of 'Sandy,'" by Annamarie Trombetta ... "Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media.
Missing: 1972 man red umbrella yqz
You've visited this page many times. Last visit: 1/7/16

### Painting Central - artist Annamarie Trombetta on Vimeo
 vimeo.com › salem krieger › Videos   Vimeo ▾
Nov 6, 2012
▶ 2:26   Artist Annamarie Trombetta a NYC based painter working in
Central Pak. A profile of Annamarie as an artist.
Missing: 1972 oil man red umbrella yqz

### [PDF] 2010 Newsletter - Artists' Fellowship, Inc.
www.artistsfellowship.org/AFNewsletter2010.pdf ▾
Sep 22, 2010 - In 1972, he has guided its growth into the most widely ... Red Army in
Germany during World War II were still hidden in depositories ... Literature and later a
Masters of Fine Art in Painting and Art History. ... Annamarie Trombetta ... Rina
Gerevitz, Robert Strong, Dorothy Wiggins, Guy Wiggins, Pam Singleton.
Missing: umbrella yqz

### Ask Painting Appraisers - An Art Appraiser Will Answer Now



EXHIBIT #17 (3)

Plaintiff  000120

Annamarie Trombetta

HOME

PORTFOLIO

VIDEO

ARTIST INFO

BIOGRAPHY
CREDENTIALS

CONTACT

New website for Annamarie Trombetta coming soon!

## Hello, welcome to my website. The Media I work in are:

# Etching Oil Painting Pastels Watercolor



©Annamarie Trombetta. All rights reserved.



# Annamarie Trombetta

Plaintiff 000124

 HOME    PORTFOLIO    VIDEO   ARTIST INFO    BIOGRAPHY    CREDENTIALS    CONTACT

## Biography



The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog (tba) was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the facade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.



As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.

I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.



Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, political and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing and painting skills. In the mid Eighties I attended The New York Academy of Art which focused on teaching the history and traditional techniques from periods of art, such as the Italian Renaissance, the classical and neoclassical periods in France, as well as the Spanish, Dutch and Fleming masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective.

During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a huge painting. The views felt so familiar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly VanGogh in a wheat field painting or see the circular hay stacks change colors by sunset right before my eyes. The truth captured in their paintings a century ago felt so real to me, it spiraled an indelible influence. This experience still inspires me to strive towards capturing my subjects with a sense of presence and atmosphere. Visiting Italy again, my ancestral homeland, sharpened my acuity and attraction to works of art on uniquely shaped canvases. There were so many moments that will be with me throughout my life, most notable was to see the chariot markings while walking in the ruins of ancient Rome, or to hear bells toll in St. Mark's Square, and to be within inches of some of the most revered art in the world.



When I returned to the States, the desire to develop artwork in various mediums became the goal. I started attending The National Academy School of Fine Arts to explore and prefect the media of pastels and figure painting, and also to study printmaking. During this time I was employed at The National Academy Museum. The Academy and its intriguing history filled the chasm of my knowledge for the heritage of American art while also informing me of the cultural developments in my country, particularly those in New York. The opportunity to read the Academy's books while I was working at the Museum, was an enlightening experience. I learned, most importantly, about the Hudson River School painters and their personal involvement with writer/poet William Cullen Bryant. This relationship between artists and writers of that time initiated the unfoldment of Central Park. The Park, which is adjacent to The National Academy Museum was already charted territory for my artistic expression. Learning about the creation of the Park intensified my passion for depicting it.



During my tenure at The Academy, a conversation with a museum visit led to my interest in the W.B. Yeats Society of New York, and another trip abroad. Coincidentally and perhaps synchronistically I had been attending lectures on Theosophy about the same time I was learning about Yeats. Crucial to my personal and professional development at that time was my comprehension of why Theosophy influenced the modern movement in the Arts. Yeats, like many other writers, musicians, and artists such as Mondrian and Klee, etc. drew inspiration from the philosophical texts written by the robust Russian, Madame Blavatsky. Within a few months I had won a scholarship under the auspices of the Yeats Summer School in Sligo, Ireland via the Yeats Society of New York.



A short trip to London, preceded the Summer School, where I hunted down John Singer Sargent's charcoal sketch of Yeats at the National Portrait Gallery. This inspired a trip to the Tate, and several other collections. Traveling to England first set the stage for the political, personal and historical dynamics that I was about to encounter regarding the legacy of Yeats and of Ireland. Before the school commenced, there was a ceremonial service at Drumcliff Church where Yeats is buried. The picturesque view and the enigmatic words of his icy epitaph became etched in my memory on that day and inspired me to create a painting titled after his poem "Under Benbulben" which elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work.



To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated solely on 'The Holy Tree' described in Yeats's poem "The Two Trees". This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This upcoming catalogue highlights the pictorial progression from that trip and the time that followed.

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well as an artist. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and guidance in my life.

All work on this site are ©Annamarie Trombetta. All rights reserved.

DMCA

Annamarie Trombetta

elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work.

To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated solely on 'The Holy Tree' described in Yeats's poem "The Two Trees." This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This upcoming catalogue highlights the pictorial progression from that trip and the time that followed.

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well as an artist. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and guidance in my life.

All work on this site are ©Annamarie Trombetta. All rights reserved.

EXHIBIT #8

DMCA

GMT

Plaintiff

000 295