# EXHIBITS

<u>**PLAINTIFF"S  STATEMENT OF  FACTS   NO. 15      NO. 16 and    NO. 17**</u>

**EXHIBIT #1 A**   Norb Novocin Deposition Sept. 21, 2022 Page 38  A. Trombetta signature is <u>*"garbled and  kinda hard to read"*</u>.

**EXHIBIT #1 B**  Norb Novocin Deposition  Sept. 21, 2022 Page 52  could not discern  first initial and  Plaintiff's last   name.

**EXHBIT #1 C**   Norb Novocin's Sept. 21, 2022 Deposition Page 47  "A. Trombetta signature photo " only surviving  photos from the alleged 2012 ad. Pl.Evid 000163.

**EXHIBIT #1 D**  Norb Novocin's Sept. 21, 2022  Deposition Page 31- 32, and pages 83 to 86, regarding noted Tear" in the  painting  and  Norb Novocin  admission there  is no visible Tear in his  photo entered into discovery or  his knowledge of  any  restoration

**EXHIBIT  #2   A** Signatures by EAI  and Plaintiff 's childhood handwriting.
   **#2  B** Pages  8 and 9 eBay Phone Transcript and Pl. Evid. 000144 and  000158.
   **#2 C** Norb Novocin Phone Transcript page 3  -signed Annamarie Trombetta

<u>**PLAINTIFF"S  STATEMENT OF FACTS  NO. 3**</u>

**EXHIBIT #3**   Plaintiff  Evid. 000072 Jan. 2015 email from Susan (Sudha) Goldstein

**EXHIBIT #4**   Plaintiff  Evid.000073 Notarized Letter Susan Goldstein-Lost sale of artwork

**EXHIBIT #5**   Plaintiff  Evid. 000074  Scott Goodwillie Letter/Email loss of interested gallerists in Plaintiff'sartwork due to the EAI auction ad on WorthPoint's website.

**EXHIBIT #6**   Plaintiff  Evid. 000075  Dr. Joseph Scelsa Letter/Email  Fraudulent ad and oil painting Jeopardizing Plaintiff's future chances to exhibit at Italian American Museum.

**EXHIBIT #7**   Plaintiff's Evid. 000052  Plaintiff's Evid. 000053 Plaintiff's Evid. 000056 Listing of  1972 Original Oil Painting Man With Red Umbrella Signed with Plaintiff's solo - Italian American Museum Exhibit and website link italianamericanmuseumexhibition On  Site Plein air.html—-

<u>**PLAINTIFF"S  STATEMENT OF FACTS  NO. 4**</u>

**EXHBIT #8  000295  SEE ECF  503  SEE EXHIBIT #2    Copyright Deposit Pages in Plaintff's Evid. 000119, 000120, 0000121, 000122, 000123,  000124, 000125 and Plaintiff's Evid. 000126.**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 5  and  NO.  6**

**EXHIBIT #9  Plaintiff. Evid. 000149, 0000150 and 000151**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 8**

**EXHIBIT #10   Plaintiff  Evid. 000022  -Plaintiff  Evid. 000023-Plaintiff  Evid. 000024**
              **Plaintiff  Evid. 000026 -Plaintiff  Evid. 000028  Plaintiff  Evid. 000028 B**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 9**

**EXHIBIT #11  Plaintiff  Evid. 000058  -Plaintiff  Evid. 000059 -  Plaintiff  Evid. 000060**
              **Plaintiff  Evid. 000062A Plaintiff  Evid. 000063 Plaintiff  Evid. 000064**
              **Plaintiff  Evid. 000065  Plaintiff  Evid. 000066 Plaintiff  Evid. 000067**
              **Plaintiff  Evid. 000068**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 10**

**EXHIBIT #12 Plaintiff's Evil. 000285 and 000286   and  Plaintiff's Evil. 0000021**
              **Plaintiff's Evil. 000023 Plaintiff's Evil. 000025  Plaintiff's Evil. 000027**

**EXHIBIT #13 Phone Transcript  of Plaintiff and WorthPoint employee Anita Brooks**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 11**

**EXHIBIT #14 Phone Transcript  of Plaintiff and WorthPoint employee Greg Watkins**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 12**

**EXHIBIT # 15   WorthPoint's  bate stamped evidence in  WP000062 WP000096 and**
              **WP000135.**

**EXHIBIT #16 Plaintiff Evid. bate stamped  Will Seippel Feb. 20, 2016 email  to Plaintiff**
              **in  Plaintiff Evid. 000034 Plaintiff Evid. 000039  and   Plaintiff Evid. 000040.**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 13**

**EXHIBIT #17 WorthPoint Evid. Jan. 4, 2017 emails  WP000132, WP000133, WP000134**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 14 and  NO. 15**

**EXHIBITS # 18  A  Plaintiff Evid.  000872 Plaintif Yahoo WorthPoint Membership fee**
**EXHIBITS # 18  B  Plaintiff Evid. 000158  -000159  Text from  1972 oil painting ad on**
              **WorthPoint webpage with Estate Auction Inc description.**



EXHIBIT#90

Wayback Machine

Hour

INTERNET ARCHIVE WaybackMachine

https://www.askart.com/artist/Annamarie_Trombetta/11156459/Annamarie_Trombetta.aspx

1 capture
22 Sep 2015

web.archive.org

Annamarie Trombetta - Artist, Fine Art Art Prices, Auction Records for Annamarie Trombetta

AUG SEP OCT
22
2014 2015 2016

askART   What's my art worth?   Auction Records   Research Art   Buy / Sell   Our Services   Sign in   Subscribe

Enter artist name or use alphabet   a b c d e f g h i j k l m n o p q r s t u v w x y z

## Annamarie Trombetta

Annamarie Trombetta is active/lives in New York. Annamarie Trombetta is known for geometric still life arrangements-painting.

**Annamarie Trombetta** (born 1963)

| The Artist | Auction Records | Buy / Sell | Resources |

Overview ▸   Auction Records (0)   For Sale (0)   Signatures (0)

Biography   Upcoming Auctions (0)   Wanted (0)   Related Artists

Quick Facts   What's my art worth?   Dealers (0)   Publications

Get Alerts ☰   Charts   Place an Ad   Samples of work

Discover art and art prices ...

Subscribe

Sign in

• Auction records and images
• Record prices, graphs, stats
• Artist signature examples
• More about subscribing

### Biography   Annamarie Trombetta

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for m ... Displaying 750 or 8277 characters.

text

Exhibit 2B

Yahoo Mail – Re: Annamarie Trombetta

Exhibit #1 — 9(2)

4/5/22, 4:01 PM

## Re: Annamarie Trombetta

From: Bob Bahr (babahr@yahoo.com)

To: trombettaart@yahoo.com

Date: Thursday, March 5, 2015, 09:53 AM EST

Date March 5 2015

Thanks. Very glad you liked it. Yes, that is the right link.

I will try to send you a PDF later so you have it in that form as well.

Hope we can paint together sometime when it's above freezing!

Bob

From: Annamarie Trombetta <trombettaart@yahoo.com>
To: Bob Bahr <babahr@yahoo.com>
Sent: Thursday, March 5, 2015 9:47 AM
Subject: Annamarie Trombetta

Ask Art Website

Hi Bob,

Thank you so much for a wonderful article.    I have been sharing it with some of my collectors and  colleagues and will do so with many more people. Also thank you for your recommendation for the Ask Artwebsite . I consent to include  my biography  listing to their site.
Can you send me a link that is just this piece or is this the link below??    Also is there a magazine version that I can purchase.

I am please with the work that you selected as one of my collectors expressed her delight as well.

With sincere gratitude,
Annamarie Trombetta

http://www.outdoorpainter.com/artist-profiles/central-park-s-plein-air-past.html?
utm_source=Art+List&utm_campaign=f24b0abe29-PAT_3_4_15&utm_medium=email&utm_term=0_6907cc7961-
f24b0abe29-232018861

Plaintiff000151

Yahoo Mail – A Big Thank you from Annamarie Trombetta

4/17/21, 9:27 PM



E+hibit #9(2)
Date June 2015

## A Big Thank you from Annamarie Trombetta

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:     babahr@yahoo.com

Date:   Saturday, June 6, 2015, 12:49 PM EDT

Hi Bob,

My sincere appreciation for including me once again in Outdoor Painter!  I am indeed delighted as was the host of the show to learn that the link and a feature was in the Newsletter for Outdoor Painter.

It is the kind of situation that brings attention not just to me--the Magazine but also to the Hudson River School Painters who have done so much for this country's history in art, Parks and conservation.

Last thank you for the recommendation.  I am delighted that my bio is now on AskArt-- Mille Grazie for that!

I hope to meet you in person one of these days.  Let's plan a meeting if you live in the New York area. Take great care and all the best to you.

Warm Regards,
Annamarie Trombetta

AskArt
2015

Plaintiff000150



Plaintiff  000022

## Re: Welcome to WorthPoint - Your Subscription Has Been Created

From: WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To:     trombettaart@yahoo.com

Date:   Friday, January 22, 2016, 02:27 PM EST



## Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint |** Jan 22, 2016 02:26PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

Yahoo Mail - Fw: Welcome to WorthPoint - Your Subscription Has Been Created       **Plaintiff 000023**       8/10/20, 9:14 AM

Fw: Welcome to WorthPoint - Your Subscription Has Been Created

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:   WorthpointSupport@

Date: Monday, January 25, 2016, 06:33 PM EST

*Jan 25 2016*

Within this e-mail are several questions that I am requesting are answered as soon as possible.
I sent this to you on Friday January 22, 2016.

To The Worthpoint Staff,
 I found this link to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and professional links.   I signed on to Worthpoint to painting.   The worth is $181.50 .  See below

1)Who is responsible for  posing "1972 Original Oil Painting  man with Red Umbrella signed Annamarie Trombetta"  information on Worthpoint.com website ??
2)Can I have the name of the person who is the Worthpoint webmaster??
3)Can I have the name of the person who posted this information?
4) Who was the seller??   I called eBay and they do not have the information?  Does Worthpoint have this information??
5)  Please confirm if your website was last update on Updated Date: 30-apr-2013--see below
6) Why do you state that there are 12 photos in the description. Below is the text that is on the page for this painting.  I only see a photo of a signature   --see below
7) Kindly forward any information that you have regarding this painting .
Thankyou for your anticipated cooperation.
>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition
- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a w
umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eye
the style of Andre Kohn.

1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™ ▾

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

*EXHIBIT # 8 (2)*

On Friday, January 22, 2016 2:27 PM, WorthPoint Customer Support <support@worthpoint.desk-mail.com> wrote:

**Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created**

**WorthPoint** | Jan 22, 2016 02:26PM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional
to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607

## Re: Fw: Welcome to WorthPoint - Your Subscription Has Been Created

From: WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To:     trombettaart@yahoo.com

Date:  Monday, January 25, 2016, 06:34 PM EST

EXHIBIT 40
(3)

## Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** | Jan 25, 2016 06:33PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

Plaintiff  000025

Yahoo Mail - Re: Fw: Welcome to WorthPoint - Your Subscription Has Been Created

Re: Fw: Welcome to WorthPoint - Your Subscription Has Been Created

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:     support@worthpoint.desk-mail.com

Date: Friday, January 29, 2016, 4:58 PM EST

EXHIBIT

I have contacted Worthpoint by phone and spoke with Anita on Friday January 22nd .  I sent e-mails three times  with a host of questions
found under my name.
I am requesting answers to the questions listed below.
Sincerely,
Annamarie Trombetta

#10 (4)

Ticket #56607:

Within this e-mail are several questions that I am requesting are answered as soon as possible.
I sent this to you on Friday January 22, 2016.

To The Worthpoint Staff,
I found this link  to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and profession:
Worthpoint to see the value of this painting.  The worth is $181.50 .  See below

**1)Who is responsible for  posing "1972 Original Oil Painting  man with Red Umbrella signed Annamarie Trombetta"  information or
website ??**
**2)Can I have the name of the person who is the Worthpoint webmaster??**
**3)Can I have the name of the person who posted this information?**
**4) Who was the seller??   I called eBay and they do not have the information?  Does Worthpoint have this information??**
**5)  Please confirm if your website was last update on** Updated Date: 30-apr-2013 --see below
**6) Why do you state that there are are 12 photos in the description. Below is the text that is on the page for this painting.   I only
signature   --see below**
**7) Kindly forward any information that you have regarding this painting .**
**Thankyou for your anticipated cooperation.**
>>>>>> UP IN THIS AUCTION <<<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition
- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could
umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To :
the style of Andre Kohn.

1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™  ▼

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

On Monday, January 25, 2016 6:34 PM, WorthPoint Customer Support <support@worthpoint.desk-mail.com> wrote:

Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Create

**WorthPoint** | Jan 25, 2016 06:33PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any addi
to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com to refer you to Case #56607

[b:768effcc06e12e93ef16c06f3719f62ecb0976-620056669f]

Plaintiff 000026



## Re: Fw: Welcome to WorthPoint - Your Subscription Has Been Created

From:  WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To:    trombettaart@yahoo.com

Date:  Friday, January 29, 2016, 05:00 PM EST

## Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** |  Jan 29, 2016 04:59PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

1/10/2020                                     Yahoo Mail - Fw: Fw: To Gregg or Anita

Plaintiff 000027

**Fw: Fw: To Gregg or Anita**

From:  Annamarie Trombetta (trombettaart@yahoo.com)
To:    support@worthpoint.com
Date:  Monday, February 1, 2016, 4:40 PM EST

*Anita*
*EXHIBIT # (6)*

I have been forwarding this e-mail with questions to you since January 22nd.   I am trying to find out some information regarding a paintir Worthpoint.com

Within this e-mail are several questions that I am requesting are answered as soon as possible.
I sent this to you on Friday January 22, 2016.

To The Worthpoint Staff,
I found this link to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and profession: Worthpoint to see the value of this painting.    The worth is $181.50  . See below

**1)Who is responsible for  posing "1972 Original Oil Painting  man with Red Umbrella signed Annamarie Trombetta"  information or website ??**
**2)Can I have the name of the person who is the Worthpoint webmaster??**
**3)Can I have the name of the person who posted this information?**
**4) Who was the seller??   I called eBay and they do not have the information?  Does Worthpoint have this information??**
**5)  Please confirm if your website was last update on** Updated Date: 30-apr-2013--see below
**6) Why do you state that there are are 12 photos in the description. Below is the text that is on the page for this painting.   I only signature   --see below**
**7) Kindly forward any information that you have regarding this painting .**
**Thankyou for your anticipated cooperation.**
>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition - DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To ι the style of Andre Kohn.


1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™ ▼

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...


On Friday, January 29, 2016 5:00 PM, WorthPoint Customer Support <support@worthpoint.desk-mail.com> wrote:


### Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Create

**WorthPoint | Jan 29, 2016 04:59PM EST**

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any addi to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56007.

[[c768dfffcc36a12e30ef15c05f2719f62ecb5676-620588658]]

## Re: Fw: Fw: To Gregg or Anita

From: WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To: trombettaart@yahoo.com

Date: Monday, February 1, 2016, 04:42 PM EST



## Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** | Feb 01, 2016 04:41PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

## Re: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

From:   WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To:     trombettaart@yahoo.com

Date:   Saturday, February 20, 2016, 10:25 AM EST

EXHIBIT #108

## Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

Plaintiff 000058

10/26/16, 5:19 PM

Google   annamarie trombetta artist   🔍

All   Images   News   Videos   Shopping   More ▾   Search tools   👤  ◎  ⚙

Page 3 of about 28,400 results (1.13 seconds)

EXHIBIT
# 11 (1)

Holistic Baby Acupressure System: 12 Acupressure Points for ...
https://books.google.com/books?isbn=1499047401
Jennifer Chellis Taveras, L.Ac. - 2014 - Health & Fitness
It was to my artist friend, Annamarie Trombetta, that I turned to when I needed to create the Holistic
Baby logo image. She was able to manifest my idea into a ...

12 Acupressure Points for Pediatric Sleep Improvement and Wellness ...
https://books.google.com/books?isbn=1499047398
Jennifer Chellis Taveras, L.Ac. - 2014 - Acupressure for children
It was to my artist friend, Annamarie Trombetta, that I turned to when I needed to create the Holistic
Baby logo image. She was able to manifest my idea into a ...

Annamarie Trombetta | Biography | Pollock Krasner Image Collection
www.pkf-imagecollection.org/artist/Annamarie_Trombetta/biography/ ▾
Annamarie Trombetta. Contact Works. CONTACT. Annamarie Trombetta Studio: 175 East 96th Street
(14F) New York, NY 10128. Phone/ Fax: 212-427-5990.
You've visited this page 3 times. Last visit: 6/15/16

From "Catcher In The Rye" - Hartford Courant
www.courant.com/travel/hc-catcher007-jpg-20130502-photo.html ▾   Hartford Courant ▾
May 2, 2013 - ... make people more aware of the role that artists and writers have in the park's
development," New York City artist Annamarie Trombetta paints ...

Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...
www.worthpoint.com › Worthopedia™ ▾
... Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New
Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...
You've visited this page many times. Last visit: 10/24/16

Flickr: Annamarie Trombetta
https://www.flickr.com/people/annamarietrombettaart/
Realist Professional Fine Artist ... Annamarie Trombetta hasn't listed any contacts yet. Testimonials
(0). Annamarie Trombetta doesn't have any testimonials yet.

Sing for Hope – CBS New York
newyork.cbslocal.com/tag/sing-for-hope/feed/ ▾   WCBS-TV ▾
"These pianos are all painted by volunteer artists," Vrtiak said. .... Annamarie Trombetta works on her
design for a public piano - New York, NY - Jun 7, 2011 ...

[PDF] * AF Newsletter 2009 - Artists' Fellowship, Inc.
www.artistsfellowship.org/AFNewsletter2010.pdf ▾
Sep 22, 2010 - Our Artists' Fellowship Annual Awards Dinner will again feature a silent auction
including the work of .... Annamarie Trombetta. Babette Bloch ...

Buy Past Issues Online - Fine Art Connoisseur - MediaSpan
zpla.fimc.net/article.asp?id=41902 ▾
If you cannot find Fine Art Connoisseur in your bookstore, PLEASE make a .... the immense talents of
Kamille Corry, Tony Pro, and Annamarie Trombetta

A Portrait of 'Portrait Of the Artist, Running' - The New York Sun
www.nysun.com/on-the-town/portrait-of-portrait-of-the-artist-running/13079/
Apr 29, 2005 - Part of the bewitching power of the painting "Portrait of the Artist, Running" ... Others
seen at the party were artist Annamarie Trombetta, who ...

< Goooooooooogle >



Plaintiff 000059

—— Forwarded Message ——
**From:** WorthPoint <equity@worthpoint.com>
**To:** trombettaart@yahoo.com
**Sent:** Wednesday, November 23, 2016 11:21 AM
**Subject:** Limited Time Offer - WorthPoint is accepting investments!



We Value History.                                              View this email in your browser

# REGULATION CF CAMPAIGN IS LIVE
# WorthPoint Corp is now accepting investments



### Hello ,

On Monday, we announced the launch of our Title III Regulation Crowdfunding campaign, which allows accredited and non-accredited investors the chance to purchase stock in our company.  WorthPoint is seeking to raise $1,000,000 in this offering through Regulation CF, with a minimum raise of $100,000. This opportunity is available for a limited time with a minimum investment of $100.

To learn more and make an investment, please visit the campaign page by clicking the link below.

Plaintiff 000060

# The day has come -- WorthPoint launches Reg A+ "Mini-IPO"

From: WorthPoint (equity@worthpoint.com)

To: trombettaart@yahoo.com

Date: Tuesday, January 31, 2017, 12:04 PM EST



Secure your investments on our website.                          View this email in your browser



**Find It.
Value It.
Price It.**

Explore 265+ million items and images (realized values) from both auction houses and online marketplaces.

After several months of Testing the Waters in order to gauge interest from potential investors, we are beyond excited to announce that WorthPoint's offering statement has been qualified by the SEC and WorthPoint is now able to accept investments in a Regulation A+ offering. The stock offering is taking place on WorthPoint's website, and the chance to own a piece of WorthPoint is available to everyone -- accredited and non-accredited investors alike.

As some of you may know, WorthPoint recently undertook a different crowdfunding round under Regulation Crowdfunding. Upon being qualified by the SEC, we decided to terminate that round early in favor of this larger Regulation A+ round, which allows for more flexible investment options both for you as an investor and WorthPoint as a company.

WorthPoint offers the world's largest resource for identifying, researching, and valuing antiques, art, and vintage collectibles using disruptive technology. As a first mover, WorthPoint has built an irreplaceable database and a proven, scalable business model.

The wait is over. We look forward to your investment.
Make your mark with WorthPoint today.

Plaintiff 000062  A



1972 original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta          

All

8 results (0.60 seconds)

### Original Oil Paintings - UGallery.com
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists. Expertly Curated -- Free Shipping!
Happy Clients Worldwide · Custom Packaging · New Art Released Weekly
Most Popular Artists · The Showroom · New Arrivals · Staff Favorites

### 1972 Original Oil Painting Man With Red Umbrella Signed ...
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category:

### Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™ ▾
These posters are original from 1988 not remakes. ... 1972 Original Oil Painting Man
With Red Umbrella Signed Annamarie Trombe; Mustangs" Frank Rowland ...

### THOMAS KINKADE -KINCAID - WorthPoint
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth.    1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombe   Handmade New

### Annamarie Trombetta - Artist Info
www.trombettaart.com/info.html ▾
2001, -Richmondtown Historic Museum,S.I, NY "Plein Air Paintings of Staten
representation may be, Annamarie Trombetta is enough of an artist to realize that
Missing: 1972 oil man red umbrella

### Central Park's Plein Air Past | OutdoorPainter
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice    "The
Destructive Dance of 'Sandy,'" by Annamarie Trombetta .. "Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media
Missing: 1972 man red umbrella

### Painting Central - artist Annamarie Trombetta on Vimeo

vimeo.com › salem krieger › Videos
Nov 6, 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Park. A profile of Annamarie as an artist
Missing: 1972 oil man red umbrella

### Annamarie Trombetta, Artist Interviewed by June Middleton ...

https://www.youtube.com/watch?v=ufEQ3D3LWms
Apr 29, 2015 - Uploaded by JuneMindingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil
Missing: 1972 painting man red umbrella

### Staten Island native's passionate love affair with Central ...
www.silive.com/entertainment/ /annamarie_trom   ▾
Jan 12, 2015 - Paintings, prints, drawings and photos by Annamarie Trombetta ..
resident is showing 80 works — etchings, oil paintings, watercolors, pastels, .



Plaintiff 000063

annamarie trombetta - Google Search                                                                    3/28/17, 3:21 PM

 Google    annamarie trombetta      Q   Annamarie   ⠿   

All   Images   News   Videos   Shopping   More ▾   Search tools

Page   bout 47,700 results (0.30 seconds)

**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air works
in oils, pastels, watercolors, etchings and drawings will be on display at ...

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

**Annamarie Trombetta | Whitepages**
www.whitepages.com/name/Annamarie-Trombetta ▾ Whitepages ·
2 matches for Annamarie Trombetta. Find Annamarie Trombetta's phone, address,
etc. on Whitepages, the most trusted online directory."

**Annamarie Trombetta on Paddle8**
https://paddle8.com/artists/annamarie-trombetta/ ▾
Annamarie Trombetta. Follow. Consign Works. Consign works by Annamarie
Trombetta for auctions and private sales. Learn more ». Have suggestions for ...

**salem krieger on Twitter: "Painting Central, a short video ...**
https://twitter.com/salemk/status/269651283083403264 ▾
... @salemk 16 Nov 2012. Painting Central, a short video about Annamarie Trombetta a
painter working in Central Park, NYC.. http://vimeo.com/52924850 ...

**Annamarie M Trombetta - Intelius**
www.intelius.com/people/Annamarie-Trombetta/0csdtec91wf ▾
Get contact information on Annamarie M Trombetta, New York NY. Find out Annamarie
M Trombetta's age, gender, possible aliases, associates, professional , ...

**Annamarie Trombetta - Pollock Krasner Image Collection**
www.pkf-imagecollection.org/artist/Annamarie_Trombetta/biography/ ▾
Annamarie Trombetta. Contact Works. CONTACT. Annamarie Trombetta Studio: 175
East 96th Street (14P) New York, NY 10128. Phone/ Fax: 212-427-5990.

**annamarie trombetta - OneLook Dictionary Search**
www.onelook.com/?lang...annamarie+trombetta ▾ OneLook Dictionaries ·
We found one dictionary that includes the word annamarie trombetta: Art dictionaries
Art (1 matching dictionary). Annamarie Trombetta: Artist Search [ home, info] ...

**Flickr: Annamarie Trombetta**
https://www.flickr.com/people/annamarietrombettaart/
Following (0). Annamarie Trombetta hasn't listed any contacts yet. Testimonials ( 0).
Annamarie Trombetta doesn't have any testimonials yet. Name: Annamarie ...

**annamarie trombetta Pictures & Images - Photobucket**
photobucket.com/images/annamarie%20trombetta ▾

Print                                          Plaintiff 000064                    4/27/17, 12:40 PM

**Subject:** WorthPoint for FREE for LIFE!

**From:** WorthPoint Insider (insider@worthpoint.com)

**To:** trombettaart@yahoo.com;

**Date:** Monday, April 24, 2017 12:02 PM





# WorthPoint®

# WorthPoint Insider
## April 24, 2017

Keeping you informed, connected, and involved in the antiques
and collectibles industry

Rate WorthPoint!          Start Free Trial



about:blank                                                                        Page 1 of 10

1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ - Google Search          4/27/17, 12:40 PM

Plaintiff 000065

Google+  Search  Images  Maps  Play  YouTube  News  Gmail  More ▾          artofannamarie@gmail com ▾ ⚙

Google    1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAM    🔍

Shopping    Images    Videos    News    More    Search tools

EXHIBIT # 11 (7)

About 17 results (0.64 seconds)

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for; Start Free Trial or Sign in to see what it's worth. Item

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz - Mustangs" Frank Newland - Original Serigraph – LARGE DRAMATIC ...

**THOMAS KINKADE -KINCAID - WorthPoint**
www.worthpoint.com › Worthopedia™ ▾
Sold for; Start Free Trial or Sign in to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombetta yqz - Handmade New Mexican
Folk Art Church Birdhouse LARGE Lark Sedona - BLUE HELLO KITTY ...

**1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz - Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sed

**1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™
Category: Original Antique Print Egyptian Cobra, Egg Eating Snake Pl.22 Historical
Information: This ... 1972 Original Oil Painting Man With Red Umbrella Signed
Annamarie Trombetta yqz - 1789 BONNATERRE ORIGINAL ANTIQUE HAND



**Annamarie Trombetta - Biography**
www.trombettaart.com/bio.html ▾
When I was a tiny seed of contemplative thought, my artistic nature began to sprout
interest while gazing up at the ceiling paintings in a neighborhood church ...

**Annamarie Trombetta - Artist Info**
www.trombettaart.com/info.html ▾
EDUCATION 1999 - National Academy School of Fine Arts 1991 - William Butler Yeats
Summer School, Sligo,Ireland 1989 - New York Academy of Art 1987 - Art ...

**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air ... Ms.
Trombetta is an artist who has created works in printmaking, watercolor, oil ... The New
York Academy of Art, The National Academy Museum,  School, ...

**Annamarie Trombetta, Artist Interviewed by June Middleton ...**

https://www.youtube.com/watch?v=uBQ3D3LWms
Apr 29, 2015 - Uploaded by June ....
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil ...

Painting Central - artist Annamarie Trombetta on Vimeo

**Original Oil Paintings**
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists.
Expertly Curated — Free Shipping!

**Original Art Gallery**
www.zatista.com/ ▾
Over 7000 Completely Original Works
Great Value. Buy Today, Save Big

**Original Art For Sale**
www.saatchiart.com/ ▾
★★★★★ rating for saatchiart.com
Curated Man Collections.
Paintings, Sculpture, Photo & More!

**Montclair Art Museum**
www.montclairartmuseum.org/ ▾
(973) 746-5555
Celebrating American Art
for 100 Years!

**Famous Paintings in NYC**
www.drawingcenter.org/painting ▾
Visit The Drawing Center in SoHo.
A Museum Dedicated to Drawings.
◊ 35 Wooster St, New York, NY

**Incredible Art for Sale**
www.poba.org/shop ▾
Masterworks from artists who left
us too soon available only at POBA!

See your ad here ›

1972 original oil painting man with red umbrella signed annamarie trombetta yqz - Google Search

Plaintiff 000066

5/4/17, 8:21 AM

 Go gle     1972 original oil painting man with red umbrella signed annamarie trombetta yq  🔍

All      Shopping      Images      Videos      News      More ▼      Search tools                                     ⬇  ↖

6 results (0.68 seconds)

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▼
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for. Start Free Trial or Sign In to see what it's worth. Item Category. .

**Page 1 - Italian American Museum**
italianamericanmuseum.org/exhibitions/P/einair.htm ▼
Acclaimed artist Annamarie Trombetta presents a solo exhibition that . . Ms. Trombetta
has created works in printmaking, watercolor, oil and pastel and is . . On view are works
of art executed in oils, pastels, watercolors, etchings and drawing

**Annamarie Trombetta, Artist Interviewed by June Middleton ...**
 https://www.youtube.com/watch?v=arEO3D3LWms
Apr 29, 2015 - Uploaded by JuneMindingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has one `?` `.` works in oil .

**Painting Central - artist Annamarie Trombetta on Vimeo**
 vimeo.com › salem krieger › Videos     Vimeo ▼
Nov 6, 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Park. A profile of Annamarie as an artist

**Central Park's Plein Air Past | OutdoorPainter**
www.outdoorpainter.com/central-park-s-plein-air-past/ ▼
So it's perfectly natural that plein air painting would go on in those choice . . "The
Destructive Dance of 'Sandy,'" by Annamarie Trombetta . , "Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media

**Staten Island native's passionate love affair with Central ...**
www.silive.com/entertainment/.. /annamarie_trom .  ▼ Staten Island Advance ▼
Jan 17, 2015 - Paintings, prints, drawings and photos by Annamarie Trombetta
resident is showing 80 works — etchings, oil paintings, watercolors, pastels .
Missing: 1972 man red umbrella yqz

Original Oil Paintings
www.ugallery.com/Buy-Original-Art ▼
Shop from a Large Range of Original Art. Free Shipping on all Artwork!
New Art Released Weekly · Custom Packaging · Free Returns
The Showroom · Staff Favorites · New Arrivals · Most Popular Artists

Collectible Original Art - Say No to Prints and Reproductions
www.zatista.com/ ▼
Over 7000 Completely Original Works

Original Paintings - Find Emerging Artists & Chic Prints
www.onekingslane.com/Paintings ▼
★ ★ ★ ★ ⯪ rating for onekingslane.com
Fabulous Sales Today! Join For Free

annamarie trombetta artist – Google Search

Plaintiff 000067                5/9/17, 8:37 AI

Gogle   annamarie trombetta artist

All   Images   News   Videos   Shopping   More   Search tools

EXHIBIT
#11
(9)

Page 8 of about 30,000 results (0.63 seconds)

**Cash for SI Ferry crash | New York Post**
nypost.com/2010/01/01/cash-for-si-ferry-crash/ ▾ New York Post
Jan 1, 2010 - A starving artist injured on the 2003 Staten Island Ferry crash cashed in on ... Annamarie
Trombetta, 46, of Staten Island, never made more than ...

[PDF] **Fiscal Year Ending June 30, 2011 [PDF] - San Jose State University**
www.sjsu.edu/towerfoundation/.../tower-annual-report-2011.... ▾ San Jose State University
by an engineer's innovation, a nurse's care or an artist's creation. At the heart of ...... Anna Marie and
Larry Boucher. Susan and ..... Diane trombetta. Margaret ...

**Who's Who in American Art - Learn more about Who's Who in ...**
www.it1me.com/learn?s=Who's_Who_in_American_Art
Who's Who in American Art is a biographical hardcover directory of noteworthy individuals in the visual
arts community in the United States, published by ...

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...**
www.worthpoint.com › Worthopedia™ ▾
... Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New
Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

**Lower Manhattan Cultural Council celebrates 40 years - full list ...**
article.wn.com/.../Lower_Manhattan_Cultural_Council_celebrates_40_years_full_li/ ▾
Mar 20, 2013 - but River To River is just the tip of the iceberg in terms of programs and support offered
by LMCC to artists and arts organizations.

[PDF] **January 12 - Saint Helena Church**
www.sainthelena-centersquare.net/wp-content/uploads/2011/04/January-12.pdf ▾
Jan 12, 2014 - Our Art & Environment Committee who decorate our Church and ..... Trombetta, Brad
Souders, Peter Nicolo, Joseph Yeccarino,. Irene Koziol ...

[PDF] **2014 Winter Newsletter and Annual Report(PDF) - Villa St. Joseph**
www.villastjoseph.org/files/files/14VillaAnnualReport_R7.pdf ▾
our residents, and initiate an art program for residents that takes ...... Patricia Tellish. Thomas and Anna
Maria Testa ... Joann M. Tridico. Arnold A. Trombetta.

[PDF] **Read Latest Issue - St. Vincent Meals on Wheels**
https://stvincentmow.org/.../VOL-31-ISSUE-3-FALL.pdf ▾ St. Vincent Meals on Wheels
passions: artworks by local artists and artifacts from her travel. 2 I BREAD .... Trombetta Family Wines.
Workman Ayer .... Ms. Annamarie Espinosa. Mr. John A.

**Interventi edilizi maggiori - Comune di Milano**
www.comune.milano.it/wps/portal/ist/it/.../pratiche_edilizie ▾ Translate this page
Francesco Trombetta francesco.trombetta@comune.milano.it 02.884.66129 ... Sig.ra Annamaria
Bracciale annamaria.bracciale@comune.milano.it 02.884. 66337 ... armato, prima dell'inizio di tali
opere va depositata denuncia (ai sensi dell'art.

[PDF] **Herman Gift Sustains Student Tutoring Program - Cabrillo College**
https://www.cabrillo.edu/associations/.../2014%20Annual%20Report.... ▾ Cabrillo College
Dec 5, 2014 - SD Trombetta Foundation .... Omega Nu/ Sigma Alpha Chapter • Palace Art & Office
Supply • Julio Porro & Jennifer Hastings .... Virginia Draper • Carol Dressler • Teresa Duarte • Lonnie &
Annamarie Dugger • Linda Durnell •.

‹ Goooooooooogle ›

EXHIBIT #12 (1)

Date Jan 14 2016

285

Request Item Removal 2016-01-14 at 8.47.43 AM.png

Item Review Request | Worthpoint

www.worthpoint.com/about-item-review/URL=http//www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

iCloud   Facebook   Twitter   Yahoo!   News▾   Popular▾   Apple

# ITEM REVIEW REQUEST

WorthPoint is a web site for collectors and consumers that provides price history and other information for all types of collectible items. These items are not for sale by WorthPoint.

We license the data displayed in the Worthopedia from a variety of sources. We are an official licensee of eBay and many of the leading auction houses. Our agreements permit us to display all art, antiques and collectible items – with full attribution – that are contained in eBay's and the respective auction house partners' product catalogs, along with the price paid for such item. Our licenses permit our members to use completed sales results and images displayed on the Worthopedia solely for research purposes. You may review our content policy here.

If you believe you own the rights to the image/item and prefer it not be displayed, *do not* complete the form provided here. Instead, request removal here.

## Item Review

If you believe the item listed on the previous page is fraudulent or otherwise inappropriate for view, please supply the information requested below.

**URL \***

http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924

**Reason for review**

The URL above is incorrect and the information is not legitimate. My name and biography were used in this fake advertisement. Your ad from your website is coming up o the internet under my name, I am not the artist. Your listing is FALSE and the ad states there are 12 photos in the description but no photos are visible except a signature that is NOT mine. Please remove this immediately.

## Additional Items

EXHIBIT
#D (2)

P1
386

Plaintiff 000286

www.worthpoint.com/about-item-removal?URL=https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

Apple  iCloud  Facebook  Twitter  Yahoo!  News  Popular

10123

ZIP / Postal Code

Email

trombettaart@yahoo.com

Telephone

(212) 427-5990

## Addendum to Removal Request

If you believe the listed item infringes on your intellectual property rights, please designate the reason or reasons for the Claimed Infringement below.

Trademark - *Item Infringement*
Item is a counterfeit product which infringes the trademark owner's rights.

☐ Trademark - *listing content infringement*
Listing contains unlawful use of trademark

Copyright - *listing content infringement*
Listing uses unlawful copy of copyrighted text.
Listing uses unlawful copy of copyrighted image.
Listing uses unlawful copy of copyrighted image and text.

## Additional Items

If you have additional items listed in Worthopedia which you believe present infringement issues, you can either repeat the above process for each item or complete the information below:

Work(s) believed to be infringed (please include trademark registration or application number with each)

Listed on your website at the URL above is an ad for an Original Oil Painting from 1972.  My name and self written biography from my website was used without my consent or knowledge.  I am requesting that your infringing  ad on your website be  permanently removed .  This information is fraudulent. Your company is claiming that I am the artist who painted the Original Oil Man With Red Umbrella in 1972. I did not paint this oil. I would have been 9 years old. PLEASE remove this false listing from your website and the internet immediately.

## Re: Welcome to WorthPoint - Your Subscription Has Been Created

EXHIBIT # 12 (3)

From:  Annamarie Trombetta (trombettaart@yahoo.com)

To:  support@worthpoint.com

Date:  Friday, January 22, 2016, 2:25 PM EST

To The Worthpoint Staff,
I found this link to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and profession: Worthpoint to see the value of this painting. The worth is $181.50 . See below

**1)Who is responsible for posing "1972 Original Oil Painting man with Red Umbrella signed Annamarie Trombetta" information or website ??**
**2)Can I have the name of the person who is the Worthpoint webmaster??**
**3)Can I have the name of the person who posted this information?**
**4) Who was the seller?? I called eBay and they do not have the information? Does Worthpoint have this information??**
**5) Please confirm if your website was last update on** Updated Date: 30-apr-2013--see below
**6) Why do you state that there are are 12 photos in the description. Below is the text that is on the page for this painting.  I only signature  --see below**
**7) Kindly forward any information that you have regarding this painting .**
**Thankyou for your anticipated cooperation.**
>>>>> UP IN THIS AUCTION <<<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition
- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To: the style of Andre Kohn.

## 1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™ ▾

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

HOME > WORTHOPEDIA™ >
1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ

### 1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ

2)Can I have person who : information'

SOLD FOR:

$181.50

ITEM CATEGORY:

SOURCE:

eBay

Flag item for content or copyright

*Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs.*

SOLD DATE:

Dec 01,2012

CHANNEL:

Online Auction

Domain Name: WORTHPOINT.COM
Registrar: GODADDY.COM, LLC
Sponsoring Registrar IANA ID: 146
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Name Server: NS1.P24.DYNECT.NET
Name Server: NS2.P24.DYNECT.NET
Name Server: NS3.P24.DYNECT.NET
Name Server: NS4.P24.DYNECT.NET

On Friday, Januar
WorthPoint <supp

Dear Annamar

I would like to
recent decisioi
product and w
WorthPoint co
this company i
provide an eas
the value of ov
beloved items
closets. I am n
become the la
world for this t
our product fa

-> About 300

Yahoo Mail - Fw: Welcome to WorthPoint - Your Subscription Has Been Created

Fw: Welcome to WorthPoint - Your Subscription Has Been Created

From: Annamarie Trombetta (trombettaart@yahoo.com)

To: WorthpointSupport@

Date: Monday, January 25, 2016, 6:33 PM EST

EXHIBIT #12(4)

1/2

Plaintiff's
Deposition
Response

Plaintiff's Evidence  000362

Page 1

Within this e-mail are several questions that I am requesting are answered as soon as possible.
I sent this to you on Friday January 22, 2016.

To The Worthpoint Staff,
I found this link to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and professional links.    I signed on to
Worthpoint to see the value of this painting.    The worth is $181.50 .  See below

1)Who is responsible for  posing "1972 Original Oil Painting  man with Red Umbrella signed Annamarie Trombetta" information on Worthpoint.com
website ??
2)Can I have the name of the person who is the Worthpoint webmaster??
3)Can I have the name of the person who posted this information?
4) Who was the seller??   I called eBay and they do not have the information?   Does Worthpoint have this information??
5)  Please confirm if your website was last update on Updated Date: 30-apr-2013—see below
6) Why do you state that there are 12 photos in the description. Below is the text that is on the page for this painting.    I only see a photo of a
signature    -see below
7) Kindly forward any information that you have regarding this painting .
Thankyou for your anticipated cooperation.
>>>> UP IN THIS AUCTION <<<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition
- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a woman) with a red
umbrella. This is by Annamarie Trombetta. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after
the style of Andre Kohn.

1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™  ▼

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta ycz.
Sold for: Start Free Trial or Sign In to see what it's worth Item Category...

On Friday, January 22, 2016 2:27 PM, WorthPoint Customer Support <support@worthpoint.desk-mail.com> wrote:

Yahoo Mail - Fw: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** | Jan 22, 2016 02:28PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This case is in reference to Case #9651: trombettaceila@yahoo.com in reference to Case #9651:

Plaintiff's
Deposition
Response

EXHIBIT
#12(5)

Page 2

Plaintiff000362A

Fw: Welcome to WorthPoint - Your Subscription Has Been Created

From: Annamarie Trombetta (trombettaart@yahoo.com)
To:     WorthpointSupport@
Date:   Monday, January 25, 2016, 06:33 PM EST

Jan 25 2016
EXHIBIT#26)

Within this e-mail are several questions that I am requesting are answered as soon as possible.
I sent this to you on Friday January 22, 2016.

To The Worthpoint Staff,
I found this link  to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and professional links.   I signed on to Worthpoint t
painting.   The worth is $181.50 .  See below

1)Who is responsible for  posing "1972 Original Oil Painting  man with Red Umbrella signed Annamarie Trombetta"  information on Worthpoint.com website ??
2)Can I have the name of the person who is the Worthpoint webmaster??
3)Can I have the name of the person who posted this information?
4) Who was the seller??  I called eBay and they do not have the information?  Does Worthpoint have this information??
5)  Please confirm if your website was last update on Updated Date: 30-apr-2013--see below
6) Why do you state that there are are 12 photos in the description. Below is the text that is on the page for this painting.  I only see a photo of a signature  --see belov
7) Kindly forward any information that you have regarding this painting .
Thankyou for your anticipated cooperation.
>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist · Shabby Chic Condition
· DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man ( I guess it could be a w
umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eye
the style of Andre Kohn.

1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

On Friday, January 22, 2016 2:27 PM, WorthPoint Customer Support <support@worthpoint.desk-mail.com> wrote:

## Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

WorthPoint  |  Jan 22, 2016 02:26PM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional
to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

### Re: Fw: Welcome to WorthPoint - Your Subscription Has Been Created

From: Annamarie Trombetta (trombettaart@yahoo.com)

To: support@worthpoint.desk-mail.com

Date: Friday, January 29, 2016, 4:58 PM EST

EXHIBIT #2
(7)

I have contacted Worthpoint by phone and spoke with Anita on Friday January 22nd .  I sent e-mails three times  with a host of questions found under my name.
I am requesting answers to the questions listed below.
Sincerely,
Annamarie Trombetta

### Ticket #56607:

Within this e-mail are several questions that I am requesting are answered as soon as possible.
I sent this to you on Friday January 22, 2016.

To The Worthpoint Staff,
I found this link  to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and professiona
Worthpoint to see the value of this painting.   The worth is $181.50 .  See below

**1)Who is responsible for  posing "1972 Original Oil Painting  man with Red Umbrella signed Annamarie Trombetta"  information or website ??**
**2)Can I have the name of the person who is the Worthpoint webmaster??**
**3)Can I have the name of the person who posted this information?**
**4) Who was the seller??  I called eBay and they do not have the information?  Does Worthpoint have this information??**
**5) Please confirm if your website was last update on** Updated Date: 30-apr-2013 -see below
**6) Why do you state that there are are 12 photos in the description. Below is the text that is on the page for this painting.   I only signature   --see below**
**7) Kindly forward any information that you have regarding this painting .**
**Thankyou for your anticipated cooperation.**
>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition
- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could
umbrella. This is by Annamarie Trombetta. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To e
the style of Andre Kohn.

### 1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign in to see what it's worth. Item Category: ...

On Monday, January 25, 2016 6:34 PM, WorthPoint Customer Support <support@worthpoint.desk-mail.com> wrote:

### Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Create

**WorthPoint** | Jan 25, 2016 06:33PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any addi
to this case, please reply to this email.

Thanks in advance for your patience and support.

1/10/2020                                    Yahoo Mail - Fw: Fw: To Gregg or Anita

Plaintiff 000027

**Fw: Fw: To Gregg or Anita**

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:    support@worthpoint.com

Date:  Monday, February 1, 2016, 4:40 PM EST

EYHIBIT # 12(8)

I have been forwarding this e-mail with questions to you since January 22nd.   I am trying to find out some information regarding a paintir
Worthpoint.com

Within this e-mail are several questions that I am requesting are answered as soon as possible.
I sent this to you on Friday January 22, 2016.

To The Worthpoint Staff,
I found this link  to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and profession:
Worthpoint to see the value of this painting.    The worth is $181.50  .  See below

**1)Who is responsible for  posing "1972 Original Oil Painting  man with Red Umbrella signed Annamarie Trombetta"  information o1
website ??**
**2)Can I have the name of the person who is the Worthpoint webmaster??**
**3)Can I have the name of the person who posted this information?**
**4) Who was the seller??   I called eBay and they do not have the information?  Does Worthpoint have this information??**
**5)  Please confirm if your website was last update on** Updated Date: 30-apr-2013--see below
**6) Why do you state that there are are 12 photos in the description. Below is the text that is on the page for this painting.   I only
signature   --see below**
**7) Kindly forward any information that you have regarding this painting .**
**Thankyou for your anticipated cooperation.**
>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition
- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could
umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To ·
the style of Andre Kohn.

1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™ ▼

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

On Friday, January 29, 2016 5:00 PM, WorthPoint Customer Support <support@worthpoint.desk-mail.com> wrote:

## Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Create

**WorthPoint** | Jan 29, 2016 04:59PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any addi
to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

[[c768dfffcc36a12e30ef15c05f2719f62ecb5676-620588658]]