# EXHIBITS

<u>PLAINTIFF"S  STATEMENT  OF  FACTS    NO. 15      NO. 16 and    NO. 17</u>

**EXHIBIT #1 A   Norb Novocin Deposition Sept. 21, 2022 Page 38  A. Trombetta signature is** <u>*"garbled and  kinda hard to read"*</u>**.**

**EXHIBIT #1 B  Norb Novocin Deposition  Sept. 21, 2022 Page 52  could not discern  first initial and  Plaintiff's last   name.**

**EXHBIT #1 C   Norb Novocin's Sept. 21, 2022 Deposition Page 47  "A. Trombetta signature photo " only surviving  photos from the alleged 2012 ad. Pl.Evid 000163.**

**EXHIBIT #1 D   Norb Novocin's Sept. 21, 2022  Deposition Page 31- 32, and pages 83 to 86, regarding noted Tear" in the  painting  and Norb Novocin  admission there  is no visible Tear in his  photo entered into discovery or  his knowledge of   any  restoration**

**EXHIBIT  #2  A  Signatures by EAI and Plaintiff 's childhood handwriting.**
            **#2  B Pages  8 and 9 eBay Phone Transcript and Pl. Evid. 000144 and  000158.**
            **#2 C Norb Novocin Phone Transcript page 3 -signed Annamarie Trombetta**

<u>PLAINTIFF"S  STATEMENT OF FACTS  NO. 3</u>

**EXHIBIT #3   Plaintiff  Evid. 000072 Jan. 2015 email from Susan (Sudha) Goldstein**

**EXHIBIT #4   Plaintiff  Evid.000073 Notarized Letter Susan Goldstein-Lost sale of artwork**

**EXHIBIT #5   Plaintiff  Evid. 000074  Scott Goodwillie Letter/Email loss of interested gallerists in Plaintiff'sartwork due to the EAI auction ad on WorthPoint's website.**

**EXHIBIT #6   Plaintiff  Evid. 000075  Dr. Joseph Scelsa Letter/Email  Fraudulent ad and oil painting Jeopardizing Plaintiff's future chances to exhibit at Italian American Museum.**

**EXHIBIT #7   Plaintiff's Evid. 000052  Plaintiff's Evid. 000053 Plaintiff's Evid. 000056 Listing of  1972 Original Oil Painting Man With Red Umbrella Signed with Plaintiff's solo - Italian American Museum Exhibit and website link italianamericanmuseumexhibition On  Site Plein air.html—-**

<u>PLAINTIFF"S  STATEMENT OF FACTS  NO. 4</u>

**EXHBIT #8  000295   SEE ECF  503  SEE EXHIBIT #2    Copyright Deposit Pages in Plaintff's Evid. 000119, 000120, 0000121, 000122, 000123,   000124, 000125 and Plaintiff's Evid. 000126.**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 5   and  NO.  6**

**EXHIBIT #9  Plaintiff. Evid. 000149, 0000150 and 000151**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 8**

**EXHIBIT #10   Plaintiff  Evid. 000022  -Plaintiff  Evid. 000023-Plaintiff  Evid. 000024**
          **Plaintiff  Evid. 000026 -Plaintiff  Evid. 000028  Plaintiff  Evid. 000028 B**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 9**

**EXHIBIT #11  Plaintiff  Evid. 000058  -Plaintiff  Evid. 000059 -   Plaintiff  Evid. 000060**
          **Plaintiff  Evid. 000062A Plaintiff  Evid. 000063 Plaintiff  Evid. 000064**
          **Plaintiff  Evid. 000065  Plaintiff  Evid. 000066 Plaintiff  Evid. 000067**
          **Plaintiff  Evid. 000068**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 10**

**EXHIBIT #12 Plaintiff's Evil. 000285 and 000286   and  Plaintiff's Evil. 0000021**
          **Plaintiff's Evil. 000023 Plaintiff's Evil. 000025  Plaintiff's Evil. 000027**

**EXHIBIT #13 Phone Transcript  of Plaintiff and WorthPoint employee Anita Brooks**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 11**

**EXHIBIT #14 Phone Transcript  of Plaintiff and WorthPoint employee Greg Watkins**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 12**

**EXHIBIT # 15   WorthPoint's  bate stamped evidence in  WP000062 WP000096 and**
          **WP000135.**

**EXHIBIT #16 Plaintiff Evid. bate stamped  Will Seippel Feb. 20, 2016 email  to Plaintiff**
          **in  Plaintiff Evid. 000034 Plaintiff Evid. 000039  and   Plaintiff Evid. 000040.**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 13**

**EXHIBIT #17 WorthPoint Evid. Jan. 4, 2017 emails  WP000132, WP000133, WP000134**

**PLAINTIFF"S  STATEMENT OF FACTS  NO. 14 and  NO. 15**

**EXHIBITS # 18  A  Plaintiff Evid.  000872 Plaintif Yahoo WorthPoint Membership fee**
**EXHIBITS # 18  B  Plaintiff Evid. 000158  -000159  Text from  1972 oil painting ad on**
          **WorthPoint webpage with Estate Auction Inc description.**

# EXHIBIT #13

# PHONE TRANSCRIPT   OF

# WORTHPOINT'S EMPLOYEE

# ANITA  BROOKS  AND

# PLAINTIFF

# ANNAMARIE  TROMBETTA

**PLACEHOLDER**

Anita B. WorthPoint.m4a

Plaintiff000331

Plaintiff's Evidence Expert Dis. 000919

# Written Transcript for   Phone Calls  To WorthPoint Corp. 2016

1-January 22, 2016   Plaintiff Spoke To Anita Brooks-Referral to Greg

2-January 31, 2016   Plaintiff Left Phone  Message

3-February 1, 2016    Second Phone Call  Plaintiff Spoke  With Anita Brooks  Again  Re Greg

Plaintiff's Evidence Expert Dis. 000920

## 1-January 22, 2016 Phone calls to WorthPoint Employee Anita Brooks By Artist   Annamarie Trombetta

**{Several calls & messages left from Jan. 22 2016 to  Feb. 1, 2016 }**

## 2-January 31, 2016 Message Left on WorthPoint Phone Service
## 3- February 1, 2016 Phone Call to Anita Brooks By Annamarie Trombetta

## THREE  PHONE CALLS   WITHIN PLAINTIFF'S  TRANSCRIPTION

00;00;00;01 - 00;00;18;18

**Speaker  Annamarie Trombetta Plaintiff**

Yes. Is this Anita?

Speaker WorthPoint Employee Anita Brooks

It is.

**Speaker  Annamarie Trombetta Plaintiff**

Yes.This is Annamarie, Trombetta.    I just called you. I am calling because I found a link on the internet relating to a painting that is on the WorthPoint  website.

00;00;22;25 - 00;00;25;17

**Speaker  Annamarie Trombetta Plaintiff**

Hello.

Speaker WorthPoint Employee Anita Brooks

 I'm still here.

00;00;26;10 - 00;00;39;21

**Speaker Annamarie Trombetta Plaintiff**

So my question is, how do you compile your information and how can I find out who the seller was of this piece of artwork, this painting,  that's listed on the Internet?

00;00;41;13 - 00;00;54;06

Speaker WorthPoint Employee Anita Brooks

If it's  is on our website. Then you can contact whoever the  source is.  The source is eBay, or if you can prove ... you can contact them directly.

Plaintiff's Evidence Expert Dis. 000921

00;00;54;08 - 00;01;17;16

**Speaker  Annamarie Trombetta Plaintiff**

I actually....

<u>Speaker WorthPoint Employee Anita Brooks</u>

They would have the information that....

**Speaker  Annamarie Trombetta Plaintiff**

I actually  ....  I actually did contact  eBay today....  I contacted eBay earlier today and  uh..they said that they have no information regarding this um... image… because the code is nine digits and they only have a 12 digit code.

00;01;18;05 - 00;01;24;25

<u>Speaker WorthPoint Employee Anita Brooks</u>

OK.  Well I'm not really familiar with that.... But we wouldn't   have any information on the seller at all. We don't have  that data.  It is not useful to us.

00;01;24;26 - 00;01;34;26

<u>**Speaker  Annamarie Trombetta Plaintiff**</u>

Right. But I just sent you an email a little while ago regarding a host of questions.  How do you get your information ?

00;01;36;19 - 00;01;37;11

<u>Speaker  WorthPoint Employee Anita Brooks</u>

From our  affiliates.

00;01;38;03 - 00;01;39;12

**Speaker  Annamarie Trombetta Plaintiff**

Well, who's  your affiliates.

00;01;40;14 - 00;01;45;00

<u>Speaker  WorthPoint Employee Anita Brooks</u>

There's a list of affiliates on our website.

00;01;46;01 - 00;01;48;06

Plaintiff's Evidence Expert Dis. 000922

**Speaker Annamarie Trombetta  Plaintiff**

umm hmm  …  Well…  Is there any way that I can find out …Who owns this painting.

00;01;48;29 - 00;01;49;16

Speaker  WorthPoint Employee Anita Brooks

If  eBay is the source on our website, and they don't have the information ….. who the seller or buyer is…….we would not have that information.

00;02;01;08 - 00;02;02;16

**Speaker  Annamarie Trombetta Plaintiff**

Well, I'm the artist....

00;02;02;17 - 00;02;04;13

Speaker  WorthPoint Employee Anita Brooks

You would not be able to  get that information from WorthPoint.

00;02;05;09 - 00;02;32;01

**Speaker  Annamarie Trombetta Plaintiff**

I wouldn't be able to get that information from WorthPoint.

Speaker  WorthPoint Employee Anita Brooks

No

**Speaker  Annamarie Trombetta Plaintiff**

Well, your company has put up a link to……. not only me, who's the  artist, but also to my recent accomplishments in 2015.   This painting is dated 1972.   And you're telling me that you don't have the information.  So how did it.

00;02;32;07 - 00;02;34;26

Speaker  WorthPoint Employee Anita Brooks

You're,  you're the … you're the.... You're the paint.…  You're the artist ?

00;02;34;26 - 00;02;43;23

**Speaker  Annamarie Trombetta Plaintiff**

I'm the artist. But I never did that painting.

Plaintiff's Evidence Expert Dis. 000923

Speaker  WorthPoint Employee Anita Brooks

You're the artist but  you never did  that painting ?

**Speaker  Annamarie Trombetta Plaintiff**

That is correct.

00;02;44;28 - ;02;59;08

Speaker WorthPoint Employee Anita Brooks

Okay,    well, that's not information that we would have. We don't. We don't have.... anything to do with ..um... any  information that eBay, uh.... gives us.   Whatever information  eBay has.... When someone post  something on  eBay and   they're asking for a bid and they want to sell it on eBay and they sell it on eBay, the information that eBay has, is  what  we receive from them, we don't alter  the information at all.

00;03;09;16 - 00;03;10;00

**Speaker  Annamarie Trombetta Plaintiff**

OKay   , so......

00;03;10;05 - 00;03;14;04

Speaker WorthPoint Employee Anita Brooks

All the information that you see on our website is exactly what we got from eBay.

00;03;17;01 - 00;03;25;24

**Speaker  Annamarie Trombetta Plaintiff**

( Plaintiff is Referring to WorthPoint's sales Records shown to subscribers to  WorthPoint membership )

But ..... there is no item category….. and there is no seller.   There's just a date and a price.

00;03;26;23 - 00;03;29;18

Speaker WorthPoint Employee Anita Brooks

Right. Cause  that's  the information we receive from eBay.

00;03;29;18 - 00;03;59;01

Plaintiff's Evidence Expert Dis. 000924

**Speaker  Annamarie Trombetta Plaintiff**

Right. But the price is not available if you don't sign on for the membership. And it also says. Yeah. Well, it also says in the description that there's 12 photos and there's no …..I  signed on to the descript. …uh... for the membership to WorthPoint, and there's no photos other than a photo of a signature     So even though you're saying that you got this information from eBay, …. who's your source?

00;04;00;12 - 00;04;05;04

Speaker WorthPoint Employee Anita Brooks

eBay

**Speaker  Annamarie Trombetta Plaintiff**

That doesn't answer my question. Who gets the information?..…from eBay

00;04;05;04 - 00;04;08;26

Speaker WorthPoint Employee Anita Brooks

That's our source ... our source is  eBay. We received the information  directly from eBay.

00;04;08;26 - 00;04;15;16

**Speaker  Annamarie Trombetta Plaintiff**

But a person at your company has to receive the information.    Who is that person?

00;04;15;26 - 00;04;17;21

Speaker WorthPoint Employee Anita Brooks

Oh, that's not.... No mame.. .That's not information that I  would  give out.

00;04;18;12 - 00;04;24;22

**Speaker  Annamarie Trombetta Plaintiff**

Well, I'm asking because you've given out my information and you've given out my information ....incorrectly.

00;04;25;22 - 00;04;30;10

Speaker WorthPoint Employee Anita Brooks

Well, what we have done is... eBay has the one who has put that information on their website. and you refus…    Mame...mame ...we receive the information from eBay

Plaintiff's Evidence Expert Dis. 000925

00;04;30;13 - 00;04;35;04

**MS. BROOKS  IS  SPEAKING  OVER  PLAINTIFF  AT  THE SAME TIME**

**Speaker  Annamarie Trombetta Plaintiff**

No, but you're   …You're … responsible. …  … You're responsible.

00;04;35;25 - 00;04;58;10   00;04;58;20 - 00;05;05;15

Speaker WorthPoint Employee Anita Brooks

So if the information was on your wrong, that they (eBay) gave us ... okay. Now we know that it's wrong. You can send us an  Email ....If you want that information to be corrected on our website so that someone would have the proper ....You can email   us the corrected information that you would like to be seen on our website, and I'll pass it on to our marketing director and we'll find out if he's going to change that information  and/ or take it out altogether.    But I wouldn't give out any information referencing any specific person in our company. I'll pass the information on to them through your email........   the seller  it is?

00;05;05;16 - 00;05;10;26

**Speaker  Annamarie Trombetta Plaintiff**

I'm asking…. I'm asking, who is the person at your company that put this on your website
**( MS. BROOKS  IS  SPEAKING  OVER  PLAINTIFF  AT  THE SAME TIME)**

00;05;10;26 - 00;05;33;17

Speaker WorthPoint Employee Anita Brooks

Again... I will not give out this information....If you want to email us at support@worthpoint.com and  ask any specific  questions or request...or any specific thing.... , I'll pass that information on to the marketing director. And the marketing director can correspond with you at their leisure, deciding on  what they want to do. But,  I personally am not going to give you any specific information about  anyone at our  company.

00;05;33;20 - 00;05;39;16

**Speaker  Annamarie Trombetta Plaintiff**

**(MS. BROOKS  IS  SPEAKING  OVER  PLAINTIFF  AT  THE SAME TIME)**

OK, well,  Can I....Can I have... Can I have the name of the marketing director ? For the email

00;05;39;18 - 00;05;55;27

Plaintiff's Evidence Expert Dis. 000926

Speaker WorthPoint Employee Anita Brooks

His name is  Greg ....His name is Greg ...

**Speaker  Annamarie Trombetta Plaintiff**

Greg what?

Speaker WorthPoint Employee Anita Brooks

Greg he's the only Greg here and that's all the information I'm going to give you. Again if you want to email me I will pass  the information on to him  and he can correspond  with you that way, but I'm not going to give you any other specific information about him.

00;05;56;06 - 00;06;01;08

**Speaker  Annamarie Trombetta Plaintiff**

But yo' re  putting inform....you're putting information....Anita ...Anita ...Your company is...

**(MS. BROOKS  IS  SPEAKING OVER  PLAINTIFF AT  THE SAME TIME)**

Speaker WorthPoint Employee Anita Brooks -

--SPEAKING OVER PLAINTIFF IN A VERY RUDE MANNER

....on our website....and it is from our affiliates....copy down your putting any specific information any information on our website about you...   That's not what we've done....

00;06;01;08 - 00;06;01;21

**Speaker  Annamarie Trombetta Plaintiff**

Yes you ...Yes  you...

00;06;08;06 - 00;06;20;26

Speaker WorthPoint Employee Anita Brooks

That's not what we've done.

00;06;21;00 - 00;06;21;28

**Speaker Annamarie Trombetta Plaintiff**

Yes, you have.  You   put my biography, which describes me to a tee. That's how I knew it was me. It describes my.... the year that I was born, where I lived..... Personal information.

00;06;25;09 - 00;06;32;01

Plaintiff's Evidence Expert Dis. 000927

Speaker  WorthPoint Employee Anita Brooks

Email me……Email me that information. If it's if it's public information...and  we got it from eBay, then we can put it on my website.

00;06;32;04 - 00;06;34;07

**Speaker  Annamarie Trombetta Plaintiff**

Well, it's also copyrighted information.

00;06;35;04 - 00;06;45;03   00;06;45;03 - 00;06;54;13

Speaker  WorthPoint Employee Anita Brooks

We can... Based on the information that we were receive from ...from ….. eBay or any of our other affiliates we can put that on   the website.    It's NOT  private information. That's  public information.. Where you were born ... Your name... all that. That's public information.   Anybody can look  that up if they know your first and last name.  That's public information.   You  can look that  up through the...  through the  state....website..  That's public information mame.

00;06;57;04 - 00;07;07;16

**Speaker  Annamarie Trombetta Plaintiff**

Yes, but it was....The information was very descriptive and taken from a particular source.

00;07;08;00 - 00;07;11;13

Speaker  WorthPoint Employee Anita Brook

OK, well, you  may ...You may want to contact that particular source and ask them why they're passing your information around.

00;07;12;06 - 00;07;15;16

**Speaker  Annamarie Trombetta Plaintiff**

Well, that source is you !

00;07;15;23 - 00;07;30;19

Speaker WorthPoint Employee Anita Brooks

No Mame .....Because... because ..we don't  we're not .. we don't...  we... The only information that's on our website.... And what I'm trying to get you to understand..... Is  the  information that we have received from another source......
**(MS. BROOKS  IS  SPEAKING OVER  PLAINTIFF AT  THE SAME TIME)**

Plaintiff's Evidence Expert Dis. 000928

**Speaker  Annamarie Trombetta Plaintiff**

and I'm and …. I'm  and …. I'm  …I'm

**(MS. BROOKS  IS  SPEAKING OVER  PLAINTIFF AT  THE SAME TIME)**

Speaker WorthPoint Employee Anita Brooks

That is either eBay or another different affiliates but we personally do not go out and hunt down....information

00;07;30;21 - 00;07;56;13 --00;07;56;20 - 00;07;59;13

**Speaker  Annamarie Trombetta Plaintiff**

Okay…. It has to be a different affiliate because trust me, when I tell you, I contacted eBay today and spoke to four different people.... and they said that they have no record of that information and they have consistently..... the four people that I spoke to...... told me.... informed me that this is on WorthPoint's website I have to contact you……That's why I'm contacting you….. It's that simple.

00;07;59;13 - 00;08;02;22

Speaker WorthPoint Employee Anita Brooks

That's because they don't keep information past a certain amount of time, that's the only reason. They don't keep information past ninety (90) days.

00;08;02;27 - 00;08;27;10

**Speaker  Annamarie Trombetta Plaintiff**

They don't keep information. But that's ....that's not my problem. My problem is that eBay and Worth Point have ascribed a false painting to my name.

00;08;27;11 - 00;08;29;19

Speaker  WorthPoint Employee Anita Brooks.

And I'll pass the information onto Greg.

**Speaker  Annamarie Trombetta Plaintiff**

Is there anyone else, any supervisor at your company that I can speak to regarding this?

Speaker  WorthPoint Employee Anita Brooks.

No mame. I can handle this and I will pass it onto Greg.  That's the protocol here.

00;08;31;18 - 00;08;36;05

Plaintiff's Evidence Expert Dis. 000929

**Speaker  Annamarie Trombetta Plaintiff**

Well, I have my own protocol too... which is I don't like false...

**WorthPoint Employee ANITA BROOKS ---SPEAKING OVER PLAINTIFF**

00;08;36;15 - 00;08;44;02

Speaker WorthPoint Employee Anita Brooks

Sure... by all means... and you Email us....all the questions that you said you want us to find out,  you email us and I'll pass that information onto Greg. Now we're going to let him handle it

00;08;45;11 - 00;08;48;10

**Speaker Annamarie Trombetta Plaintiff**

Well, is he available today? (—the date was January 22, 2016.)

00;08;51;19 - 00;08;55;05

Speaker WorthPoint Employee Anita Brooks

I'm not privy to his schedule, but I will make sure he gets this email.

00;08;55;27 - 00;09;07;23

**Speaker Annamarie Trombetta Plaintiff**

Well, I'm telling you again, if you can pass that onto Greg.  I contacted eBay four times.  This is a piece of artwork that's from 1972.

00;09;08;11 - 00;09;11;18

Speaker  WorthPoint Employee Anita Brooks

As you have explained and I will copy information onto Greg.

00;09;12;05 - 00;09;12;23

**Speaker Annamarie Trombetta Plaintiff**

Thank you.

Speaker  WorthPoint Employee Anita Brooks

Have a good day.

Plaintiff's Evidence Expert Dis. 000930

# From January 22, 2016 thru  January 31, 2013 Plaintiff left messages  with WorthPoint Message Voicemail.  On January 29, 2016 I signed out of WorthPoint'sMembership January 31, 2016, I recorded  message I left on voicemail

## WORTHPOINT  SERVICE  OUTGOING   MESSAGE

Time  00;09;18;28 - 00;09;54;01

## WORTHPOINT'S OUTGOING  VOICE MESSAGE SERVICE  ON MONDAY  FEBRUARY 1. 2016

Welcome to WorthPoint.   Your call is  important to us. Please listen carefully as our options have changed. on hold you may    in the press 9  at any time to leave a voicemail  For Cancelations--press one      For Password --press two.      If you're looking to  Buy or Sell --- press three--      For bidding and billing information --press four.      To speak to a representative please press 6      The person at extension   4011 is unavailable.  Please leave your message after the tone. When done, hang up or press  the pound key.

00;09;55;12 - 00;10;19;04

 **Annamarie Trombetta Plaintiff's February 1, 2016 Voice Message left on WorthPoint's Phone Message Service**

**Speaker Annamarie Trombetta Plaintiff**

Yes, my name is Annamarie Trombetta .   ***Today is February, first Monday(2016)***  I need to speak to Anita regarding a situation of a piece of artwork online which is attributed to me that is not mine. My telephone number is 212. 427-5990.  Again, this message is for Anita, thank you.

## WORTHPOINT'S AUTO PHONE CALLING SERVICE LEDS TO 2ND   CALL WITH   ANITA BROOKS on FEBRUARY 2, 2016

00;10;25;25 - 00;10;36;04

FEBRUARY 2, 2016   WORTHPOINT'S OUTGOING  VOICE MESSAGE SERVICE

Your call is important to us all.  Please listen carefully as our options have changed.
 (Sound of Phone ringing)

00;00;11;26;26 - 00;11;28;15

Plaintiff's Evidence Expert Dis. 000931

Speaker  WorthPoint Employee Anita Brooks

Hello WorthPoint, this is Anita. May I help you.

**Speaker Annamarie Trombetta Plaintiff**

Ah Yes  Anita,
This is Annamarie Trombetta. I'm returning your call from yesterday or trying to, you know
contact you. I have been looking at the  internet and underneath my name comes up this
painting that I did not do and it's on the WorthPoint dot com website. I don't know what to tell
you. I... it's not my painting.

00;11;07;13 - 00;11;23;18

Speaker  WorthPoint Employee Anita Brooks

OK?

**Speaker Annamarie Trombetta Plaintiff**

And yet it's coming up underneath my name. When you google my full name, it's one of my
credentials. And since I didn't do it, it's ....it's not....it doesn't belong there.

00;11;29;05 - 00;11;44;22

Speaker  WorthPoint Employee Anita Brooks

And you said it's on our website.

**Speaker Annamarie Trombetta Plaintiff**

It's on your..... it's on your website.  Yeah. …..And more importantly, it comes up underneath
my name.    If you Google Annamarie Trombetta…….

0;11;45;05 - 00;11;47;01

Speaker WorthPoint Employee Anita Brooks

OK ……And have you not had any correspondence from somebody here regarding that?

00;11;50;02 - 00;12;00;03

**Speaker Annamarie Trombetta Plaintiff**

That is the reason for my call. I have not.  When I last spoke with you on January the 22nd I did
tell you about this I said.

00;12;00;06 - 00;12;02;04

Plaintiff's Evidence Expert Dis. 000932

<u>Speaker WorthPoint Employee Anita Brooks</u>

Right and no one has corresponded with you?

00;12;02;15 - 00;12;09;02

**Speaker  Annamarie Trombetta Plaintiff**

Yeah ---Somebody named Greg didn't correspond with me. You had said that you would forward this to Greg.

00;12;09;09 - 00;12;16;19

<u>Speaker WorthPoint Employee Anita Brooks</u>

Yes I did and that's why I asking  did he not correspond with you. Ok well I will forward  your number to him once again and let him know.

00;12;17;02 - 00;12;20;08

**Speaker Annamarie Trombetta Plaintiff**

OK, well, can anything be done about this?

00;12;21;24 - 00;12;31;05

<u>Speaker  WorthPoint Employee Anita Brook</u>

Well, he'll have to make that decision.

**Speaker Annamarie Trombetta Plaintiff**

 Well...ah

<u>Speaker  WorthPoint Employee Anita Brook</u>

We won't want to say that you are the artist  ....if in fact  you're not the artist.

00;12;32;10 - 00;12;32;25

**Speaker Annamarie Trombetta  Plaintiff**

Right

Thank you.

<u>Speaker  WorthPoint Employee Anita Brook</u>

00;12;33;21 - 00;12;35;22

 You're quite welcome. I will pass your information along.

Plaintiff's Evidence Expert Dis. 000933

00;12;35;28 - 00;12;38;19

**Speaker  Annamarie Trombetta  Plaintiff**

OK, thanks.

Speaker  WorthPoint Employee Anita Brook

Have a good day.

**Speaker  Annamarie Trombetta Plaintiff**

You too.

**END**

# EXHIBIT  #14

## PHONE TRANSCRIPT   OF

## WORTHPOINT'S WEBMASTER

## GREG  WATKINS   AND

## PLAINTIFF
## ANNAMARIE   TROMBETTA

# PLACEHOLDER

Gregory Watkins Webmaster
WorthPoint.com.m4a

Plaintiff000329

Plaintiff's Evidence Expert Dis.000999

# Transcript of  February 3, 2016 Phone Call

**Phone Call between  Artist Annamarie Trombetta (Now Plaintiff) And  Copyright  Registered  Agent for   WorthPoint Corporation Employee   Gregory Watkins  ( Attached Copyright For Proof) Date of Phone Call February 3, 2016 Phone Call**

```
00;00;04;08 - 00;00;11;23
```
<u>Speaker Gregory Watkins</u>

Hi

**<u>Speaker Annamarie Trombetta Plaintiff</u>**

Yes. Good morning. Gregory, this is Annamarie Trombetta.  Ah..You gave me a call yesterday afternoon.

```
00;00;12;18 - 00;00;13;10
```

<u>Speaker Gregory Watkins</u>

Right. How are you doing?

```
00;00;13;13 - 00;00;14;27
```
**<u>Speaker Annamarie Trombetta Plaintiff</u>**

I'm doing OK. How about you?

```
00;00;15;25 - 00;00;21;25
```

<u>Speaker Gregory Watkins</u>

I'm good. So, you have an issue with one of the listings on our site.

```
00;00;22;04 - 00;00;29;09
```
**<u>Speaker Annamarie Trombetta Plaintiff</u>**

Mm hmm. I emailed the particular link to you a few times.

<u>Speaker Gregory Watkins</u>

I have it.

**<u>Speaker Annamarie Trombetta Plaintiff</u>**

Yeah.

Plaintiff's Evidence Expert Dis.001000

00;00;31;06 - 00;00;32;10

Speaker Gregory Watkins

So you're saying this is not your painting ?

00;00;32;21 - 00;00;40;24

**Speaker Annamarie Trombetta Plaintiff**

Well, I'm asking who the, who is the person that posted that as well?
Because that's vital to me.

00;00;42;26 - 00;00;46;24

Speaker Gregory Watkins

When we get data and in this case, it comes from eBay

00;00;47;04 - 00;00;47;12

**Speaker Annamarie Trombetta Plaintiff**

Mm hmm.

00;00;47;29 - 00;01;00;23

Speaker Gregory Watkins

We only get the page, with the information on it that you see. The
person who sold that painting … it is an eBay seller, but none of that
information is transferred to us.

00;01;01;23 - 00;01;10;13

**Speaker Annamarie Trombetta Plaintiff**

And none of that information is in the data of eBay. They keep telling me
that they don't have that information. So…

00;01;11;05 - 00;01;33;14

Speaker Gregory Watkins

They(eBay) don't save it.
They only hang onto it for about, used to be a month. now I think it's
about three months. And um now, and then what happened is it's…
it's… eBay gives it to a middleman. We buy all sorts of art and
antique collectibles data from the middleman..

00;01;33;24 - 00;01;36;11

Plaintiff's Evidence Expert Dis.001001

**Speaker Annamarie Trombetta Plaintiff**

Mm hmm. Well, who's the middleman then?

00;01;37;12 - 00;01;51;01

Speaker Gregory Watkins

That would be to Terapeak


**Speaker Annamarie Trombetta Plaintiff**

Terapeak ??

Speaker Gregory Watkins

Terapeak. But they don't….   EBay only sends  the information  that's on
the page like this, right. So everything else that's connected to it is..
disappears.

00;01;51;15 - 00;02;12;02

**Speaker Annamarie Trombetta Plaintiff**

OK, so a logical question is,   if this piece of artwork is- was sold in
2012 and eBay doesn't keep any of the data longer than three months, then
how did this appear onto my website uh.. uh.. uh..  onto your website.
now ?  I haven't seen it ummm …

Speaker Gregory Watkins
00;02;12;15 - 00;02;17;28

 Oh.. Ok, the..  the information this is on… That is what the original
eBay listing looked like….

**Speaker Annamarie Trombetta Plaintiff**

Again  but…  it  …it..

00;02;17;28 - 00;02;30;02
Speaker Gregory Watkins

In other words, and the  ah..and the photograph is what the eBay seller
put up.

00;02;30;21 - 00;03;07;
**Speaker Annamarie Trombetta Plaintiff**

So you're saying that this piece from 2012 has all of a sudden surfaced
in 2016 at the same time concurrently, you're telling me that eBay
doesn't keep data, uh.. more than six months. So again, just a logical
question would be  umm..  basically… How ..how could this happen if eBay

Plaintiff's Evidence Expert Dis.001002

doesn't keep information and you're putting up information about a piece
of artwork that was sold from four years ago.

00;03;08;03 - 00;03;34;05

Speaker Gregory Watkins

Ok ..They separate out  the information from the listing, which is what
we have…  and  the information about the seller and the business side of
that.  So we don't get any of the back end … who sold it, who bought
it .. any of the information about where we shipped.  We only get a copy
of what the listing looked like and what the final price was.

00;03;34;15 - 00;03;47;05

**Speaker Annamarie Trombetta Plaintiff**

So can you give me ah.. the listing from the source that you received
this information from ?

00;03;48;00 - 00;03;49;25

Speaker Gregory Watkins

Well.. You mean  the actual metadata ?

**Speaker Annamarie Trombetta Plaintiff**

 Yes

00;03;50;20 - 00;04;04;11

Speaker Gregory Watkins

I can .. I can ..ask our I-T guy, but the ah.. I really don't know if
there's any more than just the words that you see on the page and the
photograph.

00;04;04;26 - 00;04;21;05

**Speaker Annamarie Trombetta Plaintiff**

Well, all I can tell you is that there is a photograph that says "A.
Trombetta"  and there is a biography listing that is so detailed it could
no …it could belong to no one other than myself. That's how detailed it
is.

00;04;21;05 - - 00;04;34;28

Speaker Gregory Watkins

Right.  I..I .I as I looked at it, I thought that who sold it must have
done a Google search on you, saw the name and decided that the picture

Plaintiff's Evidence Expert Dis.001003

was you… and listed ..ah.. the bio stuff on your website or somebody's website.

00;04;35;05 -00;04;53;01

**Speaker Annamarie Trombetta Plaintiff**

No my website.
Because it's.. it's.. a direct. It's almost like a..ah. It's not a direct replica, but it's derivative, specifically derivative. So they're equating me with this painting. I would have been nine years old when it was painted.

00;04;54;08 - 00;04;58;16

Speaker Gregory Watkins (GREGORY WATKINS LAUGHS WHEN HE HEARD I WAS NINE)

Okay. Well, I can do this for you. I can take the whole list that make it disappear.

00;04;59;02 - 00;05;19;04

**Speaker Annamarie Trombetta Plaintiff**

Well, that would that would be it ah.  This is the objective for me contacting you. The other objective is to try and find out somehow who sold this or who twisted this information. To associate me with this painting.

00;05;21;07 - 00;05;27;14

Speaker Gregory Watkins

Well, well I would.. I would say that it would be the seller here. either

**Speaker Annamarie Trombetta Plaintiff**

yeah but if it

00;05;26;28 - 00;05;37;05

Speaker Gregory Watkins

They were either confused about the date  of your birthday, with  the date  of the paint.. or  Didn't care and  just wanted to sell it and put it out there knowing that it was wrong.

00;05;37;08 - 00;05;46;06

**Speaker Annamarie Trombetta Plaintiff**

Correct. And that makes it a fraudulent piece of artwork, and that is, ah you know, that.. that's illegal.

Plaintiff's Evidence Expert Dis.001004

00;05;46;14 - 00;05;54;03

Speaker Gregory Watkins

Yes. The problem that I think you are going to face is.. ah.. I'll ask my
IT  guy,  if there's any metadata attached to the page, but I don't think
so.
00;05;57;03 - 00;06;23;01   CONTINUED Speaker Gregory Watkins

The best that I can do is to down the listing so it disappears. It will
it won't  umm.. it won't .. be on our site anymore. And  if the Google
listing… It is going to take a while for it to  work all the way through
Google, if somebody clicks on that Google link ..they'll just get an
error Page..  404   error page… The page that you are looking for doesn't
exit.

00;06;26;11 - 00;06;28;08   CONTINUED Speaker Gregory Watkins

And eventually Google will clear that out  when they re-spider the site.


00;06;28;18 - 00;06;33;05

**Speaker Annamarie Trombetta Plaintiff**

Mm hmm. Do I need to contact Google ?

00;06;35;04 - 00;06;40;13

Speaker Gregory Watkins

They don't  even have a phone number  on their site.

**Speaker Annamarie Trombetta Plaintiff**

Yeah, well, that's the prob.

Speaker Gregory Watkins

You could try that.

00;06;40;13 - 00;06;58;27

**Speaker Annamarie Trombetta Plaintiff**

That's the problem with, you know, initially what your company as well as
umm.. eBay.   And I need to ask you this, How long, to your knowledge, do
you know that this   ah.. listing has been up there?

Plaintiff's Evidence Expert Dis.001005

00;07;00;03 - 00;07;06;08
Speaker Gregory Watkins

Well, if it  sold in  2012. We usually get the data about six months..
there's a six month lag ..

00;07;06;28 - 00;07;20;09

**Speaker Annamarie Trombetta Plaintiff**

There's  a six month lag. OK. That's why it's important for me to umm…
to get the name of the seller, because they did it once. They could do it
again.

00;07;21;09 - 7;22;07
Speaker Gregory Watkins

 Well, yes, they can.

**Speaker Annamarie Trombetta Plaintiff**

Yes, they can.

Speaker Gregory Watkins

00;07;24;19 - 00;07;35;08

The problem that.. that.. we have with the information that we have,  is
that we never got any of the information about the sellers.

00;07;37;17 - 00;07;49;04
All the, you know.. um..All the 300 million pages that we have of these
sales documents ..ah.. none of them have any connection to the sale, the
seller, as far as eBay.

00;07;49;10 - 00;07;55;19

**Speaker Annamarie Trombetta Plaintiff**

But isn't that information? Aren't you responsible for that information?
That you're putting on your site ?

00;07;56;20 - 00;08;09;02

Speaker Gregory Watkins

Well, we're not we're not given that.  We don't have.. we are.. all we
are trying to do is show what an item has sold for. And  if there's a
problem with the item. We will take  it down.

00;08;09;13 - 00;08;09;24

**Speaker Annamarie Trombetta Plaintiff**

Plaintiff's Evidence Expert Dis.001006

Okay. But..

00;08;09;25 - 00;08;17;17

Speaker Gregory Watkins

We can't vet every page that we.. that we are given to post.

00;08;18;13 - 00;08;34;10

**Speaker Annamarie Trombetta Plaintiff**

But isn't there some kind of responsibility that the company has to not vet  ..  but validate, the validity or authenticity of, in my case in particular, ah .. pieces of artwork. Because..

00;08;35;26 - 00;08;55;13

Speaker Gregory Watkins

Well.. we..we have to rely on .. the  ah.. auction houses and the online retailers who sell the items. And then we get their data.
We have to rely on them making sure that it's correct.

**Speaker Annamarie Trombetta Plaintiff**

Well, again.

00;08;55;29 - 00;09;24;11

Speaker Gregory Watkins

EBay has several you know, has a whole department that goes to listings on subcategories of items that are often knockoffs or or.. illegal copies. And they will flag those when when they see them. But with a like individual piece of artwork that has your name on it, that there is nothing that would make a red flag show up in that department.

00;09;25;04 - 00;09;34;23

So the best that I can give you the email address of our CEO.

**Speaker Annamarie Trombetta Plaintiff**

 Mm hmm.

00;09;34;23 - 00;09;47;29

Speaker Gregory Watkins

And that he can talk with you about it. But otherwise, the best that I can do right now is take that listing down. And I got an email already drafted to the  IT department to have them take it down,  I just want to wait to talk to you and find out exactly what you want to do.

Plaintiff's Evidence Expert Dis.001007

00;09;48;26 - 00;09;57;24

**Speaker Annamarie Trombetta Plaintiff**

Ah..I would like your take.. taken down, of course, immediately, simply because it is.. it's fraudulent. I did not do that painting.

00;10;00;09 - 00;10;03;04

Speaker Gregory Watkins

Ok.

**Speaker Annamarie Trombetta Plaintiff**

So the email of the CEO is ..?

00;10;04;03 - 00;10;16;27

Speaker Gregory Watkins

Will  W - I -L- L  at worth point dot com.  His name is Will Seippel. He is the founder.

**Speaker Annamarie Trombetta Plaintiff**

Ok

00;10;17;16 - 00;10;26;05

Speaker Gregory Watkins

And, if you email him  today… I know that he's in ah..  he's in  Las Vegas for a conference for the next couple of days.

**Speaker Annamarie Trombetta Plaintiff**

Mmm humm

 00;10;26;05  -   00;10;33;29
Speaker Gregory Watkins

So if it takes him a couple of days to get to you..ah..but he does reply to all his emails.

00;10;34;02 - 00;10;44;23

**Speaker Annamarie Trombetta Plaintiff**

Understood. Ok well. I appreciate that, but it did take a while. I've

Plaintiff's Evidence Expert Dis.001008

called Anita a few times about this, umm.. but I do appreciate the
follow up. Ah ..

00;10;45;04 - - 00;11;17;14

Speaker Gregory Watkins

Yeah, well, you know, we are we're a small company. For as much data  as
we have out there we're  are literally a company of eight people.

00;10;52;08 - 00;10;59;06
And she sent me ah  several .. ah several e-mails from different people
who had different concerns..  And I thought that I had replied to yours
already, and I  actually replied  to two people at the same time. It
wasn't  Anita's  fault, it  got hung up in my inbox, and I missed it. So
I guess you called back  and Anita pinged me yesterday and to say that I
needed to call you back.

00;11;18;01 - 00;11;25;13

**Speaker Annamarie Trombetta Plaintiff**

Well, I do have one last question. How long has the information been up
there, to your knowledge?

00;11;26;01 - 00;11;29;19

Speaker Gregory Watkins

Two thousand thirteen ...2013  But I can ask the IT guy if there's
a date attached to it.

00;11;29;25 - 00;11;31;23

**Speaker Annamarie Trombetta Plaintiff**

Yeah, that I would definitely need.

00;11;32;15 - 00;11;50;08

Speaker Gregory Watkins

I don't get  to see the  back end  of the information so  ah, if  there
is a tag on it that tells when it was posted, I could ask him that
before they take it down. And then if I get it, I can send it back to
you. But you know what,  Let me get your email address.

**Speaker Annamarie Trombetta Plaintiff**

Okay.

00;11;50;09 - 00;12;14;08

Plaintiff's Evidence Expert Dis.001009

Speaker Gregory Watkins

Alright.

**Speaker Annamarie Trombetta Plaintiff**

It's my last name. T R O M –as in Mary,  B as in boy ,E,  T as in Tom, T
as in toy. A as an apple, A as in art. So there's two T's together, two
A's .. R as in red , T.  Trombettaart at Yahoo Dot com.

00;12;14;08  -  00;12;24;08

Speaker Gregory Watkins

OK, trombetta.

**Speaker Annamarie Trombetta Plaintiff**

 Art.. T ..r..o.. m as in Mary ..b as in boy.  dot com So, yeah, you
know..like to..

00;12;24;10 - 00;12;54;18

Speaker Gregory Watkins

Let me read it back to you.. t r o m b e t t a.. I send off an email to
the IT  guy and ask him to  take  down the links  and while he's doing it
to look and see if there's a date that shows when we posted  it.

**Speaker Annamarie Trombetta Plaintiff**

Mm hmm.

Speaker Gregory Watkins

And I will email you that date. And then beyond that, you can talk with
Will or you can email Will and he can explain,  probably  much better
than I can, how we get the data and why we don't have that anything.

00;12;54;19 - 00;13;25;14

**Speaker Annamarie Trombetta Plaintiff**

Yeah, why? Why? I can't know the name of the seller.  I mean, basically,
I think as a company even though you're small, you do have a
responsibility  as far as the quality, the character and the accuracy.
And also  the authenticity.  This is a fraudulent piece of art that's
attribul.. attribula..  attributed to me. Along with that, it does say
that the piece is damaged and that the work is reminiscent of Andre
Khron's work.
00;13;25;14 - 00;13;30;06 **CONTINUED Speaker Annamarie Trombetta Plaintiff**

And I look that up and you definitely have pieces of his on your site.

Plaintiff's Evidence Expert Dis.001010

00;13;33;17 - 00;13;53;19
So the description is, I don't know, but, you know, I don't.. I don't
it's it did not when I went on to your site, it did not..ah.. show.. It
said there were 12 photographs, but I didn't find any photographs. I just
saw a photograph of my signature Well.. fraudulent signature..

00;13;53;29 - 00;14;11;13

Speaker Gregory Watkins

Ya, I don't understand that. Usually when we have um.. a listing it's
got..ah..  three or four photographs. Especially when somebody's selling
a piece of art, you would have the main, you know, a picture what the art
looks like. And so that is odd that there are no other pictures.

00;14;11;19 - - 00;15;15;14

Speaker Annamarie Trombetta Plaintiff

Well, if you'er the website guy, then and you control  ah..what goes on
or on that site, then please do, you know, look, look at it. Let me know
if you find pictures or don't find pictures. I signed on for the
membership very quickly. And then I but I  did see that the price was
$181.50 and it's a relatively large piece.  That actually undermines the,
the value of my artwork. So it's,.. it's dangerous for me as a
professional artist to have this listing.

00;14;48;07  —  00;15;39;01

CONTINUED Speaker Annamarie Trombetta Plaintiff

No offense to Worth point, but it is devaluing in contemporary work. I
mean this, this is been attributed also, there's a link, there's several
links to other sites on your website, link to Marilyn Monroe photographs,
and also… that's how it came to my attention initially.Along with that,
there's an artist named Thomas Kincaid.

00;15;15;14 - 00;15;34;10

And basically this person is a mall art person. And no offense to mall
art, but it is .. umm.. it's not in my level of field as far as category
of class is concerned. That's not who I want to be attributed with.

00;15;39;27 - 00;16;14;12

CONTINUED Speaker Annamarie Trombetta Plaintiff

Umm .. It would be.. Well, let's take something as simple as chocolate.
You know, Godiva chocolate versus ah.. ni..versus Hershey's chocolate
versus something that you find at the $0.99..stare.. store that sells
like chocolate flavored. It's.. it's the various grades.  I'm putting it
on a very simple level.

Plaintiff's Evidence Expert Dis.001011

**CONTINUED Speaker Annamarie Trombetta Plaintiff**

00;16;08;13 - - 00;16;58;16

You know there's cars too. There's a used car and this painting would be
a similar to a used car.  There's a Lexus and then there's a Mercedes
Benz. Then there's you know, a Bentley on and then there's a Ferrari and
the fine art world  that I'm in.. is I'm trying to ascribe myself to the
Ferrari- Bentley category.  If it was a print , if it was a reproduction,
you know, like a Giclee` , I could understand that. But an original
painting.  It's.. it is dangerous.

00;16;59;01 - 00;17;05;17

**CONTINUED Speaker Annamarie Trombetta Plaintiff**

And to have it on there all that time, that's the reason why I'm asking
you, can you find out how long it's been up there?

00;17;06;29 - 00;17;21;23

Speaker Gregory Watkins

OK, well, I've, I've,  added to that, the  information you requested in
the email and I'm ready to send it to  the IT-guys to  take down the page
and find  out with on the back end of that file, if anything.

00;17;21;23 - 00;17;26;10

**Speaker Annamarie Trombetta Plaintiff**

That would be most helpful. Thank you, Gregory.

Speaker Gregory Watkins

 Ok. You're welcome.

**Speaker Annamarie Trombetta Plaintiff**

Have a good day.

Speaker Gregory Watkins

You too.

**Speaker Annamarie Trombetta Plaintiff**

Bye-by

**END**

EXHIBIT 15 A

  WorthPoint

Jason Packer <jason.packer@worthpoint.com>

## RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

9 messages

**Will Seippel** <will.seippel@worthpoint.com>                    Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for. I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Saturday, February 20, 2016 10:24 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel. I am professional artist Annamarie Trombetta. I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta. This is not one of my paintings. There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it. This is not my signature. **Please see attachments.**

On February 3, 2016 I spoke with Mr. Gregory Watkins. Mr. Watkins also stated that you were at a conference in Las Vegas. I asked Mr. Watkins certain questions regarding the artwork falsely attributed to me. I requested that he e-mail me his answers regarding these questions that I had about this artwork on Tuesday February 3, 2016. Today is February 20, 2016 and nothing has been forwarded to me. I have contacted eBay several times prior to contacting your company.

EXHIBIT #15 B

**WorthPoint**

Jason Packer <jason.packer@worthpoint.com>

## RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

9 messages

**Will Seippel** <will.seippel@worthpoint.com>                                   Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for.  I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Saturday, February 20, 2016 10:24 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel.  I am  professional artist Annamarie Trombetta.  I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta.  This is not one of my paintings.   There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it.  This is not my signature. **Please see attachments.**

On February 3, 2016  I spoke with Mr. Gregory Watkins.  Mr. Watkins also stated that you were at a conference in Las Vegas.  I asked Mr. Watkins certain  questions regarding the artwork falsely attributed to me.  I  requested that he e-mail me his answers regarding these questions that I had about this artwork  on Tuesday February 3, 2016.  Today is February 20, 2016  and  nothing has been forwarded  to me. I have contacted eBay several times  prior to contacting your company.



EXHIB || # 5(C)

Jason Packer <jason.packer@worthpoint.com>

---

### RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

9 messages

**Will Seippel** <will.seippel@worthpoint.com>                                    Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>


Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.


We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for.  I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.


If I can be of any other help, please let me know.



**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Saturday, February 20, 2016 10:24 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork


Dear Mr. Seippel and Mr. Watkins,


...low me to introduce myself to you Mr. Seippel.  I am  professional artist Annamarie Trombetta.  I am as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta.  This is not one of my paintings.  There is a photo of a signature A. Trombetta  with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it.  This is not my signature.  **Please see attachments.**


On February 3, 2016 I spoke with Mr. Gregory Watkins.  Mr. Watkins also stated that you were at a conference in Las Vegas.  I asked Mr. Watkins certain  questions regarding the artwork falsely attributed to me.  I requested that he e-mail me his answers regarding these questions that I had about this artwork  on Tuesday February 3, 2016.   Today is February 20, 2016  and  nothing has been forwarded  to me.  I have contacted eBay several times  prior to contacting your company.


EBay stated that they do not have the name of the seller  nor the name of the buyer or the listing for this painting.  Ebay expressed several times to me that I need to contact Worthpoint since the listing is on your site..


There are still listing for Worthpoint.com under my name.   Under google search for the painting "1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta there is a link entitled **Marilyn Monroe 1988 Vintage Michael Ochs Archive and also Thomas Kinkade .**  Both  Worthpoint sites list 1972 Original Oil Painting Man with Red

WP000135

Plaintiff 000034

RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork          Annamarie .../Inbox

Will Seippel <will.seippel@worthpoint.com>                                            Sat, Feb 20, 2016 at 10:36 AM
To: 'Annamarie Trombetta'

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for. I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

From: Annamarie Trombetta [mailto:trombettaart@yahoo.com]
Sent: Saturday, February 20, 2016 10:24 AM
To: will@worthpoint.com
Cc: Worthpoint Support <support@worthpoint.com>
Subject: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel. I am professional artist Annamarie Trombetta. I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta. This is not one of my paintings. There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint."

EXHIBIT
# 16
(1)

Plaintiff 000039   Yahoo Mail - Fwd: FW: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

This is by Annamarie Trombetta. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

----------
From: **Will Seippel** <will.seippel@worthpoint.com>
Date: Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

EXHIBIT

# /6(2)

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for. I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

1/10/2020                        Yahoo Mail - Fwd: FW: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

If I can be of any other help, please let me know.                                    Plaintiff 000040

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Saturday, February 20, 2016 10:24 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

----------
From: **Will Seippel** <will.seippel@worthpoint.com>
Date: Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer
<jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as
possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses
allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures
and the description. We do not obtain sellers, buyers and all such information you are asking for.  I am
sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not
think that data actually exists anywhere at this point as we are the only persons that have saved this to my
knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we
will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Saturday, February 20, 2016 10:24 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

----------
From: **Worthpoint Support** <support@worthpoint.com>
Date: Sat, Feb 20, 2016 at 10:36 AM
To: will.seippel@worthpoint.com

# Ticket #57565: Artist Annamarie Trombetta----Fraudulent

EXHIBIT # 17A

**WorthPoint**

Jason Packer <jason.packer@worthpoint.com>

**FW: Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...
www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta**

4 messages

**Will Seippel** <will.seippel@worthpoint.com>
To: Jason Packer <jason.packer@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Wed, Jan 4, 2017 at 11:48 AM

Hi Jason, is there anyway you can stop Google from indexing this to our site? There us nothing on our site from her, just this link that Google keeps recognizing.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Wednesday, January 04, 2017 11:28 AM
**To:** will@worthpoint.com
**Subject:** Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta

Mr. Sieppel,

Please allow me to Re-introduce myself.  My name is Annamarie Trombetta.   I am an artist .  Last year  I found a MISATTRIBUTION of a painting that I did NOT create on your website--Worthpoint.com which came up  on the internet under my name.    Specific  personal  content from my  professional  biography  on my personal artist  website  was   copied,  transplanted  and posted on your site.  A  picture of a  painted signature on canvas signed   A. Trombetta that was NOT MY signature was also photo featured on the Worthpoint.com website  listing.

On February  20, 2016  I contacted you via e-mail.  Prior to contacting you  I had spoken  several times  with  your employer Anita  and eventually I  was on the phone at length  with your  webmaster  Mr. Gregory  Watkins  regarding the  FRAUDULENT posting  of a painting  that I did not create.   I requested that this Fraudulent listing be permanently  removed.   I  also sent  a notice to the company website.  SEE BELOW

---

**Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork**

**WorthPoint**  |  Feb 20, 2016 10:24AM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

---

I am contacting you once  again  **almost a year later**  because I found  yet again a listing  from Worthpoint.com under my name--Annamarie Trombetta artist.  Below is today's  listing  January 4th 2017 of subjects and site which come up  when  I  Google  **Annamarie Trombetta artist.  PLEASE REVIEW ---  The Marilyn Monroe listing** was the **first** place where  my name was   Falsely associated  along with the fraudulent painting and signature attributed to me that was listed on  Worthpoint.com.

A year ago I took time, energy and effort to contact you and your company regarding the false attribution and requested that it should be removed.     I have NEVER HAD ANY ASSOCIATION with WORTHPOINT.com---NOR have I ever had any business with Worthpoint.com  and yet in a Google search for Annamarie Trombetta Artist  your company is listed under my name.   **This listing is not authentic and has NO RIGHT TO BE LISTED UNDER MY NAME.   The Listing from Worthpoint.com is taking up space that should be for  my other TRUE  credentials ---and should not  BE OCCUPIED  by your company.**

I am requesting that you remove this IMMEDIATELY from the internet -- kindly contact Google and responsibly deal with this issue to bring about a PERMANENT ENDING.  I do NOT WISH TO BE ASSOCIATED with your company---in ANY WAY.  The numerous times that I have had to contact you regarding this issue is an outrage and a waste of my personal time.  This is costing me time,  effort and energy  needlessly and for  NO  LOGICAL REASON as AGAIN  I have contacted your company  numerous times.

I am requesting a written response to this e-mail as soon as possible as a confirmation for receipt of this e-mail.  Further, I am requesting that you and your company PERMANENTLY remove the association --or connection that Google or the algorithms on any other  internet site thereof  have between your company ---Worthpoint.com---- and my name Annamarie Trombetta.

Sincerely,

Annamarie Trombetta

EXHIBIT #17B

Central Park's Plein Air Past | OutdoorPainter

www.outdoorpainter.com › Home › Artist Profile

Mar 2, 2015 - "The Destructive Dance of 'Sandy,'" by **Annamarie Trombetta** ... all this history, and the connections generated by **artists**, gave me a mission.".

You've visited this page many times. Last visit: 11/2/16

Artist Annamarie Trombetta working on her piano, which ... - Pinterest

https://www.pinterest.com/pin/177751518514603860/

**Artist Annamarie Trombetta** working on her piano, which commemorates the 10- year anniversary of 9/11. | See more about Piano. Anniversaries and **Artists**

You've visited this page 2 times. Last visit: 2/16/16

Page 1 - Italian American Museum

italianamericanmuseum.org/exhibitions/Pleinair.htm

1.

Acclaimed **artist Annamarie Trombetta** presents a solo exhibition that celebrates the influence of the Italian Macchiaioli (Risorgimento) **Artists** and the American ...

You've visited this page many times. Last visit: 10/14/16

artist annamarie trombetta's imagery offers visionary interpretation of ...

www.italianamericanmuseum.org/news/news_plein.html

1

WP000133

Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air works in oils, pastels, watercolors, etchings and drawings will be on display at ...

Staten Island native's passionate love affair with Central Park still ...

www.silive.com/entertainment/index.ssf/.../annamarie_trombetta_takes_a_wa.html

Jan 12, 2015 - STATEN ISLAND, N.Y. — After 20 years and well over a hundred works of art, painter Annamarie Trombetta still hasn't had her fill of Central ...

You've visited this page many times. Last visit: 11/2/16

## Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...

## www.worthpoint.com › Worthopedia™

.. Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

**Jason Packer** <jason.packer@worthpoint.com>                    Wed, Jan 4, 2017 at 9:49 PM
To: Will Seippel <will.seippel@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

I filed a temporary removal request with Google which may help flush out that URL, but since that URL is showing up for that search based on off-page signals that may not be enough to get it to stop showing.

Beyond that the only thing we could do is remove the URL altogether, let me know if I should do that.

[Quoted text hidden]

**Will Seippel** <will.seippel@worthpoint.com>                    Wed, Jan 4, 2017 at 9:51 PM
To: Jason Packer <jason.packer@worthpoint.com>

I would remove it if not too much trouble.

Happy New Year!

Will

[Quoted text hidden]

*EXHIBIT #17(C)*

**Jason Packer** <jason.packer@worthpoint.com>                    Thu, Jan 5, 2017 at 8:20 AM
To: Will Seippel <will.seippel@worthpoint.com>

Sure thing, removed.

[Quoted text hidden]

WP000134

Plaintiff's Evidence Expert Dis. 000872

EXHIBIT # 18A

yahoo/mail

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

y!mail+   Annamarie

Secure | https://mail.yahoo.com/d/search/name=support%2540worthpoint.com&emailAddresses=support%2540worthpoint.com&listfilter=FROM&contactIds=0500...

Compose

Inbox
Unread
Starred
Drafts
Sent
Archive
Spam
Trash
∧ Less

Views                Hide
Photos
Documents
Subscriptions
Shopping
Receipts
Travel

Folders              Hide
+ New Folder
gerdie de Jongh
Images of Paintings

581

support@worthpoint.com   Add keywords

My Subpoena Respo   Fw: trombetta:Yahoo   Q support@worthp

← Back      Archive   Move   Delete   Spam   ···

Loading

support@worthpoint.com
www.worthpoint.com

Your payment was declined

**WorthPoint** <support@worthpoint.com>
To: annamarie@trombettaart.com

Dear Annamarie Trombetta,

We tried to make a payment for $19.99 USD on 01/29/2016, but the payment was not successful (Error: Error processing transaction.304 - Lost/Stolen Card).

Here are some details about your Credit Card information on file:

Annamarie Trombetta

••••••••2798

01/2020

Visa

In order to ensure your service is not interrupted, please update your payment information or provide a new payment method.

If you have further questions or concerns, please contact WorthPoint's Customer Support at 877-481-5750 or support@worthpoint.com.

Thank you for your business!

INV0006558....pdf

Fri, Jan 29, 2016 at 5:25 PM

Annamarie ....Inbox

Visit site

Also → Sent to Plaintiff's Website Email

Invoice # INV0006558



nal Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

1/14/16, 8:42 AM

*EXHIBIT #18B*

**ebay**
Raw data from eBay
under sublicense

**Worthopedia™**
price guide

*Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs.*

If this item contains incorrect or inappropriate information please contact us here to flag it for review.

If you are the originator/copyright holder of this photo/item and would prefer it be excluded from our community, contact us here for removal.

- Home > Worthopedia™ > 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

## 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

- Sold for: Start Free Trial or Sign In to see what it's worth.
- Item Category: -
- Source: eBay
- Sold Date: Dec 01,2012
- Channel: Online Auction

*E A1 Ad Description*

Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of our auctions start at .99 cents. We are proud to announce that we maintain a "FIVE STAR Detailed Seller Rating" and our staff strives for 100% customer satisfaction, our 100% feedback rating will vouch for that. We work with consigners from Coast-To-Coast and work hard to make sure we have top quality items. We are "Your Quality Zone" - search "YQZ" to see our other listings our !

>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition

- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a woman) with a red umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and

Plaintiff000158

EXHIBIT 18
B

8/1/15 8:46 PM

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

**Similar Items**

No Image available

Oil painting, original oil painting, impressionism

No image available

original oil painting on canvas

Plaintiff000159