June 21, 2023

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York New York 1007

Re: Civil Action No. 18-cv-993   Submission and Request for Page Extension

To The Honorable Chief Judge Laura Taylor Swain :

Pro se Plaintiff, Annamarie Trombetta is contacting the Court in reference to ECF 505 and 506. On June 20, 2023 Plaintiff wrote " *If I do not hear from the Court I will be submitting my responses on June 21, 2023 with the Court's permission*"

In reading and confirming with attorney Anderson Duff on June 20, 2023, Pro se Plaintiff is now aware that there is a page limit of (20) twenty pages that Plaintiff is required to submit. Plaintiff will not be filing my Reply to WorthPoint's Memorandum of Law today, simply due to the fact that my Reply is more than the allotted twenty page limitation. At this time Plaintiff would like to make an application with the Court to request an additional ten pages to respond to all of WorthPoint's issues in their Memorandum of Law which totals forty pages. It is froth with false statement made against the Plaintiff.

As a Pro se litigant, the skill and economy of wordage and the subject matters in dispute are more than I currently possess and not within the Court's page limitation. Plaintiff kindly asks the Court to consider my request so I can address many of Defendants lengthy arguments and denials in a thirty page reply which includes the three pages for Table of Context and Cases.

                                                                Respectfully Submitted,

Pro Se Plaintiff
Annamarie Trombetta                         ——— Electronic Signature———-
175 East 96th Street (12 R) New York,
New York 10128                                  /s/ Annamarie Trombetta  June 21, 2023

                                                _____

                                                           Annamarie Trombetta