1 of 4

# EXHIBITS PLAINTIFF'S REPLY TO WP 479

## Plaintiff's Statement #1

**EXHIBIT #1**  Proof of Filing Declaration and Exhibits on April 17, 2023

**EXHIBIT #2** Re-Presenting Representation  VI Exhibit Arnot Art Museum  Pl.Evid 000382
Pl. Evid 000383 and 000384. Plaintiff's Evid. 000389

**EXHIBIT #3A**  Plaintiff 2004 Staten Island Institute of Arts and Sciences  Brochure for my Solo
Exhibit  Pl. Evid  000108, 000109, 000110, 000111, 000112 and 000113.
**3B**  Detail Quote by Bart Bland  *Annamarie Trombetta, a realist painter.*

**EXHIBIT #4**  Photo of Plaintiff & Park Commissioner  Henry Stern  at Plaintiff Solo Exhibit Dana
Center Central Park  at 110th Street.   Pl. Evid.000254.

**EXHIBIT #5**  Plaintiff's Catalog  with Copyrighted self authored Biography Sold at  the
Staten Island Institute of Arts and Sciences Gift shop
Plaintiff catalog  with  Biography -COPYRIGHT  INFRINGEMENT  TEXT
Pl.Evid  to  000085, 000086,  000087, 000088,  000089,  000090, 000091, 000092,
000093,  000094,  000095, 000096,  000097, 000098, 000099, 000100,  000101,
000102,  000103, 000104,  000105, 000106  and 000107.

**EXHIBIT #6**  Pl. Evid Who's Who  In American Art 000235  and Pl.Biography in 000236

**EXHIBIT #7**  Plaintiff's photos with The His Holiness the Dalai Lama,  Pl. Evid ,000257

**EXHIBIT #8**  Plaintiff with Mayor Bloomberg  Pl. Evid. 302

**EXHIBIT #9**  Plaintiff with Mayor Guiliani Pl. Evid. 304

## Plaintiff's Statement #2

**EXHIBIT #10**  Pl. Evid.  Pages of Plaintiff's rough draft from my sketchbook.

**EXHIBIT #11**   Letter from Friend and Colleague  Vanessa Ploski  Pl. Evid.000228

**EXHIBIT #12**  Vanessa Ploski  deposition page 22  Plaintiff's signature.  Vanessa Ploski
Deposition on Plaintiff   biography and website pages  32 to  36.

**EXHIBIT #13**  Plaintiff  REQUEST NOT TO MAKE  SIGNATURE information made public.
Vanessa Ploski deposition pages 18-22.

**EXHIBIT #14**  Copyright Registration No.  TX 8-655-807. Pl.Evid.  000118

© Confidential Plaintiff 000085

EXHIBIT # 5 (1)





ANNAMARIE TROMBETTA

EXHIBIT # 5 (2)

# Annamarie Trombetta

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.

As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought

I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.

✗ I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.

Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, political and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing and painting skills. In the mid Eighties I attended The New York Academy of Art which focused on teaching the history and traditional techniques from periods of art such as the Italian Renaissance, the classical and neoclassical periods in France as well as the Spanish, Dutch and Flemish masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective.

During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a huge painting. The views felt so familiar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly, VanGogh, in a wheat field painting or see the circular hay stacks

Confidential Plaintiff 000086

©

© Confidential  Plaintiff 000087

EXHIBIT #5 (3)

change colors by sunset right before my eyes. The truth captured in their paintings a century ago felt so real to me. It spirated an indelible influence. This experience still inspires me to strive towards capturing my subjects with a sense of presence and atmosphere. Visiting Italy again, my ancestral homeland, sharpened my acuity and attraction to works of art on uniquely shaped canvases. There were so many moments that will be with me throughout my life; most notable was to see the chariot markings while walking in the ruins of ancient Rome, or to hear bells toll in St. Mark's Square, and to be within inches of some of the most revered art in the world.

When I returned to the States, the desire to develop artwork in various mediums became the goal. I started attending The National Academy School of Fine Arts to explore and perfect the media of pastels and figure painting, and also to study printmaking. During this time I was employed at The National Academy Museum. The Academy and its intriguing history filled the chasm of my knowledge for the heritage of American art while also informing me of the cultural developments in my country, particularly those in New York. The opportunity to read the Academy's books while I was working at the Museum, was an enlightening experience. I learned, most importantly, about the Hudson River School painters and their personal involvement with writer/poet William Cullen Bryant. This relationship between artists and writers of that time initiated the unfoldment of Central Park. The Park, which is adjacent to The National Academy Museum was already charted territory for my artistic expression. Learning about the creation of the Park intensified my passion for depicting it.

During my tenure at The Academy, a conversation with a museum visitor led to my interest in the W.B. Yeats Society of New York, and another trip abroad. Coincidentally and perhaps synchronistically I had been attending lectures on Theosophy

about the same time I was learning about Yeats. Crucial to my personal and professional development at that time was my comprehension of why Theosophy influenced the modern movement in the Arts. Yeats, like many other writers, musicians, and artists such as Mondrian and Klee, etc. drew inspiration from the philosophical texts written by the robust Russian, Madame Blavatsky. Within a few months I had won a scholarship under the auspices of the Yeats Summer School in Sligo, Ireland via the Yeats Society of New York.

A short trip to London, preceded the Summer School, where I hunted down John Singer Sargent's charcoal sketch of Yeats at the National Portrait Gallery. This inspired a trip to the Tate, and several other collections. Traveling to England first set the stage for the political, personal, and historical dynamics that I was about to encounter regarding the legacy of Yeats and of Ireland. Before the school commenced, there was a ceremonial service at Drumcliff Church where Yeats is buried. The picturesque view and the enigmatic words of his icy epitaph became etched in my memory on that day and inspired me to create a painting titled after his poem "Under Benbulben" which elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work.

To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated 'souly' on 'The Holy Tree" described in Yeats' poem 'The Two Trees'. This image (text, page 6), inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This catalogue highlights the pictorial progression from that trip and the time that followed.

# Annamarie Trombetta

nfidential  Plaintiff 000087

A  Exhibit E 1

| HOME | PORTFOLIO | VIDEO | ARTIST INFO | BIOGRAPHY | CREDENTIALS |
|------|-----------|-------|-------------|-----------|-------------|

| CONTACT |
|---------|

## Biography

Exhibit B    EXHIBIT #5

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog (tba) was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the facade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.

As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.

Website

I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.

Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, political and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing and painting skills. In the

© Confidential  Plaintiff 000088

EXHIBIT # (4) 5

There are painters who transform the sun to a yellow spot, but there are others who with the help of their art and their intelligence, transform a yellow spot into the sun.

Pablo Picasso

Annamarie Trombetta, in an article she wrote for "Art Times," reminds the reader that Picasso, among other twentieth century greats, received classic, figurative, academic training. Classic training fell out of favor later in the century. In the past two decades, however, academic training and the pursuit of the figurative/representational tradition have come back into favor and have flourished. Far from being a restatement of all that has gone before, contemporary realism builds on tradition and incorporates twentieth century developments to confront issues and to encourage insights in a new millennium.

Picasso's "yellow spot" has a place in our experience of art both as abstraction and as representation. Annamarie has chosen to direct her training and talent to transforming pigment into a reality that allows the viewer to see in a new way. Her mounting and presentation of the painted images complement her point of view and stimulate the viewer to respond on yet another level.

Her Central Park paintings offer vignettes that enforce the scene. Cleopatra's Needle appears in four triangular views assembled to echo the pyramidal shape of the top of the ancient column. She views the monument from the four cardinal points, grounding it in eternity, and depicting it in it's visually complex contemporary setting.

The sculpture of the triumphant King Jagiello thrusting crossed swords over his head is represented by three triangular paintings assembled in a trapezoid. The triangles emphasize the shape of the

crossed swords. The trapezoidal triptych almost begs for a fourth triangle to complete a triangular composition suggesting god and the Christian Trinity as well as Jagiello's role as the first Christian Grand Duke of Lithuania and King of Poland. King Jagiello presides over Central Park's Turtle Pond which is depicted in a series of five round paintings she calls "The Seasonal Series." We all know superficially that there are four "seasons" but Annamarie reminds us that there are infinite moments of infinite "seasons" as the flora progresses cyclically from bare branches to lush fullness and back again.

"The Croquet Game," subtitled "Active/Passive-Male/Female" is also a tondo, suggesting the croquet ball and the cyclical relationship of the three couples in the painting-each individual and each couple alternating between active and passive.

Annamarie's series of four views of the Voorlezer's House in historic Richmondtown on Staten Island are mounted in a oversized 26x78 inch wood ruler with a cooper edge. The voorlezer was a lay minister and teacher for the Reformed Dutch Church and the building served as church, school and home. The composition and presentation hint at the simplicity and discipline of the architecture and of the activities that occurred within it.

Annamarie Trombetta reveres what she calls "the eternal creative mind and spirit of humankind" and stirs our half-remembered awareness of our commonality. She encourages us to look, to see, and to respond.

JOHN D. O'HERN
Executive Director and Curator
Arnot Art Museum

Introduction

© Confidential Plaintiff 000089

# Foreword

Annamarie Trombetta's work is emblematic of the growing number of artists who have embraced and renewed the realist tradition during recent years. She has devoted herself to years of rigorous formal training and during her study she has always emphasized the mastery of technique and refinement of her craft. Indeed, one of Annamarie's most appealing qualities as an artist, and one that struck me when I first made her acquaintance is her deep commitment to consistently improve her art.

Her work is thoroughly connected and informed by the academy, yet she has managed to find her unique voice in painting without being slavishly imitative of earlier artists. Despite her traditional style, works like Madonna of Modernity are thoroughly rooted in the here and now. Annamarie has taken the formal, and at times almost austere aspects of her painting and combined it with an innovative use of form in her canvas formats. A creative presentation of shapes and sizes suggests a playfulness that invites the viewer to approach her work in different ways. She is always sensitive to her subject matter without being overly referential to it.

Renderings of sculpture in paint often underline the difficulties in using two-dimensional canvas to depict a three-dimensional sculpture. The positioning of her canvas triangles in Triumphant Triptych, cleverly mimic the swordplay in the sculpture being depicted enlivening the formal, ceremonial nature of the work. Likewise, in Cleopatra's Needle, Annamarie takes the iconic Egyptian obelisk and New York landmark and subsumes it into a 'sculptural' canvas pyramid, causing the viewer to suddenly question the relationship between painting surface and sculptural mass.

At the opposite end of the spectrum, Ode to Olympia is a bravura example of Annamarie's technique. Here, she demonstrates her mastery of the nude by executing the work in a dramatic foreshortened pose that gives the figure a monumental quality. Despite being a direct reference to Manet's work, Trombetta manages to make the image of her own. The lushness of the model's body makes a marked contrast with the severity of her facial expression, just as the traditional, restrained armchair provides a foil for the model's sensuality.

Despite having achieved a high degree of artistic mastery, Annamarie Trombetta remains open, innovative and constantly searching for ways to improve her understanding and the ability to communicate that understanding to the viewer. There is never anything complacent in her work, and I sense that her art will continue to grow and evolve in unexpected directions. I look forward to witnessing that evolution.

BARTHOLOMEW F. BLAND
*Director of Exhibitions and Collections*
Staten Island Institute of Arts and Science Museum

Confidential  Plaintiff 000090

# On the Artist

*"I think I like her best when she seems a child..."*

So spoke poet William Butler Yeats of poet Edith Sitwell, remarking on the sense of wonderment in her work. In a world of art often dominated by the picaresque a vision full of natural wonder refreshes and reinvigorates.

The art of Annamarie Trombetta instantly suggests a fresh, searching sense of wonderment at the familiar, wonderment that is affirmative, not bewildered, but analytical. The imaginative use of physical formats, sizes and shapes – mostly miniature – suggests the freshness of approach and the uninhibited freedom of an emerging young artist. The wide range of subject matter suggests a vital experimentation with forms and settings.

In all, this synthesis of Ms. Trombetta's work comes most appropriately in the late Spring of her development as an artist, pointing to the path her rich imagination follows vigorously. What appears today as a youthful sense of subject and form will fructify steadily as this disciplined working artist pushes toward the ripening summer of her achievements.

STEFANO ACUNTO

I had the pleasure of working with Annamarie Trombetta in the Edwin Austin Abbey Workshop in the summer of 2002. She came up with a very inventive solution in her mural proposal that incorporated craft, history, time and space in a clever set of doors added to the stone room of the National Academy Museum. I see this same sense of complexity, logic and craft in her paintings which add an element of time and shape to what would otherwise be more static landscapes. There is also an element of wit and humor that reveals these aspects of her personality.

One is left inquisitive when viewing her work. We are puzzled and might even ask what further secrets these people and places could reveal. There is also a sense of displaced time. Is it now–is it in the past–or are these views simply impossible to locate in terms of time.

RICHARD J. HAAS



© Confidential Plaintiff 000091

EXHIBIT #5 (7)

Annamarie Trombetta is an artist with fine technical skills, combined with a sensitive point of view. Her imagery of landscape, figures and still-lifes are presented with imagination and originality.

Her compositions are unusual and she presents a rich kaleidoscope of patterns, and multiple views of the same subject. All carefully and creatively presented as moments captured in time.

Annamarie continues to develop artistically, working in oil, pastel and graphics. She is a lovely talent...and has the commitment, passion and talent to continue her growth as an artist.

EVERETT RAYMOND KINSTLER, N.A

I have known Ms. Trombetta for over a decade. She has always impressed me as an artist of serious mind and talents. We came to know one another when she was my entrusted assistant at The National Academy School of Fine Arts. Her ability as an artist and as an instructor was of the highest caliber.

Shortly after our time at The Academy, my colleague David Levine and I decided to ask her to join our Painting Group in Soho, New York because of her extraordinary potential. Her personality and strong artistic ability are but the beginning of what I consider to be the foundation of her inevitable success as not only an artist but also a professional.

AARON SHIKLER, N.A.

While Annamaire Trombetta's pictorial skills are superb–her entire outlook ON painting combines aN infectiously seductive approach with a subtle irony that is sharpened by her masterful control. Annamarie Trombetta's art is indeed both exciting and perplexing.

DR. JOACHIM PISSARO

As a fellow artist and photographer I admire Ms. Trombetta's approach to painting "Plein Air" in Central Park without the use of photographs. Through her formal education at The National Academy of Design, Annamarie was aware of the park's keynote personalities such as William Cullen Bryant and Thomas Cole, artists who contributed greatly to the establishment of the park.

One of the most striking qualities about Ms. Trombetta's artwork is her unique compositional designs and color sensibility. She has taken some of the most recognizable images in the Park and transformed them into personal perceptions that we can all somehow relate to. Her dedication to her profession and to the Park's historical development gives her work a distinct potency and relevance.

SARA CEDAR MILLER
Central Park Historian & Photographer

# Cooper-Hewitt

*Watercolor, 5" x 8"   1997*

This is one of a series of fifty works which share a common theme of size and subject. The minute size is executed directly onto the paper without any preparatory under drawing. The theme of the series consists of illuminated interiors and exteriors which accentuate subtle detail in a free flowing, yet clearly articulated style. This particular image captures the delicacy of the fragrant wisteria woven together with the strong architectural elements of the museum. As New York's premier institute for design, I felt it deserved a place of prominence in the series.

EXHIBIT #5 (8)

© Confidential Plaintiff 000092

© Confidential  Plaintiff 000093



EXHIBIT #9
5(q)



# The Voorlezer's House

*Oil on Canvas, 4  12" x 12" Canvases, Wooden Ruler Frame 26" x 78"  2001*

Each of these 4 paintings was composed in a square to accentuate the four-sided construction of the building. The square is a static, non-dynamic shape which is a primary symbol of earthly reality and wholeness. The number four is related to the square and is associated with the four seasons, the elements, and the cardinal directions (north, south, east, and west). The size of each canvas is twelve inches, which is significant to the measurement of time, such as the twelve months of the year and the twelve hours of the day and night. Twelve also relates to the number of inches on a ruler, an object affiliated with school, which represents an important role of the Voorlezer's House. Voorlezer, which is Dutch for "front-reader" is the "Nation's Oldest Schoolhouse" and is located in Staten Island, NY.

Confidential Plaintiff 000094

© Confidential Plaintiff 000095

EXHIBIT #5(1)





# Lighthouse Diptych - Rain | Sun II

*Oil on Canvas, 24" x 30"  2001*

The Lighthouse paintings are compositionally a synthesis of the square and circular motif, creating a Gothic shape. The lighthouse itself is a symbolic tower expressing the linkage between earth and sky, thus echoing the meaning of the shape of the painting. The two perceptions, sun and rain, frontal and distant vantage points, represent symmetrical polarizations which are meant to heighten the similarities as much as the differences, emphasizing the totality within the union. This particular lighthouse is unique due to its inland location in Staten Island, NY. It is a functional guide to all the incoming ships approaching New York's Harbor.

Exhibit #5 (12)

© Confidential Plaintiff 000096

© Confidential Plaintiff 000097

EXHIBIT #5 (13)



© Confidential Plaintiff 000098

EXHIBIT # 5 (14)

## Cardinal Numbers - II

*Oil on Canvas, 9 – 5" squares frame size 19 ½" x 19 ½" 2001*

This particular piece is one of a series of still lift paintings entitled "Shapes within Shapes/Microscopic Still Lifes." The series encompasses a variety of shapes and sizes, flat or three-dimensional canvases joined together to form a mutable whole. Some of the canvas shapes include hexagons, ovals, triangles, circles and rectangles. The side canvases of some are interchangeable; or the order and pattern can change with the whim of the viewer. This particular piece "Cardinal Numbers – II" represents the numerical progression from one through nine, which is depicted on the façade of each three dimensional square. The sum of all the squares creates one large square which is framed in a freestanding box-like structure which transforms it into a piece of sculpture.

© Confidential Plaintiff 000099

EXHIBIT (15)
#5



© Confidential Plaintiff 000100

# The Wall

*Oil on Canvas, 25" x 25"   2000*

This painting was executed at one of the most beautiful places in New York, in my opinion. The Conservatory Garden. The Garden is a horticultural haven from the hectic and unpredictable modern metropolis lifestyle. It offers visitors three distinct yet living tapestries designed to transform and uplift all who visit. French, Italian and English is the order from north to south. Enhancing the beauty of the Garden is a courteous and convivial staff most of whom are artistic, which I am honored to call my friends. Like many others, I have dubbed it the 'Magic Garden' simply because I have truly experienced it there. I have created many works of art from this area, yet I have selected this particular painting due to its personal relevance. When I first saw this scene, the architecture in the background against the vegetation and the curved wall reminded me of my ancestor's homeland, Italy. As time passed I wondered if I would ever have an opportunity to execute this painting. Like many people, I had to face either a turning point in my life or a brick wall, but never both at the same time-alas- the time for convergence had arrived. With nothing but hope on a late autumn morning, I went to my 'Magic Garden' for consolation. I made a commitment that no matter what occurred I would return in the summer to paint this image. I experienced unfathomable anguish during the winter months, yet the formidable circumstances prompted me to prioritize and to return to a world beyond the confines of time and space. My art came into being and the lessons and pain of the past gave way to the answers to a brighter future.

© Confidential Plaintiff 000101

EXHIBIT#5(17)



© Confidential  Plaintiff 000102

EXHIBIT #5 (18)

# Turtle Pond Tondos in Time

(Winter–Spring–Rain–Summer–Autumn)
*Oil on Canvas*, 5 separate tondos 10' diameter  2002

I was able to fulfill this long awaited idea thanks to the patience and gracious cooperation from the staff at Belvedere Castle in Central Park, NY. Each piece was painted from inside the upper level of the Castle, capturing the view from the north window. It is my belief that the seasons create substantial and subtle surroundings which alter our perceptions, attuning our attention to time. Composing on circular canvases was meant to elucidate the clockwise conception; imagery intended to coalesce as well as captivate.

© Confidential  Plaintiff  000103

EXHIBIT #5 (19)






# Cleopatra's Needle

*Oil on Canvas, 4 - 36" triangles  1999*

The conception for these paintings which depicts the obelisk in Central Park, NY known as Cleopatra's Needle began in 1999. Each painting depicts a different view of the obelisk - North - South - East - West, and when together create a three dimensional, four-sided pyramid. Stonecutters in Egypt in 1443 BCE began the life of this remarkable monolith. It's first home was in Heliopolis, Egypt and later was moved to Alexandria. In 1881, the Egyptian government presented it as a gift to the city of New York, where it now stands at the back of the Metropolitan Museum of Art. At the same time I conceived and executed the pyramid paintings, there was an exhibition at the Metropolitan Museum entitled "Egyptian Art in the Age of the Pyramids". This unexpected synchronistic occurrence peaked my curiosity as to the mysterious powers behind the myths and legends of the pyramids.

EXHIBIT #5 (2C)

© Confidential Plaintiff 000104

Ⓒ Confidential Plaintiff 000105



# Annamarie Trombetta

www.trombettaart.com

Born:
Brooklyn, New York, 1965

## Education
1983 Brooklyn Museum School of Fine Arts
1986 Parsons School of Design
1986 Ecole DeBois, Vivers, France
1987 Art Students League
1989 New York Academy of Art
1991 William Butler Yeats Summer School, Sligo, Ireland
1999 National Academy School of Fine Arts

## Solo Exhibitions
2004 The Staten Island Institute of Arts & Science Museum, Staten Island NY
2005 Van Ede & Partners, Den Haag, Holland "Selected Works"
-The Dana Discovery Center, Central Park, NY "Plein Air
Portraits of Central Park in Celebration of the 150th Anniversary"
2002 -Wagner College Art Gallery, S.I., NY, "Medly of Media"
2001 Garibaldi-Meucci Museum, S.I., NY "Selected Works"
Richmondtown Historic Museum, S.I., NY
1995 Liederkrantz Club, NY "Paintings of Yeats' Country, Sligo, Ireland
"Plein Air Paintings of Staten Island"

## Selected Group Exhibitions
2005 Arnot Art Museum "Representing Representation VI"
-Sotheby's Art Auction Juried Exhibition for Contemporary Artists
2002 -Audubon Artists Annual Exhibition
Blue Mountain Gallery Invitational
-New York Academy Alumni Exhibition "Convergence"
-Kosciuszko Foundation c/o Amber Gallery "Holiday Celebrations"
-Audubon Artists Annual Exhibition
2001 Godwin-Ternbach Museum "Italian American Women Artists"
-Christie's Art Auction featuring New York Academy of Art Alumni
-Art Expo Jacob Javits Center, NY c/o ArtsForum Gallery, NY
-Audubon Artists Annual Exhibition
2000 Municipal Building, NY Manhattan Borough President, C. Virginia
Fields-Presents the Diversity of Art in a Multicultural Environment
-Grand Hyatt Hotel, NY "Italian Americans and the Media"
-Fordham University, Bronx, NY "Voices of Italian American Women,
Keepers of the Cultural Flame"
-Ceres Gallery Invitational

-Atlantic Gallery Invitational
-Pakistan Mission, NY
1997 Salmagundi Club Annual Juried Members Exhibition
-Manhattan Studios, NY "Art for Prasad"
-Pakistan Mission, NY
-National Arts Club-Pastel Society of America 25th annual Exhibition
-Atlantic Gallery, NY Winter Invitational
1996 Gallery on the 2nd National Juried Competition for
Figurative Art-curated by Barbara Krulik
-Salmagundi Scholarship and Junior Artist Exhibition
1995 Salmagundi Thumb-Box Exhibition, NY
1994 American Artists Professional League Competition Exhibit
-The National Arts Club "The Catherine Lorillard Wolfe Art Exhibition"
-First Street Gallery national Competition curated by Wayne Thiebaud
1992 Cork Gallery, Lincoln Center, NY Juried Exhibition
curated by Burt Silverman
-Union League Club, NY
1991 Cork Gallery, Lincoln Center, NY Juried Exhibition
curated by Harvey Dinnerstein
-Columbia University Second Annual Juried Exhibition
"Vision of Women"

## Awards
Premier Grant from the Council of the Arts and Humanites of Staten Island
The Abbey Mural Painting Scholarship
Robert Leitman Award
Ogden Pleissner Award
Milton Avery Award
Enga Denton Award
Jacqueline Fowler Award
Julius Allen Award
Frank Duveneck Memorial Award
Arthur and Melville Philips Award
Valerie Delacorte Scholarship Award
Philip Isenberg Memorial Award
John and Anna Lee Stacey Award Fund
Frank Dumrond Memorial Award
Scholarship Winner to the William Butler Yeats
Summer School, Sligo Ireland
Awarded Prize for Pastel National Academy School of Fine Arts




© Confidential Plaintiff 000106

© Confidential Plaintiff 000107

EXHIBIT #5 (23)

*Selected Private Collections*

Wolfgang Herz, collector, American Drawings & Paintings,
President of American Context Corp.
William Papp of Florian Papp Art and Antiques
Joe Franklin, television and radio personality
Rudolph Guiliani, The Honorable Mayor of New York
David Dinkins, The Honorable Mayor of New York •
Mrs. George Deliacorte
Dennis Smith, author and freelance writer for NY Times
Philip Oppenheim, art collector
Robert Volpe, "Art Cop"
Mark Boyle play-by-play Announcer for the Indiana Pacers
basketball team
Katherine Sapphyn-Advertising Director for Metropolis Magazine
Jonathan Griffin -Conductor at Carnegie Hall, Principal for
Mid American Productions
Richard LiBrockett -President of the U.S. Croquet Association

*Public Collection*

Institute of Basic Research, Staten Island, NY

**Publications**

2002    Staten Island Star Reporter, Garibaldi-Meucci Exhibition
        Italian Tribune "Annamarie Trombetta at the Garibaldi-Meucci
        Museum"
2001    Staten Island Advance "Plein Air Painting" Solo Exhibit
        Richmondtown Historic Museum
        Staten Island Star Reporter Richmondtown Historic Museum
1999    Pastelgram "Poetry in Pastels" Pastels by Annamarie Trombetta
1997    Manhattan Arts International Magazine
1996    Art Times Artist Profile, January/February Issue

*Biographical Listings*

Who's Who in American Art, 24th Edition
Who's Who in America
The World's Who's Who
Biographical Encyclopedia of American Painters,
Sculptors & Engravers of the U.S.
Dictionary of International Biographies, 30th Anniversary Edition
International Directory of Distinguished Leadership, 10th Edition
The International 2000 Outstanding Artists and
Designers of the 20th Century
Who's Who in American Women, 20th Edition

*Acknowledgements*

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well as an artist. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, Grace Volpe, Charles Viera, Kathy Caracdo, Richard J. Haas and the artists in The Painting Group particularly Aaron Shikler, David Levine, Denny Schwartz, Irene Hochti and Mary Close.

I am most grateful to Stephen H.Acunto who initiated the idea for a catalog and whose patience and understanding have brought this into fruition.

My thanks to all the wordsmiths who have generously given their time and their thoughts to support this endeavor.

A special "Grazie Mille " to Ellen and Jim Kirchman whose love, patience and effort with this project made it a memorable and pleasant experience.To Arik Bartalmus Bill Harder and to all my friends and family whose faith and assistance sustain my artistic spirits and creations.

I wish to thank for their support for this catalog: Teri S. Meissner; William Papp, Wolfgang & Heidi Herz, Richard & Lana Capuozzo, George Priola, Susan Marchiore, Lee Murphy, Jed Canning Enterprises, DeVito Consulting, General Trademark Labels, Inc. The National Organization of Italian American Women and Joe Franklin's Memory Lane Restaurant.



CATALOGUE DESIGNED BY GINA MARREMALOG
Printed by

A Who's Who in America® Publication

# Who's Who in American Art®

## 2016

EXHIBIT #6

Plaintiff000235

**WHO'S WHO IN AMERICAN ART**
121 Chanlon Road
New Providence, NJ 07974

**WHO'S WHO IN AMERICAN ART™**
**24th Edition**

Tel: 800-521-8110 Ext. 7013 Fax: 908-771-8645
E-mail: art@renp.com

*FREE LISTING—Return within 10 days*

Annamarie Trombetta
175 E 96th St Apt 14P
New York NY 10128

Plaintiff's Evidence 000581

EXHIBIT
#6

Dear Annamarie Trombetta:

Congratulations! Your biographical profile has been selected for inclusion in the 24th edition of *Who's Who in American Art*™.

This comprehensive guide profiles contributors to the field of the visual arts in the United States, Canada and Mexico, and is a valuable resource of information for many, including librarians, researchers and writers who may be searching for key artists, collectors, dealers, scholars and critics.

We have enclosed a copy of your sketch for your review. Please check for accuracy and comprehensiveness and include any updated information. Be advised that Marquis Who's Who reserves the right to edit for space and style considerations.

You are under no obligation to purchase this edition. Inclusion is based on merit. However, we have provided you with an Order Form should you wish to take advantage of the pre-publication discount price offered only to our biographees.

Please help us continue to maintain the most accurate and current biographical reference tool available to the art community. We ask that you do this by editing and proofing your form and returning it to us within ten (10) days. Please feel free to call us with any questions or concerns at (800) 521-8110, Ext. 7013.

We look forward to working with you for many years to come.

Sincerely,

*Fred M. Marks*

Fred Marks
Editorial Director

AA24GNL

EXHIBIT # 6

Montmorency Paris France 75003, *Mailing Add:* Donald Young Gallery 224 S Michigan Ave Suite 266 Chicago IL 60604

**TROMBETTA, ANNAMARIE**
PAINTER, PRINTMAKER
b Brooklyn, NY, Aug 5, 1963. *Study:* Parsons Sch Design; NY Acad Art, cert; Nat Acad Sch Fine Art, cert; Studies with Everett Raymond Kinstler, Wayne Thiebaud; Painting group; with Aaron Shikler & David Levine, Soho, NY; *Works:* Off Mayor R Giuliani, NY; Nat Acad Design, NY. *Comn:* Mural, Staten Island Mall Ctr, NY; 81; Croquet (June painting), comm. by treas US Croquet Asn, NY, 94; Madonna of Maternity (painting), Daniel's Restaurant, NY, 95; portrait, comm by Dir Metrop

Mag, NY, 99; conservancy garden, comm by Mark Boyle, NY, 98; CEO Robert I Schulman, Tremont Group Holdings, 2007; Irsik Farms Manhattan, Kansas. *Exhib:* Solo exhibs, Liederkrantz Club, NY, 93; Historic Richmondtown Mus, 2001; Garibaldi-Meucci Mus, 2002; Dana Cir Artworks of Cent Park NY, 2003; Wagner Col, 2003 & Junefest award, Citibank, Staten Island, NY, 2005; Italian Am Mus NYC, 2015, Union League Club Art Gallery NYC, 2015; 1st St Gallery Nat Competition Exhib, NY, 94; Catherine Lorillard Wolfe Art Club Competition Exhib, NY, 94; Am Artist Prof League Competition Exhib, NY, 94; Gallery on 2d Nat Juried Competition Figurative Art, NY, 96; PSA 25th Anni Exhib, NY, 96; Print exhib Pakistan Mission, NY, 98; Audubon Artists 58th Int Ann Exhib, NY, 2000; Godwin-Ternbach Mus Ital Am Women, 2001; Atmot Mus, 2003; Plain Air Painting, The Staten Island Mus, 2004; 64th Audubon Artists, NY, 2005 & 06; Bendheim Gallery, Greenwich, Conn, 2006; Yellow Gallery, Cross River, NY, 2006; Featured Paintings by A Trombetta, NY Left Bank-Art & Artist (off Washington Sq); Exhib at The Old Printshop, Soc Graphic Artists Group; group exhib, Packwood House Mus, Lewisburg, Pa, Contemp Am Realism Exhib, Ft Wayne Mus, Ind, 2008; Ormond Mus Soc of Graphic Artist Exhib, Fla, 2008, Soc Graphic Artists, Ormond Memorial Mus, Fla, 2008; Biennial Contemporary Am Realism, Fort Wayne Mus, 2008; Artist Fellowship 150th Anniversary Exhib, Nat Arts Club, NY, 2009; Cape House Group Exhib, Staten Island, 2009; Audubon Artists 66th Ann Group Exhib, 2009; Fort Wayne Mus Art 2010 Biennial Group Exhib; The Painting Group exhib featuring Aaron Shikler-Daniel Schwartz, Soho, NY, 2010; Landscape Invitational Group Exhib Art Lab Gallery, 2010, The Painting Group featuring Aaron Shikler Group Exhib Soho NY, 2011; Art Lab Gallery Group Exhib, 2011, Soc Graphic Artists Group Exhib Prince Street Gallery, NY, 2011, First Nat Exhib of Intaglio Prints Group Exhib, Nat Arts Club, NY, NY Soc Etchers, 2011, Audubon Artists 68th Ann Group Exhib, 2011, Sotheby's NY THaN Group Exhib, 2012, Catherine Lorillard Wolfe Art Club Juried Group Show, Nat Arts Club, 2012, Fort Wayne Mus Art Group Exhib Realism Biennial, 2012, Old Printshop NY Group Exhib for Soc Graphic Artists, 2012, Deck the Walls Group Exhib Wilkinson Galley NY Acad Art, 2013, The Painting Group Ann Exhib Chelsea, NY, 2013, Essex Gallery Group Exhib Conn, 2013, Six Summit Gallery Ivory Conn Food Fresco Farm, 2013, Delind Gallery Milw Wisc Group Exhib Soc Graphic Artists, 2013, Asian Influences & Dreams Group Exhib Sonia Gechtoff Gallery Nat Acad NYC, 2013, Foissati Studio Turino Italy, 2014, Soc Graphic Artists The Old Print Shop, NYC, 2014, V Day Fourth Universalist Soc 160 Central Park West NYC, 2014, Soc Graphic Artists Group Exhib, NYC, 2015; Auction at Sotheby's Juried Exhib Take Home a Nude, 2009; Frye Art Gallery Australia Soc Graphic Artists Juried Exhib, 2010; Faculty Exhib Art Lab Staten Island, 2013; Nat Art Mus of Sport Third Ann Juried Exhib, 2013. *Teaching:* Instr, NY Acad Art, The Snug Harbor Cult Ctr. *Awards:* Inga Denton Award, 97; Milton Avery Award, 98; Ogden M Pleisseter Award, 2000; Robert Lehman Grant, 2001; Coashi Grant, 2001, 2003 & 2004; Pollack-Krasner Grant, 2004; Plein Air Painting Grant, 2005; Traveling Grant, 2006, Richmond Co Savings Bank; Ernest & Helen Adams Award, 2007; Stephen Spreuse Award, 2008; COASIII Grant, 2008; Coun of the Arts & Humanities for Staten Island Encore Grant, 2008; Lower Manhattan Cultural Ctr 2012 Artists Inst Scholarship Program, Recipient, Nat Acad Sch Printmaking Scholarship, 2012, 2013; Full Scholarship to travel to Italy via Nat Acad 2014; Printmaking Scholarship award, 2014; Marquis Who's Who in American Art References award in Graphics, Audubon Artists, 2014. *Bibliog:* Raymond J Steiner (auth), profile, Art Times, 1/96; Frank Mazza (auth), The Artist Who Paints (video), CTV, Staten Island, NY, 98; Plain Air Painting Video, 2001; Cent Park to Staten Island, 2004 ( video); *Mem:* Pastel Soc of Am; Nat Orgn of Italian Am Women; Soc Graphic Artists, 2007; Catherine Lorillard Art Clus for Women (2007). *Media:* Oil, Watercolor. *Interests:* Running, Hindu Buddhist philos. *Publ:* Auth, Poetry in Pastel, Pastelegram, Spring 99; Future of Figurative Art, Art Times, July 99; Staten Island Advance, 2001- 2004; Italian Tribune, 2002; Wash Squire News Artist Profile, 2007; Artist in Watch, Fine Art Connoisseur Mag, Nov Dec 2008, Three to Watch, April 2008, Artists in Our Parks, 2014; Sing For Hope, Public Art Program. 10th Anniversary Tribute to September 11th, Voice Interview featured with Peter Haskell, WCBS Local News. Artist at Work & Artwork featured in NY Mag by Wendy Goodman. In DNA.com Manhattan Local News, on Channel 7 Eyewitness News ABC Local News, 2011; Write up and photos, Outdoor Painter Mag, 2015. The Italian Tribune on Solo Exhib at the Italian Am Mus, 2015. *Mailing Add:* 175 E 96th St Apt 12 New York NY 10128

curator, Forbes Mag Collection, New Bedminster, NJ, 2000-. *Mem:* Nat Asn Faberge Treasures, Harry N Abrams, 98 *Mailing Add:* Somerset Art Assoc 2020

**TROP, SANDRA**
MUSEUM DIRECTOR
b Brooklyn, NY. *Study:* NY Univ, BS (c); Harvard Univ, *Pos:* Cur traveling exhib dir, 73, actg dir, 74, asst dir, 74-95, cur, 83-84, panelist, 89-90, field reviewer, Syracuse Univ Museology, 74. *Awards:* award; Northeast Baptist Scholarship a collections mod art; Am Asn Mus, Syr

**TROUTMAN, JILL**
PAINTER
b Newton, Iowa, July 20, 1938. *Study:* U Lacoste, France, 83; Art Studios Int, Charlotte, NC; R J Reynolds Colle collection, Guilford Neurological, Greα Bank, Burlington, NC; lobby collect collection, WFMY TV, Greensboro, NC *Exhib:* 37 solo exhibs, 72-94. *Teaching:* NC, 81-95; instr, 50 adult art students, (pres, 78-79); NC Watercolor Soc (pres, Arts Ctr, *Media:* Acrylic, Acrylic Colla *Interests:* Taking Jazz piano lessons. 27302

**TROY, NANCY J**
HISTORIAN, EDUCATOR
*Study:* Wesleyan Univ, BA (magna cum (twentieth century European art), 76, Phi Grant), 79. *Pos:* Mus training intern, curatorial and research asst, 1973, cura Bolotowsky, 1974; asst to curator of Fre DC, 1975; Guest cur, Yale Univ Art G accessions com, com collections, Baltin Center, Minneapolis, Minn, 82 & Art Ins Univ Art Mus, Cambridge, Mass, 92-98 2004; series co-ed, Histories, Cultures, C Art Bulletin, 94-97. *Teaching:* Asst prof, asst prof, Northwestern Univ, Departmt acting chairperson, 88, chairperson, 9 Department of the History of Art, Los Department of Art History, Los Ang 1997-2000; scholar-in-residence, Getty 93-96; Victoria and Roger Sant Prof in Univ, 2010-. *Awards:* Grant, Am Coun L Guggenheim Mem Found, 98-99; Zum Southern Calif, 98-99; Distinguished A Linda Dahlrymple (auth), The Fourth D Modern Art, Design Bk Rev, fall 84; Ke of the Parisian avant garde and the first w Nat Committee for the Hist of Art (3d Environment, Mass Inst Technol Pr Decorative Arts in France: Art Nouvea Haven. 91: The logic of function, Decor and Consumer Culture: Selling Art and Hume the Suppression of Domesticity in London & New York, 96-99; Architec Cambridge, Mass & London, 97; Cou

EXHIBIT

# 7







EXHIBIT #8



Plaintiff000302

EXHIBIT #9



Plaintiff00304