# EXHIBITS PLAINTIFF'S REPLY TO WP 479

**Plaintiff's Statement #1**

EXHIBIT #1  Proof of Filing Declaration and Exhibits on April 17, 2023

EXHIBIT #2  Re-Presenting Representation VI Exhibit Arnot Art Museum Pl.Evid 000382 Pl. Evid 000383 and 000384. Plaintiff's Evid. 000389

EXHIBIT #3A  Plaintiff 2004 Staten Island Institute of Arts and Sciences Brochure for my Solo Exhibit Pl. Evid 000108, 000109, 000110, 000111, 000112 and 000113.
   3B  Detail Quote by Bart Bland *Annamarie Trombetta, a realist painter.*

EXHIBIT #4  Photo of Plaintiff & Park Commissioner Henry Stern at Plaintiff Solo Exhibit Dana Center Central Park at 110th Street. Pl. Evid.000254.

EXHIBIT #5  Plaintiff's Catalog with Copyrighted self authored Biography Sold at the Staten Island Institute of Arts and Sciences Gift shop
Plaintiff catalog with Biography -COPYRIGHT INFRINGEMENT TEXT Pl.Evid to 000085, 000086, 000087, 000088, 000089, 000090, 000091, 000092, 000093, 000094, 000095, 000096, 000097, 000098, 000099, 000100, 000101, 000102, 000103, 000104, 000105, 000106 and 000107.

EXHIBIT #6  Pl. Evid Who's Who In American Art 000235 and Pl.Biography in 000236

EXHIBIT #7  Plaintiff's photos with The His Holiness the Dalai Lama, Pl. Evid ,000257

EXHIBIT #8  Plaintiff with Mayor Bloomberg Pl. Evid. 302

EXHIBIT #9  Plaintiff with Mayor Guiliani Pl. Evid. 304

**Plaintiff's Statement #2**

EXHIBIT #10  Pl. Evid. Pages of Plaintiff's rough draft from my sketchbook.

EXHIBIT #11  Letter from Friend and Colleague Vanessa Ploski Pl. Evid.000228

EXHIBIT #12  Vanessa Ploski deposition page 22 Plaintiff's signature. Vanessa Ploski Deposition on Plaintiff biography and website pages 32 to 36.

EXHIBIT #13  Plaintiff REQUEST NOT TO MAKE SIGNATURE information made public. Vanessa Ploski deposition pages 18-22.

EXHIBIT #14  Copyright Registration No. TX 8-655-807. Pl.Evid. 000118

EXHIBIT #10 A

Annamarie Trombetta
175 East 96th Street (12R)
New York, NY 10128
www.trombettaart.com

of a tree ~~slightly through to~~ of an artist's life is similar to that

The nature of an artist's life is the same as that of a tree.

1st

First Powerful

Tree is a

The nature of an artist's life, and creativity may be the synonymously conveyed in the image of a "family tree." While the earthly decadent roots, the artist, like a tree ~~with~~ branches into the surrounding environment and world. The artist out the tree ~~back~~ Ascend and in time descend, growing in consciousness all the while producing visual imagery. I believe that the Nature of an artist and the nature itself have the ability to regenerate themselves and manifest.

Outline 1) Training 2) School

Church — Talk about Ragers Places Church in Brooklyn — Early Participants

EXHIBIT #11

March 4, 2022

Dear Sir/Madam,

I set forth this letter on behalf of artist Annamarie Trombetta to inform all parties concerned that my husband and I, during the early summer of 2003, proofread her biography that she had handwritten in her sketchbook.

My husband, Andrew Ploski, has known Annamarie since they attended Parsons School of Design together in the mid-eighties. He introduced me to Annamarie in 2001.

I found her biography to be quite comprehensive and well thought out. It was unique as it was longer than most biographies that would appear on a website. We did not offer any substantive edits, we only commented on a couple grammatical concerns.

Annamarie informed us that the biography would be included in her soon to be printed catalog for her upcoming exhibitions to include her solo exhibit in celebration of the 150th Anniversary of Central Park and her upcoming solo exhibition in 2004 at the Staten Island Museum.

To the best of my memory, the biography we proofread in 2003 is the same that remains posted on this page of her website: https://www.trombettaart.com/bio.html

It behoves me to write such a letter, to verify that she is the author of her own biography as the facts and details of her writing is so personally designed and scripted.

Lastly, in our opinion it is indeed a moral imperative to extend our time and this letter for Annamarie Trombetta who has had to endure such scrutiny, chaos and a great loss of time due to a fraudulent and harmful internet post.

Feel free to contact me if you have any questions.

Sincerely,

*Vanessa Ploski*

Vanessa Koi Ploski

Vanessa.Ploski@icloud.com
PO Box 854, Nyack, New York 10960

EXHIBIT #12

Page 22

1        V. KOI-PLOSKI
2    A.    Annamarie Trombetta.
3    Q.    And Annamarie is one word?
4    A.    Yes.
5    Q.    To your knowledge, has Ms.
6 Trombetta's signature changed over time or
7 has it always been the same?
8    A.    I have no knowledge of that.
9    Q.    Do you know whether she's ever
10 signed her work Anna Maria Trombetta?
11    A.    Never.
12    Q.    Have you seen every work that
13 Ms. Trombetta's ever created?
14    A.    I have not seen every work that
15 she's ever created, but I know she's very
16 particular about her name.
17    Q.    So in your opinion, it's
18 unlikely that she signed it like that,
19 correct?
20    A.    Correct.
21    Q.    But you can't say with
22 certainty because you've never seen every
23 piece of art she's created, right?
24    A.    You're phrasing the basis. I'm
25 telling you with certainty that she would

EXHIBIT #12

Page 32

V. KOI-PLOSKI

1
2  year, what her income is?
3      A.    No.
4      Q.    Do you know how many sales she
5  makes per year?
6      A.    No.
7      Q.    Just to clarify, you don't know
8  which paintings she sold by name, correct?
9      A.    Correct.
10     Q.    Are you familiar with whether
11 Ms. Trombetta has written a biography?
12     A.    Yes.
13     Q.    How are you so familiar with
14 that?
15     A.    Because when she had initially
16 written her autobiography, it was for a
17 catalogue that was going to be printed.
18 And she read it to me and she asked my
19 opinion.
20     Q.    So Ms. Trombetta read the
21 autobiography to you and asked your
22 opinion?
23     A.    Yes.
24     Q.    Did you ever read the biography
25 at that point?

EXHIBIT #2

V. KOI-PLOSKI

```
 2    A.    I tried to.
 3    Q.    What do you mean by that?
 4    A.    Her handwriting was hard to
 5  read.
 6    Q.    And when did this take place?
 7    A.    In 2003.
 8    Q.    Was this at a social visit with
 9  Ms. Trombetta?
10    A.    Yes.
11    Q.    For what purpose did she read
12  the biography to you?
13    A.    To get my opinion.
14    Q.    What did she want your opinion
15  about, to your knowledge or understanding?
16    A.    Just how it sounded, if it read
17  well, if it sounded professional.
18    Q.    And so at that time the
19  biography was handwritten; is that right?
20    A.    Yes.
21    Q.    And you had trouble reading it,
22  so she read it to you; is that correct?
23    A.    Yeah, she wrote it -- it was
24  like kind of a lot of scribbles on it, you
25  know, things crossed out, rewritten, that
```

```
1                    V. KOI-PLOSKI
2    sort of thing.  She writes very small, my
3    eyes aren't really great, so.
4         Q.    And to your recollection, where
5    was this written?
6         A.    It was like an artist book.
7         Q.    Sort of the size of an average
8    sketchbook or smaller?
9         A.    Yeah, it was -- yeah.  Around
10   the size of a sketchbook.
11        Q.    Did you make any copies of Ms.
12   Trombetta's biography that day?
13        A.    No, I did not.
14        Q.    Did you make any edits to her
15   biography?
16        A.    I did not make any edits.
17        Q.    What was your feedback after
18   she read it to you?
19        A.    I thought it was really long.
20   I thought it was very poetic.  It was not
21   what I would particularly hear in a
22   biography.  It was kind of flowery.
23        Q.    Was your husband present for
24   this as well?
25        A.    No.
```

EXHIBIT #12

Page 35

1        V. KOI-PLOSKI
2    Q.    But to your knowledge, your
3 husband on the day in 2003 was not present
4 for the reading of Ms. Trombetta's
5 biography?
6    A.    He wasn't. He had to take care
7 of something and so I was with Annamarie
8 Trombetta, and while we waited for him, she
9 showed me her biography and asked my
10 opinion.
11    Q.    Do you know if Ms. Trombetta's
12 biography was ever posted to her website?
13    A.    Yes.
14    Q.    How do you know that?
15    A.    Because I saw it on her
16 website, was surprised that she used the
17 whole thing, and I remembered, you know,
18 what she had initially written. It was to
19 the best of my memory the same I had read.
20    Q.    When was the first time you saw
21 the biography on Ms. Trombetta's website?
22    A.    Years ago.
23    Q.    Can you approximate for me when
24 that was?
25    A.    No.

1                V. KOI-PLOSKI
2      Q.     You say you were surprised she
3   used the whole thing.  What do you mean by
4   that?
5      A.     It's long.  You know, I don't
6   typically see biographies that are that
7   long on websites.
8      Q.     Do you know whether the
9   biography that she posted on her website
10  was the same language as the biography you
11  listened to?
12     A.     It sounded the same.  I can't
13  say that it was word for word exactly the
14  same because I never made copies of the
15  original.
16     Q.     How many times have you been to
17  Ms. Trombetta's website?
18     A.     I don't know.  Maybe a dozen.
19     Q.     And for what purpose?
20     A.     Just to see what she's doing.
21     Q.     Is that website
22  trombettaart.com?
23     A.     Yes.
24     Q.     On the occasions when you
25  visited the website, did you ever take any

EXHIBIT #13

Page 18

1   V. KOI-PLOSKI
2   This is what this whole case is all
3   about.
4           MR. HAIMSON:  Ms. Trombetta,
5   Ms. Ploski is testifying to her
6   personal observation.  She's -- I'm
7   entitled to ask questions about that.
8   This is a private deposition.  It's
9   -- this is not a public record at
10  this point in time.  I'm asking her
11  about her personal observations.
12  This is perfectly, you know, a
13  perfectly normal question.
14          MS. TROMBETTA:  Will it be
15  un-public?
16          MR. HAIMSON:  If you're
17  concerned about testimony being
18  included in motions that go in the
19  public record, we can discuss that
20  before it's put in connection with a
21  motion or anything like that.
22          MS. TROMBETTA:  It is a
23  concern.
24          MR. HAIMSON:  What is the
25  concern exactly?

EXHIBIT #13

Page 19

V. KOI-PLOSKI

1
2  MS. TROMBETTA:  It is a concern
3  on my work.  I don't have it visible
4  online.
5  MR. HAIMSON:  Okay.  We can
6  address it being made public at a
7  later point, that's no problem.
8  Right now I'm just asking Ms. Ploski
9  to testify about what she's seen and
10  her personal observations.
11  Nathan, could you read back my
12  question to Ms. Ploski.
13  (Whereupon, the referred-to
14  question was read back by the
15  Reporter.)
16  Q.  Go ahead, Ms. Ploski.
17  A.  This whole thing is a matter of
18  Annamarie Trombetta being misrepresented
19  online.  And you -- I'm not satisfied that
20  you've answered her concern about whether
21  or not my --
22  Q.  Ms. Ploski --
23  A.  -- will be available to a party
24  that has nothing do with this.
25  Q.  Are you refusing to answer my

```
1                V. KOI-PLOSKI
2    question then?
3        A.    I'm expressing my concern.
4        Q.    Your concern is noted.  Can you
5    please answer the question?
6        A.    She has a delicate signature,
7    and she tends to have a little triangle
8    that she tends to put with her signature.
9        Q.    I'm sorry, can you repeat?  She
10   has a delicate signature?
11       A.    Yes, she has a delicate
12   signature and she has a triangle, kind of a
13   logo that she puts with her signature.
14            MS. TROMBETTA:  Which are now
15        going to change.
16            MR. HAIMSON:  Ms. Trombetta,
17        again, for the record, this is a
18        private deposition.  No one is
19        putting this on a public record if
20        that is your concern.  We can
21        stipulate not to put details of your
22        signature on any public forum, that's
23        not a problem --
24            MS. TROMBETTA:  Thank you,
25        thank you.
```

EXHIBIT #13

Page 21

1        V. KOI-PLOSKI
2            MR. HAIMSON:  That's not why
3    I'm asking the question.  I'm just
4    simply trying to ascertain how
5    familiar    Ms. Ploski is with your
6    artwork and the details about your
7    artwork.  That's the only reason why
8    I'm asking, okay?
9            MS. TROMBETTA:  I understand
10   that, but certain information can be
11   unintentionally made public, and
12   that's what occurred last week.
13   Please proceed.
14       Q.    Ms. Ploski, does Ms.
15   Trombetta's signature on her artwork
16   include her name as well?
17       A.    Yes.
18       Q.    Do you know what form that
19   takes?
20       A.    Can you rephrase your question?
21       Q.    Sure, is it her full name, for
22   example?
23       A.    Yes.
24       Q.    And what is Ms. Trombetta's
25   full name, to your knowledge?

Page 22

```
                    V. KOI-PLOSKI
 1
 2      A.     Annamarie Trombetta.
 3      Q.     And Annamarie is one word?
 4      A.     Yes.
 5      Q.     To your knowledge, has Ms.
 6  Trombetta's signature changed over time or
 7  has it always been the same?
 8      A.     I have no knowledge of that.
 9      Q.     Do you know whether she's ever
10  signed her work Anna Maria Trombetta?
11      A.     Never.
12      Q.     Have you seen every work that
13  Ms. Trombetta's ever created?
14      A.     I have not seen every work that
15  she's ever created, but I know she's very
16  particular about her name.
17      Q.     So in your opinion, it's
18  unlikely that she signed it like that,
19  correct?
20      A.     Correct.
21      Q.     But you can't say with
22  certainty because you've never seen every
23  piece of art she's created, right?
24      A.     You're phrasing the basis.  I'm
25  telling you with certainty that she would
```

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Temple*

Acting United States Register of Copyrights and Director

Confidential   Plaintiff 000118

**Registration Number**
**TX 8-655-807**

**Effective Date of Registration:**
June 18, 2018

EXHIBIT #14

## Title
　　　　　　　　　Title of Work: Annamarie Trombetta Website www.trombettaart.com Biography --Portfolio- Credentials -- HomePage

## Completion/Publication
　　　　　　　Year of Completion: 2003
　　　　　Date of 1st Publication: September 30, 2003
　　　Nation of 1st Publication: United States

## Author
　　　　　　　　　　　　　• 
　　　　　　　　　　　Author: Annamarie Trombetta
　　　　　　　Author Created: text, photograph(s), artwork
　　　　　　　　　　Citizen of: United States
　　　　　　　　Domiciled in: United States
　　　　　　　　　Year Born: 1963

## Copyright Claimant
　　　　　　Copyright Claimant: Annamarie Trombetta
　　　　　　　　　　　　　　　175 East 96th Street (12R), New York, NY, 10128, United States

## Certification
　　　　　　　　　　　Name: Annamarie Trombetta
　　　　　　　　　　　　Date: June 18, 2018

　　　　　　　　Correspondence: Yes