# EXHIBITS  PLAINTIFF'S  REPLY TO  WP  479

## Plaintiff's Statement # 3

**EXHIBIT #15  Norb Novocin monthly  membership payments to WorthPoint Corp.'s website**

**EXHIBIT #16  A Pl.Evid.000072  Jan. 9, 2015 email from Susan Goldstein for price of Wisteria painting.**

**EXHIBIT #16  B  Pl. Evid. 000073  March 2019 Letter from Susan Goldstein to Judge Abrams.**

**EXHIBIT #17  Pl. Evid. 000074 Mr. Scott  Goodwillie letter LOSS of Gallery representation.**

**EXHIBIT #18 Pl. Evid  000075  Dr. Joseph Scelsa  Letter 1972 false post  Devaluing Pl.  artwork**

**EXHIBIT#19 Pl. Evid  000076  Letter by Alex Raspa  affecting Plaintiff's income.**

**PLAINTIFF'S  SALES RECEIPTS  2015 BEFORE  FALSE 1972 INTERNET POST.**

**EXHBIT #20  Pl.Evid. 000077-78  Pl. Sales Receipt for Artwork dated January27, 2015  sale,**

**EXHBIT #21  Pl.Evid. 000079-80  Pl. Sales Receipt for Artwork dated March 6, 2015  sale.**

**EXHBIT #22  Pl.Evid. 000081-82  Pl. Sales Receipt for Artwork dated March 8, 2015  sale.**

**EXHBIT #23  Pl.Evid. 000083-84  Pl. Sales Receipt for Artwork dated August 31,2015 sale.**

## Plaintiff's Statement # 4

**EXHIBIT #24  eBay  Bid  Declined of Plaintiff  in   Pl.Evid. 000573 Sat. June 13, 2015**

**EXHIBIT #25   eBay  Account Password change   Pl.Evid. 000576 Thursday, July 16, 2015,**

**EXHIBIT #26  eBay  Bid  Won  of Plaintiff in   Pl.Evid. 000574 Thursday  July 30, 2015**

**EXHIBIT #27  eBay's Intellectual Property Policy Pl. Evid. 000735-36-37.**

**EXHIBIT #28   Pl.Evid.000016  email to eBay dated 11/ 26 /2015 with   WP Anita Brooks quote.**

## Plaintiff's Statement # 5

**EXHIBIT #29  A Pl. Evid. 000149 Wayback Machine
            B Pl. Evid. 000151 consent to askART on  March 5, 2015
            C Pl. Evid. 000150 to conformation  bio on askART on  June 6, 2015.**

**EXHIBIT #30  A Defendant's production of   WP000141-WP000142 WITHOUT  of Plaintiff's
            name is the search  URL .
            B Defendant's production of   WP000143-WP000144  WITHOUT of Plaintiff's
            name is the search  URL.**

EXHIBIT # 15A

Plaintiff's Evidence 000604

Page 3

**RESPONSE:** WorthPoint objects to this request on the grounds that it is more appropriately

directed to Norb Novocin. WorthPoint further objects to the extent that this request seeks

proprietary business information and information as to WorthPoint's members.

Subject to and without waiving the foregoing objections, WorthPoint confirms that Norb

Novocin is a paid subscriber to worthpoint.com from May 15, 2014 to present.

→ Worth Point's Record for Norb
Novocin
Membership
May 15, 2014

**Plaintiff's Interrogatory No. 3**
State in writing the dates of employment (the months and years) when Gregory Watkins was
employed at WorthPoint Corporation. If you claim that part of any response is privileged or
otherwise immune from discovery; (a) identify the grounds for your claim of privilege or
immunity (b) identify the privileged documents or Photographs (c) provide all information
which responds to this request and does not fall within your claim of privilege or other
immunity.

**RESPONSE:** September 2008 through April 2016.

**Plaintiff's Interrogatory No. 4**
State in writing the _last_ day of employment (the months and years) when Gregory Watkins was
no longer employed at WorthPoint Corporation. If you claim that part of any response is
privileged or otherwise immune from discovery; (a) identify the grounds for your claim of
privilege or immunity (b) identify the privileged documents or Photographs (c) provide all
information which responds to this request and does not fall within your claim of privilege
or other immunity.

**RESPONSE:** WorthPoint objects to this request on the grounds that it is duplicative insofar as

Interrogatory No. 3 requests the last date of employment as well. Mr. Watkins was no longer

employed by WorthPoint after April 2016; the exact date is not available. Mr. Watkins performed

services for WorthPoint in an independent contractor capacity until September 2016.

**Plaintiff's Interrogatory No. 5**
State in writing the dates of employment (the month and years) when Anita Brooks was
employed at WorthPoint Corporation. If you claim that part of any response is privileged or
otherwise immune from discovery; (a) identify the grounds for your claim of privilege or
immunity (b) identify the privileged documents or Photographs (c) provide all information

2
CONFIDENTIAL

EXHIBIT #15    A

EAI000069

| Quick filter | Invoice Number ⌄ | Customer Name ⌄ | Invoice Date ⌄ | Balance ⌄ | Status ⌄ | + Add New Filter | Clear |
|---|---|---|---|---|---|---|---|

| Invoice Number | Customer Name | Total Price | Balance | Invoice Date | Status |
|---|---|---|---|---|---|
| INV01535031 | Norb Novocin | 22.99 USD | 0.00 USD | 11/11/2022 | POSTED |
| INV01504296 | Norb Novocin | 22.99 USD | 0.00 USD | 10/11/2022 | POSTED |
| INV01473417 | Norb Novocin | 22.99 USD | 0.00 USD | 9/11/2022 | POSTED |
| INV01441929 | Norb Novocin | 22.99 USD | 0.00 USD | 8/11/2022 | POSTED |
| INV01410135 | Norb Novocin | 19.99 USD | 0.00 USD | 7/11/2022 | POSTED |
| INV01377892 | Norb Novocin | 19.99 USD | 0.00 USD | 6/11/2022 | POSTED |
| INV01345037 | Norb Novocin | 19.99 USD | 0.00 USD | 5/11/2022 | POSTED |
| INV01312374 | Norb Novocin | 19.99 USD | 0.00 USD | 4/11/2022 | POSTED |
| INV01278738 | Norb Novocin | 19.99 USD | 0.00 USD | 3/11/2022 | POSTED |
| INV01244492 | Norb Novocin | 19.99 USD | 0.00 USD | 2/11/2022 | POSTED |
| INV01209881 | Norb Novocin | 19.99 USD | 0.00 USD | 1/11/2022 | POSTED |
| INV01176053 | Norb Novocin | 19.99 USD | 0.00 USD | 12/11/2021 | POSTED |
| INV01142449 | Norb Novocin | 19.99 USD | 0.00 USD | 11/11/2021 | POSTED |
| INV01108267 | Norb Novocin | 19.99 USD | 0.00 USD | 10/11/2021 | POSTED |
| INV01076084 | Norb Novocin | 19.99 USD | 0.00 USD | 9/11/2021 | POSTED |
| INV01044859 | Norb Novocin | 19.99 USD | 0.00 USD | 8/11/2021 | POSTED |
| INV01014749 | Norb Novocin | 19.99 USD | 0.00 USD | 7/11/2021 | POSTED |
| INV00985814 | Norb Novocin | 19.99 USD | 0.00 USD | 6/11/2021 | POSTED |
| INV00957447 | Norb Novocin | 19.99 USD | 0.00 USD | 5/11/2021 | POSTED |
| INV00929544 | Norb Novocin | 19.99 USD | 0.00 USD | 4/11/2021 | POSTED |

20 ▾    1 - 20

EXHIBIT # 15A

EAI000070

| Quick filter | Invoice Number ⌄ | Customer Name ⌄ | Invoice Date ⌄ | Balance ⌄ | Status ⌄ | + Add New Filter |
| --- | --- | --- | --- | --- | --- | --- |

| Invoice Number | Customer Name | Total Price | Balance | Invoice Date | Status |
| --- | --- | --- | --- | --- | --- |
| INV00902084 | Norb Novacin | 19.99 USD | 0.00 USD | 3/11/2021 | POSTED |
| INV00876222 | Norb Novacin | 19.99 USD | 0.00 USD | 2/11/2021 | POSTED |
| INV00850327 | Norb Novacin | 19.99 USD | 0.00 USD | 1/11/2021 | POSTED |
| INV00824989 | Norb Novacin | 19.99 USD | 0.00 USD | 12/11/2020 | POSTED |
| INV00799854 | Norb Novacin | 19.99 USD | 0.00 USD | 11/11/2020 | POSTED |
| INV00774951 | Norb Novacin | 19.99 USD | 0.00 USD | 10/11/2020 | POSTED |
| INV00750973 | Norb Novacin | 19.99 USD | 0.00 USD | 9/11/2020 | POSTED |
| INV00727916 | Norb Novacin | 19.99 USD | 0.00 USD | 8/11/2020 | POSTED |
| INV00705791 | Norb Novacin | 19.99 USD | 0.00 USD | 7/11/2020 | POSTED |
| INV00685383 | Norb Novacin | 19.99 USD | 0.00 USD | 6/11/2020 | POSTED |
| INV00666353 | Norb Novacin | 19.99 USD | 0.00 USD | 5/11/2020 | POSTED |
| INV00648013 | Norb Novacin | 19.99 USD | 0.00 USD | 4/11/2020 | POSTED |
| INV00629563 | Norb Novacin | 19.99 USD | 0.00 USD | 3/11/2020 | POSTED |
| INV00610634 | Norb Novacin | 19.99 USD | 0.00 USD | 2/11/2020 | POSTED |
| INV00592271 | Norb Novacin | 19.99 USD | 0.00 USD | 1/11/2020 | POSTED |
| INV00574802 | Norb Novacin | 19.99 USD | 0.00 USD | 12/11/2019 | POSTED |
| INV00557991 | Norb Novacin | 19.99 USD | 0.00 USD | 11/11/2019 | POSTED |
| INV00541609 | Norb Novacin | 19.99 USD | 0.00 USD | 10/11/2019 | POSTED |
| INV00525433 | Norb Novacin | 19.99 USD | 0.00 USD | 9/11/2019 | POSTED |
| INV00509084 | Norb Novacin | 19.99 USD | 0.00 USD | 8/11/2019 | POSTED |

20 ⌄   21 - 4

EXHIBIT #15

41 -

A

20 -

— Same As EA1000072

EA1000071

Clear

| Invoice Number | Customer Name | Total Price | Balance | Invoice Date | Status |
|---|---|---|---|---|---|
| IV00492812 | Norb Novacin | 19.99 USD | 0.00 USD | 7/11/2019 | POSTED |
| IV00477284 | Norb Novacin | 19.99 USD | 0.00 USD | 6/11/2019 | POSTED |
| IV00461888 | Norb Novacin | 19.99 USD | 0.00 USD | 5/11/2019 | POSTED |
| IV00446779 | Norb Novacin | 19.99 USD | 0.00 USD | 4/11/2019 | POSTED |
| IV00431944 | Norb Novacin | 19.99 USD | 0.00 USD | 3/11/2019 | POSTED |
| IV00417734 | Norb Novacin | 19.99 USD | 0.00 USD | 2/11/2019 | POSTED |
| IV00403854 | Norb Novacin | 19.99 USD | 0.00 USD | 1/11/2019 | POSTED |
| IV00390575 | Norb Novacin | 19.99 USD | 0.00 USD | 12/11/2018 | POSTED |
| IV00377238 | Norb Novacin | 19.99 USD | 0.00 USD | 11/11/2018 | POSTED |
| IV00364031 | Norb Novacin | 19.99 USD | 0.00 USD | 10/11/2018 | POSTED |
| IV00350407 | Norb Novacin | 19.99 USD | 0.00 USD | 9/11/2018 | POSTED |
| IV00337846 | Norb Novacin | 19.99 USD | 0.00 USD | 8/11/2018 | POSTED |
| IV00325922 | Norb Novacin | 19.99 USD | 0.00 USD | 7/11/2018 | POSTED |
| IV00314793 | Norb Novacin | 19.99 USD | 0.00 USD | 6/11/2018 | POSTED |
| IV00303924 | Norb Novacin | 19.99 USD | 0.00 USD | 5/11/2018 | POSTED |
| IV00293252 | Norb Novacin | 19.99 USD | 0.00 USD | 4/11/2018 | POSTED |
| IV00282853 | Norb Novacin | 19.99 USD | 0.00 USD | 3/10/2018 | POSTED |
| IV00272819 | Norb Novacin | 19.99 USD | 0.00 USD | 2/11/2018 | POSTED |
| IV00262827 | Norb Novacin | 19.99 USD | 0.00 USD | 1/11/2018 | POSTED |
| IV00253101 | Norb Novacin | 19.99 USD | 0.00 USD | 12/11/2017 | POSTED |

Quick Filter

Invoice Number ∨   Customer Name ∨   Invoice Date ∨   Balance ∨   Status ∨   + Add New Filter

EXHIBIT #15

Same As 000071

EAI000072

| Invoice Number | Customer Name | Total Price | Balance | Invoice Date | Status |
|---|---|---|---|---|---|
| 00492812 | Norb Novacin | 19.99 USD | 0.00 USD | 7/11/2019 | POSTED |
| 00477284 | Norb Novacin | 19.99 USD | 0.00 USD | 6/11/2019 | POSTED |
| 00461888 | Norb Novacin | 19.99 USD | 0.00 USD | 5/11/2019 | POSTED |
| 00446779 | Norb Novacin | 19.99 USD | 0.00 USD | 4/11/2019 | POSTED |
| 00431944 | Norb Novacin | 19.99 USD | 0.00 USD | 3/11/2019 | POSTED |
| 00417734 | Norb Novacin | 19.99 USD | 0.00 USD | 2/11/2019 | POSTED |
| 00403854 | Norb Novacin | 19.99 USD | 0.00 USD | 1/11/2019 | POSTED |
| 00390575 | Norb Novacin | 19.99 USD | 0.00 USD | 12/11/2018 | POSTED |
| 00377238 | Norb Novacin | 19.99 USD | 0.00 USD | 11/11/2018 | POSTED |
| 00364031 | Norb Novacin | 19.99 USD | 0.00 USD | 10/11/2018 | POSTED |
| 00350407 | Norb Novacin | 19.99 USD | 0.00 USD | 9/11/2018 | POSTED |
| 00337846 | Norb Novacin | 19.99 USD | 0.00 USD | 8/11/2018 | POSTED |
| 00325922 | Norb Novacin | 19.99 USD | 0.00 USD | 7/11/2018 | POSTED |
| 00314793 | Norb Novacin | 19.99 USD | 0.00 USD | 6/11/2018 | POSTED |
| 00303924 | Norb Novacin | 19.99 USD | 0.00 USD | 5/11/2018 | POSTED |
| 00293252 | Norb Novacin | 19.99 USD | 0.00 USD | 4/11/2018 | POSTED |
| 00282853 | Norb Novacin | 19.99 USD | 0.00 USD | 3/10/2018 | POSTED |
| 00272819 | Norb Novacin | 19.99 USD | 0.00 USD | 2/11/2018 | POSTED |
| 00262827 | Norb Novacin | 19.99 USD | 0.00 USD | 1/11/2018 | POSTED |
| 00253101 | Norb Novacin | 19.99 USD | 0.00 USD | 12/11/2017 | POSTED |

Plaintiff 000072

## (No Subject)

From: susan goldstein (goldenvoices@gmail.com)

To: trombettaart@yahoo.com

Date: Friday, January 9, 2015, 12:13 PM EST

EXHBIT
# 16A

Dear Annamarie,

Congrats! The work was stunning and so were you. I hope you are experiencing great success!

As I am in love with The Wisteria painting, how much is it?

Turner, Saturday nite?

Love and Blessings,

Sudha aka Susan

**Plaintiff 000073**

EXHIBIT
#16B

Susan B. Goldstein
531 East 52nd Street Apt 8 A
New York, New York 10022
goldenvoices@gmail.com

March 4, 2019

United States Southern
District of New York
500 Pearl Street
New York, New York 10007

Re:       Sale of Oil Painting       Wisteria Arbor Mandala  by Artist Annamarie Trombetta

To The Honorable Judge Ronnie Abrams:

I, Susan B. Goldstein , am extending this letter to the court on behalf of Artist Annamarie Trombetta in reference to the loss of  a sale for one of her most beautiful paintings. Wisteria Arbor Mandala which is on her  professional website.

I am a retired Professor in the Communications Dept. at Baruch College in New York City.  I have been familiar with the artist Annamarie Trombetta for quite some time.  It was a pleasure to attend Ms. Trombetta's openings and lectures  at the Union League Gallery on Park Avenue and The Italian American Museum in " Little Italy".  The exhibits were  spectacular and I felt compelled to bring Annamarie's work to the attention of my aunt who is an avid art collector.

Upon viewing the photos from Ms. Trombetta's exhibitions  my aunt was interested in purchasing the oil painting  "Wisteria Arbor Mandala" which was eighty five hundred dollars .  This was a significant investment  for her collection.  My aunt's personal assistant came upon a listing under Annamarie Trombetta  in reference to an Oil painting done in 1972 that was damaged.  The post was on some  site  Worthpoint which sells items of  low quality and standard  to include  the works of  Thomas Kincaid.

As a result  of this finding,  I phoned Ms. Trombetta about this listing  under her name which she responded that  she was not aware of the internet listing.  Ms. Trombetta assured me that it was not her painting and did not know why her full name  was associated with such a site.  I encouraged Annamarie to try and have this  horrible and dreadful  listing  removed from the internet at once.

My aunt's assistant did point out that the description on the Worthpoint internet site reference the artist Annamarie Trombetta's website.  The  oil painting  my aunt wished to purchase is on Annamarie's website.  The reference to the website of  Artist Annamarie Trombetta on the Worthpoint  site is  the main reason why my aunt decided not to purchase the painting.  It was indeed a favorite image, however the amount of money for the painting and the association with such a " cheap and disreputable site"  was too problematic to facilitate the sale of  Annamarie's lovely painting.  Losing the sale of eighty five hundred dollars is quite a disappointment alas my aunt has quite a collection of art and to not  be included in her collection is an even greater misfortune.

It is with my full support that I applaud Ms. Trombetta with her legal pursuits. These unorthodox and disreputable internet site have created so many problems for Ms. Trombetta at a time when she should have been  celebrating and selling her work and her successes.

Very Truly,

Professor Susan B. Goldstein

Notary       March 4, 2019

MOHAMMED I ALI
NOTARY PUBLIC, STATE OF NEW YORK
01AL6384792
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES DECEMBER 17, 20 ___

Plaintiff 000074

Gmail - Letter



## Letter

1 message

**Scott Goodwillie** <scottgoodwillie@icloud.com>
To: Annamarie Trombetta <artofannamarie@gmail.com>

Annamarie Trombetta <artofannamarie@gmail.com>

Thu, Apr 7, 2022 at 9:41 AM

To Whom it May Concern:

I am a professional artist and colleague of Annamarie Trombetta whom I have known for over twenty years.

In January 2015 I attended her first solo exhibition at the Union League Club Gallery on Park Avenue in New York City. I was impressed by her work and with the number of pieces in her show. When I was informed that Ms. Trombetta did not have gallery representation, I offered to speak with gallerists whom I knew in Chelsea on her behalf. I had done so in the past and in fact in 2002 I made an introduction to the Arnot Museum Director John Ahern on Ms. Trombetta's behalf. As a result she was included in the prestigious 2003 Representational Exhibit at the Arnot Art Museum in Corning New York.)

Months later, in the summer of 2015, I presented photos of Ms. Trombetta's artwork to some of my contacts. Two galleries in particular were interested, J. Cacciola and Tazza Gallery both located in Chelsea, NYC. In late August, upon scheduling a personal introduction, one of the gallerists found the eBay listing under Annamarie Trombetta's name and the owner of the gallery was no longer interested.

For those of us in the "Professional Field of Art", particularly in the year 2015, anyone selling artwork particularly on eBay or any other online platform is considered an amateur artist. The internet listing, once discovered by the galleries, sabotaged the interest in Ms. Trombetta's work. I can attest to this from personal experience that the internet link ended all possibilities of gallery representation.

I encouraged Ms. Trombetta to get the link removed from the internet as soon as possible and I am outraged that she had such a difficult time to remove the fake signature that was photo featured and referenced next to her biography. This ordeal has greatly affected Ms. Trombetta's income and reputation--for what it's truly "worth".

Sincerely
Scott B. Goodwillie
646-784-0764

Sent from my iPhone

EXHIBIT
# 17

1/1

Plaintiff 000075

B

# AMERICAN

# MUSEUM

EXHIBIT
# 18
A

April 6, 2022

Joseph V. Scelsa, Ed.D.
Founder and President
jvscelsa@
italianamericanmuseum.org
T 212 965 9000
C 917 642 4922

151 Mulberry Street
New York, NY 10013

To Whom It May Concern:

I am the Founder and President of the Italian American Museum in New York City.

In February 2015, Anna Marie Trombetta exhibited a one woman show at the Italian American Museum entitled, "Central Park Imagery en Plein Air". Her work was compelling and captured the elegance of Central Park in a profound way. Her use of color, light, detail and perspective is truly a thing of beauty and grace to behold.

I have been informed that someone has attempted to use her name on works not of her creation. This in no way should be seen as a reflection on her works but unfortunately it could devalue them.

I sincerely hope her name can be removed from any works not created by her. If not it may jeopardize our ability to show her work in the future.

Sincerely,

Dr. Joseph V. Scelsa

Administrative Office
1806 Hering Avenue
Bronx, NY 10461

www.ItalianAmericanMuseum.org

1972 original oil painting man with red umbrella signed annamarie trombetta yqz - Google Search

Plaintiff 000075

2/17/16, 2:29 PM

Go gle    1972 original oil painting man with red umbrella signed annamarie trombett    Annamarie  

All    Shopping    Images    Videos    News    More ▾    Search tools



7 results (0.41 seconds)

Page 1 - Italian American Museum
italianamericanmuseum.org/exhibitions/Pleinair.htm ▾
Acclaimed artist Annamarie Trombetta presents a solo exhibition that ... Ms. Trombetta
has created works in printmaking, watercolor, oil and pastel and is known ... was an
exhibition of Italian paintings from the collection of Gaetano Marzotto.
Missing: 1972 man red umbrella yqz

Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™ ▾
These posters are original from 1988 not remakes. ... 1972 Original Oil Painting Man
With Red Umbrella Signed Annamarie Trombe; Mustangs" Frank Rowland ...
You've visited this page many times. Last visit: 2/17/16

THOMAS KINKADE -KINCAID "EVERETT"S COTTAGE 11 ...
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombe · Handmade New ...

Annamarie Trombetta - Artist Info
www.trombettaart.com/info.html ▾
2001, -Richmondtown Historic Museum,S.I, NY "Plein Air Paintings of Staten ...
representation may be, Annamarie Trombetta is enough of an artist to realize that ...
Missing: 1972 oil man red umbrella yqz
You've visited this page 5 times. Last visit: 1/28/16

Central Park's Plein Air Past | OutdoorPainter
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice ... "The
Destructive Dance of 'Sandy," by Annamarie Trombetta ... "Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media.
Missing: 1972 man red umbrella yqz
You've visited this page many times. Last visit: 1/7/16

Staten Island native's passionate love affair with Central ...
www.silive.com/entertainment/.../annamarie_trom... ▾ Staten Island Advance
Jan 12, 2015 - Paintings, prints, drawings and photos by Annamarie Trombetta ...
resident is showing 80 works — etchings, oil paintings, watercolors, pastels, ...
Missing: 1972 red umbrella yqz
You've visited this page 3 times. Last visit: 1/7/16

[PDF] 2011 Newsletter - Artists' Fellowship, Inc.
www.artistsfellowship.org/AFNewsletter2011.pdf ▾
Jul 1, 2011 - was immediately offered a one-man show, which was a sell-out. For the last
several decades Mr. Stobart's maritime paintings and limited edition prints have ... 12 x
16 inches, oil on canvas. Dear Friends and ... Annamarie Trombetta. Jasmine Sewell
..... The Library of Congress 2011 original print calendar ...
Missing: 1972 red umbrella yqz

In order to show you the most relevant results, we have omitted some
entries very similar to the 7 already displayed.
If you like, you can repeat the search with the omitted results included.

Original Oil Paintings
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists.
Expertly Curated -- Free Shipping!

Collectible Original Art
www.zatista.com/ ▾
Say No to Prints and Reproductions.
Over 7000 Completely Original Works

Original Paintings
www.onekingslane.com/Paintings ▾
4.2 ★★★★ advertiser rating
Find Emerging Artists & Chic Prints
Fabulous Sales Today! Join For Free

Affordable Original Art
www.nickyspauldingart.etsy.com/ ▾
Buy Original affordable Art online.
Original paintings for sale here

See your ad here »

Plaintiff 000076

*Damage to my Reputation*

April 7, 2022

To Whom It May Concern:

My name is Alex Raspa and I am the Senior Sound Post Production Technician at NYU's Tisch School of the Arts, Post Production Center. I have worked here in the Film and TV Department at the Kanbar Institute of Film & Television since 2006.

In 2015, Annamarie invited me to an opening for an exhibition at the Italian American Museum here in New York, where some of her wonderful paintings were being shown.

A few months after this, I did a Google search of Annamarie's name and was led to a website, Worthpoint, that mentioned the sale of one of her paintings, "Man with a Red Umbrella" on Ebay. I was very surprised by this because I didn't know that Annamarie was selling any of her paintings that way. Upon closer inspection, I saw her name misspelled once as "Trombette," and then, when I read that this canvas was supposedly painted in 1972, I realized that "Man with a Red Umbrella" could not possibly be hers, as she was only a little kid then. Finally, the artist's signature shown was "A. Trombetta," which I knew was not the way Annamarie signed her paintings. I of course got in touch with her right away and let her know that what I saw on that website was evidently fraudulent. It was clearly going to affect her ability to sell her paintings and make a living.

*Wrong Spelling for Trombette*

Sincerely,

*Alejandro Raspa*

Alex (Alejandro) Raspa
Post Production Sound Senior Technician & Instructor
Post Production Center
Maurice Kanbar Institute of Film & Television
Tisch School of the Arts, New York University
721 Broadway, Room 1163
New York, NY 10003

*Exhibit #19*

Plaintiff 000077

EXHIBIT #20
A

Annamarie Trombetta
175 East 96th Street (12 R)
New York, New York 10128
Tel. & Fax (212) 427-5990
E-mail trombettaart@yahoo.com
Website www.trombettaart.com

Receipt for Purchase of Artwork by Annamarie Trombetta

DATE _____ January 27 2015_____

SOLD

Phone:

Address          Apt 122
                 York 10025

Receipt of Payment    Check

                              Size    10 inch by 12 inch  Framed

Medium    Oil Painting
                          TITLE  Spiral Stairs Ascending/Descending

Oil      1
Etching
Pastel   ******
Watercolor
Quantity_____1_____
Other_____

* Check # __6102__

Price 1)  $ 1600      2)              3)              4)
      5)              6)              7)              8)
Total _____

New York Sales Tax   $140 _____  ---------------------------
-----------------------
Tax Exempt
Number_____
PICK UP IN PERSON_____ --Delivered by Artist Annamarie Trombetta
                                        ---------------------------------------------
-----------------------------
Shipping Fee _____ date_____

EXHIBIT

#20

B

$1740

Total Amount_____

First        To be  Paid in Full  By  Check
Balance_____
Second Balance

_____

_____

NEW YORK SALES TAX

Any purchase  made in New York State requires me by law to charge NY Sales Tax.

Tax Exempt Numbers with Receipts are Required

Total Amount_____$1740_____

Artist _____

Date _____

Collector _____

Date _____

****
Varnishing Painting

In the best interest for the painting,  I recommend one coat of Conserve- Art Varnish.

This should be applied six months to a year after the painting is completed.  This is done

free of charge.



1

Plaintiff 000079

EXHIBIT#21
A

Annamarie Trombetta
175 East 96th Street (12 R)
New York, New York 10128
Tel. & Fax (212) 427-5990
E-mail trombettaart@yahoo.co
Website www.trombettaart.com

Receipt  for Purchase of Artwork by Annamarie Trombetta
From Central Park Imagery Exhibition  at  The Union League Club
Art Gallery   38 East 37th Street New York, NY 10016

March 6, 2015

DATE _____

SOLD

Phone:
                    5                        . - 3 B
Address                    ew York  10019

Receipt of Payment      To be Paid by  Check
Size    12  1/2 inch x 16 1/2 inch       Framed
Medium    Watercolor   Image Size
TITLE     The Secret Garden Watercolor-{-Mary and Dickon-}

Oil
Etching
Pastel
**Watercolor ******
Quantity_____1_____
Other_____

* Check #   977

**Price  1)**   **$ 995**       2)              3)              4)
5)              6)              7)              8)
     Total   _____

**New York Sales Tax**    **$87.oo**
Tax Exempt  Number_____
PICK UP IN PERSON_____--Delivered by Artist Annamarie Trombetta __**XXX**___

Plaintiff 000080



Shipping Fee _____ date_____

$1082

Total Amount_____

First        To be  Paid in Full  By  Check
Balance_____
Second Balance       NONE

NEW YORK SALES TAX

Any purchase  made in New York State requires me by law to charge NY Sales Tax.

Tax Exempt Numbers with Receipts are Required

$1082
Total Amount _____

                                                                                    977
                                                              5/6/15
                                                        DATE
                                                                    $ 1082.00
PAY TO THE  Annamarie Trombetta
ORDER OF
one thousand eighty-two  00/00      DOLLARS

Apple     Apple Bank for Savings
Bank      1320 Avenue of the Americas
          New York, NY 10019

MEMO

                                                    of Conserve- Art Varnish.

This should be applied six months to a year after the painting is completed.  This is done

free of charge.

Plaintiff 000081

Annamarie Trombetta
175 East 96th Street (12 R)
New York, New York 10128
Tel. & Fax (212) 427-5990
E-mail trombettaart@yahoo.com
Website www.trombettaart.com



EXHIBIT
# 22 A

Receipt  for Purchase of Artwork by Annamarie Trombetta
From Central Park Imagery Exhibition  at The Union League Club
Art Gallery  38 East 37th Street New York, NY 10016

March 8, 2015

DATE _____

SOLD   ~~L. 3d D 11~~

Phone:
                                    h Floor
Addres                              )128

Receipt of Payment       To be Paid by  Check
Size    10 inch x 12 inch      Framed
Medium   Oil   Image Size  8 inch x  10 inch Oval
TITLE     City Winter Park  Oval

Oil  *************
Etching
Pastel
Watercolor
Quantity_____1_____
Other_____

* Check #  1127

Price 1)  $ 1500      2)                  3)              4)
5)                6)                 7)              8)
    Total  $1500

New York Sales Tax    $131.oo
Tax Exempt  Number_____
PICK UP IN PERSON_____ --Delivered by Artist Annamarie Trombetta __XXX___

Plaintiff 000082

EXHIBIT # 22B

Shipping Fee _____ date_____

**$1631**

Total Amount _____

First         To be  Paid in Full  By  Check
Balance_____
Second Balance         NONE

_____

_____

NEW YORK SALES TAX

Any purchase  made in New York State requires me by law to charge NY Sales Tax.

Tax Exempt Numbers with Receipts are Required

$1631.oo

Total Amount _____

Artist _____

Date  _____ 3 / 8 / 2015 _____

Collector __

Date  _____ 3/8/15

****

Varnishing Painting

In the best interest for the paint

This should be applied six mont

free of charge.

Plaintiff 000083

Annamarie Trombetta
175 East 96th Street (12 R)
New York, New York 10128
Tel. & Fax (212) 427-5990
E-mail trombettaart@yahoo.com
Website www.trombettaart.com

EXHIBIT
#23
A

## Receipt for Purchase of Artwork by Annamarie Trombetta

DATE          September 18, 2015

SOLD                                              n;

Phone:
Address     G
            1
            W            ... ersey 07086

Receipt of Payment        Paid by Check   in three installments
Size                      14 inch Round Tondo
Medium                    Oil
TITLE                     The Secret Garden  Wedding Commission

Oil  ************
Etching
Pastel

Quantity_____1_____
Other_____

          First  #136  Second  #138  #
* Check s #  3 in total_____

Price 1) $2500        2)                   3)              4)
5)          6)                   7)              8)
     Total Deposit Check #136
                          #138
                          #

New York Sales Tax    Purchase is  Out of State
Tax Exempt Number_____
PICK UP IN PERSON_____

Plaintiff 000084



Shipping Fee _____ date_____
                     $2500

Total Amount_____

First        To be  Paid in Full  By  Check

Balance_____

Second Balance

_____

Third Balance  To be Paid on December 13, 2015

_____

NEW YORK SALES TAX   None

Any purchase  made in New York State requires me by law to charge NY Sales Tax.

Tax Exempt Numbers with Receipts are Required

          $2500

Total Amount _____

          Annamarie Trombetta

Artist

Yahoo Mail – eBay Offer Declined Notice:          Plaintiff's Evidence 000573

## eBay Offer Declined Notice:
S\

From:   eBay (bestoffer@ebay.com)

To:   trombettaart@yahoo.com

Date:   Saturday, June 13, 2015, 12:33 PM EDT

EXHIBIT #24

 **ebay**   eBay sent this message to Annamarie Trombetta (trombannam).
Your registered name is included to show this message originated from eBay. Learn more.

### Offer declined. Sorry, your offer has been declined

Dear trombannam,
Your offer has been declined on the following eBay item:

**Don't let it get away!.**

**Buy It Now**

Seller terms:   Thanks for the info, but I will wait.

BIN price:   US $39___

Check and see if you can make another Best Offer | View item | Go to My eBay

**Details for item number: 231588424969**

| | |
|---|---|
| item URL: | http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=2315 |
| End date: | Jul-09-15 06:57:54 PDT |
| Quantity: | 1 available |
| Seller: | helbent001 [contact seller] |

E:B:BODO:US:1

---

ℹ **Marketplace Safety Tip**

- If you are contacted about buying a similar item outside of eBay, please do not respond. Outside-of-eBay transactions are against eBay policy, and they are not covered by eBay services such as feedback and eBay purchase protection programs.
- Visit My eBay to manage all of your transactions (including Second Chance Offers). That way, you can be confident these transactions have been listed on eBay.

Thank you for using eBay!
http://www.ebay.com/

Learn how you can protect yourself from spoof (fake) emails at:
http://pages.ebay.com/education/spooftutorial

This eBay notice was sent to trombettaart@yahoo.com on behalf of eBay. If you would like to receive this email in text format, change your notification preferences

See our Privacy Policy and User Agreement if you have questions about eBay's communication policies.
Privacy Policy: http://pages.ebay.com/help/policies/privacy-policy.html
User Agreement: http://pages.ebay.com/help/policies/user-agreement.html

Copyright © 2015 eBay, Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are registered trademarks or trademarks of eBay, Inc.
eBay is located at 2145 Hamilton Avenue, San Jose, CA 95125.

EXHIBIT#25

Plaintiff's Evidence 000576

Yahoo Mail - eBay Reset Your Password

**eBay Reset Your Password**

From: eBay (ebay@ebay.com)

To: trombettaarf@yahoo.com

Date: Thursday, July 16, 2015, 12:35 AM EDT

**ebay** eBay sent this message to Annamarie Trombetta (trombannann).
Your registered name is included to show this message originated from eBay. Learn more

## Reset Your Password

Dear Annamarie,

This email was sent automatically by eBay in response to your request to reset your password. This is done for your protection, only you, the recipient of this email can take the next step in the password recovery process.

To reset your password and access your account, either click on the button or copy and paste the following link (expires in 24 hours) into the address bar of your browser:

https://fyp.ebay.com/ChangePassword?
recipient=43bd2fb077630d0ddcc274be04ba4b6b112bc8139c-2039dbb018880b782561f4ba61aa499aff2a4f6ec0a592fd6d87db4d63575422293c3eb7d1605ae54b44cf


Change Password

Thank you,
eBay Trust Team

ℹ️ **Marketplace Safety Tip**

- Keep your eBay account secure. Don't reply to any email that asks for your personal information. Find out more about protecting your account.

Email reference id: [e884a0c5a9552c6f4e324f1a3f014f9ef]

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at trombettaarf@yahoo.com about your account registered on www.eBay.com.

eBay will periodically send you required emails about the site and your transactions. Visit our Privacy Notice and User Agreement if you have any questions.

Copyright © 2015 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.



Yahoo M

Plaintiff's Evidence 000574

EXHIBIT

#26

INCH HEEL

CH

From:  ebay (ebay@ebay.com)
To:    trombettaart@yahoo.com
Date:  Thursday, July 30, 2015, 9:14 PM EDT

$11.99 got it! The next step is to pay. Once you do, jan       i12 will ship.



# Hey trombannam -

# You won at $11.99. Great find!

Complete Purchase

Please choose shipping and provide payment to complete your purchase.
jan            ki12 will ship as directed.



- Seller: jani           ski12 (1976)

View Item

**Update your email preferences**
You are receiving this email based on your eBay account preferences. To change which emails you receive from eBay, go to Notification Preferences in My eBay.

Plaintiff's Evidence  000735

Using our intellectual property policy | eBay

 **Customer Service**

HI! Sign in or register    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist    My eBay

Home › Customer Service › eBay's intellectual property policy

*EXHIBIT #270*

4 min article

# eBay's intellectual property policy

**Search eBay Help...**

**Intellectual property policy overview**

**What are the guidelines?**

**Prohibited use of the eBay name and logo**

**eBay domain names**

**When written permission from eBay is required**

Our name and logo are registered trademarks so their use is restricted and protected by intellectual property law.

For more details on when and how you can use our trademarks, as well as other intellectual property like buttons, banners, links, screenshots, and domain names, please see our full policy guidelines below.

## Frequently Asked Questions

### Can I use the name eBay and logo on my own website?

You can use the name eBay to refer to eBay on your own website. For example, you can say: "See my antiques on eBay!" Make sure to spell it correctly – eBay, not Ebay or ebay.

To use the logo, however, you have to have a written trademark license agreement with eBay.

### Can I use the eBay name and logo on my business card?

No, you can't use our logo or name on your business card.

### Can I use the eBay logo on my own website to create a link to my eBay Store?

No, you can't use the eBay logo or name as a link. The only time this is allowed is if you use a "Right Now on eBay" button to link your site to the eBay home page. Learn more about linking your site to eBay.

### Can I combine eBay or Bay with the name of my Store to create a new user ID, Store name or domain name?

No, that's against our policy. eBay owns the trademark rights to the eBay name. You can't own or use a user ID, Store name or domain name that contains a trademark owned by another person or company.

## Read our full policy

## Intellectual property policy overview

EXHIBIT #27 (2)

Plaintiff's Evidence  000736

Using our intellectual property policy | eBay

The eBay name and logo are registered trademarks in the US and internationally. Use of the eBay name and logo are only allowed if an individual or organization has a written license agreement with eBay.

These guidelines explain when you can and can't use the eBay logo, name, or screenshots of the eBay website.

Make sure you follow these guidelines. If you don't, you may be subject to a range of other actions, up to and including limits of your buying and selling privileges and suspension of your account.

## What are the guidelines?

### Use of the eBay name

You may use the eBay name to refer to eBay (for example, "Check out my antiques on eBay" or "I sell on eBay") provided you adhere to the following guidelines:

- Your use can't mislead consumers as to any eBay sponsorship, affiliation, or endorsement of your company, products, or services
- When referring to eBay, use the eBay name in a plain text font and format only. Never use the eBay logo in a sentence
- eBay is always spelled "eBay." It's never spelled "Ebay," "e-Bay," or "ebay"

### eBay Partner Network

You may apply to join the eBay Partner Network and use our special eBay banner on your website.

### Use of the "Right Now on eBay" button

If you have your own web page, you can use a "Right Now on eBay" button to link your site to the eBay home page. Learn more about linking your site to eBay.

Except for the "Right Now on eBay" link button, you can't use any other eBay logo or graphic to link to eBay.

### Use of the eBay logo

You may not use the eBay logo unless you are granted an express written trademark license by eBay.

### Use of screenshots

You may not use screenshots from eBay unless you are granted an express written license by eBay.

## Prohibited use of the eBay name and logo

eBay does not permit the use of its name and logo for any of the following:

- Business cards
- As website links
- Domain names
- Name of your eBay store or your user name

Plaintiff's Evidence     000737

Using our intellectual property policy | eBay

EXHIBIT 27
(3)

- Mailing labels
- Store windows
- Referring to eBay in a way that could lead someone to believe that you are sponsored by, affiliated with, or endorsed by eBay

## eBay domain names

eBay owns exclusive trademark rights to the eBay name in the US and internationally. We don't allow the registration, ownership, use, or sale of a domain name containing "eBay" Listings that attempt to sell an eBay domain name are removed from eBay.

While it's popular to register, use, and sell domain names (including on eBay), you generally aren't allowed to own, sell, or use a domain name that contains a trademark owned by another person or company. For more information, see the Anticybersquatting Consumer Protection Act of 1999.

## When written permission from eBay is required

You must request written permission from eBay for the use of eBay intellectual property as follows:

- Any use of the eBay logo
- Any use of the eBay screenshots
- Any use of the eBay name in books, on merchandise, or for sponsorships, including conferences

Please note that we reserve the right to deny your request at our sole discretion.

Submit your request using our Intellectual Property Permission Center. You can also email us at ippermissions@ebay.com.

## Was this article helpful for you?

You might also be interested in:

### User Privacy Notice

In our User Privacy Notice we have compiled all essential information about our handling of your personal data and your corresponding rights for you....

15 min article

### Community content policy

Sharing content with other eBay members - either via discussion boards, product reviews, collections or groups - is a great way to help build the eBay...

4 min article

*7* Plaintiff's Evidence 000738

Using our intellectual property policy | eBay

Our wait times are currently longer than usual. We'll be with you as soon as possible. In the meantime, if you're a seller, we recommend that you check out Seller Help. If you're a buyer, you should search our help pages for the information you need. We apologise for this delay.

## Need more help?

### Contact us

## Other options for you

### Ask the Community

Copyright © 1995-2022 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Do not sell my personal information and AdChoice



Plaintiff000163

Yahoo Mail - Annamarie Trombetta---Inquiry about Worthpoint Website---Oil Painting

Plaintiff 000016

## Annamarie Trombetta---Inquiry about Worthpoint Website---Oil Painting

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:    spoof@ebay.com

Cc:    ippermissions@ebay.com

Date:  Thursday, November 26, 2015, 10:07 AM EST

EXHIBIT 28

To the E Bay Staff,

My name is Annamarie Trombetta.   I am an artist and I received an e-mail that
informed me about a website named
Worthpoint.com.

When I googled me name Annamarie Trombetta I found this Marilyn Monroe link below.
At the bottom of the Maryiln Monroe link is a link to a painting that Worthpoint is
 stating that I painted. My biography is listed in great detail, however I did NOT paint
this image.

Please review the information below.   I am requesting a response as soon as possible.

Here is the e-mail that my contact forwarded to me from Worthpoint
NOV 16, 2015 | 08:35AM EST
**Anita B.** replied:
Hello,
We do not buy or sell anything on the site. Rather, we buy sales records from various auction
houses and sites and compile them into a price guide to help users determine the value of
antiques and collectibles.
If this particular item sold on EBay, I recommend trying to contact EBay, as they may be able to
provide you with the additional information you are seeking.
Kind Regards,
The WorthPoint Team
www.WorthPoint.com
(877) 481-5750

Regards,

Customer Support Team
WorthPoint, Inc.


Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz;
Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

Exhibit 29 A



Wayback Machine

1 capture
22 Sep 2015

https://www.askart.com/artist/Annamarie_Trombetta/11156459/Annamarie_Trombetta.aspx

web.archive.org

Annamarie Trombetta – Artist; Fine Art Prices; Auction Records for Annamarie Trombetta

AUG SEP OCT
22
2014 2015 2016

Go

Subscribe

Sign in

What's my art worth?   Auction Records   Research Art   Buy / Sell   Our Services

a b c d e f g h i j k l m n o p q r s t u v w x y z

Enter artist name or use alphabet

## Annamarie Trombetta (born 1963)

Annamarie Trombetta is active/lives in New York. Annamarie Trombetta is known for geometric still life arrangements-painting.

| The Artist | Auction Records | Buy / Sell | Resources |
|---|---|---|---|
| Overview | Auction Records (0) | For Sale (0) | Signatures (0) |
| Biography | Upcoming Auctions (0) | Wanted (0) | Related Artists |
| Quick Facts | What's my art worth? | Dealers (0) | Publications |
| Get Alerts | Charts | Place an Ad | Samples of work |

### Biography Annamarie Trombetta

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for m ...  Displaying 750 of 8277 characters.

Discover art and art prices ...

- Auction records and images
- Record prices, graphs, stats
- Artist signature examples
- More about subscribing

Subscribe

Sign in

Plaintiff00149

Yahoo Mail - Re: Annamarie Trombetta

Exhibit # 29 B

4/5/22, 4:01 PM

## Re: Annamarie Trombetta

From: Bob Bahr (babahr@yahoo.com)

To:  trombettaart@yahoo.com

Date:  Thursday, March 5, 2015, 09:53 AM EST

Date March 5 2015

Thanks. Very glad you liked it. Yes, that is the right link.

I will try to send you a PDF later so you have it in that form as well.

Hope we can paint together sometime when it's above freezing!

Bob

From: Annamarie Trombetta <trombettaart@yahoo.com>
To: Bob Bahr <babahr@yahoo.com>
Sent: Thursday, March 5, 2015 9:47 AM
Subject: Annamarie Trombetta

Ask Art Website

Hi Bob,

Thank you so much for a wonderful article.    I have been sharing it with some of my collectors and  colleagues
and will do so with many more people. Also thank you for your recommendation for the Ask Artwebsite . I consent
to include  my biography  listing to their site.
Can you send me a link that is just this piece or is this the link below??    Also is there a magazine version that I
can purchase.

I am please with the work that you selected as one of my collectors expressed her delight as well.

With sincere gratitude,
Annamarie Trombetta

http://www.outdoorpainter.com/artist-profiles/central-park-s-plein-air-past.html?
utm_source=Art+List&utm_campaign=f24b0abe29-PAT_3_4_15&utm_medium=email&utm_term=0_6907cc7961-
f24b0abe29-232018861

Plaintiff000151

## A Big Thank you from Annamarie Trombetta

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:     babahr@yahoo.com

Date:   Saturday, June 6, 2015, 12:49 PM EDT



Hi Bob.

My sincere appreciation for including me once again in Outdoor Painter!  I am indeed delighted as was
the host of the show to learn that the link and a feature was in the Newsletter for Outdoor Painter.

It is the kind of situation that brings attention not just to me--the Magazine but also to the Hudson River
School Painters who have done so much for this country's history in art, Parks and conservation.

Last thank you for the recommendation.  I am delighted that my bio is now on AskArt-- Mille Grazie
for that!

I hope to meet you in person one of these days.  Let's plan a meeting if you live in the New York area.
Take great care and all the best to you.

Warm Regards,
Annamarie Trombetta



Plaintiff000150





Plaintiff0001154

EXHIBIT # 30A

*Missing Name*

askART  The Artists' Bluebook™ ~Worldwide Edition!

Artist Search

artist last name [ ] first name (optional) [ GO ]

a b c d e f g h i j k l m n o p q r s t u v w x y z

► GO TO HOME PAGE

Login for full access

Login | Register
View AskART Services

AskART

Sign up Here

*may require subscription

## Annamarie Trombetta (1983-)

| Research : Annamarie Trombetta | Marketplace : Annamarie Trombetta | |
|---|---|---|
| **Summary** | | |
| Quick facts | Examples of her work | For sale ads | Auction results |
| Biography™ | Exhibits - current | Wanted ads | Auctions upcoming for her |
| | Museums | Dealers | Auction sales graphs* |
| Book references | Magazine references pre-2007 | What's my art worth? | Magazine ads pre-1998* |
| Discussion board | Signature Examples | Market Alert - Free | Place a classified ad |

**Lived/Active:** New York     **Known for:** geometric still life arrangements-painting

Back to Previous Page

**Available for Annamarie Trombetta:**

Quick facts (Styles, locations, mediums, teachers, subjects, geography, etc.) Annamarie Trombetta     yes
Biographical information  Annamarie Trombetta     yes
Book references  Annamarie Trombetta     0
Magazine references  Annamarie Trombetta     1
Discussion board entries  Annamarie Trombetta     0

(free) Please send me Alert Updates for Annamarie Trombetta
What is an alert list?

## This biography from the Archives of AskART:

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic processes. When I was a young seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.

As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of losing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was a almost fatal perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.

I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.

Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, politic al and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing

EXHIBIT A

and painting skills. In the mid Eighties I attended The New York Academy of Art which focused on teaching the history and traditional techniques from periods of art, such as the Italian Renaissance, the classical and neoclassical periods in France, as well as the Spanish, Dutch and Fleming masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective.

During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a huge painting. The views felt so familiar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly VanGogh in a wheat field painting or see the circular hay stacks change colors by sunset right before my eyes. The truth captured in their paintings a century ago felt so real to me, it spiraled an indelible influence. This experience still inspires me to strive towards capturing my subjects with a sense of presence and atmosphere. Visiting Italy again, my ancestral homeland, sharpened my acuity and attraction to works of art on uniquely shaped canvases. There were so many moments that will be with me throughout my life, most notable was to see the chariot markings while walking in the ruins of ancient Rome, or to near bells toll in St. Mark's Square, and to be within inches of some of the most revered art in the world.

When I returned to the States, the desire to develop artwork in various mediums became the goal. I started attending The National Academy School of Fine Arts to explore and perfect the media of pastels and figure painting, and also to study printmaking. During this time I was employed at The National Academy Museum. The Academy and its intriguing history filled the chasm of my knowledge for the heritage of American art while also informing me of the cultural developments in my country, particularly those in New York. The opportunity to read the Academy's books while I was working at the Museum, was an enlightening experience. I learned, most importantly, the Hudson River School painters and their personal involvement with writer/poet William Cullen Bryant. This relationship between artists and writers of that time initiated the unfoldment of Central Park. The Park, which is adjacent to The National Academy Museum was already charted territory for my artistic expression. Learning about the creation of the Park intensified my passion for depicting it.

During my tenure at The Academy, a conversation with a museum visit led to my interest in the W.B. Yeats Society of New York, and another trip abroad. Coincidentally and perhaps synchronistically I had been attending lectures on Theosophy about the same time I was learning about Yeats. Crucial to my personal and professional development at that time was my comprehension of why Theosophy influenced the modern movement in the Arts. Yeats, like many other writers, musicians, and artists such as Mondrian and Klee, etc. drew inspiration from the philosophical texts written by the robust Russian, Madame Blavasky. Within a few months I had won a scholarship under the auspices of the Yeats Summer School in Sligo, Ireland via the Yeats Society of New York.

A short trip to London, preceded the Summer School, where I hunted down John Singer Sargent's charcoal sketch of Yeats at the National Portrait Gallery. This inspired a trip to the Tate, and several other collections. Traveling to England first set the stage for the political, personal and historical dynamics that I was about to encounter regarding the legacy of Yeats and of Ireland. Before the school commenced, there was a ceremonial service at Drumcliff Church where Yeats is buried. The picturesque view, and the enigmatic words of his icy epitaph became etched in my memory on that day and inspired me to create a painting titled after his poem "Under Benbulben" which elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work.

To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated "souly" on "The Holy Tree" described in Yeats' poem "The Two Trees". This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This catalogue highlights the pictorial progression from that trip and the time that followed.

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well as an artist. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and guidance in my life.

Source:
The website of the artist

go to top

home | site map | site terms | AskART services & subscriptions | contact | about us
copyright © 2000-2010 AskART all rights reserved ® AskART and Artists' Bluebook are registered trademarks.
A | B | C | D-E | F-G | H | I-K | L | M | N-P | Q-R | S | T-V | W-Z
frequently searched artists 1, 2, more....
art appraisals, art for sale, auction records, misc artists

*™ If you discover credit omissions or have additional information to add, please let us know at registrar@askART.com.

EXHIBIT #30 B



← → C   ⚠ Not Secure | web.archive.org/web/20150922105738/https://www.askart.com/artist/A...

22 Sep 2015
1 capture

Enter artist name or use alphabet

**askART**   What's my art worth?   Auction Records   Research Art   Buy / Sell   Our Services

a b c d e f g h i j k l m n o p q r s t u

## Annamarie Trombetta (born 1963)

Annamarie Trombetta is active/lives in New York. Annamarie Trombetta is known for geometric still life arrangements-painting.

| The Artist | Auction Records | Buy / Sell | Resources |
| --- | --- | --- | --- |
| Overview ➧ | Auction Records (0) | For Sale (0) | Signatures (0) |
| Biography | Upcoming Auctions (0) | Wanted (0) | Related Artists |
| Quick Facts | What's my art worth? | Dealers (0) | Publications |
| Get Alerts | Charts | Place an Ad | Samples of work |

Sign in   Subscribe

## Discover art and art p

- Auction rec
- Record pric
- Artist signa
- More abou

### Biography Annamarie Trombetta

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for m ... Displaying 750 of 8277 characters

> Continue reading about Annamarie Trombetta

Plaintiff000259

EXHIBIT #38B

Missing Name

http://www.askart.com/askart/wos.aspx?artist=1115459

Ziguilutes

2010 | AUG  29 | SEP | 2010 2004 | 2015 About this Capt

Ask/ART The Artist's Bluebook™ -Worldwide Edition!

Annamarie Trombetta

Artist Search

artist last name | first name (optional) | Go

a b c d e f g h i j k l m n o p q r s t u v w x y z

> GO TO HOME PAGE

* may require subscription

Login for full access

Login | Register
View AskART Services

Ask/ART
Sign Up Here

| About: Annamarie Trombetta | | Buy and Sell: Annamarie Trombetta (1983- ) |
|---|---|---|
| **Summary** | | |
| Quick facts | Examples of her work | For sale ads | Auction results" |
| Biography™ | Exhibits - current | Wanted ads | Auctions upcoming for her" |
| Book references | Museums | Dealers | Auction sales graphs" |
| Magazine references | Magazine references pre-2007 | What's my art worth? | Magazine ads pre-1998" |
| Discussion board | Signature Examples" | Market Alert - Free | Place a classified ad |

**Lived/Active:** New York    **Known for:** geometric still life arrangements-painting

**Available for Annamarie Trombetta:**

**Quick facts** (Styles, locations, mediums, teachers, subjects,
geography, etc.) Annamarie Trombetta                        yes
Biographical information (Annamarie Trombetta)              yes
Book references (Annamarie Trombetta)                       0
Magazine references (Annamarie Trombetta)                   1
Discussion board entries (Annamarie Trombetta)             0

📧 **Please send me Alert Updates for Annamarie Trombetta**
(free)
What is an alert list?

AC Code: 4

### This biography from the Archives of AskART:

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthy descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge.

As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely.

I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly.

WP000143

Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, political and historical relevance while applying

EXHIBIT #30B

to art colleges. I was accepted to Parsons' School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the chemistry of the city, I was not satisfied with the level of my drawing and painting skills. In the mid Eighties, I attended The New York Academy of Art which focused on teaching the history and traditional techniques of art, such as the Italian Renaissance, the classical and neoclassical periods in France, as well as the Spanish, Dutch and Flemish masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective.

During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a painting. The views felt so similar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly VanGogh in a wheat field painting or see the circular hay stacks changing colors by the sunset right before my eyes. The truth captured in their paintings a century ago felt so real to me, it spiraled an indelible influence. This experience still inspires me to strive towards capturing my subjects with a sense of presence and atmosphere. Visiting Italy again, my ancestral homeland, sharpened my acuity and attraction to works of art on uniquely shaped canvases. There were so many moments that will be with me throughout my life, most notable was to see the chariot markings while walking in the ruins of ancient Rome, or to hear bells toll in St. Mark's Square, and to be within inches of some of the most revered art in the world.

When I returned to the States, the desire to develop artwork in various mediums became the goal. I started attending The National Academy School of Fine Arts to explore and prefect the media of pastels and figure painting, and also to study printmaking. During this time I was employed at The National Academy Museum. The Academy and its intriguing history filled the chasm of my knowledge for the heritage of American art while also informing me of the cultural developments in my country, particularly those in New York. The opportunity to read the Academy's books while I was working at the Museum, was an enlightening experience. I learned, most importantly, that the Hudson River painter Asher Durand's personal involvement with writer/poet William Cullen Bryant. This relationship between artists and writers, at that time initiated the unification of art and literature adjacent to The National Academy Museum was already charted territory for my artistic expression. Learning about the creation of the Park intensified my passion for depicting it.

During my tenure at The Academy, a conversation with a museum visit led to my interest in the W.B. Yeats Society of New York, and another trip abroad. Coincidentally and perhaps synchronistically I had been attending lectures on Theosophy about the same time I was learning about Yeats. Crucial to my development at that time was my comprehension of why Theosophy influenced the modern movement in the Arts. Yeats, like many other writers, musicians, and artists such as Mondrian and Klee, etc, drew inspiration from this philosophical texts written by the robust Russian, Madame Blavatsky. Within a few months I had won a scholarship under the auspices of the Yeats Summer School in Sligo, Ireland via the Yeats Society of New York.

A short trip to London, preceded the Summer School, where I hunted down John Singer Sargent's charcoal sketch of Yeats at the National Portrait Gallery. This inspired a trip to the Tate, and several other collections. Traveling to England first set the stage for the political, personal, and historical dynamics that I was about to encounter regarding the legacy of Yeats and of Ireland, before the storm commenced, there was a ceremonial service at Drumcliff Church where Yeats is buried. The picturesque view and the enigmatic words of his icy epitaph became etched in my memory on that day and inspired me to create a painting titled after his poem "Under Benbulben" which elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work.

To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated "solely" on "the Holy Tree" described in Yeats' poem "the Two Trees". This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This catalogue highlights the pictorial progression from that trip and the time that followed.

I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well asan and also. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and guidance in my life.

Source:
The website of the artist

** If you discover credit omissions or have additional information to add, please let us know at *registrar@AskART.com*.

go to top

WP000144