3 of 4

# EXHIBITS PLAINTIFF'S REPLY TO WP 479

**EXHIBIT #31** Plaintiff's deposition pages 124 thru to 130 RE-2012 eBay sale and
N. Novocin June 2020 declaration wrong year  <u>1997</u> not 1977.

**EXHIBIT#32** Norb Novocin Deposition page 1with 1997 incorrect year. Pl.Evid 000174

**EXHIBIT #33** Red Pencil Signature with  wrong spelling ANNA  MARIA …Gifted 1977
Plaintiff  Evid.  000165

**EXHIBIT#34** Jason Packer Declaration basing data on  Plaintiff's website email
<u>annamarie@trombettaart.com</u> that was NEVER used to Contact
WorthPoint at any time.  Plaintiff's website email is public and only
used to receive and respond to SENT emails to that address.

**EXHIBIT #35** Plaintiff's deposition pages 47-48 and 178  only Yahoo email and
Plaintiff's website email not used to contact sources only as a response.

Plaintiff's Statement  # 6

**EXHIBIT #36** eBay Phone Transcript pages 8, 9 and 19 verified WP website by eBay  agents.

**EXHIBIT #37** Jan. 14, 2016 Item Review Request on WorthPoint website to remove false 1972 URL
Pl. Evid 000285 and Pl. Evid 000286.

**EXHIBIT #38A** 2016 Jan-thru Feb. Phone calls from Plaintiff with WorthPoint  staff Anita Brooks.
38B Pl. Evid 000930 WorthPoint outgoing phone message "looking to buy or sell press 3.

**EXHIBIT #39**  Plaintiff's deposition  pages 195 thru to  200  ( See EX. 37)

Plaintiff's  Statement #7

**EXHIBIT #40**   Norb Novocin deposition pages 38-41-43

**EXHIBIT #41** A WorthPoint ad and  Text Webpage   Pl. Evid.  000158 000160
B WorthPoint 2022 SENT  email to Plaintiff  despite  litigation Pl. Evid. 000880

Plaintiff's  Statement # 10

**EXHIBIT #42** Full eBay phone call transcript confirming  1972 false post on WorthPoint's website.

**EXHIBIT # 43** WorthPoint's evidence   WP000062, WP000096 and WP0000135  The same
email  response  from Will Seippel is in Plaintiff's Evid.00034 and 000039.

EXHIBIT #31 (1)

Page 124

1                    A. Trombetta

2          A.     You are asking me that question but

3      you are not giving me a time frame.

4                 Are you asking me that if I had

5      evidence in and on Thursday August 13, 2015 when I

6      printed this out?

7          Q.     I am saying sitting is here today, do

8      you have any evidence whether or not this listing,

9      this posting had come from eBay?

10         A.     Sitting here today there is a plethora

11     of seven years worth of miscommunication and

12     duplicitous responses.  I cannot say in complete

13     certainty that this sale happened on eBay.

14                MR. BIALEK:  So again, can you read

15         back my question please Lynne?

16                (Record read.)

17         A.     I can't say with certainty.

18         Q.     And sitting here today, do you have

19     any evidence as to whether Estate Auctions was the

20     author of this listing?

21         A.     Based on a phone call on January 10,

22     2017 straight from Mr. Novocin's words recorded in

23     a phone call, he claims that this painting was

24     sold on eBay.  August 30, 2022

25         Q.     Do you have any evidence as you sit

EXHIBIT #31 (2)

Page 125

1              A. Trombetta

2    here today whether this posting was crafted by

3    Estate Auctions?

4         A.      There is a declaration dated July

5    2020, the date I can't give you verbatim, that is

6    in the words of Norb Novocin that he gleaned my

7    biography.  I can't remember the statements

8    verbatim, but according to Norb Novocin you would

9    have to read his declaration which according to

10   court documents is subject to penalty of perjury.

11             MR. BIALEK:  Can you please mark this

12        as Defendants' Exhibit 10 which is a

13        Declaration of Norb Novocin in Support of

14        Defendant's Motion For an Order Requiring

15        Plaintiff to Post a Bond.

16             (Defendants' Exhibit 10, Declaration

17        of Norb Novocin in Support of Defendant's

18        Motion For an Order Requiring Plaintiff to

19        Post a Bond, marked for identification, as

20        of this date.)

21        Q.    I am showing you what has been marked

22   as Defendants' Exhibit 10 and ask if you recognize

23   this document.

24        A.    I was sent this document, that is

25   correct.

EXHIBIT #31 (3)

Page 126

1                    A. Trombetta

2          Q.     Do you recognize this document?

3          A.     I recognize this document.

4          Q.     Is this the document that you were

5     just referring to a second ago as the declaration

6     from Mr. Novocin?

7          A.     This is indeed that very document.

8          Q.     Can you tell us when this was filed?

9          A.     It was filed June 26th of 2020.

10          Q.     And can you see when it was signed?

11          A.     June 25th of 2020.

12          Q.     And do you see in the third paragraph,

13     can you read that please?

14          A.     You want me to read?

15          Q.     Yes, please.

16          A.     "In 2012, Estate Auctions listed a

17     painting on its eBay storefront that I (Norb

18     Novocin) personally inspected.  The painting was

19     signed on the front by quote A. Trombetta end

20     quote and featured a description reading quote

21     Annamarie Trombetta quote gifted end quote 1997,

22     painted quote 1972 end quote in red along the back

23     stretcher (the painting)."

24          Q.     And your understanding of this

25     paragraph is what?  Withdrawn.

EXHIBIT
#31:

Plaintiff000142

EXHIBIT #31(4)

Page 127

1                    A. Trombetta

2              What is your understanding of this

3    paragraph?

4         A.    My understanding is that this is a

5    complete false statement.

6         Q.    Do you understand that Estate Auctions

7    claims that it listed a painting on its eBay

8    storefront in 2012?

9         A.    I understand that my name was used

10   incorrectly based on that dual A Trombetta,

11   Annamarie Trombetta incorrectly used, I don't know

12   what to think at this point.  You are trying to

13   build something around a false statement.

14        Q.    Are you accusing Mr. Novocin of lying

15   here?

16        A.    I am clarifying that A Trombetta,

17   Annamarie Trombetta in the year 1972 and/or in the

18   year 1977 did not paint in oil.

19        Q.    Do you refute the fact that Mr.

20   Novocin is conceding that in 2012 Estate Auctions

21   listed a painting on its eBay store front?

22        A.    It is his declaration.  If he is not

23   here to validate or stand by his statement, I as a

24   private person who had nothing to do with the

25   composition and the declaration, cannot give you

EXHIBIT # 31

5

Page 128

1                    A. Trombetta

2   any answer --

3        Q.    Are you refusing --

4        A.    -- with certainty.  Am I refuting, of

5   course I am.  That is my name.  That is my initial

6   and last name and the dates listed are dates that

7   I did not paint the painting was signed.

8        Q.    I am asking a different question.  It

9   says "In 2012 Estate Auctions listed a painting on

10  its eBay storefront."

11            Do you see that?

12       A.    I see it.  Asked and answered, number

13  one.  I will further clarify since I had nothing

14  to do with this painting and I know this to be a

15  false statement, an incorrect statement, a

16  statement that when I informed Mr. Novocin that I

17  was not the artist, he refuted as a mistake.

18       Q.    All I am asking is whether or not in

19  2012 Estate Auctions listed a painting on its eBay

20  storefront?  That's all I am limiting this

21  question to.

22            Do you see that statement?

23       A.    I understand your point.  It is

24  information.  Whether it is correct or not I

25  cannot make a verifiable statement as to whether

EXHIBIT #31 (6)

1              A. Trombetta

2    it is true or not.

3         Q.    So you don't though whether or not in

4    2012 Estate Auctions listed a painting on its eBay

5    store front?

6         A.    I do not know if that statement that

7    Estate Auctions Inc. listed a painting in that

8    year 2012 on eBay.  I do not know that to be

9    verifiably true.

10        Q.    Do you know whether Mr. Novocin

11   inspected, personally inspected the painting?

12        A.    I have never met Mr. Novocin.  I

13   cannot answer that question.

14        Q.    Do you have any evidence that Mr.

15   Novocin did not personally inspect the painting?

16        A.    I can't say with certainty.  I don't

17   know this person.  What I can say with certainty

18   is that he claims my name is on it, this painting,

19   when I say it and in those years I never painted

20   in oil.  I was nine-years old.

21        Q.    When did you start painting in oil?

22        A.    That had been asked and answered and

23   we read it in my biography.

24        Q.    I don't think I asked the question.

25              When did you start painting in oil?

EXHIBIT #31 (7)

Page 130

1                    A. Trombetta

2   Do you need to --

3        A.    I began my formal training -- no.  I

4   am trying to point out to you that it states in my

5   biography I began my formal training --

6        Q.    Did you paint in --

7        A.    -- in high school.  In answer to your

8   question in high school.

9        Q.    That's when you started painting in

10  oil?

11       A.    That is correct.

12       Q.    You never painted in oil before then?

13       A.    For the record, oil and oil paints are

14  highly toxic.  For a child to paint in oil the

15  atmosphere and the paints would have to be clearly

16  and carefully monitored.  Some paints in oil have

17  a warning on them.  That's how toxic they are.

18       Q.    When did you start painting in oil?

19       A.    Asked and answered.

20       Q.    In high school?

21       A.    Correct.

22       Q.    So that would have been somewhere in

23  the late 1970s, early eighties?

24       A.    1980 I believe.  I need to take a

25  bathroom break.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXHIBIT

#32

ANNAMARIE TROMETTA,                      )
                                          )
          Plaintiff,                      )       Case No. 18-cv-0993-RA-SLC
                                          )
     v.                                   )
                                          )
NORB NOVOCIN, MARIE NOVOCIN,              )
ESTATE AUCTIONS, INC., WORTHPOINT         )
CORPORATION, WORTHPOINT.COM, and          )
JASON PECKER,                             )
                                          )
          Defendants.                     )
                                          )

**DECLARATION OF NORB NOVOCIN IN SUPPORT OF DEFENDANTS' MOTION
FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND**

I, Norb Novocin, declare as follows:

1.     Together with my wife and co-defendant in this case, Marie Novocin, I owned
and operated Estate Auctions, Inc. from April 23, 2012 until 2019.

2.     Estate Auctions curated a wide array of art and similar items that it sold through
an online storefront on eBay.

3.     In 2012, Estate Auctions listed a painting on its eBay storefront that I personally
inspected. The painting was signed on the front by "A. Trombetta" and featured an inscription
reading "Annamarie Trombetta 'Gifted' 1997, 'Painted' 1972" in red along its back stretcher (the
"Painting").

4.     As was our typical practice, I conducted research to identify the artist who signed
the Painting using online research tools designed for that purpose such as *AskArt.com*.

5.     When researching the Painting, I found only one artist whose name matched "A.
Trombetta" and that artist was the Plaintiff, Annamarie Trombetta. Because "Annamarie

1

Plaintiff000174



Plaintiff000165



Plaintiff 000137



Plaintiff 000143

EXHIBIT #34

15.    Figure 9 shows, once again, that the visitor on May 8, 2017 also encountered the "404 Page not found" error, which demonstrates with a reasonable degree of professional certainty that the URL had not returned any content and had not been reloaded.

16.    I further declare that there have not been any tagging errors or outages that would have caused significant data loss to WorthPoint's data processing server or Google Analytics account during the relevant time periods from 2012 to present.

17.    WorthPoint monitors their Google Analytics account closely and logs issues in Google Analytics as annotations. There are no relevant annotations in Google analytics indicating any tagging errors or outages during the relevant time period.

18.    WorthPoint does not sell any artworks or collectables. Rather, visitors and subscribers to WorthPoint's website are given an opportunity to view available information on sales of artwork. Further, only paid subscribers can view the price for which listed artworks or collectibles previously sold. WorthPoint was not involved in the sale of the 1972 Man with Red Umbrella painting, did not create the content in the listing, did not participate in identifying the artist of the painting, and was not party to the inclusion of plaintiff's biography in the original listing.

19.    According to WorthPoint's log of price lookups (a true and correct screenshot of which is annexed hereto as Exhibit 3 and Figure 10 below) made from the price guide detail page, only two users made those requests for the artwork described in the subject URL. Upon information and belief, annamarie@trombettaart.com is plaintiff's email address, meaning that one of the two users looking up the price for the subject painting was plaintiff herself. Upon information and belief, the other visitor, with an address of Simianarts@cs.com appears to have been plaintiff's friend.

9



**Figure 10:**

```
worthpoint=> select email,date_unsubscribed from price_lookup, wpuser where wpuser.id = price_lookup.user_id
and inventory_id='368924172';
            email          |    date_unsubscribed
---------------------------+--------------------------
annamarie@trombettaart.com | 2016-02-03 23:25:13.404
simianarts@cs.com          | 2015-08-31 10:10:54.099
(2 rows)
```

20.     I have searched WothPoint's records and confirmed that neither user referenced in Figure 10 was an active subscriber to WorthPoint's services after February 3, 2016. Once they were inactive, they would not have been able to see the price that the painting previously sold at.

21.     WorthPoint's website currently receives approximately 650,000 Googlebot spidering data refresh requests per day to price guide detail pages, which Google does in order to capture the content of those pages for their search engine, as well as cache versions of pages. WorthPoint currently has over 670 million price guide detail pages, which means that on average, each individual page may be spidered by Google and refreshed approximately once per 1,031 days. The frequency at which Googlebot returns to an individual URL may vary greatly, but on average individual price guide detail pages such as the URL in question are requested very infrequently if at all.

22.     In my personal experience serving as the SEO lead for WorthPoint since 2008, the overall volume of price guide detail pages and spidering rates were different in 2015-2017 vs currently, but the ratios of how often each page may be crawled and refreshed has remained quite consistent. Annexed hereto as Exhibit 4 and Figure 11 is a true and correct screenshot of WorthPoint's crawl request data:

**Figure 11:**

EXHIBIT #35

Page 47

1               A. Trombetta

2     G-mail account prior to 2017?          Yahoo Email

3          A.    No.

4          Q.    Other than A Trombetta art at

5     G-mail.com and Trombetta art at Yahoo.com, have

6     you used any other e-mail accounts since 2015?

7          A.    Yes.

8          Q.    What other e-mail accounts have you

9     used since 2015?

10          A.    Since 2015?

11          Q.    Correct.

12          A.    Give me a moment.  In 2015 I believe I

13     only have the one e-mail for Yahoo.

14          Q.    After 2015 other than the A Trombetta

15     art at G-mail.com, had you used any other e-mail

16     accounts to the present?

17          A.    To the best of my recollection, no.

18     There was only the one e-mail at Yahoo.

19          Q.    No, but since then, you said that you

20     started using A Trombetta art at G-mail.com in

21     2017?

22          A.    I will say this, my website has an

23     e-mail and this is one of those situations where

24     details -- it is like an old computer.  The file

25     won't upload upon immediate command.  It takes a

EXHIBIT #35

Page 48

1          A. Trombetta      Yahoo email

2      while.

3              So to clearly answer your question

4      again, there was the Yahoo account and there was

5      the e-mail related to my website.

6          Q.    And the G-mail?

7          A.    The G-mail came into existence late in

8      2017.

9          Q.    So the -- your website domain is

10     Trombetta art.com?

11         A.    That's correct.

12         Q.    And the e-mail that you had there was

13     Annamarie at Trombetta art.com; is that correct?

14         A.    That is correct.

15         Q.    Did you have any other e-mail through

16     Trombetta art.com?

17         A.    That's the one e-mail.

18         Q.    And that was set up when you started

19     your website?

20         A.    That is correct.

21         Q.    But you didn't use that regularly; is

22     that fair to say?

23         A.    I checked it regularly.

24         Q.    But your outgoing e-mail was through

25     Yahoo until 2017?

EXHIBIT #35

Page 178

1        A. Trombetta  *Yahoo email*

2  and make an inquiry.

3        Q.    Have you done that over the last six

4  years?

5        A.    I cannot say that I have.

6        Q.    Do you know whether there is any

7  evidence that Worthpoint visited your website

8  prior to February 2015 or August 2015?

9        A.    I need to answer this in three

10  particular ways.  First and for most, since this

11  occurred in 2015 it has been a nightmare in which

12  like a horror movie the source of the chaos and

13  confusion keeps coming back to life and has yet to

14  be vanquished.

15        Secondly, I have e-mails from

16  Worthpoint that were sent to my website.

17        Three, I never gave Worthpoint my

18  e-mail address from my website.  That is an

19  important point.

20        Q.    You have no record of Worthpoint being

21  on your website in 2012; correct?  Yes or no?

22        A.    At present I do not.

23        Q.    And you have no record of Worthpoint

24  being on your website prior to August 13, 2015; is

25  that correct; yes or no?



EXHIBIT #: 36 Page 8

EBAY Phone Transcript

**EBay Customer Service**
We can only provide if we have an item number. I can provide the item number. All right.

00;14;38;18 - 00;14;41;13
**Annamarie Trombetta**
Thank you

**EBay Customer Service**
please. Stay on the line.

00;14;41;13 - 00;14;41;26
**Annamarie Trombetta**
I will.

00;14;42;18 - 00;14;43;10
**EBay Customer Service**
I will Be placing you on hold.

00;14;43;19 - 00;14;45;01
**Annamarie Trombetta**
Thank you. Thank you.

00;14;46;11 - 00;14;48;06
**EBay Customer Service**
Thanks so much for staying on line here Anna

00;14;48;08 - 00;14;49;15
**Annamarie Trombetta**
Yes. And your name?

**EBay Customer Service**
Yeah, my name is Jamie.

00;14;53;05 - 00;14;57;27
**Annamarie Trombetta**
Jamie. Jamie, what do you mean by it was a third party seller.

00;14;58;17 - 00;15;01;06
**Jamie EBay Customer Service**
Um, it's like they're using a third party application.

00;15;02;18 - 00;15;03;10
**Annamarie Trombetta**
Who is using.

00;15;03;10 - 00;15;09;11
**Jamie  EBay Customer Service**
A open third party apps on their account. And regarding that, that is actually not from ebay anymore.

00;15;09;17 - 00;15;12;14
**Annamarie Trombetta**

EXHIBIT # 36 Page 9

OK, it's not from eBay, is it from WorthPoint?

00;15;13;08 - 00;15;22;00
**Jamie  eBay Customer Service**
Yeah. And I tried to get in touch with one of the experts regarding it, and they have informed me that if you want to go ahead and get some information on who is selling the item.

00;15;22;08 - 00;15;22;26
**Annamarie Trombetta**
Yes,

00;15;22;27 - 00;15;25;21
**Jamie  eBay Customer Service**
you can Get in touch with Worth Point and we do have their phone number.

*EBay give Plaintiff Worth Point's Phone Number*

00;15;26;21 - 00;15;36;16
**Annamarie Trombetta**
OK, hold on one second. Yes, I'm listening. What is it?

*EBAY Confirms WorthPoint website*

00;15;36;21 - 00;15;45;22
**Jamie  eBay Customer Service**
Okay. The phone number for **WorthPoint** contact information. **Customer service will be 877 481-5750.**

*1972 Post*

00;15;46;12 - 00;15;56;24
**Annamarie Trombetta**
Well, I did call them and they said that I had to get in touch with eBay because if they don't sell anything, they're a database. So I keep going back and forth.

00;15;59;16 - 00;16;10;12
**Jamie  eBay Customer Service**
Let me try see at our end to maybe they provided information like a third party app to give it to me tried to go ahead and provide that information here on eBay.
And do it again. OK,

**Annamarie Trombetta**
OK. Because I still don't understand what you mean by third party. You're saying that it is the responsibility of WorthPoint to have that information.

**Jamie  eBay Customer Service**
Yes Maam

**Annamarie Trombetta**
Well, again, Worth Point keeps telling me that since they don't sell anything and that it was sold on eBay in 2012 that you would be the source of the seller Id.

00;16;42;26 - 00;16;55;26
**Jamie  eBay Customer Service**



00;40;32;10 - 00;40;40;26
**Archer**
eBay. Yeah. But if I'm going to be the one to create this page, I can get and add any webpage 's link, to any link on my page not just eBay

00;40;41;19 - 00;40;48;07
**Annamarie Trombetta**
Well, let me ask you this. Can can an unknown party put anything on the Internet.

00;40;52;01 - 00;40;56;04
**Archer**
that's possible.

00;40;56;17 - 00;41;20;04
**Annamarie Trombetta**
That's possible.

**Archer**
Yeah, it's coding.

**Annamarie Trombetta**
Coding. Well, how would you know whether it was coded because that would solve the riddle that an unknown party put this on the Internet. Would that be in the URL of worth point

00;41;23;12 - 00;41;27;09
**Archer**
I really can't understand this information. That said, assist you further. Like getting those information We need to find out for their seller is, but I don't have much information to link it to our database.

00;41;36;28 - 00;41;57;28
**Annamarie Trombetta**
OK, so is there anybody or any department, maybe a legal department that I can contact to find out how I can either determine who the seller is or possibly to get this link with eBay off the Internet.

00;42;01;01 - 00;42;06;26
**Archer**
And if they help you further, I can't pull up any correct information associated with the sale now because it's UNDEFINED Nothing is showing up here …Ah ..just the source.. that it's sold on eBay.

00;42;16;08 - 00;42;33;13
**Annamarie Trombetta**
OK, if its undefined, but what's not undefined is the association of my name with your company with WorthPoint and with this piece of artwork and with the signature, it is my name that is being used.

00;42;35;19 - 00;42;46;12
**Archer**



Date Jan 14 2016

EXHIBIT#37 #285

Request Item Removal 2016-01-14 at 8.47.43 AM.png

Item Review Request "Worthpoint"

www.worthpoint.com/about-item-review/URL=http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924172

⌂ Cloud  Facebook  Twitter  Yahoo!  News▾  Popular▾  Apple

# ITEM REVIEW REQUEST

WorthPoint is a web site for collectors and consumers that provides price history and other information for all types of collectible items. These items are not for sale by WorthPoint.

We license the data displayed in the Worthopedia from a variety of sources. We are an official licensee of eBay and many of the leading auction houses. Our agreements permit us to display all art, antiques and collectible items – with full attribution – that are contained in eBay's and the respective auction house partners' product catalogs, along with the price paid for such item. Our licenses permit our members to use completed sales results and images displayed on the Worthopedia solely for research purposes. You may review our content policy here.

If you believe you own the rights to the image/item and prefer it not be displayed, *do not complete the form provided here. Instead, request removal here.*

## Item Review

If you believe the item listed on the previous page is fraudulent or otherwise inappropriate for view, please supply the information requested below.

### URL *

http://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-48924

### Reason for review

The URL above is incorrect and the information is not legitimate. My name and biography were used in this fake advertisement. Your ad from your website is coming up o the internet under my name. I am not the artist. Your listing is FALSE and the ad states there are 12 photos in the description but no photos are visible except a signature that is NOT mine. Please remove this immediately.

## Additional Items

EXHIBIT # 37 B

Plaintiff 000286

OL 286

Apple   iCloud   Facebook   Twitter   Yahoo   News   Popular

**ZIP / Postal Code**

10128

**Email** *

trombettaart@yahoo.com

**Telephone**

(212) 427-5990

## Addendum to Removal Request

If you believe the listed item infringes on your intellectual property rights, please designate the reason or reasons for the Claimed Infringement below.

☐ Trademark - *Item Infringement*

Item is a counterfeit product which infringes the trademark owner's rights.

☐ Trademark - *listing content infringement*

Listing contains unlawful use of trademark

☐ Copyright - *listing content infringement*

Listing uses unlawful copy of copyrighted text.

Listing uses unlawful copy of copyrighted image.

Listing uses unlawful copy of copyrighted image and text.

## Additional Items

If you have additional items listed in Worthopedia which you believe present infringement issues, you can either repeat the above process for each item or complete the information below:

**Country**

United States

Work(s) believed to be infringed (please include trademark registration or application number with each)

Listed on your website at the URL above is an ad for an Original Oil Painting from 1972. My name and self written biography from my website was used without my consent or knowledge. I am requesting that your infringing ad on your website be 'permanently removed'. This information is fraudulent. Your company is claiming that I am the artist who painted the Original Oil Man With Red Umbrella in 1972. I did not paint this oil. I would have been 9 years old. PLEASE remove this false listing from your website and the internet immediately.