EXHIBIT 38A

**PLACEHOLDER**

Anita B. WorthPoint.m4a

Plaintiff000331

EXHIBIT # 38A                Page 1

Plaintiff's Evidence Expert Dis. 000919

# Written Transcript for   Phone Calls  To WorthPoint Corp. 2016

## 1-January 22, 2016   Plaintiff  Spoke To Anita Brooks-Referral to Greg

## 2-January 31, 2016   Plaintiff  Left Phone  Message

## 3-February 1, 2016    Second Phone Call  Plaintiff Spoke  With Anita Brooks  Again  Re Greg

Plaintiff's Evidence Expert Dis. 000920

EXHIBIT 38A
page 2

**1-January 22, 2016 Phone calls to WorthPoint Employee Anita Brooks By Artist   Annamarie Trombetta**

**{Several calls & messages left from Jan. 22 2016 to  Feb. 1, 2016 }**

**2-January 31, 2016 Message Left on WorthPoint Phone Service**
**3- February 1, 2016 Phone Call to Anita Brooks By Annamarie Trombetta**

## THREE  PHONE CALLS   WITHIN PLAINTIFF'S  TRANSCRIPTION

00;00;00;01 - 00;00;18;18

**Speaker  Annamarie Trombetta Plaintiff**

Yes. Is this Anita?

Speaker WorthPoint Employee Anita Brooks

It is.

**Speaker  Annamarie Trombetta Plaintiff**

Yes.This is Annamarie, Trombetta.    I just called you. I am calling because I found a link on the internet relating to a painting that is on the WorthPoint  website.

00;00;22;25 - 00;00;25;17

**Speaker  Annamarie Trombetta Plaintiff**

Hello.

Speaker WorthPoint Employee Anita Brooks

 I'm still here.

00;00;26;10 - 00;00;39;21

**Speaker Annamarie Trombetta Plaintiff**

So my question is, how do you compile your information and how can I find out who the seller was of this piece of artwork, this painting,  that's listed on the Internet?

00;00;41;13 - 00;00;54;06

Speaker WorthPoint Employee Anita Brooks

If it's  is on our website. Then you can contact whoever the  source is.  The source is eBay, or if you can prove ... you can contact them directly.

EXHIBIT Page 3

#38A

Plaintiff's Evidence Expert Dis. 000921

00;00;54;08 - 00;01;17;16

**Speaker  Annamarie Trombetta Plaintiff**

I actually....

Speaker WorthPoint Employee Anita Brooks

They would have the information that....

**Speaker  Annamarie Trombetta Plaintiff**

I actually  ....  I actually did contact  eBay today.…  I contacted eBay earlier today and  uh..they said that they have no information regarding this um... image… because the code is nine digits and they only have a 12 digit code.

00;01;18;05 - 00;01;24;25

Speaker WorthPoint Employee Anita Brooks

OK.  Well I'm not really familiar with that.... But we wouldn't   have any information on the seller at all. We don't have  that data.  It is not useful to us.

00;01;24;26 - 00;01;34;26

**Speaker  Annamarie Trombetta Plaintiff**

Right. But I just sent you an email a little while ago regarding a host of questions.  How do you get your information ?

00;01;36;19 - 00;01;37;11

Speaker  WorthPoint Employee Anita Brooks

From our  affiliates.

00;01;38;03 - 00;01;39;12

**Speaker  Annamarie Trombetta Plaintiff**

Well, who's  your affiliates.

00;01;40;14 - 00;01;45;00

Speaker  WorthPoint Employee Anita Brooks

There's a list of affiliates on our website.

00;01;46;01 - 00;01;48;06

EXHIBIT #38          Page 4

Plaintiff's Evidence Expert Dis. 000922

**Speaker Annamarie Trombetta  Plaintiff**

 umm hmm  …  Well...  Is there any way that I can find out ...Who owns this painting.

00;01;48;29 - 00;01;49;16

Speaker  WorthPoint Employee Anita Brooks

If  eBay is the source on our website, and they don't have the information ….. who the seller or buyer is…….we would not have that information.

00;02;01;08 - 00;02;02;16

**Speaker  Annamarie Trombetta Plaintiff**

Well, I'm the artist....

00;02;02;17 - 00;02;04;13

Speaker  WorthPoint Employee Anita Brooks

You would not be able to  get that information from WorthPoint.

00;02;05;09 - 00;02;32;01

**Speaker  Annamarie Trombetta Plaintiff**

I wouldn't be able to get that information from WorthPoint.

Speaker  WorthPoint Employee Anita Brooks

No

**Speaker  Annamarie Trombetta Plaintiff**

Well, your company has put up a link to……. not only me, who's the  artist, but also to my recent accomplishments in 2015.   This painting is dated 1972.   And you're telling me that you don't have the information.  So how did it.

00;02;32;07 - 00;02;34;26

Speaker  WorthPoint Employee Anita Brooks

You're,  you're the … you're the.... You're the paint.…  You're the artist ?

00;02;34;26 - 00;02;43;23

**Speaker  Annamarie Trombetta Plaintiff**

I'm the artist. But I never did that painting.



Plaintiff's Evidence Expert Dis. 000923

Speaker  WorthPoint Employee Anita Brooks

You're the artist but  you never did  that painting ?

**Speaker  Annamarie Trombetta Plaintiff**

That is correct.

00;02;44;28 - ;02;59;08

Speaker WorthPoint Employee Anita Brooks

Okay,    well, that's not information that we would have. We don't. We don't have.... anything to do with ..um... any  information that eBay, uh.... gives us.   Whatever information  eBay has.... When someone post  something on  eBay and   they're asking for a bid and they want to sell it on eBay and they sell it on eBay, the information that eBay has, is  what  we receive from them, we don't alter  the information at all.

00;03;09;16 - 00;03;10;00

**Speaker  Annamarie Trombetta Plaintiff**

OKay   , so……

00;03;10;05 - 00;03;14;04

Speaker WorthPoint Employee Anita Brooks

All the information that you see on our website is exactly what we got from eBay.

00;03;17;01 - 00;03;25;24

**Speaker  Annamarie Trombetta Plaintiff**

( Plaintiff is Referring to WorthPoint's sales Records shown to subscribers to  WorthPoint membership )

But ….. there is no item category….. and there is no seller.   There's just a date and a price.

00;03;26;23 - 00;03;29;18

Speaker WorthPoint Employee Anita Brooks

Right. Cause  that's  the information we receive from eBay.

00;03;29;18 - 00;03;59;01



Plaintiff's Evidence Expert Dis. 000924

#38A

**Speaker  Annamarie Trombetta Plaintiff**

Right. But the price is not available if you don't sign on for the membership. And it also says. Yeah. Well, it also says in the description that there's 12 photos and there's no …..I  signed on to the descript. …uh… for the membership to WorthPoint, and there's no photos other than a photo of a signature     So even though you're saying that you got this information from eBay, …. who's your source?

00;04;00;12 - 00;04;05;04

Speaker WorthPoint Employee Anita Brooks

eBay

**Speaker  Annamarie Trombetta Plaintiff**

That doesn't answer my question. Who gets the information?.....from eBay

00;04;05;04 - 00;04;08;26

Speaker WorthPoint Employee Anita Brooks

That's our source ... our source is  eBay. We received the information  directly from eBay.

00;04;08;26 - 00;04;15;16

**Speaker  Annamarie Trombetta Plaintiff**

But a person at your company has to receive the information.     Who is that person?

00;04;15;26 - 00;04;17;21

Speaker WorthPoint Employee Anita Brooks

Oh, that's not.... No mame.. .That's not information that I  would  give out.

00;04;18;12 - 00;04;24;22

**Speaker  Annamarie Trombetta Plaintiff**

Well, I'm asking because you've given out my information and you've given out my information ....incorrectly.

00;04;25;22 - 00;04;30;10

Speaker WorthPoint Employee Anita Brooks

Well, what we have done is... eBay has the one who has put that information on their website. and you refus…    Mame...mame ...we receive the information from eBay



Plaintiff's Evidence Expert Dis. 000925

00;04;30;13 - 00;04;35;04

**MS. BROOKS  IS  SPEAKING OVER  PLAINTIFF AT  THE SAME TIME**

**Speaker  Annamarie Trombetta Plaintiff**

No, but you're  …You're … responsible. …  … You're responsible.

00;04;35;25 - 00;04;58;10   00;04;58;20 - 00;05;05;15

Speaker WorthPoint Employee Anita Brooks

So if the information was on your wrong, that they (eBay) gave us ... okay. Now we know that it's wrong. You can send us an  Email ....If you want that information to be corrected on our website so that someone would have the proper ....You can email   us the corrected information that you would like to be seen on our website, and I'll pass it on to our marketing director and we'll find out if he's going to change that information  and/ or take it out altogether.    But I wouldn't give out any information referencing any specific person in our company. I'll pass the information on to them through your email........   the seller  it is?

00;05;05;16 - 00;05;10;26

**Speaker  Annamarie Trombetta Plaintiff**

I'm asking…. I'm asking, who is the person at your company that put this on your website
**( MS. BROOKS  IS  SPEAKING OVER  PLAINTIFF AT  THE SAME TIME)**

00;05;10;26 - 00;05;33;17

Speaker WorthPoint Employee Anita Brooks

Again... I will not give out this information....If you want to email us at support@worthpoint.com and  ask any specific  questions or request...or any specific thing.... , I'll pass that information on to the marketing director. And the marketing director can correspond with you at their leisure, deciding on  what they want to do. But,  I personally am not going to give you any specific information about  anyone at our  company.

00;05;33;20 - 00;05;39;16

**Speaker  Annamarie Trombetta Plaintiff**

**(MS. BROOKS  IS  SPEAKING OVER  PLAINTIFF AT  THE SAME TIME)**

OK, well,  Can I....Can I have... Can I have the name of the marketing director ? For the email

00;05;39;18 - 00;05;55;27

Plaintiff's Evidence Expert Dis. 000926

 

<u>Speaker WorthPoint Employee Anita Brooks</u>

His name is  Greg ....His name is Greg ...

**Speaker  Annamarie Trombetta Plaintiff**

Greg what?

<u>Speaker WorthPoint Employee Anita Brooks</u>

Greg he's the only Greg here and that's all the information I'm going to give you. Again if you want to email me I will pass  the information on to him  and he can correspond  with you that way, but I'm not going to give you any other specific information about him.

00;05;56;06 - 00;06;01;08

**Speaker  Annamarie Trombetta Plaintiff**

But yo' re  putting inform....you're putting information....Anita ...Anita ...Your company is...

**(MS. BROOKS  IS  SPEAKING OVER  PLAINTIFF AT  THE SAME TIME)**

<u>Speaker WorthPoint Employee Anita Brooks -</u>

<u>--SPEAKING OVER PLAINTIFF IN A VERY RUDE MANNER</u>

....on our website....and it is from our affiliates....copy down your putting any specific information any information on our website about you...   That's not what we've done....

00;06;01;08 - 00;06;01;21

**Speaker  Annamarie Trombetta Plaintiff**

Yes you ...Yes  you...

00;06;08;06 - 00;06;20;26

<u>Speaker WorthPoint Employee Anita Brooks</u>

That's not what we've done.

00;06;21;00 - 00;06;21;28

**Speaker Annamarie Trombetta Plaintiff**

Yes, you have.  You   put my biography, which describes me to a tee. That's how I knew it was me. It describes my.... the year that I was born, where I lived..... Personal information.

00;06;25;09 - 00;06;32;01



Plaintiff's Evidence Expert Dis. 000927

EXHIBIT

Page 8

#38A

Speaker  WorthPoint Employee Anita Brooks

Email me......Email me that information. If it's if it's public information...and  we got it from eBay, then we can put it on my website.

00;06;32;04 - 00;06;34;07

**Speaker  Annamarie Trombetta Plaintiff**

Well, it's also copyrighted information.

00;06;35;04 - 00;06;45;03   00;06;45;03 - 00;06;54;13

Speaker  WorthPoint Employee Anita Brooks

We can... Based on the information that we were receive from ...from ..... eBay or any of our other affiliates we can put that on  the website.    It's NOT  private information. That's  public information.. Where you were born ... Your name... all that. That's public information.   Anybody can look  that up if they know your first and last name. That's public information.   You  can look that  up through the... through the  state....website..  That's public information mame.

00;06;57;04 - 00;07;07;16

**Speaker  Annamarie Trombetta Plaintiff**

Yes, but it was....The information was very descriptive and taken from a particular source.

00;07;08;00 - 00;07;11;13

Speaker  WorthPoint Employee Anita Brook

OK, well, you  may ...You may want to contact that particular source and ask them why they're passing your information around.

00;07;12;06 - 00;07;15;16

**Speaker  Annamarie Trombetta Plaintiff**

Well, that source is you !

00;07;15;23 - 00;07;30;19

Speaker WorthPoint Employee Anita Brooks

No Mame .....Because... because ..we don't  we're not .. we don't...  we... The only information that's on our website.... And what I'm trying to get you to understand..... Is  the  information that we have received from another source......
**(MS. BROOKS  IS  SPEAKING OVER  PLAINTIFF AT  THE SAME TIME)**

EXHIBIT
#38A

Page 9

Plaintiff's Evidence Expert Dis. 000928

**Speaker  Annamarie Trombetta Plaintiff**

and I'm and …. I'm   and …. I'm   …I'm

**(MS. BROOKS  IS  SPEAKING OVER  PLAINTIFF AT  THE SAME TIME)**

Speaker WorthPoint Employee Anita Brooks

That is either eBay or another different affiliates but we personally do not go out and hunt down....information

00;07;30;21 - 00;07;56;13 --00;07;56;20 - 00;07;59;13

**Speaker  Annamarie Trombetta Plaintiff**

Okay…. It has to be a different affiliate because trust me, when I tell you, I contacted eBay today and spoke to four different people.... and they said that they have no record of that information and they have consistently..... the four people that I spoke to...... told me.... informed me that this is on WorthPoint's website I have to contact you……That's why I'm contacting you….. It's that simple.

00;07;59;13 - 00;08;02;22

Speaker WorthPoint Employee Anita Brooks

That's because they don't keep information past a certain amount of time, that's the only reason. They don't keep information past ninety (90) days.

00;08;02;27 - 00;08;27;10

**Speaker  Annamarie Trombetta Plaintiff**

They don't keep information. But that's ....that's not my problem. My problem is that eBay and Worth Point have ascribed a false painting to my name.

00;08;27;11 - 00;08;29;19

Speaker  WorthPoint Employee Anita Brooks.

And I'll pass the information onto Greg.

**Speaker  Annamarie Trombetta Plaintiff**

Is there anyone else, any supervisor at your company that I can speak to regarding this?

Speaker  WorthPoint Employee Anita Brooks.

No mame. I can handle this and I will pass it onto Greg.  That's the protocol here.

00;08;31;18 - 00;08;36;05



Plaintiff's Evidence Expert Dis. 000929

**Speaker  Annamarie Trombetta Plaintiff**

Well, I have my own protocol too... which is I don't like false...

**WorthPoint Employee ANITA BROOKS ---SPEAKING OVER PLAINTIFF**

00;08;36;15 - 00;08;44;02

Speaker WorthPoint Employee Anita Brooks

Sure... by all means... and you Email us....all the questions that you said you want us to find out,  you email us and I'll pass that information onto Greg. Now we're going to let him handle it

00;08;45;11 - 00;08;48;10

**Speaker Annamarie Trombetta Plaintiff**

Well, is he available today? (—the date was January 22, 2016.)

00;08;51;19 - 00;08;55;05

Speaker WorthPoint Employee Anita Brooks

I'm not privy to his schedule, but I will make sure he gets this email.

00;08;55;27 - 00;09;07;23

**Speaker Annamarie Trombetta Plaintiff**

Well, I'm telling you again, if you can pass that onto Greg.  I contacted eBay four times.  This is a piece of artwork that's from 1972.

00;09;08;11 - 00;09;11;18

Speaker  WorthPoint Employee Anita Brooks

As you have explained and I will copy information onto Greg.

00;09;12;05 - 00;09;12;23

**Speaker Annamarie Trombetta Plaintiff**

Thank you.

Speaker  WorthPoint Employee Anita Brooks

Have a good day.

EXHIBIT#38A Page 11

Plaintiff's Evidence Expert Dis. 000930

**From January 22, 2016 thru  January 31, 2013 Plaintiff left messages  with WorthPoint Message Voicemail.  On January 29, 2016 I signed out of WorthPoint'sMembership January 31, 2016, I recorded  message I left on voicemail**

## WORTHPOINT  SERVICE  OUTGOING   MESSAGE

Time  00;09;18;28 - 00;09;54;01

## WORTHPOINT'S OUTGOING  VOICE MESSAGE SERVICE  ON MONDAY  FEBRUARY 1. 2016

Welcome to WorthPoint.   Your call is  important to us. Please listen carefully as our options have changed. on hold you may    in the press 9  at any time to leave a voicemail  For Cancelations--press one     For Password --press two.      If you're looking to  Buy or Sell --- press three--     For bidding and billing information --press four.     To speak to a representative please press 6     The person at extension   4011 is unavailable.  Please leave your message after the tone. When done, hang up or press  the pound key.

00;09;55;12 - 00;10;19;04

**Annamarie Trombetta Plaintiff's February 1, 2016 Voice Message left on WorthPoint's Phone Message Service**

**Speaker Annamarie Trombetta Plaintiff**

Yes, my name is Annamarie Trombetta .  ***Today is February, first Monday(2016)***  I need to speak to Anita regarding a situation of a piece of artwork online which is attributed to me that is not mine. My telephone number is 212. 427-5990.  Again, this message is for Anita, thank you.

## WORTHPOINT'S AUTO PHONE CALLING SERVICE LEDS TO 2ND   CALL WITH   ANITA BROOKS on FEBRUARY 2, 2016

00;10;25;25 - 00;10;36;04

FEBRUARY 2, 2016   WORTHPOINT'S OUTGOING  VOICE MESSAGE SERVICE

Your call is important to us all.  Please listen carefully as our options have changed.
 (Sound of Phone ringing)

00;00;11;26;26 - 00;11;28;15

Plaintiff's Evidence Expert Dis. 000931

EXHIBIT

Page 12

#38A

Speaker  WorthPoint Employee Anita Brooks

Hello WorthPoint, this is Anita. May I help you.

**Speaker Annamarie Trombetta Plaintiff**

Ah Yes  Anita,
This is Annamarie Trombetta. I'm returning your call from yesterday or trying to, you know contact you. I have been looking at the  internet and underneath my name comes up this painting that I did not do and it's on the WorthPoint dot com website. I don't know what to tell you. I... it's not my painting.

00;11;07;13 - 00;11;23;18

Speaker  WorthPoint Employee Anita Brooks

OK?

**Speaker Annamarie Trombetta Plaintiff**

And yet it's coming up underneath my name. When you google my full name, it's one of my credentials. And since I didn't do it, it's ....it's not....it doesn't belong there.

00;11;29;05 - 00;11;44;22

Speaker  WorthPoint Employee Anita Brooks

And you said it's on our website.

**Speaker Annamarie Trombetta Plaintiff**

It's on your..... it's on your website.  Yeah. …..And more importantly, it comes up underneath my name.    If you Google Annamarie Trombetta…….

0;11;45;05 - 00;11;47;01

Speaker WorthPoint Employee Anita Brooks

OK ……And have you not had any correspondence from somebody here regarding that?

00;11;50;02 - 00;12;00;03

**Speaker Annamarie Trombetta Plaintiff**

That is the reason for my call. I have not.  When I last spoke with you on January the 22nd I did tell you about this I said.

00;12;00;06 - 00;12;02;04

Plaintiff's Evidence Expert Dis. 000932



Speaker WorthPoint Employee Anita Brooks

Right and no one has corresponded with you?

00;12;02;15 - 00;12;09;02

**Speaker  Annamarie Trombetta Plaintiff**

Yeah ---Somebody named Greg didn't correspond with me. You had said that you would forward this to Greg.

00;12;09;09 - 00;12;16;19

Speaker WorthPoint Employee Anita Brooks

Yes I did and that's why I asking  did he not correspond with you. Ok well I will forward  your number to him once again and let him know.

00;12;17;02 - 00;12;20;08

**Speaker Annamarie Trombetta Plaintiff**

OK, well, can anything be done about this?

00;12;21;24 - 00;12;31;05

Speaker  WorthPoint Employee Anita Brook

Well, he'll have to make that decision.

**Speaker Annamarie Trombetta Plaintiff**

 Well...ah

Speaker  WorthPoint Employee Anita Brook

We won't want to say that you are the artist  ....if in fact  you're not the artist.

00;12;32;10 - 00;12;32;25

**Speaker Annamarie Trombetta  Plaintiff**

Right

Thank you.

Speaker  WorthPoint Employee Anita Brook

00;12;33;21 - 00;12;35;22

 You're quite welcome. I will pass your information along.

Plaintiff's Evidence Expert Dis. 000933

EXHIBIT Page 14

# 38A

00;12;35;28 - 00;12;38;19

**Speaker  Annamarie Trombetta  Plaintiff**

OK, thanks.

Speaker  WorthPoint Employee Anita Brook

Have a good day.

**Speaker  Annamarie Trombetta Plaintiff**

You too.

**END**

Plaintiff's Evidence Expert Dis. 000930

EXHIBIT#38

**From January 22, 2016 thru  January 31, 2013 Plaintiff left messages  with WorthPoint Message Voicemail.  On January 29, 2016 I signed out of WorthPoint'sMembership January 31, 2016, I recorded  message I left on voicemail**

## WORTHPOINT  SERVICE  OUTGOING  MESSAGE

Time  00;09;18;28 - 00;09;54;01

## WORTHPOINT'S  OUTGOING  VOICE MESSAGE  SERVICE  ON MONDAY  FEBRUARY 1. 2016

Welcome to WorthPoint.   Your call is  important to us. Please listen carefully as our options have changed. on hold you may     in the press 9  at any time to leave a voicemail  For Cancelations--press one    For Password --press two.     If you're looking to  Buy or Sell --- press three--     For bidding and billing information --press four.     To speak to a representive please press 6     The person at extension   4011 is unavailable.  Please leave your message after the tone. When done, hang up or press  the pound key.

00;09;55;12 - 00;10;19;04

**Annamarie Trombetta Plaintiff's February 1, 2016 Voice Message left on WorthPoint's Phone Message Service**

<u>Speaker Annamarie Trombetta Plaintiff</u>

Yes, my name is Annamarie Trombetta .  <u>**Today is February, first Monday(2016)**</u>  I need to speak to Anita regarding a situation of a piece of artwork online which is attributed to me that is not mine. My telephone number is 212. 427-5990.  Again, this message is for Anita, thank you.

## WORTHPOINT'S  AUTO PHONE CALLING  SERVICE LEDS TO 2ND   CALL WITH   ANITA BROOKS on FEBRUARY 2, 2016

00;10;25;25 - 00;10;36;04

FEBRUARY 2, 2016   WORTHPOINT'S OUTGOING  VOICE MESSAGE SERVICE

Your call is important to us all.  Please listen carefully as our options have changed.
(Sound of Phone ringing)

00;00;11;26;26 - 00;11;28;15

EXHIBIT # 39

Page 195

1              A. Trombetta

2         Now I am asking did anyone ever

3   mention to you that they had seen this post prior

4   to August 1, 2015 regardless of when they

5   mentioned it to you?

6         A.     This situation began August 2015.  Any

7   person, people that contacted me about this post

8   was after August 2015.

9              Asked, answered before at the

10  beginning of this deposition and presently.

11             MR. BIALEK:  Can you please mark this

12         as Defendants' 15.  It is Plaintiff 000019

13         to 20.

14             (Defendants' Exhibit 15, a document

15      Bates stamped Plaintiff 000019 to 000020,

16      marked for identification, as of this date.)

17         Q.    I am showing you what has been marked

18  as Defendants' Exhibit 15 and ask if you have ever

19  seen this document before?

20         A.    I produced it and yes, I have seen it.

21         Q.    What is your understanding of what

22  this is?

23         A.    This is -- let me reel it in.

24             What is your question definitively;

25  what do you want to know?

EXHIBIT #39

Page 196

1                    A. Trombetta

2          Q.     What is your understanding of what

3     this document is?

4          A.     It is self-described item review

5     request.  In the search bar it says

6     www.Worthpoint.com about item and in it is the

7     1972 original oil painting.

8          Q.     So this is your request in 2016 to

9     remove this item from Worthpoint; is that correct?

10         A.     That was one of them, yeah.  I was

11    reviewing the information.              SEE EX. 37

12         Q.     And this was from January 14, 2016?

13         A.     I believe it doesn't say January.

14         Q.     I think that's probably a hole in that

15    one where the 1 is.  I will represent to you that

16    item Plaintiff 000019 that you produced to us has

17    at the top request item removal 2016-01-14 at

18    8.47.43 a.m.

19              So this was your request to remove the

20    item; correct?

21         A.     I am trying to again, because it is

22    from 2016.  These are printouts from the

23    Worthpoint web page, website rather.  These are

24    pages, web pages from Worthpoint.

25              Are we clear?

EXHIBIT # 39

Page 197

1                    A. Trombetta

2          Q.      I will go a little slower.  If you can

3    look at the first paragraph it says "Worthpoint is

4    a website for collectors and consumers that

5    provides price history and other information for

6    all types of collectible items.  These items are

7    not for sale by Worthpoint."

8                 Do you see that paragraph?

9          A.      I see it in writing.

10         Q.      Is there anything unclear about that

11   paragraph?

12         A.      What's unclear is that in the

13   documented phone call the outgoing message in

14   order to leave a message states that we buy and

15   sell.  If you have anything to buy and sell.  So

16   there is a contradiction.

17         Q.      But not in --

18         A.      Between --

19         Q.      Not in this document; correct?

20         A.      In this document what is said is what

21   you read to me.

22         Q.      And that's clear to you, there is no

23   ambiguity there; correct?

24         A.      What is ambiguous is as mentioned that

25   the document on the web page, just one web page

EXHIBIT #39

Page 198

```
 1                      A. Trombetta
 2    says that they don't buy anything, but the phone
 3    call, which I encourage you to listen to, says if
 4    you are interested in buying or selling a
 5    painting.
 6              So again, the theme of contradiction
 7    and confusing information side by side is what has
 8    elongated and perpetuated this problem.
 9         Q.   But this paragraph is not ambiguous at
10    all; correct?
11         A.   This paragraph has statements.
12         Q.   Which are clear?
13         A.   They are clear.  I don't know if they
14    are true or not.
15         Q.   In the next paragraph says "We license
16    the data displayed in the Worthopedia from a
17    variety of sources."
18              That's clear to you?
19         A.   Variety of sources, yeah.
20         Q.   And does it say "We are an official
21    licensee of eBay and many of the leading auction
22    houses."?  Do you see that?
23         A.   I saw it long before you saw it.
24         Q.   And it is clear to you; correct, it is
25    not ambiguous?
```

EXHIBIT #39

Page 199

1                    A. Trombetta

2          A.      What is ambiguous are the

3    contradictions.   Please go ahead.

4          Q.      And it says "Our agreements permit us

5    to display all art, antiques, and collectible

6    items with full attribution that are contained in

7    eBay's and the respective auction house partners'

8    product catalogs along with the price paid for

9    such item."

10               Is there anything unclear about that

11   paragraph?

12         A.      What's unclear is that it says full

13   attribution.   Mine was completely incorrect.   And

14   the fact that it displays all art and my

15   particular 1972 -- well, not mine but correction,

16   stricken.   The 1972 original oil painting entitled

17   Man With Red Umbrella was even though clear as a

18   bell, can you see clearly 12 photos written in the

19   description?   Clearly it was written 12 photos,

20   but in reality on Worthpoint's website there were

21   no visual photos.   I had no idea what the painting

22   looked like.

23         Q.      Do you know whether Worthpoint was

24   required to post every single thing that was on

25   eBay's site?

EXHIBIT # 39

Page 200

1              A. Trombetta

2        A.    If I encourage you to listen to the

3  phone recording with Gregory Watkins.

4        Q.    Have you read the license for

5  Worthpoint to publish these listings?

6        A.    Have I read the license?  I have tried

7  to comprehend it.  So in answer to your question,

8  I have read the license.

9        Q.    You see the area it says item review.

10  "If you believe the item listed on the previous

11  page is fraudulent or otherwise inappropriate for

12  view, please supply the information requested

13  below."

14              Do you see that?

15        A.    I see that.

16              Do you see the URL?

17        Q.    Yeah, I was going to ask you.

18              Did you populate that with the URL?

19        A.    What do you mean populate?

20        Q.    Did you type in that URL?

21        A.    Did I type in that URL?

22        Q.    Yes.

23        A.    There is something on top.

24              You see that, on top http?

25        Q.    Yes, I do, but I am asking did you

EXHIBIT #40

1                    N. NOVOCIN

2    words, the signature on the front of the

3    painting was a garbled and it was kind of

4    hard to read, when you turn it over, it had

5    printed out what it was and if it were up

6    to me, I would make it almost a law that

7    all the artists had to print out the actual

8    name and so forth.  Because some artists

9    pictures are so, so hard to read.  So this

10   allowed us to be able to look up Trombetta,

11   Annamarie.  This one says Maria.  I didn't

12   remember it saying Maria, but that's how I

13   looked it up.

14            MR. BIALEK:  Marlene, can you

15        read back the beginning of his

16        answer.

17            (Whereupon, the referred to

18        answer was read back by the

19        Reporter).

20        Q.    Mr. Novocin, in your practice

21   of dealing with antiques, have you ever

22   encountered any ratings or stamps or labels

23   glued to the back of the painting?

24        A.    Yes.

25        Q.    In your experience, is there

EXHIBIT #40

Page 41

1               N. NOVOCIN

2    right-hand corner of this painting?

3         A.    Yes.

4         Q.    Does that appear to contain a

5    signature?

6         A.    Yes.

7         Q.    Was this the signature that you

8    testified earlier was difficult to make

9    out?

10        A.    Yes.

11        Q.    Incidentally, just for the

12   record, did you put any writing on that

13   painting yourself?

14        A.    No.

15        Q.    To your knowledge, did anybody

16   associated with Estate Auctions, Inc. put

17   any writing on that painting?

18        A.    No.

19        Q.    When you examined this painting

20   for the first time, did you make any notes

21   about it for yourself?

22        A.    No.

23        Q.    When you put up this painting

24   for sale on Ebay, did you yourself take any

25   photographs of it in order to post it on

EXHIBIT #40

Page 42

1                          N. NOVOCIN

2    Ebay?

3         A.     No.

4         Q.     Did somebody else at Estate

5    Auctions, Inc. take such photographs?

6         A.     Yes.

7         Q.     Is Estate Auctions, Inc.

8    currently in possession of any such

9    photographs?

10        A.     No.

11        Q.     You mentioned that Estate

12   Auctions, Inc. is currently a defunct

13   entity; is that right?

14        A.     Correct.

15        Q.     That's a hypothetical.  If

16   Estate Auctions, Inc. had records

17   previously, where would they currently be

18   kept, if at any location?

19        A.     We kept them on the cloud,

20   which is a cloud for a server at a location

21   outside of our own property.  We still keep

22   records of photos and everything else on a

23   server outside of our own property, but a

24   few years ago, long after 2012, we were

25   notified by a company that kept all of our

EXHIBIT # 40

Page 43

N. NOVOCIN

2   records that we had grown too large and
3   they were going to shut us down.  So we
4   shut that server down and started a new one
5   and in the process, lost all of the
6   previous records we had on the cloud.  So
7   we no longer had records to be able to go
8   back and get and unfortunately, the cutoff
9   for it was, like, two weeks after this went
10  onto the cloud.  So it was like in 2012.
11  The end of December is when that cutoff of
12  us saving it went forward.
13      Q.    Do you remember whether or not
14  the Estate Auctions, Inc. listing of this
15  painting contained a close-up picture of
16  the signature on this painting?
17      A.    It did.
18      Q.    Mr. Novocin, compared to the
19  other items that you acquired from antique
20  mall, was this painting, Man With A Red
21  Umbrella a more valuable item, a less
22  valuable item as others, somewhere in the
23  middle, something else?
24      A.    It was run of the mill.  These
25  things we sold from out of that auction

...nal Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)                    1/14/16, 8:42 AM

EXHIBIT #41

f 🔵 𝕏 🅿 G+ ➕

**ebay**
Raw data from eBay
under sublicense

Worthopedia™
price guide

*Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs.*
If this item contains incorrect or inappropriate information please contact us here to flag it for review.

If you are the originator/copyright holder of this photo/item and would prefer it be excluded from our community, contact us here for removal.

- Home > Worthopedia™ > 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

## 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

- Sold for: Start Free Trial or Sign In to see what it's worth.
- Item Category: -
- Source: eBay
- Sold Date: Dec 01,2012
- Channel: Online Auction

Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of our auctions start at .99 cents. We are proud to announce that we maintain a "FIVE STAR Detailed Seller Rating" and our staff strives for 100% customer satisfaction, our 100% feedback rating will vouch for that. We work with consigners from Coast-To-Coast and work hard to make sure we have top quality items. We are "Your Quality Zone" - search "YQZ" to see our other listings our !

---

>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition

- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a woman) with a red umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and

Plaintiff000158

EXHIB 1T #41
8/1/15, 8:46 PM

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

## Similar Items

No Image
available

• Oil painting, original oil painting ,impressionism

No image
available

• original oil painting on canvas

Plaintiff000159