3 of 4

# EXHIBITS PLAINTIFF'S REPLY TO WP 479

**EXHIBIT #31** Plaintiff's deposition pages 124 thru to 130 RE-2012 eBay sale and
N. Novocin June 2020 declaration wrong year <u>1997 </u>not 1977.

**EXHIBIT#32** Norb Novocin Deposition page 1with 1997 incorrect year. Pl.Evid 000174

**EXHIBIT #33** Red Pencil Signature with wrong spelling ANNA MARIA …Gifted 1977
Plaintiff Evid. 000165

**EXHIBIT#34** Jason Packer Declaration basing data on Plaintiff's website email
annamarie@trombettaart.com that was NEVER used to Contact
WorthPoint at any time. Plaintiff's website email is public and only
used to receive and respond to SENT emails to that address.

**EXHIBIT #35** Plaintiff's deposition pages 47-48 and 178 only Yahoo email and
Plaintiff's website email not used to contact sources only as a response.

**Plaintiff's Statement # 6**

**EXHIBIT #36** eBay Phone Transcript pages 8, 9 and 19 verified WP website by eBay agents.

**EXHIBIT #37** Jan. 14, 2016 Item Review Request on WorthPoint website to remove false 1972 URL
Pl. Evid 000285 and Pl. Evid 000286.

**EXHIBIT #38A** 2016 Jan-thru Feb. Phone calls from Plaintiff with WorthPoint staff Anita Brooks.
38B Pl. Evid 000930 WorthPoint outgoing phone message "looking to buy or sell press 3.

**EXHIBIT #39** Plaintiff's deposition pages 195 thru to 200 ( See EX. 37)

**Plaintiff's Statement #7**

**EXHIBIT #40** Norb Novocin deposition pages 38-41-43

**EXHIBIT #41** A WorthPoint ad and Text Webpage Pl. Evid. 000158 000160
B WorthPoint 2022 SENT email to Plaintiff despite litigation Pl. Evid. 000880

**Plaintiff's Statement # 10**

**EXHIBIT #42** Full eBay phone call transcript confirming 1972 false post on WorthPoint's website.

**EXHIBIT # 43** WorthPoint's evidence WP000062, WP000096 and WP0000135 The same
email response from Will Seippel is in Plaintiff's Evid.00034 and 000039.

**PLACEHOLDER**

E Bay.m4a

Plaintiff000328

EXHIBIT #42                                        Page 1

00;00;01;14 - 00;00;06;02
**Customer Service**
Welcome to e-Bay Customer Service to ensure quality and for training
purposes.

Your call may be recorded.

If you're calling because you are unable to access your email account.
Please stay on the line for all other inquiries, including password
reset. Please call us at 1 8665403 I see you're calling from 212 427-5990

If you'd like me to use that.
Number to look up your. eBay account press 1But otherwise press two.

Please enter the phone.

**Annamarie Trombetta**
Well, before I do that, Christine, I have been trying to find out the
seller of an item. The item is from December 2012. It's not that long
ago. I found it on the Internet. And I don't know how to find out who the
seller is.

00;01;06;09 - 00;01;09;22
**Christine**
You mentioned that you personally found an item in 2012.

00;01;09;26 - 00;01;32;22
**Annamarie Trombetta**
Yes. It's on a website called Worth Point dot com. When I went on to the
membership, there's the source, the amount of money, but the seller is
empty. There's no indication as to who the person was who sold this
object.

00;01;34;27 - 00;01;44;18
**Christine**
If I'm going to find that item on your account. So we have the timeframe.
For the past two years Or a year. Mm hmm. But I'm afraid. We cannot also
give you information that you need regarding that transaction

**Annamarie Trombetta**
Right. But it's on the Internet. It's on the Internet. I'm going to ask
you to Google one 1972 original oil painting man with red umbrella Mm
hmm. Thank you.

00;02;58;01 - 00;03;01;08
**Annamarie Trombetta**
Do you see it ?

**Christine**
Yes I was able to. Pull up some spreadsheets on it. Trying to search for
the 1972 original.Oil painting.Man with the red umbrella.

**Annamarie Trombetta**



Mm hmm. Okay. It does say the source is eBay, correct? If you click on to
that site and you go to WorthPoint dot com, it says Source eBay. Sold
December 1st 2012. Channel online auction

**Christine**
All right.

00;03;46;16 - 00;03;49;22
**Annamarie Trombetta**
But it doesn't give the sellers Identification, right?

00;03;50;09 - 00;03;51;28
**Christine**
Yes. With their I.D. nor, any account related information with The
seller.

00;03;58;00 - 00;04;19;00
**Annamarie Trombetta**
Right. However, I have gone on to this site and the value of the painting
was $181.50. When you go on to the Worth Point membership it gives a
dollar amount, but it doesn't give the seller. Why is that?

00;04;26;21 - 00;04;42;20
**Christine**
Okay, need to get a piece of information For the seller here on eBay.
Yeah. And try to we can try to ask if our selling specialist can do
something if they have a tool if  They can filter the Items that have
been listed on the site from that day So if you want, I'm just going to
get another specialist who can double check if we can get some seller
information and that I don't have a right.
**Annamarie Trombetta**
Perfect. Thank you.

**Christine**

I'll be including that title of the item And that amount you said would
be $181.63 and $0.50. 50. Yeah.

00;05;14;27 - 00;05;37;29
**Annamarie Trombetta**
I have it you know I have it on a documented that that was the value of
the painting related to that item.

**Christine**
And you mentioned that the date we have here are December 2012 right

**Annamarie Trombetta**
that is correct.

00;05;38;22 - 00;05;41;02



**Christine**
Ok we should be including complete documentation before I connect you


00;05;42;24 - 00;06;01;01
**Annamarie Trombetta**
That. Yeah. Please, please forward the the URL and the information that you found online, which is active to the appropriate person.

**Christine**
Yes, I know what I'm going to do that as well one moment

00;06;06;22 - 00;06;20;09
**Annamarie Trombetta**
My Name is Anna and my last name is Trombetta  .

**Christine**
ok thank you, and what should be the registered address on your e-bay account?

**Annamarie Trombetta**
I have no idea.

00;06;24;23 - 00;06;37;03
**Christine**
Actually. Just provide me the phone number, in fact,

**Annamarie Trombetta**

For the account.
**Christine**

Yeah,

**Annamarie Trombetta**
it's phone number. Yeah, it's 212 427-5990,

**Christine**
ok thank you so much
Anna do you remember. the zip code of your Address on 96th Street East 96th

00;06;54;16 - 00;07;13;19
**Annamarie Trombetta**
yes. Of course. It's 10128. That information has. It's in the system because in order for me to get to you, they confirmed all that

**Christine**
All right, great. So I was able to put a complete notation about your concerns for today Now let's try to you ask somehow from our online site Specialist who can double check and  look at the Information that you need



Page 4

**SECOND EBAY CUSTOMER SERVICE REPRESENTATIVE**

00;07;23;02 - 00;07;24;10
**Ebay Customer Support**
Customer support Can I have your first and last name please

00;07;25;01 - 00;07;29;25
**Annamarie Trombetta**
Yes, it's Anna Trombetta. I'm trying to get information. Yeah.

00;07;30;19 - 00;07;31;26
**Ebay Customer Service**
How can I help you

00;07;32;27 - 00;07;37;14
**Annamarie Trombetta**
Information was forwarded to you. Yes or no?

00;07;39;00 - 00;07;40;19
**Ebay Customer Service**
There was no information yet provided.

00;07;41;24 - 00;08;32;11
**Annamarie Trombetta**
Okay. And I am interested to find out who the seller is of an item. I'm
going to ask you to Google on 1972 original oil painting man with red
umbrella. And what comes up is a website to Worth Point dot com. And the
reason for me calling you is that the seller information is it's not
visible. So I'm calling to find out if you can inform me who the seller
was if you Google 1972 original oil painting man with red umbrella.

00;08;35;28 - 00;08;41;20
**Ebay Customer Service**
Now I forget you right person you actually requested me search
information on eBay for that item

00;08;41;20 - 00;09;40;08
**Annamarie Trombetta**
Yes. Because I contacted the user agency. Yeah. Because there is no
seller ID and I contacted Worth Point and they said that I would have to
contact eBay in order to find out who the seller was. So it's on the
internet it says that the source is eBay and that it was sold in December
of 2012 and I actually know the value of the sale, which was $181.50 but
even though the sale was posted when I went on to the membership for
Worth Point, what is not there is the seller ID and when I contacted
Worth Point they said I have to contact eBay.

00;09;41;25 - 00;09;53;23
**Ebay Customer Service**
No further information I'll let you know that worked at providing
personal information to a buyer on the account because they also try to
protect sellers who buy this

00;09;53;23 - 00;09;58;10



**Annamarie Trombetta**
well, how would I be able to obtain that information

00;09;59;10 - 00;10;05;26
**Ebay Customer Service**
Normally you try to provide
The title of the item here, there are a lot of sellers that are actually
selling the item as well in the account.

00;10;06;25 - 00;10;10;07
**Annamarie Trombetta**
There's a lot of sellers selling the item on the account.

00;10;10;29 - 00;10;33;04
**Ebay Customer Service**
Just making sure that the right title  that you provide to me in 1972 the
original oil painting man with red umbrella. Yes right when I try to
search that up eBay accounts here. There's a lot of information showing
up so we actually cannot offer exactly the sale you're talking about here
because there are a lot of sellers who are selling the same item as well.

00;10;35;05 - 00;10;47;05
**Annamarie Trombetta**
Right but this one says 1972 and you just googled and it came up in the
in the search bar did it not?

00;10;47;26 - 00;10;51;10
**Ebay Customer Service**
Is there a way that you could pick up the title of the item and you can
see the item number.

00;10;52;22 - 00;10;58;26
**Annamarie Trombetta**
The item number is it's only a nine digit item number on Worth Point.

00;10;59;29 - 00;11;00;19
**Ebay Customer Service**
It's supposed to be 12 digits maam

00;11;02;01 - 00;11;13;04not
**Annamarie Trombetta**
Yeah I know I it's only nine digits. So what I'm trying to find out is if
there actually was a seller or who the seller was.

00;11;17;00 - 00;11;25;27
**Ebay Customer Service**
Because when they tried to provide that information to the other search
bar on eBay, I just have a random listed item here showing up.

00;11;26;06 - 00;11;26;18
**Ebay Annamarie Trombetta**
Yes.

00;11;27;27 - 00;11;31;19



**Ebay Customer Service**
But I can't actually provide you some personal information on the
seller's account.

00;11;31;23 - 00;11;55;00
**Annamarie Trombetta**
OK, so again the title of the piece is 1972 Original Oil Painting Man
with Red Umbrella. If you Google that, if you put up pull up another page
and you Google that 1972 original oil painting man with red umbrella.

00;11;58;01 - 00;11;59;05
**Ebay Customer Service**
red umbrella.Right?

00;11;59;05 - 00;12;14;00
**Annmarie Trombetta**
Right Just Google that 1972 original oil painting man with red umbrella
signed Annamarie Trombetta

00;12;14;00 - 00;12;14;22
**Ebay Customer Service**
Google.not eBay.

00;12;15;07 - 00;12;16;13
**Annamarie Trombetta**
Google. Correct.

00;12;21;22 - 00;12;23;20
**Ebay Customer Service**
So a lot of information showing up here.

00;12;24;09 - 00;12;24;18
**Annmarie Trombetta**
Right. 1972 original oil painting man with red umbrella and underneath it
says www.worthpoint dot com.

00;12;37;00 - 00;12;37;25
**Ebay Customer Service**
Worth Point.

00;12;38;08 - 00;12;40;18
**Annamarie Trombetta**
Yes. That's the one you want to click on to.

00;12;41;10 - 00;12;43;20
**Ebay Customer Service**
I think that it's actually not eBay.

00;12;44;07 - 00;12;51;08
**Annamarie Trombetta**
Correct but click on to it if you click on to it. Did you.

00;12;52;25 - 00;12;57;24
**Ebay Customer Service**



I tried to do that on the web and it provided me a lot of information.

00;12;57;24 - 00;13;07;22
**Annamarie Trombetta**
correct And it says source eBay and it's highlighted. So when I click on to eBay, it goes to the eBay website.

00;13;10;16 - 00;13;14;08
**Ebay Customer Service**
Where if there you go, it's Worth Point, right?

00;13;14;13 - 00;13;16;06
**Annamarie Trombetta**
Correct. Worth Point.com

00;13;17;03 - 00;13;32;26
**EBay Customer Service**
It's actually a different selling page it's essentially a third party application from eBay as well let me check, **it's actually a third party app. It's a marketplace. It's not from eBay.**

00;13;33;17 - 00;13;36;02
**Annamarie Trombetta**
I know it's not from eBay. It's from Worth Point.

00;13;37;04 - 00;13;42;18
**EBay Customer Service**
Yeah. And it's not showing up here. Yes the source, is actually ebay if you have provided that Right,

00;13;42;18 - 00;13;43;11
**Annamarie Trombetta**
right. So you're on the Worth Point website right now with and you're looking at a picture of it looks like a canvas and it says A. Trombetta

**EBay Customer Service**
yes Maam

**Annamarie Trombetta**
and it says 1972 original oil painting item category source is eBay sold December 1st 2012. The channel is online auction. But what I need to do is find out or I need to be informed how can I find out who the seller was.

00;14;18;21 - 00;14;37;28
**EBay Customer Service**
So let me see if I can actually have the tool to actually provide that information but if we have that information here on my end we're not actually allowed to provide a personal information. All right. Because that's only part of how the seller's protection.

**Annamarie Trombetta**
OK, well

EX #42    Page 8

**EBay Customer Service**
We can only provide if we have an item number. I can provide the item number. All right.

00;14;38;18 - 00;14;41;13
**Annamarie Trombetta**
Thank you

**EBay Customer Service**
please. Stay on the line.

00;14;41;13 - 00;14;41;26
**Annamarie Trombetta**
I will.

00;14;42;18 - 00;14;43;10
**EBay Customer Service**
I will Be placing you on  hold.

00;14;43;19 - 00;14;45;01
**Annamarie Trombetta**
Thank you. Thank you.

00;14;46;11 - 00;14;48;06
**EBay Customer Service**
Thanks so much for staying on line here Anna

00;14;48;08 - 00;14;49;15
**Annamarie Trombetta**
Yes. And your name?

**EBay Customer Service**
Yeah, my name is Jamie.

00;14;53;05 - 00;14;57;27
**Annamarie Trombetta**
Jamie. Jamie, what do you mean by it was a third party seller.

00;14;58;17 - 00;15;01;06
**Jamie EBay Customer Service**
Um, it's like they're using a third party application.

00;15;02;18 - 00;15;03;10
**Annamarie Trombetta**
Who is using.

00;15;03;10 - 00;15;09;11
**Jamie  EBay Customer Service**
A open third party apps on their account. And regarding that, that is actually not from ebay anymore.

00;15;09;17 - 00;15;12;14
**Annamarie Trombetta**



OK, it's not from eBay, is it from WorthPoint?

00;15;13;08 - 00;15;22;00
**Jamie  eBay Customer Service**
Yeah. And I tried to get in touch with one of the experts regarding it,
and they have informed me that if you want to go ahead and get some
information on who is selling the item.

00;15;22;08 - 00;15;22;26
**Annamarie Trombetta**
Yes,

00;15;22;27 - 00;15;25;21
**Jamie  eBay Customer Service**
you can Get in touch with Worth Point and we do have their phone number.

00;15;26;21 - 00;15;36;16
**Annamarie Trombetta**
OK, hold on one second. Yes, I'm listening. What is it?

00;15;36;21 - 00;15;45;22
**Jamie  eBay Customer Service**
Okay. The phone number for **WorthPoint contact information. Customer
service will be 877 481-5750.**

00;15;46;12 - 00;15;56;24
**Annamarie Trombetta**
Well, I did call them and they said that I had to get in touch with eBay
because if they don't sell anything, they're a database. So I keep going
back and forth.

00;15;59;16 - 00;16;10;12
**Jamie  eBay Customer Service**
Let me try see at our end to maybe they provided information like a third
party app to give it to me tried to go ahead and provide that information
here on eBay.
And do it again. OK,

**Annamarie Trombetta**
OK. Because I still don't understand what you mean by third party. You're
saying that it is the responsibility of WorthPoint to have that
information.

**Jamie  eBay Customer Service**
Yes Maam

**Annamarie Trombetta**
Well, again, Worth Point keeps telling me that since they don't sell
anything and that it was sold on eBay in 2012 that you would be the
source of the seller Id.

00;16;42;26 - 00;16;55;26
**Jamie  eBay Customer Service**



The item has already been sold here on ebay  What I have tI try to pull
up an equal tag on the item on worth point I tried to search for some
type of searching not just eBay and it's actually not showing up.

00;16;56;04 - 00;17;03;26
**Annamarie Trombetta**
<u>Well what if what if that information is not true what if it wasn't sold
on eBay ?</u>

00;17;05;14 - 00;17;10;20
**Jamie  eBay Customer Service**
The item is already listed here on ebay here. It will still show on the
ebay Web site.

00;17;10;22 - 00;17;14;07
**Annamarie Trombetta**
Even though it's from 2012

00;17;14;07 - 00;17;26;15
**Jamie  eBay Customer Service**
still that Beyond I mean that would information fully deleted if it still
we only can do something about it if the item activated on the account of
what you sold the company a msximum of 60 ?days

00;17;28;15 - 00;17;47;28
**Annamarie Trombetta**
A maximum of 60 days so how do you know again how can I find out who the
seller is from 2012?  Is it possible? Do you have the data stored. Is
there a particular person or department that I have to contact in order
to acquire that information.

00;17;49;10 - 00;17;55;21
**Jamie  eBay Customer Service**
On my end I don't have the actual tool to ah provide ah actually provide
or see that information at my end

00;17;55;29 - 00;17;56;11
**Annamarie Trombetta**
Right.

00;17;56;20 - 00;18;07;29
**Jamie  eBay Customer Service**
And of a handful of limited access. But let me see if I can get in touch.
You can go back to one of my expertise department here and see if they
have a different department to actually search that item, ok

00;18;07;29 - 00;18;11;04
**Annamarie Trombetta**
OK. Thank you very much.

00;18;11;04 - 00;18;12;08
**Jamie  eBay Customer Service**
No Problem I'll be putting you back on hold ok Anna



00;18;12;08 - 00;18;16;28
**Annamarie Trombetta**
Yes. Thank you, Jamie. Thank you. Like awaiting it. Yes. Jamie.

00;18;18;08 - 00;18;20;22
**Aldrin**
Yeah. Yeah. This is Aldrin. Jamie's supervisor.

00;18;21;01 - 00;18;22;27
**Annamarie Trombetta**
Oh, Aldrin's ok. Yes.

00;18;23;22 - 00;18;26;18
**Aldrin**
I was told this is  this will be with one of your  items, which is
basically I tried pulling up that specific website.
as advised by Jamie  ..you know.. was looking at the information  provide
me was sold for December 1, 2012. and you're not the one who sold this
item.

00;18;44;21 - 00;18;59;21
**Annamarie Trombetta**
I am not the one who sold this item I'm actually the one that the
painting is being attributed to it says signed Annamarie Trombetta I'm
Annamarie Trombetta

00;19;01;26 - 00;19;09;06
**Aldrin**
There I now see, alright then let's try look at all the  best options for
us to pull up the item here on my end to get all the information about
the seller so that I can try to track..

00;19;09;06 - 00;19;50;25
**Annamarie Trombetta**
Right, so who the seller is because there is the source is named eBay
even though it's on worthpoint.com's website the source is eBay. And when
you click on to that source that highlighted eBay goes straight to the
eBay website but it's it's a circle it doesn't even though I went online
to try and find out the price which is $181.50, the seller identification
was absent.

00;19;57;08 - 00;20;07;13
**Aldrin**
Again further information so that I can try to track more details about
the item OK try and check and find the and pull up the  item number or
what not.
That's the only way for us to get the  details from the seller And based
on Price Point website and let me further check here on my end.

00;20;19;10 - 00;20;20;06
**Annamarie Trombetta**
OK, thank you.

00;20;21;18 - 00;20;24;11

  

**Aldrin**
You're Welcome let me place you hold for one or two minutes I'll get back
to you.

**Annamarie Trombetta**
Very good. Thank you. Aldrin

00;20;26;08 - 00;20;32;08
**Aldrin**
Yeah This is Aldrin OK. Yeah, I tried everything here on my end to
possibly pull up details of this listing going back to the possible date
specifically December of 2012 of what was sold on that date and I don't
see anything here on my end Here's what we're going to do..

**Annamarie Trombetta**

Yes
**Aldrin eBay Supervisor Specialist**

 Okay We have a listing department here before making sure  taking care
of reporting listing status members trying to check on listing things for
corporate purposes and Stuff like that we might have further details
about this item that was sold way back in 2012. Because as far as history
is concerned here on my end I only have a limited time frame.

00;21;13;13 - 00;21;13;26
**Annamarie Trombetta**
OK.

00;21;14;13 - 00;21;19;17
**Aldrin**
However, listing policy at Worthpoint might have a way to gather more
information  about it

00;21;20;00 - 00;22;02;06
**Annamarie Trombetta**
Is there anyone that I could contact or write to? Because again, when I
called initially, it's just the nine digit code. The code on the URL for
WorthPoint it's worthepedia 1972 to oil painting man red and it's
48924172 but that's only nine digits you're. Yeah Jamie was telling me
that it's a 12 digit item number that you can look information up with is
that correct exact.

00;22;02;22 - 00;22;08;26
**Aldrin**
Item numbers right I mean items registered on the website for ebay  will
be consisting  of 12 numbers and that's.

00;22;12;05 - 00;22;30;03
**Annamarie Trombetta**
Yeah I was going to say even in 2012 that was the standard policy that
all the inventory numbers were 12 digits because this is from 2012. Could
it be that that's why it's only nine digits

 

00;22;30;04 - 00;22;46;26
**Aldrin**
Not Necessarily it has been standardized since then. So that will be like for you. I need to get that standard number for item numbers at least 48924172 and this will be associated with WorthPoint item numbers.

00;22;47;00 - 00;22;47;13
**Annamarie Trombetta**
Okay.

00;22;48;29 - 00;23;33;27
**Aldrin**
So since it's on your website might have been login register between that specific series of numbers. OK, but do further check on this I'll be needing. to go up to our Listing Policy Department, you know, I'd be looking further into it   Together with that if you have access beyond the items that we have here on eBay, all the reports, all the details of the left bank that he might have even requiring this particular item for documents for **COPYRIGHT  purposes** like listing items like this very easy or whatnot, most likely the seller of items  was required to provide us(eBay) with documents updated to make sure for us as well that items which We know

**Annamarie Trombetta**
Right

And so I can give you just stay the line for me for a couple of seconds for Our Listing Policy department,

**Annamarie Trombetta**
listing policy department. Thank you.

**Aldrin**
And you're welcome stay on the line please.

00;23;51;15 - 00;23;54;22
**Annamarie Trombetta**
I shall

**FOURTH EBAY SPECIALIST**

00;23;55;22 - 00;24;02;22
**Archer**
Your name please..

**Annamarie Trombetta**
your name is Arthur

**Archer**
Archer.

**Annamarie Trombetta**
Archer. OK, and what department are you from? From eBay?



00;24;02;29 - 00;24;05;03
**Archer**
I'm from the Internet listings

00;24;05;24 - 00;24;17;11
**Annamarie Trombetta**
OK, my name is Anna Trombetta. I'm calling about a did did the Aldrin tell you what this was in reference to.

**Archer**
Yes, that there's Some notes from the previous job  let me check take that first ok
Something here to get details about the seller. One of your items shows it was bought last in 2012 ??

00;24;33;20 - 00;24;55;23
**Annamarie Trombetta**
That is yes it's if you Google 1972 original oil painting man with red umbrella if you Google that what will come up is the link and then it's connected to a website called. Worthpoint.com
Are you there ?

00;25;00;15 - 00;25;10;03
**Archer**
Yes I was provided that link  It's showing me coming 1972  original painting man with red umbrella signed saying ok yeah  tell me more about this let's go over this.

00;25;10;16 - 00;25;45;01
**Annamarie Trombetta**
Ok well the item category and the seller is not visible. The source is eBay. When you click on to the eBay logo, it goes straight to the eBay website and it says that it was sold December 1st 2012 and that the channel is an online auction. It gives a very detailed description of the painting, its states, the size and the, the condition of it. It's supposed to have been damaged. And then it also gives the biography of the artist. So what I'm trying to find, since it has been duly documented on this Worth Point website that it was sold in December 1st of 2012. What I did was I went on to the Worth Point website, it's valued at $181.50, but it doesn't reveal the seller.So what I'm trying to do is track down the seller Identification
 Hence the reason why I'm talking to you Archer

00;26;28;27 - 00;26;33;02
**Archer**
I am OK are you the one who painted this.

00;26;35;04 - 00;26;49;21
**Annamarie Trombetta**
Well somebody's saying that I painted it but I don't recall painting it and I, I looked to check to see the picture of it and there aren't pictures, but there's a picture of a signature.



00;26;52;14 - 00;26;57;19
**Archer**
That is true  but somebody that's absolutely clear. You wanted to report
somebody using your name to sell this painting correct

00;26;59;00 - 00;27;08;24
**Annamarie Trombetta**
well, somebody sold it and they sold it for $181, and I need to know who
sold it. And I'm checking with you to find out if there's any
documentation of the sale, because when you go on to Worth Points
membership, there's a dollar amount associated with the sale of this
painting, and it's duly documented on the website, whether you're on the
membership or not. That it is the source of the sale is eBay.

**Archer**
That is true Here's the thing we only recover or we only save information
for up to 18 months. So one year and a half of information  after that
those information can no longer receive  even if you can get the item
number.
So It's not going To show And so my point that this has been sold for
like three years

00;28;14;03 - 00;28;54;16
**Annamarie Trombetta**
Yes but your company eBay is associated with this website which is
associated with me so whatever your policies are, that's your policy. OK,
I'm just trying to find out who the seller is. Now, when I spoke to
Aldrin, he said that you have information on file do you have a database
back to 2012? Can you access that information? Is there a way to access
that information?

00;28;58;13 - 00;29;06;01
**Archer**
No We can't save three years of information, so I might actually delete
the specifics for again a year and a half.

00;29;06;15 - 00;29;47;16
**Annamarie Trombetta**
So you're saying that you're associating your company… eBay is associated
with and now I'm associated with Worth Point and eBay and you have no way
possible of telling me who the seller was because this potentially could
be a fraudulent piece of artwork that was sold and attributed to me
.....So that's why it is vital for me to find out who the seller is.

00;29;53;20 - 00;30;02;15
**Archer**
As much as I would like to Share those information to you. We can no
longer go back to three years information and that's a system limitation.

00;30;03;06 - 00;30;20;12
**Annamarie Trombetta**
Well even though it's a system limitation, there has to be a way to if
that and if that information is limited why is it up on the Internet now?



**Archer**
Only by the time it was created, it just copied all the description they
had on their database and on their system, I mean, we no longer have a
copy of this because they don't release any information. It's still up
there. That's what I think that that happened

00;30;41;00 - 00;30;41;16
**Annamarie Trombetta**
That's what you think

00;30;41;16 - 00;30;51;21
**Archer**
they didn't even provide any item number. Supposedly, there's an item I
don't know when we can at least check the the data was created, those
kind of things.

**Annamarie Trombetta**
Well, can I ask you, was it sold on eBay as they are stating the source
To be

**Archer**
To be honest, that's fine. I can't even check it's undefined.

00;31;04;09 - 00;31;20;00
**Annamarie Trombetta**
OK, it's undefined. So how do I know what the painting looks like? And if
it was one of mine ?    hello?

00;31;20;29 - 00;31;38;17
**Archer**
Yeah, I'm just looking at something.  Have you tried checking to see if
there's a way for you to check with WorthPoint, So for them to get back
with their own information, as I see here that it only shows one photo
right ?

00;31;39;16 - 00;31;42;24
**Annamarie Trombetta**
It shows the photo of a signature

**Archer**
of a signature. So I don't think. Cause it's been more than a couple of
years. It's showed up here on their site. On eBay we really really cannot
get
this information anymore. Even if you have the item numbers is an
information now, has it taken up? Oh.

00;32;03;21 - 00;32;24;25
**Annamarie Trombetta**
I have tried calling them. And they specifically said to me, we don't
sell anything. We're a database and you need to contact eBay because it
was sold online through eBay. OK. And now you're telling me to contact
them

00;32;25;07 - 00;32;32;28



**Archer**
If you click their store And it says eBay it's only going to redirect to eBay website But even not showing up the item specifically itself

00;32;32;28 - 00;32;42;05
**Annamarie Trombetta**
That's correct. Did you click on to the eBay link? Yeah, yeah, yeah. And it goes to the current eBay listing is that not correct?

00;32;43;03 - 00;32;53;16
**Archer**
That's correct. Technically I can't confirm  if it's purchase or sold that was I sold on eBay yet.

00;32;53;28 - 00;33;21;02
**Annamarie Trombetta**
You can'tconfirm . OK, so then how do I how do I know if you can't confirm it? I can tell you that that is not my signature. That I can tell you I don't sign my name that way. So whoever took that picture, whoever posted that picture is not revealing the truth. So if that's I know that's not my signature.
I don't know what the painting looks like, but it is definitely my biography that is so specific that I know it to be me. So basically what you have here is a fraudulent attribution now, is there anyone in the legal department that I can speak with regarding this to try and find out.. You're telling me that you don't have data longer than 18 months, is that correct? Excuse me?

00;34;00;08 - 00;34;02;12
**Archer**
Yeah  that is true but f I only have an item number I really can't check't …if there is an item number then we can try to check

00;34;02;23 - 00;34;20;26
But based on WorthPoint's information it was purchased or sold on eBay . Nothing is showing up here no item number  no transaction number not even a link to the original ah sales website.

00;34;21;07 - 00;34;48;21
**Annamarie Trombetta**
Well who is responsible for the linking to eBay ?In other words, the item is on Worth Points website and there is a link that goes directly to eBay. Who's responsible for that link? You've given Worth Point permission to do that?

00;34;49;02 - 00;34;59;19
**Archer**
It shows up here that eBay as a partnership with WorthPoint  So there's a possibility that the person who owns a WorthPoint  account links it's item to this website.

00;35;02;00 - 00;35;05;26
**Annamarie Trombetta**



OK, so you have a working relationship.

00;35;09;15 - 00;35;10;28
**Archer**
That's what isshowing up in here, but it's….I. You know, to be honest, this is the first time I... I had this WorthPoint website open.

00;35;19;06 - 00;35;57;20
**Annamarie Trombetta**
OK? And and again, all I can tell you is that I contacted WorthPoints and they said that they don't sell anything. It's it was sold on eBay. What is it for? It's yes. I don't know specifically. I was told that it's a database that ...that people go to to see the value of info of paintings, antiques, artifacts, anything that's for sale. I know as much as you do, sir. I was told to call eBay in order to find out who the seller was. But since I can't find out who the seller was because of the limited database, that eBay has, how… how old is the company? I how old is eBay?

00;36;24;05 - 00;36;27;04
**Archer**
Since I believe it's 1997 or 1996

00;36;28;03 - 00;36;37;14
**Annamarie Trombetta**
1996. So it's a 20 year old company and, and basically you're telling me that you don't have a database for all the items that you sell.

00;36;41;16 - 00;37;15;02
**Archer**
We have databases to see specific information for specific period of time. Right. Yeah. There's a lot of sales there's a lot of information that can be seen.
So there's a time frame, so how long we can see those information that are on our website if there's only an item number showing up here, they cannot be searched as to when the item was first listed or the date of the item was ended but I don't get the information that I can get if you have an item number.

00;37;15;24 - 00;37;16;18
**Annamarie Trombetta**
So your telling me That because there isn't an item number. It's now impossible for you to find out who the seller is.

00;37;26;21 - 00;37;43;02
**Archer**
Basically yes it is possible  If we search for this title and the search results on ebay. I mean, I know I mean, normally if an item gets sold, it's only going to show up at the website for six months 60 days rather…60 days.

00;37;43;03 - 00;38;10;22
**Annamarie Trombetta**
 I understand. I understand the concept this, but for someone to have for WorthPoint, to have the permission to put eBay on to the source, then



indirectly or directly, eBay is connected and responsible for the
information

00;38;11;21 - 00;38;25;15
**Archer**
Possible Yes. So that can be true that if this owner who created this
part of their Web site didn't provide any ah.. specific information. They
just copied  what was under this description it's impossible for us to
check or confirm

00;38;27;26 - 00;38;31;26
**Annamarie Trombetta**
It's possible or impossible
00;38;31;26 - 00;38;32;28

**Archer**
Impossible,

00;38;33;22 - 00;39;19;23
**Annamarie Trombetta**
Impossible So basically what I have is ah it's basically copyright
infringement. Your Web site has a great deal of information regarding
copyright infringement. In other words, WorthPoints. And eBay is
associating my name because it says it right in the title. Annamarie
Trombetta. Is it possible for eBay to take this down since you say you
don't know who the seller is and it's impossible for you to find out who
the seller was? Is it possible for you ....for eBay . . .to take this off
the Internet?

00;39;26;21 - 00;39;39;06
**Archer**
We can but you have that option because it bears your name in their site.
You can request  for Worth point to remove this breach on their site.
It's on their site.

00;39;39;06 - 00;39;58;06
**Annamarie Trombetta**
 So it's my responsibility. Now, to have WorthPoint, take it down, but
it's associated with eBay because there's a link to eBay. So does eBay
have any responsibility in in.. assisting me with taking this down.

00;39;58;29 - 00;40;11;18
**Archer**
If it's free If we really have a  specific link for the sale.. all
right... It only shows the link of the home page of eBay. Having it
confirmed  that it's sold on eBay.
But if it  shows a source which it'S UNDEFINED  it's only a website  It's
only a page . . It's a homepage  So let's say if we have a partner to
this website.. right?

00;40;26;09 - 00;40;32;03
**Annamarie Trombetta**
It's a home page, but then it clicks on to the actual website of eBay.



You know if you want this page to be removed you should contact
WorthPoint it's on their Web site. The page is associated with this but
we Don't have the right to remove this page

00;42;47;18 - 00;42;54;25
**Annamarie Trombetta**
You don't have the right to remove the page.

**Archer**

No,

**Annamarie Trombetta**

but it's it's linked and it's linked to eBay.

00;42;58;01 - 00;43;09;25
**Archer**
But it's copyrighted to your name and you have all the right to request
and remove it this page?

00;43;09;26 - 00;43;27;06
**Annamarie Trombetta**
Sir The purpose of my call is to get this off the Internet. This has been
going on since August 2015. It is now December. I keep contacting Worth
Point and they're telling me to contact you. I have no idea what's true
and what's not.

**SUDDEN  HANG UP AND SOUND DIAL TONE BEEPING**

EXHIBIT#43

 **WorthPoint**

Jason Packer <jason.packer@worthpoint.com>

## RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

9 messages

**Will Seippel** <will.seippel@worthpoint.com>                                             Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for. I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Saturday, February 20, 2016 10:24 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel. I am professional artist Annamarie Trombetta. I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta. This is not one of my paintings. There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it. This is not my signature. **Please see attachments.**

On February 3, 2016 I spoke with Mr. Gregory Watkins. Mr. Watkins also stated that you were at a conference in Las Vegas. I asked Mr. Watkins certain questions regarding the artwork falsely attributed to me. I requested that he e-mail me his answers regarding these questions that I had about this artwork on Tuesday February 3, 2016. Today is February 20, 2016 and nothing has been forwarded to me. I have contacted eBay several times prior to contacting your company.

EXHIBIT #43



**WorthPoint**

Jason Packer <jason.packer@worthpoint.com>

---

## RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

9 messages

---

**Will Seippel** <will.seippel@worthpoint.com>                                                           Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for. I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

From: Annamarie Trombetta [mailto:trombettaart@yahoo.com]
Sent: Saturday, February 20, 2016 10:24 AM
To: will@worthpoint.com
Cc: Worthpoint Support <support@worthpoint.com>
Subject: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel. I am professional artist Annamarie Trombetta. I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta. This is not one of my paintings. There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it. This is not my signature. **Please see attachments.**

On February 3, 2016 I spoke with Mr. Gregory Watkins. Mr. Watkins also stated that you were at a conference in Las Vegas. I asked Mr. Watkins certain questions regarding the artwork falsely attributed to me. I requested that he e-mail me his answers regarding these questions that I had about this artwork on Tuesday February 3, 2016. Today is February 20, 2016 and nothing has been forwarded to me. I have contacted eBay several times prior to contacting your company.



WP000096

EXHIBIT #43


WorthPoint

Jason Packer <jason.packer@worthpoint.com>

---

## RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork
9 messages

---

**Will Seippel** <will.seippel@worthpoint.com>                                           Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for.  I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Saturday, February 20, 2016 10:24 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

WP 135

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel.  I am  professional artist Annamarie Trombetta.  I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta.  This is not one of my paintings.  There is a photo of a signature A. Trombetta  with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint "  with your company logo in yellow next to it.  This is not my signature. **Please see attachments.**

On February 3, 2016  I spoke with Mr. Gregory Watkins.  Mr. Watkins also stated that you were at a conference in Las Vegas.  I asked Mr. Watkins certain  questions regarding the artwork falsely attributed to me.  I  requested that he e-mail me his answers regarding these questions that I had about this artwork  on Tuesday February 3, 2016.   Today is February 20, 2016  and  nothing has been forwarded  to me.  I have contacted eBay several times  prior to contacting your company.

EBay stated that they do not have the name of the seller  nor the name of the buyer or the listing for this painting.  Ebay expressed several times to me that I need to contact Worthpoint since the listing is on your site..

There are still listing for Worthpoint.com under my name.   Under google search for the painting "1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta there is a link entitled **Marilyn Monroe 1988 Vintage Michael Ochs Archive and also Thomas Kinkade .**  Both  Worthpoint sites list 1972 Original Oil Painting Man with Red

Plaintiff 000034

RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork          Annamarie .../Inbox

Will Seippel <will.seippel@worthpoint.com>          Sat, Feb 20, 2016 at 10:36 AM
To: 'Annamarie Trombetta'

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for. I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

From: Annamarie Trombetta [mailto:trombettaart@yahoo.com]
Sent: Saturday, February 20, 2016 10:24 AM
To: will@worthpoint.com
Cc: Worthpoint Support <support@worthpoint.com>
Subject: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel. I am professional artist Annamarie Trombetta. I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta. This is not one of my paintings. There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint."


EXHIBIT
#43

Plaintiff 000039          Yahoo Mail - Fwd: FW: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

----------
From: **Will Seippel** <will.seippel@worthpoint.com>
Date: Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>


Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.


We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for. I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.