4 of 4

# EXHIBITS PLAINTIFF'S REPLY TO WP 479

Plaintiff's Statement # 12

EXHIBIT #44  Letter  confirmed Service Repair for  Printer on April 17, 2023 at The Montery

EXHIBIT #45. Will Seippel Declaration filed 06/29/2020 in ECF 61- and in Pl. Evid. 000214 -000216

Plaintiff's Statement # 13

EXHIBIT #46  WorthPoint's Evid. Pl. Jan.4, 2017 email  Re 1972 post WP000132, 000133, 000134

EXHIBIT#47  Pl. Internet Expert Witness Mr. O'Leary's  Deposition Pages 100 to 107

Plaintiff's Statement # 16

EXHIBIT # 47 A  eBay phone call Transcript page  8- 13 and page 19.

EXHIBIT #48 A  Pl. Evid. 000163  Photo " A. Trombetta" in  WorthPoint webpage
            B  Plaintiff 's  1972 childhood signature Pl. Evid. 000260

Plaintiff's Statement #17

EXHIBIT #49 A  Plaintiff Evid. 000316 1972 childhood signature on notebook cover
            B  Estate Auctions Inc. photos  red pencil signature misspelling Pl. name
            Plaintiff Evid. 000142 000143 and  Plaintiff Evid. 000165

Plaintiff's Statement #18

EXHIBIT # 50 A Pl.Evid 001006  and #50 B Greg Watkins Feb. 3 2016 phone transcript.

EXHIBIT #51 Plaintiff's Feb. 20, 2016 email to Will Seippel in a Meta Data Print out
            Pl. Evid. 000366  000366A, 000366B, 000366C,  000366D

EXHIBIT #52  Estate Auctions Inc. EAI000073 to EAI000079

 Gmail

*EXHIBIT #44*

# 18-CV-0993-Plaintiff's Summary Judgement , Declaration and Rule 56.1

**Annamarie Trombetta** <atrombettaart@gmail.com>                     Mon, Apr 17, 2023 at 11:55 PM
To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

📄 Declararation of Annamarie Trobetta with Exhibi...

To Whom it May Concern in the Pro Se Office:.

| | |
|---|---|
| Plaintiff | Annamarie Trombetta |
| Address | 175 East 96th Street  (12 R) |
| | New York,  New York 10128 |
| Telephone | (212) 427-5990 |

I , Annamarie Trombetta am the Flier in case 18-CV-0993

 Pro Se  Plaintiff is filing

Kindly  file  this              in case  Cv-18-0993.
I thank you in advance for your anticipated cooperation.

Sincerely,

Annamarie Trombetta

---

2 attachments

📄 **Memorandum of Law in Support of Plaintiff's Motion for Summary Judgement.pdf**
2311K

📄 **Rule 56.1 .pdf**
142K



*EXHIBIT #44*

April 20th, 2023

Re: Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, NY 10128

To Whom It May Concern,

On April 17th, 2023, there was a repair man who came in and serviced the printers in our business center.

If you may have any questions or concerns, please feel free to contact me.

Sincerely,
Ermina Cirikovic



**Compliance Specialist**
T: 212-510-6503
F: 607-354-3243
erminac@montereynyc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Annamarie Trombetta,  )  )  )  ) | EXHIBIT |
| Plaintiff,  )  )  )  ) | |
| v.  )  )  ) | Civil Action No: 18-cv-00993 (RA) (SLC) |
| Norb Novocin, et al.,  )  )  )  ) | #45 |
| Defendants.  )  ) | |

## DECLARATION OF WILLIAM H. SEIPPEL IN SUPPORT OF DEFENDANTS WORTHPOINT CORPORATION AND SEIPPEL'S MOTION TO DISMISS

I, WILLIAM H. SEIPPEL, state as follows:

1.     My name is William H. Seippel, and I am a resident of the State of Georgia.  I am over the age of 18 and am competent to testify to the matters and facts set forth below, all of which are within my personal knowledge.

2.     I am the Chief Executive Officer and Founder of WorthPoint Corporation ("WorthPoint").

3.     WorthPoint is an online resource for researching and valuing antiques, art, and other collectibles.

1

WHS 1 of 3
6/24/20

Plaintiff000214

EXHIBIT #45

4.      WorthPoint's primary offering, the Worthopedia, is a searchable online database that provides subscribing users with historical pricing data from actual auction and retail sales. The Worthopedia is accessible to users from the website www.worthpoint.com. And it provides subscribers with access to more than 525 million historical auction listings, including historical listings from the online auction website www.ebay.com.

5.      In or around January 2016, I became aware that Plaintiff Annamarie Trombetta contacted WorthPoint regarding an auction listing in the Worthopedia that she alleged infringed her copyright rights (hereinafter, the "Allegedly Infringing Auction Listing"). And, on or around February 4, 2016, I caused the Allegedly Infringing Auction Listing, which was displayed at https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-4892417, to be permanently deleted from WorthPoint's website. Once deleted, the Allegedly Infringing Auction Listing was never reposted to the Worthopedia.

6.      On February 20, 2016, I received an email from Plaintiff Trombetta which stated that a reference to the title of the Allegedly Infringing Auction Listing remained visible when she conducted a "google search for the painting '1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta...'" Shortly thereafter, on March 1, 2016, I responded to Plaintiff Trombetta's February 20, 2016 email and informed her that "we have taken down any pages that you have asked to have taken down as a courtesy to you" and that any reference to the Allegedly Infringing Auction Listing in her Google search "reflected the past" and was the result "of that search engine's memory."

7.      On February 5, 2018, Plaintiff Trombetta filed a complaint against Estate Auctions, Inc., Marie Novocin, and Norb Novocin in the United States District Court for the

2

WHB
2 of 3
1.24/20

Plaintiff000215

EXHIBIT
#45

Southern District of New York. Thereafter, on February 21, 2020, Plaintiff Trombetta filed a

Response in Opposition to Defendants' Motion to Dismiss (Doc. 36) that was interpreted by the

Court as asserting both contributory copyright infringement claims and DMCA claim against

both WorthPoint and me.

8.      I have never been personally served with a summons or a complaint in the above-

captioned matter. Nor has a summons or complaint been delivered to my usual place of abode or

to an agent authorized by me to receive service of process.

9.      While WorthPoint Corporation was served with a copy of Plaintiff Trombetta's

Proposed Amended Complaint (Doc. 33) through its registered agent CT Corporation Systems

on May 12, 2020, no summons was served with the Proposed Amended Complaint (Doc. 33) or

otherwise delivered to WorthPoint. Moreover, WorthPoint has never been served with a copy of

Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (Doc. 36).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 24th day of June 2020, at Atlanta, GA.

William H. Seippel

WHS
of 3
6/24/20

3

Plaintiff000216

EXHIBIT # 46

WorthPoint

Jason Packer <jason.packer@worthpoint.com>

---

## FW: Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta

4 messages

---

**Will Seippel** <will.seippel@worthpoint.com>                                         Wed, Jan 4, 2017 at 11:48 AM
To: Jason Packer <jason.packer@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Hi Jason, is there anyway you can stop Google from indexing this to our site? There us nothing on our site from her, just this link that Google keeps recognizing.

---

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Wednesday, January 04, 2017 11:28 AM
**To:** will@worthpoint.com
**Subject:** Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta

Mr. Sieppel,

Please allow me to Re-introduce myself.  My name is Annamarie Trombetta.   I am an artist .  Last year  I found a MISATTRIBUTION of a painting that I did NOT create on your website--Worthpoint.com which came up  on the internet under my name.   Specific personal  content from my  professional  biography  on my personal artist  website  was  copied,  transplanted  and posted on your site.  A  picture of a  painted signature on canvas signed   A. Trombetta that was NOT MY signature was also photo featured on the Worthpoint.com website  listing.

On February  20, 2016  I contacted you via e-mail.  Prior to contacting you  I had spoken  several times   with  your  employer Anita  and eventually I  was on the phone at length  with your  webmaster Mr. Gregory  Watkins  regarding the FRAUDULENT posting  of a painting  that I did not create.   I requested that this Fraudulent listing be permanently  removed.   I also sent  a notice to the company website.  SEE BELOW

---

### Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

---

I am contacting you once  again  **almost a year later** because I found  yet again a listing  from Worthpoint.com under my name--Annamarie Trombetta artist.  Below is today's  listing  January 4th 2017 of subjects and site which come up  when I  Google  **Annamarie Trombetta artist.  PLEASE REVIEW  ---  The Marilyn Monroe listing** was the **first** place where my name was  Falsely associated  along with the fraudulent painting and signature attributed to me that was listed on Worthpoint.com.

WP000132

EXHIBIT #46

A year ago I took time, energy and effort to contact you and your company regarding the false attribution and requested that it should be removed.    I have NEVER HAD ANY ASSOCIATION with WORTHPOINT.com---NOR have I ever had any business with Worthpoint.com  and yet in a Google search for Annamarie Trombetta Artist  your company is listed under my name.  **This listing is not authentic and has NO RIGHT TO BE LISTED UNDER MY NAME.   The Listing from Worthpoint.com is taking up space that should be for my other TRUE credentials ---and should not BE OCCUPIED by your company.**

I am requesting that you remove this IMMEDIATELY from the internet -- kindly contact Google and responsibly deal with this issue to bring about a PERMANENT ENDING.  I do NOT WISH TO BE ASSOCIATED with your company---in ANY WAY.   The numerous times that I have had to contact you regarding this issue is an outrage and a waste of my personal time.  This is costing me time,  effort and energy  needlessly and for  NO  LOGICAL REASON as AGAIN  I have contacted your company  numerous times.

I am requesting a written response to this e-mail as soon as possible as a confirmation for receipt of this e-mail.  Further,  I am requesting that you and your company PERMANENTLY remove the association --or connection that Google or the algorithms on any other  internet site thereof  have between your company ---Worthpoint.com---- and my name Annamarie Trombetta.

Sincerely,

Annamarie Trombetta

### Central Park's Plein Air Past | OutdoorPainter

www.outdoorpainter.com › Home › Artist Profile

1.

Mar 2, 2015 - "The Destructive Dance of 'Sandy,'" by **Annamarie Trombetta** ... all this history, and the connections generated by **artists**, gave me a mission.".

You've visited this page many times. Last visit: 11/2/16

### Artist Annamarie Trombetta working on her piano, which ... - Pinterest

https://www.pinterest.com/pin/177751516514603960/

**Artist Annamarie Trombetta** working on her piano, which commemorates the 10- year anniversary of 9/11. | See more about Piano, Anniversaries and **Artists**.

You've visited this page 2 times. Last visit: 2/16/16

### Page 1 - Italian American Museum

italianamericanmuseum.org/exhibitions/Pleinair.htm

1.

Acclaimed **artist** Annamarie Trombetta presents a solo exhibition that celebrates the influence of the Italian Macchiaioli (Risorgimento) **Artists** and the American ...

You've visited this page many times. Last visit: 10/14/16

### artist annamarie trombetta's imagery offers visionary interpretation of ...

www.italianamericanmuseum.org/news/news_plein.html

1.

WP000133

EXHIBIT #46

**Artist Annamarie Trombetta's** "Central Park Imagery," a collection of en plein air works in oils, pastels, watercolors, etchings and drawings will be on display at ...

Staten Island native's passionate love affair with Central Park still ...

www.silive.com/entertainment/index.ssf/.../annamarie_trombetta_takes_a_wa.html

Jan 12, 2015 - STATEN ISLAND, N.Y. — After 20 years and well over a hundred works of **art**, painter **Annamarie Trombetta** still hasn't had her fill of Central ...

You've visited this page many times. Last visit: 11/2/16


## Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...

## www.worthpoint.com › Worthopedia™

.. Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New Mexican Folk **Art** Church Birdhouse LARGE Lark Sedona ...

---

**Jason Packer** <jason.packer@worthpoint.com>                    Wed, Jan 4, 2017 at 9:49 PM
To: Will Seippel <will.seippel@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

I filed a temporary removal request with Google which may help flush out that URL, but since that URL is showing up for that search based on off-page signals that may not be enough to get it to stop showing.

Beyond that the only thing we could do is remove the URL altogether, let me know if I should do that.
[Quoted text hidden]

---

**Will Seippel** <will.seippel@worthpoint.com>                    Wed, Jan 4, 2017 at 9:51 PM
To: Jason Packer <jason.packer@worthpoint.com>

I would remove it if not too much trouble.


Happy New Year!


Will

[Quoted text hidden]

---

**Jason Packer** <jason.packer@worthpoint.com>                    Thu, Jan 5, 2017 at 8:20 AM
To: Will Seippel <will.seippel@worthpoint.com>

Sure thing, removed.
[Quoted text hidden]

WP000134

EXHIBIT #47①

Page 100

```
 1              P. O'LEARY
 2   know, I have experience, I have expertise,
 3   scientific, technical, specialized
 4   knowledge, skill, training, education, and
 5   personal experience beyond the common
 6   knowledge and outside the executive
 7   function of the trier, that qualifies me to
 8   render expert opinions on this litigation
 9   matter.  It's right there in plain, simple
10   English.
11              So with the level that I built
12   on the internet -- built a company that
13   sold for $45 million, all right -- I didn't
14   blow smoke at people for that kind of
15   company of that size.  And if I did, trust
16   me, I have the knowledge.
17              I ran an entire data center, I
18   had my own network, I had every kind of
19   Cisco router equipment available, every
20   type of web server, every type of software
21   that was used to do this, e-commerce, and
22   how it all ties back to what the juror may
23   need to know.
24              And I cite the two examples
25   that are exactly related this to case, that
```

EXHIBIT #47(2)

Page 101

P. O'LEARY

1

2    I will gladly explain to the jury in

3    detail.

4              And by the end of my testimony,

5    every juror in that juror box will fully

6    understand that this URL that Ms. Trombetta

7    tried to get you to pull down, without

8    litigation, could have been done within a

9    number of days.  And I will absolutely make

10   sure, before I get off that witness stand,

11   every juror and every judge will fully

12   understand how this could have been done in

13   a matter of hours or days.

14              MS. FARMER:  Okay.  Again, I

15        move to strike as nonresponsive.

16        A.     Oh, baloney.

17        Q.     Which positions in your

18   background have given you the experience

19   that you believe you have that the jurors

20   do not have; was it match -- what did you

21   say, "Match" what?

22        A.     Matchmaker.com.

23        Q.     -- matchmaker.com or anything

24   else?

25        A.     Every one of my positions that

EXHIBIT #47(3)

Page 102

P. O'LEARY

1    I've held since college.  In the 35 years

2    I've been a programmer, I've done

3    everything from literally sitting in a

4    cubicle being a programmer, all the way up

5    to being the CEO of the company.

6         Q.    And the college you're

7    referring to is the 1987 degree in

8    electrical engineering from NYU Polytechnic

9    Institute, of Brooklyn; is that what you're

10   referring to?

11        A.    Yes.  But you conveniently

12   skipped over computer science in your

13   description.  Computer science, also.

14        Q.    Is that the college degree

15   you're referring to?

16        A.    I have the electrical

17   engineering degree and I also have an MBA.

18        Q.    In 1987, was Google around back

19   then?

20        A.    Google may not have been --

21   '87, most people didn't know what the

22   internet was.  Internet became popular in

23   the early '90s, so you're trying to split

24   hairs on four years.  In 1992, the HTTP

EXHIBIT #47 (4)

Page 103

1               P. O'LEARY

2   protocol became publicly available.  That's

3   when it became -- when the RFC, request for

4   comments, was released to the public and

5   the first websites started to come up was

6   1992.  It hit the commercial mainstream by

7   1995, all right, which is still 16 plus

8   five, is 21 years before Ms. Trombetta

9   tried to get you to remove that silly URL

10  off of your website.

11             MS. FARMER:  Again, move to

12        strike as nonresponsive.

13        A.    Here we go.

14        Q.    Do you have any specific

15  experience with working with Google?

16        A.    Yes.

17        Q.    Please describe your

18  experience.

19        A.    Well, with both matchmaker and

20  expertwitness, you have to -- you might buy

21  advertising to drive traffic into your

22  website, but you'll also end up driving

23  traffic organically.  So at matchmaker we

24  were the largest Yahoo advertiser, but that

25  only equated to 22 percent of the traffic.

EXHIBIT #47 (3)

Page 104

1                    P. O'LEARY

2    The other traffic came in organically.

3        Q.      You just said "Yahoo."

4                Did you meant to say "Google"?

5        A.      In 1995, it was Yahoo; Google

6    became popular in 1997, 1998 timeframe, all

7    right?

8                But, you know, to come up on

9    Infoseek, Lycos, Yahoo, all the other

10   search engines that work off the same

11   principles of search engine optimization.

12               So our traffic came in

13   organically.  So people would find us by

14   doing searches.  They might go to Yahoo,

15   Infoseek, Northern Light, or one of the

16   other search engines that were essentially

17   just the same as Google in the day.

18               So we're not going to split

19   hairs because Google became the dominant

20   force in later years.  It's irrelevant,

21   okay?  In the early days, as this was being

22   built, there were many, many other

23   companies that were providing the exact

24   same service as Google, and you had to

25   provide the same technique.

EXHIBIT #47 (6)

Page 105

1                    P. O'LEARY

2              And in those days, if I wanted

3     to remove a URL, I'd have to go to

4     Infoseek, I'd have to go to Lycos, I'd have

5     to go to Yahoo, I'd have to get URLs

6     removed.

7              You know, as things converged

8     and things merged together, that's when

9     Google became Google, and one or two others

10    became the dominant force.  But in the

11    early days there might have been six large

12    companies that we had to deal with.

13              So today Ms. Trombetta just

14    asked you to remove it from Google, for

15    gosh sakes.  When I had a like situation, I

16    had to go to six engines to deal with this.

17    And I did not play games.  I got it done on

18    six search engines; you guys can't even do

19    it on one.

20              MS. FARMER:  Again, move to

21         strike the narrative section as

22         nonresponsive.

23         Q.    Mr. O'Leary, again, I would ask

24    you to refrain from you telling us what you

25    think our client did or didn't do.

EXHIBIT #47

```
 1                   P. O'LEARY
 2        A.     I'm not --
 3               (Cross-talk.)
 4               THE COURT REPORTER:  Hold on.
 5        A.     I'm telling you what I know.
 6        Q.     I'm asking you about Google;
 7   you didn't tell me about Google.
 8        A.     Okay.
 9        Q.     So please tell me about your
10   experience with Google.
11        A.     Okay.  Starting in 1998/1999,
12   we had to start dealing with Google.  By
13   2000, which is still 16 years before the
14   issue with this lawsuit, okay, I started --
15   things started to converge, and I would
16   start having to optimize pages that would
17   work for Google.  The tricky part was that
18   page optimization had to be done for Google
19   and the others at the time.  As things
20   converged more and more, you just had to
21   focus on Google.
22        Q.     And that was part of your work
23   for matchmaker?
24        A.     Matchmaker and expertwitness.
25   Matchmaker was sold, then I acquired
```

EXHIBIT #47   (8)

Page 107

1              P. O'LEARY

2    expertwitness.com.

3         Q.    And have you actually served as

4    an expert witness on behalf of Google?

5         A.    Yes, actually, I have.

6         Q.    What was the nature of that

7    engagement?

8         A.    It had to do with -- it's a

9    good thing you brought that up because I

10   probably would have forgotten about it.

11            It had to do with their social

12   media platform called Google Circles, and

13   they were trying to build out a social

14   media platform that was a lot like

15   Facebook, a lot like the early social media

16   platforms, Myspace, Facebook, Twitter, and

17   so forth.  And, you know, what I served

18   with them was to help them deal with some

19   intellectual property issues.

20        Q.    Besides this case, have you

21   served as an expert witness in any case

22   that involved removing content or pages

23   from any search engines such as Google?

24        A.    I'd have to look at my CV to

25   give you more detail on that.  But I can

EX # 47                    Page 8

**EBay Customer Service**
We can only provide if we have an item number. I can provide the item number. All right.

00;14;38;18 - 00;14;41;13
**Annamarie Trombetta**
Thank you

**EBay Customer Service**
please. Stay on the line.

00;14;41;13 - 00;14;41;26
**Annamarie Trombetta**
I will.

00;14;42;18 - 00;14;43;10
**EBay Customer Service**
I will Be placing you on hold.

00;14;43;19 - 00;14;45;01
**Annamarie Trombetta**
Thank you. Thank you.

00;14;46;11 - 00;14;48;06
**EBay Customer Service**
Thanks so much for staying on line here Anna

00;14;48;08 - 00;14;49;15
**Annamarie Trombetta**
Yes. And your name?

**EBay Customer Service**
Yeah, my name is Jamie.

00;14;53;05 - 00;14;57;27
**Annamarie Trombetta**
Jamie. Jamie, what do you mean by it was a third party seller.

00;14;58;17 - 00;15;01;06
**Jamie EBay Customer Service**
Um, it's like they're using a third party application.

00;15;02;18 - 00;15;03;10
**Annamarie Trombetta**
Who is using.

00;15;03;10 - 00;15;09;11
**Jamie  EBay Customer Service**
A open third party apps on their account. And regarding that, that is actually not from ebay anymore.

00;15;09;17 - 00;15;12;14
**Annamarie Trombetta**

 

00;22;30;04 - 00;22;46;26
**Aldrin**
Not Necessarily it has been standardized since then. So that will be like
for you. I need to get that standard number for item numbers at least
48924172 and this will be associated with
WorthPoint item numbers.

00;22;47;00 - 00;22;47;13
**Annamarie Trombetta**
Okay.

00;22;48;29 - 00;23;33;27
**Aldrin**
So since it's on your website might have been login register between that
specific series of numbers. OK, but do further check on this I'll be
needing. to go up to our Listing Policy Department, you know, I'd be
looking further into it   Together with that if you have access beyond
the items that we have here on eBay, all the reports, all the details of
the left bank that he might have even requiring this particular item for
documents for **COPYRIGHT** purposes like listing items like this very easy
or whatnot, most likely the seller of items was required to provide
us(eBay) with documents updated to make sure for us as well that items
which We know

**Annamarie Trombetta**
Right

And so I can give you just stay the line for me for a couple of seconds
for Our Listing Policy department,

**Annamarie Trombetta**
listing policy department. Thank you.

**Aldrin**
And you're welcome stay on the line please.

00;23;51;15 - 00;23;54;22
**Annamarie Trombetta**
I shall

**FOURTH EBAY SPECIALIST**

00;23;55;22 - 00;24;02;22
**Archer**
Your name please..

**Annamarie Trombetta**
your name is Arthur

**Archer**
Archer.

**Annamarie Trombetta**
Archer. OK, and what department are you from? From eBay?



indirectly or directly, eBay is connected and responsible for the
information

00;38;11;21 - 00;38;25;15
**Archer**
Possible Yes. So that can be true that if this owner who created this
part of their Web site didn't provide any ah.. specific information. They
just copied  what was under this description it's impossible for us to
check or confirm

00;38;27;26 - 00;38;31;26
**Annamarie Trombetta**
It's possible or impossible
00;38;31;26 - 00;38;32;28

**Archer**
Impossible,

00;38;33;22 - 00;39;19;23
**Annamarie Trombetta**
Impossible So basically what I have is ah it's basically copyright
infringement. Your Web site has a great deal of information regarding
copyright infringement. In other words, WorthPoints. And eBay is
associating my name because it says it right in the title. Annamarie
Trombetta. Is it possible for eBay to take this down since you say you
don't know who the seller is and it's impossible for you to find out who
the seller was? Is it possible for you ....for eBay . . .to take this off
the Internet?

00;39;26;21 - 00;39;39;06
**Archer**
We can but you have that option because it bears your name in their site.
You can request  for Worth point to remove this breach on their site.
It's on their site.

00;39;39;06 - 00;39;58;06
**Annamarie Trombetta**
 So it's my responsibility. Now, to have WorthPoint, take it down, but
it's associated with eBay because there's a link to eBay. So does eBay
have any responsibility in in.. assisting me with taking this down.

00;39;58;29 - 00;40;11;18
**Archer**
If it's free If we really have a  specific link for the sale.. all
right... It only shows the link of the home page of eBay. Having it
confirmed  that it's sold on eBay.
But if it  shows a source which it's UNDEFINED  it's only a website  It's
only a page . . It's a homepage  So let's say if we have a partner to
this website.. right?

00;40;26;09 - 00;40;32;03
**Annamarie Trombetta**
It's a home page, but then it clicks on to the actual website of eBay.



Plaintiff000165

Plaintiff000142



Plaintiff 000143

EXHIBIT #49 A



Plaintiff000316

EXHIBIT

#49

A

Housekeeping

1- Ironing

spent 63$.

Plaintiff000260