4 of 4

# EXHIBITS PLAINTIFF'S REPLY TO WP 479

Plaintiff's Statement # 12

EXHIBIT #44  Letter  confirmed Service Repair for  Printer on April 17, 2023 at The Montery

EXHIBIT #45. Will Seippel Declaration filed 06/29/2020 in ECF 61- and in Pl. Evid. 000214 -000216

Plaintiff's Statement # 13

EXHIBIT #46  WorthPoint's Evid. Pl. Jan.4, 2017 email  Re 1972 post WP000132, 000133, 000134

EXHIBIT#47  Pl. Internet Expert Witness Mr. O'Leary's  Deposition Pages 100 to 107


Plaintiff's Statement # 16

EXHIBIT # 47 A  eBay phone call Transcript page  8- 13 and page 19.


EXHIBIT #48 A  Pl. Evid. 000163  Photo " A. Trombetta" in  WorthPoint webpage
              B  Plaintiff 's  1972 childhood signature Pl. Evid. 000260

Plaintiff's Statement #17

EXHIBIT #49 A  Plaintiff Evid. 000316 1972 childhood signature on notebook cover
              B  Estate Auctions Inc. photos  red pencil signature misspelling Pl. name
                 Plaintiff Evid. 000142 000143 and  Plaintiff Evid. 000165

Plaintiff's Statement #18

EXHIBIT # 50 A Pl.Evid 001006  and #50 B Greg Watkins Feb. 3 2016 phone transcript.

EXHIBIT #51 Plaintiff's Feb. 20, 2016 email to Will Seippel in a Meta Data Print out
            Pl. Evid. 000366  000366A, 000366B, 000366C,  000366D

EXHIBIT #52  Estate Auctions Inc. EAI000073 to EAI000079

**PLACEHOLDER**

Gregory Watkins Webmaster
WorthPoint.com.m4a

Plaintiff000329

Plaintiff's Evidence Expert Dis.000999



# Transcript of February 3, 2016 Phone Call

## Phone Call between Artist Annamarie Trombetta (Now Plaintiff) And Copyright Registered Agent for WorthPoint Corporation Employee Gregory Watkins (Attached Copyright For Proof)

## Date of Phone Call February 3, 2016 Phone Call

```
00;00;04;08 - 00;00;11;23
```
Speaker Gregory Watkins

Hi

**Speaker Annamarie Trombetta Plaintiff**

Yes. Good morning. Gregory, this is Annamarie Trombetta. Ah..You gave me a call yesterday afternoon.

```
00;00;12;18 - 00;00;13;10
```

Speaker Gregory Watkins

Right. How are you doing?

```
00;00;13;13 - 00;00;14;27
```
**Speaker Annamarie Trombetta Plaintiff**

I'm doing OK. How about you?

```
00;00;15;25 - 00;00;21;25
```

Speaker Gregory Watkins

I'm good. So, you have an issue with one of the listings on our site.

```
00;00;22;04 - 00;00;29;09
```
**Speaker Annamarie Trombetta Plaintiff**

Mm hmm. I emailed the particular link to you a few times.

Speaker Gregory Watkins

I have it.

**Speaker Annamarie Trombetta Plaintiff**

Yeah.

Plaintiff's Evidence Expert Dis.001000

EX #50 (2)

00;00;31;06 - 00;00;32;10

Speaker Gregory Watkins

So you're  saying this is not your painting ?

00;00;32;21 - 00;00;40;24

**Speaker Annamarie Trombetta Plaintiff**

Well, I'm asking who the, who is the person that posted that as well?
Because that's vital to me.

00;00;42;26 - 00;00;46;24

Speaker Gregory Watkins

When we get data and in this case, it comes from eBay

00;00;47;04 - 00;00;47;12

**Speaker Annamarie Trombetta Plaintiff**

Mm hmm.

00;00;47;29 - 00;01;00;23

Speaker Gregory Watkins

We only get the  page, with the information on it that  you see.  The
person who sold that painting  … it is an eBay seller, but none of that
information is transferred  to us.

00;01;01;23 - 00;01;10;13

**Speaker Annamarie Trombetta Plaintiff**

And none of that information is in the data of eBay. They keep telling me
that they don't have that information.  So…

00;01;11;05 - 00;01;33;14

Speaker Gregory Watkins

They(eBay) don't save it.
They only hang  onto it for about,  used to be a month. now I think it's
about three months.   And  um  now, and then  what happened  is  it's…
it's… eBay gives it to a  middleman.  We buy all sorts of art and
antique  collectibles data from the middleman..

00;01;33;24 - 00;01;36;11

Plaintiff's Evidence Expert Dis.001001



**Speaker Annamarie Trombetta Plaintiff**

Mm hmm. Well, who's the middleman then?

00;01;37;12 - 00;01;51;01

Speaker Gregory Watkins

That would be to Terapeak


**Speaker Annamarie Trombetta Plaintiff**

Terapeak ??

Speaker Gregory Watkins

Terapeak. But they don't….   EBay only sends  the information  that's on
the page like this, right. So everything else that's connected to it is..
disappears.

00;01;51;15 - 00;02;12;02

**Speaker Annamarie Trombetta Plaintiff**

OK, so a logical question is,   if this piece of artwork is- was sold in
2012 and eBay doesn't keep any of the data longer than three months, then
how did this appear onto my website uh.. uh.. uh..  onto your website.
now ?  I haven't seen it ummm …

Speaker Gregory Watkins
00;02;12;15 - 00;02;17;28

 Oh.. Ok, the..  the information this is on… That is what the original
eBay listing looked like….

**Speaker Annamarie Trombetta Plaintiff**

Again  but…  it  …it..

00;02;17;28 - 00;02;30;02
Speaker Gregory Watkins

In other words, and the  ah..and the photograph is what the eBay seller
put up.

00;02;30;21 - 00;03;07;
**Speaker Annamarie Trombetta Plaintiff**

So you're saying that this piece from 2012 has all of a sudden surfaced
in 2016 at the same time concurrently, you're telling me that eBay
doesn't keep data, uh.. more than six months. So again, just a logical
question would be  umm..  basically… How ..how could this happen if eBay

Plaintiff's Evidence Expert Dis.001002



doesn't keep information and you're putting up information about a piece
of artwork that was sold from four years ago.

00;03;08;03 - 00;03;34;05

Speaker Gregory Watkins

Ok ..They separate out  the information from the listing, which is what
we have…  and  the information about the seller and the business side of
that.  So we don't get any of the back end … who sold it, who bought
it .. any of the information about where we shipped.  We only get a copy
of what the listing looked like and what the final price was.

00;03;34;15 - 00;03;47;05

**Speaker Annamarie Trombetta Plaintiff**

So can you give me ah.. the listing from the source that you received
this information from ?

00;03;48;00 - 00;03;49;25

Speaker Gregory Watkins

Well.. You mean  the actual metadata ?

**Speaker Annamarie Trombetta Plaintiff**

 Yes

00;03;50;20 - 00;04;04;11

Speaker Gregory Watkins

I can .. I can ..ask our I-T guy, but the ah.. I really don't know if
there's any more than just the words that you see on the page and the
photograph.

00;04;04;26 - 00;04;21;05

**Speaker Annamarie Trombetta Plaintiff**

Well, all I can tell you is that there is a photograph that says "A.
Trombetta"  and there is a biography listing that is so detailed it could
no …it could belong to no one other than myself. That's how detailed it
is.

00;04;21;05 - - 00;04;34;28

Speaker Gregory Watkins

Right.  I..I .I as I looked at it, I thought that who sold it must have
done a Google search on you, saw the name and decided that the picture



Plaintiff's Evidence Expert Dis.001003

was you… and listed ..ah.. the bio stuff on your website or somebody's website.

00;04;35;05 -00;04;53;01

**Speaker Annamarie Trombetta Plaintiff**

No my website.
Because it's.. it's.. a direct. It's almost like a..ah. It's not a direct replica, but it's derivative, specifically derivative. So they're equating me with this painting. I would have been nine years old when it was painted.

00;04;54;08 - 00;04;58;16

Speaker Gregory Watkins (GREGORY WATKINS LAUGHS WHEN HE HEARD I WAS NINE)

Okay. Well, I can do this for you. I can take the whole list that make it disappear.

00;04;59;02 - 00;05;19;04

**Speaker Annamarie Trombetta Plaintiff**

Well, that would that would be it ah.  This is the objective for me contacting you. The other objective is to try and find out somehow who sold this or who twisted this information. To associate me with this painting.

00;05;21;07 - 00;05;27;14

Speaker Gregory Watkins

Well, well I would.. I would say that it would be the seller here. either

**Speaker Annamarie Trombetta Plaintiff**

yeah but if it

00;05;26;28 - 00;05;37;05

Speaker Gregory Watkins

They were either confused about the date  of your birthday, with  the date  of the paint.. or  Didn't care and  just wanted to sell it and put it out there knowing that it was wrong.

00;05;37;08 - 00;05;46;06

**Speaker Annamarie Trombetta Plaintiff**

Correct. And that makes it a fraudulent piece of artwork, and that is, ah you know, that.. that's illegal.



Plaintiff's Evidence Expert Dis.001004

00;05;46;14 - 00;05;54;03

Speaker Gregory Watkins

Yes. The problem that I think you are going to face is.. ah.. I'll ask my
IT guy, if there's any metadata attached to the page, but I don't think
so.
00;05;57;03 - 00;06;23;01   CONTINUED Speaker Gregory Watkins

The best that I can do is to down the listing so it disappears. It will
it won't umm.. it won't .. be on our site anymore. And if the Google
listing… It is going to take a while for it to work all the way through
Google, if somebody clicks on that Google link ..they'll just get an
error Page.. 404 error page… The page that you are looking for doesn't
exit.

00;06;26;11 - 00;06;28;08   CONTINUED Speaker Gregory Watkins

And eventually Google will clear that out when they re-spider the site.


00;06;28;18 - 00;06;33;05

**Speaker Annamarie Trombetta Plaintiff**

Mm hmm. Do I need to contact Google ?

00;06;35;04 - 00;06;40;13

Speaker Gregory Watkins

They don't even have a phone number on their site.

**Speaker Annamarie Trombetta Plaintiff**

Yeah, well, that's the prob.

Speaker Gregory Watkins

You could try that.

00;06;40;13 - 00;06;58;27

**Speaker Annamarie Trombetta Plaintiff**

That's the problem with, you know, initially what your company as well as
umm.. eBay. And I need to ask you this, How long, to your knowledge, do
you know that this ah.. listing has been up there?

Plaintiff's Evidence Expert Dis.001005

EX#50(7)

00;07;00;03 - 00;07;06;08
Speaker Gregory Watkins

Well, if it  sold in  2012. We usually get the data about six months..
there's a six month lag ..

00;07;06;28 - 00;07;20;09
**Speaker Annamarie Trombetta Plaintiff**

There's  a six month lag. OK. That's why it's important for me to umm…
to get the name of the seller, because they did it once. They could do it
again.

00;07;21;09 - 7;22;07
Speaker Gregory Watkins

 Well, yes, they can.

**Speaker Annamarie Trombetta Plaintiff**

Yes, they can.

Speaker Gregory Watkins

00;07;24;19 - 00;07;35;08

The problem that.. that.. we have with the information that we have,  is
that we never got any of the information about the sellers.

00;07;37;17 - 00;07;49;04
All the, you know.. um..All the 300 million pages that we have of these
sales documents ..ah.. none of them have any connection to the sale, the
seller, as far as eBay.

00;07;49;10 - 00;07;55;19

**Speaker Annamarie Trombetta Plaintiff**

But isn't that information? Aren't you responsible for that information?
That you're putting on your site ?

00;07;56;20 - 00;08;09;02

Speaker Gregory Watkins

Well, we're not we're not given that.  We don't have.. we are.. all we
are trying to do is show what an item has sold for. And  if there's a
problem with the item. We will take  it down.

00;08;09;13 - 00;08;09;24

**Speaker Annamarie Trombetta Plaintiff**

Plaintiff's Evidence Expert Dis.001006




Okay. But..

00;08;09;25 - 00;08;17;17

Speaker Gregory Watkins

We can't vet every page that we.. that we are given to post.

00;08;18;13 - 00;08;34;10

**Speaker Annamarie Trombetta Plaintiff**

But isn't there some kind of responsibility that the company has to not vet  .. but validate, the validity or authenticity of, in my case in particular, ah .. pieces of artwork. Because..

00;08;35;26 - 00;08;55;13

Speaker Gregory Watkins

Well.. we..we have to rely on .. the  ah.. auction houses and the online retailers who sell the items. And then we get their data.
We have to rely on them making sure that it's correct.

**Speaker Annamarie Trombetta Plaintiff**

Well, again.

00;08;55;29 - 00;09;24;11

Speaker Gregory Watkins

EBay has several you know, has a whole department that goes to listings on subcategories of items that are often knockoffs or or.. illegal copies. And they will flag those when when they see them. But with a like individual piece of artwork that has your name on it, that there is nothing that would make a red flag show up in that department.

00;09;25;04 - 00;09;34;23

So the best that I can give you the email address of our CEO.

**Speaker Annamarie Trombetta Plaintiff**

 Mm hmm.

00;09;34;23 - 00;09;47;29

Speaker Gregory Watkins

And that he can talk with you about it. But otherwise, the best that I can do right now is take that listing down. And I got an email already drafted to the  IT department to have them take it down,  I just want to wait to talk to you and find out exactly what you want to do.



Plaintiff's Evidence Expert Dis.001007

00;09;48;26 - 00;09;57;24

**Speaker Annamarie Trombetta Plaintiff**

Ah..I would like your take.. taken down, of course, immediately, simply because it is.. it's fraudulent. I did not do that painting.

00;10;00;09 - 00;10;03;04

Speaker Gregory Watkins

Ok.

**Speaker Annamarie Trombetta Plaintiff**

So the email of the CEO is ..?

00;10;04;03 - 00;10;16;27

Speaker Gregory Watkins

Will  W - I -L- L  at worth point dot com.  His name is Will Seippel. He is the founder.

**Speaker Annamarie Trombetta Plaintiff**

Ok

00;10;17;16 - 00;10;26;05

Speaker Gregory Watkins

And, if you email him  today… I know that he's in ah..  he's in  Las Vegas for a conference for the next couple of days.

**Speaker Annamarie Trombetta Plaintiff**

Mmm humm

 00;10;26;05  -   00;10;33;29
Speaker Gregory Watkins

So if it takes him a couple of days to get to you..ah..but he does reply to all his emails.

00;10;34;02 - 00;10;44;23

**Speaker Annamarie Trombetta Plaintiff**

Understood. Ok well. I appreciate that, but it did take a while. I've

Plaintiff's Evidence Expert Dis.001008

called Anita a few times about this,  umm.. but I do appreciate the
follow up. Ah ..

00;10;45;04 - - 00;11;17;14

Speaker Gregory Watkins

Yeah, well, you know, we are we're a small company. For as much data  as
we have out there we're  are literally a company of eight people.

00;10;52;08 - 00;10;59;06
And she sent me ah  several .. ah several e-mails from different people
who had different concerns..   And I thought that I had replied to yours
already, and I  actually replied  to two people at the same time. It
wasn't  Anita's  fault, it  got hung up in my inbox, and I missed it. So
I guess you called back  and Anita pinged me yesterday and to say that I
needed to call you back.

00;11;18;01 - 00;11;25;13

**Speaker Annamarie Trombetta Plaintiff**

Well, I do have one last question. How long has the information been up
there, to your knowledge?

00;11;26;01 - 00;11;29;19

Speaker Gregory Watkins

Two thousand thirteen …2013  But I can ask the IT guy if there's
a date attached to it.

00;11;29;25 - 00;11;31;23

**Speaker Annamarie Trombetta Plaintiff**

Yeah, that I would definitely need.

00;11;32;15 - 00;11;50;08

Speaker Gregory Watkins

I don't get  to see the  back end  of the information so  ah, if  there
is a tag on it that tells when it was posted, I could ask him that
before they take it down. And then if I get it, I can send it back to
you. But you know what,  Let me get your email address.

**Speaker Annamarie Trombetta Plaintiff**

 Okay.

00;11;50;09 - 00;12;14;08

Plaintiff's Evidence Expert Dis.001009



Speaker Gregory Watkins

Alright.

**Speaker Annamarie Trombetta Plaintiff**

It's my last name. T R O M —as in Mary,  B as in boy ,E,  T as in Tom, T
as in toy. A as an apple, A as in art. So there's two T's together, two
A's .. R as in red , T.  Trombettaart at Yahoo Dot com.

00;12;14;08  -  00;12;24;08

Speaker Gregory Watkins


OK, trombetta.

**Speaker Annamarie Trombetta Plaintiff**

 Art.. T ..r..o.. m as in Mary ..b as in boy.  dot com So, yeah, you
know..like to..

00;12;24;10 - 00;12;54;18

Speaker Gregory Watkins

Let me read it back to you.. t r o m b e t t a.. I send off an email to
the IT  guy and ask him to  take  down the links  and while he's doing it
to look and see if there's a date that shows when we posted  it.

**Speaker Annamarie Trombetta Plaintiff**

Mm hmm.

Speaker Gregory Watkins

And I will email you that date. And then beyond that, you can talk with
Will or you can email Will and he can explain,  probably  much better
than I can, how we get the data and why we don't have that anything.

00;12;54;19 - 00;13;25;14

**Speaker Annamarie Trombetta Plaintiff**

Yeah, why? Why? I can't know the name of the seller.  I mean, basically,
I think as a company even though you're small, you do have a
responsibility  as far as the quality, the character and the accuracy.
And also  the authenticity.  This is a fraudulent piece of art that's
attribul.. attribula..  attributed to me. Along with that, it does say
that the piece is damaged and that the work is reminiscent of Andre
Khron's work.
00;13;25;14 - 00;13;30;06 **CONTINUED Speaker Annamarie Trombetta Plaintiff**

And I look that up and you definitely have pieces of his on your site.

EY#50 R

Plaintiff's Evidence Expert Dis.001010

00;13;33;17 - 00;13;53;19
So the description is, I don't know, but, you know, I don't.. I don't
it's it did not when I went on to your site, it did not..ah.. show.. It
said there were 12 photographs, but I didn't find any photographs. I just
saw a photograph of my signature Well.. fraudulent signature..

00;13;53;29 - 00;14;11;13

Speaker Gregory Watkins

Ya, I don't understand that. Usually when we have um.. a listing it's
got..ah.. three or four photographs. Especially when somebody's selling
a piece of art, you would have the main, you know, a picture what the art
looks like. And so that is odd that there are no other pictures.

00;14;11;19 - - 00;15;15;14

Speaker Annamarie Trombetta Plaintiff

Well, if you'er the website guy, then and you control  ah..what goes on
or on that site, then please do, you know, look, look at it. Let me know
if you find pictures or don't find pictures. I signed on for the
membership very quickly. And then I but I  did see that the price was
$181.50 and it's a relatively large piece.  That actually undermines the,
the value of my artwork. So it's,.. it's dangerous for me as a
professional artist to have this listing.

00;14;48;07  — 00;15;39;01

CONTINUED Speaker Annamarie Trombetta Plaintiff

No offense to Worth point, but it is devaluing in contemporary work. I
mean this, this is been attributed also, there's a link, there's several
links to other sites on your website, link to Marilyn Monroe photographs,
and also… that's how it came to my attention initially.Along with that,
there's an artist named Thomas Kincaid.

00;15;15;14 - 00;15;34;10

And basically this person is a mall art person. And no offense to mall
art, but it is .. umm.. it's not in my level of field as far as category
of class is concerned. That's not who I want to be attributed with.

00;15;39;27 - 00;16;14;12

CONTINUED Speaker Annamarie Trombetta Plaintiff

Umm .. It would be.. Well, let's take something as simple as chocolate.
You know, Godiva chocolate versus ah.. ni..versus Hershey's chocolate
versus something that you find at the $0.99..stare.. store that sells
like chocolate flavored. It's.. it's the various grades.  I'm putting it
on a very simple level.



Plaintiff's Evidence Expert Dis.001011

**CONTINUED Speaker Annamarie Trombetta Plaintiff**

00;16;08;13 - - 00;16;58;16

You know there's cars too. There's a used car and this painting would be a similar to a used car.  There's a Lexus and then there's a Mercedes Benz. Then there's you know, a Bentley on and then there's a Ferrari and the fine art world  that I'm in.. is I'm trying to ascribe myself to the Ferrari- Bentley category.  If it was a print , if it was a reproduction, you know, like a Giclee` , I could understand that. But an original painting.  It's.. it is dangerous.

00;16;59;01 - 00;17;05;17

**CONTINUED Speaker Annamarie Trombetta Plaintiff**

And to have it on there all that time, that's the reason why I'm asking you, can you find out how long it's been up there?

00;17;06;29 - 00;17;21;23

Speaker Gregory Watkins

OK, well, I've, I've,  added to that, the  information you requested in the email and I'm ready to send it to  the IT-guys to  take down the page and find  out with on the back end of that file, if anything.

00;17;21;23 - 00;17;26;10

**Speaker Annamarie Trombetta Plaintiff**

That would be most helpful. Thank you, Gregory.

Speaker Gregory Watkins

 Ok. You're welcome.

**Speaker Annamarie Trombetta Plaintiff**

Have a good day.

Speaker Gregory Watkins

You too.

**Speaker Annamarie Trombetta Plaintiff**

Bye-by

**END**

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-wNyUt1Gq-IqyaOw0dPDGQshezn6hTEyYYbzuUfxgK-8lfPj5XrFm6kPKHxkFSkrv4QS...

Date: Sat, 20 Feb 2016 15:24:20 +0000 (UTC)
From: Annamarie Trombetta <trombettaart@yahoo.com>
Reply-To: Annamarie Trombetta <trombettaart@yahoo.com>
To: "will@worthpoint.com" <will@worthpoint.com>              Email  META DATA PAGE 1
Cc: Worthpoint Support <support@worthpoint.com>                          Plaintiff's
Message-ID: <1789304145.217902.1455981861074.JavaMail.yahoo@mail.yahoo.com>   Deposition
Subject: Artist Annamarie Trombetta----Fraudulent Artwork--and links to     Response
 Fraudulent Artwork
MIME-Version: 1.0                                    Fraudulent Artwork and links to Fraudulent Artwork
Content-Type: multipart/mixed;
        boundary="----=_Part_217901_1027004312.1455981861073
References: <1789304145.217902.1455981861074.JavaMail.yahoo.ref@mail.yahoo.com>
Content-Length: 4716321

------=_Part_217901_1027004312.1455981861073
Content-Type: multipart/alternative;
        boundary="----=_Part_217900_1844622739.1455981861065"

------=_Part_217900_1844622739.1455981861065
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: quoted-printable

Dear Mr. Seippel and Mr. Watkins,
Allow me to introduce myself to you Mr. Seippel. =C2=A0 I am =C2=A0professi=
onal artist Annamarie Trombetta. =C2=A0 I as well as other people found a l=
isting for a painting entitled 1972 Original Oil Painting Man with Red Umbr=
ella signed Annamarie Trombetta. =C2=A0This is not one of my paintings. =C2=
=A0 There is a photo of a signature A. Trombetta =C2=A0with the eBay logo a=
nd Copyright symbol written "Copyrighted work licensed by Worthpoint " =C2=
=A0with your company logo in yellow next to it. =C2=A0This is not my signat=
ure. =C2=A0Please see attachments.=C2=A0
=C2=A0On February 3, 2016 =C2=A0I spoke with Mr. Gregory Watkins. =C2=A0Mr.=
 Watkins also stated that you were at a conference in Las Vegas. =C2=A0 I a=
sked Mr. Watkins certain =C2=A0questions regarding the artwork falsely attr=
ibuted to me. =C2=A0I =C2=A0requested that he e-mail me his answers regardi=
ng these questions that I had about this artwork =C2=A0on Tuesday February =
3, 2016. =C2=A0 Today is February 20, 2016 =C2=A0and =C2=A0nothing has been=
 forwarded =C2=A0to me. =C2=A0I have contacted eBay several times =C2=A0pri=
or to contacting your company.
=C2=A0EBay stated that they do not have the name of the seller =C2=A0nor th=
e name of the buyer or the listing for this painting. =C2=A0Ebay expressed =
several times to me that I need to contact Worthpoint since the listing is =
on your site..

=C2=A0There are still listing for Worthpoint.com under my name. =C2=A0 Unde=
r google search for the painting "1972 Original Oil Painting Man with Red U=
mbrella signed Annamarie Trombetta there is a link entitled Marilyn Monroe =
1988 Vintage =C2=A0Michael Ochs Archive and also Thomas Kinkade . =C2=A0Bot=
h =C2=A0Worthpoint sites list 1972 Original Oil Painting Man with Red Umbre=
lla signed Annamarie Trombetta which is why they are surfacing under my nam=
e and under 1972 Original Oil Painting Man with Red Umbrella signed Annamar=
ie Trombetta. =C2=A0=C2=A0
When I spoke to Mr. Watkins on the phone on February 2, 2016 =C2=A0I asked =
Mr. Watkins =C2=A0the following questions and asked him to forward me the i=
nformation which he has not done. =C2=A0I have contacted you in order to ha=
ve these questions answered please:
1) HOW did =C2=A0your company obtained this information -listing for =C2=A0=
" 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombet=
ta "?2) Can you forward me the name of the seller?3) How long has this link=
 been on your site?? =C2=A0 The date of the sale is from December 1, 2012. =
=C2=A0I will assume from December 1, 2012 and Mr. Watkins agreed during our=
 phone conversation on February 3, 2016.4) Who owns this painting?? =C2=A0T=
he description =C2=A0is a damaged painting. =C2=A0It also states that there=
 is a signature in RED on the =C2=A0back of the stretcher. =C2=A0This signa=

EXHIBIT
#51

Plaintiff000366

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-wNyUt1Gq-IqyaOw0dPDGQshezn6hTEyYYbzuUfxgK-8IfPj5XrFm6kPKHxkFSkrv4QS5...

ture =C2=A0is outside of the photo of a signature A.Trombetta. The painting=
is dated 1972--Do you know how=C2=A0old I would have been at the time the =
painting has been dated?5)Who provided you with the photo of the signature =
=C2=A0A.Trombetta? =C2=A0Again =C2=A0 I assure it is not my signature.6) Th=
e Worthpoint description of this painting =C2=A0states that there are are 1=
2 photos. Below is the text that is on the page for this painting. =C2=A0 W=
here did you get my biography?? It is so specific it is definitely mine.7) =
=C2=A0I did sign up for the Free Trial in order to obtain the information b=
elow. =C2=A0If there is a purchase price of $181. 50 duly documented and li=
sted =C2=A0there was a =C2=A0financial transaction and there should be a re=
ceipt of payment for this item. =C2=A0May I have this information as well?
Kindly forward any information that you have regarding this painting .

=C2=A0Attached is a printout from February =C2=A02016 which lists items and=
 links that are on Worthpoint.com =C2=A0These items are listed with my unre=
lated personal and professional links. =C2=A0 I have no association to the =
Worthpoint.com company---data base nor the artwork that is associated with =
these link. =C2=A0 Please review. =C2=A0 I am requesting that you kindly re=
move your links since they have no relation to my personal and professional=
 credentials.
Sincerely,Annamarie Trombetta
| 1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBET=
TA YQZ  =20
  - SOLD FOR:
  - $181.50
  - ITEM CATEGORY:
  -=20
  - SOURCE:
  - eBay
  - SOLD DATE:
  - Dec 01,2012
  - CHANNEL:
  - Online Auction
|

Plaintiff's
Deposition
Response

EXHIBIT

Fraudulent Artwork and links to Fraudulent Artwork

Email  META DATA PAGE 2

# 51

This is by Annamarie Trombette. It is signed on the bottom, but on the back=
it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977,=
"Painted" 1972. To our eyes it looks like it is after the style of Andre K=
ohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are =
calling it shabby chic condition as it has a tear in the canvas, about 5/8"=
long just to the left of the man's knees, but still such a great painting. =
For those not familiar with Trombetta, here is information about her from =
off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) L=
ived/Active: New York The nature of an artist=E2=80=99s life, creativity an=
d growth may be synonymously expressed in the image of an archetypal tree. =
Beginning with the earthly descendent roots the artist like the tree branch=
es out into its surrounding environmental and celestial world. Both ascend =
and descend, widening their girth of consciousness while producing visual i=
magery, weathering each season of change. Thus, I believe it is the nature =
of the artist and of nature itself to regenerate and manifest. All of the i=
magery in this catalog was either created en plein air or from the subject =
directly. My journey to becoming an artist began many years ago. The consan=
guineous roots of my Italian family tree provided me with an innate constit=
ution for my artistic profession. When I was a tiny seed of contemplative t=
hought, my artistic nature began to sprout interest while gazing up at the =
ceiling paintings in a neighborhood church named Regina Pacis, meaning Quee=
n of Peace. The church located in Brooklyn, NY features ceiling paintings, =
sculptures, marble interiors, and incorporates architectural elements for t=
he fa=C3=A7ade and the belfry that are of Italianate design. Before the age=
 of three I was able to surmise that the church in the ceiling painting was=
 indeed the church I was in. The visual stimulation was a form of education=
. It fostered my sense of perception which became my strongest mode for acq=
uiring knowledge. As the years unfurled, my family moved to Staten Island. =
At this time it was a scenic field of luminosity, lush vegetation and a har=

Plaintiff000366A

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-wNyUt1Gq-IqyaOw0dPDGQshezn6hTEyYYbzuUfxgK-8IfPj5XrFm6kPKHxkFSkrv4QS589rm2ULn4HOf3kMCF_g/m

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-wNyUt1Gq-IqyaOw0dPDGQshezn6hTEyYYbzuUfxgK-8IfPj5XrFm6kPKHxkFSkrv4QS5...

bor view complete with sail boats and small yachts. A few years after we mo=
ved my tree of life was in jeopardy of loosing a limb. What appeared to be =
a swollen leg was indeed a cancerous tumor. It was an almost fatal or perha=
ps even a fated occurrence in my life. The struggle to survive the experien=
ce was lightened by my imagination and by my artistic ability to create. I =
seriously thought I would go into medicine but the posters and paintings in=
the hospital and doctor=E2=80=99s office held my attention more intensely.=
I began my formal training at The Brooklyn Museum School of Art while I wa=
s in high school. The exposure to various forms of art inspired me to expan=
d my horizons and in the early Eighties I traveled on a summer tour to Euro=
pe. The tour comprised of six countries; Germany, Austria, France, Italy, S=
witzerland and England. Viewing so many different cities and cultures in a =
concentrated period of time...
    =20

------=_Part_217900_1844622739.1455981861065
Content-Type: text/html; charset=UTF-8
Content-Transfer-Encoding: quoted-printable

<html><head></head><body><div style=3D"color:#000; background-color:#fff; f=
ont-family:bookman old style, new york, times, serif;font-size:16px"><div i=
d=3D"yiv9035935622"><div id=3D"yui_3_16_0_1_1455981696389_2784"><div style=
=3D"color:#000;background-color:#fff;font-family:bookman old style, new yor=
k, times, serif;font-size:16px;" id=3D"yui_3_16_0_1_1455981696389_2783"><di=
v id=3D"yiv9035935622"><div id=3D"yiv9035935622yui_3_16_0_1_1455717991931_6=
1949"><div style=3D"color:#000;background-color:#fff;font-family:bookman ol=
d style, new york, times, serif;font-size:16px;" id=3D"yiv9035935622yui_3_1=
6_0_1_1455717991931_61948"><div id=3D"yiv9035935622"><div id=3D"yiv90359356=
22yui_3_16_0_1_1455630706667_2727"><div style=3D"color:#000;background-colo=
r:#fff;font-family:bookman old style, new york, times, serif;font-size:16px=
;" id=3D"yiv9035935622yui_3_16_0_1_1455630706667_2726"><div id=3D"yiv903593=
5622yui_3_16_0_1_1455624295596_11913">Dear Mr. Seippel and Mr. Watkins,</di=
v><div id=3D"yiv9035935622yui_3_16_0_1_1455624295596_11913"><br></div><div =
id=3D"yiv9035935622yui_3_16_0_1_1455624295596_11913" dir=3D"ltr">Allow me t=
o introduce myself to you Mr. Seippel.   I am  professional artis=
t Annamarie Trombetta.   I as well as other people found a listing for=
a painting entitled 1972 Original Oil Painting Man with Red Umbrella signe=
d Annamarie Trombetta.  This is not one of my paintings.   There =
is a photo of a signature A. Trombetta  with the eBay logo and Copyrig=
ht symbol written "Copyrighted work licensed by Worthpoint "  with you=
r company logo in yellow next to it.  This is not my signature.  =
<b id=3D"yiv9035935622yui_3_16_0_1_1455717991931_120875" class=3D"">Please =
see attachments. </b></div><div id=3D"yiv9035935622yui_3_16_0_1_145562=
4295596_11913"><br></div><div id=3D"yiv9035935622yui_3_16_0_1_1455624295596=
_11913" dir=3D"ltr"> On February 3, 2016  I spoke with Mr. Gregor=
y Watkins.  Mr. Watkins also stated that you were at a conference in L=
as Vegas.   I asked Mr. Watkins certain  questions regarding the =
artwork falsely attributed to me.  I  requested that he e-mail me=
his answers regarding these questions that I had about this artwork  =
on Tuesday February 3, 2016.   Today is February 20, 2016  and &n=
bsp;nothing has been forwarded  to me.  I have contacted eBay sev=
eral times  prior to contacting your company.</div><div id=3D"yiv90359=
35622yui_3_16_0_1_1455624295596_11913" dir=3D"ltr"><br></div><div id=3D"yiv=
9035935622yui_3_16_0_1_1455624295596_11913" dir=3D"ltr"> EBay stated t=
hat they do not have the name of the seller  nor the name of the buyer=
or the listing for this painting.  Ebay expressed several times to me=
that I need to contact Worthpoint since the listing is on your site.</div=
><div id=3D"yiv9035935622yui_3_16_0_1_1455624295596_11913" dir=3D"ltr"><br>=
</div><div id=3D"yiv9035935622yui_3_16_0_1_1455624295596_11913" dir=3D"ltr"=
><br></div><div id=3D"yiv9035935622yui_3_16_0_1_1455624295596_11913" dir=3D=
"ltr">There are still listing for Worthpoint.com under my name.  =
; Under google search for the painting "1972 Original Oil Painting Man with=
Red Umbrella signed Annamarie Trombetta there is a link entitled<b id=3D"y=
ui_3_16_0_1_1455981696389_7015"> Marilyn Monroe 1988 Vintage  Michael =
Ochs Archive and also Thomas Kinkade .  </b>Both  Worthpoint site=

Plaintiff000366B

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-wNyUt1Gq-IqyaOw0dPDGQshezn6hTEyYYbzuUfxgK-8IfPj5XrFm6kPKHxkFSkrv4QS589m2ULn4HOf3kMCF_g/m-

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-wNyUt1Gq-IqyaOw0dPDGQshezn6hTEyYYbzuUfxgK-8lfPj5XrFm6kPKHxkFSkrv4QS5...

```
5622">
<td valign=3D"top" style=3D"width:431px;min-height:192.5px;border:1px solid=
 rgb(214, 214, 214);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_13654" =
class=3D"yiv9035935622">
<div style=3D"margin-top:0px;margin-bottom:0px;font-size:13px;line-height:n=
ormal;font-family:Times;color:rgb(81, 83, 96);" id=3D"yiv9035935622yui_3_16=
_0_1_1455624295596_13656" class=3D"yiv9035935622">1972 ORIGINAL OIL PAINTIN=
G MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ</div>
<ul id=3D"yiv9035935622yui_3_16_0_1_1455624295596_13658" class=3D"yiv903593=
5622">
<li style=3D"margin:0px;font-size:13px;line-height:normal;font-family:Arial=
;color:rgb(81, 83, 96);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1366=
0" class=3D"yiv9035935622"><span style=3D"line-height:normal;font-family:Ti=
mes;color:rgb(39, 39, 39);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1=
3662" class=3D"yiv9035935622"></span><b id=3D"yiv9035935622yui_3_16_0_1_145=
5624295596_13664" class=3D"yiv9035935622">SOLD FOR:</b></li>
<li style=3D"margin:0px;font-size:13px;line-height:normal;font-family:Times=
;color:rgb(77, 173, 74);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_136=
66" class=3D"yiv9035935622"><span style=3D"color:rgb(39, 39, 39);" id=3D"yi=
v9035935622yui_3_16_0_1_1455624295596_13668" class=3D"yiv9035935622"></span=
>$181.50</li>
<li style=3D"margin:0px;font-size:13px;line-height:normal;font-family:Arial=
;color:rgb(81, 83, 96);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1367=
0" class=3D"yiv9035935622"><span style=3D"line-height:normal;font-family:Ti=
mes;color:rgb(39, 39, 39);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1=
3672" class=3D"yiv9035935622"></span><b id=3D"yiv9035935622yui_3_16_0_1_145=
5624295596_13674" class=3D"yiv9035935622">ITEM CATEGORY:</b></li>
<li style=3D"margin:0px;font-size:13px;line-height:normal;font-family:Times=
;color:rgb(39, 39, 39);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1367=
6" class=3D"yiv9035935622"></li>
<li style=3D"margin:0px;font-size:13px;line-height:normal;font-family:Arial=
;color:rgb(81, 83, 96);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1367=
8" class=3D"yiv9035935622"><span style=3D"line-height:normal;font-family:Ti=
mes;color:rgb(39, 39, 39);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1=
3680" class=3D"yiv9035935622"></span><b id=3D"yiv9035935622yui_3_16_0_1_145=
5624295596_13682" class=3D"yiv9035935622">SOURCE:</b></li>
<li style=3D"margin:0px;font-size:13px;line-height:normal;font-family:Times=
;color:rgb(1, 26, 153);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1368=
4" class=3D"yiv9035935622"><span style=3D"color:rgb(39, 39, 39);" id=3D"yiv=
9035935622yui_3_16_0_1_1455624295596_13686" class=3D"yiv9035935622"><a rel=
=3D"nofollow" target=3D"_blank" href=3D"http://www.worthpoint.com/source/eb=
ay" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_13688" class=3D"yiv903593=
5622"><span style=3D"color:rgb(1, 26, 153);" id=3D"yiv9035935622yui_3_16_0_=
1_1455624295596_13690" class=3D"yiv9035935622">eBay</span></a></span></li>
<li style=3D"margin:0px;font-size:13px;line-height:normal;font-family:Arial=
;color:rgb(81, 83, 96);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1369=
2" class=3D"yiv9035935622"><span style=3D"line-height:normal;font-family:Ti=
mes;color:rgb(39, 39, 39);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1=
3694" class=3D"yiv9035935622"></span><b id=3D"yiv9035935622yui_3_16_0_1_145=
5624295596_13696" class=3D"yiv9035935622">SOLD DATE:</b></li>
<li style=3D"margin:0px;font-size:13px;line-height:normal;font-family:Times=
;color:rgb(81, 83, 96);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1369=
8" class=3D"yiv9035935622"><span style=3D"color:rgb(39, 39, 39);" id=3D"yiv=
9035935622yui_3_16_0_1_1455624295596_13700" class=3D"yiv9035935622"></span>
Dec 01,2012</li>
<li style=3D"margin:0px;font-size:13px;line-height:normal;font-family:Arial=
;color:rgb(81, 83, 96);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1370=
2" class=3D"yiv9035935622"><span style=3D"line-height:normal;font-family:Ti=
mes;" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_13704" class=3D"yiv9035=
935622"></span><b id=3D"yiv9035935622yui_3_16_0_1_1455624295596_13706" clas=
s=3D"yiv9035935622">CHANNEL:</b></li>
<li style=3D"margin:0px;font-size:13px;line-height:normal;font-family:Times=
;color:rgb(81, 83, 96);" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1370=
8" class=3D"yiv9035935622">Online Auction</li>
</ul>
```

*EXHIBIT #51* (handwritten annotation)

Plaintiff's Deposition Response

Email META DATA PAGE 4

Fraudulent Artwork and links to Fraudulent Artwork

Plaintiff000366C

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-wNyUt1Gq-IqyaOw0dPDGQshezn6hTEyYYbzuUfxgK-8lfPj5XrFm6kPKHxkFSkrv4QS589m2ULn4HOf3kMCF_g/m

s list 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Tr=
ombetta which is why they are surfacing under my name and under 1972 Origin=
al Oil Painting Man with Red Umbrella signed Annamarie Trombetta.  &nb=
sp;</div><div id=3D"yiv9035935622yui_3_16_0_1_1455624295596_11913" dir=3D"l=
tr"><br></div><div id=3D"yiv9035935622yui_3_16_0_1_1455624295596_11913" dir=
=3D"ltr">When I spoke to Mr. Watkins on the phone on February 2, 2016 &nbsp=
;I asked Mr. Watkins  the following questions and asked him to forward=
 me the information which he has not done.  I have contacted you in or=
der to have these questions answered please:</div><div id=3D"yiv9035935622y=
ui_3_16_0_1_1455624295596_11913" dir=3D"ltr"><br></div><div id=3D"yiv903593=
5622yui_3_16_0_1_1455624295596_11913" dir=3D"ltr">1) HOW did  your com=
pany obtained this information -listing for  " 1972 Original Oil Paint=
ing Man with Red Umbrella signed Annamarie Trombetta "?</div><div id=3D"yiv=
9035935622yui_3_16_0_1_1455624295596_11913" dir=3D"ltr">2) Can you forward =
me the name of the seller?</div><div id=3D"yiv9035935622yui_3_16_0_1_145562=
4295596_11913" dir=3D"ltr">3) How long has this link been on your site?? &n=
bsp; The date of the sale is from December 1, 2012.  I will assume fro=
m December 1, 2012 and Mr. Watkins agreed during our phone conversation on =
February 3, 2016.</div><div id=3D"yiv9035935622yui_3_16_0_1_1455624295596_1=
1913" dir=3D"ltr">4) Who owns this painting??  The description  i=
s a damaged painting.  It also states that there is a signature in RED=
 on the  back of the stretcher.  This signature  is outside =
of the photo of a signature A.Trombetta. The painting is dated 1972--Do you=
 know how </div><div id=3D"yiv9035935622yui_3_16_0_1_1455624295596_119=
13" dir=3D"ltr">old I would have been at the time the painting has been dat=
ed?</div><div id=3D"yiv9035935622yui_3_16_0_1_1455624295596_11913" dir=3D"l=
tr">5)Who provided you with the photo of the signature  A.Trombetta? &=
nbsp;Again   I assure it is not my signature.</div><div id=3D"yiv90359=
35622yui_3_16_0_1_1455624295596_11913" dir=3D"ltr"><div class=3D"yiv9035935=
622" dir=3D"ltr" id=3D"yiv9035935622yui_3_16_0_1_1453487167561_4139"><span =
class=3D"yiv9035935622" id=3D"yiv9035935622yui_3_16_0_1_1453487167561_9118"=
>6) The Worthpoint description of this painting  states that there are=
 are 12 photos. Below is the text that is on the page for this painting. &n=
bsp; Where did you get my biography?? It is so specific it is definitely mi=
ne.</span></div><div class=3D"yiv9035935622" dir=3D"ltr" id=3D"yiv903593562=
2yui_3_16_0_1_1453487167561_4139"><span class=3D"yiv9035935622" id=3D"yiv90=
35935622yui_3_16_0_1_1453764329096_7639">7)  I did sign up for the Fre=
e Trial in order to obtain the information below.  If there is a purch=
ase price of $181. 50 duly documented and listed  there was a  fi=
nancial transaction and there should be a receipt of payment for this item.=
  May I have this information as well?</div><div class=3D"yiv903903593=
035935622" dir=3D"ltr" id=3D"yiv9035935622yui_3_16_0_1_1453487167561_4139"><=
span class=3D"yiv9035935622"><br></span></div><div class=3D"yiv9035935622" =
dir=3D"ltr" id=3D"yiv9035935622yui_3_16_0_1_1453487167561_4139"><span class=
=3D"yiv9035935622" id=3D"yiv9035935622yui_3_16_0_1_1455717991931_62344">Kin=
dly forward any information that you have regarding this painting .</span>=
</div><div class=3D"yiv9035935622" dir=3D"ltr" id=3D"yiv9035935622yui_3_16_0=
=_1_1453487167561_4139"></div></div><div id=3D"yiv9035935622yui_3_16_0_1=
_1455624295596_11913" dir=3D"ltr"><br></div><div id=3D"yiv9035935622yui_3_1=
6_0_1_1455624295596_11913" dir=3D"ltr"> Attached is a printout from Fe=
bruary  2016 which lists items and links that are on Worthpoint.com &n=
bsp;These items are listed with my unrelated personal and professional link=
s.   I have no association to the Worthpoint.com company---data base n=
or the artwork that is associated with these link.   Please review. &n=
bsp; I am requesting that you kindly remove your links since they have no r=
elation to my personal and professional credentials.</div><div id=3D"yiv903=
5935622yui_3_16_0_1_1455624295596_11913" dir=3D"ltr"><br></div><div id=3D"y=
iv9035935622yui_3_16_0_1_1455624295596_11913" dir=3D"ltr">Sincerely,</div><=
div id=3D"yiv9035935622yui_3_16_0_1_1455624295596_11913" dir=3D"ltr">Annama=
rie Trombetta</div><table cellspacing=3D"0" cellpadding=3D"0" style=3D"bord=
er-collapse:collapse;" id=3D"yiv9035935622yui_3_16_0_1_1455624295596_13648"=
 class=3D"yiv9035935622">
<tbody id=3D"yiv9035935622yui_3_16_0_1_1455624295596_13650" class=3D"yiv903=
5935622">
<tr id=3D"yiv9035935622yui_3_16_0_1_1455624295596_13652" class=3D"yiv903593=

Plaintiff's
Deposition
Response

Email META DATA PAGE 5    Fraudulent Artwork and links to Fraudulent Artwork

Plaintiff000366D

Yahoo Mail - Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

## Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:     will@worthpoint.com

Cc:    support@worthpoint.com

Date: Saturday, February 20, 2016, 10:24 AM EST

Plaintiff's
Deposition
Response

EXHIBIT
#5

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel.   I am  professional artist Annamarie Trombetta.   I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta.  This is not one of my paintings.   There is a photo of a signature A. Trombetta  with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it.  This is not my signature. **Please see attachments.**

On February 3, 2016 I spoke with Mr. Gregory Watkins.  Mr. Watkins also stated that you were at a conference in Las Vegas.   I asked Mr. Watkins certain  questions regarding the artwork falsely attributed to me.  I  requested that he e-mail me his answers regarding these questions that I had about this artwork  on Tuesday February 3, 2016.  Today is February 20, 2016  and  nothing has been forwarded  to me.  I have contacted eBay several times  prior to contacting your company.

EBay stated that they do not have the name of the seller  nor the name of the buyer or the listing for this painting.  Ebay expressed several times to me that I need to contact Worthpoint since the listing is on your site..

There are still listing for Worthpoint.com under my name.   Under google search for the painting "1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta there is a link entitled **Marilyn Monroe 1988 Vintage  Michael Ochs Archive and also Thomas Kinkade .**  Both  Worthpoint sites list 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta which is why they are surfacing under my name and under 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta.

When I spoke to Mr. Watkins on the phone on February 2, 2016  I asked Mr. Watkins  the following questions and asked him to forward me the information which he has not done.  I have contacted you in order to have these questions answered please:

1) HOW did  your company obtained this information -listing for  " 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta "?
2) Can you forward me the name of the seller?
3) How long has this link been on your site??   The date of the sale is from December 1, 2012. I will assume from December 1, 2012 and Mr. Watkins agreed during our phone conversation on February 3, 2016.

Plaintiff000367



Date: Tue, 10 Jan 2017 18:28:43 -0400
Subject: Fwd: Your eBay item sold! 1972 Original Oil Painting Man With
 Umbrella Signed Annamarie Trombetta yqz (330833102936)
From: eBay EAI <ebay@novocin.com>
To: Norb Novocin <norb@novocin.com>,
    marie novocin <mombaree@gmail.com>
Message-ID: <CALKoPL433C9xXwJ0WZpXwn-4UZVXa=hvafEWq3oDxQKfNrR2ug@mail
Thread-Topic: Your eBay item sold! 1972 Original Oil Painting Man Wit
 Umbrella Signed Annamarie Trombetta yqz (330833102936)
Thread-Index: AU1pMjQwkqX6qfiN3bMXxD06g9CD6GdEPVhD
Mime-version: 1.0
Content-type: multipart/alternative;
    boundary="B_3739174330_4019078869"


> This message is in MIME format. Since your mail reader does not und
this format, some or all of this message may not be legible.


--B_3739174330_4019078869
Content-type: text/plain;
    charset="UTF-8"
Content-transfer-encoding: quoted-printable



---------- Forwarded message ----------
From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red
lla Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com


eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from
 Learn more.
Congratulations, your item sold!
Dear estateauctionsinc,
You did it! Your item sold. Please ship this item to the buyer after
uyer pays. As soon as your buyer pays, print your eBay shipping label
Complete one of the following:
Print a shipping label Avoid a trip to the post office, print and pay
our label at home. Printing shipping labels on eBay also offers you r
pricing on some shipping services, and when you print shipping labels
y, your tracking information is uploaded automatically.
Provide shipping and tracking information. When you upload tracking i
tion to eBay, we'll send it to your buyer and let them know the item
ts way. This will save you time, and may result in fewer questions fr

EAI000074



rs and higher detailed seller ratings.
Mark your item as shipped in My eBay. Do this, and we'll let your buy
w the item is on its way. This will save you time, and may result in
uestions from buyers and higher detailed seller ratings.
You should always leave feedback for your buyer to encourage them to
om you again.

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Tro
 yqz
Sale price:$181.50
Quantity sold:1
Sale date:Dec-01-12 18:54:01 PST
Buyer:nina correia
9naclock (ninascorreia@aol.com) [contact buyer]
Buyer's shipping address:
nina correia
14215 prairie flower ct
reno, NV 89511-6710 United States
Sell another Item | Send invoice to buyer
Provide shipping information


Select your email preferences
Want to reduce your inbox email volume? Receive this email as a daily
t.
For other email digest options, go to Notification Preferences in My

Don't want to receive this email? Unsubscribe from this email.
Email reference id: [#45d0df16f2ea40759d3656f834970b06#]
Please don't remove this number. eBay customer support may ask you fo
 number, if you should need assistance.
Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account re
ed on www.ebay.com.

eBay sends these emails based on the preferences you set for your acc
To unsubscribe from this email, change your communication preferences
e note that it may take up to 10 days to process your request. Visit
vacy Policy and User Agreement if you have any questions.

Copyright =C2=A9 2012 eBay Inc. All Rights Reserved. Designated trade
brands are the property of their respective owners. eBay and the eBay
re trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Aven
 Jose, CA 95125.=20

EAI000075


EXHIBIT#52

```
--B_3739174330_4019078869
Content-type: text/html;
     charset="UTF-8"
Content-transfer-encoding: quoted-printable

<html><head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dutf
body><div dir=3D"ltr"><br><div class=3D"gmail_quote">---------- Forwa
e ----------<br>From: <b class=3D"gmail_sendername">eBay</b> <span di
lt;<a href=3D"mailto:ebay@ebay.com">ebay@ebay.com</a>&gt;</span><br>D
 Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay item sold! 1972 Origina
ainting Man With Red Umbrella Signed Annamarie Trombetta yqz (3308331
br>To: <a href=3D"mailto:ebay@novocin.com">ebay@novocin.com</a><br><b
v><div id=3D"m_3729392004584666707Header"><div><table border=3D"0" ce
0" cellspacing=3D"0" width=3D"100%"><tbody><tr><td width=3D"100%" sty
:break-word"><table cellpadding=3D"2" cellspacing=3D"3" border=3D"0" 
<tbody><tr><td width=3D"1%" nowrap=3D""><img src=3D"http://q.ebaystat
s/logos/ebay_95x39.gif" height=3D"39" width=3D"95" alt=3D"eBay"></td>
ft" valign=3D"bottom"><span style=3D"font-weight:bold;font-size:xx-sm
mily:verdana,sans-serif;color:#666"><b>eBay sent this message to Norb
Marie Novocin (estateauctionsinc).</b><br></span><span style=3D"font-
mall;font-family:verdana,sans-serif;color:#666">Your registered name 
uded to show this message originated from eBay. <a href=3D"http://pag
om/help/confidence/name-userid-emails.html" target=3D"_blank">Learn m
/span></td></tr></tbody></td></tr></tbody></table></div></div><div
d=3D"m_3729392004584666707Title"><div><table style=3D"background-colo
border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tbod
=3D"8" valign=3D"top"><img src=3D"http://q.ebaystatic.com/aw/pics/glo
urve.gif" height=3D"8" width=3D"8"></td><td valign=3D"bottom" width=3
tyle=3D"font-weight:bold;font-size:14pt;font-family:arial,sans-serif;
0;margin:2px 0 2px 0">Congratulations, your item sold!</span></td><td
"8" valign=3D"top" align=3D"right"><img src=3D"http://p.ebaystatic.co
balAssets/rtCurve.gif" height=3D"8" width=3D"8"></td></tr><tr><td sty
und-color:#fc0" colspan=3D"3" height=3D"4"></td></tr></tbody></table>
><div id=3D"m_3729392004584666707SingleItemCTA"><div><table border=3D
ding=3D"2" cellspacing=3D"3" width=3D"100%"><tbody><tr><td><font styl
10pt;font-family:arial,sans-serif;color:#000">Dear estateauctionsinc,
border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tbod
src=3D"http://q.ebaystatic.com/aw/pics/s.gif" height=3D"10" alt=3D" "
tbody></table>You did it! Your item sold. Please ship this item to th
 after your buyer pays. As soon as your buyer pays, print your eBay s
 label.<table border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=
><tr><td><img src=3D"http://q.ebaystatic.com/aw/pics/s.gif" height=3D
"></td></tr></tbody></table><div>Complete one of the following:<br><u
=3D"list-style-type:disc;margin:10px 10 10 14px"><li><a href=3D"http:
y.com/rover/0/e12011.m354.l1337/7?euid=3D45d0df16f2ea40759d3656f83497
```

EAI000076

EXHIBIT #52

loc=3Dhttp%3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FPrintPost
nsactionid%3D0%26itemid%3D330833102936%26ssPageName%3DADME%3AL%3AEOIS
%3A1337" target=3D"_blank">Print a shipping label</a> Avoid a trip to
office, print and pay for your label at home. Printing shipping labe
Bay also offers you reduced pricing on some shipping services, and wh
print shipping labels on eBay, your tracking information is uploaded
ically.</li><li><a href=3D"http://rover.ebay.com/rover/0/e12011.m354.
uid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fpayment
2Fws%2FeBayISAPI.dll%3FAddTrackingNumber2%26flow%3Dmyebay%26LineID%3D
02936_0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1663" target=3D"_blan
e shipping and tracking information</a>. When you upload tracking inf
n to eBay, we'll send it to your buyer and let them know the item is
way. This will save you time, and may result in fewer questions from
and higher detailed seller ratings.</li><li><a href=3D"http://rover.e
over/0/e12011.m354.l1662/7?euid=3D45d0df16f2ea40759d3656f834970b06&am
p%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyEbayBeta%26CurrentPage
ayNextSold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1662" target=3D"_b
k your item as shipped in My eBay</a>. Do this, and we'll let your bu
w the item is on its way. This will save you time, and may result in
uestions from buyers and higher detailed seller ratings.</li></ul>You
always <a href=3D"http://rover.ebay.com/rover/0/e12011.m354.l1332/7?
df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Ffeedback.ebay.com
BayISAPI.dll%3FLeaveFeedback2%26show_as%3Dsold%26ssPageName%3DADME%3A
SSA%3AUS%3A1332" target=3D"_blank">leave feedback</a> for your buyer
age them to buy from you again.<br><br></div></font><div><table width
cellpadding=3D"0" cellspacing=3D"3" border=3D"0"><tbody><tr><td vali
n=3D"center" width=3D"100" nowrap=3D""><a href=3D"http://rover.ebay.c
11.m43.l1123/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp
i.ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ss
e%3DADME%3AL%3AEOISSA%3AUS%3A1123" target=3D"_blank"><img src=3D"http
baystatic.com/pict/330833102936.jpg" alt=3D"1972 Original Oil Paintin
h Red Umbrella Signed Annamarie Trombetta yqz" border=3D"0"></a></td>
an=3D"2" valign=3D"top"><table width=3D"100%" cellpadding=3D"0" cells
er=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:arial,san
or:#000" colspan=3D"2"><a href=3D"http://rover.ebay.com/rover/0/e1201
/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fcgi
Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%3DA
%3AEOISSA%3AUS%3A1123" target=3D"_blank">1972 Original Oil Painting M
ed Umbrella Signed Annamarie Trombetta yqz</a></td></tr><tr><td style
size:10pt;font-family:arial,sans-serif;color:#000" width=3D"15%" nowr
ign=3D"top"><font style=3D"font-weight:bold;font-size:10pt;font-famil
s-serif;color:#000">Sale price:</font></td><td style=3D"font-size:10p
mily:arial,sans-serif;color:#000" valign=3D"top"><font style=3D"font-
;font-size:10pt;font-family:arial,sans-serif;color:#000">$181.50</fon
</tr><tr><td style=3D"font-size:10pt;font-family:arial,sans-serif;col
width=3D"15%" nowrap=3D"" valign=3D"top">Quantity sold:</td><td style
0pt;font-family:arial,sans-serif;color:#000" valign=3D"top">1</td></t

Cut
Off

EAI000077

EXHIBIT #52

```
 style=3D"font-size:10pt;font-family:arial,sans-serif;color:#000" wid
nowrap=3D"" valign=3D"top">Sale date:</td><td style=3D"font-size:10pt
arial,sans-serif;color:#000" valign=3D"top">Dec-01-12 18:54:01 PST</t
r><td style=3D"font-size:10pt;font-family:arial,sans-serif;color:#000
15%" nowrap=3D"" valign=3D"top">Buyer:</td><td style=3D"font-size:10p
:arial,sans-serif;color:#000" valign=3D"top">nina correia</td></tr><t
le=3D"font-size:10pt;font-family:arial,sans-serif;color:#000" width=3
ap=3D"" valign=3D"top"></td><td style=3D"font-size:10pt;font-family:a
if;color:#000" valign=3D"top"><div><table border=3D"0" cellpadding=3D
ng=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:arial,san
or:#000" valign=3D"top" class=3D"m_372939200458466707noWrap"><font s
size:10pt;font-family:arial,sans-serif;color:#000">9naclock (<a href=
:ninascorreia@aol.com" target=3D"_blank">ninascorreia@aol.com</a>) [<
ttp://contact.ebay.com/ws/eBayISAPI.dll?ReturnUserEmail&amp;requested
ck&amp;redirect=3D0&amp;iid=3D330833102936" target=3D"_blank">contact
font></tr></tbody></table></td></tr><tr><td style=3D"font-
;font-family:arial,sans-serif;color:#000" width=3D"15%" nowrap=3D"" v
>Buyer's shipping address:</td><td style=3D"font-size:10pt;font-famil
ans-serif;color:#000" valign=3D"top"><div><table border=3D"0" cellpad
llspacing=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:ar
rif;color:#000" valign=3D"top" class=3D"m_372939200458466707noWrap"
ina correia</td></tr><tr><td style=3D"font-size:10pt;font-family:aria
rif;color:#000" valign=3D"top" class=3D"m_372939200458466707noWrap"
4215 prairie flower ct</td></tr><tr><td style=3D"font-size:10pt;font-
ial,sans-serif;color:#000" valign=3D"top" class=3D"m_3729392004584666
nowrap=3D"">reno, NV 89511-6710 United States</td></tr><tr><td style
/td></tr><tr><td colspan=3D"2"><font style=3D"font-size:10pt;font-fam
ans-serif;color:#000"><a href=3D"http://rover.ebay.com/rover/0/e12011
1/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fcg
%2Fws%2FeBayISAPI.dll%3FSellHub3%26ssPageName%3DADME%3AL%3AEOISSA%3AU
1" target=3D"_blank">Sell another Item</a> | <a href=3D"http://rover.
ver/0/e12011.m43.l1156/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;
3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FUnifiedCheckoutSelle
Details%26itemId%3D330833102936%26transId%3D0%26buyerid%3D0%26ssPageN
DME%3AL%3AEOISSA%3AUS%3A1156" target=3D"_blank">Send invoice to buyer
t></td></tr></tbody></table></td></tr><tr><td
"top" width=3D"185"><div><span style=3D"font-weight:bold;font-size:10
ily:arial,sans-serif;color:#000"><strong>Provide shipping information
g</span><table border=3D"0" cellpadding=3D"0" cellspacing=3D"0" widt
dy><tr><td><img src=3D"http://q.ebaystatic.com/aw/pics/s.gif" height=
"></td></tr></tbody></table><a href=3D"http://rover.ebay.com/rover/0
44.l1121/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%
y.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%3DMyeBaySold%26ssPa
3DADME%3AL%3AEOISSA%3AUS%3A1121" title=3D"http://rover.ebay.com/rover
.m44.l1121/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3
bay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%3DMyeBaySold%26ss
e%3DADME%3AL%3AEOISSA%3AUS%3A1121" target=3D"_blank"><img src=3D"http
```

EAI000078

EXHIBIT #52

```
atic.com/aw/pics/buttons/btnGotoMyeBay.gif" border=3D"0" height=3D"32
0"></a><br><span style=3D"font-style:italic;font-size:8pt;font-family
ns-serif;color:#000"></span></div></td></tr></tbody></table><br></div
<div id=3D"m_3729392004584666707OneClickDigestOrUnsubscribe"><div><di
m_3729392004584666707cub-cwrp"><h3 class=3D"m_3729392004584666707cub-
ct your email preferences</h3><div class=3D"m_3729392004584666707cub-
class=3D"m_3729392004584666707cub-ulst"><li><span class=3D"m_3729392
7cub-ltxt"><span>Want to reduce your inbox email volume? <a href=3D"h
ebay.com/ws/eBayISAPI.dll?DigestEmail&amp;emailType=3D12011" target=3
eceive this email as a daily digest</a>.</span><br><span>For other em
est options, go to <a href=3D"http://my.ebay.com/ws/eBayISAPI.dll?MyE
mp;CurrentPage=3DMyeBayNextNotificationPreferences" target=3D"_blank"
on Preferences</a> in My eBay.</span><br></span></li><li><span class=
392004584666707cub-ltxt"><span>Don't want to receive this email? <a h
tp://my.ebay.com/ws/eBayISAPI.dll?EmailUnsubscribe&amp;emailType=3D12
et=3D"_blank">Unsubscribe from this email</a>.</span><br></span></li>
v></div></div></div><div id=3D"m_3729392004584666707MarketPlaceSafety
v><div id=3D"m_3729392004584666707Footer"><div><hr style=3D"HEIGHT:1p
order=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tbody
"100%"><font style=3D"font-size:10pt;font-family:arial,sans-serif;col
<b>Email reference id: [#<wbr>45d0df16f2ea40759d3656f834970b<wbr>06#]
>Please don't remove this number. eBay customer support may ask you f
number, if you should need assistance.</font></td></tr></tbody></tab
</div><hr style=3D"HEIGHT:1px"><table border=3D"0" cellpadding=3D"0"
0" width=3D"100%"><tbody><tr><td width=3D"100%"><font style=3D"font-s
font-family:verdana;color:#666"><a href=3D"http://pages.ebay.com/educ
oftutorial/index.html" target=3D"_blank">Learn More</a> to protect yo
om spoof (fake) emails.<br><br>eBay sent this email to you at <a href
o:ebay@novocin.com" target=3D"_blank">ebay@novocin.com</a> about your
registered on <a href=3D"http://www.ebay.com" target=3D"_blank">www.e
.<br><br>eBay sends these emails based on the preferences you set for
ccount. To unsubscribe from this email, change your <a href=3D"http:/
com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=3DMyeBayNextNotificat
ences" target=3D"_blank">communication preferences</a>. Please note t
y take up to 10 days to process your request. Visit our <a href=3D"ht
s.ebay.com/help/policies/privacy-policy.html" target=3D"_blank">Priva
</a> and <a href=3D"http://pages.ebay.com/help/policies/user-agreemen
arget=3D"_blank">User Agreement</a> if you have any questions.<br><br
t =C2=A9 2012 eBay Inc. All Rights Reserved. Designated trademarks an
e the property of their respective owners. eBay and the eBay logo are
arks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San J
95125. </font></td></tr></tbody></table><img src=3D"http://rover.eba
eropen/0/e12011/7?euid=3D45d0df16f2ea40759d3656f834970b06" height=3D"
"></div></div></div><br></div></body></html>


--B_3739174330_4019078869--
```

cut
off

EAI000079

EXHIBIT
#52