# EXHIBITS TO WORTHPOINT MOL ECF 476

**EXHIBIT #1 A** Plaintiff's 8/30/22 Deposition Pages 121-122 and , 178 only Yahoo email.
    **#1 B** Plaintiff Evid. 000160 meta data coding with 1972 ad on WP website.
    **#1 C** EAI for selling counterfeit items of China not French porcelain
    **#1 D** 2015 lawsuit Rosen vs Terapeak/ WorthPoint
    **#1** Plaintiff's Aug.30, 2022 Deposition Page 130

**EXHIBIT #2 A** Pl. Evid. 000475 -482. Georgia Summoms and Complaint
    **#2 B** Pl. Evid. and Pl. Evid. 000488—489 Phone Call and Deposition
    **#2 C** Pl. Evid. in 000492 Jan,4 and 000493 Jan.11 Proof of Mailing 2021
    **#2** Plaintiff's Evid. 000490 Will Seippel Dec. 8, 2020 email to Plaintiff

**EXHBIT # 3A** Plaintiff' childhood signature in print, script full page of 1972 notebook
    **3B** Plaintiff's Evid. bate stamped 000149 Plaintiff Evid. 000150 and 000151

**EXHIBIT #4** Norb Novocin testified on page 38 and page 47 and 52

**EXHIBIT#5** Plaintiff's August 30, 2022–deposition page 101 and pages 173 to 175.

**EXHIBIT #6** Plaintiff's proof of filing on April 17, 2023 Declaration with exhibits
    to Pro Se Intake Unit.

**EXHIBIT # 7** Judge Abrams ECF 187 page 14

**EXHIBIT #8A** Norb Novocin Phone Transcript Pl's Evid 000887 to 000891
    **8B** EAI000001- EAI000002 and EAI000003-Plaintiff's 2017 settlement letter.
    **8C** eBay phone transcript Page 9,

**EXHIBIT #9** WorthPoint's evidence WP 000132, 000133 and 000134

**EXHIBIT #10 A** Pl. Evid 000061 to 000070 2017 Google Listing—and WorthPoint emails
    **#10 B** WorthPoint Evid. WP000062, WP000096 and WP0000135 Feb.20, 2016
    **#10 C** Will Seippel June 29,2020 Declaration Pl. Evid. 000214, 000215 000216

**EXHIBIT#11** Pl Evid. Feb 16,2016 000042–0000043 and WP evidence 0000070- 0000071

**EXHIBIT #12A** Pl. Evid. 000370 000371 Feb 17, 2016 "You visited this page " also noted in
    12 B and Feb. 16, 2016 evid. in Pl. Evid. 000045 WorthPoint's Evid WP000071.

**EXHIBIT #13** Plaintiff Evid. 000061 000062 March 15, 2017

**EXHIBIT #14** Pl. Evid. 000069 000070 000071 May 7, 2017 WorthPoint 1972 Webpages

**EXHIBIT # 15** Plaintiff's. Evidence 000879 and000880 WorthPoint email

**EXHIBIT #16 A** Jason Packer's declaration with Plaintiff's wrong email on pages 9 and 10.
    **#16 B** Plaintiff's deposition pages 47-48 and 178 only Yahoo email
    **#16 C** Pl's website email WorthPoint sent March 25, 2022 email Terms of Use

**EXHIBIT #17** Two different document with two different dates and years with the same
    WorthPoint bate stamped No. WP000132

EXHIBIT #1A

Page 121

1              A. Trombetta

2    sold.

3          Q.    In 2012; correct?

4          A.    According to this document it states

5    that the sale was in 2012.

6          Q.    So do you see where it says source?

7          A.    EBay is what I see, source eBay.

8          Q.    And do you see what it says under

9    channel?

10         A.    Online auction.

11         Q.    Do you have any understanding as to

12   where this page came from?

13         A.    Since I did not do the painting and I

14   have no idea nor have I ever done business with

15   eBay, I cannot answer that question.

16         Q.    You have no evidence as to where this

17   came from; correct?

18         A.    I have what you have, a document in

19   front of me with information.  Whether that

20   information is correct based on the way my name is

21   spelled, I would say no.  Based on the claim that

22   this was done by New York artist Annamarie

23   Trombetta, which is very succinct, there is only

24   one of me in New York City who is an artist with

25   that name.  So that directly points to one and

EXHIBIT #1A

Page 122

1                    A. Trombetta

2  only who is sitting here in front of you I did not

3  do that painting in 1972.

4            So in answer to your question, the

5  information has a lot of untrue, incorrect

6  statements.

7       Q.    Can you read what it says under

8  channel online auction?

9       A.    "Welcome to Estate Auctions Inc.  We

10  are one of two" and I'm reading --

11       Q.    From the top.

12       A.    Is that correct; did you want me to

13  read that?

14       Q.    Yes.

15       A.    So off the record I am reading slow so

16  you can type.  "Welcome to Estate Auctions Inc.,

17  we are one of the top sellers of antiques,

18  collections and quirky items on eBay.  We have

19  been selling since 1998 and all of our auctions

20  start at 99 cents."

21       Q.    Does this indicate to you as to where

22  the source of this listing emanated from?

23       A.    As I stated earlier, there are a lot

24  of mistakes within this document.  In answer

25  directly to your question, it states that I did

EXHIBIT

#1A

Page 178

```
 1                    A.  Trombetta
 2    and make an inquiry.
 3         Q.    Have you done that over the last six
 4    years?
 5         A.    I cannot say that I have.
 6         Q.    Do you know whether there is any
 7    evidence that Worthpoint visited your website
 8    prior to February 2015 or August 2015?
 9         A.    I need to answer this in three
10    particular ways.  First and for most, since this
11    occurred in 2015 it has been a nightmare in which
12    like a horror movie the source of the chaos and
13    confusion keeps coming back to life and has yet to
14    be vanquished.
15              Secondly, I have e-mails from
16    Worthpoint that were sent to my website.
17              Three, I never gave Worthpoint my
18    e-mail address from my website.  That is an
19    important point.
20         Q.    You have no record of Worthpoint being
21    on your website in 2012; correct?  Yes or no?
22         A.    At present I do not.
23         Q.    And you have no record of Worthpoint
24    being on your website prior to August 13, 2015; is
25    that correct; yes or no?
```

EXHIBIT #18C



EXHIBIT
#18

# 1972 ORIGINAL OIL PAINTING MAAN WITH RED UMBRELLA SIGNED ANNAJNA-RIE TROMBETTA YO2





SIMILAR ITEMS




Plaintiff000160



EXHIBIT #1B

Detail of Codes

PL 287

EXHIBIT # 1 C



Plaintiff's Evidence 000346

Plaintiff's Evidence 000404

EXHIBIT #10

1   JAMES M. MULCAHY (CA SBN 213547)
2   KEVIN A. ADAMS (CA SBN 239171)
    MULCAHY LLP
3   jmulcahy@mulcahyllp.com
4   kadams@mulcahyllp.com
    Four Park Plaza, Suite 1230
5   Irvine, CA 92614
6   Telephone: (949) 252-9377
    Fax: (949) 252-0090
7
8   Specially appearing for Defendant WorthPoint
    Corporation.
9

10
11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

14   Barry Rosen,                          Case No. 2:15-cv-00112-AB-JPR

15              Plaintiff,                  DECLARATION OF WILLIAM H.
                                            SEIPPEL IN SUPPORT OF
16        v.                                DEFENDANT WORTHPOINT'S
17                                          MOTION TO DISMISS
     Terapeak, Inc., WorthPoint Corporation, COMPLAINT FOR LACK OF
18   and Does 1 through 10,                 PERSONAL JURISDICTION
19              Defendants.
                                            DATE: June 8, 2015
20                                          TIME:   10:00 a.m.
21                                          Courtroom: 1600
                                            JUDGE: Hon. Michael W. Fitzgerald
22                                          DATE Comp. Filed: January 7, 2015

23

24   I, WILLIAM H. SEIPPEL, state as follows:

25

26        1.     My name is William H., Seippel, and I am a resident of the State

27   of Georgia. I am over the age of 18 and am competent to testify to the

28

EXHIBIT /#1E

**Page 130**

1                       A. Trombetta

2      Do you need to --

3            A.      I began my formal training -- no.  I

4      am trying to point out to you that it states in my

5      biography I began my formal training --

6            Q.      Did you paint in --

7            A.      -- in high school.  In answer to your

8      question in high school.

9            Q.      That's when you started painting in

10     oil?

11           A.      That is correct.

12           Q.      You never painted in oil before then?

13           A.      For the record, oil and oil paints are

14     highly toxic.  For a child to paint in oil the

15     atmosphere and the paints would have to be clearly

16     and carefully monitored.  Some paints in oil have

17     a warning on them.  That's how toxic they are.

18           Q.      When did you start painting in oil?

19           A.      Asked and answered.

20           Q.      In high school?

21           A.      Correct.

22           Q.      So that would have been somewhere in

23     the late 1970s, early eighties?

24           A.      1980 I believe.  I need to take a

25     bathroom break.

Plaintiff's Evidence 000475

Fulton County Superior Court
***EFILED***LW
Date: 6/14/2022 4:01 PM
Cathelene Robinson, Clerk

EXHIBIT 2 A

## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
**SUMMONS**

| | |
|---|---|
| WORTHPOINT CORP., SHARI SEIPPEL, AND WILLIAM SEIPPEL<br>**Plaintiff,**<br><br>vs.<br><br>ANNAMARIE TROMBETTA<br>**Defendant** | ) Case No.: 2022CV366175<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylerhost.net/ofsweb (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

Mary Trachian-Bradley (mtrachian@briskinlaw.com)
BRISKIN, CROSS & SANFORD, LLC
33 S. Main Street, Suite 300, Alpharetta, GA 30009

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This_____6/14/2022_____day of_____, 20_____

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court
By_____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

Deputy Sherriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

Plaintiff's Evidence 000476

Fulton County Superior Court
***EFILED***LW
Date: 6/14/2022 4:01 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY

### STATE OF GEORGIA

| | |
|---|---|
| **WORTHPOINT CORP., SHARI SEIPPEL, AND WILLIAM SEIPPEL,** | |
| PLAINTIFFS, | Civil Action |
| V. | File Number: 2022CV366175 |
| **ANNAMARIE TROMBETTA,** | |
| DEFENDANT. | |

### COMPLAINT FOR DAMAGES

COME NOW, Plaintiffs, **WORTHPOINT CORP.** ("WorthPoint"), **SHARI SEIPPEL** ("SSeippel"), and **WILLIAM SEIPPEL** ("WSeippel"), and files this Complaint against Defendant **ANNAMARIE TROMBETTA** ("Trombetta"), alleging as follows:

### I.

### Parties

1.

WorthPoint is a Delaware corporation, validly existing, and in good standing under the laws of the State of Georgia with its principal place of business within Georgia located at 5 Concourse Parkway, Suite 2900, Atlanta, Georgia 30328

2.

SSeippel is an individual residing within Fulton County.

3.

WSeippel is an individual residing within Fulton County.

Plaintiff's Evidence 000477

EXHIBIT 2A

4.

Trombetta is an individual resident of the State of New York. Trombetta has subjected herself to the jurisdiction of this Court. Trombetta can be served at 175 E. 96th Street (12R), New York, New York 10128.

5.

Venue and jurisdiction is proper in the Superior Court of Fulton County.

## II.

### Background Facts

6.

On February 5, 2018, Trombetta filed suit in the Southern District of New York against Defendants Estate Auctions, Inc., Norb Novocin and Maria Novocin.

7.

Trombetta's suit is based upon an alleged misattribution of a painting to Trombetta by the Defendants named above. Trombetta alleges various causes of action and is seeking damages related to her claim for loss of professional reputation.

8.

Throughout the court of the litigation, Trombetta failed to comply with various scheduling orders and directions of the Court, causing numerous delays in the matter.

9.

On December 3, 2019, approximately 10 months after filing suit, Trombetta first sought Court authorization to amend her Complaint.

Plaintiff's Evidence 000478

EXHIBIT #2A

10.

Trombetta was directed to file her purported Amended Complaint by January 17, 2020. On that date Trombetta filed a pleading entitled "Proposed Amended Complaint."

11.

Trombetta then untimely filed a pleading entitled the "Operative Amended Complaint" on February 21, 2020.

12.

Trombetta's Amended Complaint alleged claims against WorthPoint, worthpoint,com, WSeippel, and Jason Packer, a WorthPoint employee.

13.

On March 19, 2020, Trombetta was ordered to effect service of the Amended Complaint on WorthPoint and WSeippel. Ms. Trombetta failed to properly effect service.

14.

On April 6, 2020, Trombetta was again ordered to effect service of the Amended Complaint on WorthPoint and WSeippel no later than May 21, 2020. Ms. Trombetta failed to properly effect service.



New Years Day

15.

Approximately one (1) full year after filing the Amended Complaint, Trombetta arranged service of process on WorthPoint and WSeippel. On Jan 1, 2020, service was delivered via certified mail to WorthPoint. On January 4, 2020, service was delivered via Certified Mail to WSeippel and SSeippel's home residence.

wrong Year

Plaintiff's Evidence 000479



16.

The Certified Mail with service for WSeippel was delivered to, and signed by, SSeippel.

17.

The method, timing and procedure of the service of process was wrongful.

18.

The service of process was coincided with the Christmas and New Yew Year holidays in a purposeful effort to harass and disturb WSeippel, SSeippel and the remainder of their family.

19.

Additionally, Trombetta wrongfully failed to conduct any due diligence prior to filing her Amended Complaint as to the validity of the claims or parties.

20.

Trombetta's claims against worthpoint.com  and Jason Packer were dismissed on or about July 16, 2020.

21.

On December 21, 2021, the Court dismissed all claims against WSeippel.

## COUNT I – CLAIM FOR ABUSIVE LITIGATION BY WORTHPOINT AND WSEIPPEL

22.

Plaintiffs WorthPoint and WSeippel reallege and incorporate by reference paragraphs 1 through 21 of the Complaint as if fully set forth herein.

Plaintiff's Evidence 000480



EXHIBIT # 2A
23.

The claims against WorthPoint were filed without substantial justification and lacked a basis in fact or law.

24.

The claims against WSeippel were filed without substantial justification and lacked a basis in fact or law.

25.

The claims against WSeippel were filed without any basis in fact for liability nor for personal jurisdiction.

26.

The claims against WorthPoint and WSeippel were filed with malice.

27.

As a result of Trombetta's abusive litigation, both WorthPoint and WSeippel incurred damages related to (1) attorneys' fees, (2) termination and replacement of business insurance coverage, and (3) salaries paid for employees who investigated the wrongful claims.

28.

The amount of damages incurred by WorthPoint totals Eighty-Five Thousand and 00/100 Dollars ($85,000.00). The amount of damages incurred by WSeippel totals Forty Thousand and 00/100 Dollars ($40,000.00).

Plaintiff's Evidence 000481



## COUNT II – CLAIM FOR NEGLIGENT OR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY SEIPPEL

29.

Plaintiffs WSeippel and SSeippel reallege and incorporate by reference paragraphs 1 through 28 of the Complaint as if fully set forth herein.

30.

Trombetta wrongfully delayed proper service of the Amended Complaint.

31.

Trombetta then intentionally, maliciously, and wrongfully arranged for service to be delivered to coincide with the Christmas and New Years holiday in a direct effort to cause emotional distress to WSeippel, SSeippel and their family.

32.

As a result of Trombetta's misconduct, WSeippel and SSeippel have suffered emotional distress including mental anguish, headaches, trouble sleeping and anxiety.

33.

Seippel requests compensatory and punitive damages against Trombetta in an amount to be proven at or before trial.

WHEREFORE, Plaintiffs pray for trial by jury and judgment as follows:

(a)     That each Plaintiff be awarded compensatory damages against Defendants for Trombetta's abusive litigation;

(b)     That Plaintiff Seippel be awarded compensatory and punitive damages for Trombetta's infliction of emotional distress;

Plaintiff's Evidence 000493

USPS.com® - USPS Tracking® Results

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

Exhibit # 6   Page 1

20 C

Track Another Package +

FAQs >

Remove ✕

## Tracking Number: 70190160000091348478

Your item was delivered to an individual at the address at 1:54 pm on January 11, 2021 in ROSWELL, GA 30075.



Jan 11, 2021

✓ **Delivered**

January 11, 2021 at 1:54 pm
Delivered, Left with Individual
ROSWELL, GA 30075

Get Updates ∨

**Text & Email Updates**

**Tracking History**

Mailed on Jan 4, 2021

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Roswell, GA 30075

Certified Mail Fee   $3.55                    0043
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $____
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00   Postmark Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage   $2.80
Total Postage and Fees   $9.20
                                01/04/2021
Sent To William H. Seippel Sharon A. Seippel
Street and Apt. No., or PO Box No. 190 Antleod Terrace
City, State, ZIP+4® Roswell, Georgia, 30075

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**January 11, 2021, 1:54 pm**
Delivered, Left with Individual
ROSWELL, GA 30075
Your item was delivered to an individual at the address at 1:54 pm on January 11, 2021 in ROSWELL, GA 30075.


**January 11, 2021, 6:10 am**
Out for Delivery
ROSWELL, GA 30075



Plaintiff's Evidence 000492

EXHIBIT #2

Remove ✕

**Tracking Number: 70190160000091348461**

Your item was delivered to the front desk, reception area, or mail room at 8:01 pm on January 4, 2021 in ATLANTA, GA 30328.



✅ **Delivered**

January 4, 2021 at 8:01 pm
Delivered, Front Desk/Reception/
ATLANTA, GA 30328

Get Updates ⌄

Text & Email Updates

Tracking History

January 4, 2021, 8:01 pm
Delivered, Front Desk/Reception
ATLANTA, GA 30328

Your item was delivered to the front desk, reception area, or mail room at 8:01 pm on January 4, 2021 in ATLANTA, GA 30328.

January 4, 2021

Page 1 of 2



EXHIBIT 24   Motion To Dismiss

12/11/2020   Gmail - Third and Last Attempt to Request a Signature for the Waiver for Summons Plus the submission of the Dec. 2, 2020 Summonses and Amende...

Plaintiff's Evidence 000490

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## Third and Last Attempt to Request a Signature for the Waiver for Summons Plus the submission of the Dec. 2, 2020 Summonses and Amended Complaint

Will Seippel <will.seippel@worthpoint.com>                                         Tue, Dec 8, 2020 at 11:18 PM
To: Annamarie Trombetta <atrombettaart@gmail.com>
Cc: Will Seippel <will@worthpoint.com>, WorthPoint Support <support@worthpoint.com>, Arnie Lutzker
<arnie@lutzker.com>, info@lutzker.com, dmca@lutzker.com

On this, we should take the max time we have to get back to her under the law. Not a day earlier. Since we are not
obligated to go at her expanded pace then why go faster? Maybe she does not have the money to hire someone which is
why she is throwing a tantrum. Won't this be the first time she has to spend money. We have to, so should she. There is
nothing for us to do until she dips into her pocket. Maybe she won't and we are done.
[Quoted text hidden]

Email
from
William
Seippel
Dec 8, 2020

Plaintiff's Evidence 000489

Exhibit #1
2B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF NEW YORK

ANNAMARIE TROMBETTA

                Plaintiff,               Civil Case No. 18-cv-00993-RA-SLC

-against-

NORB NOVOCIN, MARINE NOVOCIN, ESTATE
AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                Defendants.

## NOTICE OF DEPOSITION OF
## PLAINTIFF ANNAMARIE TROMBETTA

    **PLEASE TAKE NOTICE** that, Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant WorthPoint Corporation (hereinafter "WorthPoint") by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, will take the deposition upon oral examination of Plaintiff Annamarie Trombetta, on the **30th day of August, 2022 at 9:00 a.m.,** at the law offices of **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP, located at 150 East 42nd Street, New York, New York 10017.**

    The deposition will be conducted before an officer authorized by law to administer oaths for the purposes set forth in the Federal Rules of Civil Procedure and will be videotaped. If this deposition is not completed on said date, the taking thereof will continue form day to day thereafter, at the same time and via the same virtual means, weekends and holiday excluded.

    Plaintiff is hereby advised that WorthPoint will be inquiring into the matters the matters listed in **Exhibit A** hereto.

271876231v.3

