# EXHIBITS TO WORTHPOINT MOL ECF 476

EXHIBIT #1 A Plaintiff's 8/30/22  Deposition Pages  121-122 and , 178 only Yahoo email.
   #1 B  Plaintiff Evid. 000160 meta data coding with 1972 ad on WP  website.
   #1 C EAI  for  selling counterfeit items of China not French porcelain
   #1 D 2015 lawsuit  Rosen vs Terapeak/ WorthPoint
   #1 Plaintiff's Aug.30, 2022 Deposition Page 130

EXHIBIT  #2 A  Pl. Evid. 000475 -482. Georgia Summoms and Complaint
   #2 B  Pl. Evid. and Pl. Evid. 000488--489 Phone Call and Deposition
   #2 C  Pl. Evid. in  000492 Jan,4 and  000493  Jan.11  Proof of Mailing 2021
   #2  Plaintiff's  Evid.  000490  Will Seippel Dec. 8, 2020 email to Plaintiff

EXHBIT # 3A Plaintiff' childhood signature in print, script  full page of  1972 notebook
   3B Plaintiff's Evid. bate stamped 000149  Plaintiff Evid.  000150 and 000151

EXHIBIT #4 Norb  Novocin  testified  on page  38 and page 47 and 52

EXHIBIT#5 Plaintiff's August 30, 2022--deposition page  101 and pages 173 to 175.

EXHIBIT #6  Plaintiff's  proof of filing on April 17, 2023 Declaration with exhibits
   to  Pro Se  Intake Unit.

EXHIBIT # 7  Judge Abrams ECF 187 page 14

EXHIBIT #8A Norb Novocin Phone Transcript  Pl's Evid 000887 to 000891
   8B  EAI000001- EAI000002 and EAI000003-Plaintiff's 2017 settlement letter.
   8C  eBay phone transcript Page 9,

EXHIBIT #9 WorthPoint's evidence WP 000132, 000133 and 000134

EXHIBIT #10 A  Pl. Evid 000061 to 000070 2017 Google Listing—and WorthPoint emails
   #10 B  WorthPoint Evid.  WP000062, WP000096 and WP0000135 Feb.20, 2016
   #10 C Will Seippel June 29,2020  Declaration Pl. Evid. 000214, 000215 000216

EXHIBIT#11 Pl Evid. Feb 16,2016 000042--0000043 and WP evidence 0000070- 0000071

EXHIBIT #12A Pl. Evid. 000370 000371 Feb 17, 2016  "You visited this page " also noted in
   12 B and Feb. 16, 2016  evid. in Pl. Evid. 000045 WorthPoint's Evid WP000071.

EXHIBIT #13 Plaintiff Evid. 000061 000062  March 15, 2017

EXHIBIT #14 Pl. Evid. 000069 000070 000071 May 7, 2017 WorthPoint 1972 Webpages

EXHIBIT # 15  Plaintiff's. Evidence  000879  and000880 WorthPoint email

EXHIBIT #16 A Jason Packer's declaration with Plaintiff's wrong email on pages 9 and 10.
   #16 B  Plaintiff's deposition pages 47-48  and 178  only Yahoo email
   #16 C Pl's website email WorthPoint sent March 25, 2022 email Terms of Use

EXHIBIT #17  Two  different document  with two different dates and years  with the same
   WorthPoint bate stamped No. WP000132

EXHIBIT #L ~~~~ 3A





Plaintiff000260

Yahoo Mail – Re: Annamarie Trombetta

Exhibit #3 B

4/5/22, 4:01 PM

## Re: Annamarie Trombetta

From: Bob Bahr (babahr@yahoo.com)

To:    trombettaart@yahoo.com

Date:  Thursday, March 5, 2015, 09:53 AM EST

Date March 5 2015

Thanks. Very glad you liked it. Yes, that is the right link.

I will try to send you a PDF later so you have it in that form as well.

Hope we can paint together sometime when it's above freezing!

Bob

From: Annamarie Trombetta <trombettaart@yahoo.com>
To: Bob Bahr <babahr@yahoo.com>
Sent: Thursday, March 5, 2015 9:47 AM
Subject: Annamarie Trombetta

Ask Art Website

Hi Bob,

Thank you so much for a wonderful article.    I have been sharing it with some of my collectors and  colleagues
and will do so with many more people. Also thank you for your recommendation for the Ask Artwebsite . I consent
to include  my biography  listing to their site.
Can you send me a link that is just this piece or is this the link below??    Also is there a magazine version that I
can purchase.

I am please with the work that you selected as one of my collectors expressed her delight as well.

With sincere gratitude,
Annamarie Trombetta

http://www.outdoorpainter.com/artist-profiles/central-park-s-plein-air-past.html?
utm_source=Art+List&utm_campaign=f24b0abe29-PAT_3_4_15&utm_medium=email&utm_term=0_6907cc7961-
f24b0abe29-232018861

Plaintiff000151

4/17/21, 9:27 PM



## A Big Thank you from Annamarie Trombetta

From: Annamarie Trombetta (trombettaart@yahoo.com)

To: babahr@yahoo.com

Date: Saturday, June 6, 2015, 12:49 PM EDT

Hi Bob.

My sincere appreciation for including me once again in Outdoor Painter! I am indeed delighted as was the host of the show to learn that the link and a feature was in the Newsletter for Outdoor Painter.

It is the kind of situation that brings attention not just to me--the Magazine but also to the Hudson River School Painters who have done so much for this country's history in art, Parks and conservation.

Last thank you for the recommendation. I am delighted that my bio is now on AskArt-- Mille Grazie for that!

I hope to meet you in person one of these days. Let's plan a meeting if you live in the New York area. Take great care and all the best to you.

Warm Regards,
Annamarie Trombetta



Plaintiff000150



Wayback Machine

web.archive.org

Annamarie Trombetta - Artist, Fine Art Prices, Auction Records for Annamarie Trombetta

INTERNET ARCHIVE WaybackMachine https://www.askart.com/artist/Annamarie_Trombetta/11156459/Annamarie_Trombetta.aspx Go

1 capture 22 Sep 2015 — Year

AUG SEP OCT 22 2014 2015 2016

askART What's my art worth? Auction Records Research Art Buy / Sell Our Services Sign in Subscribe

Enter artist name or use alphabet a b c d e f g h i j k l m n o p q r s t u v w x y z

# Annamarie Trombetta (born 1963)

Annamarie Trombetta is active/lives in New York. Annamarie Trombetta is known for geometric still life arrangements-painting.

| The Artist | Auction Records | Buy / Sell | Resources |
|---|---|---|---|
| Overview | Auction Records (0) | For Sale (0) | Signatures (0) |
| Biography | Upcoming Auctions (0) | Wanted (0) | Related Artists |
| Quick Facts | What's my art worth? | Dealers (0) | Publications |
| Get Alerts | Charts | Place an Ad | Samples of work |

Discover art and art prices ...

Subscribe

Sign in

- Auction records and images
- Record prices, graphs, stats
- Artist signature examples
- More about subscribing

## Biography Annamarie Trombetta

The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly.

My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for m ... Displaying 750 of 8277 characters.

} text

Exhibit #2 3B

Plaintiff000149

Page 38

```
 1              N. NOVOCIN
 2    words, the signature on the front of the
 3    painting was a garbled and it was kind of
 4    hard to read, when you turn it over, it had
 5    printed out what it was and if it were up
 6    to me, I would make it almost a law that
 7    all the artists had to print out the actual
 8    name and so forth.  Because some artists
 9    pictures are so, so hard to read.  So this
10    allowed us to be able to look up Trombetta,
11    Annamarie.  This one says Maria.  I didn't
12    remember it saying Maria, but that's how I
13    looked it up.
14              MR. BIALEK:  Marlene, can you
15         read back the beginning of his
16         answer.
17              (Whereupon, the referred to
18         answer was read back by the
19         Reporter).
20         Q.    Mr. Novocin, in your practice
21    of dealing with antiques, have you ever
22    encountered any ratings or stamps or labels
23    glued to the back of the painting?
24         A.    Yes.
25         Q.    In your experience, is there
```

Page 47

1          N. NOVOCIN

2     EAI000024.  I'm showing it to you at 150

3     percent and I have just scrolled from the

4     top to the bottom of the document.  Mr.

5     Novocin, my question to you is, does this

6     image depict the signature that appeared on

7     the painting Man With A Red Umbrella?

8          A.    Yes.

9          Q.    Is this one of the photographs

10    that was included in Estate Auctions Ebay

11    listing for that painting?

12         A.    Yes.

13         Q.    Sir, how do you know that?

14         A.    Because if there's anything

15    that we have seen over and over is this

16    signature.  It came off of Worthpoint.

17    It's the only signature or only picture

18    that survived on Worthpoint.  Why, I don't

19    know.  That's how we know.  It just was

20    there.

21         Q.    Let me just follow up with you

22    on that.  So as far as you know, you

23    testified that Worthpoint doesn't sell any

24    paintings, correct?

25         A.    Correct.

EXHIBIT 4

(3)

Page 52

```
 1              N. NOVOCIN
 2   yes.
 3       Q.    Again, this document shows the
 4   signature and I think you testified earlier
 5   that you did not find it legible when you
 6   first saw the painting, correct?
 7       A.    Correct.
 8       Q.    When you looked at the back of
 9   the stretcher and you saw the words
10   Annamarie Trombetta that we discussed
11   earlier, did it help you interpret what the
12   signatures may have read?
13       A.    It certainly interpreted the
14   last name.  I couldn't do anything for that
15   first initial.
16       Q.    Taken together with the
17   information on the bottom, how did you
18   determine who may be the artist?
19       A.    You have to rephrase that.  I'm
20   sorry.  You are going to have to rephrase
21   that.  You got gunked [sic] up on the
22   internet.
23       Q.    Actually, give me one second.
24   I have someone mowing the lawn outside of
25   my window.  I'm going to try to shut the
```



Plaintiff's
Deposition
Response

Page 101

A. Trombetta

1   
2   for the court in whatever form it appears.
3   Whether it is electronic as stored on your
4   computer or whether it was printed out and a
5   copy of the full printout.
6           When you get the transcript there will
7   be in the back a page that will have
8   requests.  So it will make it a lot easier.
9       A.    What would make it easier is for your
10  firm to confirm that I did not do this painting
11  because I have already given to both clients my
12  signature from 1972 which does not match.
13      Q.    I do not believe that my client has
14  made any representations that you made this
15  painting or didn't make this painting.
16      A.    Well --
17      Q.    And if that is something you need we
18  can talk about it off the record, but for purposes
19  of today, I am trying it ask you questions about
20  the documents that you produced and see if we can
21  get the original version; okay?
22      A.    Again, this is a period of seven years
23  and many filings.  274 or 5 to be exact.
24      Q.    Are you intending to use this document
25  in proving your case?

Attorneys
for
WorthPoint

1          A. Trombetta

2          A.     All the imagery in this catalog.

3          Q.     Do you see the TBA in that sentence?

4          A.     I do not see the TBA.

5          Q.     So the fact that the biography entry

6     that is in the eBay listing doesn't have a TBA and

7     Mr. Novocin claims he got it from Ask Art, would

8     this indicate to you that this is what he had

9     taken?

10         A.     This indicates nothing conclusive, in

11    my opinion.

12         Q.     But you have no evidence that

13    Worthpoint purposely removed the TBA; correct?

14         A.     Sir, during discovery I asked your

15    firm for several forms of evidence predominantly

16    the metadata, the actual dated

17    eBay/Worthpoint/worthopedia documents or ad and

18    you have not produced them.  So if you don't have

19    the evidence based on my evidence, based on my

20    experiences of consistent, contradictory

21    statements, I can affirm once again, I did not do

22    the painting.  I did not grant any person,

23    business, legal entity at any time the rights to

24    license or use my self-authored biography.

25         Q.     But you have no evidence that

EXHIBIT #5 (2)

Page 174

1                     A. Trombetta

2   Worthpoint took your biography from your website;

3   correct?

4       A.    I have no proof that, conclusive proof

5   that the painting was even sold because --

6       Q.    That's not what I am asking.   I am

7   asking -- can you please read back the question?

8   It is a very simple question.

9               (Record read.)

10      A.    The evidence I have is what you are

11  looking at.

12      Q.    This doesn't show that Worthpoint took

13  your biography from your website; does it?

14      A.    It shows that my biography was on

15  Worthpoint's website.

16      Q.    But it doesn't show that Worthpoint

17  took the biography from your website; correct?

18      A.    It shows as I just stated and will

19  reiterate, Worthpoint's website had my biography.

20      Q.    With the exception of the TBA?

21      A.    With many exceptions.   The exception

22  that my name is spelled incorrectly.

23      Q.    Where is your name spelled incorrectly

24  within the body of the biography?

25      A.    Description, this is by Annamarie

EXHIBIT#5(3)

Page 175

1                      A. Trombetta

2      Trombette.

3            Q.      Is that part of your biography?

4            A.      That is part of the Worthpoint ad.  So

5      as far as the accuracy and the responsibility of

6      the information on Worthpoint's website.

7            Q.      So that's the description from Estate

8      Auctions; correct, that's not the biography that

9      you are claiming was copied; correct?

10           A.      In Exhibit 8 of Defendants' Exhibits

11     you have in the first paragraph home Worthopedia

12     1972 da, da, da signed Annamarie Trombetta.

13           Q.      Correct.

14           A.      Spelled correctly.  Then in bold type

15     Annamarie Trombetta.  Then up at auction Annamarie

16     Trombetta.

17                   So what precedes the misspelling of my

18     last name are one, two, three correct spellings

19     within the same page and within close proximity.

20     So I don't know why my name is misspelled --

21           Q.      This is --

22           A.      -- incorrectly when it is spelled

23     correctly in three other places on the same page.

24           Q.      You never have typos in your writing,

25     do you?



**EXHIBIT #6**

 Gmail

## 18-CV-0993-Plaintiff's Summary Judgement , Declaration and Rule 56.1

**Annamarie Trombetta** <atrombettaart@gmail.com>
To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

Mon, Apr 17, 2023 at 11:55 PM

**Date**

**April 17, 2023**

 📄 Declararation of Annamarie Trobetta with Exhibi...

To Whom it May Concern in the Pro Se Office:.

| | |
|---|---|
| Plaintiff | Annamarie Trombetta |
| Address | 175 East 96th Street  (12 R) |
| | New York,  New York 10128 |
| Telephone | (212) 427-5990 |

I , Annamarie Trombetta am the Flier in case 18-CV-0993

 Pro Se  Plaintiff is filing

Kindly  file  this two page letter   in case  Cv-18-0993.
I thank you in advance for your anticipated cooperation.

Sincerely,

Annamarie Trombetta

2 attachments

📄 **Memorandum of Law in Support of Plaintiff's Motion for Summary Judgement.pdf**
2311K

📄 **Rule 56.1 .pdf**
142K



EXHIBIT #6

April 20th, 2023

Re: Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, NY 10128

To Whom It May Concern,

On April 17th, 2023, there was a repair man who came in and serviced the printers in
our business center.

If you may have any questions or concerns, please feel free to contact me.

Sincerely,
Ermina Cirikovic



Compliance Specialist
T: 212-510-6503
F: 607-354-3243
erminac@montereynyc.com

*EXHIBIT H*

claim accrued." 17 U.S.C. § 507(b).[4]  Such claims "do not accrue until actual or constructive

discovery of the relevant infringement." *Psihoyos v. John Wiley & Sons, Inc.*, 748 F.3d 120, 125 (2d

Cir. 2014).[5]  Moreover,

> it is widely recognized that the separate-accrual rule attends the copyright statute of
> limitations. Under that rule, when a defendant commits successive violations, the statute
> of limitations runs separately from each violation. Each time an infringing work is
> reproduced or distributed, the infringer commits a new wrong. Each wrong gives rise to a
> discrete "claim" that "accrues" at the time the wrong occurs. In short, each infringing act
> starts a new limitations period.

*Petrella v. Metro-Goldwyn-Mayer, Inc.*, 572 U.S. 663, 671 (2014)

Trombetta filed her complaint against Worthpoint on February 21, 2020.  Compl. at 26.

Therefore, to be timely, any complained of copyright infringement must have accrued after February

21, 2017.  Trombetta alleges that she first discovered the 2015 post on worthpoint.com some time in

2015.  Compl. at 2–3.  Her claim as it relates to this post is thus untimely.

Trombetta also alleges that a post similar to the 2015 post was on the internet when she

searched for it in May of 2017.  Compl. at 7, 42.  It is unclear whether Trombetta is alleging that the

2015 post was in existence in 2017 (1) because Worthpoint never deleted it or (2) because Worthpoint

reposted it after deleting it in 2015 or 2016.  If the former is true, then Trombetta's copyright claim

against Worthpoint accrued in 2015 when she first saw the post, and the claim is untimely.  If the latter

is true, by contrast, then the reposting constitutes a new copyright violation, one that accrued within

the limitations period.

---

[4] When a party was not included in the initial complaint but was later added, the limitations period continues to run with
respect to the new party until that party is named in the action. *See Kregos v. AP*, 3 F.3d 656, 666 (2d Cir. 1993).
[5] The Supreme Court subsequently cast doubt on the discovery rule in *Petrella v. MGM*, in which it stated, "a copyright
claim . . . arises or 'accrue[s]' when an infringing act occurs."  572 U.S. 663, 670 (2014) (alteration in original). *Petrella*,
however, specifically declined to overrule the discovery rule.  *Id.* at 670 n. 4.  The Second Circuit has recently clarified that
continued application of the discovery rule is thus still required in this Circuit.  *Sohm v. Scholastic Inc.*, 959 F.3d 39, 51 (2d
Cir. 2020) ("It would contravene settled principles of *stare decisis* for this Court to depart from its prior holding in
*Psihoyos* on the basis of *Petrella*.").

no evidence that [the former] provided [the latter] with [the infringing material], much less that it

authorized or assisted them"). Accordingly, the motion to dismiss Trombetta's contributory copyright

infringement claim against Worthpoint is granted.

### 2. Digital Millennium Copyright Act

#### a. Statute of Limitations

Worthpoint next argues that like her infringement claims, Trombetta's DMCA claims are time

barred. A statute of limitations defense at the pleading stage is only appropriate where it is "clear from

the face of the complaint…that the plaintiff's claims are barred as a matter of law." *See Sewell*, 795

F.3d at 339.

Here, Trombetta has plausibly alleged conduct by Worthpoint within the three-year statutory

period that violates the DMCA. As discussed more substantively below, she plausibly alleges not just

that Worthpoint reposted the listing in 2017, but that it did so after she repeatedly informed Worthpoint

that the post reproduced her biography without attribution and infringed her registered work. Due to

the factual ambiguities with respect to the 2017 post, including the extent to which it relates to the

2015 post, it is not clear at this stage whether Worthpoint did in fact engage in a separate violation of

the DMCA in 2017, but it is, nonetheless, a plausible reading of the complaint. It is thus not "clear"

from the face of the complaint that Trombetta's DMCA claims are time-barred as a matter of law. *See*

*Sewell*, 795 F.3d at 339; *see also Fischer v. Forrest*, No. 14-CV-1304 (PAE) (AJP), 2017 WL 128705,

at *7 (S.D.N.Y. Jan. 13, 2017), report and recommendation adopted, 2017 WL 1063464 (S.D.N.Y.

Mar. 21, 2017). [6]  Accordingly, the Court will turn to the merits of her DMCA claims.

---

[6] Relying on a 2019 case from the Ninth Circuit, *Media Rights Techs., Inc. v. Microsoft Corp.*, 922 F.3d 1014, 1026 (9th Cir.
2019), Worthpoint argues that DMCA claims are not governed by the separate-accrual rule, and that Trombetta's DMCA
claims are thus untimely under any reading of the complaint. In *Media Rights*, the Ninth Circuit held that "there is no parallel
separate-accrual rule that applies to [Plaintiff's] DMCA claim." *Media Rights*, 922 F.3d at 1026. Unlike this case, however,
the DMCA claim in *Media Rights* was based on circumvention of copyright protection systems under 17 U.S.C. § 1201.
Here, the DMCA claims relate to 17 U.S.C. § 1202, which prohibits alteration or removal of copyright management
information ("CMI") and distribution of altered CMI with the intent to facilitate infringement. The Ninth Circuit's
determination that the separate-accrual rule does not apply to a § 1201 claim does not shed much light on whether the separate-

# Norb Novocin Jan. 10, 2017 Phone Call Made to Plaintiff

EXHIBIT #8

00;00;07;18 - 00;00;48;00  Norb Novocin  January 10, 2017

**Speaker 1 Novocin**  I don't know where I acquired that . We sell about 360 items a week . So week in and week out so  that's,  that's um four, over four years ago, five years.  So unfortunately, I don't know where I acquired that.  So I 'm calling you back to tell you  that I have a wealth of no knowledge for you.

**Speaker 2 Trombetta**    You have a wealth of no knowledge..... Don't you have any paper or transact.... payment transactions?

**Speaker 1 Novocin**     Yes, I have that.   The lady does not want us to get her information... to you.  So we don't give out information on anyone?

00;00;49;26 - 00;01;03;03

**Speaker 2 Trombetta**  You don't give out any information. But there's something that I need to tell you.

**Speaker 1 Novocin**   Okay.

**Speaker 2 Trombetta**   Which is that... I need to get that information for my own purposes.

**Speaker 1 Novocin**  Well, Unfortunately,  I can't give it to you.   I ...–It's Just ...We are under ah( a binding thing).  We don't give out information...

00;01;05;24 - 00;01;28;06

**Speaker 2 Trombetta**  But it was sold for one hundred eighty one dollars and fifty cents?

**Speaker 1 Novocin**   It was sold for one hundred eighty one dollars and fifty cents.

**Speaker 2 Trombetta**   Okay  and ah even though it was damaged  ?

**Speaker 1 Novocin**   Yup

00;01;30;19 – 00;1:49

**Speaker 2 Trombetta**    And even though there were two signatures on it.... front and back  ?

**Speaker 1 Novocin**   Yup

**Speaker 2 Trombetta**   Okay well ah, all I can tell you is that um  ...the fact that you can't give me that information...ah

Plaintiff's Evidence Expert Dis. 000888

*Page 2*

# Norb Novocin Jan.10, 2017 Phone Call Made to Plaintiff

EXHIBIT #8

00;1:49  00:02:03

**Speaker 1 Novocin**

I...I just can't.  I'm sorry.    It is as if you had told me  to say..  Hi,  I talked to you
....You 've got my phone number... Please do not give  out my phone number to
anyone else.  I couldn't do it unless you said I could do it.

00;2 :04

**Speaker 2 Trombetta**

 But that's in relationship to a particular item. You don't know why I want to speak
to this woman.

00;02;10;23 - 00;02;55;04

**Speaker 1 Novocin**

I understand that   but she's asked for  me not to give out her information.

**Speaker 2 Trombetta**

Well, OK, then. The seller of the item, is it possible to give out that information?

**Speaker 1 Novocin**

I do not have that anymore.

**Speaker 2 Trombetta**

You don't have ....

**Speaker 1 Novocin**

It is older than our computer system has maintained.  So so six years ...five years is
older than our computer system. Our computer system cut out in  ah   January of
2013 and unfortunately, this was in December of 2012.

**Speaker 2 Trombetta**

So you're saying that you have no record of who  the seller was....

**Speaker 1 Novocin**

Who I purchased it from .....  I'm the seller.

**Speaker 2 Trombetta**

You're the seller.

Plaintiff's Evidence Expert Dis. 000889

Page 3

# Norb Novocin Jan.10, 2017 Phone Call Made to Plaintiff

EXHIBIT #8 

**Speaker 1 Novocin**

I'm the seller.   I sold this on eBay.

00;02;58;00 - 00;03;42;14

**Speaker 2 Trombetta**

And you don't know how you acquired it.

**Speaker 1 Novocin**

I acquired it at an auction, somewhere.  It could have been... I go to about four auctions a week .  I sell about  360 items every week. ... every week.   So no I don't know which auction  this came from.

**Speaker 2 Trombetta**

Well,  since it's a painting, shouldn't it have had some kind of authenticity or ah  uh ...as your wife said, provenance ?

**Speaker 1 Novocin**

If it doesn't have provenance..... there's lots of paintings  out there without  a provenance and  so what we stated  this ... We didn't even state it was by you. We just stated it was signed Annamarie Trombetta.

00;03;42;14 - 00;03;43;28

**Speaker 2 Trombetta**

Right And that's fraud, sir.

00;03;44;07 - 00;03;51;28

**Speaker 1 Novocin**

Why is that  fraud ?

**Speaker 2 Trombetta**

Because,  I did not do that painting. And I'm not a hack of a painter. I'm a professional painter.

00;03;52;03 - 00;03;52;21

**Speaker 1 Novocin**

Okay

**Speaker 2 Trombetta**

Plaintiff's Evidence Expert Dis. 000890

Page 4

# Norb Novocin Jan.10, 2017 Phone Call Made to Plaintiff

EXHIBIT #8

And to put my signature on a painting......

**Speaker 1 Novocin**

It may be more than one Annamarie Trombetta

**Speaker 2 Trombetta**

It may.....

**Speaker 1 Novocin**

All I know is that it was signed that.....    It was signed that.

00; 04;07  00; 04;35

**Speaker 2 Trombetta**

Right.... But.... when I saw the information ascribed to this painting, it was from my website.

**Speaker 1 Novocin**

Okay.

**Speaker 2 Trombetta**

No, it's not okay. That's fraud.  And technically ....legally...  You're not supposed to use my name.   And you're not supposed to sign things.

00;04;35;17 - 00;05;13;24

**Speaker 1 Novocin**

We have not sign anything. We did not sign anything.  The painting was already signed.

**Speaker 2 Trombetta**

But you can't tell me where you acquired the painting

**Speaker 1 Novocin**

Not right now I can't.  Nope.

**Speaker 2 Trombetta**

And you can't tell me who purchased the painting.

**Speaker 1 Novocin**

I won't tell you whose

Plaintiff's Evidence Expert Dis. 000891

*poze*

# Norb Novocin Jan.10, 2017 Phone Call Made to Plaintiff 5

**Speaker 2 Trombetta**

You won't......

**Speaker 1 Novocin**

who purchased the painting.... cause she asked me not to......

But if you want to acquire an attorney and go for stuff... stuff then  Go For it.   But we have not done anything illegal  or wrong.

**Speaker 2 Trombetta**

Well let's leave a court to decide that, thank you,

**Speaker 1 Novocin**

Very good, thank you.

**Speaker 2 Trombetta**

We will.

EXHIBIT #8

EXHIBIT #9(1)

 **WorthPoint**

Jason Packer <jason.packer@worthpoint.com>

---

## FW: Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...
## www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta

4 messages

---

**Will Seippel** <will.seippel@worthpoint.com>                                      Wed, Jan 4, 2017 at 11:48 AM
To: Jason Packer <jason.packer@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Hi Jason, is there anyway you can stop Google from indexing this to our site? There us nothing on our site from her, just this link that Google keeps recognizing.

---

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Wednesday, January 04, 2017 11:28 AM
**To:** will@worthpoint.com
**Subject:** Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta

Mr. Sieppel,

Please allow me to Re-introduce myself.  My name is Annamarie Trombetta.  I am an artist .  Last year  I found a MISATTRIBUTION of a painting that I did NOT create on your website--Worthpoint.com which came up  on the internet under my name.   Specific personal  content from my  professional  biography  on my personal artist  website  was  copied,  transplanted  and posted on your site.  A  picture of a  painted signature on canvas signed  A. Trombetta that was NOT MY signature was also photo featured on the Worthpoint.com website  listing.

On February  20, 2016 I contacted you via e-mail.  Prior to contacting you  I had spoken  several times   with  your employer Anita  and eventually I  was on the phone at length  with  your  webmaster  Mr. Gregory  Watkins  regarding the FRAUDULENT posting  of a painting  that I did not create.  I requested that this Fraudulent listing be permanently  removed.  I also sent  a notice to the company website.  SEE BELOW

---

> ### Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork
>
> **WorthPoint** | Feb 20, 2016 10:24AM EST
> Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.
>
> Thanks in advance for your patience and support.
>
> This message was sent to trombettaart@yahoo.com in reference to Case #57565.

---

I am contacting you once  again  **almost a year later** because I found  yet again a listing  from Worthpoint.com under my name--Annamarie Trombetta artist.  Below is today's  listing  January 4th 2017 of subjects and site which come up  when I  Google  **Annamarie Trombetta artist.  PLEASE REVIEW ---   The Marilyn Monroe listing** was the **first** place where my name was  Falsely associated  along with the fraudulent painting and signature attributed to me that was listed on Worthpoint.com.

WP000132



A year ago I took time, energy and effort to contact you and your company regarding the  false attribution and requested that it should be removed.     I have NEVER HAD ANY ASSOCIATION with WORTHPOINT.com---NOR have I ever had any business  with Worthpoint.com   and yet in a Google search for Annamarie Trombetta Artist  your company is listed under my name.   **This listing is not authentic and has NO RIGHT TO BE LISTED UNDER MY NAME.   The Listing from Worthpoint.com is taking up space that should be for  my other TRUE  credentials ---and should not  BE  OCCUPIED  by your company.**


I am requesting that you remove this IMMEDIATELY from the internet -- kindly contact Google and responsibly deal with this issue to bring about a PERMANENT ENDING.  I do NOT WISH TO BE ASSOCIATED with your company---in ANY WAY.  The numerous times that I have had to contact you regarding this issue is an outrage and a waste of my personal time.  This is costing me time,  effort and energy  needlessly and for  NO  LOGICAL REASON as AGAIN  I have contacted your company  numerous times.


I am requesting a written response to this e-mail as soon as possible as a confirmation for receipt of this e-mail.  Further,  I am requesting that you and your company PERMANENTLY remove the association --or connection that Google or the algorithms on any other  internet site thereof  have between your company ---Worthpoint.com---- and my name Annamarie Trombetta.


Sincerely,

Annamarie Trombetta


### Central Park's Plein Air Past | OutdoorPainter

www.outdoorpainter.com › Home › Artist Profile

   1.

Mar 2, 2015 - "The Destructive Dance of 'Sandy,'" by **Annamarie Trombetta** ... all this history, and the connections generated by **artists**, gave me a mission.".

You've visited this page many times. Last visit: 11/2/16

### Artist Annamarie Trombetta working on her piano, which ... - Pinterest

https://www.pinterest.com/pin/177751516514603960/

**Artist Annamarie Trombetta** working on her piano, which commemorates the 10- year anniversary of 9/11. | See more about Piano, Anniversaries and **Artists**.

You've visited this page 2 times. Last visit: 2/16/16

### Page 1 - Italian American Museum

italianamericanmuseum.org/exhibitions/Pleinair.htm

   1.

Acclaimed **artist** Annamarie Trombetta presents a solo exhibition that celebrates the influence of the Italian Macchiaioli (Risorgimento) **Artists** and the American ...

You've visited this page many times. Last visit: 10/14/16

### artist annamarie trombetta's imagery offers visionary interpretation of ...

www.italianamericanmuseum.org/news/news_plein.html

   1.

WP000133

EXHIBIT #9(3)

Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air works in oils, pastels, watercolors, etchings and drawings will be on display at ...

Staten Island native's passionate love affair with Central Park still ...

www.silive.com/entertainment/index.ssf/.../annamarie_trombetta_takes_a_wa.html

Jan 12, 2015 - STATEN ISLAND, N.Y. — After 20 years and well over a hundred works of art, painter **Annamarie Trombetta** still hasn't had her fill of Central ...

You've visited this page many times. Last visit: 11/2/16

## Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...

## www.worthpoint.com › Worthopedia™

.. Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New Mexican Folk **Art** Church Birdhouse LARGE Lark Sedona ...

---

**Jason Packer** <jason.packer@worthpoint.com>                    Wed, Jan 4, 2017 at 9:49 PM
To: Will Seippel <will.seippel@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

I filed a temporary removal request with Google which may help flush out that URL, but since that URL is showing up for that search based on off-page signals that may not be enough to get it to stop showing.

Beyond that the only thing we could do is remove the URL altogether, let me know if I should do that.
[Quoted text hidden]

---

**Will Seippel** <will.seippel@worthpoint.com>                    Wed, Jan 4, 2017 at 9:51 PM
To: Jason Packer <jason.packer@worthpoint.com>

I would remove it if not too much trouble.

Happy New Year!

Will

[Quoted text hidden]

---

**Jason Packer** <jason.packer@worthpoint.com>                    Thu, Jan 5, 2017 at 8:20 AM
To: Will Seippel <will.seippel@worthpoint.com>

Sure thing, removed.
[Quoted text hidden]