# EXHIBITS TO WORTHPOINT MOL ECF 476

**EXHIBIT #1 A Plaintiff's 8/30/22  Deposition Pages  121-122 and , 178 only Yahoo email.**
  **#1 B  Plaintiff Evid. 000160 meta data coding with 1972 ad on WP  website.**
  **#1 C EAI  for  selling counterfeit items of China not French porcelain**
  **#1 D 2015 lawsuit  Rosen vs Terapeak/ WorthPoint**
  **#1 Plaintiff's Aug.30, 2022 Deposition Page 130**

**EXHIBIT  #2 A   Pl. Evid. 000475 -482. Georgia Summoms and Complaint**
  **#2 B   Pl. Evid. and Pl. Evid. 000488—489 Phone Call and Deposition**
  **#2 C  Pl. Evid. in  000492 Jan,4 and  000493  Jan.11  Proof of Mailing 2021**
  **#2  Plaintiff's  Evid.  000490  Will Seippel Dec. 8, 2020 email to Plaintiff**

**EXHBIT # 3A Plaintiff' childhood signature in print, script  full page of  1972 notebook**
  **3B Plaintiff's Evid. bate stamped 000149  Plaintiff Evid.  000150 and 000151**

**EXHIBIT #4 Norb  Novocin  testified  on page  38 and page 47 and 52**

**EXHIBIT#5 Plaintiff's August 30, 2022—deposition page  101 and pages 173 to 175.**

**EXHIBIT #6  Plaintiff's  proof of filing on April 17, 2023 Declaration with exhibits**
  **to  Pro Se  Intake Unit.**

**EXHIBIT # 7  Judge Abrams ECF 187 page 14**

**EXHIBIT #8A Norb Novocin Phone Transcript  Pl's Evid 000887 to 000891**
  **8B  EAI000001- EAI000002 and EAI000003-Plaintiff's 2017 settlement letter.**
  **8C  eBay phone transcript Page 9,**

**EXHIBIT #9 WorthPoint's evidence WP 000132, 000133 and 000134**

**EXHIBIT #10 A  Pl. Evid 000061 to 000070 2017 Google Listing—and WorthPoint emails**
  **#10 B  WorthPoint Evid.  WP000062, WP000096 and WP0000135 Feb.20, 2016**
  **#10 C Will Seippel June 29,2020  Declaration Pl. Evid. 000214, 000215 000216**

**EXHIBIT#11 Pl Evid. Feb 16,2016 000042–0000043 and WP evidence 0000070- 0000071**

**EXHIBIT #12A Pl. Evid. 000370 000371 Feb 17, 2016  "You visited this page " also noted in**
  **12 B and Feb. 16, 2016  evid. in Pl. Evid. 000045 WorthPoint's Evid WP000071.**

**EXHIBIT #13 Plaintiff Evid. 000061 000062  March 15, 2017**

**EXHIBIT #14 Pl. Evid. 000069 000070 000071 May 7, 2017 WorthPoint 1972 Webpages**

**EXHIBIT # 15  Plaintiff's. Evidence  000879  and000880 WorthPoint email**

**EXHIBIT #16 A Jason Packer's declaration with Plaintiff's wrong email on pages 9 and 10.**
  **#16 B  Plaintiff's deposition pages 47-48  and 178  only Yahoo email**
  **#16 C Pl's website email WorthPoint sent March 25, 2022 email Terms of Use**

**EXHIBIT #17  Two  different document  with two different dates and years  with the same**
  **WorthPoint bate stamped No. WP000132**

Plaintiff 000060

# The day has come -- WorthPoint launches Reg A+ "Mini-IPO"



From: WorthPoint (equity@worthpoint.com)

To:     trombettaart@yahoo.com

Date:  Tuesday, January 31, 2017, 12:04 PM EST

Secure your investments on our website.                    View this email in your browser

After several months of Testing the Waters in order to gauge interest from potential investors, we are beyond excited to announce that WorthPoint's offering statement has been qualified by the SEC and WorthPoint is now able to accept investments in a Regulation A+ offering. The stock offering is taking place on WorthPoint's website, and the chance to own a piece of WorthPoint is available to everyone -- accredited and non-accredited investors alike.

As some of you may know, WorthPoint recently undertook a different crowdfunding round under Regulation Crowdfunding. Upon being qualified by the SEC, we decided to terminate that round early in favor of this larger Regulation A+ round, which allows for more flexible investment options both for you as an investor and WorthPoint as a company.

WorthPoint offers the world's largest resource for identifying, researching, and valuing antiques, art, and vintage collectibles using disruptive technology. As a first mover, WorthPoint has built an irreplaceable database and a proven, scalable business model.

The wait is over. We look forward to your investment.
Make your mark with WorthPoint today.

EX #100
A(2)

# WorthPoint Newsletter

WorthPoint

## Unsubscribe Successful

You will no longer receive email marketing from this list.

Thanks for the feedback

If you have a moment, please let us know why you unsubscribed:

 I never signed up for this mailing list

I no longer want to receive these emails

The emails are inappropriate

The emails are spam and should be removed

Other (fill in reason below)

Submit

« return to our website

Plaintiff 000061

1972 original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta Google search    Case 1:18-cv-00993-LTS-SLC    Document 518-3    Filed 06/29/23    Page 4 of 37    3/15/17, 9:54 AM

Plaintiff 000062    **A**



Google    1972 original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta            Sign in

All

EXHIBIT
A-10-A (3)



8 results (0.60 seconds)

### Original Oil Paintings - UGallery.com
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists. Expertly Curated -- Free Shipping!
Happy Clients Worldwide · Custom Packaging · New Art Released Weekly
Most Popular Artists · The Showroom · New Arrivals · Staff Favorites

### 1972 Original Oil Painting Man With Red Umbrella Signed ...
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: .

### Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™ ▾
These posters are original from 1988 not remakes. .. 1972 Original Oil Painting Man
With Red Umbrella Signed Annamarie Trombe; Mustangs" Frank Rowland ...

### THOMAS KINKADE -KINCAID - WorthPoint
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth.    1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombe    Handmade New

### Annamarie Trombetta - Artist Info
www.trombettaart.com/info.html ▾
2001, -Richmondtown Historic Museum,S.I, NY "Plein Air Paintings of Staten
representation may be, Annamarie Trombetta is enough of an artist to realize that
Missing: 1972 oil man red umbrella

### Central Park's Plein Air Past | OutdoorPainter
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice    "The
Destructive Dance of 'Sandy,'" by Annamarie Trombetta .. 'Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media
Missing: 1972 man red umbrella

### Painting Central - artist Annamarie Trombetta on Vimeo

vimeo.com › salem krieger › Videos
Nov 6, 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Pak  A profile of Annamarie as an artist
Missing: 1972 oil man red umbrella

### Annamarie Trombetta, Artist Interviewed by June Middleton ...

https://www.youtube.com/watch?v=ufEQ3D3LWms
Apr 29, 2015 - Uploaded by JuneMindingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil
Missing: 1972 painting man red umbrella

### Staten Island native's passionate love affair with Central ...
www.silive.com/entertainment/  /annamarie_trom  ▾
Jan 12, 2015 - Paintings, prints, drawings and photos by Annamarie Trombetta .
resident is showing 80 works — etchings, oil paintings, watercolors, pastels. .

3/16/17, 9:54 AM

Plaintiff 000062   B

**More Items From eBay**

No image
available

EX#10(4)
A

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombe

No image
available

Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona

No image
available

TITANIC Lithograph Poster

no image
available

THOMAS KINKADE - KINCAID "EVERETT'S COTTAGE 11"X14"
MATTED

Plaintiff 000063

3/28/17, 3:21 PM

annamarie trombetta - Google Search

 Google    annamarie trombetta    Annamarie  

All    Images    News    Videos    Shopping    More ▾    Search tools

Page    bout 47,700 results (0.30 seconds)

**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air works
in oils, pastels, watercolors, etchings and drawings will be on display at ...



**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthpedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...



**Annmarie Trombetta | Whitepages**
www.whitepages.com/name/Annamarie-Trombetta ▾   Whitepages ·
2 matches for Annamarie Trombetta. Find Annamarie Trombetta's phone, address,
etc. on Whitepages, the most trusted online directory."



**Annamarie Trombetta on Paddle8**
https://paddle8.com/artists/annamarie-trombetta/ ▾
Annamarie Trombetta. Follow. Consign Works. Consign works by Annamarie
Trombetta for auctions and private sales. Learn more ». Have suggestions for ...

**salem krieger on Twitter: "Painting Central, a short video ...**
https://twitter.com/salemk/status/269581283083403264 ▾
... @salemk 16 Nov 2012. Painting Central, a short video about Annamarie Trombetta a
painter working in Central Park, NYC.. http://vimeo.com/52924850 ...

**Annamarie M Trombetta - Intelius**
www.intelius.com/people/Annamarie-Trombetta/0csdtac91wf ▾
Get contact information on Annamarie M Trombetta, New York NY. Find out Annamarie
M Trombetta's age, gender, possible aliases, associates, professional , ...

**Annamarie Trombetta - Pollock Krasner Image Collection**
www.pkf-imagecollection.org/artist/Annamarie_Trombetta/biography/ ▾
Annamarie Trombetta. Contact Works. CONTACT. Annamarie Trombetta Studio: 175
East 96th Street (14P) New York, NY 10128. Phone/ Fax: 212-427-5990.

**annamarie trombetta - OneLook Dictionary Search**
www.onelook.com/?lang...annamarie+trombetta ▾   OneLook Dictionaries ·
We found one dictionary that includes the word annamarie trombetta: Art dictionaries
Art (1 matching dictionary). Annamarie Trombetta: Artist Search [ home, info] ...

**Flickr: Annamarie Trombetta**
https://www.flickr.com/people/annamarietrombettaart/
Following (0). Annamarie Trombetta hasn't listed any contacts yet. Testimonials ( 0).
Annamarie Trombetta doesn't have any testimonials yet. Name: Annamarie ...

**annamarie trombetta Pictures & Images - Photobucket**
photobucket.com/images/annamarie%20trombetta ▾

Print

Plaintiff  000064

4/27/17, 12:40 PM

**Subject:**  WorthPoint for FREE for LIFE!

**From:** WorthPoint Insider (insider@worthpoint.com)

**To:** trombettaart@yahoo.com;

**Date:** Monday, April 24, 2017 12:02 PM



# WorthPoint®

## WorthPoint Insider
### April 24, 2017

Keeping you informed, connected, and involved in the antiques and collectibles industry

Rate WorthPoint!      Start Free Trial





about:blank

Page 1 of 10

1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ - Google Search                                    4/27/17, 12:40 PM

Plaintiff 000065

Google+ Search Images Maps Play YouTube News Gmail More ▾                          artofannamarie@gmail.com ▾ ⚙

Google      1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAM      Q

All      Shopping      Images      Videos      News      More      Search tools

About 17 results (0.54 seconds)

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign in to see what it's worth. Item ...

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · Mustanqs* Frank Newlood ... Original Serigraph ~ LARGE DRAMATIC...

**THOMAS KINKADE -KINCAID - WorthPoint**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign in to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombetta yqz · Handmade New Mexican
Folk Art Church Birdhouse LARGE Lark Sedona ~ BLUE HELLO KITTY ...

**·1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sed...

**1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™
Category: Original Antique Print Egyptian Cobra, Egg Eating Snake Pl.22 Historical
Information: This ... 1972 Original Oil Painting Man With Red Umbrella Signed
Annamarie Trombetta yqz · 1789 BONNATERRE ORIGINAL ANTIQUE HAND ...

**Annamarie Trombetta - Biography**
www.trombettaart.com/bio.html ▾
When I was a tiny seed of contemplative thought, my artistic nature began to sprout
interest while gazing up at the ceiling paintings in a neighborhood church ...
Missing: 1972 oil man red umbrella yqz

**Annamarie Trombetta - Artist Info**
www.trombettaart.com/info.html ▾
EDUCATION 1999 - National Academy School of Fine Arts 1991 - William Butler Yeats
Summer School, Sligo,Ireland 1989 - New York Academy of Art 1987 - Art ...
Missing: 1972 oil man red umbrella yqz

**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air ... Ms.
Trombetta is an artist who has created works in printmaking, watercolor, oil ... The New
York Academy of Art, The National Academy Museum,     School. ...
Missing: 1972 oil man red umbrella yqz

**Annamarie Trombetta, Artist Interviewed by June Middleton ...**

https://www.youtube.com/watch?v=ufEO3D3LWms
Apr 29, 2015 - Uploaded by JuneJenlingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil ..
Missing: 1972 oil man red umbrella yqz

Painting Central - artist Annamarie Trombetta on Vimeo

---

**Original Oil Paintings**
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists.
Expertly Curated -- Free Shipping!

**Original Art Gallery**
www.zatista.com/ ▾
Over 7000 Completely Original Works
Great Value. Buy Today, Save Big

**Original Art For Sale**
www.saatchiart.com/ ▾
★ ★ ★ ★ rating for saatchiart.com
Curated Men Collections.
Paintings, Sculpture, Photo & More!

**Montclair Art Museum**
www.montclairartmuseum.org/ ▾
(973) 746-5555
Celebrating American Art
for 100 Years!

**Famous Paintings in NYC**
www.drawingcenter.org/painting ▾
Visit The Drawing Center in SoHo.
A Museum Dedicated to Drawings.
◊ 35 Wooster St, New York, NY

**Incredible Art for Sale**
www.poba.org/shop ▾
Masterworks from artists who left
us too soon available only at POBA!

See your ad here ›

annamarie trombetta artist – Google Search

Plaintiff 000067                5/9/17, 8:37 AI

Go gle        annamarie trombetta artist

All    Images    News    Videos      Shopping      More ·      Search tools



Page 8 of about 30,000 results (0.63 seconds)

**Cash for SI Ferry crash | New York Post**
nypost.com/2010/01/01/cash-for-si-ferry-crash/ ▾ New York Post
Jan 1, 2010 - A starving artist injured on the 2003 Staten Island Ferry crash cashed in on ... Annamarie
Trombetta, 46, of Staten Island, never made more than ...

[PDF] **Fiscal Year Ending June 30, 2011 [PDF] - San Jose State University**
www.sjsu.edu/towerfoundation/.../tower-annual-report-2011.... ▾ San Jose State University
by an engineer's innovation, a nurse's care or an artist's creation. At the heart of ...... Anna Marie and
Larry Boucher, Susan and ..... Diane trombetta. Margaret ...

**Who's Who in American Art - Learn more about Who's Who in ...**
www.it1me.com/learn?s=Who's_Who_in_American_Art
Who's Who in American Art is a biographical hardcover directory of noteworthy individuals in the visual
arts community in the United States, published by ...

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...**
www.worthpoint.com › Worthopedia™ ▾
... Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New
Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

**Lower Manhattan Cultural Council celebrates 40 years - full list ...**
article.wn.com/.../Lower_Manhattan_Cultural_Council_celebrates_40_years_full_li/ ▾
Mar 20, 2013 - but River To River is just the tip of the iceberg in terms of programs and support offered
by LMCC to artists and arts organizations.

[PDF] **January 12 - Saint Helena Church**
www.sainthelena-centersquare.net/wp-content/uploads/2011/04/January-12.pdf ▾
Jan 12, 2014 - Our Art & Environment Committee who decorate our Church and ..... Trombetta, Brad
Souders, Peter Nicolo, Joseph Yaccarino,. Irene Koziol ...

[PDF] **2014 Winter Newsletter and Annual Report(PDF) - Villa St. Joseph**
www.villastjoseph.org/files/files/14VillaAnnualReport_R7.pdf ▾
our residents, and initiate an art program for residents that takes ...... Patricia Tellish, Thomas and Anna
Marie Testa ... Joann M. Tridico, Arnold A. Trombetta.

[PDF] **Read Latest Issue - St. Vincent Meals on Wheels**
https://stvincentmow.org/.../VOL.31-ISSUE-3-FALL.pdf ▾ St. Vincent Meals on Wheels
passions: artworks by local artists and artifacts from her travel. 21 BREAD .... Trombetta Family Wines.
Workman Ayer .... Ms. Annamarie Espinosa. Mr. John A.

**Interventi edilizi maggiori - Comune di Milano**
www.comune.milano.it/wps/portal/ist/it/.../pratiche_edilizie ▾ Translate this page
Francesco Trombetta francesco.trombetta@comune.milano.it 02.884.66129 ... Sig.ra Annamaria
Bracciale annamaria.bracciale@comune.milano.it 02.884. 66337 ... armato, prima dell'inizio di tali
opere va depositata denuncia (ai sensi dell'art.

[PDF] **Herman Gift Sustains Student Tutoring Program - Cabrillo College**
https://www.cabrillo.edu/associations/.../2014%20Annual%20Report.... ▾ Cabrillo College
Dec 5, 2014 - SD Trombetta Foundation .... Omega Nu/ Sigma Alpha Chapter • Palace Art & Office
Supply • Julie Porro & Jennifer Hastings .... Virginia Draper • Carol Dressler • Teresa Duarte • Lonnie &
Annamarie Dugger • Linda Durnell •.

‹ Goooooooooogle ›



1972 original oil painting man with red umbrella signed annamarie trombetta yqz - Google Search

Plaintiff 000066

5/4/17, 8:21 AM

Google+  Search  Images  Maps  Play  YouTube  News  Gmail  More ▾

Annamarie Trombetta    Share

 gle   1972 original oil painting man with red umbrella signed annamarie trombetta yq

All   Shopping   Images   Videos   News   More ▾   Search tools

6 results (0.68 seconds)

### 1972 Original Oil Painting Man With Red Umbrella Signed ...
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for. Start Free Trial or Sign in to see what it's worth  Item Category. .

### Page 1 - Italian American Museum
italianamericanmuseum.org/exhibitions/P/eInair.htm ▾
Acclaimed artist Annamarie Trombetta presents a solo exhibition that . . Ms. Trombetta
has created works in printmaking, watercolor, oil and pastel and is .  On view are works
of art executed in oils, pastels, watercolors, etchings and drawing



### Annamarie Trombetta, Artist Interviewed by June Middleton ...
https://www.youtube.com/watch?v=ufEO3D3LWms
Apr 29, 2015  Uploaded by JuneMiddletonBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has cre   works in oil .



### Painting Central - artist Annamarie Trombetta on Vimeo
vimeo.com › salem krieger › Videos   Vimeo ▾
Nov 5, 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Park. A profile of Annamarie as an artist

### Central Park's Plein Air Past | OutdoorPainter
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice .  "The
Destructive Dance of 'Sandy," by Annamarie Trombetta . . "Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media

### Staten Island native's passionate love affair with Central ...
www.silive.com/entertainment/ ../annamarie_trom.. ▾  Staten Island Advance ▾
Jan 12, 2015  Paintings, prints, drawings and photos by Annamarie Trombetta
resident is showing 60 works — etchings, oil paintings, watercolors, pastels .
Missing: 1972 man red umbrella yqz

### Original Oil Paintings
www.ugallery.com/Buy-Original-Art ▾
Shop from a Large Range of Original Art. Free Shipping on all Artwork!
New Art Released Weekly  Custom Packaging · Free Returns
The Showroom · Staff Favorites · New Arrivals · Most Popular Artists

### Collectible Original Art - Say No to Prints and Reproductions
www.zatista.com/ ▾
Over 7000 Completely Original Works

### Original Paintings - Find Emerging Artists & Chic Prints
www.onekingslane.com/Paintings ▾
★ ★ ★ ★ ★ rating for www.ngstore.com
Fabulous Sales Today* Join For Free

EXHIBIT #10A 8

annamarie trombetta artist - Google Search

Plaintiff 000067          5/9/17, 8:37 AN



Google     annamarie trombetta artist



All      Images      News      Videos      Shopping      More ▾      Search tools

Page 6 of about 30,000 results (0.83 seconds)

**Cash for SI Ferry crash | New York Post**
nypost.com/2010/01/01/cash-for-si-ferry-crash/ ▾ New York Post
Jan 1, 2010 - A starving artist injured in the 2003 Staten Island Ferry crash cashed in on ... Annamarie Trombetta, 46, of Staten Island, never made more than ...

[PDF] **Fiscal Year Ending June 30, 2011 [PDF] - San Jose State University**
www.sjsu.edu/towerfoundation/.../tower-annual-report-2011.... ▾ San Jose State University
by an engineer's innovation, a nurse's care or an artist's creation. At the heart of ...... Anna Marie and Larry Boucher. Susan and ..... Diane trombetta. Margaret ...

**Who's Who in American Art - Learn more about Who's Who in ...**
www.itfme.com/learn?s=Who's_Who_in_American_Art
Who's Who in American Art is a biographical hardcover directory of noteworthy individuals in the visual arts community in the United States, published by ...

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...**
www.worthpoint.com › Worthopedia™ ▾
... Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

**Lower Manhattan Cultural Council celebrates 40 years - full list ...**
article.wn.com/.../Lower_Manhattan_Cultural_Council_celebrates_40_years_full_li/ ▾
Mar 20, 2013 - but River To River is just the tip of the iceberg in terms of programs and support offered by LMCC to artists and arts organizations.

[PDF] **January 12 - Saint Helena Church**
www.sainthelena-centersquare.net/wp-content/uploads/2011/04/January-12.pdf ▾
Jan 12, 2014 - Our Art & Environment Committee who decorate our Church and ..... Trombetta, Brad Soudera, Peter Niccic, Joseph Yeccarino,. Irene Koziol ...

[PDF] **2014 Winter Newsletter and Annual Report(PDF) - Villa St. Joseph**
www.villastjoseph.org/files/files/14VillaAnnualReport_R7.pdf ▾
our residents, and initiate an art program for residents that takes ...... Patricia Tellish. Thomas and Anna Marie Testa ... Joann M. Tridico. Arnold A. Trombetta.

[PDF] **Read Latest Issue - St. Vincent Meals on Wheels**
https://stvincentmow.org/.../VOL.31-ISSUE-3-FALL.pdf ▾ St. Vincent Meals on Wheels
passions: artworks by local artists and artifacts from her travel. 21 BREAD .... Trombetta Family Wines. Workman Ayer .... Ms. Annamarie Espinosa. Mr. John A.

**Interventi edilizi maggiori - Comune di Milano**
www.comune.milano.it/wps/portal/ist/IV/.../pratiche_edilizie ▾ Translate this page
Francesco Trombetta francesco.trombetta@comune.milano.it 02.884.66129 ... Sig.ra Annamaria Bracciale annamaria.bracciale@comune.milano.it 02.884. 66337 ... armato, prima dell'inizio di tali opere va depositata denuncia (ai sensi dell'art.

[PDF] **Herman Gift Sustains Student Tutoring Program - Cabrillo College**
https://www.cabrillo.edu/associations/.../2014%20Annual%20Report.... ▾ Cabrillo College
Dec 5, 2014 - SD Trombetta Foundation .... Omega Nu/ Sigma Alpha Chapter • Palace Art & Office Supply • Julio Porro & Jennifer Hastings .... Virginia Draper • Carol Dressler • Teresa Duarte • Lonnie & Annamarie Dugger • Linda Durnell .

‹ Goooooooooogle ›

os://www.google.com/#q=annamarie+trombetta+artist&start=70

Continue

1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ - Google Search          5/9/17, 8:37 AM

Plaintiff 000068

Google+ Search  Images  Maps  Play  YouTube  News  Gmail  More ▾                    rtofannamarie@gmail.com ▾  ✿

**Google**   1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAN   🔍

Exhibit
1 OB
A - (10)

All   Shopping   Images   Videos   News   More ▾   Search tools

About 17 results (0.64 seconds)

econd

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...
You've visited this page many times. Last visit: 12/30/15

first

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · Mustangs" Frank Rowland ~ Original Serigraph ~ LARGE DRAMATIC ...
You've visited this page many times. Last visit: 12/30/15

ourth

**THOMAS KINKADE -KINCAID - WorthPoint**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombetta yqz · Handmade New Mexican
Folk Art Church Birdhouse LARGE Lark Sedona · BLUE HELLO KITTY ...

Third

**1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...
You visited this page on 12/18/15

**1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™
Category: Original Antique Print Egyptian Cobra, Egg Eating Snake Pl.22 Historical
Information: This ... 1972 Original Oil Painting Man With Red Umbrella Signed
Annamarie Trombetta yqz · 1789 BONNATERRE ORIGINAL ANTIQUE HAND ...

**Annamarie Trombetta - Biography**
www.trombettaart.com/bio.html ▾
When I was a tiny seed of contemplative thought, my artistic nature began to sprout
interest while gazing up at the ceiling paintings in a neighborhood church ...
Missing: 1972 oil man red umbrella yqz

**Annamarie Trombetta - Artist Info**
www.trombettaart.com/info.html ▾
EDUCATION 1999 - National Academy School of Fine Arts 1991 - William Butler Yeats
Summer School, Sligo,Ireland 1989 - New York Academy of Art 1987 - Art ...
Missing: 1972 oil man red umbrella yqz
You've visited this page 4 times. Last visit: 11/12/15

ifh

**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air ... Ms.
Trombetta is an artist who has created works in printmaking, watercolor, oil ... The New
York Academy of Art, The National Academy Museum and School, ...
Missing: 1972 man red umbrella yqz
You've visited this page 2 times. Last visit: 12/11/15



**Annamarie Trombetta, Artist Interviewed by June Middleton ...**
https://www.youtube.com/watch?v=ufEQ3D3LWms
Apr 29, 2015 - Uploaded by JuneMindingBusiness
▶ 28:02   Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil ...
Missing: 1972 red umbrella yqz

Painting Central - artist Annamarie Trombetta on Vimeo

**AD**
Original Oil Paintings
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists.
Expertly Curated – Free Shipping!

Original Art Gallery
www.zatista.com/ ▾
Over 7000 Completely Original Works
Great Value. Buy Today, Save Big.

Original Art For Sale
www.saatchiart.com/ ▾
4.7 ★★★★★ rating for saatchiart.com
Curated Men Collections.
Paintings, Sculpture, Photo & More!

Montclair Art Museum
www.montclairartmuseum.org/ ▾
(973) 746-5555
Celebrating American Art
for 100 Years!

Famous Paintings in NYC
www.drawingcenter.org/painting ▾
Visit The Drawing Center in SoHo.
A Museum Dedicated to Drawings.
♀ 35 Wooster St, New York, NY

Incredible Art for Sale
www.poba.org/shop ▾
Masterworks from artists who left
us too soon available only at POBA!

See your ad here »

Plaintiff 000069

5/7/17, 11:18 AM




Worthopedia™
price guide





*Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs.*

Flag item for content or copyright

If this item contains incorrect or inappropriate information please <u>contact us here to flag it for review.</u>

If you are the originator/copyright holder of this photo/item and would prefer it be excluded from our community, <u>contact us here for removal.</u>

- <u>Home</u> > <u>Worthopedia™</u> > 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

# 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

- Sold for: <u>Start Free Trial</u> or <u>Sign In</u> to see what it's worth.
- Item Category:
- Source: <u>eBay</u>
- Sold Date: Dec 01,2012
- Channel: Online Auction

Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of our auctions start at .99 cents. We are proud to announce that we maintain a "FIVE STAR Detailed Seller Rating" and our staff strives for 100% customer satisfaction. our 100% feedback rating will vouch for that. We work with consigners from Coast-To-Coast and work hard to make sure we have top quality items. We are "Your Quality Zone" - search "YQZ" to see our other listings our !

---

>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition

- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a woman) with a red umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her

Plaintiff 000070

5/7/17, 11:18 AM

website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

**Similar Items**

No image available

EXHIBIT #10 (12

•

Oil painting, original oil painting,impressionism

No image available

•

original oil painting on canvas

EXHIBIT#10
B
(1)


**WorthPoint**
THE INTERNET OF STUFF

Jason Packer <jason.packer@worthpoint.com>

---

## RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

9 messages

---

**Will Seippel** <will.seippel@worthpoint.com>                                    Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for. I am sorry we do not do that but we never had and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

WP
62

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Saturday, February 20, 2016 10:24 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel. I am professional artist Annamarie Trombetta. I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta. This is not one of my paintings. There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it. This is not my signature. **Please see attachments.**

On February 3, 2016 I spoke with Mr. Gregory Watkins. Mr. Watkins also stated that you were at a conference in Las Vegas. I asked Mr. Watkins certain questions regarding the artwork falsely attributed to me. I requested that he e-mail me his answers regarding these questions that I had about this artwork on Tuesday February 3, 2016. Today is February 20, 2016 and nothing has been forwarded to me. I have contacted eBay several times prior to contacting your company.

WP000062

EXHIBIT #10(2)


## WorthPoint
THE INTERNET OF STUFF

Jason Packer <jason.packer@worthpoint.com>

B

## RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

9 messages

**Will Seippel** <will.seippel@worthpoint.com>                                    Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We do not obtain sellers, buyers and all such information you are asking for.  I am sorry we do not do that but we never had it and it is more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Saturday, February 20, 2016 10:24 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

WP 96

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel.  I am  professional artist Annamarie Trombetta.  I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta.  This is not one of my paintings.   There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint "  with your company logo in yellow next to it.  This is not my signature.  **Please see attachments.**

On February 3, 2016  I spoke with Mr. Gregory Watkins.  Mr. Watkins also stated that you were at a conference in Las Vegas.  I asked Mr. Watkins certain  questions regarding the artwork falsely attributed to me.  I  requested that he e-mail me his answers regarding these questions that I had about this artwork  on Tuesday February 3, 2016.  Today is February 20, 2016  and  nothing has been forwarded  to me.  I have contacted eBay several times  prior to contacting your company.



WP000096

EXHIBIT #/0(3)

  **WorthPoint**

Jason Packer <jason.packer@worthpoint.com>

B

---

## RE: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

9 messages

---

**Will Seippel** <will.seippel@worthpoint.com>                                              Sat, Feb 20, 2016 at 10:35 AM
To: Annamarie Trombetta <trombettaart@yahoo.com>, will@worthpoint.com, Jason Packer <jason.packer@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

.

Hi, Annamarie. The art world is a very dark world and it is our goal to remove as many shadows as possible and supply equal
information, and a lot of it, to all. To achieve this goal many auction houses allow us to use their data, including eBay.

We unfortunately do not take the data from eBay you are asking for. We only obtain selling price, pictures and the description. We
do not obtain sellers, buyers and all such information you are asking for.  I am sorry we do not do that but we never had and it is
more information than we are allowed to collect. I do not think that data actually exists anywhere at this point as we are the only
persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is
fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

If I can be of any other help, please let me know.

---

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Saturday, February 20, 2016 10:24 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

WP- 135

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel.   I am  professional artist Annamarie Trombetta.   I as well as other
people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie
Trombetta.  This is not one of my paintings.   There is a photo of a signature A. Trombetta  with the eBay logo and
Copyright symbol written "Copyrighted work licensed by Worthpoint "  with your company logo in yellow next to it.  This is
not my signature.  **Please see attachments.**

 On February 3, 2016  I spoke with Mr. Gregory Watkins. Mr. Watkins also stated that you were at a conference in Las
Vegas.  I asked Mr. Watkins certain  questions regarding the artwork falsely attributed to me.  I requested that he e-mail
me his answers regarding these questions that I had about this artwork  on Tuesday February 3, 2016.   Today is
February 20, 2016  and  nothing has been forwarded  to me. I have contacted eBay several times  prior to contacting your
company.

 EBay stated that they do not have the name of the seller  nor the name of the buyer or the listing for this painting.  Ebay
expressed several times to me that I need to contact Worthpoint since the listing is on your site..

 There are still listing for Worthpoint.com under my name.   Under google search for the painting "1972 Original Oil
Painting Man with Red Umbrella signed Annamarie Trombetta there is a link entitled **Marilyn Monroe 1988 Vintage
Michael Ochs Archive and also Thomas Kinkade .**  Both  Worthpoint sites list 1972 Original Oil Painting Man with Red

WP000135

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Annamarie Trombetta,                          )
                                              )
                                              )
                 Plaintiff,                   )
                                              )
                                              )
         v.                                   )        Civil Action No: 18-cv-00993 (RA) (SLC)
                                              )
Norb Novocin, et al.,                         )
                                              )
                                              )
                                              )
                 Defendants.                  )
                                              )

## DECLARATION OF WILLIAM H. SEIPPEL IN SUPPORT OF DEFENDANTS WORTHPOINT CORPORATION AND SEIPPEL'S MOTION TO DISMISS

I, WILLIAM H. SEIPPEL, state as follows:

1.      My name is William H. Seippel, and I am a resident of the State of Georgia.  I am over the age of 18 and am competent to testify to the matters and facts set forth below, all of which are within my personal knowledge.

2.      I am the Chief Executive Officer and Founder of WorthPoint Corporation ("WorthPoint").

3.      WorthPoint is an online resource for researching and valuing antiques, art, and other collectibles.

1

Plaintiff000214

EXHIBIT #10
@
C

4.      WorthPoint's primary offering, the Worthopedia, is a searchable online database that provides subscribing users with historical pricing data from actual auction and retail sales. The Worthopedia is accessible to users from the website www.worthpoint.com.  And it provides subscribers with access to more than 525 million historical auction listings, including historical listings from the online auction website www.ebay.com.

5.      In or around January 2016, I became aware that Plaintiff Annamarie Trombetta contacted WorthPoint regarding an auction listing in the Worthopedia that she alleged infringed her copyright rights (hereinafter, the "Allegedly Infringing Auction Listing").  And, on or around February 4, 2016, I caused the Allegedly Infringing Auction Listing, which was displayed at https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-4892417, to be permanently deleted from WorthPoint's website.  Once deleted, the Allegedly Infringing Auction Listing was never reposted to the Worthopedia.

6.      On February 20, 2016, I received an email from Plaintiff Trombetta which stated that a reference to the title of the Allegedly Infringing Auction Listing remained visible when she conducted a "google search for the painting '1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta...'"  Shortly thereafter, on March 1, 2016, I responded to Plaintiff Trombetta's February 20, 2016 email and informed her that "we have taken down any pages that you have asked to have taken down as a courtesy to you" and that any reference to the Allegedly Infringing Auction Listing in her Google search "reflected the past" and was the result "of that search engine's memory."

7.      On February 5, 2018, Plaintiff Trombetta filed a complaint against Estate Auctions, Inc., Marie Novocin, and Norb Novocin in the United States District Court for the

2

WtS 3
2 of 124/20

Plaintiff000215



Southern District of New York. Thereafter, on February 21, 2020, Plaintiff Trombetta filed a
Response in Opposition to Defendants' Motion to Dismiss (Doc. 36) that was interpreted by the
Court as asserting both contributory copyright infringement claims and DMCA claim against
both WorthPoint and me.

    8.    I have never been personally served with a summons or a complaint in the above-
captioned matter. Nor has a summons or complaint been delivered to my usual place of abode or
to an agent authorized by me to receive service of process.

    9.    While WorthPoint Corporation was served with a copy of Plaintiff Trombetta's
Proposed Amended Complaint (Doc. 33) through its registered agent CT Corporation Systems
on May 12, 2020, no summons was served with the Proposed Amended Complaint (Doc. 33) or
otherwise delivered to WorthPoint. Moreover, WorthPoint has never been served with a copy of
Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (Doc. 36).

    I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _24th_ day of June 2020, at Atlanta, GA.

William H. Seippel

3

1/10/2020                       Yahoo Mail - Fwd: FW: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudnt Artwork

Plaintiff 000042

**To:** Will Seippel <will.seippel@worthpoint.com>
**Subject:** Re: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

----------
**From: Annamarie Trombetta** <trombettaart@yahoo.com>
Date: Mon, Feb 29, 2016 at 11:54 AM
To: "will@worthpoint.com" <will@worthpoint.com>
Cc: Worthpoint Support <support@worthpoint.com>

EXHIBIT
11/A

Dear Mr. Seippel and Mr. Watkins,

I am resending this e-mail as I have NOT received a response from either of you
regarding my questions and concerns. Another link to Worthpoint.com  entitled Titanic
still has the 1972 Original Oil Painting Man with Red Umbrella signed Annamarie
Trombetta.   This is still attached to my personal credentials.

Kindly answer  the questions I have sent to you on February 20 2016 and have
discussed with Mr. Watkins during our phone conversation.
Sincerely Annamarie Trombetta

## Annamarie Trombetta - Artist Info
www.trombettaart.com/info.html

- 
- 

2001, -Richmondtown Historic Museum,S.I, NY "Plein Air **Paintings** of Staten ...
representation may be, **Annamarie Trombetta** is enough of an artist to realize that  ...
Missing: 1972 oil man red umbrella yqz
You've visited this page many times. Last visit: 2/21/16

## Staten Island native's passionate love affair with Central ...
www.silive.com/entertainment/.../annamarie_trom...

- 
- 

 Staten Island Advance
Jan 12, 2015 - Paintings, prints, drawings and photos by **Annamarie Trombetta** ... resident is
showing 80 works — etchings, **oil paintings**, watercolors, pastels, ...
Missing: 1972 red umbrella yqz
You've visited this page 3 times. Last visit: 1/7/16

## TITANIC lithograph poster (12/01/2012) - WorthPoint
www.worthpoint.com › Worthopedia™

6/14

1/10/2020

Case 1:18-cv-00993-LTS-SLC   Document 518-3   Filed 06/29/23   Page 22 of 37
Yahoo Mail - Fwd: FW: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

About the Art : Great care was taken to precisely re-create the artist's **original** image. ... **1972**
**Original Oil Painting Man With Red Umbrella Signed Annamarie ...**
You visited this page on 2/16/16.

Plaintiff 000043

EXHIBIT
#11B

----------
From: **Will Seippel** <will.seippel@worthpoint.com>
Date: Tue, Mar 1, 2016 at 7:04 PM
To: Jason Packer <jason.packer@worthpoint.com>

Have we taken all of these down? I am not sure if they are the same ones as in the last group she sent.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Monday, February 29, 2016 11:54 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Fw: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

----------
From: **Will Seippel** <will.seippel@worthpoint.com>
Date: Tue, Mar 1, 2016 at 7:04 PM
To: Jason Packer <jason.packer@worthpoint.com>

Have we taken all of these down? I am not sure if they are the same ones as in the last group she sent.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Monday, February 29, 2016 11:54 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Fw: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

----------
From: **Will Seippel** <will.seippel@worthpoint.com>
Date: Tue, Mar 1, 2016 at 7:46 PM
To: Annamarie Trombetta <trombettaart@yahoo.com>

I wrote to you on the 20th and perhaps you did not receive that email? As a result of that confusion I have requested a delivery and read receipt.

EXHIBIT-A11

Kindly answer the questions I have sent to you on February 20 2016 and have discussed with Mr. Watkins during our phone conversation.

Sincerely Annamarie Trombetta


### Annamarie Trombetta - Artist Info

www.**trombetta**art.com/info.html

- 
- 

2001, -Richmondtown Historic Museum,S.I, NY "Plein Air **Paintings** of Staten ... representation may be, **Annamarie Trombetta** is enough of an artist to realize that ...

Missing: ~~1972 oil man red umbrella yqz~~

You've visited this page many times. Last visit: 2/21/16


### Staten Island native's passionate love affair with Central ...

www.silive.com/entertain**ment**/.../**annamarie_trom**...

- 
- 

 Staten Island Advance

Jan 12, 2015 - Paintings, prints, drawings and photos by Annamarie Trombetta ... resident is showing 80 works — etchings, **oil paintings**, watercolors, pastels, ...

Missing: ~~1972 red umbrella yqz~~

You've visited this page 3 times. Last visit: 1/7/16


### TITANIC lithograph poster (12/01/2012) - WorthPoint

www.worthpoint.com › Worthopedia™

- 

About the Art : Great care was taken to precisely re-create the artist's original image. ... 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie ...

You visited this page on 2/16/16.


On Saturday, February 20, 2016 10:24 AM, Annamarie Trombetta <trombettaart@yahoo.com> wrote:


Dear Mr. Seippel and Mr. Watkins,

WP000071

EXHIBIT #11

This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

---

**Will Seippel** <will.seippel@worthpoint.com>
To: Jason Packer <jason.packer@worthpoint.com>

Tue, Mar 1, 2016 at 7:04 PM

Have we taken all of these down? I am not sure if they are the same ones as in the last group she sent.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Monday, February 29, 2016 11:54 AM
**To:** will@worthpoint.com
**Cc:** Worthpoint Support <support@worthpoint.com>
**Subject:** Fw: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

Dear Mr. Seippel and Mr. Watkins,

I am resending this e-mail as I have NOT received a response from either of you regarding my questions and concerns. Another link to Worthpoint.com entitled Titanic still has the 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta. This is still attached to my personal credentials.

Plaintiff's
Deposition
Response

Plaintiff's Evidence 000370

2/17/16, 2:29 PM

1972 original oil painting man with red umbrella signed annamarie trombetta yqz - Google Search

Go gle    1972 original oil painting man with red umbrella signed annamarie trombett   🔍    Annamarie   ⋮⋮⋮   ◉   Ⓐ

All    Shopping    Images    Videos    News    More ▾    Search tools    ▾    ◈    ⚙

7 results (0.41 seconds)

EXHIBIT II/2 A

**Page 1 - Italian American Museum**
italianamericanmuseum.org/exhibitions/Pleinair.htm ▾
Acclaimed artist Annamarie Trombetta presents a solo exhibition that ... Ms. Trombetta
has created works in printmaking, watercolor, oil and pastel and is known ... was an
exhibition of Italian paintings from the collection of Gaetano Marzotto.
Missing: 1972 man red umbrella yqz

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**
www.worthpoint.com › Worthopedia™ ▾
These posters are original from 1988 not remakes. ... 1972 Original Oil Painting Man
With Red Umbrella Signed Annamarie Trombe; Mustangs" Frank Rowland ...
You've visited this page many times. Last visit: 2/17/16

**THOMAS KINKADE -KINCAID "EVERETT"S COTTAGE 11 ...**
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombe · Handmade New ...

**Annamarie Trombetta - Artist Info**
www.trombettaart.com/info.html ▾
2001, -Richmondtown Historic Museum,S.I, NY "Plein Air Paintings of Staten ...
representation may be, Annamarie Trombetta is enough of an artist to realize that ...
Missing: 1972 oil man red umbrella yqz
You've visited this page 5 times. Last visit: 1/29/16

**Central Park's Plein Air Past | OutdoorPainter**
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice ... "The
Destructive Dance of 'Sandy," by Annamarie Trombetta ... 'Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media.
Missing: 1972 man red umbrella yqz
You've visited this page many times. Last visit: 1/7/16

**Staten Island native's passionate love affair with Central ...**
www.silive.com/entertainment/.../annamarie_trom... ▾ Staten Island Advance ▾
Jan 12, 2015 - Paintings, prints, drawings and photos by Annamarie Trombetta ...
resident is showing 60 works — etchings, oil paintings, watercolors, pastels, ...
Missing: 1972 red umbrella yqz
You've visited this page 3 times. Last visit: 1/7/16

[PDF] **2011 Newsletter - Artists' Fellowship, Inc.**
www.artistsfellowship.org/AFNewsletter2011.pdf ▾
Jul 1, 2011 - was immediately offered a one-man show, which was a sell-out. For the last
several decades Mr. Stobart's maritime paintings and limited edition prints have ... 12 x
16 inches, oil on canvas. Dear Friends and ... Annamarie Trombetta. Jasmine Sewell
..... The Library of Congress 2011 original print calendar ...
Missing: 1972 red umbrella yqz

*In order to show you the most relevant results, we have omitted some
entries very similar to the 7 already displayed.
If you like, you can repeat the search with the omitted results included.*

**Original Oil Paintings**
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists.
Expertly Curated -- Free Shipping!

**Collectible Original Art**
www.zatista.com/ ▾
Say No to Prints and Reproductions.
Over 7000 Completely Original Works

**Original Paintings**
www.onekingslane.com/Paintings ▾
4.2 ★★★★★   advertiser rating
Find Emerging Artists & Chic Prints
Fabulous Sales Today! Join For Free

**Affordable Original Art**
www.nickyspauldingart.etsy.com/ ▾
Buy Original affordable Art online.
Original paintings for sale here

See your ad here »

EXHIBIT

# 12B

Plaintiff's
Deposition
Response

Plaintiff's Evidence  000371

1972 original oil painting man with red umbrella signed annamarie trombetta yqz - Google Search

Google

1972 original oil painting man with red umbrella signed annamarie trombett

Annamarie

2/17/16, 2:29 PM

All    Shopping    Images    Videos    News    More ▾    Search tools

7 results (0.41 seconds)

Page 1 - Italian American Museum
italianamericanmuseum.org/exhibitions/Pleinair.htm ▾
Acclaimed artist **Annamarie Trombetta** presents a solo exhibition that... Ms. Trombetta
has created works in printmaking, watercolor, **oil** and pastel and is known.... was an
exhibition of Italian **paintings** from the collection of Gaetano Marzotto.
Missing: <s>1972 man red umbrella yqz</s>

Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™ ▾
These posters are **original** from 1988 not remakes.... **1972 Original Oil Painting Man**
**With Red Umbrella Signed Annamarie** Trombe. Mustangs" Frank Rowland ...
You've visited this page many times. Last visit: 2/17/16

THOMAS KINKADE -KINCADE "EVERETT'S COTTAGE 11 ...
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or **Sign** in to see what it's worth. ... **1972 Original Oil Painting**
**Man With Red Umbrella Signed Annamarie** Trombe - Handmade New ...

Annamarie Trombetta - Artist Info
www.trombettaart.com/info.html ▾
2001, ...Richmondtown Historic Museum,S.I., NY "Plein Air **Paintings** of Staten ...
representation may be. **Annamarie Trombetta** is enough of an artist to realize that ...
Missing: <s>1972 oil man red umbrella yqz</s>
You've visited this page 5 times. Last visit: 1/29/16

Central Park's Plein Air Past | OutdoorPainter
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air **painting** would go on in those choice .... "The
Destructive Dance of 'Sandy," by **Annamarie Trombetta** .... "Central Park Clockwork
Mode of Multicolored Apps," by **Annamarie Trombetta**, oil and mixed media.
Missing: <s>1972 man red umbrella yqz</s>
You've visited this page many times. Last visit: 1/17/16

Original Oil Paintings
www.gallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists.
Expertly Curated – Free Shipping!

Collectible Original Art
www.zatista.com/ ▾
Say No to Prints and Reproductions.
Over 7000 Completely Original Works

advertiser rating
Original Paintings
www.onekingslane.com/Paintings ▾
Find Emerging Artists & Chic Prints
Fabulous Sales Today! Join For Free

Affordable Original Art
www.nickyspauldingart.etsy.com/ ▾
Buy Original affordable Art online.
Original paintings for sale here

See your ad here »

Dolce

3/16/17, 9:54 AM

March 16 2017

Plaintiff 000061

WorthPoint

# WorthPoint Newsletter

## Unsubscribe Successful

You will no longer receive email marketing from this list.

Thanks for the feedback

**If you have a moment, please let us know why you unsubscribed:**

○ I no longer want to receive these emails

 I never signed up for this mailing list

○ The emails are inappropriate

○ The emails are spam and should be reported

○ Other (fill in reason below)

Submit

« return to our website

EXHIBIT #13

Plaintiff 000062 **A**

3/15/17, 9:54 AM

March 15, 2017

EXHIBIT #13

 Google

1972 original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta

Sign in

All

8 results (0.60 seconds)

### Original Oil Paintings - UGallery.com
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists. Expertly Curated -- Free Shipping!
Happy Clients Worldwide · Custom Packaging · New Art Released Weekly
Most Popular Artists - The Showroom - New Arrivals - Staff Favorites

### 1972 Original Oil Painting Man With Red Umbrella Signed ...
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: .

### Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™ ▾
These posters are original from 1988 not remakes. ... 1972 Original Oil Painting Man
With Red Umbrella Signed Annamarie Trombe; Mustangs" Frank Rowland ...

### THOMAS KINKADE -KINCAID - WorthPoint
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth.    1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombe   Handmade New

### Annamarie Trombetta - Artist Info
www.trombettaart.com/info.html ▾
2001, -Richmondtown Historic Museum,S.I, NY "Plein Air Paintings of Staten
representation may be, Annamarie Trombetta is enough of an artist to realize that
Missing: 1972 oil man red umbrella

### Central Park's Plein Air Past | OutdoorPainter
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice    "The
Destructive Dance of 'Sandy,'" by Annamarie Trombetta .. 'Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media
Missing: 1972 man red umbrella

### Painting Central - artist Annamarie Trombetta on Vimeo

vimeo.com › salam krieger › Videos
Nov 6, 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Pak  A profile of Annamarie as an artist
Missing: 1972 oil man red umbrella

### Annamarie Trombetta, Artist Interviewed by June Middleton ...

https://www.youtube.com/watch?v=ufEQ3D3LWms
Apr 29, 2015 - Uploaded by JuneMindingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil
Missing: 1972 painting man red umbrella

### Staten Island native's passionate love affair with Central ...
www.silive.com/entertainment/ /annamarie_trom ▾
Jan 12, 2015 - Paintings, prints, drawings and photos by Annamarie Trombetta ..
resident is showing 80 works — etchings, oil paintings, watercolors, pastels, .

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

Plaintiff 000069

5/7/17, 11:18 AM





EXHIBIT #14

ebay

Worthopedia™
price guide

*Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs.*

Flag item for content or copyright

If this item contains incorrect or inappropriate information please contact us here to flag it for review.

If you are the originator/copyright holder of this photo/item and would prefer it be excluded from our community, contact us here for removal.

- Home > Worthopedia™ > 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

## 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

- Sold for: Start Free Trial or Sign In to see what it's worth.
- Item Category:
- Source: eBay
- Sold Date: Dec 01,2012
- Channel: Online Auction

Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of our auctions start at .99 cents. We are proud to announce that we maintain a "FIVE STAR Detailed Seller Rating" and our staff strives for 100% customer satisfaction, our 100% feedback rating will vouch for that. We work with consigners from Coast-To-Coast and work hard to make sure we have top quality items. We are "Your Quality Zone" - search "YQZ" to see our other listings our !

---

>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition

- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a woman) with a red umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

**Similar Items**

No image
available

•      Oil painting, original oil painting,impressionism

No image
available

•      original oil painting on canvas

Plaintiff 000071

5/7/17, 11:18 AM

*Print Out*
*May*
*7, 2017*

*EXHIBIT #14*

Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perf= ume 38x52" Poster . (12/01/2012)
=
1988 Vintage Michael Ochs Archive Marilyn Monroe Chane= l Perfume 38x52" Poster . Prev Stop Play Next
This is a Vintage Rare 1988 M= ichael Ochs Archive Marilyn Monroe Chanel Perfume Produced by ...from
46321= 626
<= td class=3D"link-enhancr-element" style=3D"vertical-align: middle; font-fam= ily: 'Arial', 'Helvetica
Neue', 'Helvetica', 'sans-serif';">
= View on www.worthpoint.com

1972 Original Oil Painting M= an With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012)

| | | &nbs= p; | 197= 2 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yq= z (12/01/2012) |
| View on www.worthpoint.com | | | Welcome to EstateAuctionsInc! We are one= of the Top Sellers of Antiques, Collectibles and Quirky items on eBay. We = have been selling since 1998 and ALL of our auctions start at .99 cents. We= are p...from 1537357 |
| | | | |

EXHIBIT #15

Sent 2022

Plaintiff's Evidence Export Disc 000880

roundcube

MAIL   CONTACTS   CALENDAR   SETTINGS   APPS

Refresh   Compose   Reply   Reply all   Forward   Delete   Mark   More

Select   Threads   Threads 1 to 11 of 11

Inbox
Drafts
Sent
Trash

| Subject | From | Date | Size |
|---|---|---|---|
| We've Updated our Terms of Use | WorthPoint Marketing | 2022-03-25 10:33 | 25 KB |
| SPAM: is collecting antiques old haz? WorthPoint thinks not! | WorthPoint | 2016-10-20 12:16 | 57 KB |
| SPAM: Make your mark and partner with WorthPoint | WorthPoint | 2016-10-13 14:17 | 57 KB |
| SPAM: Today is the day to partner with WorthPoint | WorthPoint | 2016-09-29 13:17 | 58 KB |
| SPAM: Get ready to partner with WorthPoint | WorthPoint | 2016-09-22 13:55 | 54 KB |
| Spam from Website Follow up from the CEO | WorthPoint | 2016-09-15 17:01 | 49 KB |
| Spam from Website Letter From The CEO | WorthPoint CEO | 2016-04-14 16:48 | 34 KB |
| Worthpoint Your Account Cancellation was successful | WorthPoint | 2016-03-31 15:59 | 42 KB |
| Your payment was declined | WorthPoint | 2016-02-29 17:50 | 3 KB |
| Welcome to WorthPoint - Your Subscription Has Been Created | WorthPoint | 2016-01-29 17:10 | 106 KB |
|  | WorthPoint | 2016-01-22 10:30 | 5 KB |



Sent Folder from Plaintiffs Website Email

EXHIBIT #16 15

By Plaintiff Worth Point

Nothing Sent to

EXHIBIT #2

EXHIBIT # 16

A

15.   Figure 9 shows, once again, that the visitor on May 8, 2017 also encountered the "404 Page not found" error, which demonstrates with a reasonable degree of professional certainty that the URL had not returned any content and had not been reloaded.

16.   I further declare that there have not been any tagging errors or outages that would have caused significant data loss to WorthPoint's data processing server or Google Analytics account during the relevant time periods from 2012 to present.

17.   WorthPoint monitors their Google Analytics account closely and logs issues in Google Analytics as annotations. There are no relevant annotations in Google analytics indicating any tagging errors or outages during the relevant time period.

18.   WorthPoint does not sell any artworks or collectables. Rather, visitors and subscribers to WorthPoint's website are given an opportunity to view available information on sales of artwork. Further, only paid subscribers can view the price for which listed artworks or collectibles previously sold. WorthPoint was not involved in the sale of the 1972 Man with Red Umbrella painting, did not create the content in the listing, did not participate in identifying the artist of the painting, and was not party to the inclusion of plaintiff's biography in the original listing.

19.   According to WorthPoint's log of price lookups (a true and correct screenshot of which is annexed hereto as Exhibit 3 and Figure 10 below) made from the price guide detail page, only two users made those requests for the artwork described in the subject URL. Upon information and belief, annamarie@trombettaart.com is plaintiff's email address, meaning that one of the two users looking up the price for the subject painting was plaintiff herself. Upon information and belief, the other visitor, with an address of Simianarts@cs.com appears to have been plaintiff's friend.

9

257342712v.2

**Figure 10:** 

```
worthpoint=> select email,date_unsubscribed from price_lookup, wpuser where wpuser.id = price_lookup.user_id
  and inventory_id='368924172';
        email        |    date_unsubscribed
---------------------+---------------------------
annamarie@trombettaart.com | 2016-02-03 23:25:13.404
simianarts@cs.com     | 2015-08-31 10:10:54.099
(2 rows)
```

20.     I have searched WothPoint's records and confirmed that neither user referenced in Figure 10 was an active subscriber to WorthPoint's services after February 3, 2016. Once they were inactive, they would not have been able to see the price that the painting previously sold at.

21.     WorthPoint's website currently receives approximately 650,000 Googlebot spidering data refresh requests per day to price guide detail pages, which Google does in order to capture the content of those pages for their search engine, as well as cache versions of pages. WorthPoint currently has over 670 million price guide detail pages, which means that on average, each individual page may be spidered by Google and refreshed approximately once per 1,031 days. The frequency at which Googlebot returns to an individual URL may vary greatly, but on average individual price guide detail pages such as the URL in question are requested very infrequently if at all.

22.     In my personal experience serving as the SEO lead for WorthPoint since 2008, the overall volume of price guide detail pages and spidering rates were different in 2015-2017 vs currently, but the ratios of how often each page may be crawled and refreshed has remained quite consistent. Annexed hereto as Exhibit 4 and Figure 11 is a true and correct screenshot of WorthPoint's crawl request data:

**Figure 11:**

10

EXHIBIT #17

 WorthPoint

Jason Packer <jason.packer@worthpoint.com>

## FW: Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...
## www.worthpoint.com › Worthopedia™------Artist Annamarie Trombetta

4 messages

**Will Seippel** <will.seippel@worthpoint.com>                                    Wed, Jan 4, 2017 at 11:48 AM
To: Jason Packer <jason.packer@worthpoint.com>
Cc: Antoine Lyseight <antoine.lyseight@worthpoint.com>

Hi Jason, is there anyway you can stop Google from indexing this to our site? There us nothing on our site from her, just this link
that Google keeps recognizing.

**From:** Annamarie Trombetta [mailto:trombettaart@yahoo.com]
**Sent:** Wednesday, January 04, 2017 11:28 AM
**To:** will@worthpoint.com
**Subject:** Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ... www.worthpoint.com › Worthopedia™------Artist
Annamarie Trombetta

Mr. Sieppel,

Please allow me to Re-introduce myself.  My name is Annamarie Trombetta.  I am an artist .  Last year  I found a
MISATTRIBUTION of a painting that I did NOT create on your website--Worthpoint.com which came up  on the internet
under my name.   Specific personal  content from my  professional  biography  on my personal artist  website  was
copied,  transplanted  and posted on your site.  A  picture of a  painted signature on canvas signed   A. Trombetta that
was NOT MY signature was also photo featured on the Worthpoint.com website  listing.

On February  20, 2016  I contacted you via e-mail.  Prior to contacting you  I had spoken  several times  with  your
employer Anita  and eventually I  was on the phone at length  with your  webmaster Mr. Gregory Watkins  regarding the
FRAUDULENT posting  of a painting  that I did not create.  I requested that this Fraudulent listing be permanently
removed.  I also sent  a notice to the company website.  SEE BELOW

---

### Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If
you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

---

*Duplicate # WP000132*

I am contacting you once  again  **almost a year later** because I found  yet again a listing  from Worthpoint.com under my
name--Annamarie Trombetta artist.  Below is today's  listing  January 4th 2017 of subjects and site which come up  when
I Google  **Annamarie Trombetta artist.  PLEASE REVIEW ---   The Marilyn Monroe listing** was the **first** place where
my name was   Falsely associated  along with the fraudulent painting and signature attributed to me that was listed on
Worthpoint.com.

*Duplicate*

WP000132



EXHIBIT #17

```
root@wp-stage-data-1:/usr3/stage/deletes/done# ls -l 20160204.txt
-rw-rw-r-- 1 stage stage 457 Feb  4  2016 20160204.txt
root@wp-stage-data-1:/usr3/stage/deletes/done# more 20160204.txt
1972-original-oil-painting-man-red-48924172
vintage-china-co-hong-kong-ltd-tin-425416647
anna-chemavonian-signed-photo-32-506555741
goodyear-tire-rubber-co-check-desoto-1694725807
hand-carved-zuni-corn-maiden-fetish-154255690
york-artist-fred-adler-original-self-1724670369
s-priority-postage-usps-stamps-unused-1749107775
fox-motors-miamisburg-ohio-plymouth-420328692
vintage-bisque-mark-twain-artist-116636380
prison-art-inmate-cdc-j77919-aztec-533519418
```

Missing Text

Jason Packer

WP000132

CONFIDENTIAL

WP000132

Page 14

14

257342712v.2