# EXHIBITS    PAGE 2     WP MOL ECF 476

**EXHIBIT #18  A Google public webpage Support  Removal  Instruction pages**
        **#18  B Pl.s Evid.  000058 to 000068  WorthPoint emails & Google 1972 Listing**


**EXHIBIT #19  Pl.Evid. 000016 Ebay Email  Quote WorthPoint Anita Brooks Nov26, 2015**
        **Pl. Evid 000285 000286 Jam 14, 2016 submitted  into WorthPoint's website**


**EXHIBIT #20  Pl. Evid. 000021 to 000030  Jan. Feb Pl. emails to WorthPoint in 2016**
        **Pl. Evid. 000035 to 000049 Pl. emails to WP  Late Feb 2016 to March 2016**


**EXHIBIT #21  Pl. Evid. 000050 to 000051  Jan. 4, 2017 with WorthPoint WP000132 -134**


**EXHIBIT# 22  A WorthPoint Membership records of Norb Novocin**
        **B Pl. Evid 000604 Novocin  paid subscriber  to WP from May 15, 2014**
        **C  Norb Novocin's Phone Call  to Plaintiff on Jan. 10, 2017**


**EXHIBIT #23   EXHIBIT #23 Phone Call to WorthPoint Jan.31 Outgong message**
        **Ebay 2015 Phone Transcript pages 8(3rd Party) and 19 Undefined Sale.**


**EXHIBIT #24  Pl.s  Aug 30, 2022 Dep. Page 173  No Admission I do not monetize my  bio.**


**EXHIBIT #25  Federal Identity Theft report in   Plaintiff Evid. 000167**
        **Plaintiff contacted a Lawyer   Plaintiff  Evid  000239**
        **Plaintiff contacted NYPD  Det. Randi Rose Plaintiff  Evid  000307**
        **Credit Freeze TransUnion Pl  Evid  000690   Experian Pl Evid  000694**


**EXHIBIT # 26  EBay agent  Aldrin  page 13 from the 2015 eBay phone transcript.**


**EXHIBIT #27   Judge AbramsOrder ECF 187 Page 17 DMCA  Statues of Limitation**

support.google.com

G  Contact a site's webmaster – Google Search Help

Google Search Help          Q  Describe your issue

# Contact a site's webmaster

To remove content from a website, you usually need to contact the webmaster, the person who owns the website. Even if you found the content using Google, Google doesn't control the content on the site.

## Why contact the webmaster?

Even if Google deletes the site or image from our search results, the page still exists on the site. This means it can be found through the URL to the site, social media sharing, or other search engines.

Your best option is to contact the webmaster because they can remove the page entirely.

**Note:** If a photo or information shows up in Google search results, it just means that the information exists on the internet and it doesn't mean that Google endorses it.

## How to contact a webmaster

There are several ways to contact the owner of a site:

1. **Contact us link:** Find a "Contact us" link or an email address for the webmaster. This information is often on the site's homepage.

2. **Find contact information using Whois:** You can perform a Whois (who is?) search for the site owner using Google. Go to google.com and search for whois www.example.com. The email address to contact the webmaster can often be found under "Registrant Email" or "Administrative Contact."

3. **Contact the site's hosting company:** The Whois search result usually includes information about who hosts the website. If you're unable to reach the webmaster, try to contact the site's hosting company.

If the webmaster has *already made the changes you requested* to a site that appears in our search results, you can ask that we remove outdated information by sending a webpage removal request.

📖  Contact a site's webmaster

EXHIBIT
# 18AS)

Plant-AAS Google E-Ldence
Plaint00000 01



EXHIBIT 8

A2

≡  Legal Help        in support.google.com        G  Removing Content From Google – Legal Help

# Removing Content From Google

This page will help you get to the right place to report content that you would like removed from Google's services under applicable laws. Providing us with complete information will help us investigate your inquiry.

If you have non-legal issues that concern Google's Terms of Service or Product Policies, please visit http://support.google.com

We ask that you submit a separate notice for each Google service where the content appears.

What Google product does your request relate to?   Google Search

Which product does your request relate to?   Google Search

Even if Google removes a webpage or image from our search results, we are not able to remove content from websites that host it. The page may still exist on the website and this means it can be found through the URL to the website, social media sharing, or other search engines. We recommend reaching out to the website owner to request removal.

Access this page to learn more about how to contact a website owner.

Plaintiff's Google Evidence 02

EXHIBIT #8A
(3)

Even if you successfully request removal of one URL, the content you're trying to remove may also appear in our search results under other URLs. If this is the case, you can simply submit additional removal requests—one for each URL that displays this content.

Find an image URL

〈

# Removed image or page still appearing?

If one of your removal requests has been marked as 'Removed' but you still see that content in our search results, double-check whether the URL that's appearing in our search results is exactly the same as the one you submitted for removal (including capitalization). If not, you should request removal of the additional URL(s) that still appear in search results.

Also check to see if your removal requests have expired in the Remove URLs tool.

Plaintiff00005

Plaintiff's Evidence
03

# Removals and SafeSearch reports Tool

Temporarily block search results from your site, or manage SafeSearch filtering

The Removals tool enables you to temporarily block pages from Google Search results on sites that you own, see a history of removal requests from both property owners and non-owners, and also to see any URLs on your site that were reported as containing adult content.

To remove content on sites that you don't own, see this page.



E X H I B I T

# 18A

(4)

**Contents:**

- Temporarily block URLs on your site
- See history of removal requests
- See URLs on your site reported as adult content

## Temporarily block URLs on your site

Follow this procedure to temporarily block a URL on your site from appearing in Google Search results.

### When to use this tool

- You have a URL on a Search Console property that you own, and you need to take it off Google Search quickly. You must take additional steps to remove the URL permanently. The URL to remove can be for a web page or an image.
- You've updated the page to remove sensitive content, and want Google to reflect the change in Search results.

### When *not* to use this tool

- To block a page on a property that you don't own. See *If you don't control the page*.

Plaintiff000004

EXHIBIT #8A
(5)

# Remove outdated content

**Important**: If you've already made a change to a live page, you don't need to fill out the form.

If content was deleted from a site but still shows up in Google search results, the page description or cache might be outdated. To request a removal of outdated content:

1. Go to the Remove outdated content 🗗 page.

2. Enter the URL (web address) of the page that has the outdated content you want to remove.

3. Select **Request removal**.

- If you see the message "We think the image or web page you're trying to remove hasn't been removed by the site owner," follow the onscreen steps to give us more information.

- If you see the message "This content is no longer live on the website," select **Request Removal**.

You can check the status of your request on the Remove outdated content 🗗 page.

🗗 Give feedback about this article

Plaintiff3Google Evidence 05

Plaintiff000005

EX # 6
# 6

- To permanently remove a URL from Search. Use the Removals tool as part of this process to remove a URL permanently. This tool is just one step in the process.
- To remove content from the internet. This tool removes content only from Google Search.
- To remove results from other search engines. This tool removes content only from Google Search.
- To clean up cruft, like old pages that 404. If you recently changed your site and now have some outdated URLs in the index, Google's crawlers will see this as we recrawl your URLs, and those pages will naturally drop out of our search results. There's no need to request an urgent update.
- To address crawl errors from your Search Console account. The blocking tool blocks URLs from Google's search results, not from your Search Console account. You don't need to manually remove URLs from this report; they will drop out naturally over time.
- To "start from scratch" with your site. If you're worried that your site might have a manual action, or you want to start with a clean slate after purchasing a domain from someone else, we recommend filing a reconsideration request letting us know what you're worried about and what has changed.
- To take your site "offline" after being hacked. If your site was hacked and you want to get rid of bad URLs that got indexed, use the URL blocking tool to block any new URLs that the hacker created—for example, http://www.example.com/buy-cheap-cialis-skq3w598.html. But we don't recommend blocking your entire site, or blocking URLs that you'll eventually want indexed. Instead, clean up the hacking and let us recrawl your site. More information about dealing with a hacked site.
- To get the right "version" of your site indexed. Many sites make the same HTML content or files available via different URLs. If you do this, and don't want duplicates to appear in search results, review our recommended methods of canonicalization. Don't use the URL tool to block the URLs you don't want in search results. It won't keep your favorite version of a page; instead, could remove all versions (http/https and www/non-www) of a URL.

## Block a URL

⚠ Very important notes:

- A successful request lasts only about six months. After that, your information can appear on Google search results (see Making removal permanent).

- Blocking a URL does not prevent Google from crawling your page, only from showing it in Search results. When you request a temporary block of a URL, Google can continue to crawl the URL if it exists and isn't blocked by another method (such as a noindex tag). Because of this, it is possible that your page can be crawled and cached again before you remove or password-protect your page, and can appear in search results after your temporary blackout expires.

- If your URL is unreachable by Google (404, 502/3) when you use this tool, it will assume that the page is gone, and your block request will expire. Any page found at that URL at a later time will be considered a new page that can appear in Google Search results.

To temporarily block a URL from Google Search, or update Google's view when a page has changed:

1. The URL must be in a Search Console property that you own. If it's not, follow these instructions instead.
2. Open the Removals tool ↗ .
3. Select the Temporary Removals tab.
4. Click New Request.
5. Select either Temporarily remove URL or Clear cached URL:

Plaintiff000006



a.   **Temporarily remove URL**



b.   **Clear cached URL**

6.  Select Next to complete the process. The request usually takes up to a day to process, and is not guaranteed to be accepted. Check back to see the status of the request. If your request has been denied, click Learn more to learn why.

7.  Submit additional removal requests for any additional URLs that might point to the same page, as well as any variations in URL casing that your server handles. For example, all the following URLs might point to the same page:

    - example.com/mypage
    - example.com/MyPage
    - example.com/page?1234

8.  To make your removal permanent, read the next sections.

## Find the correct URL for blocking

Here's how to find the correct URL to submit to the tool in order to block it in Search results.

| | |
|---|---|
| Web page URL | ⌄ |
| Image URL | ⌄ |

## Make your removal permanent

The Removals tool provides only a *temporary* removal of about six months. To remove content or a URL from Google search *permanently*:

1.  Take one of the following actions to remove the page permanently:
    - Remove or update the content on your site (images, pages, directories) and make sure that your web server returns either a 404 (Not Found) or 410 (Gone) HTTP status code. Non-HTML files (like PDFs) should be completely removed from your server. (Learn more about HTTP status codes)
    - Block access to the content, for example by requiring a password.
    - Indicate that the page should not be indexed using the noindex meta tag. This is less secure than the other methods.
    - Do not use robots.txt as a blocking mechanism.

2.  If you blocked the page before removing your content permanently (step 1), unblock and then reblock the page. This clears the page from the index, if it was recrawled after blocking.

## Cancel a request

If you want to cancel your temporary block from search results:

1.  Open the Removals tool.
2.  Find your request in the history table.

Plaintiff000007

Plaintiff 000058

annamarie trombetta artist - Google Search

10/26/16, 5:19 PM

Google    annamarie trombetta artist

All    Images    News    Videos    Shopping    More ▾    Search tools

Page 3 of about 28,400 results (1.13 seconds)

**Holistic Baby Acupressure System: 12 Acupressure Points for ...**
https://books.google.com/books?isbn=1499047401
Jennifer Chellis Taveras, L.Ac. - 2014 - Health & Fitness
It was to my artist friend, Annamarie Trombetta, that I turned to when I needed to create the Holistic
Baby logo image. She was able to manifest my idea into a ...

**12 Acupressure Points for Pediatric Sleep Improvement and Wellness ...**
https://books.google.com/books?isbn=1499047398
Jennifer Chellis Taveras, L.Ac. - 2014 - Acupressure for children
It was to my artist friend, Annamarie Trombetta, that I turned to when I needed to create the Holistic
Baby logo image. She was able to manifest my idea into a ...

**Annamarie Trombetta | Biography | Pollock Krasner Image Collection**
www.pkf-imagecollection.org/artist/Annamarie_Trombetta/biography/ ▾
Annamarie Trombetta. Contact Works. CONTACT. Annamarie Trombetta Studio: 175 East 96th Street
(14P) New York, NY 10128. Phone/ Fax: 212-427-5990.
You've visited this page 3 times. Last visit: 6/15/16

**From "Catcher In The Rye" - Hartford Courant**
www.courant.com/travel/hc-catcher007-jpg-20130502-photo.html ▾ Hartford Courant ▾
May 2, 2013 - ... make people more aware of the role that artists and writers have in the park's
development," New York City artist Annamarie Trombetta paints ..

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...**
www.worthpoint.com › Worthopedia™ ▾
... Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New
Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...
You've visited this page many times. Last visit: 10/24/16

**Flickr: Annamarie Trombetta**
https://www.flickr.com/people/annamarietrombettaart/
Realist Professional Fine Artist ... Annamarie Trombetta hasn't listed any contacts yet. Testimonials
(0). Annamarie Trombetta doesn't have any testimonials yet.

**Sing for Hope – CBS New York**
newyork.cbslocal.com/tag/sing-for-hope/feed/ ▾ WCBS-TV ▾
"These pianos are all painted by volunteer artists," Vrtiak said. .... Annamarie Trombetta works on her
design for a public piano - New York, NY - Jun 7, 2011 ...

[PDF] * **AF Newsletter 2009 - Artists' Fellowship, Inc.**
www.artistsfellowship.org/AFNewsletter2010.pdf ▾
Sep 22, 2010 - Our Artists' Fellowship Annual Awards Dinner will again feature a silent auction
including the work of .... Annamarie Trombetta. Babette Bloch ...

**Buy Past Issues Online - Fine Art Connoisseur - MediaSpan**
zpla.fimc.net/article.asp?id=41902 ▾
If you cannot find Fine Art Connoisseur in your bookstore, PLEASE make a .... the immense talents of
Kamille Corry, Tony Pro, and Annamarie Trombetta

**A Portrait of 'Portrait Of the Artist, Running' - The New York Sun**
www.nysun.com/on-the-town/portrait-of-portrait-of-the-artist-running/13079/
Apr 29, 2005 - Part of the bewitching power of the painting "Portrait Of the Artist, Running" ... Others
seen at the party were artist Annamarie Trombetta, who ...



‹ Goooooooooogle ›



Yahoo Mail - Fw: Limited Time Offer - WorthPoint is accepting investments!                                    8/10/20, 9:10 AM

Plaintiff 000059

—— Forwarded Message ——
**From:** WorthPoint <equity@worthpoint.com>
**To:** trombettaart@yahoo.com
**Sent:** Wednesday, November 23, 2016 11:21 AM
**Subject:** Limited Time Offer - WorthPoint is accepting investments!

EXHIBIT
# 15(2)
B

We Value History.                                                View this email in your browser

# REGULATION CF CAMPAIGN IS LIVE
## WorthPoint Corp is now accepting investments



## Hello ,

On Monday, we announced the launch of our Title III Regulation Crowdfunding campaign,
which allows accredited and non-accredited investors the chance to purchase stock in our
company.  WorthPoint is seeking to raise $1,000,000 in this offering through Regulation
CF, with a minimum raise of $100,000. This opportunity is available for a limited time with a
minimum investment of $100.

To learn more and make an investment, please visit the campaign page by clicking the link
below.

Plaintiff 000060

# The day has come -- WorthPoint launches Reg A+ "Mini-IPO"

From: WorthPoint (equity@worthpoint.com)

To:     trombettaart@yahoo.com

Date:  Tuesday, January 31, 2017, 12:04 PM EST



Secure your investments on our website.                          View this email in your browser



**Find It.**
**Value It.**
**Price It.**

Explore 265+ million items
and images (realized values)
from both auction houses and
online marketplaces.

After several months of Testing the Waters in order to gauge interest from potential investors, we are beyond excited to announce that WorthPoint's offering statement has been qualified by the SEC and WorthPoint is now able to accept investments in a Regulation A+ offering. The stock offering is taking place on WorthPoint's **website**, and the chance to own a piece of WorthPoint is available to everyone -- accredited and non-accredited investors alike.

As some of you may know, WorthPoint recently undertook a different crowdfunding round under Regulation Crowdfunding. Upon being qualified by the SEC, we decided to terminate that round early in favor of this larger Regulation A+ round, which allows for more flexible investment options both for you as an investor and WorthPoint as a company.

WorthPoint offers the world's largest resource for identifying, researching, and valuing antiques, art, and vintage collectibles using disruptive technology. As a first mover, WorthPoint has built an irreplaceable database and a proven, scalable business model.

The wait is over. We look forward to your investment.
Make your mark with WorthPoint today.

Plaintiff 000062  A

3/15/17, 9:54 AM

 Google

1972 original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta    Sign In

EXHIBIT

#18B

(4)

All

8 results (0.60 seconds)

### Original Oil Paintings - UGallery.com
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists. Expertly Curated -- Free Shipping!
Happy Clients Worldwide · Custom Packaging · New Art Released Weekly
Most Popular Artists - The Showroom - New Arrivals - Staff Favorites

### 1972 Original Oil Painting Man With Red Umbrella Signed ...
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category:

### Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™ ▾
These posters are original from 1988 not remakes. ... 1972 Original Oil Painting Man
With Red Umbrella Signed Annamarie Trombe; Mustangs" Frank Rowland ...

### THOMAS KINKADE -KINCAID - WorthPoint
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign In to see what it's worth.    1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombe   Handmade New

### Annamarie Trombetta - Artist Info
www.trombettaart.com/info.html ▾
2001, -Richmondtown Historic Museum,S.I, NY "Plein Air Paintings of Staten
representation may be, Annamarie Trombetta is enough of an artist to realize that
Missing: 1972 oil man red umbrella

### Central Park's Plein Air Past | OutdoorPainter
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice    "The
Destructive Dance of 'Sandy,'" by Annamarie Trombetta ..  'Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media
Missing: 1972 man red umbrella

### Painting Central - artist Annamarie Trombetta on Vimeo
 vimeo.com › salam krieger › Videos
Nov 6, 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Pak  A profile of Annamarie as an artist
Missing: 1972 oil man red umbrella

### Annamarie Trombetta, Artist Interviewed by June Middleton ...
 https://www.youtube.com/watch?v=ufEQ3D3LWms
Apr 29, 2015 - Uploaded by JuneMindingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil
Missing: 1972 painting man red umbrella

### Staten Island native's passionate love affair with Central ...
www.silive.com/entertainment/ /annamarie_trom ▾
Jan 12, 2015 - Paintings, prints, drawings and photos by Annamarie Trombetta ..
resident is showing 80 works — etchings, oil paintings, watercolors, pastels, .

EXHIBIT

3/15/17, 9:54 AM

**Plaintiff 000062**   B

**More Items From eBay**

#18(5)

B

No image
available

• 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombe

No image
available

• Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona

No image
available

• TITANIC Lithograph Poster

No image
available

• THOMAS KINKADE -KINCAID "EVERETT"S COTTAGE 11"X14"

MATTED

annamarie trombetta - Google Search

**Plaintiff 000063**

3/28/17, 3:21 PM

 **Google**   annamarie trombetta

Annamarie

All    Images    News    Videos    Shopping    More ▾    Search tools

Page    bout 47,700 results (0.30 seconds)



**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air works
in oils, pastels, watercolors, etchings and drawings will be on display at ...

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

**Annamarie Trombetta | Whitepages**
www.whitepages.com/name/Annamarie-Trombetta ▾ Whitepages ▸
2 matches for Annamarie Trombetta. Find Annamarie Trombetta's phone, address,
etc. on Whitepages, the most trusted online directory."

**Annamarie Trombetta on Paddle8**
https://paddle8.com/artists/annamarie-trombetta/ ▾
Annamarie Trombetta. Follow. Consign Works. Consign works by Annamarie
Trombetta for auctions and private sales. Learn more ». Have suggestions for ...

**salem krieger on Twitter: "Painting Central, a short video ...**
https://twitter.com/salemk/status/269681283083403264 ▾
... @salemk 16 Nov 2012. Painting Central, a short video about Annamarie Trombetta a
painter working in Central Park, NYC.. http://vimeo.com/52924850 ...

**Annamarie M Trombetta - Intelius**
www.intelius.com/people/Annamarie-Trombetta/0csdtac91wf ▾
Get contact information on Annamarie M Trombetta, New York NY. Find out Annamarie
M Trombetta's age, gender, possible aliases, associates, professional , ...

**Annamarie Trombetta - Pollock Krasner Image Collection**
www.pkf-imagecollection.org/artist/Annamarie_Trombetta/biography/ ▾
Annamarie Trombetta. Contact Works. CONTACT. Annamarie Trombetta Studio: 175
East 96th Street (14P) New York, NY 10128. Phone/ Fax: 212-427-5990.

**annamarie trombetta - OneLook Dictionary Search**
www.onelook.com/?lang...annamarie+trombetta ▾ OneLook Dictionaries ▸
We found one dictionary that includes the word annamarie trombetta: Art dictionaries
Art (1 matching dictionary). Annamarie Trombetta: Artist Search [ home, info] ...

**Flickr: Annamarie Trombetta**
https://www.flickr.com/people/annamarietrombettaart/
Following (0). Annamarie Trombetta hasn't listed any contacts yet. Testimonials ( 0).
Annamarie Trombetta doesn't have any testimonials yet. Name: Annamarie ...

**annamarie trombetta Pictures & Images - Photobucket**
photobucket.com/images/annamarie%20trombetta ▾

Print                                    Plaintiff  000064              4/27/17, 12:40 PM

| | |
|---|---|
| **Subject:** | WorthPoint for FREE for LIFE! |
| **From:** | WorthPoint Insider (insider@worthpoint.com) |
| **To:** | trombettaart@yahoo.com; |
| **Date:** | Monday, April 24, 2017 12:02 PM |

EXHIBIT #18(?)
B



# WorthPoint®

# WorthPoint Insider
## April 24, 2017
Keeping you informed, connected, and involved in the antiques and collectibles industry



Rate WorthPoint!     Start Free Trial



1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ - Google Search          4/27/17, 12:40 PM

Plaintiff 000065



Google+  Search  Images  Maps  Play  YouTube  News  Gmail  More ▾                                  artofannamarie@gmail.com ▾  ⚙

Google      1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAM   🔍

EXHIBIT

Shopping    Images    Videos    News    More    Search tools

#18

About 17 results (0.54 seconds)

### 1972 Original Oil Painting Man With Red Umbrella Signed ...
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign in to see what it's worth. Item Con...

(8)

### Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz - Mustangs" Frank Newkand – Original Serigraph – LARGE DRAMATIC ...

B

### THOMAS KINKADE -KINCAID - WorthPoint
www.worthpoint.com › Worthopedia™ ▾
Sold for: Start Free Trial or Sign in to see what it's worth. ... 1972 Original Oil Painting
Man With Red Umbrella Signed Annamarie Trombetta yqz - Handmade New Mexican
Folk Art Church Birdhouse LARGE Lark Sedona - BLUE HELLO KITTY ...

### 1789 bonnaterre original antique hand colored reptile ...
www.worthpoint.com › Worthopedia™
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz - Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sed...

### 1789 bonnaterre original antique hand colored reptile ...
www.worthpoint.com › Worthopedia™
Category: Original Antique Print Egyptian Cobra, Egg Eating Snake Pl.22 Historical
Information: This ... 1972 Original Oil Painting Man With Red Umbrella Signed
Annamarie Trombetta yqz - 1789 BONNATERRE ORIGINAL ANTIQUE HAND ...

### Annamarie Trombetta - Biography
www.trombettaart.com/bio.html ▾
When I was a tiny seed of contemplative thought, my artistic nature began to sprout
interest while gazing up at the ceiling paintings in a neighborhood church ...
Missing: 1972 oil man red umbrella yqz

### Annamarie Trombetta - Artist Info
www.trombettaart.com/info.html ▾
EDUCATION 1999 - National Academy School of Fine Arts 1991 - William Butler Yeats
Summer School, Sligo,Ireland 1989 - New York Academy of Art 1987 - Art ...
Missing: 1972 oil man red umbrella yqz

### artist annamarie trombetta's imagery offers visionary ...
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air ... Ms.
Trombetta is an artist who has created works in printmaking, watercolor, oil ... The New
York Academy of Art, The National Academy Museum ... + School, ...
Missing: 1972 man red umbrella yqz

### Annamarie Trombetta, Artist Interviewed by June Middleton ...
https://www.youtube.com/watch?v=yBEQ3D3UWms
Apr 30, 2013 - Uploaded by JanetFundingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil ...
Missing: 1972 man red umbrella yqz

### Painting Central - artist Annamarie Trombetta on Vimeo

---



**Original Oil Paintings**
www.ugallery.com/Buy-Original-Art ▾
Original Art. Top Emerging Artists.
Expertly Curated — Free Shipping!

**Original Art Gallery**
www.zatista.com/ ▾
Over 7000 Completely Original Works
Great Value. Buy Today, Save Big

**Original Art For Sale**
www.saatchiart.com/ ▾
★★★★★ rating for saatchiart.com
Curated Men Collections.
Paintings, Sculpture, Photo & More!

**Montclair Art Museum**
www.montclairartmuseum.org/ ▾
(973) 746-5555
Celebrating American Art
for 100 Years!

**Famous Paintings in NYC**
www.drawingcenter.org/painting ▾
Visit The Drawing Center in SoHo.
A Museum Dedicated to Drawings.
◊ 35 Wooster St, New York, NY

**Incredible Art for Sale**
www.poba.org/shop ▾
Masterworks from artists who left
us too soon available only at POBA!

See your ad here ›

1972 original oil painting man with red umbrella signed annamarie trombetta yqz - Google Search

Plaintiff 000066

5/4/17, 8:21 AM

 

Google+  Search  Images  Maps  Play  YouTube  News  Gmail  More ▾

Annamarie Trombetta    Share

Go gle    1972 original oil painting man with red umbrella signed annamarie trombetta yq

All    Shopping    Images    Videos    News    More ▾    Search tools

6 results (0.68 seconds)

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for. Start Free Trial or Sign In to see what it's worth  Item Category. .

**Page 1 - Italian American Museum**
italianamericanmuseum.org/exhibitions/PleinAir.htm ▾
Acclaimed artist Annamarie Trombetta presents a solo exhibition that . . Ms. Trombetta
has created works in printmaking, watercolor, oil and pastel and is .  On view are works
of art executed in oils, pastels, watercolors, etchings and drawing



**Annamarie Trombetta, Artist Interviewed by June Middleton ...**
https://www.youtube.com/watch?v=tufEO3D3LWms
Apr 29, 2015  Uploaded by JuneMindingBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has on . ' '' works in oil .



**Painting Central - artist Annamarie Trombetta on Vimeo**
vimeo.com › salem krieger › Videos    Vimeo ▾
Nov 6, 2012
Artist Annamarie Trombetta a NYC based painter working in
Central Park. A profile of Annamarie as an artist

**Central Park's Plein Air Past | OutdoorPainter**
www.outdoorpainter.com/central-park-s-plein-air-past/ ▾
So it's perfectly natural that plein air painting would go on in those choice .  "The
Destructive Dance of 'Sandy,'" by Annamarie Trombetta . .  'Central Park Clockwork
Mode of Multicolored Apps," by Annamarie Trombetta, oil and mixed media

**Staten Island native's passionate love affair with Central ...**
www.silive.com/entertainment/. /annamarie_trom.  ▾ Staten Island Advance ▾
Jan 12, 2015  Paintings, prints, drawings and photos by Annamarie Trombetta
resident is showing 60 works — etchings, oil paintings, watercolors, pastels .
Missing: 1972 man red umbrella yqz

Original Oil Paintings
www.rgallery.com/Buy-Original-Art ▾
Shop from a Large Range of Original Art. Free Shipping on all Artwork!
New Art Released Weekly  Custom Packaging  Free Returns
The Showroom · Staff Favorites · New Arrivals · Most Popular Artists

Collectible Original Art - Say No to Prints and Reproductions
www.zatista.com/ ▾
Over 7000 Completely Original Works

Original Paintings - Find Emerging Artists & Chic Prints
www.oneklingslane.com/Paintings ▾
┆  ★ ★ ★ ★ ★  rating for www.onekingslane.com
Fabulous Sales Today' Join For Free



annamarie trombetta artist – Google Search

Plaintiff 000067          5/9/17, 8:37 A!

Go gle      annamarie trombetta artist

All    Images    News    Videos    Shopping    More ·    Search tools             

Page 8 of about 30,000 results (0.63 seconds)

**Cash for SI Ferry crash | New York Post**
nypost.com/2010/01/01/cash-for-si-ferry-crash/ ▾ New York Post
Jan 1, 2010 - A starving artist injured on the 2003 Staten Island Ferry crash cashed in on ... Annamarie
Trombetta, 46, of Staten Island, never made more than ...

[PDF] **Fiscal Year Ending June 30, 2011 [PDF] - San Jose State University**
www.sjsu.edu/towerfoundation/.../tower-annual-report-2011.... ▾ San Jose State University
by an engineer's innovation, a nurse's care or an artist's creation. At the heart of ...... Anna Marie and
Larry Boucher, Susan and ..... Diane trombetta. Margaret ...

**Who's Who in American Art - Learn more about Who's Who in ...**
www.it1me.com/learn?s=Who's_Who_in_American_Art
Who's Who in American Art is a biographical hardcover directory of noteworthy individuals in the visual
arts community in the United States, published by ...

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel Perfume ...**
www.worthpoint.com › Worthopedia™ ▾
... Blue Hello Kitty Obey Giant Shepard Fairey Signed & Numbered Rare Print · Handmade New
Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

**Lower Manhattan Cultural Council celebrates 40 years - full list ...**
article.wn.com/.../Lower_Manhattan_Cultural_Council_celebrates_40_years_full_li/ ▾
Mar 20, 2013 - but River To River is just the tip of the iceberg in terms of programs and support offered
by LMCC to artists and arts organizations.

[PDF] **January 12 - Saint Helena Church**
www.sainthelena-centersquare.net/wp-content/uploads/2011/04/January-12.pdf ▾
Jan 12, 2014 - Our Art & Environment Committee who decorate our Church and ..... Trombetta, Brad
Souders, Peter Nicolo, Joseph Yeccarino,. Irene Koziol ...

[PDF] **2014 Winter Newsletter and Annual Report(PDF) - Villa St. Joseph**
www.villastjoseph.org/files/files/14VillaAnnualReport_R7.pdf ▾
our residents, and initiate an art program for residents that takes ...... Patricia Tellish. Thomas and Anna
Maria Testa ... Joann M. Tridico. Arnold A. Trombetta.

[PDF] **Read Latest Issue - St. Vincent Meals on Wheels**
https://stvincentmow.org/.../VOL.31-ISSUE-3-FALL.pdf ▾ St. Vincent Meals on Wheels
passions: artworks by local artists and artifacts from her travel. 2 I BREAD .... Trombetta Family Wines.
Workman Ayer .... Ms. Annamarie Espinosa. Mr. John A.

**Interventi edilizi maggiori - Comune di Milano**
www.comune.milano.it/wps/portal/ist/it/.../pratiche_edilizie ▾ Translate this page
Francesco Trombetta francesco.trombetta@comune.milano.it 02.884.66129 ... Sig.ra Annamaria
Bracciale annamaria.bracciale@comune.milano.it 02.884. 66337 ... armato, prima dell'inizio di tali
opere va depositata denuncia (ai sensi dell'art.

[PDF] **Herman Gift Sustains Student Tutoring Program - Cabrillo College**
https://www.cabrillo.edu/associations/.../2014%20Annual%20Report.... ▾ Cabrillo College
Dec 5, 2014 - SD Trombetta Foundation .... Omega Nu/ Sigma Alpha Chapter • Palace Art & Office
Supply • Julio Porro & Jennifer Hastings .... Virginia Draper • Carol Dressler • Teresa Duarte • Lonnie &
Annamarie Dugger • Linda Durnell •.

‹ Goooooooooogle ›

Yahoo Mail - Annamarie Trombetta---Inquiry about Worthpoint Website---Oil Painting

Plaintiff 000016

## Annamarie Trombetta---Inquiry about Worthpoint Website---Oil Painting

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:     spoof@ebay.com

Cc:     ippermissions@ebay.com

Date:  Thursday, November 26, 2015, 10:07 AM EST

EXHIBIT #19

To the E Bay Staff,

My name is Annamarie Trombetta.   I am an artist and I received an e-mail that
informed me about a website named
Worthpoint.com.

When I googled me name Annamarie Trombetta I found this Marilyn Monroe link below.
At the bottom of the Maryiln Monroe link is a link to  a painting that Worthpoint is
 stating that I painted.  My biography is listed in great detail, however I did NOT paint
this image.

Please review the information below.   I am requesting a response as soon as possible.

Here is the  e-mail that my contact forwarded to me from Worthpoint
NOV 16, 2015  |  08:35AM EST
**Anita B.** replied:
Hello,
We do not buy or sell anything on the site. Rather, we buy sales records from various auction
houses and sites and compile them into a price guide to help users determine the value of
antiques and collectibles.
If this particular item sold on EBay. I recommend trying to contact EBay, as they may be able to
provide you with the additional information you are seeking.
Kind Regards,
The WorthPoint Team
www.WorthPoint.com
(877) 481-5750

Regards,

Customer Support Team
WorthPoint, Inc.

Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...
www.worthpoint.com › Worthopedia™

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz;
Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

1/3

Exhibit 19

Date Jan 14 2016

PL
285

■ Request Item Removal 2016-01-14 at 8.47.43 AM.png

Item Review Request : Worthpoint

● www.worthpoint.com/about-item-review/2URL=https://www.worthpoint.com/worthopedia/1972-signed-oil-painting-man-red-48924172

iCloud   Facebook   Twitter   Yahoo!   News▾   Popular▾

# ITEM REVIEW REQUEST

WorthPoint is a web site for collectors and consumers that provides price history and other information for all types of collectible items. These items are not for sale by WorthPoint.

We license the data displayed in the Worthopedia from a variety of sources. We are an official licensee of eBay and many of the leading auction houses. Our agreements permit us to display all art, antiques and collectible items – with full attribution – that are contained in eBay's and the respective auction house partners' product catalogs, along with the price paid for such item. Our licensees permit our members to use completed sales results and images displayed on the Worthopedia soley for research purposes. You may review our content policy here.

If you believe you own the rights to the image/item and prefer it not be displayed, *do not* complete the form provided here. Instead, request removal here.

## Item Review

If you believe the item listed on the previous page is fraudulent or otherwise inappropriate for view, please supply the information requested below.

### URL *

http://www.worthpoint.com/worthopedia/1972-signed-oil-painting-man-red-48924

### Reason for review

The URL above is incorrect and the information is not legitimate. My name and biography were used in this fake advertisement.
Your ad from your website is coming up o the internet under my name, I am not the artist. Your listing is FALSE and the ad states there is 12 photos in the description but no photos are visible except a signature that is NOT mine. Please remove this immediately.

## Additional Items

EXHIBIT# 19

Plaintiff 000286

Apple iCloud Facebook Twitter Yahoo! News Popular

www.worthpoint.com/about-item-removal?URL=https://www.worthpoint.com/worthopedia/1972-original-oil-painting-man-red-4802-1172

ZIP / Postal Code
1V1Z5

United States
Country

Email *

trombettaart@yahoo.com

Telephone

(212) 427-5990

## Addendum to Removal Request

If you believe the listed item infringes on your intellectual property rights, please designate the reason or reasons for the Claimed Infringement below.

☑ Trademark - *Item* Infringement

Item is a counterfeit product which infringes the trademark owner's rights.

☐ Trademark - *listing content* Infringement

Listing contains unlawful use of trademark

☑ Copyright- *listing content* Infringement

Listing uses unlawful copy of copyrighted text.
Listing uses unlawful copy of copyrighted image.
Listing uses unlawful copy of copyrighted image and text.

## Additional Items

If you have additional items listed in Worthopedia which you believe present infringement issues, you can either repost the above process for each item or complete the information below:

## Work(s) believed to be infringed (please include trademark registration or application number with each)

Listed on your website at the URL above is an ad for an Original Oil Painting from 1972. My name and self written biography from my website was used without my consent or knowledge. I am requesting that your infringing ad on your website be permanently removed. This information is fraudulent. Your company is claiming that I am the artist who painted the Original Oil Man With Red Umbrella in 1972. I did not paint this oil. I would have been 9 years old. PLEASE remove this false listing from your website and the internet immediately.

Plaintiff 000021

Yahoo Mail - Re: Welcome to WorthPoint - Your Subscription Has Been Created

EXHIBIT# 20

**Re: Welcome to WorthPoint - Your Subscription Has Been Created**

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:    support@worthpoint.com

Date: Friday, January 22, 2016, 2:25 PM EST

To The Worthpoint Staff,

I found this link to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and profession: Worthpoint to see the value of this painting.    The worth is $181.50 .  See below

**1)Who is responsible for posing "1972 Original Oil Painting  man with Red Umbrella signed Annamarie Trombetta" information or website ??**

**2)Can I have the name of the person who is the Worthpoint webmaster??**

**3)Can I have the name of the person who posted this information?**

**4) Who was the seller??  I called eBay and they do not have the information?  Does Worthpoint have this information??**

**5)  Please confirm if your website was last update on** Updated Date: 30-apr-2013--see below

**6) Why do you state that there are 12 photos in the description. Below is the text that is on the page for this painting.   I only signature   --see below**

**7) Kindly forward any information that you have regarding this painting .**

**Thankyou for your anticipated cooperation.**

>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition - DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To the style of Andre Kohn.

1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

HOME > WORTHOPEDIA™ >
1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA
YQZ

## 1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED ANNAMARIE TROMBETTA YQZ

2)Can I have person who : information'

SOLD FOR:

$181.50

ITEM CATEGORY:

SOURCE:

eBay

Items in the Worthopedia are obtained
exclusively from licensors and partners
solely for our members' research needs.

Flag item for content or
copyright

SOLD DATE:

Dec 01,2012

CHANNEL:

Online Auction

Domain Name: WORTHPOINT.COM

Registrar: GODADDY.COM, LLC

Sponsoring Registrar IANA ID: 146

Whois Server: whois.godaddy.com

Referral URL: http://registrar.godaddy.com

Name Server: NS1.P24.DYNECT.NET

Name Server: NS2.P24.DYNECT.NET

Name Server: NS3.P24.DYNECT.NET

Name Server: NS4.P24.DYNECT.NET

On Friday, Januar
WorthPoint <supp

Dear Annamar

I would like to
recent decisior
product and w
WorthPoint co
this company i
provide an eas
the value of ev
beloved items
closets. I am n
become the la
world for this t
our product fa

-> About 300

1/2

Yahoo Mail – Re: Welcome to WorthPoint – Your Subscription Has Been Created

Plaintiff 000022

(2)

## Re: Welcome to WorthPoint - Your Subscription Has Been Created

From:  WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To:  trombettaart@yahoo.com

Date:  Friday, January 22, 2016, 02:27 PM EST



## Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** | Jan 22, 2016 02:26PM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

Yahoo Mail - Fw: Welcome to WorthPoint - Your Subscription Has Been Created      **Plaintiff 000023**      8/10/20, 9:14 AM

## Fw: Welcome to WorthPoint - Your Subscription Has Been Created

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:   WorthpointSupport@

Date: Monday, January 25, 2016, 06:33 PM EST

*Jan 25 2016 (3)*

*EXHIBIT #20*

Within this e-mail are several questions that I am requesting are answered as soon as possible.
I sent this to you on Friday January 22, 2016.

To The Worthpoint Staff,
I found this link to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and professional links.  I signed on to Worthpoint t₀
painting.  The worth is $181.50 . See below

1)Who is responsible for posing "1972 Original Oil Painting  man with Red Umbrella signed Annamarie Trombetta" information on Worthpoint.com website ??
2)Can I have the name of the person who is the Worthpoint webmaster??
3)Can I have the name of the person who posted this information?
4) Who was the seller??  I called eBay and they do not have the information? Does Worthpoint have this information??
5)  Please confirm if your website was last update on Updated Date: 30-apr-2013--see below
6) Why do you state that there are are 12 photos in the description. Below is the text that is on the page for this painting.  I only see a photo of a signature   --see belo₁
7) Kindly forward any information that you have regarding this painting .
Thankyou for your anticipated cooperation.
>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition
- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could be a w
umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eye
the style of Andre Kohn.


1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™ ▾

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...


On Friday, January 22, 2016 2:27 PM, WorthPoint Customer Support <support@worthpoint.desk-mail.com> wrote:


### Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** | Jan 22, 2016 02:26PM EST
Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional
to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607

Plaintiff 000024

## Re: Fw: Welcome to WorthPoint - Your Subscription Has Been Created



From:  WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To:  trombettaart@yahoo.com

Date:  Monday, January 25, 2016, 06:34 PM EST

## Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** | Jan 25, 2016 06:33PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

Plaintiff 000025

Yahoo Mail - Re: Fw: Welcome to WorthPoint - Your Subscription Has Been Created

**Re: Fw: Welcome to WorthPoint - Your Subscription Has Been Created**

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:   support@worthpoint.desk-mail.com

Date: Friday, January 29, 2016, 4:58 PM EST

EXHIBIT #20

I have contacted Worthpoint by phone and spoke with Anita on Friday January 22nd .  I sent e-mails three times  with a host of questions found under my name.
I am requesting answers to the questions listed below.
Sincerely,
Annamarie Trombetta

(5)

Ticket #56607:

Within this e-mail are several questions that I am requesting are answered as soon as possible.
I sent this to you on Friday January 22, 2016.

To The Worthpoint Staff,
I found this link  to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and profession:
Worthpoint to see the value of this painting.    The worth is $181.50 .  See below

**1)Who is responsible for  posing "1972 Original Oil Painting  man with Red Umbrella signed Annamarie Trombetta"  information or website ??**
**2)Can I have the name of the person who is the Worthpoint webmaster??**
**3)Can I have the name of the person who posted this information?**
**4) Who was the seller??   I called eBay and they do not have the information?  Does Worthpoint have this information??**
**5)  Please confirm if your website was last update on** Updated Date: 30-apr-2013--see below
**6) Why do you state that there are are 12 photos in the description. Below is the text that is on the page for this painting.   I only signature    --see below**
**7) Kindly forward any information that you have regarding this painting .**
**Thankyou for your anticipated cooperation.**
>>>>>- UP IN THIS AUCTION <<<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition
- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could
umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To the style of Andre Kohn.

1972 Original Oil Painting Man With Red Umbrella Signed ...

www.worthpoint.com › Worthopedia™

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
Sold for: Start Free Trial or Sign in to see what it's worth. Item Category: ...

On Monday, January 25, 2016 6:34 PM, WorthPoint Customer Support <support@worthpoint.desk-mail.com> wrote:

Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Create

**WorthPoint** | Jan 25, 2016 06:33PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any addi
to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607

[jc768dff0c36a12e30ef15c03f2719f82eeb0476-0205860998]

Plaintiff 000026

## Re: Fw: Welcome to WorthPoint - Your Subscription Has Been Created



From:  WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To:  trombettaart@yahoo.com

Date:  Friday, January 29, 2016, 05:00 PM EST

EXHIBIT #20

### Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** |  Jan 29, 2016 04:59PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

1/10/2020                                   Yahoo Mail - Fw: Fw: To Gregg or Anita

**Plaintiff 000027**

**Fw: Fw: To Gregg or Anita**

From: Annamarie Trombetta (trombettaart@yahoo.com)

To: support@worthpoint.com

Date: Monday, February 1, 2016, 4:40 PM EST

EXHIBIT#20

(7)

I have been forwarding this e-mail with questions to you since January 22nd.  I am trying to find out some information regarding a paintir
Worthpoint.com

Within this e-mail are several questions that I am requesting are answered as soon as possible.
I sent this to you on Friday January 22, 2016.

To The Worthpoint Staff,
I found this link to Worthpoint under Artist Annamarie Trombetta. The link 1972 is associated with several of my personal and profession:
Worthpoint to see the value of this painting.     The worth is $181.50 .  See below

**1)Who is responsible for  posing "1972 Original Oil Painting  man with Red Umbrella signed Annamarie Trombetta"  information or
website ??**
**2)Can I have the name of the person who is the Worthpoint webmaster??**
**3)Can I have the name of the person who posted this information?**
**4) Who was the seller??   I called eBay and they do not have the information?  Does Worthpoint have this information??**
**5) Please confirm if your website was last update on** Updated Date: 30-apr-2013--see below
**6) Why do you state that there are are 12 photos in the description. Below is the text that is on the page for this painting.   I only
signature   --see below**
**7) Kindly forward any information that you have regarding this painting .**
**Thankyou for your anticipated cooperation.**
>>>>> UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta New York Listed Artist - Shabby Chic Condition
- DESCRIPTION - Please be patient there are 12 photos to be loaded in this auction. Up in this auction is a wonderful and delightful oil on canvas painting of a man (I guess it could
umbrella. This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To
the style of Andre Kohn.

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾

**1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.**
Sold for: Start Free Trial or Sign In to see what it's worth. Item Category: ...

On Friday, January 29, 2016 5:00 PM, WorthPoint Customer Support <support@worthpoint.desk-mail.com> wrote:

## Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Create

**WorthPoint | Jan 29, 2016 04:59PM EST**

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any addi
to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

[[c768dfffcc36a12e30ef15c05f2719f62ecb5676-620588658]]

Yahoo Mail – Re: Fw: Fw: To Gregg or Anita

Plaintiff 000028

## Re: Fw: Fw: To Gregg or Anita

From: WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To: trombettaart@yahoo.com

Date: Monday, February 1, 2016, 04:42 PM EST



EXHIBIT
#20
(8)

## Ticket #56607: Re: Welcome to WorthPoint - Your Subscription Has Been Created

**WorthPoint** | Feb 01, 2016 04:41PM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

Plaintiff 000028 B 2nd Takedown Ticket

## Re: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

From:  WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To:      trombettaart@yahoo.com

Date:   Saturday, February 20, 2016, 10:25 AM EST

EXHIBIT 20 (9)

## Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

Plaintiff 000029

## Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

From: Annamarie Trombetta (trombettaart@yahoo.com)

To:     will@worthpoint.com

Cc:     support@worthpoint.com

Date:  Saturday, February 20, 2016, 10:24 AM EST

EXHIBIT
#20

Dear Mr. Seippel and Mr. Watkins,

Allow me to introduce myself to you Mr. Seippel. I am professional artist Annamarie Trombetta. I as well as other people found a listing for a painting entitled 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta. This is not one of my paintings. There is a photo of a signature A. Trombetta with the eBay logo and Copyright symbol written "Copyrighted work licensed by Worthpoint " with your company logo in yellow next to it. This is not my signature. **Please see attachments.**

On February 3, 2016 I spoke with Mr. Gregory Watkins. Mr. Watkins also stated that you were at a conference in Las Vegas. I asked Mr. Watkins certain questions regarding the artwork falsely attributed to me. I requested that he e-mail me his answers regarding these questions that I had about this artwork on Tuesday February 3, 2016. Today is February 20, 2016 and nothing has been forwarded to me. I have contacted eBay several times prior to contacting your company.

EBay stated that they do not have the name of the seller nor the name of the buyer or the listing for this painting. Ebay expressed several times to me that I need to contact Worthpoint since the listing is on your site..

There are still listing for Worthpoint.com under my name. Under google search for the painting "1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta there is a link entitled **Marilyn Monroe 1988 Vintage Michael Ochs Archive and also Thomas Kinkade .** Both Worthpoint sites list 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta which is why they are surfacing under my name and under 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta.

When I spoke to Mr. Watkins on the phone on February 2, 2016 I asked Mr. Watkins the following questions and asked him to forward me the information which he has not done. I have contacted you in order to have these questions answered please:

1) HOW did your company obtained this information -listing for " 1972 Original Oil Painting Man with Red Umbrella signed Annamarie Trombetta "?
2) Can you forward me the name of the seller?
3) How long has this link been on your site?? The date of the sale is from December 1, 2012. I will assume from December 1, 2012 and Mr. Watkins agreed during our phone conversation on February 3,

EXHIBIT

Plaintiff 000030

2016.

4) Who owns this painting?? The description is a damaged painting. It also states that there is a signature in RED on the back of the stretcher. This signature is outside of the photo of a signature A.Trombetta. The painting is dated 1972--Do you know how old I would have been at the time the painting has been dated?

5)Who provided you with the photo of the signature A.Trombetta? Again I assure it is not my signature.

6) The Worthpoint description of this painting states that there are are 12 photos. Below is the text that is on the page for this painting. Where did you get my biography?? It is so specific it is definitely mine.

7) I did sign up for the Free Trial in order to obtain the information below. If there is a purchase price of $181.50 duly documented and listed there was a financial transaction and there should be a receipt of payment for this item. May I have this information as well?

Kindly forward any information that you have regarding this painting .

Attached is a printout from February 2016 which lists items and links that are on Worthpoint.com These items are listed with my unrelated personal and professional links. I have no association to the Worthpoint.com company---data base nor the artwork that is associated with these link. Please review. I am requesting that you kindly remove your links since they have no relation to my personal and professional credentials.

Sincerely,
Annamarie Trombetta
1972 ORIGINAL OIL PAINTING MAN WITH RED UMBRELLA SIGNED
ANNAMARIE TROMBETTA YQZ

- **SOLD FOR:**
- $181.50
- **ITEM CATEGORY:**
-
- **SOURCE:**
- eBay
- **SOLD DATE:**
- Dec 01,2012
- **CHANNEL:**
- Online Auction

This is by Annamarie Trombette. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The nature of an artist's life, creativity and growth may be synonymously expressed in the image of an archetypal tree. Beginning with the earthly descendent roots the artist like the tree branches out into its surrounding environmental and celestial world. Both ascend and descend, widening their girth of consciousness while producing visual imagery, weathering each season of change. Thus, I believe it is the nature of the artist and of nature itself to regenerate and manifest. All of the imagery in this catalog

EXHIBIT

Plaintiff 000031

was either created en plein air or from the subject directly. My journey to becoming an artist began many years ago. The consanguineous roots of my Italian family tree provided me with an innate constitution for my artistic profession. When I was a tiny seed of contemplative thought, my artistic nature began to sprout interest while gazing up at the ceiling paintings in a neighborhood church named Regina Pacis, meaning Queen of Peace. The church located in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and incorporates architectural elements for the façade and the belfry that are of Italianate design. Before the age of three I was able to surmise that the church in the ceiling painting was indeed the church I was in. The visual stimulation was a form of education. It fostered my sense of perception which became my strongest mode for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At this time it was a scenic field of luminosity, lush vegetation and a harbor view complete with sail boats and small yachts. A few years after we moved my tree of life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time...

1972 Original Oil Painting ---Worthpoint Fraudulent Signature.png
576.1kB

Fraudulent Signature of A.Trombetta Copyrighted work licensed by Worthpoint.png
585.2kB

Listing under 1972 Original Oil Man w:Red Umbrella:signed Annamarie Trombetta.jpg
2.2MB