UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ANNAMARIE TROMBETTA,

       Plaintiff,

 -v-                                                          No.  18-CV-993-LTS-SLC

NORB NOVOCIN, MARIE NOVOCIN,
ESTATE AUCTIONS, INC., AND
WORTHPOINT CORPORATION                               <u>Order</u>

       Defendant.

-------------------------------------------------------x

       The Court has reviewed the parties' submissions in docket entry nos. 510, 511, 512, and 513.  To the extent that Plaintiff requests expedited ruling on the pending motions concerning the admissibility of testimony from her proposed expert witnesses at trial, that request is denied.  Those motions (docket entry nos. 400, 403, and 429 (the "Evidentiary Motions")) shall be considered in the first instance, if at all, as relevant to the pending motions for summary judgment.  As to Defendant's request that the Court not consider allegations contained within Plaintiff's letter at docket entry no. 510 in resolving the Evidentiary Motions, that request is granted, as Plaintiff did not request leave to file a sur-reply.  As to Defendant's request that the Court permit Defendants not to respond to future submissions by Plaintiff unless directed by the Court to do so, that request is granted, and the Court will presume the allegations contained within any such future submission are disputed by Defendants.  Plaintiff is reminded that she must consult with opposing parties before filing any submission with the Court, pursuant to Judge Swain's individual rules of practice.  See Individual Practices of Judge Laura Taylor Swain, Rule A(1)(b).

This case remains referred to Magistrate Judge Sarah Cave for General Pretrial Management.  This order resolves docket entry nos. 510, 511, 512, and 513.

SO ORDERED.

Dated: New York, New York
July 5, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge