# EXHIBIT #1

## EMAILS TO AND FROM

## PLAINTIFF ANNAMARIE TROMBETTA

## AND ART APPRAISER GAYLE SKLUZACEK

1-June 15, 2022 From Ms. Skluzacek
2-Sept. 9, 2022 To Ms. Skluzacek
3-Sept.12,2022 To Ms. Skluzacek
4-Sept. 12, 2022 From Ms. Skluzacek
5-Sept. 16, 2022 From Ms. Skluzacek
6-Oct. 2, 2022 To Ms. Skluzacek
7-Dec. 6, 2022 From Ms. Skluzacek
8-Jan. 20, 2023 From Ms. Skluzacek
9-Feb. 10 2023 To Ms. Skluzacek

February 21, 2023 Letter to the Court From Ms. Skluzacek

EXHIBIT #1-1

Annamarie Trombetta <artofannamarie@gmail.com>

## Hi from Gayle

**gskluzacek (Gayle Skluzacek)** <gskluzacek@aol.com> Wed, Jun 15, 2022 at 10:08 AM
Reply-To: "gskluzacek (Gayle Skluzacek)" <gskluzacek@aol.com>
To: artofannamarie@gmail.com

Hi Anna Marie!
My office sent your message. Whats going on with the case?

I have had laryngitis for the past 2 days (bad cold) and it hurts to talk. May I call you on Friday? What number?

Best regards, Gayle

  Gmail - Annamarie Trombetta--Checking in about Expert Witness

Annamarie Trombetta <artofannamarie@gmail.com>

## Annamarie Trombetta--Checking in about Expert Witness

**Annamarie Trombetta** <artofannamarie@gmail.com> Fri, Sep 9, 2022 at 3:49 PM
To: "gskluzacek (Gayle Skluzacek)" <Gskluzacek@aol.com>

Dear Gayle,

I hope that you had a refreshing trip. Usually when one returns from such a long vacation it is difficult to get back to one's routine.

Welcome back and I hope that the news about the Queen was not upsetting. (I on the 8th of September). The passing of time and people is a constant in life--one that you really never get used to and I think that is healthy and a sign of sensitivity.

I am contacting you with unpleasant news. I did not paint this oil and in 2015 the willful reluctance and wall that I faced then is the same with WorthPoint now. It is repeated in this lawsuit.

I am sorry to say I need to know if you can be an Expert Witness. I am surprised they did not contact you as they did to my other witnesses who issued letters on my behalf as proof of their involvement. By this I mean a friend who contacted G-Suite--and Google in 2015 when I was trying to figure out how to remove this false and harmful internet link from under my name. In short, google at that time was not able to assist. Only the website or the webmaster can remove information off their website which in turn is on the internet. Hostage then and Hostage now. BTW --since February I was asked to write a Settlement Letter which gives a synopsis of my actions and timeline. It might be helpful to send it to you if you are on board.

Please let me know if I can contact you or if you can contact me over the weekend.

With Appreciation,
Annamaire Trombetta
Tel (212) 427-5990

EXHIBIT #1

1

Annamarie Trombetta <artofannamarie@gmail.com>

## Annamarie Trombetta---Expert Witness

**Annamarie Trombetta** <artofannamarie@gmail.com> Mon, Sep 12, 2022 at 11:57 AM
To: appraisersaha@gmail.com

Dear Gayle,

I am contacting you regarding my legal case. The last time we spoke on the phone and emailed you were about to go away on holiday. I believe you said you were back on September 8, 2022.

I just need to confirm with you and will need your CV for this case.

Please let me know your thoughts.
With Appreciation,
Annamarie Trombetta

EXHIBIT #1

3

 Annamarie Trombetta <artofannamarie@gmail.com>

## Annamarie Trombetta---Expert Witness

**Abigail Hartmann** <appraisersaha@gmail.com>
To: Annamarie Trombetta <artofannamarie@gmail.com>

Mon, Sep 12, 2022 at 12:46 PM

Here is my CV
[Quoted text hidden]

**Gayle-A Full Resume 2022.pdf**
106K

EXHIBIT #1
#4



Annamarie Trombetta <artofannamarie@gmail.com>

## Annamarie Trombetta---Expert Witness

**Abigail Hartmann** <appraisersaha@gmail.com> Fri, Sep 16, 2022 at 6:58 AM
To: Annamarie Trombetta <artofannamarie@gmail.com>

Annamarie, I am teaching on Tuesday and Wednesday next week at the appraisers office. I will NOT be there on Monday as we discussed.
Sorry, Gayle
[Quoted text hidden]

#1
EXHIBIT (#5)

EXHIBIT #1

Annamarie Trombetta <artofannamarie@gmail.com>

6

## Annamarie Trombetta

**Annamarie Trombetta** <artofannamarie@gmail.com>
To: "gskluzacek (Gayle Skluzacek)" <Gskluzacek@aol.com>

Sun, Oct 2, 2022 at 1:53 PM

Hi Gayle ,

I hope this email finds you in better health and good spirits. I hope that your daughter and your husband have recovered from Covid.

Pardon my delay in getting back to you. On the day I was deposed on August 30th 2022 I was improperly served a summons and complaint from WorthPoint Corporation located in the state of Georgia who is the internet company that kept reposting the false claim and attribution that I painted in 1972 Painting that I did not create or sign.

I did contact the Court in Georgia and the Affidavit of Service claimed that the process server spoke with me which was impossible since I was on the phone. I submitted an Affidavit with my proof of a phone call etc.

[illegible] or make a proposed amended complaint. My opponent WorthPoint in the legal document on page 2 of the Georgian Complaint wrote the WRONG date and WRONG YEAR for the service of mail.

The point is ----- the root cause and basis of my lawsuit is the false information purported by WorthPoint on the internet. My new evidence is proof that no matter what the year----or the location of the Court ---or whether it is the internet link or a legal document filed in a Court in the State of Georgia---Will Seippel and Worth Point have once again purported FALSE INFORMATION.

See No. 10 which states I filed my Amended Complaint on Jan. 17, 2020. On the same page WorthPoint claims they received my certified mail for the summons and complaint on Jan. 1, 2020 which is New Year's day plus the year should be 2021 Also the date of Jan. 4th of 2020 is the wrong year as well.

I hope to have a Meet and Confer- with the Defendants attorneys --either on Monday or Tuesday .

Please let me know your schedule mid or at the end of the week.
With Appreciation,
Annamarie Trombetta
Tel (212) 427-5990

**F Mot.to DISMISS EXHIBIT F Seippel Complaint Page 3 No. 10 No. 11 and No. 15 WRONG FACTS.pdf**
764K



EXHIBIT #1  #7

Gmail - Past Appraisal Letter

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## Past Appraisal Letter

**Abigail Hartmann** <appraisersaha@gmail.com>  
To: Annamarie Trombetta <atrombettaart@gmail.com>

Tue, Dec 6, 2022 at 10:23 AM

Hi Annamarie, unfortunately due to our workload, I cannot complete a report by you 12/12 deadline. We are completely booked until at least early January.
Best wishes, Gayle Skluzacek
[Quoted text hidden]



EXHIBIT #1

Annamarie Trombetta <atrombettaart@gmail.com>

**Schedule report**
1 message

**gskluzacek (Gayle Skluzacek)** <gskluzacek@aol.com> Fri, Jan 20, 2023 at 1:20 PM
Reply-To: "gskluzacek (Gayle Skluzacek)" <gskluzacek@aol.com>
To: atrombettaart@gmail.com

8

Dear Annamarie,
As mentioned, I have taken on other assignments since you contacted me on Nov. 1st.

In addition to my teaching schedule, I have a 1/25 deadline for large appraisal, followed by a 4 day trip to Florida scheduled for January 26-29, then another deadline in mid February. The earliest I could look at doing your report would be February 15.

I am sorry that I cannot be more accommodating.

Gayle

Gayle Skluzacek, AAA
Fine and Decorative Art Services
415 Central Park West, Fifth Floor
New York, New York 10025
Tel: 212-316-5406
Cell: 917-301-2243
www.abigailhartmann.com

EXHIBIT #1

Annamarie Trombetta <atrombettaart@gmail.com>

(9)

## Annamarie Trombetta-- Need Report ASAP

**Annamarie Trombetta** <atrombettaart@gmail.com> Fri, Feb 10, 2023 at 7:39 AM
To: gskluzacek@aol.com

Dear Gayle,
I am contacting you with a request for an immediate response. I called you on Wed. Feb. 8, 2023 in response to the email I received on the same date from the Defendants' attorneys.

I do know that you did receive health news that is a priority. However the Defendants are trying to block my expert witnesses.

I need to submit your report as soon as possible. Please Contact me immediately.

(212) 427-5990
Sincerely,
Annamarie Trombetta

Below is an email sent to me on Wed --which is whenI called you. Kindly call today ASAP

Farmer, Jana S. <Jana.Farmer@wilsonelser.com>
Wed 2/8/2023 10:54 AM
To: You; ajd@hoganduff.com
Cc: Bialek, Adam; Farmer, Jana S.

Ms. Trombetta and Mr. Duff,

We have not received any rebuttal expert reports by the February 7, 2023 deadline and we therefore understand that not such reports were served.
WorthPoint has not served any rebuttal expert reports given that no other party served any Rule 26 expert disclosures to which a rebuttal report may be submitted. The report of WorthPoint's expert Stricchiola, which was served on January 19, 2023, had already addressed the earlier O'Leary report.

https://mail.google.com/mail/u/0/?ik=fd353d6ffe&view=pt&search=all&permmsgid=msg-a:r3596059306647327982&simpl=msg-a:r3596059306647327982 1/1

EXHIBIT #1

*Abigail Hartmann Associates*

Fine and Decorative Art Services
415 Central Park West - Fifth Floor
New York, New York 10025
Tele: 212-316-5406
www.abigailhartmann.com

February 21, 2023

Re: Civil Case No. 18-cv-00993-RA--HBP

To whom it may concern,

Annamarie Trombetta had asked me to provide an expert witness report to support her case. Unfortunately, I was not able to provide this document until the New Year due to my obligations to other clients. I had a medical emergency in my immediate family last week which further delayed the completion of my report for Ms. Trombetta. This sequence of events should not reflect upon nor be considered neglect on the part of Ms. Trombetta.

Sincerely,

Gayle M. Skluzacek

Gayle M. Skluzacek, AAA

EXHIBIT #1 B

Annamarie Trombetta <artofannamarie@gmail.com>

## Past Appraisal Letter

**Abigail Hartmann** <appraisersaha@gmail.com> Mon, Mar 28, 2022 at 2:46 PM
To: artofannamarie@gmail.com

Hi Annamarie,
I am reaching out today to let you know I had a chance to look through your file and did not see an ASKART bio, I believe you were interested in it for possible lawsuit purposes. If you would like, Gayle can get back to you in late April or early May to discuss your options further regarding your past appraisal letter. Your files will surely not be destroyed in the meantime. We are currently working to meet tax deadlines for other clients and appreciate your patience.

Molly Gallo
Client Services
Abigail Hartmann Associates