# EXHIBITS FOR  MOTION TO RECONSIDER/CORRECT  ECF 509

EXHIBIT # 1  Email  communication with Gayle Skluzacek RE expert witness  reports

EXHIBIT # 2 Email  communication with Dr. Jospeh Scelsa RE expert witness  reports

EXHIBIT # 3A Plaintiff 's  Dec. 8, 2022 Letter  to Court Requesting Extension in ECF 330
   3B Plaintiff 's  Dec. 16, 2022 Letter to Court  Requesting Extension in ECF 338

EXHIBIT # 4 Plaintiff's Sept 28, 2022 email to Anderson Duff.

EXHIBIT #5  Plaintiff two  exhibits "Plaintiff's  Illness  Beings Dec. 7, 2022  into late  Jan. 2023.

EXHIBIT #6  Plaintiff's Nov. 16, 2022 Email to  Settlement Lawyer and Dr.Scelsa

EXHIBIT #7  WorthPoint's List of  Rule 37 Demands due  Oct.6, 2020.

EXHBIT # 8 A Sept. 26, 2022 WorthPoint's Attorneys emails with Dangerous Warnings

EXHIBIT #8  B  SAME EXHIBITS  IN 493  filed on June 1, 2023

EXHBIT # 9  Oct 28, 2022  Proof of sending electronic  Raw email dated  Feb. 20, 2022  to
   Will  Seipppel   in a digital  PDF formatted  file to Defendants.

EXHIBIT # 10  Plaintiff Nov. 8, 2022 letter to the Court correction of Attorneys False
   and Incorrect Bate Stamp  Discovery  in ECF 310

EXHIBIT #11 Nov, 23 2022 Judge Cave's Order  Feb. 20, 2016 electronic email-WorthPoint

EXHIBIT #12 Nov. 23, 2022 email to Dr. Scelsa—failed  settlement talks and expert report

EXHIBIT # 13 NYLAG-emal on Expert Witness Reports due before March 1, 2023.

EXHIBIT # 14  Dr. Scelsa 's award and ceremony for his civic and cultural contributions to the
   community with Mayor Eric Adams in attendance at the ceremony.

EXHIBIT  #15  Gayle Skluzacek NYU  Adjunct Professor course curriculum art appraisals.

EXHIBIT #16  July 2023 Letter in Support by Dr. Scelsa  for Plaintiff's Motion to Change or
   Reconsider  expert witness reports

EXHIBIT #17A Plaintiff email to Defendants upon Dr. Scelsa 's report Feb. 16, 2022
   17B Plaintiff email to Defendants upon   Gayle Skluzacek report Feb. 22,2023.

EXHIBIT #18   ECF 489  page 2 Excerpt from Attorney Anderson Duff  Regarding Payment

 

EXHIBIT #4

## Re: Activity in Case 1:18-cv-00993-RA-SLC Trombetta v. Novocin et al Letter

**Annamarie Trombetta** <atrombettaart@gmail.com>
To: Anderson Duff <ajd@hoganduff.com>
Cc: "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>

Wed, Sep 28, 2022 at 7:52 AM

Mr. Duff,

On September 22, 2022 you failed to send me a copy of the letter you filed with the Court in Doc. 282  Please explain in detail why you
failed to send me a copy when I sent you an email  request  on September 23, 2022 for Doc. 282 ?  To date I still do not have a copy of your Sept. 22nd letter.

As per your request Mr. Duff that was  duly written in your email on September 26, 2022--and excerot is  below
**If you believe my clients have not fully responded to any of your discovery requests, you are required to describe them to me and let me address them before you file a related motion with the Court.**

I believe you and your client have not fully responded to my requests.  Attached are three pages of your April 2022 responses.

All Plaintiff's requests  were sent  in  February 2022, from  my first set of Interrogatories and Production of Documents   due in April 2022.
Interrogatories No. 8  was my  request for a written description and the exact  location of the signature in red on the back of the 1972 canvas.
In Plaintiff's Production of Documents for Photos was No. 1.3  I asked for the  12 photos from the EAI eBay ad
In No. 1.4  I requested Full Frontal photos  and
In No.1.5  I requested  Full Back photos etc clearly defined on  Page 6 to Page 7 .

Also on page 7,  Plaintiff requested in No. 1.6  all written proof of membership from askArt.com to verify that Norb and Marie Novocins were clients or subscribers  or were members of AskArt .  All of these requests were sent to you in February.   It is now September

Mr Duff  your  responses had  objections yet also stated that   " *Defendants will produce responsive, non-privileged documents in their possession, custody, or control if any exist*".   Please produce any and all  of the items I have requested and listed  above.
Please explain if you why you  cannot produce my requests.

I have attached your  EAI  --Defendants' Responses to Plaintiff's Interrogatories and Plaintiff's Requests for Documents and Photos.

To Reiterate:
1--I am requesting a written response to this email.    Plaintiff is requesting the production of these documents immediately, we are nearing the end of Discovery.

2--If you cannot produce my requests to  Page 6 Request No. 1.3  Page  6 Request No. 1.4  and  Page 6 Request No. 1.5   and Page 7  No.1.6
please explain why.

3-- If you fail to produce the requests at this time, Plaintiff reserves the right to prevent any further or future production of any photos or written documents in the future of this litigation.

...-....-RA-SLC Trombetta v. Novocin et al Letter

As per all the Defendants' request to Meet and Confer this week ending on the 30th of September, my schedule is fully booked.

Submitted September 28, 2022
Annamarie Trombetta





**3 attachments**

**#1  EAI Defendants Responses  First Set of  Production of Documents and Photos Page 6.pdf**
482K

**# 2 EAI Defendants Responses  First Set of  Production of Documents and Photos Page 7.pdf**
478K

**# 3 EAI Defendants Responses  First Set of Interrogatories Page 7 No.8.pdf**
519K

Exhibit # 5  Plaintiff's Illness Beginning

December 7, 2022  into late  January 2023

 

Annamarie Trombetta <atrombettaart@gmail.com>

## CV-18-00993 Plaintiff Annamarie Trombetta-Sudden Flu
1 message

**Annamarie Trombetta** <atrombettaart@gmail.com>
To: Cave NYSD Chambers <Cave_NYSDChambers@nysd.uscourts.gov>

Sun, Dec 11, 2022 at 11:48 PM

To the Honorable Judge Cave,

I am presently very ill with a stomach flu which came upon me this morning and has not improved.

May I ask for a brief extension--to recover.
My submission is due Dec 12th
however, it is difficult to stand upright

Kindly convey your decision at your earliest convenience.

Respectfully,
Annamarie Trombetta
Tel (212) 427-5990



**Northwell Health™**
Physician Partners

Name:     ANNAMARIE TROMBETTA
Address:  175 E 96TH ST APT 12R
          NEW YORK, NY  10128

MRN:        .ö5ö
DOB: 0· ,05/1963

To Whom It May Concern:

Ms. Annamarie Trombetta was seen and evaluated in the office on 1/12/23 for fatigue and possible covid related syndrome.

Sincerely,

Christine Miglino, DO

Electronically signed by : CHRISTINE MIGLINO, MD; May 16 2023  9:34AM EST (Author)



Annamarie Trombetta <atrombettaart@gmail.com>

---

# Annamarie Trombetta ---Lawsuit
3 messages

---

**Annamarie Trombetta** <atrombettaart@gmail.com>                    Wed, Nov 16, 2022 at 10:50 AM
To: ~~~~~~~~~~~ @~~~~dlaw.com>, jvscelsa@italianamericanmuseum.org

To ~~~~~ ~d Dr. Scelsa,

Thank you for taking the time to listen to my legal plight.  I appreciate the introduction to ~~Anthea~~, Dr. Scelsa and I am truly grateful for your involvement.

As I stated,  I needed to access my every changing legal situation regarding outstanding Discovery. To date, the eBay email receipt for the sale of the misattributed 1972 Oil Painting has not been produced in it's  entirety. The second Defendants (WorthPoint) have called for the full production in their Deposition which is due this week.  For the Record--I have attached it within this email if you care to review it which is not confidential.  This receipt is devoid of the gray image icon and cut off on the right side.

Last week I filed three letters with the Court in New York.  On Monday I had to file a response with the Court in the State of Georgia for a premature false filing for an entry of Motion for Default by WorthPoint for IIED.    These tasks have delayed my response and outreach in contacting to the both of yo ~~~~~~~~~~~~~~~~~ s usual i~ ~~~~~~~~~~~~~~~~~~ Court in New York, the~~~~~~~~~~ ~~~~~~~~~~ ...ng, ~~rather~~ she  scheduled a Conference call for the 23rd of November.

I will know upon the conclusion of this phone conference if I ~~want~~ ~~~~~ at settle this lawsuit and hire ~~Anthea~~ at this time.   My intuition right now is telling me that ~~without~~ the~~Proof of the eBay sale any attempts of Settlement might be premature~~.  I will know for certain on the 23rd after the Conference call.

I appreciate your patience regarding this lawsuit and what has become a true ordeal.

With Respect and Gratitude,
Annamarie Trombetta

---

 **Ebay ITem Sold for 1972 Painting**  --EAI000058-EAI000059.pdf
107K

---

~~Andrea Natale~~ <~~andrea~~@~~eng~~dlaw.com>                    Wed, Nov 16, 2022 at 10:58 AM
To: Annamarie Trombetta <atrombettaart@gmail.com>
Cc: jvscelsa@italianamericanmuseum.org



*EXHIBIT #7*

*Page 1*

September 22, 2022

**Nicole Haimson**
518.320.3608 (direct)
Nicole.Haimson@wilsonelser.com

<u>**Via E-Mail**</u>
atrombettaart@gmail.com
Annamarie Trombetta
175 East 96th Street
Apt. 12R
New York, NY 10128

Re:    *Annamarie Trombetta v. Norb Novocin, et.al.*
       Civil Action No.: 1:18-cv-00993-RA-SLC
       Our File No.: 19701.00006

Dear Ms. Trombetta,

As you are aware, our firm represents WorthPoint Corporation ("WorthPoint") in connection with the above-captioned litigation.

We write to address several deficiencies in your responses to the WorthPoint's various discovery demands. Please also consider this a request to meet and confer pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 37(a)(1), and to provide us with some dates in the next week when you are available to discuss.

<u>**WorthPoint's Demand for Documents**</u>

Apart from our prior discussions about your deficiencies, we have noted the following additional deficiencies in your responses to WorthPoint's Request for Production (where applicable, our demand is followed by the claim of your deficiency):

**The following documents you have produced appear to be incomplete and/or missing pages:**

- **Plaintiff's Google Evidence[1] 011-** pages 2-3 missing
- **Plaintiff's Google Evidence 012-** pages 2-3 missing
- **Plaintiff's Google Evidence 013-** page 2 missing
- **Plaintiff000018-** pages 1-2 and 4-7 missing
- **Plaintiff000021-** page 2 missing

---

[1] While you have named this document as evidence, WorthPoint does not concede that it is evidence in an admissible form, and our reference to the document should not be deemed as such. We are merely using your nomenclature. WorthPoint reserves the right to object to your introduction of any document that does not meet the requirements of the Federal Rules of Evidence.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Mississippi • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

**wilsonelser.com**





- **Plaintiff000037-Plaintiff000049-** page 14 missing
- **Plaintiff000051B-** page 2 missing
- **Plaintiff000052-** page 2 missing
- **Plaintiff000053-** page 2 missing
- **Plaintiff000054-** page 2 missing
- **Plaintiff000055-** page 2 missing
- **Plaintiff000056-** page 2 missing
- **Plaintiff000057-** page 2 missing
- **Plaintiff000058-** page 2 missing
- **Plaintiff000059-** pages 1 and 3 missing
- **Plaintiff000060-** page 2 missing
- **Plaintiff000062-** page 2 missing
- **Plaintiff000063-** page 2 missing
- **Plaintiff000064-** pages 2-10 missing
- **Plaintiff000065-** page 2 missing
- **Plaintiff000066-** page 2 missing
- **Plaintiff000067-** page 2 missing
- **Plaintiff000068-** page 2 missing
- **Plaintiff000069-** pages 1 and 4-7 missing
- **Plaintiff000075-** page 2 missing
- **Plaintiff000085-** incomplete, unknown number of pages missing
- **Plaintiff000087-** incomplete, unknown number of pages missing
- **Plaintiff000087 (2)-** pages 1 and 3-7 missing
- **Plaintiff000135-** page 2 missing
- **Plaintiff000140-Plaintiff000141-** pages 3-5 missing
- **Plaintiff000146-** incomplete, unknown number of pages missing
- **Plaintiff000147-** pages 2-3 missing
- **Plaintiff000148-** page 2 missing
- **Plaintiff000152-** page 2 missing
- **Plaintiff000157-Plaintiff000158-** pages 3-7 missing
- **Plaintiff000159-** pages 1-2 and 4-7 missing
- **Plaintiff000161-** incomplete, unknown number of pages missing
- **Plaintiff000162-** incomplete, unknown number of pages missing
- **Plaintiff000169-** pages 1-2 and 4-7 missing
- **Plaintiff000173-** incomplete, unknown number of pages missing
- **Plaintiff000179-Plaintiff000184-** page 4 missing
- **Plaintiff000191-Plaintiff000192-** pages 2-3 missing
- **Plaintiff000193-Plaintiff000194-** page 3 missing
- **Plaintiff000195-** page 2 missing
- **Plaintiff000200-** page 2 missing
- **Plaintiff000202-** pages 1-2 and 4-8 missing
- **Plaintiff000217-** pages 2-4 missing
- **Plaintiff000218-** pages 2-4 missing
- **Plaintiff000219-** pages 2-4 missing
- **Plaintiff000223-** page 2 missing



- 3 -

EXHIBIT #17

page 3

- **Plaintiff000227-** pages 1-3 and 5 missing
- **Plaintiff000229-** page 2 missing
- **Plaintiff000268-** pages 1 and 3 missing
- **Plaintiff000270-** page 2 missing
- **Plaintiff000271-** pages 2-3 missing
- **Plaintiff000273-** page 2 missing
- **Plaintiff000274-** incomplete, unknown number of pages missing
- **Plaintiff000277-** incomplete, unknown number of pages missing
- **Plaintiff000282-** page 2 missing
- **Plaintiff000282-** pages 2 and 4 missing
- **Plaintiff000291-** incomplete, unknown number of pages missing
- **Plaintiff000295-Plaintiff000296-** incomplete, unknown number of pages missing
- **Plaintiff000297-** page 2 missing
- **Plaintiff000306-** page 2 missing
- **Plaintiff000297-** pages 2-3 missing
- **Plaintiff000313-Plaintiff000314-** pages 2 and 4-5 missing
- **Plaintiff000317-** page 2 missing

Please produce the full and complete version of these documents as soon as possible. To the extent that Plaintiff fails to produce the complete document, we reserve the right to object to the introduction of any such document.

**Request No. 13:** Copies of Plaintiff's tax returns from 2010 to present.

**Response to Request No. 13:** You initially objected to this Request, which calls for information which is relevant and necessary for an analysis of alleged damages in this matter. To date the only tax returns you have produced are from 2000 and 2003. To the extent you are seeking damages in this lawsuit for alleged lost profits and diminution in earnings, as the Operative Complaint seems to imply, it is imperative that you provide us with your full tax returns from 2010 to present and provide us with duly executed unrestricted authorizations enabling us to inspect, examine and copy such IRS records. Further, to the extent you are in possession of such information and records and intentionally withhold same, or you attempt to introduce such damages at trial without producing the requested documentation, we will move to preclude you from relying upon any such information in motions and at trial.

**Request No. 18:** Copies of any receipts or proofs of any damages Plaintiff claims she suffered as alleged in this lawsuit.

**Response to Request No. 18:** You initially objected to this Request, which calls for information which is relevant and necessary for an analysis of alleged damages in this matter. To date, the only medical records you have produced are billing statements from Altman Physical Therapy Center and Russell Silver, MD. To the extent you are seeking damages in this lawsuit for alleged physical damages, including emotional distress, as the Operative Complaint seems to imply, it is imperative that you provide us with any medical records proving you suffered such alleged damages and provide us with duly executed unrestricted authorizations enabling us to inspect, examine and copy such records for all treating providers. In addition, we await further particularization, including medical reports, indicating the damages you claim you sustained and the causation element the physicians attribute to our client's conduct.

269380275v.1





- 4 -

*Page 4*

Further, to the extent you are in possession of such information and records and intentionally withhold same, or you attempt to introduce such damages at trial without producing the requested documentation, we will move to preclude you from relying upon any such information in motions and at trial.

We also note that we have recently forwarded to you your deposition transcript. During the deposition, we made certain requests. These requests are noted at the end of the deposition, and we request that you provide the documents and information requested.

We further note that there may be other issues with your responses and WorthPoint reserves the right to seek further responses as the need arises or becomes clear, and therefore reserves its rights accordingly.

**We request that you confirm that you will provide the requested information and documents by no later than October 6, 2022. If there is an issue in meeting this deadline or providing complete responses to the requests itemized above, please let us know when you will be available for a Meet and Confer within the next week.**

Thank you in advance for your attention and anticipated cooperation with respect to this matter. Should you have any questions or comments, please let us know.

Very truly yours,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/Nicole Haimson/*

Nicole Haimson

cc: All counsel

269380275v.1

Trombetta v. EAI et all - Copy of Docket #285   Inbox ×

Farmer, Jana S.
To me, Anderson, Adam, Nicole, Jana ▾

Mon, Sep 26, 9:02 PM (12 hours ago)

**This message seems dangerous**
Similar messages were used to steal people's personal information. Avoid clicking links, downloading attachments, or replying with personal information.

Looks safe

Dear all,

2 Attachments · Scanned by Gmail ☺

⚠ Downloading these attachments is disabled. This email has been identified as phishing. If you want to download these and you trust this message, click "Looks safe" in the banner above.

Letter to Magistr...    Activity in Case 1...

Date

Exhibit #8
Sept 26, 2022
at 9:02 PM



EXHIBIT # 8B 1

# SEPTEMBER 2022   WORTHPOINT   SENT   EMAILS TO PLAINTIFF CAUSE PLAINTIFF'S   COMPUTER   TO   FREEZE   AND UNABLE TO USE   OR SIGN OUT   OF MY GMAIL ACCOUNT   SEPT. 26, 2022,

**288**   09/28/2022   MEMO ENDORSEMENT on re: [287] Letter bringing to the Court's attention two emails sent on September 26, 2022, filed by Annamarie Trombetta. ENDORSEMENT: The Court cannot explain why Ms. Trombetta is receiving the warnings that appear at ECF Nos. 287-1 287-4 when Defendants attempt to send her emails related to this case, except to say that the Court does not infer any bad faith or intent by Defendants. If Ms. Trombetta does not wish to receive communications from Defendants about this case via email, she may designate another means of communication, but that is entirely her choice, and does not require the Court's involvement. The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below. Mail To: Annamarie Trombetta, 175 East 96th Street (12R), New York, NY 10128. SO ORDERED. (Signed by Magistrate Judge Sarah L Cave on 9/28/22)

## SEPTEMBER   19,   2022
# ESTATE   AUCTIONS INC. AND ATTORNEY ANDERSON DUFF FAILED TO   PRODUCE   A COMPLETE 2012   EBAY SALES RECEIPT SENT BY EBAY TO NORB   NOVOCIN ON   DECEMBER 1. 2012

**280**   09/19/2022   LETTER addressed to Judge Ronnie Abrams from A. Trombetta, dated 9/19/22 re: 1) WORTHPOINT ATTORNEYS' FILURE TO PRODUCE PLAINTIFF'S DEPOSITION TAKEN ON 8/30/22. 2)AFTER 8/30/22 DEPOSITION, PLAINTIFF WAS IMPROPERLY SERVED A SUMMONS & COMPLAINT IN GEORGIA BY WORTHPOINT CORP. WILLIAM & SHARI SEIPPEL SUBJECT OF COMPLAINT EMOTIONAL DISTRESS & HARASSMENT DUE TO PLAINTIFF'S DIRECT COPYRIGHT, VARA, DMCA INFRINGEMENT LAWSUIT 3) AS PER DOC. 268, I SEEK TO AMEND MY PROPOSED AMENDED COMPLAINT TO INCLUDE FRAUD, HARASSMENT, EMOTIONAL DISTRESS, VIOLATION OF CIVIL RIGHT FOR A FAIR TRIAL, RIGHT TO SEEK GAINFUL EMPLOYMENT. Document filed by Annamarie Trombetta.

**5 Attachments ▼**

## WORTHPOINT'S  FAILS TO PRODUCE PLAINTIFF' DEPOSITION 9/19/2022

**278**   09/16/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta, dated 9/16/212 re: 1-DEFENDANTS' FAILURE TO OBEY JUDGE CAVE'S ORDER FOR THE PRODUCTION OF RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES & PRODUCTION OF PHOTOGRAPHS & DOCUMENTS. 2-PLAINTIFF'S REQUEST TO JUDGE CAVE TO ORDER DEFENDANTS TO PRODUCE REPONSES & PHOTOS. Document filed by Annamarie Trombetta.

**1 Attachment ▼**

EXHIBIT #8B

2

**307**    10/31/2022    LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta,
dated 10/31/22 re: "MEET & CONFER ON 10/28/22 WITH DEFENDANTS;
PLAINTIFF'S 10/31/22 LETTER TO DEFENDANT'S ATTORNEYS AT 9 A.M.
REQUEST OF COMMUNICATION AT 11 AM & 1 PM & 3 PM; PLAINTIFF'S
SINGLE FILING OF LETTER TO THE COURT ON MY FACT DISCOVERY
RESPONSES." Document filed by Annamarie Trombetta.

2 Attachments ▼

# OCTOBER DEPOSITION AND DELAYS

## WORTHPOINT ATTORNEYS FAILED TO SENT SUBPOENA TO PLAINTIFF'S WITNESS VANESSA PLOSKI ON OCT. 7, 2022

## VANESSA PLOSKI DEPOSITION'S POSTPONED TO OCT. 17, 2022
## A LOSS OF 10 DAYS

### WORTHPOINT ATTORNEYS SEND SUBPOENA TO DISCARDED

**292**    10/07/2022    LETTER addressed to Magistrate Judge Sarah L. Cave from Annamarie
Trombetta dated 10/7/2022 re: Pro Se Plaintiff respectfully sets forth this
letter to inform and affirm to the Court, a pattern of willful misinformation,
intimidation and harassment repeatedly demonstrated by the WorthPoint's
attorneys.take any actions legally possible. Document filed by Annamarie
Trombetta.

1 Attachment ▼

**289**    10/06/2022    LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta,
dated 10/6/22 re: "10/4/22 MEET & CONFER - REQUEST TO UPDATE
SCHEDULE - BAD FAITH TOWARDS WITNESS" - Pro Se Plaintiff informs
the Court that this week the plaintiff requested a Meet and Confer with both
of the defendants' attorneys as per your order dated 9/27/22 in Document
287 etc. At the Meet and Confer, I did ask if the Novocin deposition that
occurred on 9/21/22 was completed. I regret to state that it is not. Plaintiff
reminds the Court that my deposition was on 8/30/22, three weeks before
the Novocin's deposition etc. Document filed by Annamarie Trombetta.

4 Attachments ▼

# NOVEMBER 2022   WORTHPOINT FALSELY CLAIMS PLAINTIFF' DISCOVERY

## WAS NOT PRODUCED
## ON NOVEMBER 16, 2022   SECOND PRODUCTION OF EAI EBAY SALES RECEIPT

**316**   11/18/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta, dated 11/18/22 re: "PLAINTIFF DECLINE TO WITHDRAW MY DISCOVERY REQUESTS TO BOTH DEFENDANTS" - I realize that both Judge Cave and Judge Abrams have other cases, yet the deliberate refusal to produce my Discovery requests has been ongoing for quite some time. Document filed by Annamarie Trombetta.

**313**   11/11/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta, dated 11/11/22 re: OUTSTANDING WORTHPOINT CORP. DISCOVERY DEFICIENCIES RULE 37 REQUESTS 1) PLAINTIFF REQUESTS FOR THE OUTSTANDING PRODUCTION FOR PROOF OF RECORDS OF EMPLOYMENT & TERMINATION DATES OF WORTHPOINT WEBMASTER GREGORY WATKINS & ANITA BROOKS. 2) PLAINTIFF'S FOURTH SET OF SUPPLEMENTAL RULE 37 LETTER - SECOND REQUEST FOR PRODUCTION. Document filed by Annamarie Trombetta.

**312**   11/10/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta, dated 11/10/22 re: OUTSTANDING DISCOVERY DEFICIENCIES BY ESTATE AUCTIONS INC. 1)OUTSTANDING PRODUCTION FOR THE FULL ESTATE AUCTIONS INC. EBAY CONFIRMATION OF THE ALLEGED SALE OF THE "1972 ORIGINAL PAINTING TITLED MAN WITH RED UMBRELLA" WHICH WAS MISATTRIBUTED AS BEING ANNAMARIE TROMBETTA; 2) PLAINTIFF'S REQUEST FROM NORB NOVICIN FOR BUYER'S SALES RECEIPT & THE FORM OF PAYMENT FOR THE 1972 OIL PAINTING SHE PURCHASED ON EBAY FROM ESTATE AUCTIONS INC. IN 2012. Document filed by Annamarie Trombetta.

`1 Attachment ▼`

**310**   11/08/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta, dated 11/8/22 re: "PLAINTIFF'S RESPONSES TO DEFENDANT WORTHPOINT'S ATTORNEY'S DISCOVERY STATUS LETTER" - Plaintiff reminds the Court that this statement was made after Plaintiff has produced in Discovery my signature in script and print around the year 1972, which conclusively proves I did not create or sign either signature which exists on the front or back of the 1972 oil painting. Document filed by Annamarie Trombetta.

`1 Attachment ▼`

# DECEMBER 2022

EXHIBIT #8B

4

## EAI FAILED TO PRODUCE  RAW   NATIVE  ELECTRONIC
## EBAY EMAIL FROM EBAY  TO NORB NOVOCIN DECEMBER 1, 2012

**320**   12/01/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta
dated 12/1/22 re: "PLAINTIFF'S FOLLOW-UP TO 11/23/22 CONFERENCE
CALL - RE DEFENDANTS EAI EVIDENCE"-This letter references and
intends to educate the Court on recent questionable information, produced
to me via email, as Defendants' evidence etc. Document filed by Annamarie
Trombetta.

[ 1 Attachment ▼ ]

**322**   12/05/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta
dated 12/5/22 re: "PLAINTIFF'S FOLLOW-UP TO 11/13/22 CONFERENCE
CALL RE WORKPOINT DEFENDANTS" - Plaintiff extends another letter to
the Court due to numerous difficulties, deficiencies and the decoding of
evidence emailed to the plaintiff by the defendants after the Conference Call
last 11/23/22. Document filed by Annamarie Trombetta.

[ 5 Attachments ▼ ]

**330**   12/08/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta
dated 12/8/22 re: APPLICATION TO THE COURT FOR AN EXTENSION
FOR EXPERT WITNESS REPORTS. Document filed by Annamarie
Trombetta.

[ 1 Attachment ▼ ]

**331**   12/09/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta,
dated 12/9/22 re: EAI FAILURE TO PRODUCE NATIVE ELECTRONIC
FULL RAW EMAIL MESSAGE ENVELOPE IN A PDF FORMAT FOR EAI
12/1/22 EBAY EMAIL SALES RECEIPT 1972 ORIGINAL OIL PAINTING
MAN WITH RED UMBRELLA. Document filed by Annamarie Trombetta.

[ 6 Attachments ▼ ]

# DECEMBER 2022

EⳤHIBIT

#8B

5

## EAI FAILED TO PRODUCE  RAW  NATIVE  ELECTRONIC
## EBAY EMAIL FROM EBAY  TO NORB NOVOCIN DECEMBER 1, 2012

**320**   12/01/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta
dated 12/1/22 re: "PLAINTIFF'S FOLLOW-UP TO 11/23/22 CONFERENCE
CALL - RE DEFENDANTS EAI EVIDENCE"-This letter references and
intends to educate the Court on recent questionable information, produced
to me via email, as Defendants' evidence etc. Document filed by Annamarie
Trombetta.

1 Attachment ▼

**322**   12/05/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta
dated 12/5/22 re: "PLAINTIFF'S FOLLOW-UP TO 11/13/22 CONFERENCE
CALL RE WORKPOINT DEFENDANTS" - Plaintiff extends another letter to
the Court due to numerous difficulties, deficiencies and the decoding of
evidence emailed to the plaintiff by the defendants after the Conference Call
last 11/23/22. Document filed by Annamarie Trombetta.

5 Attachments ▼

**330**   12/08/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta
dated 12/8/22 re: APPLICATION TO THE COURT FOR AN EXTENSION
FOR EXPERT WITNESS REPORTS. Document filed by Annamarie
Trombetta.

1 Attachment ▼

**331**   12/09/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta,
dated 12/9/22 re: EAI FAILURE TO PRODUCE NATIVE ELECTRONIC
FULL RAW EMAIL MESSAGE ENVELOPE IN A PDF FORMAT FOR EAI
12/1/22 EBAY EMAIL SALES RECEIPT 1972 ORIGINAL OIL PAINTING
MAN WITH RED UMBRELLA. Document filed by Annamarie Trombetta.

6 Attachments ▼

EXHIBIT B 6

# DECEMBER 11, 2022

## PLAINTIFF CONTACTED COURT CHAMBERS DUE  TO ILL  HEALTH

332   12/12/2022   ENDORSED LETTER addressed to Magistrate Judge Sarah L. Cave from
Annamarie Trombetta dated 12/11/22 re: requesting an extension of time.
ENDORSEMENT: On Sunday, December 11, 2022, pro se Plaintiff
Annamarie Trombetta ("Ms. Trombetta") emailed Chambers requesting an
extension of time to satisfy her obligations pursuant to the Court's scheduling
order (ECF No. 308). Ms. Trombetta's request is GRANTED, and an order
providing an extension of time to file her (i) motion to amend the complaint
and (ii) expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)
(2) shall be issued separately. Ms. Trombetta is advised that, in accordance
with the Courts Individual Rules of Practice, communications with the Court
including from a pro se party must be by letter-motion filed on the docket.
SO ORDERED. (Signed by Magistrate Judge Sarah L. Cave on 12/12/22)

339   12/16/2022   LETTER addressed to Magistrate Judge Sarah L. Cave from A. Trombetta,
dated 12/15/22 re: "PLAINTIFF'S REQUEST TO RECONSIDER
PRODUCTION FOR NATIVE ELECTRONIC MESSAGE EAI 2012 EAI 2012
EBAY SALE" - In September 2022, Plaintiff subpoenaed the person in
possession of the painting. The red signature is locate midway on the top
stretch er box. A supporting fact that a nine year old could not sign on the
top stretcher bar. On 11/23/22, the Court ordered Plaintiff's simple request
for one exported PDF Original Message. I explained then how to export the
Original message t PFF. Why is Mr. Duff willfully avoiding production?

2 Attachments ▼

**RAW META DATA EMAIL dated February 20, 2016 from Plaintiff to WorthPoint @ TWO email addresses**

## Annamarie Trombetta <annamarietrombettalegal@outlook.com>

Fri 10/28/2022 2:31 PM

To: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Adam Bialek <adam.bialek@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>; ajd@hoganduff.com <ajd@hoganduff.com>

▌ 1 attachments (4 MB)
**February 20, 2016 Email from Annamarie Trombetta to Will Seippel rawplaintext.txt.pdf;**

Attached is the PDF version of the RAW  TEXT and Meta Data  email to Will Seippel and Greg Watkins dated February 20, 2016.

EXHIBIT # 9 A

Date Oct. 28, 2022

EXHIBIT #11

**319**   **11/23/2022**   ORDER: Pursuant to the telephonic discovery conference held today, November 23, 2022 (the "Conference"), the Court orders as follows: 1. Defendants Norb Novocin, Marie Novocin, and Estate Auctions Inc. (together, the "EA I Defendants") shall produce to pro se Plaintiff Annamarie Trombetta ("Ms. Trombetta"), the following: a. the eBay receipt of the 2012 sale of the 1972 original oil painting, in the native electronic format; and b. documentation of the medium by which the transaction occurred (i.e., Paypal, credit card, check, etc.), to the extent such information exists. 2. Defendant Worthpoint Corporation ("Worthpoint," together with the EAI Defendants, the "Defendants") shall produce to Ms. Trombetta the last known contact information for Greg Watkins and Anita Brooks. 3. Ms. Trombetta's request for EAI's 2012 tax returns and information relating to its computer server i s DENIED. 4. As a result of Ms. Trombetta's representations at the Conference concerning the damages she is seeking in this action, Worthpoint's requests for Ms. Trombetta's tax and medical records, and sales records from 2018 thro ugh 2021, are DENIED WITHOUT PREJUDICE. 5. Ms. Trombetta shall produce to Defendants, the following: a. the February 20, 2016 email and attachments in native electronic format; and b. all communications Ms. Trombetta has had with any non-party witnesses relevant to the claims or defenses in this action. 6. The parties shall produce the documents set forth in this Order by no later than December 2, 2022. 7. Defendants shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to: etranscripts@nysd.uscourts.gov by Monday, November 28, 2022. The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below. SO ORDERED. (Signed by Magistrate Judge Sarah L Cave on 11/23/2022)

Second Defendant's Request
Electronic Email Feb 20, 2016

# EXHIBIT # 10

SEE DIGITAL FILE

Plaintiff Nov. 8, 2022 letter to the Court
correction of Attorneys False and Incorrect

Bate Stamp Discovery in

ECF 310

 **Gmail**

Annamarie Trombetta <artofannamarie@gmail.com>

---

### Annamarie Trombetta

---

**Annamarie Trombetta** <artofannamarie@gmail.com>
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>

Wed, Nov 23, 2022 at 1:15 PM

*Email After Nov 23 Call*

Hello Dr. Scelsa,

I wanted to wish you a Happy Thanksgiving . I also wanted to touch base
with you about my case.

 At the end of the Conference Call today I mentioned a Settlement Conference to the Judge and both Defendants declined
any offers.

I also stated to the Judge that the Expert witness reports which are due on December 12, 2022 but that with the Holiday
Season this may not be possible.
I have to make an application to the Court for an extension.

When you can please call me to discuss the production of the report.
With Appreciation,
Annamarie Trombetta
Tel (212) 427-5990

*EXHIBIT #12*



EXHIBIT #3

Gmail - Translation of Judge Cave's Order

 **Gmail**

Annamarie Trombetta <artofannamarie@gmail.com>

---

## Translation of Judge Cave's Order

Annamarie Trombetta <artofannamarie@gmail.com>                                          Tue, Jan 24, 2023 at 9:54 PM
To: ~~Hans Romo~~ <~~hromo~~@nylag.org>

Hello ~~Hans~~.

I am in need of a translation of Judge Cave's new Order.
I filed a letter on Jan. 23, 2023 Doc 359 .
I had asked the Judge if I can submit my expert witness reports. I have
read her Order 3 times and still am not clear. I believe Judge Cave will allow me
to submit my expert witness reports. I do not know when I have to submit my expert reports and how much time is
needed for the Defendants would need to respond.

I looked up Dauberts Motions --- It is raised before or during trial, to exclude the presentation of unqualified evidence to
the jury. Daubert motion is used to exclude the testimony of an expert witness does not possess the requisite level of
expertise or used questionable methods to obtain data.

I could you a phone call to review what is needed and how to avoid problems.
**The parties will simultaneously exchange rebuttal expert disclosures required by Federal Rule of
Civil Procedure 26(a)(2) on Tuesday, February 7, 2023**

**Please explain and or if possible schedule a phone call.
With Appreciation,
Annamarie Trombetta
Tel 212 427-5990**

361.   **ORDER terminating [360] LETTER MOTION for Conference to preclude expert, extend expert discovery
deadline, to preclude claim of emotional distress and respond to court order (Dkt. 358) and plaintiff's
letter (Dkt. 359) addressed to Magistrate Judge Sarah L. Cave. The Court is in receipt of pro se Plaintiff
Annamarie Trombetta's ("Ms. Trombetta") letter dated January 23, 2023, (ECF No. 359), and Defendant
WorthPoint's letter dated January 24, 2023, (ECF No. 360), and orders as follows: 1. All discovery,
including expert discovery, shall be completed by Wednesday, March 1, 2023. By Wednesday, March 8,
2023, the parties shall file a joint-letter (i) certifying the completion of all discovery, and (ii) stating which
dispositive motions, if any, each party intends to file. 2. Depositions of experts shall be completed by
Wednesday, March 1, 2023. 3. The parties will simultaneously exchange rebuttal expert disclosures
required by Federal Rule of Civil Procedure 26(a)(2) on Tuesday, February 7, 2023. 4. Any applications to
exclude expert testimony (i.e., Daubert motions), may be appropriately raised after the parties have
completed expert discovery. The Clerk of Court is respectfully directed to (i) close ECF No. 360, and (ii)
mail a copy of this Order to Ms. Trombetta at the address below. SO ORDERED. Mail To: Annamarie
Trombetta, 175 East 96th Street, Apt 12R, New York, New York 10128. (Signed by Magistrate Judge Sarah
L Cave on 1/24/2023) (filed: 01/24/2023)**



EXHIBIT #13

*From NYLAG*

Annamarie Trombetta <artofannamarie@gmail.com>

## Translation of Judge Cave's Order

Hans Romo <HRomo@nylag.org>
To: Annamarie Trombetta <artofannamarie@gmail.com>

Mon, Jan 30, 2023 at 3:51 PM

Hi Ms. Trombetta,

You should make your expert disclosures as soon as possible to make sure that expert depositions can take place by the March 1 deadline.

The rebuttal expert disclosures are those discussed in Rule 26(a)(2)(D)(ii). They are for any expert testimony you will offer to rebut expert testimony that the other side has disclosed.

Dispositive motions are those that would decide the case. Here, that likely means motions for summary judgment. You do not need to file the actual motion on March 8. You only need to tell the judge if you're going to move for summary judgment on that date.

-Hans

Hans Romo
Staff Attorney, S.D.N.Y. Pro Se Legal Clinic
New York Legal Assistance Group
(212) 659-6192

From: Annamarie Trombetta <artofannamarie@gmail.com>
Sent: Friday, January 27, 2023 10:09 AM
To: Hans Romo <HRomo@nylag.org>
Subject: Fwd: Translation of Judge Cave's Order

[Quoted text hidden]

*This email, including any attachments, may contain information that is legally privileged and/or confidential. If you are not the person this email was intended to reach, then do not share, distribute, or copy it. Please notify the person who sent this email immediately and then delete the email, including any attachments.*







EXHIBIT # 15





# GAYLE SKLUZACEK

## ADJUNCT ASSISTANT PROFESSOR

Gayle Skluzacek is the president of the full-service appraisal firm Abigail Hartmann Associates, which specializes in fine and decorative arts, wine, and jewelry. It has catalogued important collections, estates, and archives; identified lost masterpieces; served as an art/personal property expert in court cases; and worked closely with major museums in their art acquisition programs. Skluzacek was the first certified wine appraiser accepted by a major appraisal association in the U.S. She is also a certified appraisal member in American Art and Prints. Through NYU and the AAA, Skluzacek coauthored the first course on uniform standards of professional appraisal practice for personal property appraisers in the U.S. She served on the board of directors of the AAA from 1992 to 2010 and was its president from 2000 to 2002. In 2015 she was awarded its Director's Award for her service to the appraisal profession.

PAST COURSES

# ITALIAN
# AMERICANN

## M U S E U M

Ex# 16 A

RE: Expert Witness Testimony for Artist Annamarie Trombetta Case :0993

Joseph V. Scelsa, Ed.D.

Founder and President

jvscelsa@
italianamericanmuseum.org

T 212 965 9000
C 917 642 4922

151 Mulberry Street
New York, NY 10013

July 3, 2023

To the Honorable Chief Judge Laura Taylor Swain:

I am writing on behalf of artist, Annamarie Trombetta who had a solo exhibition at the Italian American Museum (IAM) in 2015. Ms. Trombetta has unfortunately been misattributed as the artist who painted a damaged oil painting, allegedly created in 1972. She could not have painted this painting since she was a small child. What makes this claim even more ridiculous is the size of the damaged painting which is roughly four feet high, taller than her size at that age.

It behooves me to inform Your Honor that these companies also associated the Italian American Museum with their fraudulent painting. Annamarie's 2015 exhibit at IAM was linked to this fraudulent internet listing. As the director of the Museum, I find such associations to be unethical aside from being false and unwanted.

I have written many letters on behalf of Ms. Trombetta regarding this prolonged legal matter and find the extent of work imposed on Ms. Trombetta to be excessive and harmful to her health. I have been counseling her by phone and I am concerned for her well being as I am a licensed Mental Health Counselor in New York State.

On May 31, 2023, I wrote a letter in support, including my expert witness report that I submitted in February 2023. I did so because Ms. Trombetta and her talent have been damaged by this unfortunate internet link. I know Ms. Trombetta to be kind, patient and tolerant. She did inform me that she contacted the companies many times before her lawsuit. I support her efforts to protect her name and professional contacts which were adversely affected by this public display of a forged signature next to her biography. This type of public display can affect the prices of her artworks and her livelihood.

In my last letter, I affirmed that Ms. Trombetta was not in any way negligent in pursuing my testimony. My schedule is consistently quite full, as the Museum is

Administrative Office
1806 Hering Avenue
Bronx, NY 10461

www.ItalianAmericanMuseum.org

# AMERICAN

## MUSEUM

EX#16 B

currently under construction and I am busy preparing for its reopening, hopefully this year.

In September 2022 we did meet in person. At that time, I suggested settling her lawsuit and furnished Ms. Trombetta with the name of an attorney. She immediately contacted him. On November 23, 2022, Ms. Trombetta sent me an email updating me on her case and the need to write her report. Due to unexpected circumstances detailed in my letter dated May 31, 2023, I was unable to accommodate her deadline of December 2022. I affirm that I asked Ms. Trombetta to request an extension to fulfill the requirements for my expert witness report which are quite specific.

As a Mental Health Counselor, I impress upon the Court the anguish and stress that has been put upon Ms. Trombetta due to this fake oil painting she did not paint. It would be a great hindrance to Ms. Trombetta if I were not permitted to give testimony on her behalf. Over time, I have watched a bright talent who had a successful exhibit at my Museum, become unnecessarily saddened and burdened with problems. All of which she had no control or involvement in creating, it is a public misinformation. Ms. Trombetta is the only artist on the internet that has her name and lives in New York.

Her opponents have demonstrated cruel tactics and unethical means in order to adversely affect Ms. Trombetta's rights and personal freedom. I kindly urge the Court to permit my testimony. Ms. Trombetta has been fighting to clear her name and I applaud her efforts. My involvement is in part, due to the moral imperative that is at stake in this case. No one should claim an artist painted an oil that they did not create. This has taken so many years to resolve this matter and is one of the reasons I agreed to give testimony on her behalf.

I add this letter to my others in April 2022 and my most recent letter on May 31, 2023. I sincerely hope Your Honor will permit my testimony in this case. Ms. Trombetta is well deserving and needs the support to prove her claims, defend her name and repair her reputation.

Sincerely,

Joseph V. Scelsa, Ed.D., LMHC

Administrative Office
1806 Hering Avenue
Bronx, NY 10461

www.ItalianAmericanMuseum.org

## Annamarie Trombetta <annamarietrombettalegal@outlook.com>

Thu 2/16/2023 10:51 PM

**To:** ajd@hoganduff.com <ajd@hoganduff.com>; Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Deplas, Alexandra <Alexandra.Deplas@wilsonelser.com>

▌ 4 attachments (13 MB)

PlaintiffRule 26 (a) (2) for Expert Witness Dr. Joseph V. Scelsa .pdf; Dr.Joseph V.Scelsa Expert Witness Report A .pdf; EXHIBIT B Expert Witness Dr. Joseph V. Scelsa Curriculum Vitae.pdf; EXHIBIT C Exhibits for Expert Report Dr. Joseph V. Scelsa.pdf;

To All Parties,

Attached is  Plaintiff's Rule 26 (a) (2)  with

 the  Expert Witness Report from  Dr. Joseph V. Scelsa.. Also   an

additional copy of his re`sume` and  EXHIBITS that corelate to

his report.

Regards,
Annamarie Trombetta

**Re: Plaintiff Expert Witness Report from Gayle Skluzacek**

## Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Wed 2/22/2023 11:15 AM
To: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Bialek, Adam <adam.bialek@wilsonelser.com>; ajd@hoganduff.com <ajd@hoganduff.com>; Cahill, John <John.Cahill@wilsonelser.com>

▮ 2 attachments (709 KB)
Doc. 361 Dated Jan. 24, 2023 Judge Cave Order:Expert Discovery Dates.pdf; Doc.367 Feb. 3, 2023 Judge Cave's Order.pdf;

To All Parties,

Attached is Doc. 361 dated Jan. 24, 2023 which outlines March 1, 2023 as the end of Expert Discovery.

Secondly, is Doc. 367 dated Feb. 3, 2023 which outlines
the my right to call at trial witnesses I proposed as experts.

You have received Expert Reports from Dr. Joseph V. Scelsa and from Art Appraiser Gayle M. Skluzacek.

If you do or do not depose them that is your decision. Plaintiff has furnished reports to all Defendants.

Submitted on Feb. 22, 2023

Sincerely,
Annamarie Trombetta

---

**From:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>
**Sent:** Tuesday, February 21, 2023 10:11 PM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Bialek, Adam <Adam.Bialek@wilsonelser.com>; ajd@hoganduff.com <ajd@hoganduff.com>; Cahill, John <John.Cahill@wilsonelser.com>
**Cc:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>
**Subject:** RE: Plaintiff Expert Witness Report from Gayle Skluzacek

Ms. Trombetta,

This expert disclosure is rejected as untimely in light of multiple court orders denying your requests to extend your expert disclosure deadlines.

Jana S. Farmer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
914.872.7247 (Direct)
914.552.9644 (Cell)
914.323.7000 (Main)
914.323.7001 (Fax)
jana.farmer@wilsonelser.com

EXHIBIT # 18 ECF

In view of Your impossible non-monetary demands, Your monetary demands that would not be recoverable even if You prevailed on every one of Your claims against the EAI Defendants, Your rejection of the EAI Defendant's January 28, 2020 offer of judgment, and the pending motions for summary judgment, the EAI Defendants' counteroffer is as follows: (1) the EAI Defendants will agree not use your name, likeness, or artwork in a commercial fashion at any point in the future provided they may use your name, likeness, and artwork in a manner allowed by the relevant laws to accurately discuss this lawsuit and the circumstances leading to it (2) if You agree to dismiss all claims against the EAI Defendants with prejudice and (3) make a one-time payment of $30,000 to the EAI Defendants to offset the costs they have incurred in their defense.

If we are unable to settle this action before a decision on the merits, the EAI Defendants intend to pursue an award of their attorneys' fees, which, as we have reminded You repeatedly during the past several years, will be much larger than the monetary demand above.

Respectfully submitted,

By: _____
        Anderson J. Duff

Dated: New York, New York
Annamarie Trombetta
175 East 96th Street (12 R)
New York. New York 10128
May 30 , 2023

Respectfully Submitted by

_____ Electronic Signature _____

/s/ Annamarie Trombetta

_____

Annamarie Trombetta Pro Se Plaintiff