*Exhibit #1*

*Page 1*

Annamarie Trombetta
175 East 96 th Street ( 12 R)
New York, New York 10128
Tel. (212) 427 - 5990
Email atrombettaart@gmail.com

October 20, 2022

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Adam Bialek Jana A. Slavina Farmer
Nicole Haimson 1133 Westchester Avenue
150 East 42nd Street White Plains, New York 10604
New York New York. 10017

Anderson Duff Hogan Duff, LLP
Attorneys for Defendants
Norb Novocin, Marie Novocin
and Estate Auctions, Inc.
43-10 Crescent St. Ste. 1217
Long Island City, NY 11101
(646) 450-3607

## Plaintiff's August 30, 2022 Deposition Responses

Attached is the listing of Plaintiff's Deposition Responses and numbered evidence.

Below is the Production of email from WorthPoint to trombettaart@yahoo.com and from Plaintiff Annamarie Trombetta to WorthPoint support@worthpoint.com DATE January 22, 2016.

**Plaintiff's Deposition Response Plaintiff's Evidence 000351**
Production of January 22, 2016 Plaintiff's Email to WorthPoint using email address support@ worthpoint.com with seven questions regarding 1972 Original Oil Man With Red Umbrella.

**Plaintiff's Deposition Response Plaintiff's Evidence 000352**
Production of January 22, 2016 Plaintiff's Email to WorthPoint using email address support@ worthpoint.com  Page 2 to include WorthPoint Membership details.

**Plaintiff's Deposition Response Plaintiff's Evidence 000353**
Production of January 22, 2016 Plaintiff's 2016 Membership to WorthPoint.com Page 3

**Plaintiff's Deposition Response Plaintiff's Evidence 000354**
Production of January 22, 2016 Plaintiff's Email to WorthPoint using email address support@ worthpoint.com and membership to WorthPoint.com   Meta Data of email

**Plaintiff's Deposition Response Plaintiff's Evidence 000355**
Production of January 22, 2016 Plaintiff's Email to WorthPoint using email address support@ worthpoint.com and membership to WorthPoint.com   Meta Data of email

**Plaintiff's Deposition Response Plaintiff's Evidence 000356**
Production of January 22, 2016 Plaintiff's Email to WorthPoint using email address support@ worthpoint.com and membership to WorthPoint.com   Meta Data of email

**Plaintiff's Deposition Response Plaintiff's Evidence 000357**
Production of January 22, 2016 Plaintiff's Email to WorthPoint using email address support@ worthpoint.com and membership to WorthPoint.com   Meta Data of email

**Plaintiff's Deposition Response Plaintiff's Evidence 000358**
Production of January 22, 2016 Plaintiff's Email to WorthPoint using email address support@ worthpoint.com and membership to WorthPoint.com   Meta Data of email

**Plaintiff's Deposition Response Plaintiff's Evidence 000359**
Production of January 22, 2016 Plaintiff's Email to WorthPoint using email address support@ worthpoint.com and membership to WorthPoint.com   Meta Data of email

Below is the Production of email from WorthPoint to annamarie@trombettaart.com and from Plaintiff Annamarie Trombetta to WorthPoint support@worthpoint.com. PLEASE NOTE  PLAINTIFF NEVER FURNISHED WORTHPOINT WITH MY WEBSITE EMAIL ADDRESS  annamarie@trombettaart.com DATE  January 22, 2016.

**Plaintiff's Deposition Response Plaintiff's Evidence 000360**
Production of January 22, 2016 Plaintiff's Email to WorthPoint using email address support@ worthpoint.com and membership to WorthPoint.com   Meta Data of email

**Plaintiff's Deposition Response Plaintiff's Evidence 000361**
Production of January 22, 2016 Plaintiff's Email to WorthPoint using email address support@ worthpoint.com and membership to WorthPoint.com   Meta Data of email

Below is the Production of email from WorthPoint to trombettaart@yahoo.com and from Plaintiff Annamarie Trombetta to WorthPoint support@worthpoint.com DATE  January 25, 2016.

**Plaintiff's Deposition Response Plaintiff's Evidence 000362**
Production of January 25, 2016 Plaintiff's Email to WorthPoint using email address support@ worthpoint.com with seven questions regarding 1972 Original Oil Man With Red Umbrella.  This is the second  request to WorthPoint.com with No RESPONSE and that was NOT answered-Page 1.

**Plaintiff's Deposition Response Plaintiff's Evidence 000362  Page 2**
Production of January 25, 2016 Plaintiff's Email to WorthPoint using email address support@ worthpoint.com with seven questions regarding 1972 Original Oil Man With Red Umbrella.  This is the second  request to WorthPoint.com with No RESPONSE and that was NOT answered-Page 2.

Below is the Production of email from WorthPoint to trombettaart@yahoo.com toPlaintiff Annamarie Trombetta to WorthPoint support@worthpoint.desk-mail.com DATE  January 22, 2016 issued Ticket #56607 by WorthPoint.com Subscription

**Plaintiff's Deposition Response Plaintiff's Evidence 000363**
Production of email from WorthPoint to trombettaart@yahoo.com toPlaintiff Annamarie Trombetta to WorthPoint support@worthpoint.desk-mail.com DATE  January 22, 2016 issued Ticket #56607 by WorthPoint.com Subscription

**Plaintiff's Deposition Response Plaintiff's Evidence 000364-Ticket #57565**
Plaintiff's Evidence  000364  Fraudulent Artwork and links to Fraudulent Artwork. Production of email from WorthPoint to to Plaintiff Annamarie Trombetta to WorthPoint support@worthpoint.desk-mail.comDATE  February 20, 2016 issued Ticket #57565 from  WorthPoint.com

**Plaintiff's Deposition Response Plaintiff's Evidence 000364 Email Meta Data Page 1 Saturday February 20, 2016 email from WorthPoint Ticket #57565**
Production of META DATAemail from WorthPoint to to Plaintiff Annamarie Trombetta to WorthPoint support@worthpoint.desk-mail.comDATE  February 20, 2016 issued Ticket #57565 from  WorthPoint.com  Page 1.

**Plaintiff's Deposition Response Plaintiff's Evidence 000364 Email Meta Data Page 2 Saturday February 20, 2016 email from WorthPoint Ticket #57565**
Production of META DATAemail from WorthPoint to to Plaintiff Annamarie Trombetta to WorthPoint support@worthpoint.desk-mail.comDATE  February 20, 2016 issued Ticket #57565 from  WorthPoint.com  Page 2.

**Plaintiff's Deposition Response Plaintiff's Evidence 000365   Email to will@worthpoint.com and support@worthpoint.com February 20, 2016 Page 1.**
Production of email from WorthPoint to to Plaintiff Annamarie Trombetta to WorthPoint DATE  February 20, 2016 email Page 1

**Plaintiff's Deposition Response Plaintiff's Evidence 000365 META DATA Page 1.**
Page1  Production of email from WorthPoint to to Plaintiff Annamarie Trombetta to WorthPoint DATE  February 20, 2016 META  DATA FROM email Page 1.

**Plaintiff's Deposition Response Plaintiff's Evidence 000366  Page 2  Email to will@worthpoint.com and support@worthpoint.com February 20, 2016 Page 2**
Production of email from WorthPoint to to Plaintiff Annamarie Trombetta to WorthPoint DATE  February 20, 2016 email Page 2.

**Plaintiff's Deposition Response Plaintiff's Evidence 000366   META DATA Page 2.**
Page 2  Production of email from WorthPoint to to Plaintiff Annamarie Trombetta to WorthPoint DATE  February 20, 2016 META  DATA FROM email Page 2.

**Plaintiff's Deposition Response Plaintiff's Evidence 000367  Page 3. Email to will@worthpoint.com and support@worthpoint.com February 20, 2016**

Exhibit # 1

Page 4

Production of email from WorthPoint to to Plaintiff Annamarie Trombetta to WorthPoint DATE February 20, 2016 email Page 3.

**Plaintiff's Deposition Response Plaintiff's Evidence 000367 META DATA Page 3.**
Production of email from WorthPoint to to Plaintiff Annamarie Trombetta to WorthPoint DATE February 20, 2016 META DATA FROM email Page 3

**Plaintiff's Deposition Response Plaintiff's Evidence 000367 META DATA Page 4.**
Production of email from WorthPoint to to Plaintiff Annamarie Trombetta to WorthPoint DATE February 20, 2016 META DATA FROM email Page 4.

**Plaintiff's Deposition Response Plaintiff's Evidence 000367 META DATA Page 5.**
Production of email from WorthPoint to to Plaintiff Annamarie Trombetta to WorthPoint DATE February 20, 2016 META DATA FROM email Page 5.

**Plaintiff's Deposition Response Plaintiff's Evidence 000368 Attachment #1**
1972 Oil Painting Ad on worthpoint.com.

**Plaintiff's Deposition Response Plaintiff's Evidence 000369 Attachment #2**
"A. Trombetta Fake Signature" Copyrighted work licensed by WorthPoint".

**Plaintiff's Deposition Response Plaintiff's Evidence 000370 Attachment #3**
February 17, 2016 Google Listing of 1972 Oil Painting Ad on worthpoint.com.

**Plaintiff's Deposition Response Plaintiff's Evidence 000371 Attachment #3**
February 17, 2016 Google Listing of 1972 Oil Painting Ad on worthpoint.com. ENLARGEMENT.

**Plaintiff's Deposition Response Plaintiff's Evidence 000372 WorthPoint Evidence WP 000074**
February 20, 2016— PROOF OF attachments sent to WorthPoint as evidenced.

**Plaintiff's Deposition Response Plaintiff's Evidence 000373 WorthPoint email**
Production of Cancellation to WorthPoint.com membership subscription. Email sent to Plaintiff's website email address annamarie@trombettaart.com. Date Febraury 29, 2016.

**Plaintiff's Deposition Response Plaintiff's Evidence 000374**
Production of Definition of advertisement.

**Plaintiff's Deposition Response Plaintiff's Evidence 000375 Page 1**
Production of Plaintiff's September 1, 2015 Receipt of Payment for 2015 Website Design email confirmation from website Design Services—Page 1.

**Plaintiff's Deposition Response Plaintiff's Evidence 000376 Page 2**
Production of Plaintiff's September 1, 2015 Receipt of Payment for 2015 Website Design email confirmation from website Design Services—Page 2.

**Plaintiff's Deposition Response Plaintiff's Evidence 000377 Page 1**
Production of worth point.com website links connected to the

Exhibit #1

Page 5

1972 Original Oil Painting Man With Red Umbrella  four  other linked to 1972 Oil/

**Plaintiff's Deposition Response Plaintiff's Evidence 000378 Page 2**
**Plaintiff's Deposition Response Plaintiff's Evidence 000379 Page 1**
Production of worth point.com website email for Investing in Worth Point dated April 14, 2016.

**Plaintiff's Deposition Response Plaintiff's Evidence 000380 Page 2**
Production of worth point.com website email for Investing in Worth Point dated April 14, 2016 UNSUBSCRIBE

**Plaintiff's Deposition Response Plaintiff's Evidence 000381 Page 3**
Production of worth point.com website email for Investing in Worth Point dated April 14, 2016 UNSUBSCRIBE  SUCCESSFUL  —SUBMIT

**Plaintiff's Deposition Response Plaintiff's Evidence 000382**
Production of 2003 Scott Goodwillie  Recommendation to John O'Hearn Curator at Arnot Art Museum  Re-Presenting Representation V1 2003 Exhibit.

**Plaintiff's Deposition Response Plaintiff's Evidence 000383**
Production of 2003 Scott Goodwillie  Recommendation to John O'Hearn Curator at Arnot Art Museum  Re-Presenting Representation V1 2003 Exhibit.

**Plaintiff's Deposition Response Plaintiff's Evidence 000384**
Production of 2003 Scott Goodwillie  Recommendation to John O'Hearn Curator at Arnot Art Museum  Re-Presenting Representation V1 2003 Exhibit Plaintiff's 2003 exhibition artwork Cardinal Numbers I from Arnot 2003 Catalog.

**Plaintiff's Deposition Response Plaintiff's Evidence 000385**
Production of 2003 Scott Goodwillie  Recommendation to John O'Hearn Curator at Arnot Art Museum who wrote Plaintiff's Introduction to Plaintiff's 2003 catalog.

**Plaintiff's Deposition Response Plaintiff's Evidence 000386**
Production of worth point.com website email for Worth Point dated April 24, 2017.

**Plaintiff's Deposition Response Plaintiff's Evidence 000387**
Production of Plaintiff's April 24, 2019 filing with the Court Docket 22 Pages 1 to 38.

**Plaintiff's Deposition Response Plaintiff's Evidence 000388**
Production of WorthPoint's Evidence Terms of Use WP 000050 to WP 000061

### Plaintiff's August 30, 2022  Deposition Document Extractions and Submission

PAGES : 43, 52, 57, 80, 82, 101, 103, 108, 109, 117, 118,  119, 120, 121, 122, 129, 130,

134, 135, 137,  138, 139, 140,  143, 144, 145, 148, 149, 153,  168, 169, 170, 171, 172,

Exhibit # 1

page 6

173, 174, 175, 178, 179, 185, 186, 187, 188, 192, 193, 203, 205, 206, 207, 208,

PAGES : 209, 210, 214, 215, 216, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228,

230, 231, 232, 233, 247, 248, 249, 257, 258, 259, 264, 265, 266.

I, Annamarie Trombetta , state that I have read WorthPoint Corporation Deposition and to the best of my ability submit the requests for the production of Supplemental Documents to the best of my ability.

The undersigned, being first duly sworn. states that she has read the Deposition and the content and that all corrections and responses are true tot he best of her knowledge and belief.

PLEASE TAKE NOTICE,  Plaintiff, Annamarie Trombetta  reserves the right to amend and/or supplement this  response during the pendency of this action.

_____     _____
Annamarie Trombetta                                          Notary

Sworn to and subscribed before me this day __20th__ of October, 2022.

Case 1:18-cv-00993-LTS-SLC  Document 320-7  Filed 07/08/23  Page 7 of 15

Exhibit #2  Page 1

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (12/01/2012) - Google Search    12/16/15, 7:57 PM

Google+  Search  Images  Maps  Play  YouTube  News  Gmail  More ▾                     artofannamarie@gmail.com ▾

  1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombett  

All   Shopping   Images   Videos   News   More ▾   Search tools

9 results (0.79 seconds)

**Original Oil Paintings - UGallery.com**
Ad  www.ugallery.com/Buy-Original-Art ▾
Shop from a Large Range of Original Art. Free Shipping on all Artwork!
Expertly Curated Pieces · 7 Day In Home Trial · Happy Clients Worldwide

The Showroom                        Staff Favorites
Uncover Unique Pieces.              View Eye Catching Artwork
UGallery's Finest Art.              From Our Discerning Staff

**1972 Original Oil Painting Man With Red Umbrella Signed ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz. Sold for: Start Free Trial or Sign In to see what it's worth. Item Category ...
You've visited this page 3 times. Last visit: 12/15/15

**Marilyn Monroe 1988 Vintage Michael Ochs Archive Chanel ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · Mustangs" Frank Rowland ~ Original Serigraph - LARGE DRAMATIC ...
You've visited this page many times. Last visit: 11/30/15

**THOMAS KINKADE -KINCAID - WorthPoint**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

**1789 bonnaterre original antique hand colored reptile ...**
www.worthpoint.com › Worthopedia™ ▾
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta
yqz · Handmade New Mexican Folk Art Church Birdhouse LARGE Lark Sedona ...

**Annamarie Trombetta - Artist Info**
www.trombettaart.com/info.html ▾
2001, -Richmondtown Historic Museum S.I, NY "Plein Air Paintings of Staten Island"
1993, -Liederkrantz Club, NY "Paintings of Yeats'Country, Sligo Ireland ...
Missing: 1972 oil men red umbrella yqz 12 01 2012
You've visited this page 4 times. Last visit: 11/12/15

**artist annamarie trombetta's imagery offers visionary ...**
italianamericanmuseum.org/news/news_plein.html ▾
Artist Annamarie Trombetta's "Central Park Imagery," a collection of en plein air... Ms
Trombetta is an artist who has created works in printmaking, watercolor, oil ...
Missing: 1972 painting man red umbrella yqz 01 2012
You've visited this page 2 times. Last visit: 12/1/15

**Annamarie Trombetta, Artist Interviewed by June Middleton ...**
 https://www.youtube.com/watch?v=ufEQ3D3LWns
▶ 28:02  Apr 29, 2015 - Uploaded by JuneMiddletonBusiness
Annamarie Trombetta, an artist who's art has been exhibited
around the world, has created works in oil ...
Missing: 1972 man red umbrella yqz 2012

**Staten Island native's passionate love affair with Central ...**
www.silive.com/entertainment/.../annamarie_trom... ▾ Staten Island Advance
Jul 12, 2015 - Paintings, prints, drawings and photos by Annamarie Trombetta
resident is showing 80 works — etchings, oil paintings, watercolors, pastels ...
Missing: 1972 man red umbrella yqz 2012
You've visited this page 4 times. Last visit: 10-14-15

**Ads**

**Original Art Gallery**
www.zatista.com/ ▾
Over 7000 Completely Original Works
Great Value. Buy Today, Save Big.

**Ask Painting Appraisers**
appraisals.justanswer.com/Painting ▾
4.8 ★★★★★ rating for justanswer.com
An Art Appraiser Will Answer Now!
Questions Answered Every 9 Seconds.

**Fabio Napoleoni Art**
www.shopartcenter.com/ ▾
Art Center Gallery your Fabio Store
Limited, Originals & Open Editions

**Shop Fine Paintings**
www.the-maac.com/paintings ▾
Renowned Artist Paintings For Sale
Antique, Vintage, Contemporary
◉ 1050 2nd Ave #86, New York, NY
(212) 355-4400

**Red Umbrellas**
patioumbrellas.hayneedle.com/ ▾
4.4 ★★★★ rating for hayneedle.com
Don't Overpay for Red Umbrellas!
Discover More Options & Savings

**Montclair Art Museum**
www.montclairartmuseum.org/ ▾
(973) 746-5555
Celebrating American Art
for 100 Years!

**Famous Paintings in NYC**
www.drawingcenter.org/painting ▾
(212) 219-2166
Visit The Drawing Center in SoHo.
A Museum Dedicated to Drawings
◉ 35 Wooster St, New York, NY

See your ad here »

See Pages 1 of 2

[PDF] **2011 Newsletter - Artists' Fellowship, Inc.**
www.artistsfellowship.org/AFNewsletter2011.pdf
Jul 1, 2011 - was immediately offered a one-man show, which was a sell-out. For the last several decades Mr. Stobart's maritime paintings and limited edition prints have ... 12 x 16 inches, oil on canvas. Dear Friends and ... Annamarie Trombetta. Jasmine Sewell .... The Library of Congress 2011 original print calendar ...
Missing: 1972 red umbrella yqz 01

*In order to show you the most relevant results, we have omitted some entries very similar to the 9 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Use precise location  Learn more

Help    Send feedback    Privacy    Terms

*Exhibit #2*
*Page 2*

*See*

*Exhibit #3*
*Page 1*

Annamarie Trombetta
175 East 96 th Street ( 12 R)
New York, New York 10128
Tel, (212) 427 - 5990
Email atrombettaart@gmail.com

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Adam Bialek                                                     Jana A. Slavina Farmer
Nicole Haimson                                              1133 Westchester Avenue
150 East 42nd Street                                       White Plains, New York 10604
New York New York. 10017

Anderson Duff Hogan Duff, LLP
Attorneys for Defendants
Norb Novocin, Marie Novocin
and Estate Auctions, Inc.
43-10 Crescent St. Ste. 1217 Long Island City, NY 11101

October 24, 2022

**WorthPoint's Corporation Supplemental Rule 37 Responses to Plaintiff's Evidence**

As a Pro Se litigant, I submitted the majority of my evidence before or on June 27, 2022. I was not aware that it was necessary to include all pages that relate to one document of evidence, provided I had such documents in my possession. If the Defendants would have brought this to my attention when I submitted my evidence in the beginning of the summer, the delay and redundancy in RE-producing documents could have been avoided. I have, on my own accord, added the full pages related to other documents in my evidence into this submission, which is relative to my case, beyond the Defendants' requests. Plaintiff's additions are at the end of this document.

Plaintiff's Responses to the following supplemental Requests

Plaintiff's Google Evidence 011—-Submitted in full —

Plaintiff's Google Evidence 012—-Submitted in full —

Plaintiff's Google Evidence 013—-Submitted in full —

Plaintiff's Evidence 018 is Incorrect —-Submitted in Full Inquiry about 016  017 018A

Plaintiff's Evidence 18 B  —is Page 3 of 7 Pages.  Page 4 to 7  had 3 pages with  No Image logos.

Plaintiff's  Evidence 021—-Submitted in full —


Exhibit #2
Page 2

PLEASE NOTE  CORRECTIONS  AND  ADDITIONS

**CORRECTION** —Plaintiff's -000037 is 18 pages and ends at -053 with 3 Visual Exhibits which were produced and submitted in Plaintiff's Deposition responses.

Plaintiff's Evidence 037 are in total 18 pages. It is a string of emails from Will Seippel to Plaintiff and vice versa—-Submitted in full —

**NEW  ADDITION**

Plaintiff found  NEW  Evidence which  has Full 2 pages  related to a Google print out dated January 20, 2016.  The print out page was double sided, hence the  possession of the  two page production.  Since Plaintiff 's printer did not have the double sided feature, the January 20, 2016 print out  was from another printer other than my own, possibly the Business Center in Plaintiff's Building or at the library or from the  neighborhood copy center.

PLAINTIFF'S NEW EVIDENCE  Page on 1972 Original Oil Painting Man With Red Umbrella DATE

January 20, 2016 - Plaintiff Evidence  000611 -Page 1  Plaintiff Evidence  000612 -Page 2

Plaintiff's  Evidence 051 B —-One Page

Plaintiff's  Evidence 052 —-One Page

Plaintiff's  Evidence 053 —-One Page

Plaintiff's  Evidence 054 —-One Page

Plaintiff's  Evidence 055 —-One Page

Plaintiff's  Evidence 056 —-One Page

Plaintiff's  Evidence 057 —-One Page

Plaintiff's  Evidence 058 —-One Page

**ONCE AGAIN   PLAINTIFF'S NEW EVIDENCE  TWO PAGE PRINT OUT OF**

**1972 Original Oil Man With Red Umbrella  SECOND PAGE HAS ADS.**

Plaintiff Evidence  000611 -Page 1  Date January 20, 2016

Plaintiff Evidence  000612 -Page 2  Date January 20, 2016

Plaintiff's  Evidence 059 —-Submitted in full

Plaintiff's  Evidence 060 —-Submitted in full

Plaintiff's  Evidence 062 —-Submitted in full—62 Has NO page number on it.

Plaintiff's  Evidence 059 —-One Page

Plaintiff's  Evidence 064 —-Submitted Page 1 and Page 2 WorthPoint email sent to Plaintiff 10 Pages

Exhibit #3

Page 3

Plaintiff's Evidence 065 —-One Page

Plaintiff's Evidence 066 —-One Page

Plaintiff's Evidence 067 —-One Page

Plaintiff's Evidence 068 —-One Page

Plaintiff's Evidence 069 —-As is.

Plaintiff's Evidence 75A —-One Page

Plaintiff's Evidence 085 —-This evidence is the Cover Photo of my Catolog—NO MISSING PAGES

Plaintiff's Evidence 087 —-One Page

Plaintiff's Evidence 086 and 87 —-Submitted in Full—-This is Plaintiff's Catalog Biography

Plaintiff's Evidence 0140 to 141 —-Submitted in Full

Plaintiff's Evidence 0146 —-Submitted in Full—10 Pages due to ads.

Plaintiff's Evidence 0147 —-Submitted in Full

Plaintiff's Evidence 0148 —-Submitted in Full

Plaintiff's Evidence 0149 —-Submitted in Full

Plaintiff's Evidence 0152 —-Submitted in Full

**PLEASE NOTE  Plaintiff's  Evidence 0161 and 162 —-BATE STAMPED INCORRECTLY**

**Plaintiff's  Evidence 161-Page 1 of 8**

**Plaintiff's  Evidence 162-Page 2 of 8**

**Plaintiff's  Evidence 162-Page 3 of 8**

**Plaintiff's  Evidence 162-Page 4 -The other 4 pages were logos  of  "NO IMAGE AVAILABLE"**

Plaintiff's  Evidence 168 and  169 filed documents with the Court.  I do not have  documents 4 to 7.

Plaintiff's Evidence 173-Submitted in Full

Plaintiff's  Evidence 179- to 184 -Page 4- Missing, known to Plaintiff—and was never produced.

Plaintiff's  Evidence 191- Submitted in Full

Plaintiff's  Evidence 193 to 194- Submitted in Full

Plaintiff's  Evidence 195- Submitted in Full

Exhibit #3
Page 4

Plaintiff's Evidence 200—**DUPLICATE** see 173 and New Evidence March 24, 2022 same email.

Plaintiff's Evidence 202- **DUPLICATE**— **BATE STAMPED INCORRECTLY SEE Page 3 of 162**

Plaintiff's Evidence 217 and 218 are the same -- Submitted in Full

Plaintiff's Evidence 219-- Submitted in Full

Plaintiff's Evidence 223-- Submitted in Full

Plaintiff's Evidence 227-- Submitted in Full

Plaintiff's Evidence 229-— MISTAKE IMAGE OF WISTERIA ARBOR MANDALA PAINTING THERE ARE NO DOCUMENTS

Plaintiff's Evidence 268-- Submitted in Full

Plaintiff's Evidence 270-- DUPLICATE

Plaintiff's Evidence 271-- Submitted in Full

Plaintiff's Evidence 273-- Submitted in Full

Plaintiff's Evidence 274-- Submitted in Full

Plaintiff's Evidence 282-- Submitted in Full

Plaintiff's Evidence 291 -- Submitted in Full

Plaintiff's Evidence 295 to 296 -- Submitted in Full

Plaintiff's Evidence 297 -- Submitted in Full

Plaintiff's Evidence 313-314 -- PLEASE NOTE There are three page titled Marilyn Monroe 1988 Vintage Michael Ochs Archive Channel Perfume Poster. Plaintiff's Evidence 313 and -314 are out of order. Attached are the Plaintiff's three out of five pages. The two pages not produced were page 4 and 5 were nothing more than NO IMAGE AVAILABLE logos on both pages.

Plaintiff's Evidence 317— -- Submitted in Full

Plaintiff's Evidence 318 —-Replacement Document

Plaintiff's Evidence 319—-Four Pages Submitted in Full

**Request No. 13 Response**   Plaintiff is seeking Statutory Damages for the infringements to violations of The Visual Artist's Rights Act, Direct Copyright Infringement, the Digital Millennium Copyright Act and the noted loss of the sale of artwork entitled Wisteria Arbor Mandala for $8500.oo. Plaintiff is submitting my 2022 sales of artwork thus far. Plaintiff has been fully precluded from

producing or selling my artwork in 2022 due to the overwhelming, consistent and repetitive demands from the Defendants related to this lawsuit. Plaintiff in 2017, when the fake posting was on the website of <u>WorthPoint.com</u> again in the fall 2016 and into 2017, Plaintiff put a credit freeze on my credit card. Additionally, Plaintiff in 2022 has not been able to produce or sell any of my artwork. At the beginning of January prior to the interaction with all attorneys, one sale of artwork dated January 12, 2022 for a 3 inch x 3 inch painting sold for $750.oo. This is the only income to date per the year 2022 and all my time has been drained due to this litigation. I NEVER did this painting and at present Defendants have not claimed that Plaintiff is not he artist . Defendants failed to identify the artist who painted Man With Red Umbrella. To protect my name and dissociate myself, my brand from this painting I had to file and pursue a lawsuit. This suit has thwarted, delayed d diverted my time and energy. The emotional financial and artistic damage is irreparable and permanent.

**Request No. 18 Response**   Plaintiff has submitted all requested medical records, physical therapy appointments and doctor visits to both Defendants in April 2022.   Plaintiff seeks clarity and what specifically the Defendants are seeking from my doctor. Plaintiff is requesting all items be in the form of a requests from the Defendants, so that all the requested information is clearly obtained and received. For example, in Plaintiff's August 30th Deposition, attorney Adam Bialek requested the electronic version of an email. Plaintiff printed out the electronic version of the meta data and also printed out another copy of the email. What Defendant required was the digital PDF file of the email and Plaintiff sent the digital documents. Additionally, Plaintiff reserves the right to give permission to the Defendants until the Plaintiff's Proposed Amended Complaint is GRANTED by the Court or Judge Cave /Abrams.

Plaintiff's Response to Defendants Rule 37 Demands

Electronic Signature

/s/ Annamarie Trombetta

Annamarie Trombetta
175 East 96th Street
New York, New York, 10128

_____
Annamarie Trombetta

Exhibit #3
Page 6

Annamarie Trombetta
175 East 96 th Street ( 12 R)
New York, New York 10128
Tel. (212) 427 - 5990
Email atrombettaart@gmail.com

29 A.T.

October 24, 2022

Anderson Duff Hogan Duff, LLP
Attorneys for Defendants
Norb Novocin, Marie Novocin
and Estate Auctions, Inc.
43-10 Crescent St. Ste. 1217
Long Island City, NY 11101
(646) 450-3607
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Adam Bialek Jana A. Slavina Farmer
Nicole Haimson 1133 Westchester Avenue
150 East 42nd Street White Plains, New York 10604
New York New York. 10017

Plaintiff's Response to Rule 37 Letter

I, Annamarie Trombetta, state that I have to the best of my ability submit the requests for the production of Supplemental Documents for Fact Discovery to the best of my ability.

The undersigned, being first duly sworn, states that she has submitted all Fact Discovery.

PLEASE TAKE NOTICE, Plaintiff, Annamarie Trombetta reserves the right to amend and/or supplement this response during the pendency of this action.

Date _10/29/2022_

_[signature]_                                         _[signature]_

Annamarie Trombetta                                   Notary

DIANA MURIEL
Notary Public - State of New York
NO. 01MU6331764
Qualified in Bronx County
My Commission Expires Oct 19, 2023

Plaintiff's
Deposition
Response

Exhibit #4

Page 101

1           A. Trombetta
2      for the court in whatever form it appears.
3      Whether it is electronic as stored on your
4      computer or whether it was printed out and a
5      copy of the full printout.
6           When you get the transcript there will
7      be in the back a page that will have
8      requests.  So it will make it a lot easier.
9      A.     What would make it easier is for your
10  firm to confirm that I did not do this painting
11  because I have already given to both clients my
12  signature from 1972 which does not match.
13      Q.     I do not believe that my client has
14  made any representations that you made this
15  painting or didn't make this painting.
16      A.     Well --
17      Q.     And if that is something you need we
18  can talk about it off the record, but for purposes
19  of today, I am trying it ask you questions about
20  the documents that you produced and see if we can
21  get the original version; okay?
22      A.     Again, this is a period of seven years
23  and many filings.  274 or 5 to be exact.
24      Q.     Are you intending to use this document
25  in proving your case?