UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ANNAMARIE TROMBETTA,

    Plaintiff,

 -v-                                                                          No.  18-cv-00993

NORB NOVOCIN, et al.,                                                  ORDER

    Defendants.

-------------------------------------------------------x

        The Court has received Plaintiff's "motion to correct or motion to reconsider Judge Cave's Order & Opinion ECF 509." Defendants are directed to file their opposition, if any, by **July 25, 2023**. Plaintiff Trombetta's reply to the opposition, if any, must be filed by **August 1, 2023**.

        SO ORDERED.

Dated: New York, New York                           /s/ LAURA TAYLOR SWAIN_____
       July 11, 2023                                  LAURA TAYLOR SWAIN
                                                                 Chief United States District Judge