# EXHIBITS TO PLAINTIFF'S REPLY TO WORTHPOINT'S OPPOSITION  TO PLAINTIFF'S MOTION TO RECONSIDER

EXHIBIT # 1 Nov. 23, 2022   Conference Call transcript page 64.
          #1  Nov. 23, 2022   Conference Call transcript page 65.

EXHIBIT  # 2 Nov. 23, 2022 email to Dr. Joseph Scelsa  availability for expert report.

EXHIBIT # 3 Defendants' Nov. 23, 2023 email  unknown  coding - Source Information.

EXHIBIT  # 4  Original Electronic Message Print out  Adam Bialek  Nov. 23, 2022 email.

EXHIBIT  # 5  EBay phone Transcript page 19 1972 oil painting sale was an UNDEFINED

EXHIBIT  # 6  Nov. 23, 2022 Conference Call to include  pages 4 thru 21

EXHIBIT  #7 WP000130  stating March 5, 2013 was the date the 1972 post

EXHIBIT  #8 Rosen vs Terapeak,  infringing items WorthPoint's on March, 5,2013"

EXHIBIT  #9 A WP000120 Temporaly Google Removal on March 3, 2016

EXHIBIT  #10 B WP000134  Google Remoal  on Jan. 4, 2017

EXHIBIT #11  A-April 8, 2022  request the DMCA agent's name
          B  Email to Copyright Office  May 2022
          C  WorthPoint Copyright  Registration DMCA Agent
          D  Returned Mail from Gregory Watkins

EXHIBIT #12 A  Georgia Lawsuit Process Server False Affidavit —Never asked in Military
          B  Summons and Complaint with wrong dates and claims
          C  Motion for Default Judgement filed Oct. 31, 2022
          D  Proposed Order with Future Dates August 30, 2023 and Sept 29, 2023
          E  Affidavit by Annamarie Trombetta
          F  Affidavit by Phone Call Participant Wanda Buncamper

EXHIBIT #13 A Withdrawn Expert Witness Peter Trippi Sept. 22, 2022  Florida Address
          #13 B  Subpoena Sent to New York Home Peter Trippi  Oct.7, 2022

EXHIBIT #14 Plaintiff Print and Script 1972 Signature with Girl Scouts Sash and Badge

```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK

In re:                                :
                                         Docket #18cv993
TROMBETTA,                            : 1:18-cv-00993-RA-SLC

                    Plaintiff,        :

  - against -                         :

NOVOCIN, et al.,                      : New York, New York
                                        November 23, 2022
                    Defendants.       :

----------------------------------- : REMOTE CONFERENCE

                    PROCEEDINGS BEFORE
               THE HONORABLE SARAH L. CAVE,
              UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:          ANNAMARIE TROMBETTA, PRO SE
                        175 East 96th Street, Apartment 12R
                        New York, New York 10128

For Defendant -         WILSON ELSER MOSKOWITZ EDELMAN &
WorthPoint Corporation: DICKER, LLP
                        BY:  ADAM BIALEK, ESQ.
                             NICOLE HAIMSON, ESQ.
                        150 East 42nd Street
                        New York, New York 10017




Transcription Service:  Carole Ludwig, Transcription Services
                        155 East Fourth Street #3C
                        New York, New York 10009
                        Phone:  (212) 420-0771
                        Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

EXHIBIT
Nov. 23 2023
#1

64

2   defendants to please order a transcript of today's

3   conference. Ms. Trombetta, is there anything else you

4   wanted to raise today?

5          THE PLAINTIFF: It has been a full day. So

6   because I'm dealing with other people, meaning the

7   expert witnesses, and we're approaching the holiday

8   season, if for some reason they cannot submit a report

9   by December 12th, what --

10         THE COURT: You need to make --

11         THE PLAINTIFF: Can I ask for an extension for

12  them?

13         THE COURT: Yes.

14         MR. DUFF: Your Honor, we object, this is

15  Anderson for defendants --

16         THE COURT: I know --

17         MR. DUFF: I'm sorry?

18         THE COURT: I know, but she can make an

19  application and I'll --

20         MR. DUFF: Okay, yes, Your Honor, thank you.

21         THE COURT: I'm not going to prejudge it, but

22  because it sounded like a hypothetical, so maybe we

23  won't. You also have a deadline to file your motion

24  for leave to amend and your proposed amended complaint

25  on December 12th, Ms. Trombetta.

EXHIBIT 12

65

```
1
2          THE PLAINTIFF:  I understand, thank you for
3    the reminder, Your Honor.
4          THE COURT:  All right, anything else then from
5    you, Ms. Trombetta?
6          THE PLAINTIFF:  Well I might add this to
7    propose the idea of a settlement conference, is that
8    something that the defendants would be interested in
9    at this time?
10         THE COURT:  Mr. Duff, I'll start with you?
11         MR. DUFF:  Your Honor, my clients are not
12   interested in a settlement conference, we've already
13   had several in this case and I know the Court has bent
14   over backwards trying to accommodate settlement
15   conferences. Every time we do that it just extends the
16   inevitable conclusion of this case and the
17   plaintiff's, the plaintiff's valuation of this case is
18   just so far away from our client's valuation of this
19   case that we do not believe a settlement conference
20   would be, it would just be a waste of our client's
21   resources and it would further delay the conclusion of
22   this case.  Thank you, Your Honor.
23         THE COURT:  Okay, Ms. Haimson, what's your
24   client's position?
25         MS. HAIMSON:  Yeah, we echo the same
```

Gmail - Annamarie Trombetta

 EXHIBIT #2

Annamarie Trombetta <artofannamarie@gmail.com>

## Annamarie Trombetta

**Annamarie Trombetta** <artofannamarie@gmail.com>
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>

Wed, Nov 23, 2022 at 1:15 PM

Hello Dr. Scelsa,

I wanted to wish you a Happy Thanksgiving . I also wanted to touch base
with you about my case.

 At the end of the Conference Call today I mentioned a Settlement Conference to the Judge and both Defendants declined
any offers.

I also stated to the Judge that the Expert witness reports which are due on December 12, 2022 but that with the Holiday
Season this may not be possible.
I have to make an application to the Court for an extension.

When you can please call me to discuss the production of the report.
With Appreciation,
Annamarie Trombetta
Tel (212) 427-5990

EXHIBIT #3

NOVEMBER 23, 2022

SOURCE  INFORMATION

EMAIL

EXHIBIT
#3A

Gmail - Email

 Gmail

**Annamarie Trombetta <atrombettaart@gmail.com>**

## Email

**Bialek, Adam** <Adam.Bialek@wilsonelser.com>                                    Wed, Nov 23, 2022 at 11:33 AM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie Trombetta <atrombettaart@gmail.com>,
"ajd@hoganduff.com" <ajd@hoganduff.com>, "ajd@andersonjduff.com" <ajd@andersonjduff.com>
Cc: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>


Here is the Source Information from the email that I was able to capture.  Being sent as a courtesy.


<html><head>

</head><body><div dir="ltr"><br><div class="gmail_quote">---------- Forwarded message ----------<br>From:
<b class="gmail_sendername">eBay</b> <span dir="ltr">&lt;<a href="mailto:ebay@ebay.com">eb
ay@ebay.com</a>&gt;</span><br>Date: Sat, Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay item sold!
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
<br>To: <a href="mailto:ebay@novocin.com">ebay@novocin.com</a><br><br><br><div id="m_
3729392004584666707Header"><div><table border="0" cellpadding="0" cellspacing="0" width="100%">
<tbody><tr><td width="100%" style="word-wrap:break-word"><table cellpadding="2" cellspacing="3"
border="0" width="100%"><tbody><tr><td width="1%" nowrap=""><img src="http://q.ebaystatic.com/
aw/pics/logos/ebay_95x39.gif" height="39" width="95" alt="eBay"></td><td align="left" valign="bottom">
<span style="font-weight:bold;font-size:xx-small;font-family:verdana,sans-serif;color:#666"><b>eBay sent
this message to Norb &amp; Marie Novocin (estateauctionsinc).</b><br></span><span style="font-size:xx-
small;font-family:verdana,sans-serif;color:#666">Your registered name is included to show this message
originated from eBay. <a href="http://pages.ebay.com/help/confidence/name-userid-emails.html"
target="_blank">Learn more</a>.</span></td></tr></tbody></table></td></tr></tbody></table></div></div>
<div id="m_3729392004584666707Title"><div><table style="background-color:#ffe680" border="0"
cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="8" valign="top"><img
src="http://q.ebaystatic.com/aw/pics/globalAssets/ltCurve.gif" height="8" width="8"></td><td valign="bottom"
width="100%"><span style="font-weight:bold;font-size:14pt;font-family:arial,sans-serif;color:#000;margin:
2px 0 2px 0">Congratulations, your item sold!</span></td><td width="8" valign="top" align="right"><img
src="http://p.ebaystatic.com/aw/pics/globalAssets/rtCurve.gif" height="8" width="8"></td></tr><tr><td
style="background-color:#fc0" colspan="3" height="4"></td></tr></tbody></table></div></div><div id="m_
3729392004584666707SingleItemCTA"><div><table border="0" cellpadding="2" cellspacing="3"
width="100%"><tbody><tr><td><font style="font-size:10pt;font-family:arial,sans-serif;color:#000">Dear
estateauctionsinc,<table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td><img
src="http://q.ebaystatic.com/aw/pics/s.gif" height="10" alt=" "></td></tr></tbody></table>You did it! Your
item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your
eBay shipping label.<table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td><img
src="http://q.ebaystatic.com/aw/pics/s.gif" height="10" alt=" "></td></tr></tbody></table>Complete one
of the following:<br><ul style="list-style-type:disc;margin:10px 10 10 14px"><li><a
href="http://rover.ebay.com/rover/0/e12011.m354.l1337/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FPrintPostage%
26transactionid%3D0%26itemid%3D330833102936%26ssPageName%
3DADME%3AL%3AEOISSA%3AUS%3A1337" target="_blank">Print a shipping label</a> Avoid a trip to
the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you
reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking
information is uploaded automatically.</li><li><a href="http://rover.ebay.com/rover/0/e12011.m354.l1663/7?
euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fpayments.ebay.com%2Fws%
2FeBayISAPI.dll%3FAddTrackingNumber2%26flow%3Dmyebay%26LineID%
3D330833102936_0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1663"
target="_blank">Provide shipping and tracking information</a>. When you upload tracking information to
eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may
result in fewer questions from buyers and higher detailed seller ratings.</li><li><a

Plaintiff000826

href="http://rover.ebay.com/rover/0/e12011.m354.l1662/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyEbayBeta%26CurrentPage%
3DMyeBayNextSold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1662"
target="_blank">Mark your item as shipped in My eBay</a>. Do this, and we'll let your buyer know the item
is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed
seller ratings.</li></ul>You should always <a href="http://rover.ebay.com/rover/0/e12011.m354.l1332/7?
euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Ffeedback.ebay.com%2Fws%
2FeBayISAPI.dll%3FLeaveFeedback2%26show_as%3Dsold%26ssPageName%3DADME%
3AL%3AEOISSA%3AUS%3A1332" target="_blank">leave feedback</a> for your buyer to encourage them
to buy from you again.<br><br></div></font><div><table width="100%" cellpadding="0" cellspacing="3"
border="0"><tbody><tr><td valign="top" align="center" width="100" nowrap=""><a
href="http://rover.ebay.com/rover/0/e12011.m43.l1123/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fcgi.ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%
3D330833102936%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1123" target="_blank"><img
src="http://thumbs.ebaystatic.com/pict/330833102936.jpg" alt="1972 Original Oil Painting Man With Red
Umbrella Signed Annamarie Trombetta yqz" border="0"></a></td><td colspan="2" valign="top"><table
width="100%" cellpadding="0" cellspacing="0" border="0"><tbody><tr><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" colspan="2"><a href="http://rover.ebay.com/rover/0/e12011.m43.l1123/7?
euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fcgi.
ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%
3DADME%3AL%3AEOISSA%3AUS%3A1123" target="_blank">1972 Original Oil Painting Man With Red
Umbrella Signed Annamarie Trombetta yqz</a></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-
serif;color:#000" width="15%" nowrap="" valign="top"><font style="font-weight:bold;font-size:10pt;font-
family:arial,sans-serif;color:#000">Sale price:</font></td><td style="font-size:10pt;font-family:arial,sans-
serif;color:#000" valign="top"><font style="font-weight:bold;font-size:10pt;font-family:arial,sans-
serif;color:#000">$181.50</font></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:
#000" width="15%" nowrap="" valign="top">Quantity sold:</td><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" valign="top">1</td></tr><tr><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Sale date:</td><td style="font-
size:10pt;font-family:arial,sans-serif;color:#000" valign="top">Dec-01-12 18:54:01 PST</td></tr><tr><td
style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Buyer:
</td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top">nina correia</td></tr><tr>
<td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top"></td>
<td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top"><div><table border="0"
cellpadding="0" cellspacing="0"><tbody><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000"
valign="top" class="m_3729392004584666707noWrap"><font style="font-size:10pt;font-family:arial,sans-
serif;color:#000">9naclock (<a href="mailto:ninascorreia@aol.com" target="_blank">ninascorreia@
aol.com</a>) [<a href="http://contact.ebay.com/ws/eBayISAPI.dll?ReturnUserEmail&amp;requested=
9naclock&amp;redirect=0&amp;iid=330833102936" target="_blank">contact buyer</a>]</font></td></tr></
tbody></table></div></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000"
width="15%" nowrap="" valign="top">Buyer's shipping address:</td><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" valign="top"><div><table border="0" cellpadding="0" cellspacing="0">
<tbody><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top" class="m_
3729392004584666707noWrap" nowrap="">nina correia</td></tr><tr><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" valign="top" class="m_3729392004584666707noWrap" nowrap="">14215
prairie flower ct</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top"
class="m_3729392004584666707noWrap" nowrap="">reno, NV 89511-6710 United States</td></tr>
</tbody></table></div></td></tr><tr><td colspan="2"><font style="font-size:10pt;font-family:arial,sans-
serif;color:#000"><a href="http://rover.ebay.com/rover/0/e12011.m43.l1151/7?euid=
45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fcgi5.
ebay.com%2Fws%2FeBayISAPI.dll%3FSellHub3%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%
3A1151" target="_blank">Sell another Item</a> | <a href="http://rover.ebay.com/
rover/0/e12011.m43.l1156/7?euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%
2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FUnifiedCheckoutSellerUpdateDetails%26itemId%
3D330833102936%26transId%3D0%26buyerid%3D0%26ssPageName%
3DADME%3AL%3AEOISSA%3AUS%3A1156" target="_blank">Send invoice to buyer</a></font></td></tr>
</tbody></table></td></tr></tbody></table></div></td><td valign="top" width="185"><div><span
style="font-weight:bold;font-size:10pt;font-family:arial,sans-serif;color:#000"><strong>Provide shipping
information</strong></span><table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr>
<td><img src="http://q.ebaystatic.com/aw/pics/s.gif" height="4" alt=" "></td></tr></tbody></table><a
href="http://rover.ebay.com/rover/0/e12011.m44.l1121/7?euid=45d0df16f2ea40759d3656f834970b

Tromb000827

EXHIBIT #3

Gmail - Email

06&amp;loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%
3DMyeBaySold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1121"
title="http://rover.ebay.com/rover/0/e12011.m44.l1121/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%
3DMyeBaySold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1121" target="_blank"><img
src="http://p.ebaystatic.com/aw/pics/buttons/btnGotoMyeBay.gif" border="0" height="32" width="120"></a>
<br><span style="font-style:italic;font-size:8pt;font-family:arial,sans-serif;color:#000"></span></div></td>
</tr></table><br></div></div><div id="m_3729392004584666707OneClickDigestOrUnsubscribe">
<div><div class="m_3729392004584666707cub-cwrp"><h3 class="m_3729392004584666707cub-chd">
Select your email preferences</h3><div class="m_3729392004584666707cub-ccnt"><ul class="m_
3729392004584666707cub-ulst"><li><span class="m_3729392004584666707cub-ltxt"><span>Want to
reduce your inbox email volume? <a href="http://my.ebay.com/ws/eBayISAPI.dll?DigestEmail&amp;
emailType=12011" target="_blank">Receive this email as a daily digest</a>.</span><br><span>For other
email digest options, go to <a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=
MyeBayNextNotificationPreferences" target="_blank">Notification Preferences</a> in My eBay.</span><br>
</span></li><li><span class="m_3729392004584666707cub-ltxt"><span>Don't want to receive this email?
<a href="http://my.ebay.com/ws/eBayISAPI.dll?EmailUnsubscribe&amp;emailType=12011"
target="_blank">Unsubscribe from this email</a>.</span><br></span></li></ul></div></div></div></div>
<div id="m_3729392004584666707MarketPlaceSafetyTip"></div></div><div id="m_
3729392004584666707Footer"><div><hr style="HEIGHT:1px"><table border="0" cellpadding="0"
cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-size:10pt;font-
family:arial,sans-serif;color:#000"><b>Email reference id: [#<wbr>45d0df16f2ea40759d3656f834970b
<wbr>06#]</b><br>Please don't remove this number. eBay customer support may ask you for this number,
if you should need assistance.</font></td></tr></tbody></table><br></div><hr style="HEIGHT:1px"><table
border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-
size:xx-small;font-family:verdana;color:#666"><a href="http://pages.ebay.com/education/spooftutorial/index.
html" target="_blank">Learn More</a> to protect yourself from spoof (fake) emails.<br><br>eBay sent this
email to you at <a href="mailto:ebay@novocin.com" target="_blank">ebay@novocin.com</a> about your
account registered on <a href="http://www.ebay.com" target="_blank">www.ebay.com</a>.<br><br>eBay
sends these emails based on the preferences you set for your account. To unsubscribe from this email,
change your <a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=
MyeBayNextNotificationPreferences" target="_blank">communication preferences</a>. Please note that it
may take up to 10 days to process your request. Visit our <a href="http://pages.ebay.com/
help/policies/privacy-policy.html" target="_blank">Privacy Policy</a> and <a href="http://pages.ebay.com/
help/policies/user-agreement.html" target="_blank">User Agreement</a> if you have any questions.<br>
<br>Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property
of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145
Hamilton Avenue, San Jose, CA 95125. </font></td></tr></tbody></table><img src="http://rover.ebay.com/
roveropen/0/e12011/7?euid=45d0df16f2ea40759d3656f834970b06" height="1" width="1"></div></div>
</div><br></div></body></html>

Adam Bialek
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212.915.5143 (Direct)
917.538.0616 (Cell)
212.490.3000 (Main)
212.490.3038 (Fax)
adam.bialek@wilsonelser.com

**From:** Bialek, Adam
**Sent:** Thursday, November 17, 2022 1:33 PM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Annamarie Trombetta
<atrombettaart@gmail.com>; ajd@hoganduff.com; ajd@andersonjduff.com

Plaintiff000828

Gmail - Email

Cc: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** FW: Email

I note that as of late there has been quite a few emails floating about looking for the complete document regarding the sale of the painting. I just came across this which was exchanged during the deposition of the Novicins. Hopefully, this issue is now resolved and we can start reducing the issues that need to be raised on the call with the Court next week. I suggest that we put together an agenda of items to be addressed with the Court next week and see if we can meet and confer on a resolution of as many as we can.

[Quoted text hidden]
[Quoted text hidden]

EXHIBIT
#30

Plaintiff000829

EXHIBIT # 4

NOVEMBER 23, 2022

ELECTRONIC    ORIGINAL
MESSAGE EMAIL PRINT OUT

SOURCE  INFORMATION

EMAIL

Original Message

## Original Message

| | |
|---|---|
| Message ID | <21BC38C09AD4514693C6FCF2B58A34CE0294D6A097@WILEXCSRVPD10.WEMED.com> |
| Created at: | Wed, Nov 23, 2022 at 11:33 AM (Delivered after 6 seconds) |
| From: | "Bialek, Adam" <Adam.Bialek@wilsonelser.com> |
| To: | Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie Trombetta <atrombettaart@gmail.com>, "ajd@hoganduff.com" <ajd@hoganduff.com>, "ajd@andersonjduff.com" <ajd@andersonjduff.com> |
| Subject: | RE: Email |
| SPF: | PASS with IP 216.71.146.94 Learn more |
| DKIM: | 'PASS' with domain wilsonelser.com Learn more |
| DMARC: | 'PASS' Learn more |

Download Original                                    Copy to clipboard

---

```
Delivered-To: atrombettaart@gmail.com
Received: by 2002:a05:6a11:e044:b0:35c:5884:6311 with SMTP id
dl4csp3749182pxc;
        Wed, 23 Nov 2022 08:33:38 -0800 (PST)
X-Google-Smtp-Source:
AA0mqf5n+Rhg2CQVBT6pk6449pe7/5jOUn9SRMtK1NO0inwYLGX28NHPLlEJu6yKSB8n
bu3+mXy/
X-Received: by 2002:a17:906:34d0:b0:78d:c16e:dfc9 with SMTP id h16-
20020a17090634d000b0078dc16edfc9mr24785827ejb.327.1669221218185;
        Wed, 23 Nov 2022 08:33:38 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1669221218; cv=none;
        d=google.com; s=arc-20160816;

        b=KLD9wphe9GsIyTpugwEe9zWQfcBcWWT+9DjwuZkkXygWVyj8jhiQKVxR3mnLeJvk1b

        A3gThXTFFh7Zlq3omrWDSX1wuLSgm0obs6gtpA785NBMRr42EkYXIbUYCA3bF768LMwn

        /8jMzLgKXga9jW4ttaKnuZ0Ea1isl8wZGmHDSbou/KqYkMmbMHvOQqeVZjFN6mM/ybJk

        J0qKrMiC59dmt+asQTnlr1B2mLHKeYdSIvpcR23hSIAZUZLOdDhK3j/LKzRjNq05Fyip

        EyIy7UXKZTQ7fePaGvENeV0ctZWgsXmJqE9T+T5NAMvZY105b58uoc/KX1NSKOHDR97b
                wRBQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
d=google.com; s=arc-20160816;
```

Original Message

```
         h=mime-version:imanage.sendandfile.filinglocations:content-
language
          :accept-language:in-reply-to:references:message-
id:date:thread-index
          :thread-topic:subject:cc:to:from:dkim-signature;
         bh=ZUO94FbhInj1iyKCs1K79ZRkbKJ2XvuwbAkW2TX55M0=;

b=OO+FAbelVHnKmaUltfA2pdKKYUkddkIRLsExWdBIS5WgEheSd+uNXFroClA4aGKb+8

c6vZmSAVvfF0rEcRAv0no7zqXr1Exu9HM+s+Is5OMAoqr9/AcBXKRS3V4P/xq54IxgRy

AT/CI5Ssd+SB3zOijuIdfDGtM2SkefHbhqSqjlssYIJqdvBhpdmcTM1MB+W+GEmrIhEq

kglQxflw5hBXkxclwLS9c9y4jOOS2np4zWTOJiBLmMB0H5w3uN/yh5WwZhpUNb6JeOOz

oB1hg/WioZYLl6/RoFA8jnmlJX5zDrMtBQTX1vxgnRh2y1cGJvCEDswlFn6Ed1bnBDS1
         rR+w==
ARC-Authentication-Results: i=1; mx.google.com;
         dkim=pass header.i=@wilsonelser.com header.s=mailkey
header.b=oqZVhQr+;
         spf=pass (google.com: domain of adam.bialek@wilsonelser.com
designates 216.71.146.94 as permitted sender)
smtp.mailfrom=Adam.Bialek@wilsonelser.com;
         dmarc=pass (p=NONE sp=NONE dis=NONE)
header.from=wilsonelser.com
Return-Path: <Adam.Bialek@wilsonelser.com>
Received: from esa4.wilsonelser.iphmx.com
(esa4.wilsonelser.iphmx.com. [216.71.146.94])
         by mx.google.com with ESMTPS id qf39-
20020a1709077f2700b0078d9c0e8971si17348277ejc.752.2022.11.23.08.33.3
7
         for <atrombettaart@gmail.com>
         (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256
bits=128/128);
         Wed, 23 Nov 2022 08:33:38 -0800 (PST)
Received-SPF: pass (google.com: domain of
adam.bialek@wilsonelser.com designates 216.71.146.94 as permitted
sender) client-ip=216.71.146.94;
Authentication-Results: mx.google.com;
         dkim=pass header.i=@wilsonelser.com header.s=mailkey
header.b=oqZVhQr+;
         spf=pass (google.com: domain of adam.bialek@wilsonelser.com
designates 216.71.146.94 as permitted sender)
smtp.mailfrom=Adam.Bialek@wilsonelser.com;
         dmarc=pass (p=NONE sp=NONE dis=NONE)
header.from=wilsonelser.com
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple;
  d=wilsonelser.com; i=@wilsonelser.com; q=dns/txt;
  s=mailkey; t=1669221217; x=1700757217;
  h=from:to:cc:subject:date:message-id:references:
   in-reply-to:mime-version;
  bh=UGGwTP3Yv2h17sk2o1PkArPP/kkPBi4LSSKB+XONth8=;
  b=oqZVhQr+EYGbANSqSMuwW5eV0RbUCPcUhALaD9Icg1cpbOk//eGl01RW
   ZlnTeOwue+XfrJXgdIv2QwMhL63WO0BI810/12b4Z7Q5xhrAd2F+YGHrA
   SlLZrABNGjOBw8rF0HpoIoWrR9HggXawBz87NiyU6dsXC2kho5UpIRcRH
   4=;
Authentication-Results: esa4.wilsonelser.iphmx.com; dkim=none
(message not signed) header.i=none
X-IronPort-AV: E=Sophos;i="5.96,187,1665460800";
   d="scan'208,217";a="10393528"
Received: from mail1.wilsonelser.com (HELO mymail.wilsonelser.com)
([64.125.236.41])
  by esa4.wilsonelser.iphmx.com with ESMTP/TLS/ECDHE-RSA-AES256-
SHA384; 23 Nov 2022 11:33:34 -0500
Received: from WILEXCSRVPD10.WEMED.com ([10.254.5.251]) by WE-
EXCCAS-03.WEMED.com ([10.254.5.132]) with mapi id 14.03.0513.000;
```

Original Message

```
Wed, 23 Nov 2022 11:33:33 -0500
From: "Bialek, Adam" <Adam.Bialek@wilsonelser.com>
To: "'Annamarie Trombetta'" <annamarietrombettalegal@outlook.com>,
"'Annamarie Trombetta'" <atrombettaart@gmail.com>,
"'ajd@hoganduff.com'" <ajd@hoganduff.com>, "'ajd@andersonjduff.com'"
<ajd@andersonjduff.com>
CC: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson,
Nicole" <Nicole.Haimson@wilsonelser.com>
Subject: RE: Email
Thread-Topic: Email
Thread-Index: AQHYzdMEL0BVNzcYGkKMc/yBNnulBq5DyZRggAlNAQA=
Date: Wed, 23 Nov 2022 16:33:32 +0000
Message-ID:
<21BC38C09AD4514693C6FCF2B58A34CE0294D6A097@WILEXCSRVPD10.WEMED.com>
References:
<BYAPR06MB4277A3A18295214CF5F27E60AB4F9@BYAPR06MB4277.namprd06.prod.
outlook.com>
<21BC38C09AD4514693C6FCF2B58A34CE0294D3C682@WILEXCSRVPD10.WEMED.com>
In-Reply-To:
<21BC38C09AD4514693C6FCF2B58A34CE0294D3C682@WILEXCSRVPD10.WEMED.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
x-wsguid: IMAN-d4a4709ffd0146a6aee3300e1403962f
imanage.sendandfile.filinglocations: Active!7285068
x-originating-ip: [10.254.5.50]
Content-Type: multipart/alternative;
boundary="_000_21BC38C09AD4514693C6FCF2B58A34CE0294D6A097WILEXCSRVPD
10_"
MIME-Version: 1.0


--_000_21BC38C09AD4514693C6FCF2B58A34CE0294D6A097WILEXCSRVPD10_
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

Here is the Source Information from the email that I was able to
capture. =
Being sent as a courtesy.

<html><head>
</head><body><div dir=3D"ltr"><br><div class=3D"gmail_quote">-------
--- For=
warded message ----------<br>From: <b
class=3D"gmail_sendername">eBay</b> <=
span dir=3D"ltr">&lt;<a
href=3D"mailto:ebay@ebay.com">ebay@ebay.com</a>&gt;=
</span><br>Date: Sat, Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay
item sol=
d! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie
Trombe=
tta yqz (330833102936)<br>To: <a
href=3D"mailto:ebay@novocin.com">ebay@novo=
cin.com</a><br><br><br><div><div id=3D"m_3729392004584666707Header">
<div><t=
able border=3D"0" cellpadding=3D"0" cellspacing=3D"0"
width=3D"100%"><tbody>
><tr><td width=3D"100%" style=3D"word-wrap:break-word"><table
cellpadding=
=3D"2" cellspacing=3D"3" border=3D"0" width=3D"100%"><tbody><tr><td
width=
=3D"1%" nowrap=3D""><img
src=3D"http://q.ebaystatic.com/aw/pics/logos/ebay_=
95x39.gif" height=3D"39" width=3D"95" alt=3D"eBay"></td><td
align=3D"left" =
valign=3D"bottom"><span style=3D"font-weight:bold;font-size:xx-
```

Original Message

```
small;font-f=
amily:verdana,sans-serif;color:#666"><b>eBay sent this message to
Norb &amp=
; Marie Novocin (estateauctionsinc).</b><br></span><span
style=3D"font-size=
:xx-small;font-family:verdana,sans-serif;color:#666">Your registered
name i=
s included to show this message originated from eBay. <a
href=3D"http://pag=
es.ebay.com/help/confidence/name-userid-emails.html"
target=3D"_blank">Lear=
n more</a>.</span></td></tr></tbody></table></td></tr></tbody>
</table></div=
></div><div id=3D"m_3729392004584666707Title"><div><table
style=3D"backgrou=
nd-color:#ffe680" border=3D"0" cellpadding=3D"0" cellspacing=3D"0"
width=3D=
"100%"><tbody><tr><td width=3D"8" valign=3D"top"><img
src=3D"http://q.ebays=
tatic.com/aw/pics/globalAssets/ltCurve.gif" height=3D"8"
width=3D"8"></td><=
td valign=3D"bottom" width=3D"100%"><span style=3D"font-
weight:bold;font-si=
ze:14pt;font-family:arial,sans-serif;color:#000;margin:2px 0 2px
0">Congrat=
ulations, your item sold!</span></td><td width=3D"8" valign=3D"top"
align=
=3D"right"><img
src=3D"http://p.ebaystatic.com/aw/pics/globalAssets/rtCurve=
.gif" height=3D"8" width=3D"8"></td></tr><tr><td
style=3D"background-color:=
#fc0" colspan=3D"3" height=3D"4"></td></tr></tbody></table></div>
</div><div=
 id=3D"m_3729392004584666707SingleItemCTA"><div><table border=3D"0"
cellpad=
ding=3D"2" cellspacing=3D"3" width=3D"100%"><tbody><tr><td><font
style=3D"f=
ont-size:10pt;font-family:arial,sans-serif;color:#000">Dear
estateauctionsi=
nc,<table border=3D"0" cellpadding=3D"0" cellspacing=3D"0"
width=3D"100%"><=
tbody><tr><td><img src=3D"http://q.ebaystatic.com/aw/pics/s.gif"
height=3D"=
10" alt=3D" "></td></tr></tbody></table>You did it! Your item sold.
Please =
ship this item to the buyer after your buyer pays. As soon as your
buyer pa=
ys, print your eBay shipping label.<table border=3D"0"
cellpadding=3D"0" ce=
llspacing=3D"0" width=3D"100%"><tbody><tr><td><img
src=3D"http://q.ebaystat=
ic.com/aw/pics/s.gif" height=3D"10" alt=3D" "></td></tr></tbody>
</table><di=
v>Complete one of the following:<br><ul style=3D"list-style-
type:disc;margi=
n:10px 10 10 14px"><li><a
href=3D"http://rover.ebay.com/rover/0/e12011.m354=
.l1337/7?
euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fpay=
ments.ebay.com%2Fws%2FeBayISAPI.dll%3FPrintPostage%26transactionid%3
D0%26it=
emid%3D330833102936%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1337"
target=3D=
"_blank">Print a shipping label</a> Avoid a trip to the post office,
print =
and pay for your label at home. Printing shipping labels on eBay
```

Original Message

```
also offer=
s you reduced pricing on some shipping services, and when you print
shippin=
g labels on eBay, your tracking information is uploaded
automatically.</li>=
<li><a href=3D"http://rover.ebay.com/rover/0/e12011.m354.l1663/7?
euid=3D45d=
0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fpayments.ebay.c
om%2Fws=
%2FeBayISAPI.dll%3FAddTrackingNumber2%26flow%3Dmyebay%26LineID%3D330
8331029=
36_0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1663"
target=3D"_blank">Provid=
e shipping and tracking information</a>. When you upload tracking
informati=
on to eBay, we'll send it to your buyer and let them know the item
is on it=
s way. This will save you time, and may result in fewer questions
from buye=
rs and higher detailed seller ratings.</li><li><a
href=3D"http://rover.ebay=
.com/rover/0/e12011.m354.l1662/7?
euid=3D45d0df16f2ea40759d3656f834970b06&am=
p;loc=3Dhttp%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyEbayBeta%2
6Curren=
tPage%3DMyeBayNextSold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1662"
target=
=3D"_blank">Mark your item as shipped in My eBay</a>. Do this, and
we'll le=
t your buyer know the item is on its way. This will save you time,
and may =
result in fewer questions from buyers and higher detailed seller
ratings.</=
li></ul>You should always <a
href=3D"http://rover.ebay.com/rover/0/e12011.m=
354.l1332/7?
euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2F=
feedback.ebay.com%2Fws%2FeBayISAPI.dll%3FLeaveFeedback2%26show_as%3D
sold%26=
ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1332" target=3D"_blank">leave
feedbac=
k</a> for your buyer to encourage them to buy from you again.<br>
<br></div>=
</font><div><table width=3D"100%" cellpadding=3D"0"
cellspacing=3D"3" borde=
r=3D"0"><tbody><tr><td valign=3D"top" align=3D"center" width=3D"100"
nowrap=
=3D""><a href=3D"http://rover.ebay.com/rover/0/e12011.m43.l1123/7?
euid=3D45=
d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fcgi.ebay.com%2
Fws%2Fe=
BayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%3DADME%3A
L%3AEOI=
SSA%3AUS%3A1123" target=3D"_blank"><img
src=3D"http://thumbs.ebaystatic.com=
/pict/330833102936.jpg" alt=3D"1972 Original Oil Painting Man With
Red Umbr=
ella Signed Annamarie Trombetta yqz" border=3D"0"></a></td><td
colspan=3D"2=
" valign=3D"top"><table width=3D"100%" cellpadding=3D"0"
cellspacing=3D"0" =
border=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-
family:arial,sans-=
serif;color:#000" colspan=3D"2"><a
href=3D"http://rover.ebay.com/rover/0/e1=
2011.m43.l1123/7?
```

EXHIBIT # 6

NOVEMBER 23, 2022

TRANSCRIPT
CONFERENCE CALL

PAGES 4 thru 21

```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF NEW YORK

   In re:                                   :
                                               Docket #18cv993
   TROMBETTA,                               :  1:18-cv-00993-RA-SLC

                        Plaintiff,          :

     - against -                            :

   NOVOCIN, et al.,                         :  New York, New York
                                               November 23, 2022
                        Defendants.         :

   ------------------------------------- :  REMOTE CONFERENCE

                          PROCEEDINGS BEFORE
                      THE HONORABLE SARAH L. CAVE,
                    UNITED STATES MAGISTRATE JUDGE

   APPEARANCES:

   For Plaintiff:            ANNAMARIE TROMBETTA, PRO SE
                             175 East 96th Street, Apartment 12R
                             New York, New York 10128

   For Defendant -          WILSON ELSER MOSKOWITZ EDELMAN &
   WorthPoint Corporation:   DICKER, LLP
                             BY:  ADAM BIALEK, ESQ.
                                  NICOLE HAIMSON, ESQ.
                             150 East 42nd Street
                             New York, New York 10017
```

```
   Transcription Service:   Carole Ludwig, Transcription Services
                            155 East Fourth Street #3C
                            New York, New York 10009
                            Phone:  (212) 420-0771
                            Email:  Transcription420@aol.com
```

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

```
 1                                                    4
 2            HONORABLE SARAH L. CAVE (THE COURT):  Good
 3     morning, this is Magistrate Judge Cave, we're here for
 4     a conference in Trombetta versus Novocin --
 5            MS. ANNAMARIE TROMBETTA (THE PLAINTIFF):  Good
 6     morning.
 7            THE COURT:  (continuing) -- case number
 8     18cv993. Good morning, Ms. Trombetta?
 9            THE PLAINTIFF:  Yes, good morning.
10            THE COURT:  All right, good morning. And for
11     defendants, let's start with the Novocin.
12            MR. ANDERSON DUFF: Your Honor, this is
13     Anderson Duff appearing on behalf of defendants Estate
14     Auctions and Norb and Marie Novocin, thank you.
15            THE COURT:  Great, good morning.  And for
16     WorthPoint?
17            MS. NICOLE HAIMSON:  Nicole Haimson with my
18     colleague, Adam Bialek from Wilson Elser on behalf of
19     WorthPoint Corporation.
20            THE COURT:  Okay, good morning, and apologies
21     for the delay, my prior conference was trying to fit a
22     lot in before the holiday so I had a lot of issues
23     with the other parties so thank you all for being
24     flexible about the time that we're getting started
25     today.
```

```
 1                                                    5
 2            Okay, so, you know, I have a few letters from
 3   the parties and I've been trying very hard to sort of
 4   discern what remains. I did get a couple of additional
 5   letters from the parties last night and so it seems to
 6   me, Ms. Trombetta, that one of the big issues that you
 7   were focused on in terms of the productions from the
 8   defendants was the complete sales receipt from the
 9   eBay auction of the 1972 original oil painting. It
10   seemed like from Mr. Bialek's letter that that
11   complete receipt has now been provided to you, is that
12   the case, Ms. Trombetta?
13            THE PLAINTIFF:  It has, I did state that in
14   the November 16th letter that you had requested of me,
15   however, I think it's important as I put in my letter
16   on Monday that the original message or the wrong
17   message, which is the coding for that email, be
18   produced and the reason for my request is that usually
19   with all eBay receipts there is an icon of a square,
20   it almost looks like an old fashioned slide, and the
21   receipts from 2012 from EAI or eBay is absent of that
22   particular icon.
23            THE COURT:  Okay, so --
24            THE PLAINTIFF:  So why reason for the raw data
25   or the original email, which will have the content in
```

```
 1                                                          6
 2  that receipt as well as the coding for it, and it will
 3  just validate that the receipt transference was done.
 4  I have --
 5          THE COURT:  What you have now is just like a
 6  PDF version of that receipt?
 7          THE PLAINTIFF:  That is correct, Your Honor --
 8  (interposing) --
 9          THE COURT:  Hold on, everybody will have a
10  chance to talk, please wait until I call on you.  Go
11  ahead, Ms. Trombetta.
12          THE PLAINTIFF:  Yeah, thank you.  So the
13  defendants, WorthPoint, in particular, requested of me
14  several of those type of printouts. So not only did I
15  print out the PDF, you know, the content, text
16  content, but I also printed out the raw message or the
17  original message which gives you all the text within
18  the tracking and the coding of that email.
19          THE COURT:  Okay, are you concerned about,
20  that the PDF is somehow not authentic?
21          THE PLAINTIFF:  The production of the original
22  message will validate and verify that conclusively. I
23  am just, I just noticed that in all of my eBay
24  documents there's the icon of the gray square where
25  the image should be and it usually says, you know,
```

```
 1                                                        7
 2  click on to view image.  But I did not see that in the
 3  PDF.  And, again, since that was asked of me and I
 4  understand why, then I just would like --
 5          THE COURT:  There's no dispute that the eBay
 6  sale took place, right, that's not disputed?
 7          THE PLAINTIFF:  Again, the verification of the
 8  original or the raw coding and email will conclusively
 9  validate that.  All I can tell you with most certainty
10  is that I did not paint this image, I have produced my
11  signature --
12          THE COURT:  I know.
13          THE PLAINTIFF:  And I've also cooperated to an
14  extended amount. I had nothing to do with this.
15          THE COURT:  I know, and that goes to the
16  merits of this case, so let me hear from --
17          MS. HAIMSON:  Your Honor, may I clarify quick,
18  (indiscernible) was requested in terms of the actual
19  email. So I think plaintiff just explained to the
20  Court that counsel for WorthPoint had requested
21  printouts of emails and that she was seeking basically
22  the equivalent. That's actually inaccurate, what we
23  have requested was essentially the native electronic
24  format of that email which was exactly what we just
25  sent her.  We sent her the native electronic format of
```

8

```
 1
 2   that sales receipt. So she has exactly what we are
 3   requesting from her and I don't know what she's
 4   talking about when she's saying coding, but we have
 5   given her the native electronic format of that email.
 6   So I don't think there's really anything else to give.
 7            THE COURT: Okay. All right, so, Ms.
 8   Trombetta, do you have -- Mr. Duff?
 9            MR. DUFF: Yes, Your Honor, I just wanted to
10   address this very briefly since this was our
11   production, my client's production.  The email that
12   she's talking about, we originally produced in April,
13   April 26th, and it was converted into a PDF and
14   stamped. During the deposition of my clients,
15   WorthPoint's counsel correctly pointed out that there
16   were a few digits that were cut off when it was
17   converted to a PDF on the right-hand side.  So while
18   the deposition was happening, I forwarded the raw
19   email, the .eml file, which contains all the metadata,
20   is unstamped, has everything that Ms. Trombetta could
21   want, that was on September 21st.  So she's had it
22   since September 21st and she's continued to file these
23   letters with the Court saying that she doesn't have
24   it. And I know that everybody got the email because
25   Adam Bialek recently, as counsel just stated,
```

9

2  recirculated that file. Ms. Trombetta's had this since

3  the raw file, since September 21st, and just to address

4  Ms. Trombetta's concerns I went ahead and reproduced

5  it, restamped it as a PDF that does not cut off an of

6  the information on the right-hand side.  So Ms.

7  Trombetta's had this since April.

8          THE COURT:  Okay. All right, Ms. Trombetta, do

9  you now have the emails?

10          THE PLAINTIFF:  In my letter that I wrote

11  yesterday or maybe the day before, I gave and produced

12  -- no, it was yesterday, examples of what it was that

13  I was looking for.  And I had also stated that in the

14  email that was sent from Adam Bialek, when I clicked

15  onto the attachment, the attachment activated my

16  mailbox on the computer, and a drop down menu came up

17  where you have to select either Gmail, Yahoo,

18  whatever. I don't have that system operating. If Mr.

19  Duff sends me the coding of the PDF I would appreciate

20  it if he'd send it to the outlook.com. I cannot open

21  what it is that he, that Mr. Bialek sent.

22          Now I have been asking repeatedly for the full

23  uncut version of the PDF on numerous occasions --

24          THE COURT:  He said he sent it to you on

25  September 21st, Ms. Trombetta.

1                                                            10

2              THE PLAINTIFF:  Yes, but on October 31st I

3   sent Mr., well I put this in my letter, on the 29th I

4   sent, which was a Saturday, I sent a sample of the

5   April version of the PDF which was slightly truncated.

6   Then I also sent the deposition pages 74 to 79 of my

7   Mr. Novocin which states that he keeps all his emails.

8   Another thing that I'm requesting is the transaction

9   of the payment.  Third, any type of receipt from the

10  buyer which is still missing.  This is just basic --

11             THE COURT:  Okay, well it seems to me, Ms.

12  Trombetta, that the defendants have produced to you in

13  several different formats a copy of the receipt that

14  you're asking for and I'm not going to require them to

15  produce anything --

16             THE PLAINTIFF:  Your Honor, I have to

17  disagree.  They produced in April the cut, truncated

18  PDF, it's just the printout of the email --

19             THE COURT:  And then he --

20             THE PLAINTIFF:  What I'm requesting physically

21  is the, I have received the full PDF but not the

22  original and raw message of that particular email.

23             THE COURT:  He just said --

24             THE PLAINTIFF:  Secondly, there is no --

25             THE COURT:  Ms. Trombetta, you have to listen

11

2   to me.  He sent it on September 21st.

3          THE PLAINTIFF:  That's what they are saying

4   and I'm telling you that the email that they sent the

5   other day I could not open it. I will send it to

6   another person, I plan on doing that over the weekend,

7   to see if they can open it, but I, personally, cannot

8   open it.

9          THE COURT:  Okay --

10         THE PLAINTIFF:  They can actually print out

11   all the data, that entire raw message, and scan it and

12   send it to me.

13         MR. BIALEK:  Your Honor, if I can, this is

14   Adam Bialek, I just want, I just want to say I sent I

15   to two different email addresses for Ms. Trombetta, I

16   sent it to the annatrombettalegal@outlook.com and then

17   I also sent it to atrombettaart@gmail.com.  So it

18   would have gone to two different servers.

19         THE COURT:  And that was attaching the native

20   document, correct?

21         MR. BIALEK:  That attached the email that I

22   had gotten from Mr. Duff which was, it looks like a

23   January 10, 2017, mail form eBay@novocin.com to Norb

24   Novocin and Marie Novocin that it forwards the

25   December 1, 2012, at 9:54 p.m. email from eBay at

```
 1                                                    12
 2  eBay.com to eBay@novocin.com, and that has, that's the
 3  original email that they have which has all of the
 4  sales price and the buyer's name, buyer's shipping
 5  address, et cetera.
 6            THE PLAINTIFF:  The buyer has not produced any
 7  receipts of the transaction of payment, nor have they
 8  indicated was it paid by check, PayPal, cash, credit
 9  card, that hasn't been produced nor the sales receipt.
10  There's only one document that's been produced and,
11  again, I am asking you, Judge Cave, to have the
12  defendants print out the data and send it to me that
13  way.
14            THE COURT:  What data?
15            THE PLAINTIFF:  That's what I did in my --
16            THE COURT:  Ms. Trombetta --
17            THE PLAINTIFF:  (continuing) -- responses, I
18  printed out, I was requested to print out the February
19  20, 2016, email. I printed out the text, the actual
20  email, then I went to the raw message and print out
21  most of the coding. And then after the October 28th
22  meet and confer I figured out a way to export the raw
23  message into a PDF file and I forwarded that to both
24  defendants as requested. I'm just asking for the same
25  type of consideration as I am extending to the
```

```
 1                                                       13
 2  defendants.
 3           THE COURT:  Is that your exhibit 4 to your
 4  letter yesterday, is that the type of raw data that
 5  you're talking about?
 6           THE PLAINTIFF:  Correct, thank you, Your
 7  Honor, that's precisely what it is that I'm looking
 8  for. I printed out an example of the hard copy which
 9  is basically any time you open up an email you get the
10  text or the, you know, the look of the email.
11           THE COURT:  Why do you need the data for this
12  email?
13           THE PLAINTIFF:  As stated earlier, first and
14  foremost there should be on the PDF an icon of the
15  image in gray where it's highlighted on blue and it
16  says click onto the image.  It doesn't have that.
17  Secondly, it's as requested of me as proof this is
18  another verification that the sale took place.  The
19  whole case is hinged upon the importance of the proof
20  of the sale because that's how WorthPoint became
21  involved.
22           THE COURT:  All right, stop talking for a
23  minute please so I can ask the defendants a question.
24  Ms. Haimson or, well actually let me ask Mr. Duff
25  because I think this is your email --
```

```
 1                                                    14
 2          MR. DUFF:  Yes, Your Honor.
 3          THE COURT:  Are you able to ascertain the data
 4  for the email comparable to what appears in exhibit 4
 5  to Ms. Trombetta's letter yesterday?
 6          MR. DUFF:  Your Honor, just to be frank, I
 7  have no idea what she means when she says raw data.  To
 8  the extent she is talking about the email headers
 9  which is what you can derive from the raw file which
10  she's had, again, since September 21st, I'm happy to I
11  guess convert to a PDF the email headers which she
12  could do and has been able to do since September. But
13  I'm happy to do that and circulate it.  I just want to
14  quickly address the --
15          THE COURT:  I think it's something different,
16  Mr. Duff, to be candid, I think -- I think what she's
17  talking about is the metadata for the email and I
18  realize that as a layperson, and I don't know the
19  first thing about this either, but do you have someone
20  in your office who could extract the metadata for the
21  email and then produce it basically like in a PDF?
22          MR. DUFF:  Your Honor, I'm not, I guess I'm
23  not sure what that, what that means, but to the extent
24  that I can I'm happy to do that. I mean we sent her
25  the raw file that contains all of that --
```

```
 1                                              15
 2          THE COURT:  I know.
 3          MR. DUFF:  So if she knows how to do it, she
 4  should be able to do it.
 5          THE COURT:  She's not able to open the raw
 6  email --
 7          MR. DUFF:  Well, Your Honor --
 8          THE COURT:  Go ahead.
 9          MR. DUFF:  I'm sorry, Your Honor, go ahead.
10          THE COURT:  It's all right, go ahead.
11          MR. DUFF:  Well with respect, she did say that
12  when she tried to open the raw file the mail program
13  started opening, well that's how you open the file,
14  that indicates that she can open the file because it
15  is a mail app file. So if the mail app started opening
16  she can open the file.  But because, just that she
17  doesn't know how to do it doesn't mean she can't.
18          THE COURT:  Right.
19          MR. DUFF:  But to the extent that she will, if
20  she can explain to me the steps I need to take to turn
21  a PDF, give her a PDF that will resolve this issue for
22  her, I'm happy to do that, even --
23          THE COURT:  What I'd like you to do, so,
24  obviously there is going to be, all I'm, the reason to
25  make a big deal about this is this is obviously a
```

16

2    seminal document in this case and the authenticity of

3    the sales receipt is going to be something that, you

4    know, maybe you're going to be able to agree, but

5    maybe not. And so the authenticity of the document is

6    important.

7              MR. DUFF:  Sure.

8              THE COURT:  And what I'm interpreting Ms.

9    Trombetta to be saying is she wants to confirm that

10   the PDF and the raw email that was sent to her are, in

11   fact, the actual authentic documents.  And so if you

12   look at exhibit 4 to her letter yesterday, which is

13   ECF number 317, it's a bunch of garbled characters

14   that make no sense to me but I am sure to an IT person

15   they'll say, yes, this is the metadata for an email.

16   And so --

17             MR. DUFF:  Your Honor, this is the -- and I'm

18   sorry.  I'm sorry, go ahead, I did not mean to

19   interrupt.

20             THE COURT:  Sorry, what I'm just trying to get

21   at is that for the raw email that you provided to her,

22   to extract the metadata for that email and produce

23   that to her as a, like a PDF similar to exhibit 4 to

24   her letter --

25             MR. DUFF:  Yes.  So, Your Honor, I'm looking

```
 1                                                    17
 2  at exhibit 4 right now, that is -- that is the email
 3  headers, that's what I was talking about earlier.
 4          THE COURT:  Okay.
 5          MR. DUFF:  So that I know how to produce, I'm
 6  happy to do that, I can do that from the
 7  (indiscernible) EML file that we've already given her,
 8  I can do that immediately after this conference and I
 9  will do that and then hopefully we can put that to
10  bed.
11          I would like to address one more point that
12  Ms. Trombetta (indiscernible), plaintiff said that we
13  have not produced documents, the sales receipts that
14  the buyer has.  Well why would, we don't have
15  documents that the buyer has and we can't produce
16  things, we told her many, many times that we cannot
17  produce documents that either do not exist or that are
18  not within our possession, custody or control, those
19  documents are not within our possession, custody and
20  control, and we would have been able to explain that
21  to her, at least try to explain that, had Ms.
22  Trombetta met and conferred with us which she has
23  consistently refused to do. In fact, last Thursday
24  WorthPoint's counsel asked Ms. Trombetta if she would
25  meet and confer with us on Monday of this week to try
```

```
 1                                                      18
 2  to resolve some of these issues so that we wouldn't be
 3  wasting so much of the Court's time. Well, Ms.
 4  Trombetta responded and said that she couldn't
 5  possibly meet any time on Monday but then Monday
 6  morning she filed a two page, single spaced letter
 7  with the Court, so obviously she had time, she just
 8  wasn't willing to meet and confer. And that's just the
 9  most recent and one example, one tiny example of the
10  continued bad faith with which Ms. Trombetta is
11  proceeding in this case. And that's all I have to say
12  about that, but I'll happy produce a PDF of the email
13  header for this crucial email.  Thank you.
14            THE COURT:  Thank you, okay.
15            MR. BIALEK:  Your Honor, if I may --
16            THE COURT:  Let me just say I read all of your
17  letters. I understand that there is a depth of
18  loathing between the parties here that is almost
19  immeasurable, and I understand that the parties are
20  equally frustrated with where we are in the case. All
21  I care about is getting you to the end of discovery.
22  I'm not, I don't care about who shot John, I don't
23  care about who behaved worse, if and when there is an
24  appropriate time for the defendants' attorneys to be
25  seeking sanctions or (indiscernible), we will address
```

```
 1
 2  that. In the meantime, it's not necessary and it is a
 3  waste of my time for the parties to be belying each
 4  other in writing and letters to me and during
 5  conferences with the Court.  Today we are talking
 6  about what, if there are any remaining categories of
 7  documents that either party thinks the other party has
 8  and needs to be produced, that's what we're talking
 9  about today.
10        So, Ms. --
11        MR. DUFF:  My apologies, Your Honor, thank
12  you.
13        THE COURT:  It's not necessary to apologize, I
14  just needed to level set the conversation.
15        MR. BIALEK:  Your Honor, may I --
16        THE COURT:  Go ahead.
17        MR. BIALEK:  Sorry. I just wanted to say that
18  I just am sending over to everybody the header
19  information or the source information that was pulled
20  from the email. But to avoid having to come back for
21  another conference, I just want to point out the email
22  that Mr. Duff had sent to us was actually forwarding
23  the original email. So the email that he sent was from
24  2017 and it came from the Novocin's eBay@novocin.com,
25  they had kind of forwarded the email that
```

20

1

2   eBay@eBay.com had sent to them.

3         So while I just forwarded the source

4   information that she's looking, that Ms. Trombetta is

5   looking for, it's not going to have the source

6   information from that December 1, 2012, email, it

7   would only have it from 2017. So I just want to make

8   sure that everybody is aware of that so we don't have

9   to have another fight over it.

10        THE COURT:  Okay.  All right, thank you for

11  that clarification. All right, so one way or another,

12  Ms. Trombetta, whether it's from Mr. Bialek

13  momentarily, or from Mr. Duff after this call, you are

14  going to get the information about the eBay sales

15  receipt email that we were just discussing.

16        THE PLAINTIFF:  Okay, Your Honor, if I may

17  just say three things.  First and foremost, my letter

18  on Monday was filed on Friday evening. Any letters

19  that I wrote that were filed yesterday were written

20  over the weekend. I did, as stated, had appointments,

21  it's a holiday week, I had a lot of things to do.

22        That said, I will go to my Gmail account and

23  if you go, if the email was sent from Gmail you go to

24  the arrow, there's a circle with three dots and it

25  says reply, forward, filter message, you click on show

21

original and when you click on that what you get is

message ID created at, which gives you the date,

from/to/subject.  Underneath that you get the text of

the email and all the coding that goes with it

depending on how long the email is.

If it's a Yahoo account, then you go to the

email, you go to more, you drop down the window and it

says raw message. Now when WorthPoint asked me for the

metadata, I didn't know how to produce it. But then I

went to file, drop down window export PDF, and lo' and

behold, it did it, it brought it to my desktop. This

is what I put in my filing yesterday. Again, it's a

printout of the original email which is what I have

from Estate Auctions Inc. in full.

Again, in the spring of April it was

truncated, on September 21st it was brought to the

Novocins' attention, if Mr. Duff did, in fact, include

the original or the raw message, it depends on the

email platform.  Each email platform, Gmail, Outlook,

they all have a different system but they all are

consistent with being able to reveal and either print

out or export to a desktop the original message with

the coding and the text of the message.  Thank you.

THE COURT:  Okay.  Are there any other