# EXHIBITS

## TO  PLAINTIFF'S  REPLY  TO ESTATE AUCTION INC. OPPOSITION  TO PLAINTIFF'S MOTION  TO  RECONSIDER

**EXHIBIT # 1   EAI April 27, 2022 eBay sales receipt cut off on  right side EAI000058-59.**

**EXHIBIT # 2A  EAI Second  eBay receipt was produced  Nov. 16, 2022 as EAI000060**
**# 2B  Mr. Duff's email Nov. 16, 2022 with  eBay receipt as EAI000060**

**EXHIBIT # 3 EAI Third eBay receipt -Nov, 23, 2022 email code**

**EXHIBIT # 4 EAI no Visual Icons or Colors-Cut and Paste Text-EAI000065-66**

**EXHIBIT # 5 A Wilson Elser Process Server Affidavit   Sept 1, 2022 -Georgia Lawsuit**
**B  Affidavit  of Wanda Buncamper—Phone Call —**

**EXHIBIT #6 A August 30, 2022 Georgia Summons Complaint  wrong year —Jan 2022**
**B Oct. 31, 2022  Motion for Default Judgement -Mistake Nov. 5, 2022**
**C June 29, 2022 Proposed Order with Future  Aug. 20 2023 and Sept 29, 2023**

**EXHIBIT # 7 Plaintiff's  1972 print and script signature & Girls Scout Sash with Badge.**

**EXHIBIT # 8  WorthPoint website  photo of false "A.Trombetta" signature Pl. Evid 000163**

**EXHIBIT  # 9 Red pencil  dissimilar  signature on the back of the 1972 oil painting**

**EXHIBIT # 10 Phone Transcript  Norb Novocin  5 pages**

**EXHIBIT # 11 EBay Phone Call eBay 1972 oil painting "Undefined"**

**EXHIBIT # 12 Mr. Duff email   to forward him the  2017 settlement offer-EAI00001-to 03**

**EXHIBIT # 13 Norb Novocin Sept 21, 2022 Deposition pages 72 to 77 with  Depo Exhibit #4**

**EXHIBIT # 14 Nov. 16, 2022 email Anderson Duff  RE  the eBay receipt EAI000060**

**EXHIBIT # 15 Plaintiff Nov. 18, 2022 email to All Attorney regarding the eBay receipt.**

**EXHIBIT #16 A  Bate Stamped EAI000063  Jan. 6, 2017 Email Meta Data to EAI**

**EXHIBIT  #16B  Bate Stamped EAI000073-74  alleged 1972 eBay EAI  email  Meta Data**

**EXHIBIT #17  Internet  Expert Patrick O'Leary's Deposition p 132-136  on EAI000073-79**

**EXHIBIT  #18  Deposition pages of Norb and Marie Novocin on Sept. 21, 2022.**

**EXHIBIT  #19   Mr. Duff's Nov.23, 2022 Increased Attorney fees Electronic  native email**

Exhibit #13

## Re: Email

Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Fri 11/18/2022 2:39 PM

To: Anderson Duff <ajd@hoganduff.com>;Adam Bialek <adam.bialek@wilsonelser.com>;Farmer, Jana S. <Jana.Farmer@wilsonelser.com>;Haimson, Nicole <Nicole.Haimson@wilsonelser.com>

To All Parties,

On October 28, 2022 Plaintiff called for a Meet and Confer to conclude Discovery. Plaintiff notes to all parties that I addressed the incomplete eBay receipt for the 1972 Original Oil Painting Man With Red Umbrella to Mr. Duff. All the WorthPoint's attorneys were in attendance did not state that the Novocin eBay receipt was produced on the 28th. Aside from this none of the attorneys, particularly Mr. Bialek at any time and day --the 28th of October confirmed any production of the Novocin eBay receipt had been produced to Mr. Duff or Plaintiff.

Please Note that On October 29, 2022 Plaintiff sent to all the attorneys, pages 74 to 79 of the September 21, 2022 Deposition by Mr. Novocin who claims he keeps all his eBay emails . None of the attorneys sent me the Novocin eBay receipt dated Dec. 1, 2012.

In fact on October 31, 2022 Mr. Duff confirmed he would send me a complete copy of 1972 Original Oil Painting Man With Red Umbrella from his client when it became available.

There seems to be so many contradictions to your claim Mr. Bialek. Can you explain why --if the eBay receipt was produced on the 21st of September why you did not email the eBay receipt to Plaintiff before yesterday, November 17, 2022.

Submitted Nov. 18, 2022
Annamarie Trombetta

---

**From:** Anderson Duff <ajd@hoganduff.com>
**Sent:** Thursday, November 17, 2022 1:36 PM
**To:** Bialek, Adam <Adam.Bialek@wilsonelser.com>; Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Annamarie Trombetta <atrombettaart@gmail.com>; ajd@andersonjduff.com <ajd@andersonjduff.com>
**Cc:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole

EAI000063

EXHIBIT #16A

Delivered-To: estateauctionsinc@gmail.com

Received: by 10.129.132.80 with SMTP id u77csp943329ywf;

Fri, 6 Jan 2017 12:20:45 -0800 (PST)

X-Received: by 10.237.42.225 with SMTP id t88mr68332468qtd.139.1483734045429;

Fri, 06 Jan 2017 12:20:45 -0800 (PST)

Return-Path: <seriouscollector@mail.com>

Received: from mout.gmx.com (mout.gmx.com. [74.208.4.201])

by mx.google.com with ESMTPS id s65si35398460qkc.110.2017.01.06.12.20.44

for <estateauctionsinc@gmail.com>

(version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);

Fri, 06 Jan 2017 12:20:45 -0800 (PST)

Received-SPF: pass (google.com: domain of seriouscollector@mail.com designates 74.208.4.201 as permitted sender) client-ip=74.208.4.201;

Authentication-Results: mx.google.com;

spf=pass (google.com: domain of seriouscollector@mail.com designates 74.208.4.201 as permitted sender) smtp.mailfrom=seriouscollector@mail.com

Received: from [100.2.90.249] by 3capp-mailcom-lxa08.server.lan (via HTTP); Fri, 6 Jan 2017 21:20:44 +0100

MIME-Version: 1.0

Message-ID:

<trinity-16fed8a4-258d-4ff9-8976-ff1660c842c3-1483734044008@3capp-mailcom-lxa08>

From: Teri Meissner <seriouscollector@mail.com>

To: eBay@estateauctionsinc.com

Cc: estateauctionsinc@gmail.com

Subject: Attention Marie Novocin

  Record of Sale for Oil Painting

Content-Type: multipart/mixed; boundary=rehcsedm-602bea88-9a63-44d3-9af8-282f0c05424a

Date: Fri, 6 Jan 2017 21:20:44 +0100

Importance: normal

Sensitivity: Normal

X-Priority: 3

X-Provags-ID: V03:K0:uSVGXSYMnLSrrpwblS4ZUFmf6Kc3RGnUR+I3qU3mINJ
A1IvsAu7zFYVWp2IKZGhCwwUSErGjj29/Q7EcND3/8CQqeqUTp
V+GID95s0dkGo4ttJkXGgSjaAw/EMTXvL5Zc3OHJNUaXazHhQ/
A8b44GxjRRQXS8wx76N5KWqk9YbMypaKAA+/XZ9JIAPHgaBhYF
AZ09mcE+jagy3uxdU09MGPr1Vq1z8vdLkOoYe4po7Fz+D7vn2v
JcCa9FEBkb+0E3jcHzd7Ytz37qBNecmNLQLRTaqGfbrpZBQd9m
qoRGbRN7hJG18HhY6Za2d9SBAei
X-UI-Out-Filterresults: notjunk:1;V01:K0:0YJFjxRZv1s=:3Vie8qhb6iZS6K0xsX8qwL
zYLfwJVWzCrsDxAQd+bQb2txg2ztJ2kG0XReqnwwo2Zj2SBd003pd7EVqVjm+z372XVuKLm11
QHC5aGqBOii1eQlBedg7CKnhVj7Tp6qFSIW5IhyMGn+Xdec3KuCJfDaP5yHSB9FCSfTh+MY4p
HnC+SimSmTRAC9jwd2/yRwOUYWUKf7cUGpzYU6r+rzpSC9LfY3UZFj1EwUD7n4Xvu0aGOJhJ0
0xMNJt7UCakyqvAZOBTyRr2xVE+yupgWRofjSfSyFy0fOFihILxqA/9vI1a/gO+/KwYjn5LOF
rUlGoBJz407YmhUt8Ojmd5dyFCP34x3hdD7eF407kp/dn7WYY=

--rehcsedm-602bea88-9a63-44d3-9af8-282f0c05424a

EXHIBIT #16B(1)

Date: Tue, 10 Jan 2017 18:28:43 -0400
Subject: Fwd: Your eBay item sold! 1972 Original Oil Painting Man Wit
 Umbrella Signed Annamarie Trombetta yqz (330833102936)
From: eBay EAI <ebay@novocin.com>
To: Norb Novocin <norb@novocin.com>,
    marie novocin <mombaree@gmail.com>
Message-ID: <CALKoPL433C9xXwJ0WZpXwn-4UZVXa=hvafEWq3oDxQKfNrR2ug@mail
Thread-Topic: Your eBay item sold! 1972 Original Oil Painting Man Wit
 Umbrella Signed Annamarie Trombetta yqz (330833102936)
Thread-Index: AU1pMjQwkqX6qfiN3bMXxD06g9CD6GdEPVhD
Mime-version: 1.0
Content-type: multipart/alternative;
    boundary="B_3739174330_4019078869"

> This message is in MIME format. Since your mail reader does not und
this format, some or all of this message may not be legible.

--B_3739174330_4019078869
Content-type: text/plain;
    charset="UTF-8"
Content-transfer-encoding: quoted-printable

---------- Forwarded message ----------
From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red
lla Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com

eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from
 Learn more.
Congratulations, your item sold!
Dear estateauctionsinc,
You did it! Your item sold. Please ship this item to the buyer after
uyer pays. As soon as your buyer pays, print your eBay shipping label
Complete one of the following:
Print a shipping label Avoid a trip to the post office, print and pay
our label at home. Printing shipping labels on eBay also offers you r
pricing on some shipping services, and when you print shipping labels
y, your tracking information is uploaded automatically.
Provide shipping and tracking information. When you upload tracking i
tion to eBay, we'll send it to your buyer and let them know the item
ts way. This will save you time, and may result in fewer questions fr

EXHIBIT # 16B   (2)

rs and higher detailed seller ratings.
Mark your item as shipped in My eBay. Do this, and we'll let your buy
w the item is on its way. This will save you time, and may result in
uestions from buyers and higher detailed seller ratings.
You should always leave feedback for your buyer to encourage them to
om you again.

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Tro
 yqz
Sale price:$181.50
Quantity sold:1
Sale date:Dec-01-12 18:54:01 PST
Buyer:nina correia
9naclock (ninascorreia@aol.com) [contact buyer]
Buyer's shipping address:
nina correia
14215 prairie flower ct
reno, NV 89511-6710 United States
Sell another Item | Send invoice to buyer
Provide shipping information


Select your email preferences
Want to reduce your inbox email volume? Receive this email as a daily
t.
For other email digest options, go to Notification Preferences in My

Don't want to receive this email? Unsubscribe from this email.
Email reference id: [#45d0df16f2ea40759d3656f834970b06#]
Please don't remove this number. eBay customer support may ask you fo
 number, if you should need assistance.
Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account re
ed on www.ebay.com.

eBay sends these emails based on the preferences you set for your acc
To unsubscribe from this email, change your communication preferences
e note that it may take up to 10 days to process your request. Visit
vacy Policy and User Agreement if you have any questions.

Copyright =C2=A9 2012 eBay Inc. All Rights Reserved. Designated trade
brands are the property of their respective owners. eBay and the eBay
re trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Aven
 Jose, CA 95125.=20

EXHIBIT #.. 17A

1                           P. O'LEARY

2       science.   How do you have one painting,

3       three emails?

4                    Obviously, there's something

5       nefarious going on here.   You don't have to

6       be an art expert to know there's something

7       nefarious going on here.

8                    Because this is an email --

9       this is my area of expertise when we get

10      into SMTP, Henderson protocols, and HTML.

11                   All the stuff I've done for the

12      last 35 years directly pertains to what we

13      have here, the email, the SMTP headers, the

14      HTML, and how it formulates, taking that

15      information, being able to put it into two

16      files on the web server, so people could

17      see it, and they can quickly realize there

18      were games going on here.

19                   There was so much

20      misinformation going on, it was kind of

21      crazy.

22           Q.      To sum up, you received three

23      different versions of an email from Estate

24      Auctions, Inc., and you received one

25      version from Mr. Bialek, correct?

EXHIBIT #-17   B

Page 133

1                      P. O'LEARY

2          A.      I believe -- yes, that's

3    correct.

4          Q.      Mr. Bialek did not provide you

5    with three different versions, did he?

6          A.      He provided that one at the

7    time they were having the conference.

8          Q.      And again, he said that he

9    was -- this was being sent as a courtesy.

10              And that's his language, right;

11   not yours or Ms. Trombetta?

12         A.      That's not for me -- that was

13   for him and Ms. Trombetta.  That was not my

14   job to determine please and thank you's; my

15   job was to look at the --

16         Q.      Okay.  Were you at the court

17   conference we were referencing, the

18   November 23 --

19         A.      No.

20         Q.      As you sit here today, are you

21   claiming that painting was definitively not

22   sold on eBay?

23         A.      It's up in the air because we

24   can't get it -- we can't get a straight --

25   okay, we can't get a straight answer from

EXHIBIT# M c

Page 134

1          P. O'LEARY

2  them.

3          I'm glad you brought that up.

4          We actually -- there is one

5  other thing.  Estate Auctions, Inc. turned

6  over another file, okay, that was white

7  letters on black background.

8          Now, in all my years of doing

9  this stuff, okay, there would have been no

10 reason to turn over a document that was

11 completely cut off.

12          If you look at this thing --

13 it's EAI75 -- excuse me, 74.  Hang on a

14 second.  73 through 78 and 79.

15          So you got this document that

16 Estate Auctions, Inc. turned over, that

17 was an attempt at the SMTP protocol

18 headers, but it's all cut off on one side.

19 Then when you scroll down all the way to

20 the bottom, to the last portion of it, it's

21 incomplete.  I mean, it's cut off at the

22 bottom where you don't have the rest of the

23 protocol data, the components that complete

24 the SMTP protocol format.

25          And I put that in the report,

EXHIBIT #17D

Page 135

P. O'LEARY

1
2     okay -- hang on, wait for it, wait for it,
3     okay -- a simple mail transfer protocol,
4     SMTP overview.
5              So here's an example where I
6     took a very complicated protocol and I
7     boiled it down to one page, so that
8     nontechnical lawyers could understand it.
9     And jurors, if this affidavit was given to
10    the jurors.
11             This one document takes stuff
12    that would -- is very complicated and very
13    detailed and -- forgive me, I'm not trying
14    to offend anybody, okay?  And I don't mean
15    this in a condescending way, but it dumbs
16    it down, simplifies it.
17             Maybe I should use that word,
18    "simplifies it," so that people can look at
19    this and say, "Okay, these are the
20    components that make up the protocol.  And
21    here's the header," which we call the
22    envelope, "here's the ASCII text, here's
23    the HTML, this is the protocol body."
24             So Estate Auctions, Inc. and
25    EAI70 -- the numbers I just gave you --

EXHIBIT #17 E

Page 136

1                    P. O'LEARY

2    they turn over this white letters on black

3    background, and the whole left side is cut

4    off and the bottom of the document is not

5    complete.  So it's like, you know, what's

6    up with that; what kind of games are being

7    played there?

8            And yet, we have that version

9    in the mix here.

10        Q.    So when you said in your report

11   that "something nefarious is obviously

12   going on here by the Defendants," what

13   you're referring to is the multiple

14   versions of the email, correct?

15        A.    Yeah.  You can't produce one

16   copy of the silly email.

17        Q.    Yes?

18        A.    Yes.

19        Q.    Anything else that you are

20   referring to as "something nefarious is

21   obviously going on"?

22        A.    For some reason they can't

23   delete a URL, which should take minutes to

24   hours to delete.    Worth Point

25        Q.    Have you determined the reason,

# EXHIBIT # 18

# MARIE   NOVOCIN

# DEPOSITION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff's Evidence  000332

| | | |
|---|---|---|
| ANNAMARIE TROMETTA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-0993-RA-SLC |
| | ) | |
| v. | ) | |
| | ) | |
| NORB NOVOCIN, MARIE NOVOCIN, | ) | |
| ESTATE AUCTIONS, INC., WORTHPOINT | ) | |
| CORPORATION, WORTHPOINT.COM, and | ) | |
| JASON PECKER, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF MARIE NOVOCIN IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND

I, Marie Novocin, declare as follows:

1.      Together with my husband and co-defendant in this case, Norb Novocin, I owned and operated Estate Auctions, Inc. from April 23, 2012 until 2019.

2.      Estate Auctions curated a wide array of art and similar items that it sold through an online storefront on eBay.

3.      In 2012, Estate Auctions listed a painting on its eBay storefront that my husband Norb personally inspected. The painting was signed on the front by "A. Trombetta" and featured an inscription reading "Annamarie Trombetta 'Gifted' 1997, 'Painted' 1972" in red along its back stretcher (the "Painting").

4.      As was our typical practice, my husband Norb conducted research to identify the artist who signed the Painting using online research tools designed for that purpose such as *AskArt.com*.

1

EXHIBIT #14

Page 41

Marie N. NOVOCIN

1   spoke to.

2

3        Q.      So let me ask you this.  To

4   switch the subject and then revert back.

5   What is the name of the signature in red on

6   Man With A Red Umbrella?

7        A.      I don't know.  What is it?  You

8   have pictures of it somewhere.

9        Q.      Did you ever look at those

10  pictures of the signature in red?

11       A.      I have.

12       Q.      So to the best of your

13  recollection, what is the name of the

14  signature?

15       A.      This is something very close to

16  your name.

17       Q.      How close is close?  It seems

18  that it's a very straight forward question.

19  To the best of your recollection, what is

20  the name of the back of the 1972 painting,

21  Man With A Red Umbrella?

22       A.      The reason I haven't answered

23  it indirectly, because I don't exactly

24  remember the name on there.  I don't have

25  the picture of it in front of me with it

EXHIBIT #14

Mare M. NOVOCIN

1
2    on.   Something like -- I don't know,
3    Annemaria, Annamaria.  I don't know.
4              Q.      Do you recall the name on the
5    biography of askArt?
6              A.      Annamarie Trombetta.
7              Q.      Do you recall the name of the
8    artist's biography on askArt?
9              A.      We use the biography or Norb
10   did, Annamarie Trombetta.
11             Q.      So in the biography, you know
12   it was Annamarie Trombetta, but in the back
13   of the painting in red, the signature, you
14   are not sure of the name?
15             A.      As I mentioned, I did not see
16   the painting when it was in our possession.
17             Q.      Well, when you say our
18   possession, were you ever in the room with
19   it?  Do you recollect what it looks like?
20             A.      No.  Only in photographs.  At
21   that point I had been released of my duties
22   to try to be a better home schooled mother
23   and I wasn't in the office then.
24             Q.      But at the beginning of the
25   deposition you did say that you took



EXHIBIT # 14

Page 43

M. NOVOCIN

2  photographs.  Did you take photographs of

3  this painting?

4      A.    No.

5      Q.    Do you know who took

6  photographs of this painting?

7      A.    I believe it was Michael

8  Miller.

9      Q.    Can you describe further who

10 Michael Miller is or was?

11     A.    He is somebody that somebody

12 else that we had working with us.  I think

13 he knew Mike and knew that Mike needed an

14 opportunity and brought him to our place

15 and we put him to work for just a short

16 time, a few months.

17     Q.    So he was an employee of yours

18 in 2012 when you were in possession of this

19 painting?

20     A.    Right.

21     Q.    To the best of your

22 recollection, how long did he work for you?

23     A.    Just a few months.  I don't

24 remember exactly when he came in, but I

25 know that I took him to the airport and the



1        N. NOVOCIN

2        A.        Estate Auctions LLC started on

3    April 23, 2012 and ran through July of

4    2013.

5        Q.        July of 2013?

6        A.        So it was -- so Estate Auctions

7    was only in existence for one year before

8    we started a different company and started

9    operating with that company name.  We let

10   Estate Auctions, Inc. go defunct.  We

11   didn't do anything to end it.  We just let

12   it go defunct and Estate Auctions only had

13   from April to July, April 2012 to July

14   2013, correct.

15       Q.        That was the time period for

16   the sale?

17       A.        Correct.

18       Q.        I needed to clarify that.

19   Again, at no time there was insurance with

20   your business?

21       A.        That is correct.

22       Q.        With any of the three different

23   Estate Auctions, Inc., there was never any

24   insurance?

25       A.        Correct.

EXHIBIT #14

Page 44

 M. NOVOCIN

1   late winter, early spring of 2013.

2       Q.    So he definitely, Mike Miller

3   is the photographer for this painting?

4       A.    Right.

5       Q.    You don't remember what it

6   looked like?

7       A.    As I have mentioned, I did not

8   have anything to do with the painting when

9   it was in our possession.

10      Q.    I'm going to get back to the

11  declaration that's currently up.

12          MR. DUFF:   There's no

13      declaration up.

14          MS. TROMBETTA:   Plaintiff's

15      document 000336.   We were referring

16      to it earlier.

17          MS. FARMER:   That's Exhibit 2

18      of Marie Novocin's deposition of

19      today's date.

20      Q.    The first statement is,

21  "Together with my husband and co-defendant

22  in this case, Norb Novocin, I owned and

23  operated Estate Auctions, Inc. From April

24  23, 2012 until 2019".   Is that a correct

*[handwritten: Marie — 2 Phone Numbers For Plaintiff]*

M. NOVOCIN

2   sorry.

3        A.      We started as a new entity on

4   January 11, 2019.

5        Q.      What new entity would that be?

6        A.      YQZ Inc.

7        Q.      To move to number 4 and we are

8   finished with this page.  Can you read

9   number 4?

10       A.      I can.

11       Q.      Can you please read it?

12       A.      "The phone number provided was

13   (212) 427-4490, which according to multiple

14   filings in this case is plaintiff's phone

15   number".

16       Q.      Again, you are stating that

17   Teri Meissner provided a phone number at

18   (212) 427-5990?

19       A.      That's correct.

20              MS. TROMBETTA:  I just want to

21          clarify that.  If I may, Miss Farmer,

22          I guess it would be evidence number

23          3.

24              MS. FARMER:  We don't have the

25          authority to admit documents into

*Marie 2 Different Years for Gifted 1997 and 1977*

1                    M. NOVOCIN

2    Painted 1972 in red along its back

3    stretcher".

4            Q.      Was it gifted in 1997?

5            A.      That might be a typo.

6            Q.      For all intensive purposes,

7    this was a mistake on a declaration.  1997

8    is not the year it was gifted; is that

9    correct?

10           A.      I believe you are correct about

11   that.

12           Q.      Do you know when it was gifted?

13   Do you recall the year it was gifted?

14           A.      1977.

15           Q.      Do you agree that the

16   inscription reading Annamaria Trombetta in

17   red along its back stretcher was on the

18   painting?

19           A.      It's very close to Annamarie

20   Trombetta.

21           Q.      This lawsuit is because it

22   wasn't close enough, in fact, it wasn't me

23   at all.

24               MR. DUFF:  Objection.

25               MS. TROMBETTA:  You can object

Page 68

*Marie* M. NOVOCIN

1

2     MR. BIALEK:  Join.

3        A.     I said already I had nothing to

4  do with this painting, as in our

5  profession.

6        Q.     But yet you declared in June

7  and July of 2020 certain statements

8  confirming that your husband gleaned the

9  biography from askArt?  Yes or no.

10            MR. DUFF:  Objection.

11        Q.     Did your husband glean from

12  askArt my biography?

13        A.     Haven't you already asked him

14  that?

15            MR. DUFF:  Objection.  Asked

16     and answered.

17        Q.     I am repeating for the very

18  last time. *Marie Novocin Adil*

19        A.     This is like talking to you and

20  that phone call where you demanded to know

21  the buyer's name.

22        Q.     So then you admit it was me who

23  you spoke to in the phone call; is that

24  correct?

25            MR. BIALEK:  You were

# EXHIBIT # 18

# NORB   NOVOCIN

# DEPOSITION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANNAMARIE TROMETTA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-0993-RA-SLC |
| | ) | |
| v. | ) | |
| | ) | |
| NORB NOVOCIN, MARIE NOVOCIN, | ) | |
| ESTATE AUCTIONS, INC., WORTHPOINT | ) | |
| CORPORATION, WORTHPOINT.COM, and | ) | |
| JASON PECKER, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF NORB NOVOCIN IN SUPPORT OF DEFENDANTS' MOTION
FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND**

I, Norb Novocin, declare as follows:

1.      Together with my wife and co-defendant in this case, Marie Novocin, I owned and operated Estate Auctions, Inc. from April 23, 2012 until 2019.

2.      Estate Auctions curated a wide array of art and similar items that it sold through an online storefront on eBay.

3.      In 2012, Estate Auctions listed a painting on its eBay storefront that I personally inspected. The painting was signed on the front by "A. Trombetta" and featured an inscription reading "Annamarie Trombetta 'Gifted' 1997, 'Painted' 1972" in red along its back stretcher (the "Painting").

4.      As was our typical practice, I conducted research to identify the artist who signed the Painting using online research tools designed for that purpose such as *AskArt.com*.

5.      When researching the Painting, I found only one artist whose name matched "A. Trombetta" and that artist was the Plaintiff, Annamarie Trombetta. Because "Annamarie

1

Plaintiff000174

Page 58

1                    N. NOVOCIN
2        A.    Right.
3        Q.    Other than looking up this name
4    on askART, did you do any further research
5    into Annamarie Trombetta, perhaps another
6    website?
7        A.    No.
8        Q.    Did you contact any artists in
9    regard to that painting?
10       A.    No.
11       Q.    Was it your practice to ever
12   contact artists in regard to any of the
13   paintings that you may have sold?
14       A.    Yes.
15       Q.    Why did you not contact any
16   artists in regard to this painting?
17       A.    There wasn't a need to.  There
18   was no secondary market.  I couldn't find
19   it anywhere on there.  I had a biography on
20   it.  That's all the more I saw a need for
21   doing it at this point.
22       Q.    Did you ever see the website of
23   artist Annamarie Trombetta?
24       A.    To this day I have never been
25   to that website.

Page 59

N. NOVOCIN

1
2      Q.      You mentioned that there was a
3  biography of Miss Trombetta on askART.   At
4  the time that you are doing this research,
5  that's somewhere in late 2012, correct?
6      A.      Correct.
7      Q.      Do you recall whether or not
8  you copied the entirety of the biography on
9  askART to include any listing or something
10  else?
11      A.      It happened entirely there.
12      Q.      Did you edit the biography in
13  any way, shape or form?
14      A.      No.
15      Q.      In this listing, did you say
16  that the biography was obtained from
17  askART?
18      A.      Yes.
19      Q.      Earlier in the deposition you
20  mentioned that if askART refers to a
21  different source, you might also refer to
22  the source that askART refers to.   So my
23  question to you is, do you recall, did
24  askART give a source of where they may have
25  received the biography from?

Page 60

1                         N. NOVOCIN

2          A.       Yes.

3          Q.       What did they say?

4          A.       They said they obtained it

5     directly off of the artist's website.

6          Q.       Did you also include that as

7     part of the listing?

8          A.       Yes.

9          Q.       You mentioned that since you

10    personally did not go on the website, I

11    assume you did not verify that was correct

12    what askART said, correct?

13         A.       Correct.

14         Q.       Do you know if anybody else at

15    Estate Auctions went on Annamarie

16    Trombetta's website, if there was any, I'm

17    not saying there was or wasn't, to check if

18    the biography on the website matched the

19    one on askART?

20         A.       No one here would have.

21         Q.       Besides trying to determine the

22    artist for the artwork, are any additional

23    criteria, if any, that you would look for

24    in order to compose a listing for Ebay?

25         A.       When I compose a listing for

Page 61

N. NOVOCIN

1

2  Ebay, I do what I call finding a hook to

3  hang my hat on.  What story am I going to

4  tell that's allows people to dig deeper

5  into their wallet to spend more money.   I

6  have to make it interesting to people.

7  People don't buy something with just a

8  straight fact.  In this case, when I looked

9  on askART and there was no samples of other

10 paintings there, I went out and found an

11 artist that had value that I can refer it

12 to, which is what I did within the listing.

13 I did that prior to the biography.  The

14 biography is almost always added at the end

15 of the listing as, here's the biography of

16 the artist.  So before that, I actually did

17 that.  So I'm looking for something to hang

18 my hat on that will bring value to

19 something.

20     Q.     Since there was no listings

21 with Annamarie Trombetta on askART, what

22 was your view as far as value of mentioning

23 Annamarie Trombetta's name as part of the

24 listing?

25     A.     Well, because it's already on

Page 62

N. NOVOCIN

1
2   the back of the thing.  You are trying to
3   give as many factual information as
4   possible.  So the name was there.  It's
5   signed on the front.  You want to include
6   those things.  People do tend to like to
7   buy something that has a name associated
8   with some way.  If you can find some
9   information about that person, they like to
10  know that.
11       Q.     Back when you posted the
12  listing in 2012, did you know any of the
13  prices for which artist Annamarie Trombetta
14  may have previously sold any of her
15  artwork?
16       A.     No.
17       Q.     Did you know whether or not
18  artist Annamarie Trombetta was commercially
19  successful at all?
20       A.     No.
21       Q.     Did you know whether or not
22  that name had any recognition in the art
23  market whatsoever?
24       A.     No.
25       Q.     So the reason you mentioned

Page 42

N. NOVOCIN

1
2    Ebay?
3         A.    No.
4         Q.    Did somebody else at Estate
5    Auctions, Inc. take such photographs?
6         A.    Yes.
7         Q.    Is Estate Auctions, Inc.
8    currently in possession of any such
9    photographs?
10        A.    No.
11        Q.    You mentioned that Estate
12   Auctions, Inc. is currently a defunct
13   entity; is that right?
14        A.    Correct.
15        Q.    That's a hypothetical.  If
16   Estate Auctions, Inc. had records
17   previously, where would they currently be
18   kept, if at any location?
19        A.    We kept them on the cloud,
20   which is a cloud for a server at a location
21   outside of our own property.  We still keep
22   records of photos and everything else on a
23   server outside of our own property, but a
24   few years ago, long after 2012, we were
25   notified by a company that kept all of our

Gmail - Increased Attorneys' Fees

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

## Increased Attorneys' Fees
1 message

**Anderson Duff** <ajd@hoganduff.com>                                      Wed, Nov 23, 2022 at 1:06 PM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie Trombetta <atrombettaart@gmail.com>
Cc: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>

Ms. Trombetta:

Because you do not seem to understand the severity of the situation you have created, I am again writing to remind you that my clients will be seeking an award of attorneys' fees under § 505 of the Copyright Act and/or because you rejected my clients' offer of judgment. For your information, today's conference added roughly $1,500 in attorneys' fees for my clients alone.

Best,

-Anderson-

646.450.3607

HoganDuff.com

EXHIBIT #19

Original Message



## Original Message

| | |
|---|---|
| Message ID | <PH7PR12MB653872BE7471AD8AE380F2B5AB0C9@PH7PR12MB6538.namprd12.prod.outlook.com> |
| Created at: | Wed, Nov 23, 2022 at 1:06 PM (Delivered after 2 seconds) |
| From: | Anderson Duff <ajd@hoganduff.com> |
| To: | Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie Trombetta <atrombettaart@gmail.com> |
| Subject: | Increased Attorneys' Fees |
| SPF: | SOFTFAIL with IP 209.85.220.41  Learn more |
| DKIM: | 'PASS' with domain hoganduff-com.20210112.gappssmtp.com  Learn more |

Download Original

Copy to clipboard

```
Delivered-To: atrombettaart@gmail.com
Received: by 2002:a05:6a11:e044:b0:35c:5884:6311 with SMTP id
dl4csp3816005pxc;
        Wed, 23 Nov 2022 10:06:32 -0800 (PST)
X-Received: by 2002:a05:6a00:80a:b0:56e:76e2:a375 with SMTP id m10-
20020a056a00080a00b0056e76e2a375mr32088775pfk.4.1669226792515;
        Wed, 23 Nov 2022 10:06:32 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1669226792; cv=none;
        d=google.com; s=arc-20160816;
        b=I1HBnwksi3F3CaQyA5mFS6GtA+4aC5NW9/HQ+gHlZdiQkjPbPY83LYjIrQ52Ob4B2T

        0RSbXCzIfYSz9Xjz9QfWDBFf2QSNk7Ke8J/1S6uhfL4LjWArB3/Vh8NQlQmMZ8ma7bpe

        Qi+LODXeXaHfY/MzfzqREPKftIor2Vr//zmKUIHDksHXlqpjD148Zel3BkKNjrvaJanP

        ORbUmQtN5C0e/q0lA4NYxpMcWiiHC+KEaoaR9xcQkR2EK1u6Ub+9J97v0BTcMeoZsG9k

        APY6g2Fbr1uYPEOYDtzQSZK6wd3sC+yMjt7M1XIYL5+yo3nJSpVbimKW+OIyeF5WnGDp
            pwew==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com;
s=arc-20160816;
        h=mime-version:content-language:accept-language:message-id:date
         :thread-index:thread-topic:subject:cc:to:from:dkim-signature;
        bh=zYKsfOVg8NDr79BAcZH6B2Oy8Y2mWl3SD/bDptjGBqM=;

        b=NZmTTb18vrZUdyT+kvOy4ga3UhgY842tSZHNatA0QdncDAe9uBYxI7pouCZ40k5G9K

        Cjm/kdEGQ5p9aJtOSxfbnqxHvzqFusTL1vsg9/+X9pakUN29XqtRq0BcCCUeXX2JydlY

        2JRPad6AbIpEH49ynpqWb4ddiUtPA/o5IjJud8KWIS77x2OvqbQcpEmS40hYNw2BREaI

        xmvpvxs0HAA3RPxy6Hsz1NKynm+jloaAyXh1fycO0IBr38cvkOBzt6j/oQlRe/IUYk/Y
```

Original Message

```
uqPEuPEcNI1Q/7lKJthh27sDHuqpmbutygy4xKfNEH39wOXC0WQ7X7NDUzbR1yRsZQCd
     pvsw==
ARC-Authentication-Results: i=1; mx.google.com;
     dkim=pass header.i=@hoganduff-com.20210112.gappssmtp.com
header.s=20210112 header.b=fClWF6qZ;
     spf=softfail (google.com: domain of transitioning ajd@hoganduff.com
does not designate 209.85.220.41 as permitted sender)
smtp.mailfrom=ajd@hoganduff.com
Return-Path: <ajd@hoganduff.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com.
[209.85.220.41])
     by mx.google.com with SMTPS id j62-
20020a638b41000000b004772edb91cesor7449043pge.74.2022.11.23.10.06.32
     for <atrombettaart@gmail.com>
     (Google Transport Security);
     Wed, 23 Nov 2022 10:06:32 -0800 (PST)
Received-SPF: softfail (google.com: domain of transitioning
ajd@hoganduff.com does not designate 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;
Authentication-Results: mx.google.com;
     dkim=pass header.i=@hoganduff-com.20210112.gappssmtp.com
header.s=20210112 header.b=fClWF6qZ;
     spf=softfail (google.com: domain of transitioning ajd@hoganduff.com
does not designate 209.85.220.41 as permitted sender)
smtp.mailfrom=ajd@hoganduff.com
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=hoganduff-com.20210112.gappssmtp.com; s=20210112;
     h=mime-version:content-language:accept-language:message-id:date
      :thread-index:thread-topic:subject:cc:to:from:from:to:cc:subject
      :date:message-id:reply-to;
     bh=zYKsfOVg8NDr79BAcZH6B2Oy8Y2mW13SD/bDptjGBqM=;

b=fClWF6qZ7CkvMvqCQL9PRIaCUG7Z/HkCTBdU2y6YrCbE6DEU+FUpbzC6OjHEspNb67

UCdNn6+zCvSX+jChrqHjR5OarW76czijvWI89ZwxZv7E/+kUML49ZAiv60NJBIM+bbMo

rdizdrojZadRhIViPvIEt94gCmLZtxvoEvxHS6eIEyrseOCv1zDV7PP+AhS8/TlAoqTP

VEBGmmD6b91f35OFjXlyb+qe7023gUCy0+QPIlfIElNJUR+sJuqo4ofxCJHlhoqT0ntw

jm4HZYgoGvBaBCw+8yVsCRvUr/2vF9Pl/MCWDTPvWH29kPZFORC5llQe4rpGlQTUwFsY
     pifw==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=1e100.net; s=20210112;
     h=mime-version:content-language:accept-language:message-id:date
      :thread-index:thread-topic:subject:cc:to:from:x-gm-message-state
      :from:to:cc:subject:date:message-id:reply-to;
     bh=zYKsfOVg8NDr79BAcZH6B2Oy8Y2mW13SD/bDptjGBqM=;

b=n/WLf7jUwJWzbYxK0lg4FFbKcpvASW1zI9sN/B7z9Cq5UGN8AQwpFmwbz/oWzdv7sa

U1tz8bG56a4ZwoVLkhnN5XCiSUm33plCU6gEkYlqVuTLQh8iujTQ3OjX4xQhvx0FA/ZW

oR7zYDMSeNp2c6p1+zf8Ka86D4Ix8gLINsslZpDxf9X6mfgGXW+CRlm2IYTCU+OmNVAO

q6w970MzEMGwxoX2c/k5H6mh7KPnxAGyJJwC8OHNBdHpQ5d/dcge2hdpbfYxqiSjIdIz

zlVNLUjqlfwaQDgfRvy12m605Yr1Al/wjkoDVUwZJzsta1NQv3dpwTPsuG+oD13u3q0M
     zDtw==
X-Gm-Message-State:
ANoB5pnNz33v/b041PLmvNVEWT4GpaGnVBkB82B6jQEVc2YD4gG67ymv
yXmX9sNmLGbOtJqloY7IQGcQcg==
X-Google-Smtp-Source:
AA0mqf5T4A0auggrqMkT9SiFjevyhECTp819RvQ/rbazWWVGA+LL/9dnCLwvKKmdrlnyyGbEdQG
70A==
X-Received: by 2002:a63:191d:0:b0:46f:1cbd:261f with SMTP id z29-
20020a63191d000000b0046f1cbd261fmr9650971pgl.329.1669226792134;
     Wed, 23 Nov 2022 10:06:32 -0800 (PST)
Return-Path: <ajd@hoganduff.com>
Received: from PH7PR12MB6538.namprd12.prod.outlook.com
([2603:1036:30c:861::5])
```

Original Message

```
        by smtp.gmail.com with ESMTPSA id b8-
20020aa78ec8000000b0056b8b17f914sm12906345pfr.216.2022.11.23.10.06.31
        (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256 bits=128/128);
        Wed, 23 Nov 2022 10:06:31 -0800 (PST)
From: Anderson Duff <ajd@hoganduff.com>
To: "'Annamarie Trombetta'" <annamarietrombettalegal@outlook.com>,
"'Annamarie Trombetta'" <atrombettaart@gmail.com>
CC: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson, Nicole"
<Nicole.Haimson@wilsonelser.com>, "Bialek, Adam"
<Adam.Bialek@wilsonelser.com>
Subject: Increased Attorneys' Fees
Thread-Topic: Increased Attorneys' Fees
Thread-Index: AQHY/2ZP2cQhYn3r+0iX++bTkcSeiw==
X-MS-Exchange-MessageSentRepresentingType: 1
Date: Wed, 23 Nov 2022 18:06:30 +0000
Message-ID:
<PH7PR12MB653872BE7471AD8AE380F2B5AB0C9@PH7PR12MB6538.namprd12.prod.outlook
.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-Exchange-Organization-SCL: -1
X-MS-TNEF-Correlator:
X-MS-Exchange-Organization-RecordReviewCfmType: 0
Content-Type: multipart/alternative;
boundary="_000_PH7PR12MB653872BE7471AD8AE380F2B5AB0C9PH7PR12MB6538namp_"
MIME-Version: 1.0

--_000_PH7PR12MB653872BE7471AD8AE380F2B5AB0C9PH7PR12MB6538namp_
Content-Type: text/plain; charset="Windows-1252"
Content-Transfer-Encoding: quoted-printable

Ms. Trombetta:

Because you do not seem to understand the severity of the situation you
hav=
e created, I am again writing to remind you that my clients will be
seeking=
 an award of attorneys=92 fees under =A7 505 of the Copyright Act and/or
be=
cause you rejected my clients=92 offer of judgment. For your information,
t=
oday=92s conference added roughly $1,500 in attorneys=92 fees for my
client=
s alone.


Best,

-Anderson-
646.450.3607
HoganDuff.com


--_000_PH7PR12MB653872BE7471AD8AE380F2B5AB0C9PH7PR12MB6538namp_
Content-Type: text/html; charset="Windows-1252"
Content-Transfer-Encoding: quoted-printable

<html xmlns:v=3D"urn:schemas-microsoft-com:vml" xmlns:o=3D"urn:schemas-
micr=
osoft-com:office:office" xmlns:w=3D"urn:schemas-microsoft-com:office:word"
=
xmlns:m=3D"http://schemas.microsoft.com/office/2004/12/omml"
xmlns=3D"http:=
//www.w3.org/TR/REC-html40">
<head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3DWindows-
1=
252">
<meta name=3D"Generator" content=3D"Microsoft Word 15 (filtered medium)">
```

https://mail.google.com/mail/u/0/?ik=fd353d6ffe&view=om&permmsgid=msg-f:1750311153476146775

Original Message

```
<title>disclaimer Signature</title>
<style><!--
/* Font Definitions */
@font-face
=09{font-family:"Cambria Math";
=09panose-1:2 4 5 3 5 4 6 3 2 4;}
@font-face
=09{font-family:Calibri;
=09panose-1:2 15 5 2 2 2 4 3 2 4;}
@font-face
=09{font-family:Consolas;
=09panose-1:2 11 6 9 2 2 4 3 2 4;}
/* Style Definitions */
p.MsoNormal, li.MsoNormal, div.MsoNormal
=09{margin:0in;
=09font-size:12.0pt;
=09font-family:"Calibri",sans-serif;}
span.EmailStyle25
=09{mso-style-type:personal-reply;
=09font-family:"Calibri",sans-serif;
=09color:windowtext;}
.MsoChpDefault
=09{mso-style-type:export-only;
=09font-size:10.0pt;}
@page WordSection1
=09{size:8.5in 11.0in;
=09margin:1.0in 1.0in 1.0in 1.0in;}
div.WordSection1
=09{page:WordSection1;}
--></style><!--[if gte mso 9]><xml>
<o:shapedefaults v:ext=3D"edit" spidmax=3D"1026" />
</xml><![endif]--><!--[if gte mso 9]><xml>
<o:shapelayout v:ext=3D"edit">
<o:idmap v:ext=3D"edit" data=3D"1" />
</o:shapelayout></xml><![endif]-->
</head>
<body lang=3D"EN-US" link=3D"#0563C1" vlink=3D"#954F72" style=3D"word-
wrap:=
break-word">
<div class=3D"WordSection1">
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt">Ms. Trombetta:
<o:p>=
</o:p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt"><o:p> </o:p>
</=
span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt">Because you do not
=
seem to understand the severity of the situation you have created, I am
aga=
in writing to remind you that my clients will be seeking an award of
attorn=
eys=92 fees under =A7 505 of the Copyright
 Act and/or because you rejected my clients=92 offer of judgment. For your
=
information, today=92s conference added roughly $1,500 in attorneys=92
fees=
 for my clients alone.
<o:p></o:p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt"><o:p> </o:p>
</=
span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt"><o:p> </o:p>
</=
span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt">Best,<o:p></o:p>
</s=
pan></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt"><o:p> </o:p>
</=
span></p>
```

1/2/2023

Original Message

```
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt">-Anderson-<o:p>
</o:=
p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt">646.450.3607<o:p>
</=
o:p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt">HoganDuff.com<o:p>
<=
/o:p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt"><o:p> </o:p>
</=
span></p>
<div>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt"><o:p> </o:p>
</=
span></p>
</div>
</div>
</body>
</html>

--_000_PH7PR12MB653872BE7471AD8AE380F2B5AB0C9PH7PR12MB6538namp_--
```



EXHIBIT
#19(5)