UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNAMARIE TROMBETTA,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,<br><br>　　　　　　　　　Defendants | 18-CV-0993-LTS-SLC |

<u>Order</u>

　　　　Defendant WorthPoint Corporation ("WorthPoint") has made a public filing (docket entry no. 425-6, 480-2) from which information it represents is proprietary has been redacted. Under the Individual Rules of Practice of then-presiding Judge Abrams, WorthPoint was permitted to do so without first seeking leave of the Court to make such a filing. Judge Abrams' Rule provides:

> **5.　A. Redactions and Filing Under Seal.**
>
> > i.　**Redactions Not Requiring Court Approval.** The parties are referred to Rule 5.2 of the Federal Rules of Civil Procedure and the Southern District's ECF Privacy Policy ("Privacy Policy"). There are two categories of information that may be redacted from public court filings without prior permission from the Court: "sensitive information" and information requiring "caution." . . . Parties may also, without prior Court approval, redact from their public filings the six categories of information requiring caution described in the Privacy Policy (i.e., any personal identifying number, medical records [including information regarding treatment and diagnosis], employment history, individual financial information, proprietary or trade secret information, and information regarding an individual's cooperation with the government).

　　　　The Southern District's Privacy Policy further provides that "Parties are responsible for maintaining possession of original, unredacted documents, and information

redacted from publicly filed documents. Upon request, counsel may be required by the Court to furnish the unredacted information."

Upon this Court's review of the parties' pleadings, it finds that the redacted information is relevant to questions of material fact raised in connection with several pending motions for summary judgment.  (See docket entry nos. 418, 423, 432.)

Accordingly, it is hereby

ORDERED that Defendant WorthPoint Corporation file under seal, with access to the Plaintiff, Defendant WorthPoint, and court personnel only, the unredacted version of Jason Packer's Declaration (docket entry no. 425-6, 480-2), as well as any other evidence that was redacted to protect proprietary information and offered in connection with WorthPoint's Motion for Summary Judgment (docket entry no. 423), within 7 days of the date of entry of this Order.

The Parties are directed to comply with the Individual Practices rules of the undersigned in connection with further proceedings in this case.  The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the below address.

SO ORDERED.

Dated: New York, New York
December 13, 2023

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

Mail To:    Annamarie Trombetta
175 East 96th Street, Apt 12R
New York, NY 10128