UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNAMARIE TROMBETTA,

                  Plaintiff,

-against-

NORB NOVOCIN, MARIE NOVOCIN, ESTATE AUCTIONS, INC., AND WORTHPOINT CORPORATION,

                  Defendants

18-CV-0993-LTS-SLC

## ORDER

The Court is in receipt of Plaintiff's December 19, 2023, motion requesting permission to file an additional twelve exhibits in support of her pending motion for summary judgment. (Docket entry no. 531.) Plaintiff's motion misinterprets this Court's December 13, 2023 Order directing Defendant WorthPoint Corporation ("WorthPoint") to file under seal documents that were already submitted to the Court in redacted form in connection with its pending motion for summary judgment. (See docket entry no. 528 (the "December Order").) Discovery in this case has been closed since December 19, 2022. (See docket entry nos. 333, 340.) All reply submissions in connection with the pending motions for summary judgment were due by June 29, 2023, (docket entry no. 507), a deadline which was extended numerous times at the Plaintiff's request (docket entry nos. 435, 452, 491).

The December Order did not reopen discovery or authorize any party to file new exhibits in connection with the pending motion practice. Therefore, Plaintiff's motion is untimely and unauthorized.

For the foregoing reasons, Plaintiff's motion is denied. This resolves docket entry nos. 531 and 534. The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff at the below address.

SO ORDERED.

Dated: New York, New York
    December 29, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

Mail To:   Annamarie Trombetta
       175 East 96th Street, Apt 12R
       New York, NY 10128