UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANNAMARIE TROMBETTA,

                        Plaintiff,

-against-                                       18 **CIVIL** 993 (LTS)(SLC)

## **JUDGMENT**

NORB NOVOCIN, MARIE NOVOCIN, ESTATE
AUCTIONS, INC., AND WORTHPOINT
CORPORATION,

                        Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 20, 2024, WorthPoint's motion for summary judgment is granted in its entirety, EAI's motion for summary judgment is granted in part and denied in part, Plaintiff's motion for summary judgment as against WorthPoint is denied in its entirety, and Plaintiff's motion for summary judgment against EAI is granted in part and denied in part. Judgment is entered as follows: On Plaintiff's VARA claim, judgment is entered for Ms. Trombetta and against Estate Auctions, Inc. and Norb Novocin, jointly and severally in the amount of $1,000. On Plaintiff's direct copyright infringement claim, judgment is entered for Ms. Trombetta and against Estate Auctions, Inc., and Norb Novocin in the amount of $1.00. Judgment is entered in favor of Estate Auctions, Inc. and Norb Novocin with respect to all remaining claims. Judgment is also entered in favor of Marie Novocin and WorthPoint on all claims; accordingly, the case is closed.

**Dated:**  New York, New York

      February 20, 2024

                                                                            **RUBY J. KRAJICK**

                                                                            **Clerk of Court**

                                       **BY:**       *K. Mango*

                                                                            **Deputy Clerk**