February 21, 2024

The Honorable Chief Judge Laura Taylor Swain
United States District Court Southern District of New York
500 Pearl Street
New York New York, 10017 -1312
Civil Action No. 18-cv-0993 Trombetta vs. Novocin and WorthPoint Corporation

**RE: Plaintiff never received ECF 537 mailed by the Court on February 9, 2024
Plaintiff filed a three page letter on Friday, February 16, 2024 yet is not on the docket.**

To The Honorable Judge Laura Taylor Swain and to the Southern District Court of New York:

Documented in the case history, is the Memorandum Order by Judge Laura Taylor Swain ECF 537, which allegedly was mailed on February 9, 2024. Despite the extended President's day and the 12 day gap, I have not received the February 8, 2024 Memorandum Order mailed by the Court.

Plaintiff informs the Court that on Friday, February 16, 2024 Plaintiff filed a three page letter with exhibits. This information did not make it onto the public case history and the Plaintiff is requesting the reason or grounds why my submission on Friday, February 16, 2024 was not docketed. Plaintiff phoned the Pro Se office on Tuesday February 20, 2024 and was told to wait another day

My lawsuit was filed to prevent and to protect my name, personal identity, brand, self authored bio and authentic artistic oeuvre. There is still allegedly a painting with my name on it. For all artists whose name can easily be forged on artworks that they did not create, Plaintiff asks what can the legal system recommend or offer to remedy personal identity theft of artists that create false misattribution ?

Pro Se Plaintiff　　　　　　　　　　　　　　　　Respectfully Submitted,
Annamarie Trombetta
175 East 96th Street (12 R)　　　　　　　　　　——— Electronic Signature ———-
New York, New York 10128

　　　　　　　　　　　　　　　　　　　　/s/ Annamarie Trombetta　February 21, 2024
　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　Annamarie Trombetta