February 22, 2024

The Honorable Chief Judge Laura Taylor Swain
United States District Court Southern District of New York
500 Pearl Street
New York New York, 10017-1312
Civil Action No. 18-cv-0993 Trombetta vs. Novocin and WorthPoint Corporation

**RE: Plaintiff received ECF 537 on February 22, 2024 mailed by the Court on February 9, 2024**

To The Honorable Judge Laura Taylor Swain and to the Southern District Court of New York:

The Memorandum Order by Judge Laura Taylor Swain ECF 537, allegedly mailed on February 9, 2024, Plaintiff received this Court mailing on February 22, 2024. Proof Court's large envelope of the mailed Memorandum Order is in the attached photo as **EXHIBIT #1.**

As a steward of the arts and humanities for cultural advancements, I take this opportunity to paint a broader picture, not apparent in my lawsuit. Enduring public false internet posts, distorts one's true character and identity, for all to read. It is extremely painful, causing anguish and loss of irreplaceable time, unnecessarily. Public bullying endangers one's mental health and livelihood.

My personal pain made me astute to the younger generation's needless suffering, due to public bullying on the internet also caused by false public statements. The failure of respective authorities, school administrations, and busy, hardworking parents, to act on this, has resulting in emotional depression or senseless suicides, in epic proportion. The absent acknowledgement to their pain and lack of accountability to those causing unquantifiable emotional distress is gravely effecting our society. Public false claims and bullying on the internet, is inhumane, unjust and often ignored.

My lawsuit was filed after all remedies of clear communication and common sense solutions were met with disregard, denial and deceit. For children and adults who are being publicly bullied and for all artists whose name can easily be forged on artworks that they did not create, Plaintiff once again asks what can the legal system do, change and or impose to prevent vulnerable children and in my case, artists from endless problems stemming from lies, identity theft and misattributions.

Pro Se Plaintiff                                          Respectfully Submitted,
Annamarie Trombetta
175 East 96th Street (12 R)                        ——— Electronic Signature———-
New York, New York 10128
                                                                   /s/ Annamarie Trombetta    February 22, 2024
                                                                   _____
                                                                                Annamarie Trombetta

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE  500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

Annamarie Trombetta
175 East 96th Street
Apt. 12R
New York, NY 10128

PRO SE OFFICE

LEGAL MAIL