**In The United States District Court For Southern District of New York**

---

Annamarie Trombetta,

    Plaintiff,
      vs.

Norb Novocin, Marie Novocin,

    Estate Auctions Inc.

WorthPoint Corporation
    Defendants

_____

Civil Action No. 18-cv-0993-RA-HBP

**PLAINTIFF'S RIGHT TO FILE A MOTION TO ALTER OR AMEND PURSUANT TO F.R.C.P RULE 59 (e) AND PURSUANT TO F.R.C.P RULE 60 RELIEF FROM A JUDGMENT BASED UPON ERRORS**

Plaintiff, pursuant to Federal Rule Civil Procedure 59(e), by right, is filing a Motion to Alter or Amend a Judgment. Accordingly F.R.C.P. 59 (e) states : a motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment (28 appendix U.S.C. § 59) see *Singleton vs New York* (S.D.N.Y. 2020). Plaintiff is filing this motion prior to filing an appeal, as the Appeals documents inferred in ECF 539 and was the case in *Singleton vs New York* (S.D.N.Y 2020). Under Rule 59 (e) it is appropriate to file a Motion where **:** **(1)** the district court is presented with newly discovered evidence or committed clear error; **(2)** the initial decision was manifestly un just; or **(3)** there is an intervening change in the controlling law. The movant must demonstrate the Court overlooked controlling decisions or factual matters that had been previously put before it. *Padilla v. Maersk Line, Ltd.* (S.D.N.Y. 2009).

Plaintiff, pursuant to Federal Rule Civil Procedure 60, by right, is filing a Relief from Judgment. Accordingly, Rule 60 (b) provides six bases for relief from a judgment. It also provides that motions for relief "shall be made within a reasonable time, not more than one year after the judgment, order, or proceeding was entered or taken. Grounds for Relief from a Final Judgment, Order, are based on Fed. R. Civ. Pro. 60(b) (1) : which allows relief due

to "mistakes, inadvertence, surprise or excusable neglect." It applies to acts of the court, parties or third persons. Thus Rule 60(b) (1) has been held to permit granting of relief where the court overlooked factual items relevant to damages concerning major claims in my case.

Accordingly, Rule 60 (b) provides six bases for relief from a judgment proceeding or an order. Pursuant to Federal Rule Civil Procedure Rule 60 (a) errors within the purview of Rule 60 (a) include "misprisions, oversights, omissions, unintended acts or failures to act. see *" First National Bank v. National Airlines, 167 (S.D.N.Y.1958).* The word "record" in Rule 60 (a) refers not only to process, pleadings, and verdict but also to evidentiary documents, testimony taken, and all other matters pertaining to the case of which there is a written record. Rule 60(b) provides six bases for relief from a judgment proceeding or an order.

Plaintiff submits my Relief from Judgment after legal consultations and will address my meritorious defenses and grounds previously entered within the numeric docketed filings on the court records and within exhibits, throughout my case. Plaintiff's Motion focuses on Fed. Rule Civ. Pro.60 (1), defined as : *mistake, inadvertence, surprise, or excusable neglect,* Fed.Rule Civ. Pro.60 (3), defined as : *fraud (whether previously called intrinsic or extrinsic ), misrepresentation, or misconduct by an opposing party ( both Defendants)* and Fed.Rule Civ. Pro. 60 (6), defined as : *" any other reason that justifies relief. "* Additionally, Rule 60 (a) of the Federal Rules of Civil Procedure is as follows **:** (a) Clerical mistakes in judgments, orders or other parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any party and after such notice, if any, as the court orders. During the pendency of an appeal, such mistakes may be so corrected before the appeal is docketed in the appellate court, and hereafter while the appeal is pending may be so corrected with leave of the appellate court."

**SUMMARY  FOR FILING RULE 59 (e) AND RULE 60 MOTION**

As a visual artist, preventing strangers from forging  one's name on any artwork you did not create is one of the goals for this lawsuit. Despite producing  two 1972 dated  signatures,  the Court did not grant Declaratory nor Permanent Injunctive Relief,  nor was I awarded my $8500 for my lost sale. Prior to fling my lawsuit  on February 5, 2018, I had an attorney phone and send a settlement letter to Estate Auctions Inc. It  was  last filed on August 1, 2023 in Doc. 527-1 pages 31 to 33. Plaintiff  is  aware  of  pertinent dated  events, facts and information,  prior to  filing of my lawsuit and throughout litigation that reveals deceit, concealment and fraud. Your Honor, Judge Swain was appointed to this case on June 15, 2023.  Plaintiff 's  intent in filing  my Motion is to correct  numerous factual  errors. The most recent and significant is  the due date of my  Proposed Amended  Complaint with  additional claims for Fraud, business and emotion Torts and  IIED, which was  filed on Dec. 19, 2022 as written  in Doc  333. —see excerpt below Despite having Covid, I met the deadline to file my "Proposed" Amended Complaint  with

> 2. To the extent that Ms. Trombetta wishes to amend her complaint, by
> **Monday, December 19, 2022**, she shall file her motion to amend the complaint (the
> "Motion") attaching the proposed amended complaint. By

Exhibits   in  Doc. 341 and 342.    I filed two Proposed Amended Complaints. and  wrote a separate  PAC for each  Defendant due to the court's restriction to submit large  file sizes. On Dec. 21, 2022,  Judge Cave  ordered me  to file  Defendants  separate Motions in two files and filed  one document. The content in Dec. 19th  filing is  the same as the Operative Complaint or SAC. My claims in Proposed Amended Complaint were  granted one month  later on Feb. 2, 2023  in  Doc. 366 by Judge Cave.  Following  typical  court protocol I filed  my  edited, numbered  Second Amended Complaint in Doc. 368 on Feb. 9,  2023.  Due to the  delayed

Court mailing of Doc. 366, the public docket did not state Judge Cave deemed my Proposed Amended Complaint as the Operative Complaint. Judge Cave deemed my Dec. 19, 2022 filing (refiled in Doc. 348) and granted my Amended Complaint as the Operative Complaint Feb. 3, 2023.Judge Cave never dismissed my Operative Complaint same as the Dec. 19 2022 content.

On page one of Judge Swains' Feb. 20, 2024 Memorandum Judgment, Your Honor does not note my dated Dec.19, 2022 filings in Doc. 341 and 342 . To further clarify, in Doc. 333 the deadline to file my "PROPOSED" Amended Complaint was Dec.19, 2023. Again, the same PAC filed on Dec. 19th was granted and deemed the Operative Complaint on Feb. 3, 2023. I brings to the Court's attention to my first filing on May 18, 2022 in Doc. 224 and Doc. 225, when Plaintiff filed a Motion For Leave to File a Supplemental and/or Amended Complaint to include Fraud, Declaratory and Permanent Injunctive based on Defendants production of false Discovery and contradictory evidence by both Defendants. Judge Cave denied my Leave to Amend till the end of Discovery which concluded on Dec. 15, 2022 .

I note on page one of Doc. 538, Your Honor incorrectly wrote my SAC was late. It is in Doc. 341 and 342. I note in Your Memorandum it is written Plaintiff's MSJ in Doc. 432 on pages 29-35 and 37-38 asserts additional claims for fraud. My PAC filed on Dec. 19, 2022 is the same as my Operative Complaint. My Plaintiff's MSJ in Doc. 432 was taken from my Operative Complaint and all fraud claims for both Defendants start on page 6 to 82. I begin with the Legal Standards of F.R.C.R Fraud 9 (b) to Amend Plaintiff's Complaint. At the end of page 8, I listed all five elements of Fraud. On page 8, I noted the Statutes of Limitation for Fraud in New York ~ Six Years GENERAL or Two Years From the Time of the Confirmed Fraud which was confirmed early April 2022, by Discovery evidence. EAI's misspelled

red signature of ANNA with a space, then MARIA, was not spelled as one name ending in the letter E rather it is two works ending in an A. Despite informing the Defendants I was not the artist since 2017, both signatures confirmed Defendants' negligence in realizing the misspelling. Norb Novicin's Deposition admits the front signature "A.Trombetta "was garbled and hard to read yet he and his wife when deposed affirmed they hired a photographer to take photos of the "garbled A. Trombetta signature" to include this in their publicly displayed online ad next to my personal, self authored biography that was infringed . On pages 8 thru 13, I defined Identity Theft (as I did in Doc. 36 filed on Feb. 21, 2020). On page 13, I listed all eight Counts of Fraud such as the first 1) FRAUD ~ COUNT I ~ DEFENDANTS' KNOWN FALSE WRITTEN MISREPRESENTATION FRONTAl SIGNATURE "A. TROMBETTA" PHOTO ie public "false signature in the photo in the 1972. On page 15, I noted the SECOND COUNT MISREPRESENTATION OF ARTIST DUE TO THE AGE AND YEARS STATED. On the bottom of page 15 to page 20 is another FRAUD ~ COUNT III ~ DEFENDANTS' KNOWN FALSE WRITTEN MISREPRESENTATION OF NAME ANNA (space) MARIA SIGNATURE IN RED ON THE BACK OF THE CANVAS ALSO CONSTITUTES "FALSE ADVERTISING . On the bottom of page 20 to 23 is COUNT IV ~ DEFENDANTS' KNOWN WRITTEN REPRESENTATION OF PLAINTIFF 'S WEBSITE AND THE NEGLIGENCE BY EAI DEFENDANTS IN NOT VIEWING OR NOT CONTACTING THE PLAINTIFF. Clearly EAI is lying since my biography was not on AskArt's website in 2012. On the bottom of page 23 to 25 is COUNT V FRAUD ~ DEFENDANTS' WRITTEN DECLARATION AND MISREPRESENTATIONS TO WORTHPOINT DEFENDANT AND PLAINTIFF THE YEAR OF MY BIOGRAPHY ON ASK ART. In total there are eight counts of fraud. The last count COUNT VIII IS THE TANGIBLE CONVERSION (BIO IN CATALOG) TAKING AND

MISAPPROPRIATION PLAINTIFF BIOGRAPHY. On page 42, I listed and describe the five ELEMENTS OF FRAUD RELATED TO ESTATE AUCTIONS INC. element of fraud. -1) Misrepresentation by EAI 2) Knowledge of the material falsity 3) Inducing the other party to rely upon it 4) Justifiable reliance of the other party and 5) Injuries and Damages. This was taken from my filed Doc. 224 and Doc. 225 on May 18, 2022. in my first attempt to Amend my Complaint. On page 43 to page 50, I name all my new claims for negligence, Elements of Intentional Infliction of Emotional Distress and describe tort claims, and ended on page 50.

WorthPoint had seven Counts of Fraud. Its first count of fraud is WorthPoint's written, Nov. 16, 2015 email sent to me by Anita Brooks 'falsely stating the 1972 webpage was not on WorthPoints website. when she misdirected me to contact eBay. See Doc. 517-4 Filed 06/29/23 Page 29 of 38. ~ COUNT I - FIRST FALSE WRITTEN MISREPRESENTATION —three written counts of fraud. On page 57, I noted COUNT IV~ FOURTH FALSE WRITTEN MISREPRESENTATION. Plaintiff's fourth claim of fraud and false written misrepresentation is the the visual copyright symbol vector © along with WorthPoints' statement © Copyrighted work licensed by Worth Point"  that is depicted in the photo that was featured in the false 1972



ad next toPlaintiff's name. In general the definition and use of a "C" with a circle around the letter, or use the word "copyright," by any party, indicates to all who view it and is notice to the public that the work is copyrighted, The party/parties or company using the © is/ are the owner of the work. This false use a copyright symbol with my name and biography falsely misinformed the public while concurrently and falsely associating me with eBay, WorthPoint and Estate Auctions Inc. with companies selling low quality goods.

This public display on the internet  absconded my exclusive copyrights.  In Discovery and in my SAC, I addressed my rights.   My claim for DMCA against both Defendants for the removal of my copyright management information  by EAI 1202 (a) (b)and  the application by WorthPoint to  display  false copyright management information  1202 (a) (b)granted  in Judge  Abrams Order in Doc 187 on pages 14 to 26  is filed in  Doc. 518-5 on 06/29/23 and is on  Page 36 of 38.

> Trombetta also alleges that a post similar to the 2015 post was on the internet when she searched for it in May of 2017.  Compl. at 7, 42.  It is unclear whether Trombetta is alleging that the 2015 post was in existence in 2017 (1) because Worthpoint never deleted it or (2) because Worthpoint reposted it after deleting it in 2015 or 2016.  If the former is true, then Trombetta's copyright claim against Worthpoint accrued in 2015 when she first saw the post, and the claim is untimely.  If the latter is true, by contrast, then the reposting constitutes a new copyright violation, one that accrued within the limitations period.

 Plaintiff  filed evidence in Doc. 504-2, Doc. 518-3 518-4 Filed 06/29/23 Page 1 of 37 of all the WorthPoint listings in March, April and May, of 2017. I printed from computers  WorthPoint's online webpage with  the 1972 oil painting listng. In addition both Doc 504-2 and 518-3 -518-4 include emails  sent from WorthPoint to Plaintiff in Nov. 2016, Jan. 31, 2017 and April 24.2017  to solicit people to  invest in WorthPoint's website. In summary, in late 2016 WorthPoint reposted the false 1972 webpage while it was concurrently sending emails me to my "trombettaart@yahoo.com address.  My  evidence verifies the dates  in late 2016 into 2017 of WorthPoint's  reposting,  thus the accrual   rule is in effect for last known  date on  May 9, 2017.  To clarify,  I  first found WorthPoint's webpage  in August 2015. It took seven months for WorthPoint to remove one post.  In roughly six month  the false 1972 webpage was reposed under my name in late 2016 to May 2017. At the same time WorthPoint was sending me emails. Despite my unsubscribe submissions (see Doc. 518-3 page 3 )  WorthPoint's emails did not stop.

In Your Honor Memorandum on page one in Doc 538, it is written that Plaintiff was asserting additional claims in my MSJ in Doc. 432 on pages 29 to 35. I kindly inform Your Honor this is an incorrect statement. Below is a screen shot my Operative Complaint, page 58, which states the same information regarding WorthPoint's production of the Plaintiff's complete biography marked as "Confidential" on WP00038, WP00039 and WP00040. It is Plaintiff's property, not WorthPoint's. My website and biography are public therefore NOT "Confidential". In my Operative Complaint and 's MSJ in Doc. 432, I noted WorthPoint's false evident in WP00038, WP00039 and WP00040 titled as Terapeak extract. WorthPoint produced a sublicensee agreement dated 2009 titled AERS and not a licensing agreement from Terapeak. The excerpt below is a screen shot of page 58 from my Operative Complaint. On the next page is an excerpt from Plaintiff's Motion for Summary Judgment from page 33, similar to page 58 noting WorthPoint's "Confidential" evidence WP00038, WP00039 and WP00040 and

**BELOW IS PAGE 58 FROM PLAINTIFF'S OPERATIVE COMPLAINT**.

The next issue Plaintiff brings to the Courts attention is the subject of the source of the eBay source of all of WorthPoint;s sales records and or information. As noted aforementioned, Plaintiff, on Feb. 3, 2016 spoke with Greg Watkins, WorthPoint's official webmaster. Mr. Watkins stated that WorthPoint's "middleman" for obtaining information was Terapeak. Moreover, on April 8, 2022 WorthPoint's attorneys produced bate stamped evidence titled WorthPoint Evidence titled "Confidential- trombetta- **terapeak**- extract as **WP000038, WP000039** and **WP000040.** WorthPoint used the Terapeak name in their Confidential documents that contain Plaintiff's full biographical text. WorthPoint has no right to label my biography as *"Confidential"*. WorthPoint has absconded my copyrighted information without my CMI and is using my full biography as evidence in this case. The EAI ad is on WorthPoint's website was duly noted by the Plaintiff to the Court as being truncated mid sentence. The ad and the bate stamped evidence using the name Terapeak, differ in size and content from actual content in the ad that was on WorthPoint website . WorthPoint explanation is that they did not modify the text taken from Terapeak . My attempt to clarify who licensed my biography was met by WorthPoint in a generic reply.

not WorthPoint's property. This is my copyrighted self authored biography and is my personal property and identity. WorthPoint is attempting to possess or dominate my name and brand. WorthPoint's evidence produced on April 8, 2022 initiated my request in Doc. 224 and Doc. 225 and why I filed on May 2022 a Leave to Amend to request the Court to grant Permanent Injunctive Relief as a direct response to in WP00038, WP00039 and WP00040 EXHBIT #and Estate Auctions Inc unethical and incorrect use of my biography with the production of two signatures which do not look the same ie are dissimilar to each other and also misspell my name. These two signatures, similar to my name are still on the 1972 oil painting, that I have declared I did not paint since August 2015. This Rule 59 (e) and Rule 60 Motion in part is submitted to once again request the Court to grant Declaratory Relief and Permanent Injunctive Relief.

**BELOW IS PLAINTIFF'S MSJ 432 PAGE 33 EXCERPT BOTTOM PARAGRAPH**

> WorthPoint failed to produce the Terapeak Licensing agreement and produce a "sub-licensing agreement. A sublicense agreement is a legal document that outlines the terms and conditions where one business owner allows another party to use their intellectual property. The original business owner, or licensor, often has the exclusive right to license specific intellectual property for a certain period of time. The term licensing agreement refers to a legal, written contract between two parties wherein the property owner gives permission to another party to use their brand, patent, or trademark. In the Feb. 3, 2016 transcript phone call Gregory Watkins (Ex.#11) stated the source of the 1972 eBay post was Terapeak. WorthPoint in WP00038, WP00039 toWP00040 is the alleged ad from Terapeak with a date of Dec. 4, 2012. Allegedly in

I bring to Your Honor's attention to Dec. 13, 2023 in Doc. 528 and. Your request to WorthPoint to produce all redacted proprietary evidence with WorthPoint's information. see inserted Order from Doc. 528 filed on Dec 13. 2023. WorthPoint **failed** to produce

> ORDERED that Defendant WorthPoint Corporation file under seal, with access to
> the Plaintiff, Defendant WorthPoint, and court personnel only, the unredacted version of Jason
> Packer's Declaration (docket entry no. 425-6, 480-2), as well as any other evidence that was
> redacted to protect proprietary information and offered in connection with WorthPoint's Motion
> for Summary Judgment (docket entry no. 423), within 7 days of the date of entry of this Order.

WorthPoint's 2009 AERS sub licensing in Dec.2023. WorthPoint only produced a Declaration by Jason Packer and a report by Jessie Stricchiolia. In Doc. 531, Plaintiff filed on Dec.19, 2023, requesting to file under seal, my copy of the 2009 AERS sub licensing which I had filed on June 7, 2023 in Doc. 497 as **Exhibit #1.** In Doc. 531, I noted the Discovery disputes about the difference between a licensing and sub licensing agreement in Doc. 274 filed August 29, 2022 I note my requested for the date and year Worth Point posted the false 1972 webpage was its website. WorthPoint's attorneys stated in writing that they did **not** know the date or year. Below in an excerpt by WorthPoint's attorney is their reply on August 1, 2023 in Doc. 526-2

Case 1:18-cv-00993-LTS-SLC   Document 526-2   Filed 08/01/23   Page 2 of 13

Plaintiff's Evidence 000606

**RESPONSE:** WorthPoint objects to this request on the grounds that it is duplicative of plaintiff's prior similar request, and it mischaracterizes the manner in which eBay data is made available on WorthPoint's service. Subject to and without waiving the foregoing objections, WorthPoint states that there were no such employees that manually posted this specific listing. Furthermore, WorthPoint is not in possession of any information as to when this listing was posted on WorthPoint's website. Based on the Google Analytics records WorthPoint previously produced, this listing had no traffic (i.e., no person had viewed it) prior to August 2015.

WorthPoint's evidence in WP000132,stating the 1972 webpage was posted on March 5, 2013. and contradicts its attorneys reply This same date, March 5, 2013, was used in another 2015 copyright infringement lawsuit by photographer Barry Rosen vs WorthPoint and Terapeak, its

- Infringing items were still available on WorthPoint's website when the FAC was filed on March 5, 2013 (*id.*

licensing partner,

2015-cv-00112- Ca.

Insert to the left is WP000132

WorthPoint gave two different replies for one simple question prevent any true verification. I did request the date of the 1972 post back in 2016 and WorthPoint failed give it to me. Plaintiff has no prior connection in any way to either Defendants. In 2019, Estate Auction Inc. declared in a written statement, a third party internet site scrapped the Dec. 1, 2012 sales record. In Discovery, Estate Auctions Inc has a paid membership with WorthPoint since 2014.

As aforementioned WorthPoint's evidence WP00038 to WP00040 was titled Terapeak extract and contains my full website bio. **EXHIBIT #2** WP00038- WP00040 During Summary Judgment, I filed WorthPoint's sub licensing agreement in Doc.497-2 on 06/07/23 Page 2 to 27. I remind Your Honor, I have no ties or business relations to WorthPoint, Estate Auctions Inc or eBay. I have proven in the production of my 1972 script, print signature and my Girl Scout badge sketches and my Girl Scout Sash, I am not the artist nor did I sign the 1972 oil painting. The artist is still unknown. WorthPoint failed to obey Your Order in Doc. 528 on Dec. 13, 2023 Please request WorthPoint'to produce all redacted documents in Doc.497-2 filed on June 7, 2023 Pages 2 - 27. WP 2009 sub licensing AER agreement to amend or alter any decisions.

I also and bring to Your Honor's attention that my claims for Torts are in my SAC/ or Operative Complaint for EAI on pages 43 to 47 and for WorthPoint on pages 75 to 78. My MSJ in Doc. 432 Tort claims are brief and on pages 37 to 38. This is also taken from my SAC.

Before Plaintiff addresses other issues in February 20, 2024 Memorandum Judgment in Doc. 538, to correct any information that is not true or accurate I also note the Feb. 8, 2023, Memorandum Order in ECF 537 overlooked pertinent evidence. By right, Plaintiff had 14

days, till Feb. 22, 2024 to file a response to ECF 537. I did filed a response letter Feb. 16, 2024. I submit proof I sent my email and am filing the exhibits in **EXHBIT# 3** My filing to the Court addressed WorthPoint's deceitful dates and facts in its lawsuit against me in Georgia. I planned to file a Rule 60 Motion for ECF 537 on Feb. 20, 2023. I halted correction via Rule 60 Motion set to be the Feb, 20, 2023 due to the Judgment which included Appeals forms. This Motion hopes to cure all misinformation in both Doc 537 and Doc 538.

### BRIEF INTRODUCTORY SUMMARY WITH SUPPORTIVE EVIDENCE

Plaintiff 's summary begins with dated facts regarding online links I monitored from late 2010 onwards due to uploading to You Tube and Vimeo, short videos of myoutdoor painting and art. In mid 2012, a prized and professional photographer, videographer, Salem Krieger, produced a short video of my painting outdoors in Central Park and is online. His video titled Painting Central, was uploaded on Nov. 17, 2012. See **EXHIBIT #4** Video Paint ing Central- Date of release 11/17/2012. I monitored each uploaded video that was immediately listed on the internet under my name. I checked my online posts daily and/or weekly. If the the alleged eBay sale took place around Dec. 1, 2012 and WorthPoint was posted March 5, 2013, I would have seen it since I inspected the progress and appearance new links under my name.

 **F.R.C.P 60 (1) committed clear error; and 60 (2) The initial decision was manifestly un just**

On **page 3** of Doc. 538 Judge Swain wrote RE; my AskArt biography listing . *" Plaintiff deputes without offering any relevant evidence, that Norb Novocin found all information, regarding the Painting and Plaintiff biography on a website called Ask Art.* First, my AskArt listing has no visual images, nor samples of my signatures. My bio was added to askART in 2015. All text is from my website bio. In my MSJ in April 2023 and on June 14th in Doc, 504 -2, also June 29, 2023 Doc. 517-4 and Doc. 518-2, I filed irrefutable proof that confirms my biography was listed on askArt in 2015.

In 2015, I had a phone interview with Bob Bahr. Presently this article from my2015 exhibit is online. On **March 5, 2015** I emailed and consented in writing for Mr.Bahr to recommend my website biography to list on Ask Art's website. An excerpt of this email is below. I filed in the Court Records my 2 emails see Doc, 504 -2 page 4, Doc. 517-4 page 31, Doc. 518-2 - page 4.



From: Annamarie Trombetta <trombettaart@yahoo.com>
To: Bob Bahr <babahr@yahoo.com>
Sent: Thursday, March 5, 2015 9:47 AM
Subject: Annamarie Trombetta

Hi Bob,

Thank you so much for a wonderful article. I have been sharing it with some of my collectors and colleagues and will do so with many more people. Also thank you for your recommendation for the Ask Art website . I consent to include my biography listing to their site.
Can you send me a link that is just this piece or is this the link below?? Also is there a magazine version that I can purchase.

I am please with the work that you selected as one of my collectors expressed her delight as well.

With sincere gratitude,
Annamarie Trombetta

On **June 6, 2015**, I emailed Bob Bahr and confirmed my personal website bio was listed on AskArt website, (See June 14, 2023 Doc, 504 -2 page 5 June 29, 2023 Doc. 517-4 page 32 and 518-2 page 5 filed June 29, 2023). I also filed in Doc.518-2 page 6 another document



To: babahr@yahoo.com
Date: Saturday, June 6, 2015, 12:49 PM EDT

Hi Bob,

My sincere appreciation for including me once again in Outdoor Painter! I am indeed delighted as was the host of the show to learn that the link and a feature was in the Newsletter for Outdoor Painter.

It is the kind of situation that brings attention not just to me--the Magazine but also to the Hudson River School Painters who have done so much for this country's history in art, Parks and conservation.

Last thank you for the recommendation. I am delighted that my bio is now on AskArt-- Mille Grazie for that!

by an internet company, Wayback Machine who captured my Ask Art bio listing on Sept.22, 2015. Plaintiff has no association to Wayback Machine. This internet company posted the

unsolicited online date when my biography was added to AskArt's website. No other years were listed.   On the bottom of p age 33 of Doc. 538, Your Honor wrote *" Plaintiff argues that Mr. Novocn could not have found her biography on asART …*   Plaintiff is not arguing, I submitted evidence of  personal dated emails which Your Honor failed to  review or  mention my  emails. Instead, Your Honor wrote *" Because Plaintiff provides no evidence  to contradict  Mr. Novocin's testimony  the  Court cannot find a genuine issue of fact"*…..   I note to  Your Honor    factual truths and dates  when I consented to my askART  bio  are  recorded in my emails. On Page 15 of Plaintiff  Response to EAI  MSJ,  I filed in Doc. 488 filed May 30, 2023 and  noted to the Court that Mr. Novocin testified in of his  deposition  he did not review the  Terms on askART.  AskART  prohibit any third party transfer or copy and pasting.  See Doc. 488 filed May 30, 2023 in  EX.21C askART Terms p.22 to 24 Below  is an excerpt from askART 's terms of use.   *"You may not    modify, create derivative works from, participate in the transfer or sale of, post on the World Wide Web  or in any of way exploit the Site or any portion thereof for  any public or  commercial use  without  the express written permission of askART. You are responsible for complying with all Ask Art does not permit "* **EXHIBIT #14**. Novocin admitted in his Deposition   he was  a member or askART for  21 years yet   claims he does not know the  AskART's  Terms of Use are  on its' website  This verifies his pattern of  irresponsibly escape set boundaries.

Furthermore, the Court 's grave error on page 3 Memorandum Opinion and Order  infers  or moreover, Judge Swain wrote " *Norb  Novocin  found all information regarding the Painting* (I assumes  this means the  1972 painting) *and Plaintiff's biography on a website called askART*…..  Plaintiff 's evidence contradicts Judge Swans written mistakes. Again my biography was added to askART 's website by Bob Bahr,   In June 2015,  my askART bio was online. I sent an email to thank Mr. Bahr  for his recommendation.   Norb  Novocin  has not produce

any evidence. He failed to   name  or  identified  any  person who painted the 1972 oil painting.
Plaintiff produce  supporting evidence  and thus  declares the following :

1- I did not paint in oil paints in 1972 as my website biography confirms. I was nine years old
and too small to paint a four foot  by 18 inch size canvas.  Mr. Novocins claim is ridiculous.

2- I did not paint in oils and did not paint the 1972 oil painting " Man With Red Umbrella".

3- I did not sign  the 1972 oil painting " Man With Red Umbrella". I produced irrefutable proof
and  1972 childhood notebook  with dated handwriting,  drawings, sketches of  badges that
match the badges on my Girl Scout Sash with  location badges of New York and Brooklyn.

4- I produced three forms of proof that my biography was added to  askART's website  in 2015.

### PLAINTIFF'S ONE  TIME  BID  ON   EBAY IN  JUNE JULY  2015

On June 13, 2015 for the first time,  I signed up and  put a one time bid on an eBay item.
Evidence of my first  eBay connection  was filed in Doc. 517-4 filed 06/29/23 Page 21 of 38. On
July 15, 2015,  I  changed my eBay password. The email is filed in Doc 517-4 page 22 .

PLEASE NOTE  I am  filing the electronic native email of my  July 15, 2015 eBay email as an
example  see **EXHIBIT # 5.**  On  July 30 in 2015, I  won a  eBay bid. The email is filed in   Doc.
517-4  on June 29, 2023  Page 23 of  38.  Shortly after  my first eBay sign up,  my colleagues
saw the   fake,  online  eBay sale, dated 1972 for a  large, damaged oil painting  with the fake
signature and he  phoned me.  For  Discovery,  Alex  Raspa,  submitted a letter  documenting his
finding of the fake online 1972 post using my name and biography. See Doc 517-4 last filed on
June 29 2023,  Page 12 of 38.  In  August 2015, I  contacted the NYPD  to  reported the false
public signature.  I  emailed Detective Randy Rose on August 9, 2015 - see Doc. 518-5 filed on
June 29, 2024 on page 32.  On Sept. 3, 2015,  I  emailed  and consulted  with a lawyer.  I also
filed an Identity Theft Report with the Federal  Trade Commission. I filed this report  with the

Court, again, on June 29, 2023 in Doc.518-5 page 30. I did so since I could not remove the false post under my name and the ad purported a fraudulent signature. Each company, eBay and WorthPoint , consistently denied they had the fake online 1972 internet link on its website. In 2015, WorthPoint's website had a hyperlinked eBay logo, when clicked, eBay's website would appear. WorthPoint's deceptive meant to confuse Plaintiff while misinforming me, resulted in months of worry, lost time, money and work. I remind the Court, I am the only visual artist named Annamarie Trombetta on the internet. Plaintiff. requested the removal of WorthPoints' false 1972 oil painting webpages from August 1, 2015 to Nov. 16, 2015 when WorthPoint's employee Anita Brooks wrote an email that I need to contact eBay to remove the false post. see Doc. 518-4 page 19 of 33, last filed on June 29, 2024. My inability to remove this fake 1972 post caused Susan Goldstein's aunt to question my my integrity and capabilities. She did not buy my painting Wisteria Arbor ,for $8500, WorthPoint's added posts under my name further injured my professional credibility.

In Dec. 2015, I phoned and emailed eBay several times to remove the fake post. due to possibly losing my painting sale which I did. I spoke with four eBay reps within one phone call. When I spoke to the third eBay rep, named Jamie, he informed me the 1972 painting link was on WorthPoint's website. An excerpt below is from Doc. 517-7 page 11 of 22 and filed on June 29, 2023. Jamie gave me WorthPoint Customer service number 877-481-5750 -see below



```
00;15;36;21 - 00;15;45;22
Jamie  eBay Customer Service
Okay. The phone number for WorthPoint contact information. Customer
service will be 877 481-5750.

00;15;46;12 - 00;15;56;24
Annamarie Trombetta
Well, I did call them and they said that I had to get in touch with eBay
because if they don't sell anything, they're a database. So I keep going
back and forth.

00;15;59;16 - 00;16;10;12
Jamie  eBay Customer Service
Let me try see at our end to maybe they provided information like a third
party app to give it to me tried to go ahead and provide that information
here on eBay.
And do it again. OK,

Annamarie Trombetta
```

An excerpt from my Dec. 2015 eBay phone call with the fourth eBay specialist Archer confirmed the fake 1972 link was on WorthPoint's website. He research the 1972 eBay sale and said it was **undefined.** The eBay call was filed last 6/29 2023 Doc. 517-7 pages 2 to 22.



**MY 2016 16 REQUEST TO WORTHPOINT TO REMOVE FAKE 1972 POST**

Below is a list of dates, way I contact WorthPoint and email requests I sent to WorthPoint to remove the fake 1972 oil painting post Man with Red Umbrella off WorthPoint's website.

**1-First Removal Request to WorthPoint**

| Date | Type of Contact | Person/ Source or email address |
|---|---|---|
| Jan. 14, 2026 | Online Item Removal Request | Submitted on WorthPoint's Website |

In 2016, I filled out WorthPoint's Item Removal Request to remove the 1972 oil painting. WorthPoint failed to produce any Item Removal Request in Discovery. Evidence of my request is filed in the two page application titled Item Removal Request.1- Please review **Jan. 14, 2016** evidence filed June 14, 2023 in Doc. **504-2 Page 23** of 30 and Doc. **504-2 Page 24** of 30 .

**2-Second Removal Request to WorthPoint**

| Date | Type of Contact | Person/ Source or email address |
|---|---|---|

Jan. 22, 2016                         Phone Call                    Phone Call with WP  Anita Brooks

On Jan. 22, 2016 after one week of submitting a WorthPoint Item Removal Form , I never
received an email response from WorthPoint and the  false 1972 internet post was still online.  I
phoned and spoke to Anita Brooks. She advised me to  send an email WorthPoint  to remove the
fake post on WorthPoint's website.

2-Please review **Jan, 22.2016** phone call transcript , June14, 2023 in Doc. 504-**3 Page 4 to 16.**

**3-Third  Removal Request to WorthPoint**

**Date                              Type of Contact                   Person/ Source  or email address**

Jan. 22, 2016         WorthPoint online email support    Email support@worthpoint.desk-mail.com

On Jan. 22, 2016 I  to subscribe to WorthPoint's Membership with my  Yahoo email address

trombettaaart@yahoo.com to view the price of the 1972 eBay painting Man With Red

Umbrella. WorthPoint website Membership required a credit card number to view the price of
the painting. Plaintiff only used my Yahoo email address to contact WorthPoint at all times due to
WorthPoint's requested credit card information to view the price of the painting.   WorthPoint
sent  an  email response with  a Ticket # 56607.  In 2016   Plaintiff never heard back from
WorthPoint.  In   Discovery 2022  WorthPoint failed to produce this email with Ticket # 56607
and my proof of  Membership Subscription.

3-Please review **Jan, 22.2016**  evidence   filed June14, 2023 in Doc. 504- 2 **Page 6 of 30**
**Please note all emails  from WorthPoint  to Plaintiff  were sent to trombettaart@yahoo.com**

This message was sent to trombettaart@yahoo.com in reference to Case #56607.

**4-Fourth   Removal Request to WorthPoint**

**Date                              Type of Contact                   Person/ Source  or email address**

Jan. 22, 2016      WorthPoint  email support          Email support@worthpoint.desk-mail.com

On Jan. 22, 2016 I sent  an email to WorthPoint using its own  response email with Ticket

#56607. I added a list of questions and requested WorthPoint respond to my email. In 2016 Plaintiff never heard back from WorthPoint. In Discovery 2022 WorthPoint failed to produce my return email with Ticket # 56607 dated Jan. 22, 2016.

4- Please review **Jan, 22.2016 evidence** in Doc. 504-2 filed on June 14, 2023 **page 25** of 30.

**5-Fifth Removal Request to WorthPoint**

| Date | Type of Contact | Person/ Source or email address |
|---|---|---|
| Jan. 25, 2016 | WorthPoint email support | Email support@worthpoint.desk-mail.com |

On Jan. 25, 2015 I filled out another online form using support@worthpoint.desk-mail.com.

I received the same Ticket # 56607 even though it was a new submission.

In 2016 Plaintiff never heard back from WorthPoint. In Discovery 2022 WorthPoint failed to produce the return email with Ticket # 56607 dated Jan. 25, 2016.

5-Please review **evid.** Jan.25,2016 in Doc. 504-2 filed on June 14, 2023 **page 8** of 30 .

**6-Sixth Removal Request to WorthPoint**

| Date | Type of Contact | Person/ Source or email address |
|---|---|---|
| Jan. 25, 2016 | WorthPoint email support | Email support@worthpoint.desk-mail.com |

On Jan. 25, 2016 I sent an email to WorthPoint using its own response email with Ticket #56607. I added a list of questions and requested WorthPoint respond to my email. In 2016 Plaintiff never heard back from WorthPoint. In Discovery 2022 WorthPoint failed to produce my return email with Ticket # 56607 dated Jan. 25, 2016 with a list of questions I forwarded.

6-Please review evidence in Doc. 504-2 filed on June 14, 2023, **page 7** of 30

**7-Seventh Removal Request to WorthPoint**

| Date | Type of Contact | Person/ Source or email address |
|---|---|---|
| Jan. 29, 2016 | WorthPoint email support | Email support@worthpoint.com |

On Jan. 29, 2015, I filled out another online form using support@worthpoint.desk-mail.com.

I received the same Ticket # 56607 again even though it was my third new submission.

Plaintiff never heard back from WorthPoint. In Discovery 2022 WorthPoint failed to produce the return email with the third email with the same Ticket # 56607 dated Jan. 29, 2016.

7-Please review **Jan. 29, 2016** evidence in Doc. 504-2 filed on June 14, 2023, **page 10** of 30

**8-Eight    Removal Request to WorthPoint**

| Date | Type of Contact | Person/ Source  or email address |
|------|-----------------|----------------------------------|
| Jan. 29, 2016 | WorthPoint  email support | Email support@worthpoint.desk-mail.com |

On Jan. 29, 2016 I forwarded an email to WorthPoint informing them I have been emailing since Jan. 22, 2016 and with the same response email and the same Ticket #56607. I forwarded the same list of questions and requested WorthPoint respond to my email. In 2016  Plaintiff never heard back from WorthPoint. In Discovery 2022 WorthPoint failed to produce my forwarded email with Ticket # 56607 dated Jan. 25, 2016 with a list of questions I forwarded.

Please review **Jan. 29, 2016** evidence in Doc. 504-2 filed on June 14, 2023, page **9** of 30

**9-Ninth   Removal Request to WorthPoint**

| Date | Type of Contact | Person/ Source  or email address |
|------|-----------------|----------------------------------|
| Feb. 1 , 2016 | WorthPoint  email support | Email support@worthpoint.com |

On Feb. 1 2016 I forwarded my Jan. 29, 2016 email to WorthPoint informing them I have been emailing them since Jan. 22, 2016 and with the same response email and the same Ticket #56607. I forwarded the same list of questions and requested WorthPoint respond to my email. In 2016  Plaintiff never heard back from WorthPoint. In Discovery 2022 WorthPoint failed to produce my forwarded email with Ticket # 56607 dated Feb 1, 2016 with a list of questions.

Please review evidence in Doc. 504-2 filed on June 14, 2023,  **page 11**  of 30

**10-Tenth    Removal Request to WorthPoint**

| Date | Type of Contact | Person/ Source  or email address |
|------|-----------------|----------------------------------|
| Feb. 1 , 2016 | WorthPoint  email support | Email support@worthpoint.desk-mail.com |

On Feb. 1 2016,  I filled out another online form using  support@worthpoint.desk-mail.com.

I received the same Ticket # 56607 again  even though it was my fourth  new submission. Plaintiff never  heard  back from  WorthPoint.  In  Discovery 2022 WorthPoint failed to produce the  return email with the third email with the same Ticket # 56607  dated Feb. 1, 2016.

Please review evidence in Doc. 504-2 filed on  June 14, 2023,  **page 12**   of 30

**11- Eleventh    Removal Request to WorthPoint**

| Date | Type of Contact | Person/ Source  or email address |
|------|-----------------|----------------------------------|
| Feb. 1 , 2016 | Second  Phone Call | Second  Phone Call with WP  Anita Brooks |

On Feb 1 , 2016  after waiting for ten days after speaking to Anita Brooks and not receiving any email or phone response from WorthPoint. I phoned for the third time and was able to speak to her directly.   I asked to speak to WorthPoint's website manager. She was reluctant to give me his email or his name. In the end she said his name was Greg.

Please review evidence in Doc. 504-3  filed on  June 14, 2023,  **page  16 to  19**   of 30

**12- Twelfth    Removal Request  to WorthPoint**

| Date | Type of Contact | Person/ Source  or email address |
|------|-----------------|----------------------------------|
| Feb. 3 , 2016 | Third  Phone Call | Third  Phone Call to WP Staff Gregory Watkins |

On Feb. 3, 2016 I had an 18 minute phone call with WorthPoint webmaster Gregory Watkings. Mr. Watkins stated it was a small company of 8 people, however no one returned my emails or phone calls. Mr. Watkins told me the best thing that he can do is give me the email of the CEO bate stamped  001006 ( Doc. 504-3 page 29). On page 30 on bate stamped  001007 I was given the CEO 's email will@worthpoint.com. but he was in Las Vegas at a conference. I   informed Mr. Watkins  repeatedly the painting and  signature was fraudulent, the listing de valued the price of my artwork. In Evidence bate stamped  001009 ( Doc. 504-3 page 32) Mr. Watkins asked for my email address. I spelled out my Yahoo email trombettaaart@yahoo.com.

Please review evidence in Doc. 504-3  filed on  June 14, 2023,  **page  20 to 34**   .

**13- Thirteenth    Removal Request  to WorthPoint**

| Date | Type of Contact | Person/ Source  or email address |
|---|---|---|
| Feb. 20 , 2016 | WorthPoint  email support | Email support@worthpoint.desk-mail.com |

On Feb 20, 2016 I used  my Yahoo email address to once again submit a request to WorthPoint

since I just check the internet and the false 1972 post was still on WorthPoint's website.  I

figured out how to change the subject entry and wrote  Artist Annamarie Trombetta -Fraudulent

Artwork and Links to Fraudulent Artwork. I received a new ticket # 57565.

Please review evidence in Doc, 504-2  filed on  June 14, 2023,   **page  13 to 30**

**14- Thirteenth    Removal Request to WorthPoint**

| Date | Type of Contact | Person/ Source  or email address |
|---|---|---|
| Feb. 20 , 2016 | CEO  Will Seippel | Email address   will@worthpoint.com |

On Feb. 20, 2016 I saw the 1972 fake oil painting listing under my name and  clicked onto

the link which went to WorthPoint' website and the 1972 webpage.  Despite speaking with

Gregory Watkins for 18 minutes, he nor anyone else from the company contacted me to

answer my question asked to him on Feb.3, 2016. No one emailed me confirming the fake

post was take off WorthPoint's website. Mr. Watkins did advise me to contact the CEO by

email at will@worthpoint.com. Mr. Seippel responded by email and on Feb. 20, 2016

Mr. Seippel response he wrote  " Since you are the artist… and you feel this is **fraudulent**

**we will r**emove the item from the  site .. See insert  below is   Seippel's  Feb. 20, 2016 reply.

**Please review evidence in Doc, 517- 7  filed on June 29, 2023,   pages 23-24-25-26-27 of  27 .**

**Below is a quote by WILL SEIPPEL - Feb 20, 2016  "we will remove the item from the site"**

think that data totally exists anywhere at this point as we are the only persons that have saved this to my knowledge. Since you are the artists, and I have no reason to doubt that, and you feel this is fraudulent, we will remove the item from the site so that it does not mislead anyone on your paintings.

**15- Fifteen   Removal Requests to WorthPoint**

| Date | Type of Contact | Person/ Source  or email address |
|------|-----------------|----------------------------------|
| Feb. 29 , 2016 | CEO  Will Seippel | Email address   will@worthpoint.com |

On Feb. 29, 2016 I emailed Mr.Seippel due to three WorthPoint webpages listed under my name that were linked to the 1972 oil painting and linked to  these pages was the  1972 webpage.

Please review evidence in Doc, **518 -5**  filed on  June 29, 2023,  **page  10 - 11  12 and 13**

Below are three WorthPoint webpages that were listed and linked to the fake 1972 po



**16- Sixteenth    Removal  Requests  to WorthPoint**

| Date | Type of Contact | Person/ Source  or email address |
|------|-----------------|----------------------------------|
| March 7, 2016 | CEO  Will Seippel | Email address   will@worthpoint.com |

On March 7, 2016  I emailed Mr. Seippel because I still saw the listing on Google. Plaintiff  notes  WorthPoint's Titanic  poster webpage had a  linked to the fake 1972 Man With Red Umbrella Signed Annamarie —written underneath is  **You Visited this page on 2/16/16 which was the 1972 Original Oil page**  see insert below from Doc. 518-5 -p 3

Please review evidence in Doc, **518 -5**  filed on  June 29, 2023,   **page  2 and 3** .

**TITANIC lithograph poster (12/01/2012) - WorthPoint**
www.worthpoint.com › Worthopedia™

About the Art : Great care was taken to precisely re-create the artist's **original** image. ... *1972 Original Oil Painting Man With Red Umbrella Signed Annamarie* ...
You visited this page on 2/16/16.

In summary, from August to Nov. 2015 I contacted WorthPoint dozen of times. On Nov. 16, 2015 WorthPoint in a written email intended to misdirected me to contact eBay to remove the false 1972 oil painting post. In Dec. 2015 to March 7, 2016, WorthPoint added 4 to 5 webpage listings under my name titled 1- Michael OchVintage Marilyn Monroe Photos, 2-Thomas Kindate-Kincade—3Hello Kitty- 4-Titanic Lithograph . All named webpages were from WorthPoint's website, linked to the fake 1972 post. The 2016 sixteen requests to Worth Point to remove the fake post began Jan. 14, 2016 to March 2016. It took an excessive amount of requests to remove one post. After March 2016, Plaintiff NO LONGER saw the false 1972 post under my name. In Oct. 2016, WorthPoint sent me emails to invest in WorthPoint 's website. I Googled annamarie trombetta artist . The false 1972 oil painting was REPOSTED see Doc. 504-2 **page 14** filed on 6/14/2023 evidence dated Oct. 28, 2016. On **page 22** in Doc. 504-2 is are Google listings annamarie trombetta artist May 9, 2017. In Doc. 504-2 filed on 6/14/2023 there are Goolge listing and WorthPoint sent emails to trombettaart@yahoo.com In WorthPoint's Discovery WP000120 there is 2016 email between Will Seippel and Jason Packer (see Doc. 526-2 page 6 of 13.) On March 3, 2016 at 8:39 AM Jason Packer emailed and asked Mr. Seippel if he should file a **temporary** request with Google for the URL sent to Will Seippel —see screen shot of Doc. 526-2 page 6 —-inserted below

**From:** Jason Packer [mailto:jason.packer@worthpoint.com]
**Sent:** Thursday, March 3, 2016 8:39 AM
**To:** Will Seippel <will.seippel@worthpoint.com>
**Subject:** Re: FW: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

I can file a temporary removal request w/Google for this URL:
http://www.worthpoint.com/worthopedia/titanic-lithograph-poster-48924121
Which is the one that has her text in the old cached version w/Google:
http://webcache.googleusercontent.com/search?q=cache:7Xt_g7k26S8J:www.worthpoint.com/worthopedia/titanic-lithograph-poster-48924121+&cd=1&hl=en&ct=clnk&gl=us
Should I go ahead and do that? They don't always process those but there's no real danger to us other than losing traffic for just one page.

On March 3, 2016 at 2:46 PM  Will Seippel  replied Yes to  filing a  **temporary**  removal

request with Google for the URL - see screen shot of Doc. 526-2 page 6 inserted  above.



In Discovery and in Plaintiff MSJ,   I produced direct from  Google's website at

www.support.google.com, Google print outs which inform  and instruct the general public  how

to remove webpages and content from Google (see Doc. 518-4 filed on June 29, 2023 pages  2

thru 8).  In  Doc. 518-4  on page 7  Google instructions to permanently remove a URL from

Search are listed.  On this page it states-  All temporary removal request with  Google, made by

(Jason Packer on March 3, 2016),  last for  six months.  See insert below ( page 7 in Doc. 518-4).

Mr. Packer  failed to permanently remove  all webpages linked to the false 1972 oil painting post

I saw on Oct. 26, 2016  the reposted under annamarie trombetta artist in Doc. 518-4 on page 9



 **FED. RULE  CIV.  PRO. 60 (1),  : *mistake, inadvertence, surprise, or   excusable  neglect***

On pages 4 and page 7 of Judge Swains's Memorandum Opinion  and Order in Doc.

538  states   WorthPoint's false claim that the 1972 oil painting post was removed on

" *February 4, 2016* ".   As aforementioned and with numerous docketed evidence,  WorthPoint

lied to the Plaintiff in Nov. 2015 denying and misdirecting me to contact eBay to remove the

1972 post. This false statement in writing is in the Court's records  The removal of the false post

problem  starts with the inability of  both Defendants to willfully ignore me, thus it gives them

time to continue to use my name to inform my audience through a false connection.

 1- WorthPoint,  failed to respond to my Jan. 22, 2016 phone call  to Anita Brooks.  Upon her

direction I emailed WorthPoint twice and signed up for Membership to view the 1972 price.

2- The false removal date given by WorthPoint as Feb. 4, 2016 is contradicted by the documented proof in the in Doc. **518-3** page 25 Plaintiff's Evidence 000370 See Marilyn Monroe 1988 Ochs—linked to Red Umbrella which recorded online **-Last Visit 2/17/16** Doc, **518 -5** filed on June 29, 2023, **page 2 and 3.** My February 29, 2016 email to Will Seippel shows the Titanic Lithograph webpage linked to the 1972 Man /Red oil painting post. Documented in many filings is the Google statement **"You visited this page on 2/16/16."** SEE Plaintiff's Evidence 000643 EX# 2A Plaintiff Evid 000371 and #2B in Doc.439 filed 4/19 2023

3- After I viewed the online webpage on Feb. 20, 2016, I emailed Will Seippel. Mr. Seippel confirmed in writing in his Feb. 20th response to me, WorthPoint" *will remove the item from the site"*.Please review Doc, 517- 7 filed on June 29, 2023, pages 23-24-25-26-27

4- The 16 times I contacted WorthPoint in 2016 caused me to lose time due to WorthPoint's and gamesmanship in 2016 which was consistent. As noted above, and in my filed evidence from Google's online support website all Google temporary removal request last for six months (see Doc. 518-4 pages 2 to 8) in the fall of 2016, Plaintiff saw WorthPoint's fake 1972 oil painting link reposted under my name.

**FED. RULE CIV. PRO. 60 (1), defined as : *mistake, inadvertence, surprise, or excusable neglect,***

**FED. RULE CIV. PRO. 60 (6) defined as : " *any other reason that justifies relief.***

**FED. RULE CIV. PRO. 60 (2) The initial decision was manifestly un just**

Plaintiff noted before that Judge Swain was appointed to this case on June 15, 2023. Judge Swain Memorandum Order on page 4, page 11, and 19 incorrectly stated Plaintiff's most recent date of my Google search with WorthPoint's repost, still visible,

was in March 2017. Below Plaintiff listed all filed documents with dated Google listings to include Worth Point's webpages dated 2015 and 2016. Six months later, in the end of Oct. 2016 till May 2017 WorthPoint's posting was online. In Doc. 504-1 filed on 6/14/2024 on Pages 27 to 29. and entered my personal website bio with my CMI and also my DMCA logo as well to the Court records.

The purpose of this section of my Rule 59 (e) and Rule 60 Motion is to bring to the Court's attention to many Google print outswith WorthPoint's posts. I also bring to Your Honor's attention, dated emails sent from WorthPoint to Plaintiff email address at trombettaart@yahoo.com despite unsubscribing from WorthPoint site. There are four recently entered files containing WorthPoint listings under my name See- 504-**1,** 504-**2** filed on June 14, 2023, and in Doc. 518-**3** and Doc 518-**4** filed on June 29, 2023. I ask your Honor to review these dates in accordance to F.R.C.P 59 (e) and F.R.C.P 60 (1) 60 (2) 60 (6) The dated Google computer print outs were directly printed from WorthPoint's website. The dates on WorthPoint's sent email are Doc. 518-3 Pages 1 to 37 filed June 29, 2023.

| DOCKET # | FILE DATE | PAGE OF EVIDENCE | DATE OF EVID. |
|---|---|---|---|
| **Doc. 504-1** | 6/14/2024 | Page 24 of 29 | Dec.19, 2015 |
| **Doc. 504-1** | 6/14/2024 | Page 25 of 29 | Jan.15, 2016 |
| **Doc. 504-1** | 6/14/2024 | Page 26 of 29 | Feb. 5, 2016 |

**GOOGLE LISTINGS WITH WORTHPOINT POSTS UNDER PLAINTIFF'S NAME**

| | | | |
|---|---|---|---|
| **Doc. 518-3** | 6/29/2024 | Page 04 of 37 | Feb. 17, 2016 |
| **Doc. 504-2** | 6/14/2024 | Page 14 of 30 | Oct. 26, 2016 |
| **Doc. 518-4** | 6/29/2024 | Page 09 of 33 | dup Oct 26, 2016 |
| **Doc. 504-2** | 6/14/2024 | Page 17 of 30 | March 15,2017 |
| **Doc. 504-2** | 6/14/2024 | Page 18 of 30 | March 28, 2017 |
| **Doc. 518-3** | 6/29/2024 | Page 06 of 37 | dup March 28, 2017 |
| **Doc. 504-2** | 6/14/2024 | Page 20 of 30 | April 27, 2017 |
| **Doc. 518-3** | 6/29/2024 | Page 08 of 37 | dup April 27, 2017 |
| **Doc. 504-2** | 6/14/2024 | Page 21 of 30 | May 4, 2017 |
| **Doc. 518-3** | 6/29/2024 | Page 10 of 37 | dup May 4, 2017 |
| **Doc. 504-2** | 6/14/2024 | Page 22 of 30 | May 9, 2017 |
| **Doc. 518-3** | 6/29/2024 | Page 12 of 37 | dup May 9, 2017 |

**WORTHPOINT EMAILS SENT TO PLAINTIFF @ trombettaaart@yahoo.com**

| | | | |
|---|---|---|---|
| **Doc. 504-2** | 6/14/2024 | Page 15 of 30 | Email Date Nov.23, 2016 |
| **Doc. 504-2** | 6/14/2024 | Page 16 of 30 | Email Date Jan 31, 2017 |
| **Doc. 518-3** | 6/29/2024 | Page 2 of 37 | dup. Email Date Jan 31, 2017 |
| **Doc. 504-2** | 6/14/2024 | Page 19 of 30 | Email Date April 24, 2017 |
| **Doc. 518-3** | 6/29/2024 | Page 07 of 37 | dup Email Date April 24, 2017 |

**GOOGLE LISTINGS WORTHPOINT POSTS UNDER MY NAME & ARTIST**

| | | | |
|---|---|---|---|
| **Doc. 518-3** | 6/29/2024 | Page 04 of 37 | March 15, 2010 |
| **Doc. 518-4** | 6/29/2024 | Page 18 of 33 | May 9, 2017 |

**UNSUBCRIBE FORM TO WORTHPOINT AFTER 4 SUBMISSIONS**

| | | | |
|---|---|---|---|
| **Doc. 518-3** | 6/29/2024 | Page 3 of 37 | Unsubscribe Date 03/15/17 |

**WorthPoint Webpage Print Out**

| | | | |
|---|---|---|---|
| **Doc. 518-3** | 6/29/2024 | First Page - Page  13 of 37 | May 7, 2010 |
| **Doc. 518-3** | 6/29/2024 | Second Page - Page  14 of 37 | May 7, 2010 |

The numerous dated print outs and the dated emails from WorthPoint in April and May 2017  meet the  accrual  rule as written in Judge Abrams Doc. 187 on page 14,  to be timely.  Copyright infringement  by WorthPoint must have accrued after  Feb.21.2017.

> Trombetta filed her complaint against Worthpoint on February 21, 2020.  Compl. at 26. Therefore, to be timely, any complained of copyright infringement must have accrued after February 21, 2017.  Trombetta alleges that she first discovered the 2015 post on worthpoint.com some time in 2015.  Compl. at 2–3.  Her claim as it relates to this post is thus untimely.

According to Your Honor in  Doc. 538,   You  said I had one Google listing dated  March 2017,  Plaintiff has many  2017 Google pages with WorthPoint listings in March in  April and in May from   2017.   Your Honor did not acknowledge the many dated Google listing I filed with the Court. Plaintiff asks the Court to review  all filings listed on the above page along with WorthPoint' ssent email dates which  coincide  time wise with the reposted  WorthPoint Google listings. See Doc. 504-1-504-2 -518-3  518-4.

**FED. RULE  CIV.  PRO. 60 (2)  The  initial   decision was manifestly un just**

**PHONE CALL RECORDING AND  PHONE CALL TRANSCRIPTS**

On  Page 4 of the Feb. 20, 2024 Memorandum Opinion and Order, Your Honor dismissed all  four  of my recorded phone calls 1-the eBay in 2015, 2-my call to WorthPoint's Anita Brooks 3- Greg  Watkins in 2016 and  4-a  call from Norb Novocin  in 2017.  This evidence  plays a role in  filing  this  lawsuit.  Your Honor  stated these phone calls are ultimately  and  immaterial. All

audio recordings were produced to both Defendants immediately at the beginning of Discovery. In dealing with former Judges, Judge Ronnie Abrams, on Feb. 20, 2019, did permit me to email her the 2017 phone call with Mr. Novocin. Throughout litigation, I requested to submit to the Court my phone calls. My letters are in the Court record, in Doc. 37, on Feb. 21, 2020 in Doc 114 on Oct. 14, 2020. Judge Cave assured me I would be able to use the recordings at the appropriated time of litigation. The audios are bate stamped by the Defendants. Upon Judge Cave suggestion, I convert the calls into written transcript . I feel my phone calls are impervious to disputes as they accurately recorded what was stated in the moment. Denying the Plaintiff the right to use this key evidence after being acknowledged by two prior Judges, has initiated a decision that manifested a highly un just outcome for me Despite being Pro Se I should be entitled by right to support my claims. The call by Norb Novocin is in Doc 527-1 Pages 24 to 28. Mr Gregory . Watkins in Doc. 517-9 file on June 29, 2023, Anita Brooks in Doc.504-3 and the eBay call in Doc. 517-7 pages 2 thru 22.

### BACKROUND BEFORE FILING 2018: CV- 0993 LAWSUIT

Plaintiff begins by defining to the Court, the root cause of this lawsuit, and the alleged sale of a large four foot by eighteen inch, damaged oil painting, allegedly created in 1972 and according to Estate Auction Inc. in an eBay description ad, on WorthPoint's website, is allegedly signed Annamarie Trombetta, My name on a painting and the attribution increases its value from $181.50 to thousand of dollars. Attached is my an old price list from 2015 in **EXHIBIT #5** The 1972 written ad spelled my first name correctly. The photo signature on WorthPoint's website had an initial, not the name " Annamarie" with false CMI clearly added by WorthPoint Corp. The year of my birth and the 1972 date caused me to be embarrassment due to my designated age the ad inferred and the large scale sized painting. Additionally eBay is

infamously known for selling used or damaged goods. EAI's ad claimed the large painting was damaged and "Shabby Chic" EAI also wrote that all sales start at 99 cents. It is suspiciously strange claims that cause professional art dealers and avid collectors of art at "bay" due to "eBay ' association and low quality legacy.

Prior to filing a lawsuit, I contacted both Defendants. On Jan. 4, 2017 I emailed WorthPoint to inform them the false 1972 listing from WorthPoint's website was reposted under my name. My only objective was to permanently remove "all" false WorthPoint internet listings appearing under my name. WorthPoint never responded to my Jan. 4, 2017 email. On Jan. 10, 2017, I contacted Estate Auctions Inc. by phone and spoke with Marie Novocin to find out if they reposted the false 1972 internet link. I also wanted to inform EAI I am not the artist who painted the 1972 oil painting nor was the signature in the photo by my hand. Shortly after my phone call with Marie Novocin, I received a call from Norb Novocin. Mr. Novocin made two relevant statements during the phone call that eventually caused this lawsuit. An excerpt from our Jan. 10, 2017 phone is inserted below. Mr. Novocin admitted he did not state the painting was by me—-EAI "just" stated it was signed Annamarie Trombetta. Discovery revealed Mr. Novocin red signature misspelled my name He testified that the photo featured signature in the ad was "garbled " hard to read and relied on back red signature see Doc.518-2 page 7

Speaker 1 Novocin

If it doesn't have provenance..... there's lots of paintings out there without a provenance and so what we stated this ... We didn't even state it was by you. We just stated it was signed Annamarie Trombetta.

Anyone can see the front signature in the photo does not have my first name, Annamarie in it. On the 2017 call, despite informing Mr. Novocin he used my website biography in his ad,

which he did not deny,   I informed him " *I did not do that painting*". Mr. Novocin did not

apologized, or admit  he made a mistake, nor did he  or his wife offer assistance to remove the

false 1972 internet repost. Our call ended with Mr. Novocin quote below to acquire an attorney.

> **Speaker 1 Novocin**
>
> who purchased the painting.... cause she asked me not to......
>
> But if you want to acquire an attorney and go for stuff... stuff then  Go For it.  But
> we have not done anything illegal  or wrong.

    On Feb. 19, 2019 , in Doc. 11,  Judge Ronnie Abrams held a Conference in Courtroom

1506.  Upon permission  granted by Judge Abrams, on Feb. 20, 2019, I emailed my Jan. 10, 2017

audio phone call with Norb  Novocin  to Judge Abrams.  All  audio  calls were produced to both

Defendants early April 2022.  All audio calls were converted into written transcripts  and

emailed to Defendants  by  March 1, 2023, the end discovery. All phone transcripts  were  filed

many times in Plaintiff Summary Judgment  Exhibits,   April  2023  to August 2023. The Norb

Novocin  phone call transcript  last filed on  August 1, 2023  in Doc. 527-1 pages  24 to 28.

    Despite a Settlement Conference with Judge Abrams on April 25, 2019 in Doc. 22, EAI

failed to offer a settlement greater than  first three numeric digits.  Litigation began and two

years later, the  first Discovery deadline set as  April 8, 2022.  After a Conference Call on April

26, 2022 with  Judge Cave (Doc. 222) , on April 27, 2022  EAI  produced its first requested

proof  of sales receipt for the  2012 eBay sale. EAI's documents  filed  as EAI0058, EAI0059

are incomplete and   cut off on one side. The  2012 eBay oil painting sale  deletes  information

see Doc. 527-1 page to  3 filed Aug. 1, 2023.  In Discovery I had to   petition Judge Cave to

for EAI's  Discovery   requests, to obtain  a full copy of EAI00058-59 noted in Doc. 234 on June

13, 2022,   Doc. 264 on Aug. 18, 2022 and Doc.278 on  Sept. 16, 2022.   On Sept. 22, 2022 Doc.

282 , EAI Attorney Anderson  Duff  filed a letter  stating he completed all Discovery yet   failed

to produce a complete, uncut,  2012 eBay sales receipt  to the Plaintiff  from April 27, 2022.   On

Oct.28, 2022, I requested a Meet & Confer with all attorneys (see Doc. 527-2  page 2 of 34 filed

on August 1, 2023).  During the meeting I asked Mr. Duff to  produce a complete version of the

eBay sale receipt. That day, WorthPoint requested  I  produce a PDF electronic email  of my first

 email to Will Seippel. dated Feb. 20, 2016,  (See Meta Data electronic email in Doc 517-9

pages 16 thru 20 of 28).    On Nov, 16, 2022  (see Doc. 527-1 page 5) I had to email  Anderson

Duff   to request  a complete  version of  EAI0058, EAI0059 see Doc. 527-1 page 2 and

page 3. On Nov. 16th Mr.  Duff emailed me  EAI000060 ( see Doc. 527-1 page 4 and page 44.)

There are obvious  differences  in the text and visual icons between the two EAI receipts. The

EAI00058 does NOT have an eBay colored logo and  the EAI000060 has it.  The  EAI00058

receipt has a yellow bar under Congratulations, your item  sold. It also has two  1972 oil painting

written  statements. The   EAI00060 is missing   the two 1972  text and a large bright yellow bar.

On Nov. 22, 2022, Plaintiff filed Doc. 317 to include 13 emails to and from Anderson Duff

and WorthPoint's attorneys. Most importantly, I also filed  an electronic —meta data email  to

illustrate what it looks like.  Due to the two different eBay sales receipts produced at different

times  I was prompted  to  request during the  Nov 23, 2022 Conference call, the meta data

digital electronic email for the EAI 2012 eBay receipt. Defendants emailed me ambiguous code

on Nov. 23, 2022 and failed to comply with Judge Cave granted request.  I asked  Mr. O'Leary's

with his knowledge and experience  to assist in decoding the "code". The cryptic code was

another variation  that had different visual placement than the first two  eBay receipts.

This is not what I requested and not what Judge Cave granted.  In Doc.319  on Nov. 23, 2023

Judge Cave in her written Order requested  EAI  Defendants to produce the native  electronic

> 1. Defendants Norb Novocin, Marie Novocin, and Estate Auctions Inc. (together, the
>    "EAI Defendants") shall produce to <u>pro se</u> Plaintiff Annamarie Trombetta ("Ms.
>    Trombetta"), the following:
>
>    a. the eBay receipt of the 2012 sale of the 1972 original oil painting, in the
>       native electronic format; and

format  eBay email.   Attached as **EXHIBIT #5** noted  on page 15 is the native electronic format

email of my July 16, 2015 eBay email to change my password.  This exhibit give the Court

a chance to view an eBay email  and what that email look like in a  native electronic format .

 Despite requesting Mr. Duff  to produce the electronic email  email,  WorthPoint emailed the

Plaintiff  ambiguous coding  devoid of any elements in an  email.   Defendant's  ambiguous

coding  is filed in 526- 1  pages 7 to 9 on August 1, 2023.  This coding  needed to be deciphered

by my internet expert . Mr. O'Leary's Affidavit  filed on on Dec. 5, 2022. explains what each

email coding represents  and confirms that EAI did not produce the electronic emal.  As a

result of filing Mr. O'Leary's Affidavit,  Judge Cave,  on Dec. 6, 2022, filed Doc. 323 to see if

WorthPoint had  the electronic email.  Please note I did not request coding. I requested the eBay

email exported as a digital PDF.  Mr. Novocin claimed in his Deposition   he had the eBay

email.  Exporting an email  take less than one minute.  Go up to the upper right hand  find the

drop down  menu  and click on either raw or original message and export any email.

> The Court is in receipt of <u>pro se</u> Plaintiff Annamarie Trombetta's ("Ms. Trombetta") letter
> dated December 5, 2022, (ECF No. 322), and orders as follows:
>
> 1. By **Wednesday, December 7, 2022**, Defendant Worthpoint Corporation shall
>    advise the Court whether it has in its possession, custody, or control, the "coding
>    for EAI00058 and EAU00060[.]"  (ECF No. 322 at 3).

Estate Auction Inc abnormal production of the electronic eBay email is uncharacteristic of an electronic email. Please see EXHIBIT #5 to see what an electronic email looks like. When email is exported into a PDF file it prevents any data from being altered or cut off. Mr. O'Leary has been in the internet business since the early 1980's and he never saw a black background with white text as an exported email. Aside from this oddity, the text is cut off on the right side . EAI demonstrated the same pattern cut off documents as its eBay email in EAI00058 Information is obscured in EAI the receipt and alleged electronic email evidence To view the entire EAI receipt in black see Doc. 517-9 on pages 22 to 28, file on June 29, 2023. Inserted is a screen shot of EAI00073



```
Date: Tue, 10 Jan 2017 18:28:43 -0400
Subject: Fwd: Your eBay item sold! 1972 Original Oil Painting Man Wit
  Umbrella Signed Annamarie Trombetta yqz (330833102936)
From: eBay EAI <ebay@novocin.com>
To: Norb Novocin <norb@novocin.com>,
    marie novocin <mombaree@gmail.com>
Message-ID: <CALKoPL433C9xXwJ0WZpXwn-4UZVXa=hvafEWq3oDxQKfNrR2ug@mail
Thread-Topic: Your eBay item sold! 1972 Original Oil Painting Man Wit
  Umbrella Signed Annamarie Trombetta yqz (330833102936)
Thread-Index: AU1pMjQwkqX6qfiN3bMXxD06g9CD6GdEPVhD
Mime-version: 1.0
Content-type: multipart/alternative;
    boundary="B_3739174330_4019078869"
```

I ask Your Honor to look at the same Doc. 517-9 on pages 16 to 21, filed on June 29, 2023.

On Nov. 23, 2023, WorthPoint, for a second time wanted me to produce the email I sent to Will Seippel on Feb. 20, 2016. I compiled and obeyed Judge Cave's Court Order See Doc. 319 filed on Nov. 23,2023 No. 5 inserted below. I ask the Court to explain it s accepting EAI's incomplete, deficient and obviously abnormal production of documents is acceptable .

5.  Ms. Trombetta shall produce to Defendants, the following:

a.  the February 20, 2016 email and attachments in native electronic format;

I    bring to Your Honor's attention on page 25 of 35 in Doc. 538, Your Honor wrote

EAI 56.1 "*Third, EAI has been cooperative in providing the appropriate receipts and evidence.*

EAI's  evidence contradicts Your Honor's assessment  in the  delayed, cut off and multiple,

varied    production  for one simple email,  or one one electronic exported email. Plaintiff finds

the word "cooperative"   as an inadvertence  or  a misrepresentation of it's definition.  To

date EAI produced four different receipts for one alleged email sale  2012. EAI failed to satisfy

basic questions such as where are the signatures located and who is the person who did the

painting" and why  couldn't two eBay reps confirm the 2012 sale when   reading  1972 poste on

the internet during my 2015 phone call ?  I kindly ask Your Honor to review the receipts and

evidence to confirm if it is appropriate.

Conversely,  on  the same page 25, in Doc. 538   Your Honor  incorrectly wrote

that " *I refused to provide discovery evidence  regarding my income from art   sales."*   In

the Nov. 23, 2022  Conference Call,   Judge Cave and I  discussed   my statutory and actual

damages..   Attached as **EXHIBIT # 6**  are  transcript pages 51 to 55 from  the Nov. 23, 2023

Conference  call.  In addition, on Nov. 23, 2023 in Doc 319 ,  Judge Cave   DENIED

WorthPoint's request for my tax,  medical and sales records.   Plaintiff's  art sales receipts, before

the 1972 internet post have been   filed, in Doc.517-4 , Exhibits 20 to 23.

Case 1:18-cv-00993-RA-SLC   Document 319   Filed 11/23/22   Page 2 of 2

4.  As a result of Ms. Trombetta's representations at the Conference concerning the

damages she is seeking in this action, Worthpoint's requests for Ms. Trombetta's

tax and medical records, and sales records from 2018 through 2021, are DENIED

WITHOUT PREJUDICE.

To continue, on page 25  Your Honor  that *" I have not offered admissible evidence demonstrat ing I lost opportunities to sell or showcase my artwork due to the listing "*  I also bring to Your Honor's attention that my  colleague, Scott Goodwillie, who was deposed by WorthPoint's attorneys has not been mentioned in Doc. 538 .  Mr. Goodwillie 's letter **EXHIBIT #13** was filed many times.  The recent filing is in  Doc. 517-4 on page 9  which explains  and gives the names of the  galleries where Mr. Goodwillie  presented  my  artwork, after he attended my solo exhibit 2015 at the Union League Club.  Mr. Goodwillie's letter E and   testimony demonstrates  interest from gallery owner   to represent, showcase and sell my work as written  on  page  25.  I  did not read any notation  on  Mr. Goodwillie's letter  or deposition  that is filed in  Doc. 425 Exhibit#16.

   On page 29, Your Honor stated *"given the peculiar characteristics of Trombetta's claim*. You wrote " *EAI's use of the biography "might have no ill effect" on the value of the copyrighted work and could have in fact served the same goals as Trombetta's publication of the biography"* Mr. Goodwillie 's testimony set forth actual events and prove the "shabby chic" online 1972 fake post caused gallery owners to cancel any personal meetings that Mr. Goodwillie had arranged with art dealers who were interested in meeting the Plaintiff and in representing my work wrote.  I remind the Court the EAI 1972 ad starts out by  touting all the EAI sales start at 99 cents.  Secondly, Mr. Goodwillie testified that selling art on eBay is for amateurs, not for artists who have had solo museum exhibitions. See Doc. 425 Exhibit#16.Transcript Goodwillie. Nearly nine years ago , I declared I am not the  9 year old who painted the 1972 painting.  What is peculiar is the denial by both Defendants before and most assuredly after I produced my childhood signatures.  Defendants willful denial  of my  damages  is akin  to some  extent of  the Court denial when  the Court overlooked  controlling decisions and or factual matters that had been previously put before it . For example my personal emails that document who, how and

when my biography was listed on askART.  My biography addition in 2015 the same time I

signed onto eBay for the first and last time in the summer of 2015.   The Court did not note that I

filed my 2015 art  sales  receipts  with the Court which  it is on record.   The Court did not

mention Scott Goodwillie's testimony (see Doc. 425 Exhibit#16) or the testimony of my fact

witness Willie Chu  (see Doc. 425 Exhibit#3) . Mr. Che directly contacted Google in 2017.

Plaintiff also contacted Google  in 2015 -2016   to find out if  Google could to remove the false

1972 oil painting post from the internet  In 2017 I  contacted Google repost in  lated 2016 into

2017 to find out how the source of the repost and how to remove it.   The insert below  is

from one of the eight  Google documents filed in Doc. 518-4 printed out from Google support

website. Insert below states " *Google crawlers will see this as we recrawl your URLs and those*

*pages will naturally drop out of our search results. There is no need to request  urgent up dates"*

URLs in the index, Google's crawlers will see this as we recrawl your URLs, and those pages will naturally drop out of our search results. There's no need to request an urgent update.

The insert below concerns Google crawl errors and instructs   *" You don't need to manually*

*remove URLs from this report; they will drop out naturally over time".*

- To address crawl errors from your Search Console account. The blocking tool blocks URLs from Google's search results, not from your Search Console account. You don't need to manually remove URLs from this report; they will drop out naturally over time.

Case 1:18-cv-00993-LTS-SLC   Document 518-4   Filed 06/29/23   Page 7 of 33

SafeSearch reports Tool - Search Console Help

EX #18

- To permanently remove a URL from Search. Use the Removals tool as part of this process to remove a URL permanently. This tool is just one step in the process.
- To remove content from the internet. This tool removes content only from Google Search.
- To remove results from other search engines. This tool removes content only from Google Search.
- To clean up cruft, like old pages that 404. If you recently changed your site and now have some outdated URLs in the index, Google's crawlers will see this as we recrawl your URLs, and those pages will naturally drop out of our search results. There's no need to request an urgent update.
- To address crawl errors from your Search Console account. The blocking tool blocks URLs from Google's search results, not from your Search Console account. You don't need to manually remove URLs from this report; they will drop out naturally over time.

**Fed.Rule Civ. Pro.60 (3), defined as :** *fraud (whether previously called intrinsic or extrinsic ), misrepresentation, or misconduct by an opposing party ( both Defendants)*

On several pages of Doc. 538 page 6, 7, 8, 9 etc. Your Honor's comments on the report of Ms. Stricchiolia and the Declaration of Jason Packer. WorthPoint's two sources was hired to access the claims, in a written document, in an accusatory and defamatory manner, bluntly state that the dates on all of Plaintiff's Google print out were "somehow manipulated'. This Motion lists my dated Google listings. Ms. Stricchiolia comment on WorthPoint's sent emails to Plaintiff at the same time of the repost. In addition, I state again that Ms. Stricchiolia changed and or misrepresented in her expert report the fact that Mr. O'Leary wrote an Affidavit—and it was not a Declaration. The date of his Affidavit was filed with the Court on Dec. 5, 2022 and not Dec. 25, 2022 which is Christmas day and all Courts are closed. Last, in reading Ms. Stricchiolia's report and that of Mr. Packer's Declaration, both parties have blamed and deflected WorthPoint's 1972 webpage repost to Google. The fact is as my expert witness Patrick O'Leary 's testimony confirmed, a webpage cannot appear on Google if the webpage is not on a website, in this case WorthPoint's website. Plaintiff spoke with Google directly, by phone at (877) 355-5787 and the DMCA .com at 778-747-0442, Google informed me they do not have the right to remove webpages from any private website's such as WorthPoint. As aforementioned and documented in my evidence I contacted WorthPoint 16 times, in 2016, not including 2015. In 2017, I emailed WorthPoint who never responded and quite frankly, after my 2015 and 2016 experiences, I did not have time to repeatedly contact WorthPoint to remove the 1972 repost. For the above reasons, I spoke to Google and did not wish to depose Ms. Stricchiolia who falsely asserted that I manipulated the dates on the Google listings. Last I note to the Court, in 2017 I put a credit freeze on my personal credit cards due to the repost Doc. 518-5 filed June 29, 2023 pages 33- 34.

**Fed.Rule Civ. Pro.60 (3), defined as :** *fraud (whether previously called intrinsic or extrinsic ), misrepresentation, or misconduct by an opposing party ( both Defendants)*

On page 9 of Doc. 538, Your Honor wrote that **annamarie@trombettaart.com** was truly Plaintiff's preferred email address and wrote the factual dispute is ancillary. Plaintiff in the Court filings and in my Motion in Limine referenced on page 7 of Doc. 538, submitted evidence. I affirmed my email to contact WorthPoint was trombettaart@yahoo. com. I filed print outs from my artist website email at **annamarie@trombettaart.com** to show WorthPoint sent emails to that address in my SPAM folder. Also I note, a recent March 25, 2022 email WorthPoint sent to that address. See Doc. 518-32-33. I add, on August 30, 2022, I testified to the fact that I never gave WorthPoint my website email address see page 178 of my deposition filed in Doc. 518-1 page 4. Despite affirming many times I only used trombettaart@yahoo.com to contact WorthPoint, Your Honor wrote on page 9 that annamarie @trombettaart.com —was truly Plaintiff's preferred email address. and accepted and referenced Jason Packer's Declaration and denied my experts testimony. As a Pro Se Litigant and a victim of personal identity theft, fraud, public distribution of false CMI to a company, etc I am now a disenfranchised litigant. Your Honor ignore the truth, about the email used to contact WorthPoint despite my evidence and affirmations and at the same time accepted WorthPoint's Declaration which is founded upon false information, Packer based his charts and evidence on an incorrect email never used to look up the price of the 1972 oil painting that is filed in Court records. Your Honor's willful preference to accept false evidence base on an unused email supports my Motion and Fed.Rule Civ. Pro.60 (3).

Packer identified as one of two users who looked up the price of the Painting on WorthPoint's website — annamarie@trombettaart.com — was truly Plaintiff's preferred email address. (See Packer Decl. ¶ 19; Pl. Stricchiola Opp. at 11.) This factual dispute is ancillary to any material disputes in this action and, in any event, was not relevant to any of Stricchiola's conclusions.

On page 21 of Doc. 538, concerning Actual Damages, Your Honor stated that I did not proffer Professor Goldstein as a fact witness or submit a sworn declaration. In late March 2022 I reach out to Professor Goldstein by email and phone to obtain testimony etc. She did not respond. I contacted a mediation center where we first met and found out she passed away. Attached as **EXHIBIT #7 A-B** is my dated email on April 5, 2022 from the meditation center. Plaintiff does not know the cause of death or if it was due the pandemic etc. The second exhibit is my in Jan. 2015 response email to Susan with the price of my painting for her aunt. I informed all attorneys Professor Goldstein had passed away at least twice.

On page 32 and 33 of Doc. 538 the subject is the DMCA . Your Honor wrote " *Trombetta must establish that EAI provided false CMI knew the CMI was false and provided or distributed the false CMI ….* " Plaintiff addressed the fact that my biography was not listed on askART in 2012. Below is a quote from Mr. Novocin's deposition who testified that he did not edit my biography. Norb Novocin testified that he copied the entire biography Deposition page 59 filed on August 1, 2023 in Doc. 527-2 on page 23 of 34.

```
7        Q.    Do you recall whether or not
8   you copied the entirety of the biography on
9   askART to include any listing or something
0   else?
1        A.    It happened entirely there.
2        Q.    Did you edit the biography in
3   any way, shape or form?
4        A.    No.
```

WorthPoint's attorneys also filed evidence in WP0000038 to WP000040 which is my entire website biography WorthPoint's attorneys claim my biography was not edited. Therefore,

if both Defendants claim they did not edit my bio and my bio was not on askART until 2015 Mr.

Novocin in 2012, took my full bio from my website that has my personal CMI. 1202(b) removal.

WorthPoiint admited that they automatically adhere there copyright and licensing claim to all

photos they download from their licensing agent 1202 (b). Judge Swain in Doc. 538 dismissed

WorthPoint because of the March 2017 google listing, without reviewing my filed reposted

Google listings beginning in Oct. 2016 until May 2017. Plaintiff does not have a copyright or

licensing agreement with anyone at any time. At the top of page 28 of Doc. 538, Your Honor

made a reference on line one " *(3) the amount and substantiality of the portion used in relation to*

*the copyrighted work ....* " In all my pleadings based on what I saw online, I stated my

biography was truncated based on the amount seen online and the appearance of 3 dots….

All these obvious disputes, infringements, fraudulent evidence and the failure of the two

Defendants to identify the unknown signatures or any evidence of the known artist who

painted the 1972 oil painting contributes to the Court not justly accessing Plaintiff's claims.

**FED. RULE CIV. PRO. 60 (1), :** *mistake, inadvertence, surprise, or excusable neglect*

**RESPSONSE TO DOC 537**

On Page 2 of 35 in Doc. 538 the testimony of Patrick O'Leary is denied. Mr. O'Leary

produced an Affidavit that Plaintiff filed on Dec. 5, 2022 in Doc. 322 due to the willful intent

of both Defendants who disobey a direct order from Judge Cave on Nov. 23, 2022. WorthPoint

emailed me coding title Source Information. EAI failed to produce the eBay receipt in the

native electronic format. With all this confusion and stress, Plaintiff contracted Covid. I emailed

Judge Cave the night before my Proposed Amended Complaint was due to inform her that I

could not stand or sit upright. In all my years, this rarely happened to me.

On Monday, Dec. 12, 2022, due to the extreme urgency of my health, Plaintiff, in addition to directly emailing Judge Cave, also phoned Judge Cave's chambers to make sure the news of my sudden illness and complete incapacitation reached Judge Cave. I also wanted to know if the Judge would be granting an extension.to file my Proposed Amended Complaint due by day's end. Judge Cave's receptionist/law clerk informed me that the Judge would issue a written response. I extended and explained to the Judge's assistant, I was not feeling well for days. Despite taking medication, I was suddenly overwhelmed and extremely ill, to the point I could not stand, fearing I might black out. I extended my apologies to Judge Cave.

Late afternoon, Monday, Dec. 12, 2022, I received an email from an online public Court listing Docketbird, sent to Plaintiff's gmail account with an abridged version of Judge Cave's Order. Attached as **EXHIBIT #8** is a true and correct copy of Docketbird 's two Dec. 12, 2022 email 332 and 333, I received . Docketbird did not include or state or infer Judge Cave's No. 5's statement " No further extension absent extraordinary circumstances . To summarize, I immediately went back to bed to recover to meet the new deadline on the 15th and the 19th of Dec. I did not receive the full Order my mail until after I filed my Dec. 16, 2022 request for an extension for my expert witness reports. Aside from my health crises and two deadlines to meet, my experts were not available. These four immediate occurrence contributed to my misrepresentation to the Court on the seriousness of my illness .Plaintiff's requests for a well needed extraordinary circumstance extension is considered as excusable neglect due to my illness and the overwhelming simultaneous production of multiple demands by the Court . The Defendants willful delays and distractions to sabotage my time undermined my schedule.

Due to the length of this Motion my reference to Doc. 357 pertains to the fact that all expert resumes were sent to all Defendants on Sept. 12, 2022 and Sept. 15, 2022. Attached as

**EXHIBIT #10**is a  true and correct copy of Plaintiff's sent email dated Sept.  12, 2022 at 1:10

PM  to WorthPoint's attorneys verifying my  TWO Expert Witnesses , Gayle Skluzacek and

Patrick Michael O'Leary   and attached full resumes  On Sept.15, 2022 at 3:55 PM  I  mailed

Expert Witness  Dr. Joseph V. Scelsa the 20 page  resume'. Attached as  **EXHIBIT #11** is a  true

and correct copy a sent email on Sept. 15,  2022.   Your Honor wrote in Doc. 537 " *By October*

*2022 Plaintff had only produce one resume for this witnesses and fails to respond to*

*Defendants inquires as to the status of her expert witness"*.  WorthPoint is lying and at the same

time  failed to send and serve subpoenas to my fact witnesses at the appropriate addresses.

WorthPoint's procedural mistakes were consistent throughout litigation to create stress  and

undermine my timed filings.  I confirmed when my fact witness were deposed  my sent

resumes of my expert witness  to all attorneys and confirmed the death of  Professor Susan

Goldstein during the depositions of my fact witness.   I noted WorthPoint's attorney John Cahill

truncated my sent emails  and deleted the icons  proving I   attached the expert 's resume files

 **EXHIBIT #10 and EXHIBIT #11.**  I conclude by bringing  my Jan.23, 2023 letter in Doc. 359

to the  Court's attention.  In this letter I requested an extension for my expert witness reports.  On

Jan.24, 2023   in Doc. 361  Judge Cave include  my Doc 359 filing  in her Order  and  extended

all discovery including expert discovery was due by March 1,  2022.  Upon this Order I

immediately contacted  my expert witnesses. In Sept. 2022 I sent  WorthPoint Mr. O'Leary's

deposition fees.  WorthPoint mailed Mr. O'Leary a check for a fact witness for   forty dollars.

Mr. O'Leary did not realize I did inform WorthPoint's attorneys of his hourly fees which created

more interruptions and immediate  problems to solve for the Plaintiff.

Plaintiff reminds  the Court,  I had three fact witnesses and three expert witnesses

that gave testimony in writing or were deposed by WorthPoint attorneys. The Court denied.

dismissed or ignored all six of Plaintiff's witnesses.  I had four phone calls, bate stamped as an

audio or as a written transcript which the Court has now  dismissed.  To verify the loss of my sale

for $8500,  I submitted  my attorney 's  August 2017  settlement letter  before litigation . In

addition before the settlement conference in April 209 before Judge Abrams  Professor Goldstein

issued and produced a a notified letter explaining what happened  and in support of my loss. I

filed with the Court  Professor Goldstein 's Jan. 2015 email requesting the price of my oil

painting.  Attached is  supplemental evidence  of my email response to Ms. Goldstein's  Jan 2015

to verify the price  and  her aunt's interest in the painting with my **2015 price list. EXHIBIT#12**

The Court dismissed my  actual damage claimfor the lost sale of my painting was dismissed.

Despite  my proof  with my  two 2015 emails  as to who, when and how my biography  was

added to askART, Your Honor somehow  overlooked my  email evidence.

WorthPoint's attorneys failed to submit WorthPoint's unredacted  2009  AERS

sub licensing  agreement  upon Your Honor's Order on Dec. 13 2023 in Doc. 528.  Estate

Auctions Inc. failed to submit one native electronic email (see EXHIBIT #5  as an example).  On

Dec. 16, 2022 in Doc. 339, I requested  EAI to produce the native electronic email for the 2012

alleged eBay  sale which takes less that one minute to produce. On Dec. 19, 2022 in Doc. 340

Judge Cave made a notation of my request for the native electronic email for the 2012 eBay sale.

Your Honor incorrectly noted my Dec.19, 2022 Proposed Amended Complaint was not timely.

My  two Proposed Amended Complaints for  each of the two Defendants with Exhibits is on

record For the reasons statements, and evidence  above I ask the Court apply the legal standards.

**LEGAL STANDARD**

"The Federal Rules of Civil Procedure allow a litigant, subject to a judgment, to file either a motion to alter or amend under Rule 59(e) or a motion seeking relief from judgment under Rule 60(b)." Wendy's Int'l v. Nu-Cape Constr., 169 F.R.D. 680, 684 (M.D. Fla. 1996). "Whether brought under Rule 59(e) or Rule 60(b), district courts have substantial discretion in ruling on motions for reconsideration." Black v. Tomlinson, 235 F.R.D. 532, 533 (D.D.C. 2006)Piper v. U.S. Dep't of Justice, 312 F. Supp. 2d 17, 20 (D.D.C. 2004) ("The district court has considerable discretion in ruling on a Rule 59(e) motion."); Richardson v. Nat'l. R.R. Passenger Corp., 311 U.S. App. D.C. 26, 49 F.3d 760, 765 (D.C. Cir. 1995) (noting district court's "broad discretion" in ruling on a Rule 60(b)(6) motion). "A Rule 59(e) motion to alter or amend a judgment properly may be used to ask a district court to reconsider its judgment and correct errors of law." United States Labor Party v. Oremus, 619 F.2d 683, 687 (7th Cir. 1980) (citations omitted). "Rule 59(e) provides an efficient mechanism by which the trial court can correct otherwise erroneous judgment without implicating the appellate process." Nelson v. Equifax Info. Servs. LLC, 522 F. Supp. 2d 1222, 1237 (C.D. Cal. 2007) (citation omitted). Alternatively, "Rule 60(b)(1) allows a court to relieve a party from a final judgment, order or proceeding because of mistake, inadvertence, surprise, or excusable neglect." Livernois v. Med. Disposables, Inc., 837 F.2d 1018, 1020 n.5 (11th Cir. 1988) (quoting Fed. R. Civ. P. 60(b)). "Section (b)(6) allows a court to grant relief for any other reason justifying relief from the operation of the judgment." Id.In the context of Rule 59(e), "cases which generally or substantively alter existing law, such as by overruling it, or creating a significant shift in a court's analysis," are intervening changes in law warranting relief, whereas "cases which merely confirm, clarify or explain

existing case law do not provide a basis for relief." Dr. Seuss Enters., Ltd. P'ship v. ComicMix

Ltd. Liab. Co., 553 F. Supp. 3d 803, 810 (S.D. Cal. 2021) (emphasis added) quoting Teamsters

Loc. 617 Pension & Welfare Funds v. Apollo Grp., Inc., 282 F.R.D. 216, 224 (D. Ariz. 2012)).

## CONCLUSION

For the foregoing reasons, Plaintiff asks this Court to grant this Motion and:

(1) vacate the   final judgment (2) reconsider its analysis  of the evidence not reviewed and

(2) determine that the amount of  Relief  request  the application of the laws within the statures of

limitations

(3)  for general relief consistent with the foregoing.

 Pro Se Plaintiff                                                         Respectfully Submitted,

Annamarie Trombetta
175 East 96th Street (12 R)                                 ——— Electronic Signature———-
New York, New York 10128

                                                                         /s/ Annamarie Trombetta    March 19, 2024
                                                                         _____

                                                                                  Annamarie Trombetta

# EXHIBITS  RULE 59(e) RULE 60

**EXHIBIT #1  Failed  Submission - Redacted  2009 AERS Sub Licensing Agreement by WP**

**EXHIBIT #2  Plaintiff Biography Conversion by WorthPoint in WP000038 to WP000040**

**EXHIBIT #3  Plaintiff's Feb. 16, 2024 Exhibit file to my Feb. 16 2024 letter not docketed.**

**EXHIBIT #4   Nov, 17, 2012 Video Upload of Painting Central by Salem Krieger**

**EXHIBIT #5   Native Electronic Email of  Plaintiff's eBay Password change July 16, 2015**

**EXHIBIT #6  Transcript pages 51 to 55 from  Nov. 23, 2023  Statutory and Actual Damages**

**EXHIBIT #7 A  April 5, 2022 email  Professor Goldstein passing**
**EXHIBIT #7 B  Jan. 2015  Plaintiff's Response to Goldstein   Price of Painting**

**EXHIBIT # 8  Dec. 12, 2022  Docketbird email  Judge Cave's  Abridged Order**

**EXHIBIT # 9  Dec. 12, 2022  Docketbird email  Judge Cave's  Abridged Order**

**EXHIBIT #10 Plaintiff's sent email dated Sept.  12, 2022 at 1:10 TWO Expert Witnesses**
**             Gayle Skluzacek and Patrick Michael O'Leary**

**EXHIBIT #11 Plaintiff's sent email dated Sept.15, 2022 Expert Witness  Dr. Joseph  Scelsa**

**EXHIBIT #12 Plaintiff's 2015 Price List for  Solo Exhibitions**

**EXHIBIT #13  Scott Goodwillie 's letter   Gallery Representation Plaintiff's Artwork**

**EXHIBIT #14  AskART  Terms of Use**

# EXHIBIT  #1

## FAILURE OF WORTHPOINT TO PRODUCE

WORTHPOINT'S 2009

SUB LICENSING AGREEMENT

DOC.528  ON  DEC. 13, 2023

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

**1.4** **"Category Level Definitions"** shall have the meaning set forth in Exhibit A, which is attached hereto and incorporated herein by this reference.

**1.5.** **"Data"** means certain raw data files relating to closed eBay Listings that, as of the Effective Date, contain some or all of the data fields set forth in Exhibit A, which may be modified by eBay from time to time. Actual eBay Data licensed to SubLicensee under this Agreement is set forth in Section 1 of Exhibit A.

**1.6** **"eBay Button"** means the eBay logo attached as Exhibit B or any other graphic that contains an eBay logo provided by AERS on behalf of eBay to the Sublicensee and, thereafter by AERS from time to time.

**1.7.** **"eBay Seller(s)"** means parties who register as sellers on the eBay Site,

**1.8.** **"eBay Site"** shall have the meaning set forth in the Background section above.

**1.9.** **"eBay Statistics"** means computations and analyses developed by SubLicensee pursuant to this Agreement from the eBay Data through SubLicensee's methodology using a combination of best fit, average, regression, moving average and/or other calculations, as further described in Exhibit A.

**1.10.** **"Effective Date"** means January 1, 2009.

**1.11** **"GMV"** means gross merchandise volume (in sales).

**1.12.** **"Item"** means a single, unique product type and model listed on the eBay Site.

**1.13.** **"SubLicensee Customer(s)"** means any user, client, merchant, retailer, or manufacturer with whom SubLicensee has entered into a formal agreement to use SubLicensee's Services. "SubLicensee Customer(s)" shall include actual or prospective users, clients, merchants, retailers, or manufacturers for the purpose of distributing sample or teaser statistics designed to attract additional SubLicensee Customers.

**1.14** **"SubLicensee's Services"** shall have the meaning set forth in Background section above.

**1.15.** **"Listing(s)"** means Item(s) posted on the eBay Site by eBay Seller(s).

**1.16.** **"Losses"** shall have the meaning set forth in Section 10.1.

**1.17.** **"Privacy Policy"** shall mean the AERS then-current privacy policy available on the AERS Site (www.terapeak.com) and eBay's then-current privacy policy available on the eBay Site.

**1.18.** **"Public Display"** or **"Publicly Displaying"** means display of eBay Statistics in a manner that is accessible to the general public.

**1.19.** **"Specific User Information"** means personally identifiable information, or any information relating to Listings where individual eBay Users can be identified.

**1.20.** **"Term"** shall have the meaning set forth in Section 8.1.

**1.21.** **"Third-Level Category"** shall have the meaning set forth in Exhibit A.

**1.22.** **"Third Party Content"** shall have the meaning set forth in Exhibit A.

**1.23.** **"User(s)"** or **"eBay User(s)"** means any person who accesses any page on the eBay Site.



**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

**1.24.** "**User Agreement**" or "**eBay User Agreement**" means eBay's then-current user agreement available on the eBay Site including any policies incorporated therein.

**2.    SUBLICENSE.**
**2.1.    Data SubLicense Grant.**
Subject to the terms and conditions herein, including without limitation the permitted uses and specific prohibitions set forth in this Section 2, AERS hereby grants to SubLicensee during the term of this Agreement a nonexclusive, non-assignable, nontransferable sublicense to use, make intermediate copies of, and analyze, the eBay Data only as permitted in this Agreement.

**2.2    Data Service Provider.**
AERS and the SubLicensee agree that AERS shall act as the Data Service Provider on behalf of eBay for the provision of eBay Data to the SubLicensee in accordance with the terms and conditions of this Agreement and shall be responsible for the administration and operation (including the collection of any licensee fees on behalf of eBay from the SubLicensee and forwarding of fees to eBay) of the Agreement on behalf of eBay.

**2.3    eBay Statistics.**
For purposes of this Agreement, Sublicensee may use the eBay Data to create and display on the Sublicensee's Site, the eBay Statistics and other eBay Data set forth in Exhibit A in accordance with the terms of this Agreement.

**2.4    Permitted Uses of the eBay Data.**
SubLicensee shall use the eBay Data only as expressly permitted in Section 4 of Exhibit A ("Permitted Uses").



EXHIBIT #10

**Advanced Economic Research Inc.**
**Suite 2307 — 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

**2.7    Display of eBay Statistics.** Sublicensee shall display the eBay Statistics, and may use the eBay Data only as set forth in the Permitted Use section of Exhibit A.

**2.9    Use of eBay Trademarks**
Subject to the terms and conditions herein, including without limitation the provisions set forth in Exhibit B, AERS hereby grants to SubLicensee during the term of this Agreement a nonexclusive, non-assignable, nontransferable sublicense to use, the eBay logo solely in the manner provided by AERS (hereinafter "eBay Marks") during the Term solely on web pages of the SubLicensee's Site containing eBay Statistics, or as otherwise mutually agreed upon in writing and only following AERS or eBay's prior written approval of such use.

**2.10   Use of eBay Logo**
Subject to the terms and conditions herein, including without limitation the provisions set forth in Exhibit B, the SubLicensee shall display on all pages on the SubLicensee Site containing the eBay Statistics the eBay Logo

Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL
WP000011

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

EXHIB#10

Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                WP000012

**Advanced Economic Research Inc.**
**Suite 2307 — 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**



**7.     FEES.**
**7.1     Fees for Access to eBay Data.**
SubLicensee shall pay AERS the fees set forth in Exhibit A for the right to access the eBay Data and exercise the other rights licensed pursuant to this Agreement in accordance with the payment terms set therein.

Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                    WP000013





**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**



7
Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                      WP000014

EX #10

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**



8
Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                  WP000015



**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

9
Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL
WP000016

EX #10

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                    WP000017

**Advanced Economic Research Inc.**
**Suite 2307 — 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

*Ex#10*

The parties below have read and understand the terms and conditions set forth in this Agreement and by signing agree to be bound by those terms and conditions. This Agreement may be signed in counterparts.

**Advanced Economic Research**
**Systems Inc.:**

By: _____

Name: ████████████████

Title: President and CEO

**WorthPoint, Corporation ("Licensee"):**

By: _____

Name:  Will Seippel

Title: President and CEO

Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                WP000018

EX #70

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

**Exhibit A**

**1.    Pricing.**

**(a)    Annual Data License Fee.**
Sublicensee has elected to purchase a data license on the basis of the license type, use, package type, package add-ons, site #, and delivery schedule set out in Table A below. Access to the specific Metas selected, category level, and category ID# are outlined in Table B, which Metas as modified by AERS and or eBay from time to time.

| Table A - License Description | |
|---|---|
| License Type | Data License |
| Use | Public |
| Package Type #1 | Value Guide |
| Package Type #2 | Item Description |
| Site/ Site # | Site 0 / US |
| Delivery | Premium  (daily delivery, 2 day time lag, 100% of the data) |

| Category Name | Category# | Level | Cost/Year (USD) |
|---|---|---|---|
| | | | |
| Art | 550 | 1 | |

Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                         WP000019



**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**





**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**



Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                   WP000021

EX #10

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

**4.    Permitted Uses.**
SubLicensee may only use the eBay Data in accordance with the license granted in Section 2.1. of the Agreement for the following permitted uses unless otherwise agreed to in writing:

To display the eBay Statistics developed by SubLicensee using the eBay Data to SubLicensee's Customers for their use.

To develop Licensee Application Solely for the purpose of enabling SubLicensee Customers to do the following:
• Determine the date an item was sold.
• Determine the item's final sale price.



**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                    WP000023



**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

17
Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                        WP000024

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                      WP000025

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**



Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                      WP000026



**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                        WP000027

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**



Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL  WP000028

EX # 70

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                    WP000029



**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**



Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                    WP000030

EX #10

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**



Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                        WP000031

**Advanced Economic Research Inc.**
**Suite 2307 — 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**

Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL           WP000032

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**





26
Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                                                    WP000033

**Advanced Economic Research Inc.**
**Suite 2307 – 4464 Markham Street**
**Victoria, British Columbia Canada V1Z 7X8**



Data Sublicense Agreement (Public Use) *01/01/2009*
CONFIDENTIAL                    WP000034

20121201_site0_category550_valueguide.data.bz2:330833102936 1972 Original Oil
Painting Man With Red Umbrella Signed Annamarie Trombetta yqz New York Listed Artist
- Shabby Chic Condition 01-DEC-12 19:54:01 10 1 1 551 0 181.50 1 18 Y

20121201_site0_category550_descriptions.data.bz2:<EBAYID>330833102936</EBAYID><EBAYD
ESC> <p> Welcome to EstateAuctionsInc! We are one of the Top Sellers of Antiques,
Collectibles and Quirky items on eBay. We have been selling since 1998 and ALL of
our auctions start at .99 cents. We are proud to announce that we maintain a "FIVE
STAR Detailed Seller Rating" and our staff strives for 100% customer satisfaction,
our 100% feedback rating will vouch for that. We work with consigners from
Coast-To-Coast and work hard to make sure we have top quality items. We are "Your
Quality Zone" - search "YQZ" to see our other listings our Click Here! </p>
<p>_____</p> >>>>>
UP IN THIS AUCTION <<<<< 1972 Original Oil Painting Man With Red Umbrella Signed
Annamarie Trombetta New York Listed Artist - Shabby Chic Condition <p> - DESCRIPTION
- Please be patient there are 12 photos to be loaded in this auction. Up in this
auction is a wonderful and delightful oil on canvas painting of a man (I guess it
could be a woman) with a red umbrella. This is by Annamarie Trombette. It is signed
on the bottom, but on the back it has written in red on the stretcher, Annamarie
Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the
style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide.
We are calling it shabby chic condition as it has a tear in the canvas, about 5/8"
long just to the left of the man's knees, but still such a great painting. For those
not familiar with Trombetta, here is information about her from off AskArt as they
got it from her website: Annamarie Trombetta (1963 - ) Lived/Active: New York The
nature of an artist's life, creativity and growth may be synonymously expressed in
the image of an archetypal tree. Beginning with the earthly descendent roots the
artist like the tree branches out into its surrounding environmental and celestial
world. Both ascend and descend, widening their girth of consciousness while
producing visual imagery, weathering each season of change. Thus, I believe it is
the nature of the artist and of nature itself to regenerate and manifest. All of the
imagery in this catalog was either created en plein air or from the subject
directly. My journey to becoming an artist began many years ago. The consanguineous
roots of my Italian family tree provided me with an innate constitution for my
artistic profession. When I was a tiny seed of contemplative thought, my artistic
nature began to sprout interest while gazing up at the ceiling paintings in a
neighborhood church named Regina Pacis, meaning Queen of Peace. The church located
in Brooklyn, NY features ceiling paintings, sculptures, marble interiors, and
incorporates architectural elements for the façade and the belfry that are of
Italianate design. Before the age of three I was able to surmise that the church in
the ceiling painting was indeed the church I was in. The visual stimulation was a
form of education. It fostered my sense of perception which became my strongest mode
for acquiring knowledge. As the years unfurled, my family moved to Staten Island. At
this time it was a scenic field of luminosity, lush vegetation and a harbor view
complete with sail boats and small yachts. A few years after we moved my tree of
life was in jeopardy of loosing a limb. What appeared to be a swollen leg was indeed

a cancerous tumor. It was an almost fatal or perhaps even a fated occurrence in my life. The struggle to survive the experience was lightened by my imagination and by my artistic ability to create. I seriously thought I would go into medicine but the posters and paintings in the hospital and doctor's office held my attention more intensely. I began my formal training at The Brooklyn Museum School of Art while I was in high school. The exposure to various forms of art inspired me to expand my horizons and in the early Eighties I traveled on a summer tour to Europe. The tour comprised of six countries; Germany, Austria, France, Italy, Switzerland and England. Viewing so many different cities and cultures in a concentrated period of time helped me to see the similarities as well as the differences of each quite clearly. Upon my return I enrolled in an art history course to examine the content of art in relation to its chronological, politic al and historical relevance while applying to art colleges. I was accepted to Parsons School of Design located in lower Manhattan. The pulsating pace of this compressed cosmopolitan city was reflected in the school's curriculum. Although I did enjoy the challenges and experiences which expanded my capabilities, I was not satisfied with the level of my drawing and painting skills. In the mid Eighties I attended The New York Academy of Art which focused on teaching the history and traditional techniques from periods of art, such as the Italian Renaissance, the classical and neoclassical periods in France, as well as the Spanish, Dutch and Fleming masters. Here I studied cast drawing, grisaille painting, anatomy, dissected cadavers, yet most influential to me was geometry and perspective. During this period I traveled once again to France and Italy to study with my teachers who offered summer classes in art history, drawing and painting. I remember when I was in the French countryside feeling as if I was walking into a huge painting. The views felt so familiar due to the talents of Monet, Pissarro, VanGogh, etc. In my solitude I would envision them, particularly VanGogh in a wheat field painting or see the circular hay stacks change colors by sunset right before my eyes. The truth captured in their paintings a century ago felt so real to me, it spiraled an indelible influence. This experience still inspires me to strive towards capturing my subjects with a sense of presence and atmosphere. Visiting Italy again, my ancestral homeland, sharpened my acuity and attraction to works of art on uniquely shaped canvases. There were so many moments that will be with me throughout my life, most notable was to see the chariot markings while walking in the ruins of ancient Rome, or to hear bells toll in St. Mark's Square, and to be within inches of some of the most revered art in the world. When I returned to the States, the desire to develop artwork in various mediums became the goal. I started attending The National Academy School of Fine Arts to explore and prefect the media of pastels and figure painting, and also to study printmaking. During this time I was employed at The National Academy Museum. The Academy and its intriguing history filled the chasm of my knowledge for the heritage of American art while also informing me of the cultural developments in my country, particularly those in New York. The opportunity to read the Academy's books while I was working at the Museum, was an enlightening experience. I learned, most importantly, about the Hudson River School painters and their personal involvement with writer/poet William Cullen Bryant. This relationship between artists and writers of that time initiated the unfoldment of Central Park. The Park, which is adjacent to The National Academy Museum was already charted territory for my artistic expression. Learning about the creation of the Park intensified my passion for depicting it. During my tenure at The Academy, a conversation with a museum visit led to my interest in the W.B. Yeats Society of New York , and another trip

abroad. Coincidentally and perhaps synchronistically I had been attending lectures on Theosophy about the same time I was learning about Yeats. Crucial to my personal and professional development at that time was my comprehension of why Theosophy influenced the modern movement in the Arts. Yeats, like many other writers, musicians, and artists such as Mondrian and Klee, etc. drew inspiration from the philosophical texts written by the robust Russian, Madame Blavatsky. Within a few months I had won a scholarship under the auspices of the Yeats Summer School in Sligo, Ireland via the Yeats Society of New York. A short trip to London, preceded the Summer School, where I hunted down John Singer Sargent's charcoal sketch of Yeats at the National Portrait Gallery. This inspired a trip to the Tate, and several other collections. Traveling to England first set the stage for the political, personal, and historical dynamics that I was about to encounter regarding the legacy of Yeats and of Ireland. Before the school commenced, there was a ceremonial service at Drumcliff Church where Yeats is buried. The picturesque view and the enigmatic words of his icy epitaph became etched in my memory on that day and inspired me to create a painting titled after his poem "Under Benbulben" which elaborates on his immortal words. To learn about his family, his life and his vision motivated me to begin a new chapter in creating my own work. To culminate my journey, when I returned home I gathered the metaphorical leaves and branches that had fallen from my artistic tree, be it ancestral or archetypal and concentrated "souly" on "The Holy Tree" described in Yeats' poem "The Two Trees." This image, inspired by the milieu of a mentor miles away is a tribute to his gifts and determined ways which regenerated and awakened the visionary in me. This catalogue highlights the pictorial progression from that trip and the time that followed. I wish to acknowledge certain individuals who have enhanced my artistic sensibilities as a person, as well as an artist. These individuals include Everett Raymond Kinstler, Raymond Steiner, Harvey Dinnerstein, Burton Silverman, the artist's in The Painting Group particularly Aaron Shikler, David Levine, Danny Schwartz, Irene Hecht. I thank them for their help and guidance in my life. <br>

20121201_site0_category550_pic_url.data.bz2:330833102936 http://i.ebayimg.com/00/s/MTQ1OFg3MDA=/$T2eC16NHJFoE9nh6nPFrBQrWEHG7v!~~60_12.JPG?set_id=880000500F http://i.ebayimg.com/00/s/MTQ1OFg3MDA=/$T2eC16NHJFoE9nh6nPFrBQrWEHG7v!~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/NjUwWDY1MA==/$(KGrHqV,!pcFCp)55,H5BQrWEi,4Bg~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/MTQ5Mlg3MDA=/$T2eC16d,!)QE9s3HF4leBQrWEL4zjw~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/NTA0WDcwMA==/$(KGrHqZHJDQFC(WFYZVWBQrWEODvIg~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/MTE4NVg3MDA=/$(KGrHqZHJDoFCjyicZ-)BQrWEQehZQ~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/NTI1WDcwMA==/$(KGrHqZ,!qIFCCg!,eGdBQrWESZT-!~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/OTMzWDcwMA==/$(KGrHqZ,!hYFCcyud04uBQrWEUvTB!~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/OTMzWDcwMA==/$(KGrHqZ,!i!FCs07eYByBQrWE(ZWRQ~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/NTI1WDcwMA==/$(KGrHqZHJCgFChEtL(UcBQrWEZfll!~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/OTMzWDcwMA==/$(KGrHqV,!qcFBpy)ocZgBQrWEbfSN!~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/OTMzWDcwMA==/$(KGrHqV,!jUFCV6QhwjoBQrWEeGSTw~~60_12.JPG?set_id=880000500F;http://i.ebayimg.com/00/s/MTA0Mlg3MDA=/$T2eC16VHJI!E9qSO8)JJBQrWEgpgsg~~60_12.JPG?set_id=880000500F;

X   Settings

← Post

 **salem krieger**
@salemk

Painting Central, a short video about Annamarie Trombetta a painter working in Central Park, NYC..

 vimeo.com
Painting Central - artist Annamarie Trombetta
Artist Annamarie Trombetta a NYC based painter working in Central Pak. A profile of Annamarie as an artist.

1:00 AM · Nov 17, 2012



X-Apparently-To: trombettaart@yahoo.com; Thu, 16 Jul 2015 04:35:18 +0000
Return-Path: <ebay@ebay.com>
Received-SPF: pass (domain of ebay.com designates 66.211.184.78 as permitted sender)
X-YMailISG: MOf4hjeW12v4IRuaLdMqH35u97tANglt5omxVc058nmWAl2g
 Ik_lMgRaSFWXBKOGh3qOlvoWEqmbMURGiBaZGiUhVoHv4OYg_sVQXDFPRRN5n
 RKRoSQ3TIK_kAl6abkXkuLx_MycIK0umKxilJBp.tEOD8l9.uCGGCFSJ6IELm70h
 1GXRb9YuhlWjTvTVAZUzESbxNAl3BK_XKTRIr6_Tb7JJTbTM05fDjjb80Jv3
 r78cBamanWyTx90tXdeX5ioza.NQDPf48ZFtpr1GPxvdzVkYrHPYLJj2ovJWQ9
 e1zH59px4OOF8ORFRtSqLa1NdL2NRFLAJXzFuqlVrRKrNMuUcmPQNMjtVMjiX6k
 Ri76eerYXbWvYzc.bnhi4X.vzKGUGmgKsdzd4MKbEoufFQ_akiJ8kRFBPRNN89dmM
 oG9MPBMnaUDWsRG1fMjvouQfUdREJU7910Xczb6XgtKPxa4lt3aCUvFCAbQ4HesdT1
 WPfpMEJNl.qMyOYV_xNWvOg48Hd8VJzCul2.PgisXG7AdQapG6h9K92pvIJw2G9
 vrmqdatXBrwz8A.QdkGEOL6pm0PzepF8CgxJ65vK61tTOEDMmPdpK_FTU
 qUUg.sfK8jR/biKt_1B_E21YVk4FuEPqwS9kFxVsJfFFRMMRsGa7Il5ahqQD
 UcHk83uvO4FxtPXzGWuMUDQQDQgk29YgpoMi4xbPuc38YzyAyXgRpMk1Q3Rxhn8DPX
 oDJbnWMLMEDGVTuKyfLhcoM4V2SNPigLtN35I2EwcKVMbccbdLQGvKqKrvKHMKJK4
 CKiLFqHYzK8Yw6wFHKLm3FKFjrf_cnxM8nSEuFRFKWRHrb.HZK7e61Jhm1eD89ys
 OGpOS6tC9dTWxCFQxFIbQrkY78HNK3FrG2j3PJcQgM4sHPFTK9tQSBkVcut
 BSPoew1A6YK2FNxOgrGq9Wtx_R_tvmeNSJGIsWhI0BVi2DsEO8dqyrR12ogyOJzt
 kHxFZ27L7LSL82oMv67o5R55aQ3XUnzi12RRVkqouPFW49du_A17zJ02K2RTKW4
 29oRJy5PYVVcRZ2RGthtg2zp3h7Vj14byLQT6Hzr49IUnpzU5z9Q5w/qrQ
 wBRAFAhKY7S1j5BK17vw_JIAQ0w_AUgQKaxPvwAGKKO8IRL9NVaGYMkEhrLaqG8Y
 R9_npKtgnps2NCoTEGdlXcYSAkM4RprW0UJ1k5ba0FSSxa5.dP_ng5FHPxKi0N
 OZX6t0R6j2RzaTka41kOSyStqhGhPitOuRG13x6dhQiXdVanSaam5SkwA1yH
 SRCuS2LQ38Pxmr18cXqSUo7Sg7wmixJbpu5ahpEkYLLP11BGWJEU9J65nqPL
 LYRdiTm4EOknOHxRvXFirWmYd_qUFphWeP3FjS36gIGxsDY_SG6i9pyRK2N4RM
 dRwTgqQL8gLQcOx31P/pWpbjZdTEGmawlOT8GLGx8JvmEdipOSIGaed_FEZxAxi
 St_SGZOQ9_tKTRobRkfBDZpvtqSqAGv9Lc2ax_dBGMgIkA17K_2RfPqWHpF5QQW
 qm_oJijK2MsttSVDahQr/wBxEgJfqqY7iBYeLbc_bxN4BHqwpFRFXFXm4Jna0
 yfxsa8ch3Z1LjhuwbxaJkBPgyxK8_TxeyJwY19J2KWwQkR2NWa5uHaxHBlL.h_4
 ...

X-Originating-IP: [66.211.184.78]
Authentication-Results: mta1371.mail.ne1.yahoo.com from=ebay.com; domainkeys=neutral (no sig); from=ebay.com; dkim=pass (ok)
Received: from 127.0.0.1 (EHLO mxphzpool1012.ebay.com) (66.211.184.78)
 by mta1371.mail.ne1.yahoo.com with SMTPS; Thu, 16 Jul 2015 04:35:18 +0000
Received: from slc6b20z-7257 (slc6b20z-7257.stratus.slc.ebay.com [10.106.75.96])
 by mxphzpool1012.ebay.com (8.14.4/8.14.4) with ESMTP id t6G4LCMg027867
 for <trombettaart@yahoo.com> Wed, 15 Jul 2015 21:35:17 -0700
X-DKIM: Sendmail DKIM Filter v2.8.3 mxphzpool1012.ebay.com t6G4LCMg027867
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; d=ebay.com; s=dkim041;
 t=1437021317; bh=jmfdGdvaRj+DKZ1Mas/laMb4+9=;
 h=Message-ID:Date:From:Reply-To:To:Subject:Mime-Version:
 Content-Type;
 b=j6goJZLl1YkRn3X5hDo9ti2iqR/1MlgNyYUbBbqaaVONajwqt1bXtRiAWwIWT+FOKE3
 +KA562hoozKg/Hyl1l8PaODCdn1R8oZ5sQobOqWg/NB3uFmHKjeDMzRtbaugTG7GQ01X
 7VHGb/RJNMeX2ATv9BIrLekRdgVPgOQzLkY5Kd09=
Message-ID: <123607820.1437021316912.JavaMail.SYSTEM@slc6b02o-7257>
Date: Wed, 15 Jul 2015 21:35:16 -0700 (MST)
From: eBay <ebay@ebay.com>
Reply-To: ebay@ebay.com
To: trombettaart@yahoo.com
Subject: eBay Reset Your Password
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary=419109115.1437021316912.JavaMail.SYSTEM.slc4b02o-7257
X-Origin&ArrivalTime: 13011.931.0.0.884a05ad952a45f48c342ff1a3fb1439
X-eBay-MailVersionTracker: 931,17601067
Content-Length: 9984

--419109115.1437021316912.JavaMail.SYSTEM.slc4b02o-7257
Content-Type: text/plain;charset=UTF-8
Content-Transfer-Encoding: quoted-printable

---------------------------------------------------------------
eBay sent this message to Annamarie Trombetta (trombansam).
Your registered name is included to show this message originated from eBay.
Learn more at https://pages.ebay.com/help/confidence/name-userid-emails.html
---------------------------------------------------------------

---------------------------------------------------------------
Reset Your Password
---------------------------------------------------------------

Dear Annamarie,=20

This email was sent automatically by eBay in response to your request to=20
reset your password. This is done for your protection; only you, the=20
recipient of this email can take the next step in the password recovery=20
process.=20

=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=
=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=
=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30
https://fyp.ebay.com/ChangePassword?reqinput=3D43bd2fb077630dddcc274be04ba4+
b4b112bc813%e215c2%69db0188%60b7825%6f1aba61aa499aff2a4f5ec0a592fd9d87db6357=
54222c3eb7d1605aa54b44cf
=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=
=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=
=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=30=3D

To reset your password and access your account, either click on the button=
=20
or copy and paste the following link (expires in 24 hours) into the address=
=20
bar of your browser:
https://fyp.ebay.com/ChangePassword?reqinput=3D43bd2fb077630dddcc274be04ba4+
b4b112bc813%e215c2%69db0188%60b7825%6f1aba61aa499aff2a4f5ec0a592fd9d87db6357=
54222c3eb7d1605aa54b44cf

Thank you,
eBay Trust Team

---------------------------------------------------------------
Marketplace Safety Tip
---------------------------------------------------------------
Keep your eBay account secure. Don't reply to any email that asks for your=
=20
personal information. Find out more about=20
http://pages.ebay.com/help/account/protecting.html

---------------------------------------------------------------
Email reference id: [#884b05ad952a45f48c342ff1a3fb1439#]
---------------------------------------------------------------

Learn how you can protect yourself from "spoof (fake) emails at=20
http://pages.ebay.com/education/spooftutorial/index.html.

eBay sent this email to you at trombettaart@yahoo.com about your account=20
registered on http://www.ebay.com.

eBay will periodically send you required emails about the site and your=20
transactions. Visit our Privacy Notice at=20
http://pages.ebay.com/help/policies/privacy-policy.html and User Agreement=
=20
at http://pages.ebay.com/help/policies/user-agreement.html if you have any=
=20
questions.

Copyright =C2=A9 2015 eBay Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective=20
owners.
eBay and the eBay logo are trademarks of eBay Inc.
eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.

--419109115.1437021316912.JavaMail.SYSTEM.slc4b02o-7257
Content-Type: text/html;charset=UTF-8
Content-Transfer-Encoding: quoted-printable

<html><head></head><body><div id=3D"Header"><div><table border=3D"0" cellpa=
dding=3D"0" cellspacing=3D"0" width=3D"100%" style=3D"width=3D"100%"><tr><td=
 width=3D"10"></td><td valign=3D"middle" style=3D"color:#000000; font-size=
=3D"13px" width=3D"10"></td><td width=3D"100%" align=3D"left" style=3D"font-=
size:mso-ansi; sans-serif; font-weight:normal" colspan=3D"2"><p></p></tr><t=
r><td><img src=3D"https://p.ebaystatic.com/aw/pics/myebay/logoMyebayexpr=
io.com/aw/pics/logoe/ebay_95x39.gif" height=3D"39" width=3D"95" alt=3D"eBay=
"></td><td align=3D"left" valign=3D"bottom"></td></tr><tr><td valign=3D"bot=
tom" style=3D"color:#000000; font-family:verdana, sans-serif; color:#666"><=
b>eBay s=
ent this message to Annamarie Trombetta (trombansam).</b><br></span><span s=
tyle=3D"font-size:xx-small; font-family:verdana, sans-serif; color:#666"><b=
>Your registered name is included to show this message originated from eBay.=
<a href=3D"http://pages.ebay.com/help/confidence/name-userid-emails.html">L=
earn more</a>.</span></td></tr></table><br><tr><td></td></tr><tr><td><div i=
d=3D"Title"><div><table border=3D"0" cellpadding=3D"0" border=3D"0" cellc=
lpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tr><td width=3D"10" valign=
=3D"top"><img src=3D"http://g.ebaystatic.com/aw/pics/globalAssets/1tCurve.g=
if" height=3D"8" width=3D"8" alt=3D""></td><td valign=3D"bottom" width=3D"1=
00%"><span style=3D"font-weight:bold; font-size:16pt; font-family:arial, sa=
ns-serif; color:#000; margin:2px 0 0px 0px"></td></tr></table></td><td>Reset Your Password</span></td></tr><t=
d width=3D"8" valign=3D"top" align=3D"right"><img src=3D"http://g.ebaystati=
c.com/aw/pics/globalAssets/rtCurve.gif" height=3D"8" width=3D"8" alt=3D""></=
/td></tr></table><br><td><div id=3D"background-color:#fff; height=3D"4">
</td></tr></table></div></div><div id=3D"textCTA"><div><table border=3D"0"=
 cellpadding=3D"2" cellspacing=3D"3" width=3D"100%"><tr><td><font style=3D"=
font-size:10pt; font-family:arial, sans-serif; color:#000">Dear Annamarie,=
<br><br>This email was sent automatically by eBay in response to your reque=
st to reset your password. This is done for your protection; only you, the =
recipient of this email can take the next step in the password recovery pro=
cess. </font></td></tr><tr><td><table width=3D"100%"><tr><td><a href=3D"https://=
fyp.ebay.com/ChangePassword?reqinput=3D43bd2fb077630dddcc274be04ba4b4b112bc=
813%e215c2%69db0188%60b7825%6f1aba61aa499aff2a4f5ec0a592fd9d87db6357542223c=
eb7d1605aa54b44cf" title=3D"https://fyp.ebay.com/ChangePassword?reqinput=3D=
43bd2fb077630dddcc274be04ba4b4b112bc813%e215c2%69db0188%60b7825%6f1aba61aa=
499aff2a4f5ec0a592fd9d87db6357542223ceb7d1605aa54b44cf" style=3D"color:#ff6=
lid #6b7b91" border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%=
"><tr style=3D"background-color:#c9d2da" height=3D"1"><td><img src=3D"https:=
//p.ebaystatic.com/aw/pics/securityCenter/imgShield_25x25.gif" height=3D"25=
" width=3D"25" alt=3D"Marketplace Safety Tip" align=3D"absmiddle"></td><td v=
style=3D"font-weight:bold; font-size:10pt; font-family:arial, sans-serif; c=
olor:#000" nowrap=3D"nowrap" width=3D"20%">Marketplace Safety Tip</td><td><=
img src=3D"https://p.ebaystatic.com/aw/pics/securityCenter/imgTabCorner_25x2=
5.gif" height=3D"25" width=3D"25" alt=3D"" align=3D"absmiddle"></td><td>Keep=
 your eBay account secure. Don't reply to any email that asks for your pers=
onal information. Find out more about=20
<a href=3D"http://pages.ebay.com/help/account/protecting.html">http://page=
s.ebay.com/help/account/protecting.html</a>.</font></td></tr></table></td><=
/tr></table></div></div><div id=3D"account-info"><div><table border=3D"0" c=
ellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tr><td><img src=3D"htt=
p://g.ebaystatic.com/aw/pics/paddingTop.gif" height=3D"5" width=3D"5" alt=3D=
""></td></tr><tr><td style=3D"padding-bottom: 3px; line-height:=
 120%; padding-top: 3px; list-style-type: square;">Keep your eBay account s=
ecure. Don't reply to any email that asks for your personal information. Fi=
nd out more about <a href=3D"http://pages.ebay.com/help/account/protecting.=
html">protecting your account.</a></li></ul></font></td></tr></table></div>=
</div><div id=3D"account-info"><div><table border=3D"0" cellpadding=3D"0" c=
ellspacing=3D"0" width=3D"100%"><tr><td><font style=3D"font-size:x-small; f=
ont-family:arial, sans-serif; color:#000000">Email ref=
erence id: [#884b05ad952a45f48c342ff1a3fb1439#]</font></td></tr><tr><td><im=
g src=3D"http://g.ebaystatic.com/aw/pics/paddingTop.gif" height=3D"5" width=
=3D"5" alt=3D""></td></tr><tr><td><font style=3D"font-size:x-small; font-fa=
mily:arial, sans-serif; color:#000" colspan=3D"3">Learn how you can protect=
 yourself from "spoof (fake) emails at <a href=3D"http://pages.ebay.com/edu=
cation/spooftutorial/index.html">http://pages.ebay.com/education/spooftutor=
ial/index.html</a>.<br><br>eBay sent this email to you at trombettaart@yaho=
o.com about your account registered on <a href=3D"http://www.ebay.com">http=
://www.ebay.com</a>.<br><br>eBay will periodically send you required emails=
 about the site and your transactions. Visit our Privacy Notice at <a href=
=3D"http://pages.ebay.com/help/policies/privacy-policy.html">http://pages.e=
bay.com/help/policies/privacy-policy.html</a> and User Agreement at <a href=
=3D"http://pages.ebay.com/help/policies/user-agreement.html">http://pages.e=
bay.com/help/policies/user-agreement.html</a> if you have any questions.<br=
><br><br>Copyright =C2=A9 2015 eBay Inc. All Rights Reserved.<br>Designated=
 trademarks and brands are the property of their respective owners.<br>eBay=
 and the eBay logo are trademarks of eBay Inc.<br>eBay Inc. is located at 2=
145 Hamilton Avenue, San Jose, CA 95125.</font></td></tr></body></h=
tml>
--419109115.1437021316912.JavaMail.SYSTEM.slc4b02o-7257--

keep asking me over and over again.

MS. HAIMSON: I believe you've only provided one sale but, regardless, if there are additional sales, you haven't confirmed whether there are additional sales and that you've produced all the sales documents that you have. It seems like even from what you're saying in this conference that you don't want to do so because you feel it's burdensome, not because you don't have additional records.

THE PLAINTIFF: No --

THE COURT: What is the relevant time period, Ms. Haimson, just remind me?

MS. HAIMSON: 2017 to present.

THE COURT: Okay. So, Ms. Trombetta, since 2017 how many paintings have you sold?

THE PLAINTIFF: I don't -- in 2017, because it was on the internet, it was only one, I provided that information.

THE COURT: Okay, what about, what about 2018, how many paintings did you sell?

THE PLAINTIFF: I -- I don't recall and I would have to look up my records. I know that this year I only sold one because the whole year has been revolving around this lawsuit. I did not do this

painting, I have proven that. If I didn't produce --

THE COURT:  What you're saying is that
because, what you're saying in this case, Ms.
Trombetta, is because of what the defendants did, you
have not been able to sell other paintings. And this
issue goes to your damages. So if you've been able to
sell paintings or not, that's information that the
defendants need to know because it impacts whether or
not you've been damaged.

THE PLAINTIFF:  I understand what it is that
you're stating, I gave the information for 2000, I
believe it was '14, '15, '16 and '17, this was the
time that the, 2015 to 2017, I've already produced the
sales or the lack of sales.  Again, in 2017 I only was
able to sell one very small painting.

THE COURT:  All right, but we need to know
2018, 2019, 2020 and '21.

THE PLAINTIFF:  But why is that, because it
came off the internet?

THE COURT:  Because what you've alleged in
this case is what defendants did has impacted your
ability to sell your other paintings since then.

THE PLAINTIFF:  What I said was it diminished
the value of -- I lost a sale in 2015, I've never been

1

2  shy about bringing that to the Court's attention.

3          THE COURT:  I know.

4          THE PLAINTIFF:  I haven't stated that, Your

5  Honor. I did produce from 2015 to 2017 the decline --

6          THE COURT:  Okay, are you disclaiming any

7  damages since 2017?

8          THE PLAINTIFF:  Am I disclaiming any damages?

9          THE COURT:  Are you saying that what

10  defendants did, did not impact you in 2018, 2019, 2020

11  and 2021 and 2022?

12          THE PLAINTIFF:  Well when this lawsuit

13  commenced in 2018, and this year has precluded me from

14  being able to actually actively sell my work --

15          THE COURT:  That's different --

16          THE PLAINTIFF:  And I also, I produced the one

17  and only sale that I made in --

18          THE COURT:  Let me make this clear to you, Ms.

19  Trombetta, if you do not produce any records of sale

20  for 2018 through 2022, you will not be able to claim

21  or seek any damages from defendants for that period.

22          THE PLAINTIFF:  Well I'm claiming statutory

23  damages which are, to my knowledge, linked into the

24  violations. That's what I'm claiming, Your Honor. I

25  have specifically repeated that statement, statutory

1  damages.  So, and I have asked a retired attorney

2  about this.

3

4        THE COURT:  All right, well if that's the case

5  and you're disclaiming any attempt to recover any

6  additional amount --

7        MS. HAIMSON:  Or actual damages, but I believe

8  actual sales are still important to the analysis for

9  statutory damages as well.

10        THE PLAINTIFF:  Well if you believe it I need

11  to confirm it. You know, a belief is not, I'm the

12  person who should be saying believe or not.

13        THE COURT:  Well, I mean --

14        THE PLAINTIFF:  Because I'm a pro se litigant.

15        THE COURT:  Ms. Trombetta, so --

16        THE PLAINTIFF:  I don't mean to be difficult,

17  Your Honor --

18        THE COURT:  If you want to limit the amount of

19  damages that you may be able to recover, that's fine,

20  and if you do that by, you know, the impact of not

21  producing documents for a particular period may mean

22  that your recovery is limited if not precluded

23  altogether. So I just want to make sure you understand

24  the consequences of refusing to produce information

25  about sales from 2018 through 2022.

1

2       THE PLAINTIFF:  I've produced 2014, 2015, 2016

3  --

4       THE COURT:  I understand.

5       THE PLAINTIFF:  And 2022, because these are

6  years which have been, that were directly affected by

7  the false posting on the internet, and this year, in

8  particular, it has precluded me from being able to

9  sell my work.

10      THE COURT:  All right, so you are not claiming

11 any damages for 2018, 2019, 2020 and 2021, correct?

12      THE PLAINTIFF:  That, let's -- yes, that is

13 correct.

14      THE COURT:  All right, so you have it, Ms.

15 Haimson, no damages for 2018, 2019, 2020 and 2021.

16      THE PLAINTIFF:  It is specific to that

17 particular posting and how it affected the drop in

18 sales as soon as it was posted.

19      THE COURT:  All right, Ms. Haimson, anything

20 else on your list?

21      MS. HAIMSON:  Thank you, yes.  Request number

22 13 about post deposition demands. We want written

23 confirmation as to whether she's seeking damages for

24 physical harm. The complaint, itself, references

25 emotional distress, she has represented during her

Re: Siddha Yoga Ashram Manhattan

From: t̶ ̶▬▬▬▬▬▬
To: trombettaart@yahoo.com
Date: Tuesday, April 5, 2022, 2:12 PM EDT

— Date April 5, 2022

Hello Annamarie,

I'm sorry you are just now learning the news that Susan Goldstein passed away.

Sincerely,

T̶r̶ ̶▬▬▬▬▬▬

Siddha Yoga Ashram
SYDA Foundation


http://www.siddhayoga.org/

---

From: Annamarie Trombetta <trombettaart@yahoo.com>
Sent: Tuesday, April 5, 2022 11:29:11 AM
To: T.
Subject: Siddha Yoga Ashram Manhattan

— Date April 5, 2022

Dear Ms. F̶▬▬▬▬

I am contacting you regarding Siddha Yoga member  Susan Goldstein.

I met Susan Goldstein through Siddha Yoga.  I am an artist and Susan used to attend several exhibits
either solo or group exhibitions  were I showed my artwork.

I need to contact Susan and I have not heard back from her phone or email.  Do you know
how she is??    The last time I saw Susan Goldstein was at a group exhibition I was in at the Dacia Gallery
back in 2019.

Can you kindly let me know as soon as possible.

Sincerely,
Annamarie Trombetta
Tel. 212 427-5990
www.trombettaart.com

1/2

# Re:

From:  Annamarie Trombetta (trombettaart@yahoo.com)

To:      goldenvoices@gmail.com

Date:  Friday, January 9, 2015, 3:27 PM EST

Hi Susan,

Many thanks for showing up in the cold and for your kind words.

Wisteria Arbor is one of my favorites as well.  Not cheap and not expensive for the art world.
It is $8500   ---   with NY sales tax it is $9244    Perhaps your aunt can gift it to you---If not I can have it
reproduced onto canvas and you can frame that---I would have to contact a printer for the cost.

Give me a chance to catch up regarding Turner this Saturday---Can you call the theater and ask how long---I
THINK IT IS PLAYING ON THIRD AND 60th---RIGHT NEAR YOU!!!
Cheers and thanks Annamaire

> On Friday, January 9, 2015 12:13 PM, susan goldstein <goldenvoices@gmail.com> wrote:
>
>
> Dear Annamarie,
>
> Congrats!  The work was stunning and so were you. I hope you are experiencing great
> success!
>
> As I am in love with The Wisteria painting, how much is it?
>
> Turner, Saturday nite?
>
> Love and Blessings,
>
> Sudha aka Susan

Yahoo Mail - No Subject

Plaintiff 000072

ExHIBt # 3 (1)

## (No Subject)

From:  susan goldstein (goldenvoices@gmail.com)

To:     trombettaart@yahoo.com

Date:  Friday, January 9, 2015, 12:13 PM EST

Dear Annamarie,

Congrats!  The work was stunning and so were you. I hope you are experiencing great success!

As I am in love with The Wisteria painting, how much is it?

Turner, Saturday nite?

Love and Blessings,

Sudha aka Susan

Sale of
Art work
Jan. 9, 2015

Plaintiff  000073

EXHIBIT #4 (@)

Lost Sale

Susan B. Goldstein
531 East 52nd Street Apt 8 A
New York, New York 10022
goldenvoices@gmail.com

March 4, 2019

United States Southern
District of New York
500 Pearl Street
New York, New York 10007

Re:       Sale of Oil Painting       Wisteria Arbor Mandala  by Artist  Annamarie Trombetta

To The Honorable Judge Ronnie Abrams:

I, Susan B. Goldstein , am extending this letter to the court on behalf of Artist Annamarie Trombetta in reference to the loss of a sale for one of her most beautiful paintings, Wisteria Arbor Mandala which is on her professional website.

I am a retired Professor in the Communications Dept. at Baruch College in New York City. I have been familiar with the artist Annamarie Trombetta for quite some time. It was a pleasure to attend Ms. Trombetta's openings and lectures at the Union League Gallery on Park Avenue and The Italian American Museum in "Little Italy". The exhibits were spectacular and I felt compelled to bring Annamarie's work to the attention of my aunt who is an avid art collector.

Upon viewing the photos from Ms. Trombetta's exhibitions my aunt was interested in purchasing the oil painting "Wisteria Arbor Mandala" which was eighty five hundred dollars . This was a significant investment for her collection. My aunt's personal assistant came upon a listing under Annamarie Trombetta  in reference to an Oil painting done in 1972 that was damaged. The post was on some site Worthpoint which sells items of low quality and standard to include the works of Thomas Kincaid.

As a result of this finding, I phoned Ms. Trombetta about this listing  under her name which she responded that she was not aware of the internet listing. Ms. Trombetta assured me that it was not her painting and did not know why her full name was associated with such a site. I encouraged Annamarie to try and have this horrible and dreadful listing removed from the internet at once.

My aunt's assistant did point out that the description on the Worthpoint internet site reference the artist Annamarie Trombetta's website. The oil painting my aunt wished to purchase is on Annamarie's website. The reference to the website of Artist Annamarie Trombetta on the Worthpoint site is the main reason why my aunt decided not to purchase the painting. It was indeed a favorite image, however the amount of money for the painting and the association with such a "cheap and discreputable site" was too problematic to facilitate the sale of Annamarie's lovely painting. Losing the sale of eighty five hundred dollars is quite a disappointment also my aunt has quite a collection of art and to not be included in her collection is an even greater misfortune.

It is with my full support that I applaud Ms. Trombetta with her legal pursuits. These unorthodox and discreputable Internet site have created so many problems for Ms. Trombetta at a time when she should have been celebrating and selling her work and her successes.

Very Truly,

Professor Susan B. Goldstein

Notary                    March 4, 2019.

MOHAMMED ALI
NOTARY PUBLIC, STATE OF NEW YORK
01AL6384792
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES DECEMBER 17, 20__

 Gmail      Annamarie Trombetta <atrombettaart@gmail.com>

---

## 2 new filings in Trombetta v. Novocin et al

**DocketBird** <do-not-reply@docketbird.com>      Mon, Dec 12, 2022 at 5:41 PM
To: atrombettaart@gmail.com



### Hello,

**You are missing filings!** Because you are not paying to follow this case, we are only sending you **some** of the filings in this case. Also, this email has been delayed by 48 hours. To get instant notifications of all filings, sign up for real-time updates.

Documents have been filed in a case you expressed interest in on DocketBird. You are **not** being charged for this notice; we are providing it as a courtesy.

Case:    *Trombetta v. Novocin et al* (nysd-1:2018-cv-00993)

Court:    Southern District of New York

332.   **ENDORSED LETTER addressed to Magistrate Judge Sarah L. Cave from Annamarie Trombetta dated 12/11/22 re: requesting an extension of time. ENDORSEMENT: On Sunday, December 11, 2022, pro se Plaintiff Annamarie Trombetta ("Ms. Trombetta") emailed Chambers requesting an extension of time to satisfy her obligations pursuant to the Court's scheduling order (ECF No. 308). Ms. Trombetta's request is GRANTED, and an order providing an extension of time to file her (i) motion to amend the complaint and (ii) expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be issued separately. Ms. Trombetta is advised that, in accordance with the Courts Individual Rules of Practice, communications with the Court including from a pro se party must be by letter-motion filed on the docket. SO ORDERED. (Signed by Magistrate Judge Sarah L Cave on 12/12/22) (filed: 12/12/2022)**

333. **ORDER, The Court is in receipt of pro se Plaintiff Annamarie Trombettas ("Ms. Trombetta") letters dated December 8 and 9, 2022, (ECF Nos. 33031), and orders as follows: Deposition due by 2/7/2023., Discovery due by 2/7/2023., Expert Discovery due by 2/7/2023., Motions due by 12/19/2022., Replies due by 1/17/2023., Responses due by 1/10/2023. The parties shall file a joint status report certifying the completion of all discovery by Tuesday, February 14, 2023. By Tuesday, December 13, 2022, Defendants shall file a response to Ms. Trombetta's letter requesting a more fulsome production of the data for "EAI00073 thr[ough] [] EAI00079[.]" (ECF No. 331). To the extent Ms. Trombetta raises merits issues for the Court's consideration, the Court reaffirms, (see ECF Nos. 221; 236; 244; 271; 286; 297; 302; 321), that any evidentiary or merits issues are not yet ripe, and may be appropriately raised at the summary judgment and/or trial stages of this case. The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Trombetta at the address below. Mail To: Annamarie Trombetta, 175 East 96th Street, Apt 12R, New York, New York 10128. SO ORDERED. (Signed by Magistrate Judge Sarah L Cave on 12/12/22) (filed: 12/12/2022)**

You can download the documents by clicking the links above.

Thanks,

Team DocketBird

To cancel these notifications, click here to unsubscribe.

Made by **Mink LLC**
Las Vegas, NV

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

---

## Plaintiff's Feb. 16, 2024 Letter & 13 Exhibits Re: Relevance and Derivation of 18-cv-0993 to WorthPoint's Lawsuit in Fulton County Ga.

---

**Annamarie Trombetta** <atrombettaart@gmail.com>                                    Fri, Feb 16, 2024 at 2:33 PM
To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

To Whom It May Concern,

I , Annamarie Trombetta and I am the Flier in case 18-CV-0993

Plaintiff          Annamarie Trombetta
 Address          175 East 96th Street  (12 R)
                  New York,  New York 10128
Telephone     (212) 427-5990

Plaintiff is filing   a three page Letter to The Honorable Judge Swain  dated February 16, 2024 Re  Relevance and
Derivation of 18-cv-0993 to WorthPoint's Lawsuit in Fulton County Ga. with EXHIBITS #1 to #13.

The attached 1-PDF with EXHIBITS #1 to #5 are included in the email.

PLEASE NOTE I will send a second email with  2-PDF EXHIBITS #5 to #8  and
3-PDF  EXHIBITS #9 to #13

Thank you in advance for your anticipated cooperation and efforts.

Sincerely,

Annamarie Trombetta--Pro Se  Plaintiff



---

**2 attachments**

📄 **1_Feb.16,2024 EXHIBITS #1 to #4.pdf**
5168K

📄 **Plaintiff's  Letter to Judge Swain's  RE:  Relevance of Civil Action No. 18-cv-0993 to WorthPoint's Ga State
Court Proceding .pdf**
529K

 **Gmail**

Annamarie Trombetta <atrombettaart@gmail.com>

---

## Request for Expert Report

---

**Patrick Michael O'Leary** <patrick@expertwitness.com>          Thu, Sep 15, 2022 at 12:42 PM
To: Annamarie Trombetta <atrombettaart@gmail.com>

Ms. Trombetta,

An expert must have all the discovery evidence and fact witness depositions available to correctly and accurately give a professional expert opinion.
Thus, unless stipulated by the parties or by an alternative schedule set by the Court, Expert reports are generally done after discovery is complete and 90 days before the trial date.
The timeframe to analyze the above (evidence, facts, and depositions) and produce an expert report is usually 30 to 60 days.
Your opponents will usually want to depose an expert before going to trial.
They are responsible for paying the expert their hourly rate for such deposition.

In my case, I require a minimum of 8 hours for depositions and court appearances.
My hourly rate for all testimony is **$375/hr.**
So, if your opponents exercise their right to take my disposition, they must pay a retainer of **$3,000** before the deposition date.

I hope this helps answer your questions.
Please feel free to contact me if you have any questions.


Respectfully,

Patrick Michael O'Leary

Cell: 570-231-3141
Email: patrick@expertwitness.com
Resume/CV: www.PatrickOLeary.com


[Quoted text hidden]

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

# Where is my Deposition ? When is the Deposition of Norb and Marie

NovocinWitness Status

**Annamarie Trombetta** <atrombettaart@gmail.com>                          Mon, Sep 12, 2022 at 1:10 PM
To: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>
Cc: "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>, "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>

To All Parties

Witness Update--- Three Removals from Plaintiff's Witnesses
Please Review the Letter by Witnesses Eileen Guggenheim-- **Plaintiff's Evidence 000325** ---Remove as Witness
Please Review the Letter by Witnesses Peter Drake -- **Plaintiff's Evidence 000326** ---Remove as Witness
Please Review the Letter by Alex Raspa-- **Plaintiff's Evidence 000327** ---Remove as Witness

NEW EXPERT WITNESS Patrick Michael O'Leary is attached CV
EXPERT WITNESS Gayle Skluzacek is attached CV

Witnesses that I am awaiting Confirmation. It should happen if not today then this week.
  1) Dan Caropreso
  2) Dr. Joseph V. Scelsa

Submitted September 12, 2022
Annamaire Trombetta

---

5 attachments

PL EV000326Peter Drake Dean Provost NYAA Letter Endorsement REMOVAL AS WITNESS 1.pdf
444K

PL EV 000325Eileen Guggenheim Letter endorsement REMOVAL AS WITNESS .pdf
393K

PL.EV 000327Alex Raspa NYU Letter REMOVAL AS WITNESS.pdf
491K

Patick Michael CV.pdf
235K

Gayle Skluzacek-A Full Resume 2022.pdf
106K

← WorthPoint's Evidence by Attorney John Cahill Sept 12 2022

**Cahill, John**

| | |
|---|---|
| **From:** | Annamarie Trombetta |
| **Sent:** | Monday, September 12, 2022 1:11 PM |
| **To:** | Farmer, Jana S. |
| **Cc:** | Bialek, Adam; Haimson, Nicole; Anderson Duff |
| **Subject:** | Re: Where is my Deposition ? When is the Deposition of Norb and Marie NovocinWitness Status |
| **Attachments:** | PL EV000326Peter Drake Dean Provost NYAA Letter Endorsement REMOVAL AS WITNESS 1.pdf; PL EV 000325Eileen Guggenheim Letter endorsement REMOVAL AS WITNESS .pdf; PL EV 000327Alex Raspa NYU Letter REMOVAL AS WITNESS.pdf; Patick Michael CV.pdf; Gayle Skluzacek-A Full Resume 2022.pdf |

**[EXTERNAL EMAIL]**

To All Parties,

Witness Update--- Three Removals from Plaintiff's Witnesses
Please Review the Letter by Witnesses Eileen Guggenheim-- **Plaintiff's Evidence 000325** ---Remove as Witness
Please Review the Letter by Witnesses Peter Drake -- **Plaintiff's Evidence 000326** ---Remove as Witness
Please Review the Letter by  Alex Raspa-- **Plaintiff's Evidence 000327** ---Remove as Witness

NEW  EXPERT WITNESS   Patrick Michael O'Leary  is attached CV
EXPERT WITNESS  Gayle Skluzacek  is attached CV

Witnesses that I am awaiting  Confirmation.  It should happen if not today then  this week.
1) Dan Caropreso
2) Dr. Joseph V. Scelsa

Submitted September 12, 2022
Annamaire Trombetta

On Sun, Sep 11, 2022 at 4:33 PM Farmer, Jana S. <Jana.Farmer@wilsonelser.com> wrote:

Ms. Trombetta,

1

 **Gmail**                          Annamarie Trombetta <atrombettaart@gmail.com>

---

## Expert Witnesses
3 messages

---

**Annamarie Trombetta** <atrombettaart@gmail.com>          Thu, Sep 15, 2022 at 3:55 PM
To: "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>, "Farmer, Jana S." <jana.farmer@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>

To All Attorneys and Parties,

At the end of June 2022 I sent my list of witnesses to you.

To date three have been removed and have furnished letters stating the reasons for their departure.

Attached please find the CV of Expert Witness Dr. Joseph V. Scelsa --Founder and Director of the Italian American Museum and Advocate for Italian Americans.

Attached please find the response and rates from Expert Witness Patrick Michael O'Leary.

I am still waiting to hear from Peter Trippi and Dan Caropreso due to the unknown date of the trial and the schedules of these individuals.

Submitted September 15, 2022
Annamarie Trombetta

---

**2 attachments**

 **Curriculum Vitae Joseph V. Scelsa .pdf**
227K

 **Expert Witness Patrick Michael O'Leary.pdf**
475K

---

**Annamarie Trombetta** <atrombettaart@gmail.com>          Thu, Sep 15, 2022 at 4:51 PM
To: "Farmer, Jana S." <jana.farmer@wilsonelser.com>, "Bialek, Adam" <Adam.Bialek@wilsonelser.com>, Anderson Duff <ajd@hoganduff.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>

Please see the attached documents to accompany Dr. Scelsa'a CV
[Quoted text hidden]

---

**2 attachments**

 **Google List Italian American Museum Listing under 1972 Original Oil Man w_Red Umbrella_signed Annamarie Trombetta.tif**
11677K

**Scelsa v. CUNY_Motley 11.18.92.pdf**
4034K

**Cahill, John**

| | |
|---|---|
| **From:** | Annamarie Trombetta |
| **Sent:** | Thursday, September 15, 2022 3:56 PM |
| **To:** | Haimson, Nicole; Farmer, Jana S.; Bialek, Adam; Anderson Duff |
| **Subject:** | Expert Witnesses |
| **Attachments:** | Curriculum Vitae Joseph V. Scelsa .pdf; Expert Witness Patrick Michael O'Leary.pdf |

[EXTERNAL EMAIL]

To All Attorneys and Parties,

At the end of June 2022 I sent my list of witnesses to you.

To date three have been removed and have furnished letters stating the reasons for their departure.

Attached please find the CV of Expert Witness Dr. Joseph V. Scelsa --Founder and Director of the Italian American Museum and Advocate for Italian Americans.

Attached please find the response and rates from Expert Witness Patrick Michael OLeary.

I am still waiting to hear from Peter Trippi and Dan Caropreso due to the unknown date of the trial and the schedules of these individuals.

Submitted September 15, 2022
Annamarie Trombetta

Plaintiff 000114

Annamarie Trombetta

Tel : (212) 427-5990     E-mail trombettaart@yahoo.com     Website www.trombettaart.com

# "En Plein Air " Central Park Imagery Price List  2015
## Union League Club Gallery

| Title | Medium | Size | Price | NY Tax |
|---|---|---|---|---|
| 1) People Within The Underpass | Etching  Black Ink | Framed 12 3/4  in x 16 3/4 in. | $800 | $875 |
| 2) People Within The Underpass | Etching  Two Color Overlay Inks | Framed 12 3/4 in x 16 3/4 in. | $950 | $1033 |
| 3) People Within The Underpass | Etching   Blue Ink | Framed   12 3/4  in x 16 3/4 in. | $800 | $875 |
| 4) Harlem Meer   P–B–G | Etching   Triple Color | Framed 10 in x 20 3/4 in. | $1200 | $1305 |
| 5) Belvedere Castle   P–B-G | Etching   Triple Color | Framed 10 in x 20 3/4 in. | $1200 | $1305 |
| 6) Belvedere Castle  B–B-S | Etching   Triple Color | Framed 10 in x 20 3/4 in. | $1200 | $1305 |
| 7) Harlem Meer   S–S–B | Etching   Triple Color | Framed  10 in x 20 3/4 in. | $1200 | $1305 |
| 8) The Two Trees | Etching    Black Ink | Framed  18 in. x 24  in. | $1500 | $1631 |
| 9) The Two Trees | Etching  RawSienna | Framed  18 in. x 24 | $1500 | $1631 |
| 10 ) The Carousel | Etching  Black Ink | Framed  9 1/2 in. x 12 in. | $650 | $707 |
| 11) TheCarousel | Etching  Blue Ink | Framed  9 1/2 in. x 12 in. | $650 | $707 |
| 12) TheCarousel | Etching  Green Ink | Framed  9 1/2 in. x 12 in. | $650 | $707 |
| 13) Belvedere Castle | Etching  Blue Ink | Framed  9 in. x 11 in. | $500 | $544 |
| 14) Belvedere Castle | Etching  Black Ink | Framed  9 in. x 11 in. | $500 | $544 |
| 15) Harlem Meer | Etching A' la Poupe'e | Framed  9 in. x 11 in. | $650 | $707 |
| 16) People Within The Underpass | Etching Sanguine Ink | Framed  12 3/4  in x 16 3/4 in | $800 | $875 |
| 17) Bethesda Fountain   · | Oil on Canvas | 24 in. Triangle | $6400 | $6960 |
| 18) 18) Deep Within the Archway | Oil  on Canvas | Framed  19 in. x 23 in. | $6500 | $7069 |
| 19 )Trefoil Arch Drawing   Charcoal Pencil White Graphite | | Framed 24 in. x 33 in. | $6800 | $7395 |
| 20 ) Obelisk Sculpture Trio   Right | Oil on Canvas | 12in. x 24 in. | $7000 | $7525 |
| 21) Obelisk Sculpture Trio   Center | Oil on Canvas | 12in. x 24 in. | $7000 | $7525 |
| 22 ) Obelisk Sculpture Trio   Left | Oil on Canvas | 12in. x 24 in. | $7000 | $7525 |
| 23) Art Through the Ages | Oil on Canvas | Hexagon   15 in. x 15 in. | $4500 | $4894 |
| 24) The Two Tree with Gates | Oil on Canvas | 18 in. x 24 in. | $5500 | $5981 |
| 25) Winter-Glendale Arch   Set of 4 | Oil on Canvas | Oval   16 in. x 20 in | $6000 | $6525 |
| 26) Spring-Inscope Arch   Set of 4 | Oil on Canvas | Oval  16 in. x 20 in. | $6000 | $6525 |
| 27) Summer-Winterdale Arch Set of 4 | Oil on Canvas | Oval   16 in. x 20 in, | $6000 | $6525 |
| 28) Autumn-Greywacke Arch Set of 4 | Oil on Canvas | Oval   16 in. x 20 in, | $6000 | $6525 |
| 29) The Secret Garden Series Front | Oil on Canvas | Hexagon   15 in. x 18 in. | $4500 | $4894 |
| 30) The Secret Garden Series Left | Oil on Canvas | Hexagon   15 in. x 18 in. | $4500 | $4894 |
| 31) The Secret Garden Series Right | Oil on Canvas | Hexagon   15 in. x 18 in. | $4500 | $4894 |
| 32) The Secret Garden Series  Back | Oil on Canvas | Hexagon  `15 in. x 18 in. | $4500 | $4894 |
| 33) Circular Cascades | Oil on Canvas | 20 in. Tondo | $5500 | $$5981 |
| 34) Bridging Nature's Gap | Oil on Canvas | 20 in. Tondo | $5500 | $5981 |
| 35) The Fountain | Oil on Canvas | Hexagon   24 in. x 24 in. | $8000 | $8700 |
| 36) Thorvaldsen Diptych | Oil on Canvas | Two   28 in. Triangles | $15,000 | $16,312 |
| 37) The Croquet Game  Male/Female  Active Passive | Oil on Canvas | 30 in. Tondo | $10,000 | $10,875 |
| 38) The Patterns Within Create the  Overall Shape  of Our Life | Oil on  Canvas | 30 in. Triangle | $8750 | $9515 |
| 39) Eye of Horus Obelisk   · | Oil on Canvas | 18 in. Triangle | $3800 | $4133 |
| 40) Wisteria Arbor Mandala | Oil on  Canvas | Framed  26in. x 29 in. | $8500 | $9244 |

| | | | | |
|---|---|---|---|---|
| 41) Ascending/Descending | Oil on Canvas | Framed   22 1/2 in. x  26 1/2 in. | $8000 | $8700 |
| 42) The Wall | Oil on Canvas | Framed   26 in. x 27 in. | $8500 | $9244 |
| 43) Turtle Pond Tondos in Time | Oil on Canvas | Set of 5 10 in. Tondos | $6500 | $7069 |
| Winter/Spring/Summer/Autumn/Rain | | | | |
| 44) Winter Twin Vista | Oil on Canvas | Framed   9 1/2 in. x 11 1/2 in. | $1400 | $1522 |
| 45) Winter Beyond  the Pond | Oil on Canvas | Framed   10 3/4 in. x 11 1/4 in. | $1500 | $1631 |
| 46) Winter's Grey with Pond | Oil on Canvas | Framed  10 in x 11 in. | $1500 | $1631 |
| 47) City Winter Oval | Oil on Canvas | Framed   10 in. x 11 3/4 in. | $1500 | $1631 |
| 48) Winter Time Tondo | Oil on Canvas | Framed   11 in. Circle | $1400 | $1522 |
| 49) Winter White with | | | | |
| Autumn Yellow Aftermath | Oil on Canvas | Framed    13 in. x 18 in. | $1850 | $2011 |
| 50) The Carousing Carousel | Oil on Canvas | Framed   9 3/4 in. x  9  3/4 in. | $1100 | $1196 |
| 51) Spring Awakening | Oil on Canvas | Framed    10 in x 12 in. | $1275 | |
| 52) Spiral Stairs | | | | |
| Ascending Descending | Oil on Canvas | Framed   10 in. x 12 in. | $1600 | $1740 |
| 53) By Design | Pastel | Framed   28 1/2 in x 35 1/2 in. | $7800 | $8482 |
| 54) Felicitously Fuchsia | Pastel | Framed   20 1/2 in. x 26 3/4 in. | $4600 | $5002 |
| 55) Bow Bridge | Pastel | Framed   21 1/2 in. x 28 1/2 in. | $5000 | $5981 |
| 56) Trefoil Arch | Pastel | Framed   21 in. x 31 in. | * SOLD | |
| 57) Arbre  Au Rouge | Pastel | Framed  19 in. x 23 in. | $4600 | $5002 |
| 58) Rose Bud Trellis | | | | |
| Surrounding the Three Graces | Oil on Canvas | Framed   11 in. x 11 in. | $1600 | $1740 |
| 59) Manhattan Schists | Oil on Canvas | Framed  14 in. x 14 in. | $2000 | $2175 |
| 60) The Autumn Affection | Oil on Canvas | Framed  14 in. Tondo | $2000 | $2175 |
| 61) Ruby Red Tondo | Oil on Canvas | Framed  19 in. Tondo | $4000 | $4350 |
| 62) Oval Stone Wall | Oil on Canvas | Framed   12 in. x 12 in. | $2000 | $2175 |
| 63) Autumn Cityscape | Oil on Canvas | Framed  13 1/2 in.   Tondo | $1650 | $1794 |
| 64) The Destructive Dance of Sandy | Oil on Canvas | Framed  14 in. x 18 in. | $4000 | $4350 |
| 65) Shadow Shaped Road | Oil on Canvas | Framed  19 in. x 23 in. | $5600 | $6090 |
| 66) Metropolitan Tree | Oil on Canvas | Framed   24 in x 24 in. | $5800 | $6307 |
| 67) A Glimpse of the Autumn City | Oil on Canvas | Framed   12 in. x 16 in. | $3800 | $4132 |
| 68) Golden Yellow Hilltop | Oil on Canvas | Framed  10 in.  x  13 in. | $2000 | $2175 |
| 69) Between the Green – Orange | Oil on Canvas | Framed 10 in.  x  13 in. | $2000 | $2175 |
| 70) Turning Ruby Red | Oil on Canvas | Framed 12 in. x 16 in. | $3800 | $4132 |
| 71) Seeing Red | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 72) Times of Transformation | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 73) Northern Meer | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 74) Preceding the Pergola | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 75) Taking a Turn Around the | | | | |
| English Garden | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 76) The Italian Garden Fountain | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 77) The Dana Discovery Center | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 78) Zigzag Garden | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 79) Echoing Shadows Within the Arch | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 80) Rock Around the Lake | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 81) The Richness of  Roads | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 82) Cultivated Gardens | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 83) Angel of the Water | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 84) Garden Statues | Watercolor | Framed 12 1/2 in. x 16 3/4 in | $985 | $1071 |
| 85) | | | | |

## Sculptural Works on Table

| | | | | |
|---|---|---|---|---|
| 86) Turn Table Triangles in Case | 3-D Etchings | Rotating Case  13 in. x 16 in. | $3000 | $3262 |
| 87) Cleopatra's Needle Pyramid | Oil on Canvas | Four 36 in. Triangles | | |
| | | 38 in. x 38 in.  Pyramid | $48,000 | $52200 |
| | | | | |
| 87) Central Park Clockwork Mode | | Cube 8 in. x 10 in. | | |
| of Multi-colored Apps | Oil on Canvas | Twelve 2 in. x 2 in. squares | $15,000 | $16312 |

EXHIBIT #5

Plaintiff 000074

Gmail - Letter

**Gmail**

Annamarie Trombetta <artofannamarie@gmail.com>

**Letter**
1 message

**Scott Goodwillie** <scottgoodwillie@icloud.com>
To: Annamarie Trombetta <artofannamarie@gmail.com>

Thu, Apr 7, 2022 at 9:41 AM

To Whom it May Concern:

I am a professional artist and colleague of Annamarie Trombetta whom I have known for over twenty years.

In January 2015 I attended her first solo exhibition at the Union League Club Gallery on Park Avenue in New York City. I was impressed by her work and with the number of pieces in her show. When I was informed that Ms. Trombetta did not have gallery representation, I offered to speak with gallerists whom I knew in Chelsea on her behalf. I had done so in the past and in fact in 2002 I made an introduction to the Arnot Museum Director John Ahern on Ms. Trombetta's behalf. As a result she was included in the prestigious 2003 Representational Exhibit at the Arnot Art Museum in Corning New York.)

Months later, in the summer of 2015, I presented photos of Ms. Trombetta's artwork to some of my contacts. Two galleries in particular were interested , J. Cacciola and Tazza Gallery both located in Chelsea, NYC. In late August, upon scheduling a personal introduction, one of the gallerists found the eBay listing under Annamarie Trombetta's name and the owner of the gallery was no longer interested.

For those of us in the "Professional Field of Art", particularly in the year 2015, anyone selling artwork particularly on eBay or any other online platform is considered an amateur artist. The internet listing, once discovered by the galleries, sabotaged the interest in Ms. Trombetta's work. I can attest to this from personal experience that the internet link ended all possibilities of gallery representation.

I encouraged Ms. Trombetta to get the link removed from the internet as soon as possible and I am outraged that she had such a difficult time to remove the fake signature that was photo featured and referenced next to her biography. This ordeal has greatly affected Ms. Trombetta's income and reputation--for what it's truly "worth".

Sincerely,
Scott B. Goodwillie
646-784-0764

Sent from my iPhone

https://mail.google.com/mail/u/0/?ik=bbd0da4785&view=pt&search=all&permthid=thread-f%3A1729457219149628743&simpl=msg-f%3A1729457219149628743

# askART

What's my art worth?   Auction Records   Research Art   Buy / Sell   Our Services          Sign In   Subscribe

Enter artist name or use alphabet                        a b c d e f g h i j k l m n o p q r s t u v w x y z

# Terms of Service and Internet Privacy Policy

## ACCEPTANCE OF TERMS

Welcome to askART. These terms and conditions of use apply to and govern your use of the askART Web site (the "Site"). By using this service, you agree to the terms and conditions outlined below. If you do not agree to these terms and conditions, please do not use this site. The right to use askART services is personal and not transferable to any other person or entity.

Unless explicitly stated otherwise, any new features or service offerings that augment the current Service (as defined below) shall be subject to these Terms of Service.

askART reserves the right to change, modify, add or remove portions of these terms at any time, without notice to you. Usage of the site after changes are posted means you have accepted all such terms as posted.

As a Subscriber, unless otherwise agreed upon, the Subscriber account is limited solely to you and does not include usage by additional people or entities. You will be allowed almost unlimited access unless the activity level reaches our most active list, as determined in our sole discretion. In such case we reserve the further right in our sole discretion to issue replacement passwords at any time, and if appropriate, offer the service at a price to you to reflect this higher level of service usage. We also reserve the right to terminate your account with or without notice if we determine an abuse regarding the spirit of this agreement. We will confirm with you before making a custom pricing change, in which case you may subscribe on those different pricing terms. If you do not accept such different pricing terms, you or askART may elect to discontinue your subscription at any time.

askART reserves the right to cancel an account if in our sole determination there is unusual usage, not limited to automatic searches, storage or piracy of our data. Further, askART reserves the right to terminate any account for any reason not identified in these Terms of Service and that is not prohibited by law.

## LICENSE TO USE THE SITE

askART grants you a non-exclusive, non-transferable, limited right to access, use and display of the Site and the materials thereon for your personal use only, provided that you comply fully with these terms and conditions of use. You shall not interfere or attempt to interfere with the operation of the Site in any way through any means or device including, but not limited to, spamming, hacking, uploading computer viruses or time bombs, or the means expressly prohibited by any provision of these terms and conditions of use.

## OWNERSHIP; RESTRICTIONS; TRADEMARKS

askART owns, controls, licenses or has the right to use and provide the Site and all material on the Site, including, without limitation the askART Artist database, text, images, artist biographies, price valuation reports, articles, photographs, illustrations, audio and video clips, (collectively the "Content". The Site is protected by copyright as a collective work and/or compilation, pursuant to U.S. copyright laws, international conventions, and other copyright laws. askART is the owner of the copyright in the entire Site. askART owns a copyright in the selection, coordination, arrangement and enhancement of the Site. You agree to abide by any and all copyright notices, information or restrictions displayed on the Site. askART does not grant permission to users of the site to reproduce images of original works of art.

You may not modify, create derivative works from, participate in the transfer or sale of, post on the World Wide Web, or in any way exploit the Site or any portion thereof for any public or commercial use without the express written permission of askART. You are responsible for complying with all applicable laws, rules and regulations regarding your use of any such downloaded Content. In the event of any permitted copying, redistribution or publication of material from the Site, no changes in or deletion of author attribution, trademark, legend or copyright notice shall be made.

askART and Artist Bluebook are trademarks and service marks of askART, Inc. ALL RIGHTS RESERVED. All other trademarks, service marks, product names and company names or logos appearing on the Site are the property of their respective owners. Any use of such trademarks, service marks, product names and company names or logos, including the reproduction, modification, distribution or republication without the prior written permission of the owner of same, is strictly prohibited.

## USE OF INFORMATION

As a user of the Site, you acknowledge that you may provide information regarding your tastes and preferences, and you hereby authorize askART, Inc. and its affiliates to use such information in connection with any online or offline offering or any electronic mail offering directed to you. askART, Inc. is committed to protecting your privacy. Any information that askART, Inc. collects about you will be used to enhance your utilization of the Site. By using our web site, you consent to the collection and use of this information by askART, Inc. and its affiliates.

By uploading material to any forum or by submitting any comments, recommendations or data ("information") to us, you automatically grant (or represent and warrant to us that the owner of such rights has expressly granted) to us a perpetual, royalty-free, irrevocable, nonexclusive right and license to use, reproduce, modify, adapt, publish, sublicense, translate, create derivative works of and distribute such information worldwide and/or incorporate such information into any form, medium, or technology now known or later developed. In addition, you represent and warrant to us that all so-called moral rights in the information have been waived.