# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Annamarie Trombetta

Plaintiff
(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 CV 0993 (LTS)(SLC)

-against-

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Norb, Marie Novocin, Estate Auction Inc. Defendant

WorthPoint Corporation Second Defendant
(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 02/20/24 but did not file a notice of appeal within the required time period because:

Plaintiff filed a Rule 59 (e) and Rule 60 (1) (3) (6) Motion for Relief From Judgment on March 19, 2024. By right Plaintiff has the right to bring attention incorrect facts or Judge's Orders that Defendant's have not entered, to the Court's attention.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: March 20, 2024

Signature: Annamarie Trombetta

Name (Last, First, MI): Annamarie Trombetta

Address: 175 East 96th Street
City: New York
State: N.Y.
Zip Code: 10128

Telephone Number: (212) 427-5990
E-mail Address: atrombettaart@gmail.com

Rev. 3/27/15