

March 25, 2024

Jana S. Farmer
Phone: 914-323-7000
Jana.farmer@wilsonelser.com

**VIA ECF**
Hon. Laura Swain, U.S.D.J
Daniel Patrick Moynihan
United States District Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Annamarie Trombetta v. Norb Novocin, et.al.*
Civil Action No. 18-cv-993
Our File No. 19701.00006

Dear Judge Swain:

As your Honor is aware, we represent Defendant WorthPoint Corporation ("WorthPoint"). Please allow this correspondence to address Plaintiff's "Right to File a Motion to Alter or Amend Pursuant to F.R.C.P Rule 59 (e) and Pursuant To F.R.C.P Rule 60 Relief From a Judgment Based Upon Errors", which was filed as ECF 542 on March 19, 2024. With this Motion, Plaintiff has included documents that were produced during discovery by WorthPoint and were marked "CONFIDENTIAL". These documents now appear in Plaintiff's public filing as Exhibit 1: WorthPoint's redacted sublicensing agreement, marked "CONFIDENTIAL", and Exhibit 2: WorthPoint's webpage metadata text of Plaintiff's biography, marked "CONFIDENTIAL".

Despite the Court's previous warnings and instruction that Plaintiff must upload Confidential documents to the Court's public electronic file under seal, Plaintiff has again filed WorthPoint's confidential records as part of the public record. This is yet another example of Plaintiff's repeated and blatant disregard for the Court-issued protective order and confidentiality designations. Magistrate Judge Cave has already retroactively sealed Plaintiff's public filings once before in order to protect WorthPoint's information. See ECF 224-227.

Accordingly, we again respectfully request that the Court seal the Motion papers, together with any further relief as the Court deems just and proper.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Jana S. Farmer*
Jana S. Farmer

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Mississippi • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com



cc: All counsel
     Annamarie Trombetta

The foregoing request is granted.  The Clerk of Court is respectfully directed to seal Plaintiff's motion for reconsideration, docket entry no. 542, with access limited to Plaintiff, Defendants, and court personnel.  Ms. Trombetta is again reminded that she is prohibited from filing confidential information on the public docket.  All confidential information disclosed during discovery or the course of this litigation must be filed with the Court under seal.  This resolves docket entry 544.  The Court will consider and decide Ms. Trombetta's motions for reconsideration and extension of time to file an appeal. (Docket entry nos. 542, 543.)  The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Trombetta at 175 East 96th Street, Apt. 12R, New York, NY 10128.  SO ORDERED.

Dated:  March 25, 2024
/s/ Laura Taylor Swain, Chief U.S.D.J.