April 6, 2024

The Honorable  Chief Judge Laura Taylor Swain
United States District Court Southern District of New York
500 Pearl Street
New York  New York, 10017 -1312

**Re  : Failure of Estate Auctions Inc.'s Attorney Anderson Duff to email Plaintiff  a copy of  Doc. 548**

To  The Honorable Judge Laura Taylor Swain :


        Plaintiff  respectfully  submits  another  letter  in addition to Doc. 549 to inform  and request  Your Honor  to order Estate Auctions Inc.'s attorney Anderson Duff to email Plaintiff a copy of Doc. 548.


        Attached as **EXHIBIT #1**  is my email  inbox documenting WorthPoint's attorneys sent Doc. 547 and not  EAI's  Doc. 548 and on the upper right and the lower left is the notation of April 6, 2024.  As a Pro Se Litigant I can view the public docket which only lists the numbered filings in the case.  I cannot view the document.  This is my second request  and notation to the Court of attorney Anderson Duff's failure to email me Doc.548.

      The four day delay has unnecessarily created a problem for the Plaintiff.  In light of this problem, I am requesting an  extension two days to respond to Doc. 548  due on April 11, 2024.


        I have contacted The New York Legal Assistance Group.  I was informed that my responses are due on April 9, 2024.  I  will be filing my reply to  Doc. 547 after my  legal consultation.

        Attached as **EXHIBIT #2** is proof of my April 6, 2024  email sent  to Anderson Duff requesting a copy of  Doc. 548.



April  6, 2024                                          Respectfully Submitted,
Annamarie Trombetta
175 East 96th Street (12 R)                  ——— Electronic Signature————-
New York,New York 10128

                                                          /s/ Annamarie Trombetta  April 6, 2024
                                         _____

                                                          Annamarie Trombetta





Outlook

Home    View    Help

New mail

Delete >    Archive    Report >    Sweep    Move to >    Read / Unread

Meet Now

Search

> Favorites

Inbox    18

Sent Items

Drafts    62

Add favorite

> Folders

> Groups

Sent Items ⭐

ajd@andersonjduff.com; Adam Bial...    6:41 AM
Plaintiff request for a Copy of ...
To Mr. Duff, On April 4, 2024 I filed a lette...

> March

adam.bialek@wilsonelser.com; ...    Wed 3/27
Plaintiff's March 26, 2024 Lett...
To All Parties, Please see attached letter a...

📄 March 26, 2024 L...    +1

Farmer, Jana S. ; Adam Bialek; Cahil...    Tue 3/26
Plaintiff's request for Doc. 544
To all attorneys, It is mandatory to email ...

📄 Doc 547.pdf    +1

adam.bialek@wilsonelser.com; ...    Wed 3/20
Plaintiff's Pursuant to Rule 59...
To All Parties, Attached is f 18-cv-0993 Pl...

📄 Plaintiff's Motion ...    +15

Older

Plaintiff request for a Copy of Doc. 548

AT    Annamarie Trombetta
To: ajd@andersonjduff.com;  +3 others
Sat 4/6/2024 6:41 AM

To Mr. Duff,

On April 4, 2024 I filed a letter with the Court requesting a copy of Doc. 548.  This was a public request which you failed to respect.

Today is April 6, 2024, I still need a copy of Doc. 548 and I am emailing you directly for a copy of your filing.

Kindly send Doc. 548 to this email.

Annamarie Trombetta
April 6, 2024

↩ Reply    ↩ Reply all    ↪ Forward