In The United States District Court For Southern District of New York

_____

Annamarie Trombetta,

     Plaintiff,

       vs.

Norb Novocin, Marie Novocin,
and   Estate Auctions Inc.

      and

WorthPoint Corporation

     Defendants

_____

Civil Action No. 18-cv-0993-RA-HBP

**PLAINTIFF'S REPY TO DOCKET 548**

**PLAINTIFF'S REPLY TO DEFENDANTS NORB AND MARIE NOVOCIN AND ESTATE AUCTION INC, 'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO F.R.C.P RULE 59(e) ANDPURSUANT TO F.R.C.P RULE 60 FOR RELIEF FROM A JUDGMENT BASEDUPON ERRORS AND THE DECISION WAS MANIFESTLY UN JUST**

**TABLE OF CONTENTS**

A.  PLAINTIFF 'S PRELIMINARY STATEMENT ……………………………………….…4

B.  STANDARD OF REVIEW RULE 59 (e) RULE 60……………………………………4, 5


**ARGUMENTS**


C. PLAINTIFF'S REPLY TO   ESTATE AUCTIONS INC  OPPOSING  MEMORANDUM
    OF   LAW  DOC 548 …………………………………...…………… 5,6,7,8,9,10,11,12,13


D.  TEN  REASONS  TO  REVIEW  EAI'S  EBAY SALE RECEIPT…………………………8

  1- APRIL  27, 2022 EAI  EBAY  TRUNCATED RECEIPT EAI00058-59

  2- NOV. 16, 2022 EAI EBAY RECEIPT EAI00060 MINUS YELLOW BAR / TEXT

  3- NOV.  22, 2022  in DOC. 371 META DATA ELECTRONIC EMAIL

  4 -Doc. 371 AND   EXHIBIT #6.  EXAMPLE OF DIGITAL EMAIL

  5- JUDGE  CAVE'S  ACKNOWLEDGMENT  OF  DOC.371  AND DIGITAL EXHIBIT

  6-JUDGE CAVE'S ADMISSION  NOT AN  IT PERSON PAGE 14

  7- DEC. 5, 2022   PATRICK O'LEARY'S  AFFIDAVIT AND EXIBITS  DOC. 322

  8- DEC. 9, 2022 LETTER  EAI  FAILED TO PRODUCE ELECTRONIC EMAIL Doc. 331

  9- DEC.13 2022 9- EAI PRODUCE  TRUNCATED EVIDENCE i EAI000073 to EAI000079

  10-DEC.16.2020  PLAINTIFF LETTER TO JUDGE CAVE ON EAI  EVIDENCE Doc. 339


E  PERMANENT INJUNCTIVE RELIEF ……………………………………………........13


E.. CONCLUSION…………………………………………………………………………..13

# CASES

White v. N. H. Dep't of Emp't. Sec., 455 U.S. 445, 451 (1982)…………………………………..…4

"Meghani v. Shell Oil Co., 2000 U.S. Dis. LEXIS 17402 *2, (S.D. Tex. Aug. 24, 2000) (citing Divane v. Krull Elec. Co., Inc., 194 F.3d 845, 848 (7th Cir. 1999)….…………………………..…………..4

" Holtz v. Rockefeller & Co. Inc., 258 F.3d 62, 69 (2d Cir. 2001) (quoting Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986)…………………………………………………………………….6

(16 Casa Duse,LLC v Merkin,791 F.3d247,256(2nd Cir. 2015)17 U.S.C. §102(a)(2)………….11

RULES

Fed. R.Civ.P. 59 (e)……………………………………………………………………………….4,5,6,7
Fed.R.Civ.P. 60…………………………………………………………………………………….4,5,6,7
Fed. Rule 201……………………………………………………………………………………………5
Local Rule 6.3 ………………………………………………………………………………………13
Fed. R. Civ. P. 9………………………………………………………………………………………6

## A. PLAINTIFF 'S PRELIMINARY STATEMENT

Estate Auctions Inc. Norb and Maric Novocin and attorney Anderson Duff filed an Opposition against Plaintiff 's Motion, Doc 542 Pursuant to Rule 59(e) which allows Plaintiff the right to submit newly presented evidence and/or to amend/correct clear errors. Any errors changing or effecting the controlling laws which renders a decision manifested unjustly, justifies the use of Rule 59(e) and Rule 59 (e) (3) fraud. The Rule 60, relief is for 60(b)(1), mistakes, inadvertence and excusable neglect. The Rule 60 (3) (b) is for misrepresentation or misconduct by the opposing part, and or Rule 60 (6) is defined as any other reason for Relief from Judgment. For all these reasons a Motion should prevail if properly plead. White v. N.H. Dep't of Emp't. Sec., 455 U.S. 445, 451(1982).

Plaintiff notes to the Court the most recent, willful delay to undermine the Plaintiff 's actions. Attorney, Anderson Duff failed to email me a copy or EAI's Memorandum of Law Doc. 548, filed on April 2, 2024 as per the legal requirement. In general, we all forget to email or send documents to the other party. Despite a two day delay, on April 4, 2024, I still did not receive Mr. Duff's Memorandum of Law Doc. 548. On April 4, 2023 I filed a letter with the Court in Doc. 549, to no avail. I filed another letter with the Court on April 6, 2024, in Doc. 550 to document Mr. Duff's willful failure to send me Doc. 548. On April 8, 2024 WorthPoint's attorney, Adam Bialek. emailed me Mr. Duff's filing in Doc. 548. (As aPro Se Plaintiff I am not signed onto Pacer etc. Defendants know this). Time revealed Estate Auctions Inc and Mr. Duff 's repeatedly delay in a very calculated pattern, to stall, all done to create endless problems and time constraints for the Plaintiff. EAI's willful intended delays to deceive me have caused Plaintiff to experience, stress, sudden ill health, most notable in Dec. 2022 into Jan. 2023 when I contracted Covid. The case events that contributed to contracting Covid harkens back to one simple Discovery request for Estate Auctions Inc.'s sales receipt for the 1972 oil painting allegedly sold on eBay.

Estate Auctions Inc. avoided or delayed production of documents and evidence, was compounded by the consistent deficiency in their evidence or contradictory statements. This pattern was evident in the online oil painting advertisement for the alleged sale of the 1972 Original Oil Painting Man With Red Umbrella. Estate Auctions Inc. advertisement dated this painting 1972 and included the year I was born. The four foot sized painting stated it was signed Annamarie Trombetta. The advertisement correctly spelled my first name. Years later, in Discovery, Estate Auction Inc produce the signature in red pencil that misspelled my name The purpose of filing my lawsuit, is to document if there is a 1972 oil painting it is counterfeit. My name, though incorrectly misspelled on the 1972 painting, could be passed off as an original and my name on that painting significantly increases its value from a few hundred to a few thousand dollars. The aim of my lawsuit in 2018, was to have the two forged signatures removed from the painting, to be compensated and to receive Declaratory Relief. Plaintiff asks the Court to consider that the whereabouts and the owner of the alleged the 1972 painting are all unknown. The artist and the person who signed the painting are also unknown. In Mr. Novocin's deposition, he testified that the person who allegedly bought the 1972 painting "Gifted" it to another party. Nothing can be verified or proven that it even exist.

I filed my Motions to Amend or Correct Rule 59 (e) and Rule 60 due to Judge Swain's Memorandum Opinion and Order in Doc.528. Plaintiff was not sure if the Court reviewed my two dated emails in 2015, verifying my consent and the confirmation that my biography had been listed on askART in 2015. To assure this, I filed my two 2015 emails and included, third party internet archivist, Wayback Machine and its only caption date on Sept 22, 2015. The three exhibits are in my Motion in Doc. 542. Under Fed. Rule 201, my personal emails 2015, detailing askART biography listing can be considered as adjudicative facts concerning the dispute or difference to the year my biography was listed on ask ART. This

evidence is helpful in determining the proper outcome in the case.  My  Motion R. 59 (e) and R .60 was  filed after I read  in Doc. 538,  which  overlooked  early  facts in  my case.  The reassignment to Judge Swain was in  June 2023.   Respectfully, I note  the  omission of  my Jan. 17, 2020, Proposed Amended Complaint  in  Doc. 33 and the dismissal of Doc. 341 which is Plaintiff's Proposed Amended Complaint to include F.R.C.P Fraud 9.  Filed as  **EXHIBIT #2** for the Court's convenience is a copy or  Doc. 341.

## B.   STANDARD OF REVIEW  RULE 59 (e) RULE 60

After a nonjury trial, the court  may,  on motion  open the judgment if one has been entered, to  add evidence, testimony,  or  to correct or amend findings of facts.  Motions to  amend or alter the judgment should be granted when there exists "a manifest error of law or fact, so as to enable the court to correct its own errors and thus avoid unnecessary appellate procedures.  "Meghani v. Shell Oil Co., 2000 U.S.Dis. LEXIS 17402 *2, (S.D.Tex. Aug. 24, 2000) (citing Divane v. Krull Elec.Co., Inc., 194 F.3d 845, 848 (7th Cir. 1999).  Use of Rule 59 (e) has to be based on incorrect factual determinations,  if the court  overlooked controlling decisions  data or evidence  required by the court to review. A fact is considered material if it "might" affect the  outcome of the  suit under the governing  law  and an issue of fact is a genuine one where "the evidence is such  that a reasonable jury  could return a verdict for the nonmoving party. " Holtz v.Rockefeller & Co.Inc., 258 F.3d 62, 69 (2d Cir. 2001) and Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986).  A court has  discretionary authority to amend its prior  decision.  Under  F.R.C.P.  Rule 60(a)  further provides that  the court may correct a  clerical mistake or a mistake arising from oversight  or omission  when  a substantial one is found in a judgment, order, or other part of the record.  F.R.C P. 60 (b) 60 (1), (b)(2), (b)(3), and (b)(6) , the Court may relieve a party from a final judgment or an  order if  mistakes were  made or any  reason that justifies relief.

Plaintiff documented all my actions prior to my lawsuit. My filings affirm, I never had any involvement or knowledge of either Defendants or its 1972 painting. Their public, internet post, listed under my name for 1972 Original Oil Painting, Man With Red Umbrella was fake. WorthPoint's ad had a photo of a signature (A. Trombetta) yet the ad wrote the 1972 original painting was signed " Annamarie Trombetta". WorthPoint's webpage had a copyright symbol, logos and written statement " © *Copyrighted work licensed by WorthPoint",* under its photo of the signature in oil paint in WorthPoint' webpage. Since it is not my signature or painting and I didn't have any association to either company, I only knew the ad was false and the signature in oil paint was forged. In August 2015, I immediately contacted eBay and WorthPoint and did so till Nov.2015. Verified in Pl. Evid. 000016, filed in Doc. 33 and last filed in Doc. 517- 4 on p.. 29 is WorthPoint's employee Anita Brooks' deceitful written direction for me to contact eBay to remove the false 1972 post. In Dec. 2015, in a recorded phone call with Jamie, an eBay rep, I was informed the false 1972 post was on WorthPoint's website- Jamie gave me WorthPoint contact info (inserted box). During this phone call, Jamie transferred me to eBay



During the same call I was transferred to an eBay specialist, named Archer. He confirmed the 2012, 1972 oil painting sale was "undefined". Plaintiff has known from December 2015 that



the advertisement produced by Estate Auctions Inc. was completely fraudulent. The failure of Estate Auctions Inc to produce one fully legible, eBay sale 's receipt, initiated my request for the electronic native raw or original email to verify or prove the 2012 sale did or did not occur.

## C. PLAINTIFF'S REPLY TO ESTATE AUCTION INC.'S OPPOSING MEMORANDUM OF LAW PLAINIFF'S MOTION SURVIVES UNDER RULE 59 (3)

Mr. Duff's Memorandum of Law in Doc. 548 states on page 2 *" Because Plaintiff fails to identify any controlling decisions or data overlooked by the Court that might reasonably be expected to alter the conclusion articulated in the Court's Order, Plaintiff's motion to alter or amend the Order pursuant to Rule 59(e) of the Federal Rules of Civil Procedure should be denied in its entirety."*

As aforementioned, Estate Auctions Inc. produced a signature that misspelled my name and purported they "grabbed" my biography from ask ART in 2012, when in fact my biography was listed for the first time, in 2015. I add to these two falsities that Estate Auctions Inc.'s initial production of the alleged 2012 eBay sale failed to be completely legible. It took another seven months for EAI to produce a complete uncut eBay sale receipt. Unsurprisingly the second production of the eBay sale receipt failed to replicate and or duplicate the same text and same visual icons in the first eBay sales receipt. The strategy and pattern of Estate Auctions Inc has always been to ignore or consistently delay, in order to deceive and produce deficient, incomplete and unverifiable evidence. Mr. Duff stated the Rule 59 Motion are denied unless the moving party can point to controlling decisions or data that the court overlooked." Plaintiff will structure my argument in chronological order.

## D. TEN REASONS TO REVIEW EAI'S EBAY SALE RECEIPT

1- I bring to the Court's attention the date of production and content in EAI's alleged eBay sales receipt with deficiencies on the right side of the eBay sales receipt. It was produce on April 27, 2022 almost three weeks past the first Discovery deadline, bate stamped EAI00058. Annexed for the Court's convenience as **EXHIBIT # 1**

2- To bring to the Court 's attention the production and content in EAI alleged eBay

sales receipt  t  produce on November 16, 2022,  seven months after the first sales receipt. It is

bate stamped     EAI00060 in  **EXHIBIT #3.**  The visual differences  between EAI's  April 27,

2016  ebay sales receipt and  EAI's second eBay  are very remarkable and with blatant changes

Missing is the bold Yellow  bar under Congratulations your item sold.  The text    deficiencies

seen in EAI  second  receipt  reveal it s not the same as the first eBay receipt. There was

allegedly one sale.  Simple logic commands the  two receipts should  be and look the same.

3- I bring to the Court's attention  my letter filed  with the Court on November 22, 2022  in Doc.

371. My letter was filed a day before the Conference call. Plaintiff wanted to document and

illustrate what an electronic/ digital email looked like and  I wanted the Defendants to see it, also

Judge Cave  and for it to be  on the Court record.  Inserted in the box below  is an excerpt from

my November 22, 2022 letter.   Plaintiff filed visual examples of a complete email and the same

email exported as a digital electronic raw   email file.   Again my request for an electronic PDF

---

Plaintiff is submitting an EXAMPLE what I am requesting from Mr. Duff.  I have submitted   a print out
of my Feb. 20, 2016 email from WorthPoint Customer Service and in addition  I have attached a PDF
version of the SAME email in the  original, raw message  format so  the Court is aware of what is is I am
requesting from Mr. Duff for the Dec. 1 2012 eBay email to Estate Auctions Inc. **EXHIBIT# 5  Feb. 20,
2016 email  Print out     EXHIBIT #6 PDF version of raw message of Feb. 20, 2016 Feb. 20, 2016
from WorthPoint Customer Service.**

---

was to  discern which  of the two eBay receipts that were not authentic. Filed as **EXHBIT #5**  are

exhibits #1 to #5 in Doc. 371 which document  the dates when I made my requests to  Estate

Auctions Inc. to produce the  eBay sales receipt.

4-- I bring to the Court's attention  my letter filed on November 22, 2022  filed in Doc. 371

I filed an example of an electronic raw email from WorthPoint sent to me on February 20,  2016

to the Plaintiff .  I have attached  my  November 22, 2022 electronic mPDF from  Doc. 371 as

**EXHIBIT #6**.   The complete digital copy has the original email with coding and IP addresses.

Nothing can be cut off, truncated it is on a white background not an abnormal black background.

5- I bring to Your Honor's attention Judge Cave's acknowledgment of Plaintiff' letter filed on November 22, 2022 in Doc (ECF). 371, noted on line 12, 13 on page 16 the November 23, 2022. I also note in line 13 to 16 Judge Cave states that the meta data is a *" bunch of*

```
 8          THE COURT:  And what I'm interpreting Ms.
 9   Trombetta to be saying is she wants to confirm that
10   the PDF and the raw email that was sent to her are, in
11   fact, the actual authentic documents.  And so if you
12   look at exhibit 4 to her letter yesterday, which is
13   ECF number 317, it's a bunch of garbled characters
14   that make no sense to me but I am sure to an IT person
15   they'll say, yes, this is the metadata for an email.
16   And so --
```

*garbled characters that make no sense to me but I am sure to an IT person they'll say yes, this is the metadata for an email".* I note that Judge Cave admits she does not know or understand the meta data of an email .

6- I bring to Your Honor's attention Judge Cave's acknowledgment regarding meta data "Her Honor stated *" as a lay person and I don't know the first thing about this either "* the reference is to the meta data for the email on page

In summary, Estate Auctions Inc's eBay email meta data for the 2012 oil painting sales, in its entirety would confirm if there was an email and if a sale on eBay occurred. I was requesting the electronic email in a digital PDF format because in this format the content of the My intention was to send it to my internet expert witness, Patrick O'Leary to analyze next to EAI evidence bate stamped EAI000058 produce on April 27, 2022 and the second yet different

EAI eBay sales receipt bate stamped EAI0000060 produce on November 16, 2022. to find out which one was the true EAI eBay sales receipt . DURING the November 23, 2022 Conference call. The failure to produce the full eBay email confirms science, fraud and willful intent to deceive. Judge Cave and Mr. Duff admitted that each one did not know for sure what the meta

```
15          THE COURT:  I think it's something different,
16   Mr. Duff, to be candid, I think -- I think what she's
17   talking about is the metadata for the email and I
18   realize that as a layperson, and I don't know the
19   first thing about this either, but do you have someone
20   in your office who could extract the metadata for the
21   email and then produce it basically like in a PDF?
```

data was yet Judge Cave issued a ruling on EAI's truncated -cut off evidence in EAI000073 -79. Despite my visual examples filed on November 22, 2022, which was discussed during the Conference Call, Defendants failed to send me one easily exported email for the 2012 eBay sale. Instead, during the Conference Call, WorthPoint's attorney Adam Bialek emailed Plaintiff ambiguous coding. For the Court's convenience I attached the Doc. 526-1. Please view the exported electronic email Adam Bialek emailed to the Plaintiff during the November 23, 2023 Conference Call on Page 12 to 17 of **EXHIBT #7**. You can see the Message ID—the Date—To —From- and in blue type the Download Original one needs to click on to export the email. On pages 7 to 10 is Mr. Bialek's email sent to me which is just coding. Once it is seen it is easy to discern the deception to conceal the fact that Estate Auctions Inc did not truthfully produced the eBay exported email alleged from 2012. Please view Doc. 517 -9 on pages 22 to 28 to view Estate Auctions Inc incomplete, alleged evidence in EAI000073 to EAI000079 **EXHIBIT#8**

Upon Judge Cave's admission that she did not know anything about meta data of an email. I contacted my expert witness Patrick O'Leary. After deciphering the coding sent to me by the attorneys, we both agreed to file an Affidavit so Judge Cave would understand the differences in the eBay receipts.Producing the Affidavit left no time for him to complete his expert report.

7- On Dec. 5, 2022 in Doc. 322, Plaintiff filed a letter and an extensive Affidavit by my internet expert witness, Patrick O'Leary. Mr. 'Leary's was contacted by the Plaintiff to decipher the ambiguous coding I received from WorthPoint's attorneys and not EAI's Mr. Duff.

8- On Dec. 9, 2022, in Doc. 331 I filed another letter to Judge Cave to inform the Court EAI still did not produce the native electronic email that take less than one minute to export.

9- On or Dec. 13, 2022, Estate Auctions Inc produced truncated document in EAI000073 to EAI000079. Mr. O'Leary and another computer colleague confirmed the data was bogus and ridiculous. Visibly there is no continuation from one page the next and like the first eBay email receipt. the right side of each page is cut off. The black background with white type is atypical.

10- On Dec. 16, 2022 in Doc. 339 Plaintiff filed a letter with the Court with an attachment to convey to Judge Cave, the text in EAI0000073 to 79 is not the raw email text. Without being exported text can be cut, pasted and altered in a page document. Judge Cave neglected to consider these facts, despite my visual ads that I filed in Doc. 339.

The way to prove an email is true is to export the email electronically which is easily done in one minute. My Dec. 16, 2022 letter requested Judge Cave, who admitted she was not a IT person to reconsider dismissing EAI's deficient evidence. Just by looking at EAI0000073 to 79, each page is cut off on the right side and bottom. The same pattern by EAI to produce bits, fragments and pieces is done to conceal or change the facts. My biography was not on askART

in 2012. I have irrefutable evidence in my dated emails. According to Local Rule 6.3 all matters or controlling decisions which l believe Judge Cave and the Court has overlooked, stem from Estate Auction Inc's fragmented, cut or altered versions of the eBay email and EAI000073 to 79

Both Defendants EAI and WorthPoint Corp.have falsely accused me of not producing any new evidence. My 2015 bate stamped price list my Jan. 2025 email response to Professor Goldstein and Professor Goldstein's passing, the November 23, 2022 Conference call and my actual and statutory damages and an email sent to Defendant on Mr. Patrick O'Leary's rates/fees.

## H.   CONCLUSION

Plaintiff has been forced to defend myself against the most unethical Defendants. Estate Auctions Inc has willfully ignored the fact that I am not the artist and misattributed the 1972 Oil Painting, even though my name is mispelled. In 2017, I hired a lawyer. The Novocin ignored the fact that I lost a sale due to their false ad. The unending problems, gamesmanship, withheld Discovery is indicative of willful intent to deceive and commit fraud. Defendants' actions have worked an extreme and undue hardship against Plaintiff. The expense to produce Mr. O 'Leary's Affidavit, resulted in his inability to complete his report. WorthPoint sent a forty dollar check despite sending them Mr. O'Learys hourly rate and created problems for me. Mr. O'Leary was my key witness, who owned an online website company. Plaintiff requests, as a legal remedy that the Court grant permanent injunction relief against both Defendants. My lawsuit and Motion in Doc. 542 seeks to legally prevent Estate Auction Inc and its owners from any further use of my name on "false" misattributions in an attempts to create a counterfeit secondary art market with my brand and my identity. Plaintiff respectfully request the Court to grant Plaintiff's Motion and grant any other further or different relief the Court deems just and proper.

Respectfully Submitted by

Annamarie Trombetta
175 East 96th Street (12 R)
New York. New York 10128
Pro Se Plaintiff

——Electronic Signature ——

/s/ Annamarie Trombetta  April 9, 2024

Annamarie Trombetta Pro Se Plaintiff

# EXHIBITS

## PLAINTIFF'S  REPLY TO  ESTATE AUCTIONS  INC.  DOC.  548

**EXHIBIT #1  Estate Auctions Inc. April 27, 2022 eBay receipt EAI000058**

**EXHIBIT #2  Doc. 342  Plaintiff's Proposed Amended Complaint for Estate Auctions Inc**

**EXHIBIT#3 Estate Auctions Inc. April 27, 2022 eBay receipt EAI000060**

**EXHIBIT #4 November 23, 2022 Conference Call Page 14 and page 16**

**EXHIBIT #5  November 22, 2022 Doc. 371 with Exhibits # 1-#2-#3- #4 and # 5**

**EXHIBIT # 6 November 22, 2022 Doc. 371  Exhibit #6 Electronic Email**

**EXHIBIT #7  Plaintiff's Doc. 526**

**EXHIBIT #8  Estate Auctions Inc Deficient Evidence EAI000073-EAI000079**

.

In The United States District Court For Southern District of New York
_____
Annamarie Trombetta,
Plaintiff, Civil Action No. 18-cv-0993-RA-HBP
vs.
Norb Novocin, Marie Novocin,
Estate Auctions Inc.
and
WorthPoint Corporation
Defendants
_____

CERTIFICATE OF SERVICE

I certify that on April 9, 2024, a true and correct copy of the foregoing document was served

upon the parties of record via the Court's CM/ECF system and directly to all attorneys listed

below to include Adam Bialek, Jana Farmer and John Cahill attorneys for WorthPoint

Corporation and attorney Anderson Duff representing Marie and Norb Novocin and Estate

Auctions Inc.

Dated: New York, New York   April 9, 2024

                                        Respectfully Submitted by

Annamarie Trombetta              ——Electronic Signature ——
175 East 96th Street (12 R)
New York. New York 10128         /s/ Annamarie Trombetta    April 9, 2024
Pro Se Plaintiff                 _____

                                     Annamarie Trombetta Pro Se Plaintiff

Attorneys for Defendant WorthPoint Corporation

TO : Adam R. Bialek
150 East 42nd Street
New York, New York 10017 Telephone:
Telephone: (212) 915-5143 Fax: (212) 490-3038
Email : Adam.Bialek@wilsonelser.com

TO : Jana Slavina Farmer
1133 Westchester Avenue White Plains, New York 10604
Telephone: (914) 872-7247 Fax: (914) 323-7001
Email : Jana.Farmer@wilsonelser.com
Attorneys for Defendant WorthPoint Corporation

TO : John Cahill
150 East 42nd Street
New York, New York 10017
Telephone: (212) 915-5143 Fax: (212) 490-3038
John.Cahill@wilsonelser.com
Attorneys for Defendants Norb Novocin, MarieNovocin, and Estate Auctions, Inc.


TO: Anderson Josiah Duff (via email)
Hogan Duff, LLP
43-10 Crescent St., Ste. 12173
Long Island City, New York 11101
Telephone: (646) 450-3607
Email ajd@hoganduff.com

United States District Court
Southern District of New York

_____

Annamarie Trombetta

Plaintiff
vs.

Norb Novocin, Marie Novocin
and   Estate Auctions Inc.
and

William Seippel & WorthPoint Corporation
5 Concourse Parkway NE, Suite 2850
Atlanta, Georgia 30328

Defendants

_____

Case No. 18-cv-0993-RA-HBP

**PLAINTIFF 'S  MOTION  FOR  LEAVE TO FILE A  PROPOSED AMENDED  COMPLAINT  FOR FRAUD,  EMOTIONAL DISTRESS, TORT  AND PERMANENT  INJUNCTIVE  RELIEF  AGAINST EAI  AND  NORB  AND  MARIE NOVICIN  AND WORTH POINT  CORPORATION  DUE  TO THE WILLFUL  CONCEALMENT AND FALSIFICATION OF FACTS  AND  FALSE  ADVERTISING**

## MEMORANDUM  IN  SUPPORT  OF  PLAINTIFF 'S  MOTION  FOR  LEAVE TO  FILE  A  PROPOSED  AMENDED  COMPLAINT  TO  INCLUDE FRAUD,,  FALSE  ADVERTISING  EMOTIONAL DISTRESS AND  A REQUST   FOR DECLARATORY, PERMANENT  INJUNCTION AND OTHER  EQUITABLE   RELIEF

### FIRST  DEFENDANTS ONLY : ESTATE AUCTIONS  INC. NORB AND  MARIE NOVOCIN PROPOSED   AMENDED   COMPLAINT

Pursuant to Rule 15,  Rule 15 (a) (2),  Rule 15 (c) (1) (a),  Rule 15 (d) and  Rule  26.01  of  the Federal Rules of  Civil Procedure  and this Court,  Plaintiff  hereby respectfully submits this Memorandum in  Support of  Plaintiff's Motion for Leave to  File  a Proposed  Amended Complaint to add  Fed. Rule of  Civil  Procedure  Fraud 9 (b) and for the Plaintiff's Request  for  Permanent Injunction and Other Equitable Relief ("Amended Complaint").   Rule 15(c)(1)  indicates that an amendment to a complaint will relate back to the date of the original pleading if certain conditions are satisfied.   First, the law that provides the applicable statute of limitations must allow the relation back. Fed. R. Civ. P. 15(c)(1)(A).

## INTRODUCTION

The Defendants,  Estate Auctions Inc.  have consistently purported confusing, illogical,  multiple versions  and obscured responses to Plaintiff's  very simple and  direct questions.  Based  on  past

events and  obvious  false  statements, spelling errors  within  the ad  and in the red signature on  the back of the 1972  Original  Oil  Painting and the  recent production of  three different, sales receipts  for  one eBay  sale  for the 1972 Original  Oil Painting;  Plaintiff set forth my  Proposed  Amendment  Complaint to  address these  flagrant  falsities.  The additional  Discovery responses and information  in the Defendants' own filings  exhibit such "bad  faith," to the extent of  willful, conscious  intent,  the actions  necessitate  a claim for Fraud and Tort.  Plaintiff's claim for  Fraud,  also  substantiates  Plaintiff's  initial  Request for Declaratory  Relief,  as I am not the artist  who  created or  signed the  1972 oil  painting.  The willful concealment, failure to produce any computer data, or any of the  original  12 photos written and described in the as for the  1972 internet listing for the oil painting,  conjoined with  the delayed  production  of the  misspelled red signature similar to my name;  calls  for the Plaintiff to  request  Permanent  Injunction  Relief to prevent any further  false  assertions  from both  Defendants.  My Proposed  Amended  Complaint  intends to illustrate  contradictory  EAI  written and verbal  statements,  revealing fraudulent conduct,  beginning  from  my  first  encounter  with EAI  Defendants Marie  and Norb Novocin  spanning  through to EAI's the most  recent  production of three separate  eBay receipts with distinct  alterations, produced at  different times.

Plaintiff's  Proposed  Amended Complaint  is  in tandem  with  Judge  Cave's most recent  Order in  Doc. 308.  The  language  of Rule 15 (a) (2) states the  amendment  should be freely  allowed "when justice so  requires."  Further,  Rule 26.01  states that an  amendment may be  allowed " at any stage of an action  and  may  permit  parties  to  sought to  amend  their pleadings  just before  trial.  Also,  Rule 26 .01 gives  the court's  permission  if the  amendments  are  substantive— and support laws that creates or  defines  rights,  duties,  obligations,  and causes of  action that can be enforced by law.  Additionally  "under  New  York  law" a claim  for Intentional  Infliction of Emotional  Distress  (IIED) requires a showing of: (i) extreme and  outrageous conduct;  (ii)  intent to cause, or  disregard  of a substantial  probability of  causing,  severe  emotional  distress;  (iii) a  causal  connection between the conduct and  injury; and  (iv) severe  emotional  distress.'"  Rich v. Fox News  Network, LLC, 939 F.3d 112 (2d Cir. 2019)  (quoting  Howell v. N.Y.  Post Co.,  Inc., 596 N.Y.S.2d  350, 353 (N.Y. 1993)). As the Second  Circuit  has  explained: Under

New York law, although the standard of outrageous conduct is strict, rigorous and difficult to

satisfy, that is not the case when there is a deliberate and malicious campaign of harassment or

intimidation. Plaintiff's claim of Tort, both intentional and negligent necessitates the Discovery Rule,

a rule in tort law which sets the statute of limitations for a cause of action not to begin to run until

the time that the injured party discovers or reasonably should have discovered the injury. Plaintiff

claims for pain and suffering have spanned seven and half years.

    Plaintiff seeks to amend my complaint for reasons defined within my submission below for

well warranted, obvious and justified claims to include Fraud, Tort and IIED. The willful denial

by the EAI Defendants conjoined with their reluctance to resolve this case when I produced to

all Defendants irrefutable evidence and that I am not the artist, has resulted in a severe loss of time,

the inability of Plaintiff to earn a living due to the submissions required in litigating this case and

delay any rectification or resolution regarding a counterfeit painting baring a near similar name

to the Plaintiff. This steadfast, willful reluctance, denial and/or prolonged production of

Discovery are simultaneously consistent with emails sent from both attorneys who have both

referenced the 505 Copyright Act for attorneys fees the Plaintiff will incur at the end of this case.

Again, I did not paint in oils at age nine. I dod not paint or sign the 1972 oil painting, which I

consistently conveyed, evidenced in phone recording in writing and before I filed a lawsuit and now

produced within litigation. Discovery and deposition responses by the Novocins have uncovered

and documented a conscious willful attempt to abscond Plaintiff's identity and reputation to

falsely associate the 1972 oil painting with my true self authored biography.The willful attempts

by all the Defendants, who requested Plaintiff to produce Settlement Letters was then rejected as

 was most recently on Nov. 23, 2022. This "entraps" the Plaintiff in continuous litigation, when

I duly informed both parties and produced irrefutable evidence to substantiate all my claims.

This full year that is almost at it's conclusion, has resulted in a continuous sustained, emotionally

stressful set of circumstances, usurping Plaintiff 's well being and causing loss of time while

concurrently burdening the Plaintiff and the Court with e forced legal responsibilities to include the

production of letters and documents by myself and my witnesses. All this work has derailed and

prevented the Plaintiff from actively painting as pursuing my career. Since this case began in good faith and with integrity has consistently submitted responses and evidence to the unpredictable, excessive demands by both Defendants, which totals over nine hundred documents.

Granting the Proposed Amendment Complaint would not be futile because the Second Amended Complaint ("SAC"), just like the First Amended Complaint ("FAC"), contains detailed factual allegations supporting each of Plaintiff's claims. Each claim has a correlating exhibit of evidence in support to verify the Plaintiff's claim. There will be no futility resulting in examining the Plaintiffs' new claims, as these claims arise from the Defendants' willful intent to misrepresent Plaintiff' integrity and to willfully intend to misrepresent, to the Plaintiff. evidence, conduct and practices that Defendants have admittedly engaged. Based on the simple, plain reading of the evidence, all will assists in facilitating Plaintiff's claims confirmed by truthful facts substantiated in and by evidence produced to the Defendants and by the Defendants.

## JURISDICTION   AND   VENUE

The Court has subject matter jurisdiction pursuant to Rule 15 of the Federal Rules of Civil Procedure. FRCV Rule 15 provides that " a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). This Court has supplemental jurisdiction over the New York State law claims pursuant to 28 U.S.C. § 1367.

### Legal Standards of  F.R.C.R Fraud 9 (b) To Amend Plaintiff's Complaint

Plaintiff's moves the Court to include fraud against each Defendant due to the constant, willful, conscious misbehavior with the knowledge that Defendants have purported false and misleading information to the Plaintiff, about the Plaintiff and in reference to the "1972 Original Oil Painting Ad Man With Red Umbrella", to the general public at large and at present, to the Court in the public filings of this case. All the Defendants, EAI and WorthPoint Corp. demonstrated by concealment of evidence and by submitted false evidence that all parties exemplify an intent "to manipulate, deceive and/or defraud." the Plaintiff and the Court. The Southern District Court of

New York, also known as the Second Circuit has held that Rule 9(b) requires fraud complaints to allege facts that lead to a "strong inference" that the defendant has the requisite state of mind.

Plaintiff's Motion for my Proposed Amended Complaint harkens back to the Court's Scienter, notation by Judge Abrams in her Order and Decision filed in Doc, 187 on 12/21/21 on page 19 of 26. Judge Abrams wrote ~ *" Trombetta also states that the use of her biography was unauthorized and that she contacted WorthPoint to inform the company of the "false posting" Id at 6. In other words, her biography was not "licensed by WorthPoint" as the webpage claimed. At this stage Trombetta's allegations with respect to the falsity of the CIM are sufficient to state a claim. They are sufficient to allege scienter as well."* Prior to Judge Abrams December 21, 2021 conclusion, Judge Caves' March 19, 2020 Order and Decision, Doc. 40 on page 10 of 14 stated *" With respect to the scienter element of both the § 1202(a) and § 1202(b) claims, the "Second Circuit has stated that courts should be lenient in allowing scienter issues to survive motions to dismiss." Aaberg, 2018 WL 15803037, at \*9 (citing In re DDAVP Direct PurchaserAntitrust Litig., 585 F.3d 677, 693 (2d Cir. 2009))" . ~ Ms. Trombetta alleges that she contacted Mr. Novocin, Worthpoint.com employees, and Mr. Seippel on more than one occasion to complain about the misinformation in the internet posts about the Painting and request their removal. She alleges that, as to EAI, Mr. Novocin deliberately disregarded her requests and told her, "Go For It and Hire an Attorney," and as to Worthpoint.com, Mr. Seippel instructed that the posts be removed, but they were later reposted."* The degree of the scienter element is typically and presumably determined throughout the Discovery process. Scienter can be proven by the presentation of evidence to show the perpetrator's state of mind, one of the key elements in F.R.C.P 9 (b) and must be plead with particularity. The evidence must typically show that the perpetrator acted knowingly, willfully, intentionally or in reckless disregard of the law. Plaintiff has detailed statements and facts below.

Pleading Rule 9(b) of the Federal Rules of Civil Procedure permits allegations of malice, intent, knowledge, and other conditions of the mind to be alleged "generally". To plead such allegations sufficiently, one must offer sufficient facts to render the condition-of-the-mind allegation plausible. "In order to properly plead fraud with particularity, the complaint must

allege the time, and content of the fraudulent  representation such that a  defendant can prepare an adequate response to the allegations."  The Second Circuit standard goes beyond general statements when alleging intent. Plaintiff will  meet this standard by "(1)  alleging facts to show that Defendants  had both motive and opportunity to commit fraud, or by (2) alleging facts that constitute strong circumstantial evidence of conscious misbehavior or recklessness.

" *PetEdge, Inc. v. Garg*,564088, at *9  (S.D.N.Y. Feb. 10, 2017).

The elements of fraud are as follows:

- **1** -A lie or falsehood is made.
- **2**- By the defendant with scienter, and the statement is false, or that there is no basis for believing   that the information is factual.
- **3**- The defendant intends to cause the plaintiff to do or not do some particular act based upon their falsehood or lie.
- **4**- The plaintiff is justified in relying on the falsehoods or lies told by the defendant.
- **5**- Harm results from the plaintiff's reliance on the defendant's statements  Causation loss is "the causal link between the alleged misconduct and the economic harm ultimately suffered by the plaintiff.

## STATEMENT OF FACTS  AND RELEVANT PROCEDURAL HISTORY

Please see attached Proposed Second Amended Complaint Court Application for the full Statement of facts that correlate to First Defendants  Estate Auctions Inc and Norb and Marie Novocin

# Statutes of Limitation for Fraud in New York ~ Six Years GENERAL or Two Years From the Time of the Confirmed Fraud.

Under New York law, an action based upon fraud must be commenced within six years of the date the cause of action accrued, or within two years of the time, the Plaintiff discovered or could have discovered the fraud with reasonable diligence, whichever is greater.  The cause of action accrues when "every element of the claim, including injury, can truthfully be alleged" "even though the injured party may be ignorant of the existence of the wrong or injury.  Mere suspicion will not constitute a sufficient substitute" for knowledge of the fraud.  Thus, while it is true that New York courts will not grant a motion to dismiss a fraud claim where the plaintiff's knowledge is disputed,

courts will dismiss a fraud claim when the alleged facts establish that a duty of inquiry existed and

that an inquiry was not pursued.

Plaintiff  detailed  in my Memorandum for WorthPoint  the unending misrepresentation by

WorthPoint Corp and eBay spanning a period from  August 2015 through to 2017.   Plaintiff did not

conclusively confirm  in  Dec/Jan  2015 and 2016)that the  eBay sale occurred . The  eBay rep

deemed  the EAU  2012 sale  "Undefined"  This is duly recording in  **Plaintiff 's eBay.  m4a**

**Evidence 000328 (phone recording).**   In 2017,  Plaintiff  could not understand why the  internet

link that was supposed to be permanently removed by  WorthPoint,  was under my name, again.   On

Jan. 4, 2017  I sent an email to WorthPoint Corp and  did not receive any response.   I then  reached

out  to  EAI to try find  out if  EAI uploaded  the 1972  eBay sale and posted it on the internet.   On

Jan. 10, 2017,  Plaintiff  called (302) 628- 9120,  the   telephone number  associated with EAI.  I

spoke  with Marie  Novocin to find out if  they were the  sellers of the painting and if they had any

information as to  why their 2012 eBay sale was on the  internet. coming up under my name. I also

asked if they knew who had the painting.  Shortly after, my phone call to Marie Novocin, Defendant ,

Norb  Novocin phoned  Plaintiff at  my home number  on Jan. 10, 2017 at  7 ;10  as documented in

**Plaintiff 's Evidence 000330 Norb  Novocin  m4a (phone recording).**  This phone call affirms

Plaintiff's  questions to  Mr. Novocin's affirms   that he was  indeed the seller of the painting. Mr.

Novocin  said  he  phoned me to tell me  *" he has a wealth of  no knowledge"* pertaining to the

computer data. etc.   Plaintiff  documented with the Court Mr.  Novocoin  quote  to  me to  " Go For

It and Hire an Attorney" professing that  we did nothing wrong.   Months later exhibited in **EAI**

**000001  to  Evidence  EAI  000003** is Plaintiff's hired  attorneys 'letter dated  August 28, 2017 sent

to Mr. & Mrs. Norbert and Marie Novocin   Estate Auctions Inc.  Upon a lack  of response from EAI

of EAI ignoring the letter  by my attorney Plaintiff filed this  lawsuit within months sent n Feb. 5,

2018.  My decision to   filed a  lawsuit against EAI and Norb and Marie Novocin. was to legally

declare the 1972 Original Oil Painting is not painted or signed by me. I do not want to be associated

with  this image. Estate Auction Inc.  and attorney Anderson Duff clearly pointed out  and wrote in an

e-mail dated March 1, 2019   *" **We now understand that at least one third-party internet site**

**scraped information  about the December 1, 2012 eBay sale that contained the mis-attribution**

**naming Ms. Trombetta  and reposted the same on its website at least twice.  Because Estate**

**Auctions has no control over  this third party,  Ms. Trombetta  had difficulty removing this**

**information from the website.***    A  settlement conference in the spring of 2019  before Judge Abrams

was unsuccessful with an offer of  one hundred dollars,   Upon Judge Abrams ruling, Plaintiff was

permitted to Amend my initial  complaint to include WorthPoint Corporation.    In April 2022, EAI

produced evidence in EAI000011  thru  to  EAI00019 ,  a signature in red pencil which has a

different spelling than the  Plaintiff.  Additionally Plaintiff produced my signature and print on or

around the year 1972.  In  reviewing the initial Discovery  responses from both Defendants Plaintiff

Motion to file to include  Fraud on May 18, 2022 Plaintiff filed a Motion to Amend my Complaint to

Include Fraud and request Permanent Injunctive Relief in Doc.224.  Judge Cave's Order denied

without prejudice Plaintiff's Motion.

## PLAINTIFF'S  PROPOSED  AMENDED  COMPLAINT

## TO  INCLUDE  FRAUD  BY  EAI  AND    NORB  AND  MARIE  NOVOCIN

The Plaintiff  inclination to include Fraud 9 (b) harkens  back to Document  29  filed on   December

3, 2019 Plaintiff brings to the Court's attention Page 2 and 3 of 16,  in  Plaintiff's  December 3, 2019

filing.  **EXHIBIT #1** Doc. 29  page2   and  **EXHIBIT # 2** and **EXHIBIT #3**  Doc. 33 filed on January

17, 2020 Page 14 - Relief #4 Identity Theft on a  Public Platform.     The Identity  Theft and  The

Assumption Deterrence Act as each separate  law or  claim applies to one  or both Defendants and is

within the statues of limitations.  The Photo of the signature"A. Trombetta" that is not of the hand of the

Plaintiff,  had "copyrighted work licensed  by worthpoint.com.   It is a  fact that the Plaintiff never signs

in oil just the first letter of Plaintiff's   first name. This  constitutes "Identity Theft" -**Definition:**


I·den·ti·ty theft  noun: **identity theft**; plural noun: **identity thefts**

1.  the fraudulent acquisition and use of a person's private identifying information, usually for
    financial gain.
2.  **Identity theft** and **identity fraud** are terms used to refer to all **types of crime** in which
    someone wrongfully obtains and uses another person's personal data in some way that
    involves **fraud** or deception, typically for economic gain.

1.  18 U.S. Code §1028. Fraud and related activity in connection with identification documents,

authentication features, and information (a) Whoever, in a circumstance described in subsection (c)

of this section  1) knowingly and without lawful authority produces  an identification document, or a

false identification document; (2)knowingly transfers an identification document, authentication

feature, or a false identification document knowing that such document or feature was stolen or

produced without  lawful authority;

2.  Under the Identity Theft and Assumption Deterrence Act, it is a federal crime when a person

"knowingly transfers or uses,  without lawful authority, a means of identification of another person

with the intent to commit, or to aid or abet, any unlawful activity that constitutes a violation of

Federal law, or that constitutes a felony under any applicable State or local law."


Plaintiffs  seeks a  Motion for Leave to  Propose  Plaintiff 's  Amended  Complaint, to

streamline this action when the Plaintiff  pleads factual content that allows the court to draw the

reasonable  inference that  all the  Defendants  are liable for the consistent and willful fraudulent

misconduct  alleged in this filing.  Granting  Plaintiff's Motion to  Amend  Plaintiff's  Complaint,

allows the Plaintiff to submit new evidence verifying the fraudulent offenses described below, while demonstrating the justification for the Plaintiff's need to warrant legal action against both Defendants. All Defendants, prior to litigation have willfully contributed to displaying and purporting on the internet, absurd ( 4 ft painting at age 9), facts altering information adversing effecting Plaintiff's income producing ability and reputation. and creating falsities to include 1) a photo of false signature misattributed to Plaintiff  2) misrepresentation of my biographical history 3) visual circulation on the internet of false copyright and licensing claims by WorthPoint Corp. 4) false, misleading claims and association of the Plaintiff's name and biography with EAI, eBay and WorthPoint Corporation and 5) a damaged 1972 painting too large to paint at age nine. The seven Counts of Fraud described below begin chronologically and end in the order of importance.

### 1) FRAUD ~ COUNT I ~ DEFENDANTS' KNOWN FALSE WRITTEN MISREPRESENTATION FRONTAl SIGNATURE "A. TROMBETTA" PHOTO

The first false written misrepresentation of significant consequences pertains to the only visible photo that appeared in the ad for the 1972 Original Oil Painting Man With Red Umbrella that was misattributed to the Plaintiff. The photo appears to be a signature in black oil paint on a canvas. Plaintiff has always regarded this signature as difficult and inclusive to be perceived as " A. Trombetta" It appears I am not alone. In the Sept. 21, 2022 Novocin deposition, WorthPoint's attorneys posed this question to Mr. Novocin , *" From your experience, what is the importance of a writing being on the back of the stretcher as opposed to the painting itself, if any ? "*

Defendant Norb Novocin on page 37 and 38 duly stated on Sept. 21, 2022: *" It helps us to understand what the signature was on the front. In other words, the signature on the front of the painting was garbled and it was kind of hard to read, when you turn it over, it had printed out what was and if it were up to me, I would make it almost a law that all the artists had to print out the*

_actual    name and so forth…   Because some artists_    pictures are so, so hard to read.  So this

allowed us to be able   to look up Trombetta, Annamarie.   This one says  Maria. I didn't remember

it saying Maria,  but that's  how I looked it up".

Plaintiff  reminds the Court that the signature "A.Trombetta " was the only photo in  the 1972  ad on

the WorthPoint website despite the EAI ad claiming that there were 12 photos.   The ambiguity  of

the signature on the front the 1972 Original Oil Painting has been deemed "garbled" by the very

person who  allegedly  created the eBay ad for the 2012 sale. Mr. Novocin affirmed that the

signature, that was circulated throughout the internet under my name " was  hard to read".   Mr.

Novocin  states  this signature was hard to read however it  had my biography next to it, It is

puzzling the this photo of the signature survived  when all the other photos of the painting vanished.

By willfully taking  and  included in the  eBay ad for the 1972 oil painting  Man With Red Umbrella,

my name, my self authored biography with this "garbled" signature,  a public false identity was

circulated throughout the internet in my name.  This garbled signature  in the photos became a  false

identification documented feature .  This  fraudulent  signature acquisition on the oil painting  and use

of  the Plaintiff's personal  private identifying information in my biography constitutes identity theft.

As a result the Plaintiff went to my bank to alert the bank and inform them of the signature.  My

evidence  as proof is in **Plaintiff'sEvidence 000237.**   I also  put a credit freeze on my credit cards as

evidenced i**n Plaintiff's EvidencePlaintiff000248.**   Plaintiff need to bring to the Court's attention

"Why was a photo taken of this signature?  More importantly it was a false misrepresented . This

false signature  in the EAI ad on WorthPoint's website was listed under my name.  Plaintiff is

alleging  and assert through  Mr. Novocin  statements that he knew the front black oil painting

signature on the 1972 oil was questionable.  Plaintiff set forth these reason  in support of  my

allegation of  intentional misrepresentation.

**2) FRAUD ~ COUNT II ~ DEFENDANTS' KNOWN FALSE WRITTEN MISREPRESENTATION OF ARTIST DUE TO THE AGE AND YEARS STATED**

Plaintiff brings to the Court's attention the screen shot box below taken from the original text of the 1972 EAI eBay ad for the 2012 sale. Duly documented is the year of Plaintiff's birth is in the EAI eBay ad an is indeed written correctly as 1963. The painting is dated 1972, Based on the math, the age of the Plaintiff and the height of the Plaintiff at age nine, it is impossible for Plaintiff to be the artist. Plaintiff alleges that since Norb Novocin found, sold and created the text for the EAI eBay sale Mr. Novocin was aware that the Plaintiff year of birth was 1963. Mr. Novocin chose to include the year of 1963, in his advertisement description. The year 1972 was

> "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees, but still such a great painting. For those not familiar with Trombetta, here is information about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - )

designated as the year the oil was painted. It is evident and based on the exact statements in the text that Defendant Norb Novocin wrote and noted , Mr Novocin it is verified that he had to be aware of the Plainitff's age. Therefore, the fact that Plaintiff was nine years old when this painting was dated is duly known by [the] defendant . This text in the EAI ad is a prime element of intent to commit fraud exemplified and unequivocally exhibited in writing by Mr. Novocin. He knew or should have knows the facts and age Plaintiff. Intent to willfully commit fraud or willfully deny liability is duly revealed with the years of the artist's birth and the painting date in such close proximity to one another in the EAI ad. Circulating a low bid, questionable claim of attribution to sell a damaged painting on the internet caused Plaintiff professional and financial embarrassment and injury to the Plaintiff reputation and name. There is no basis for believing that the information is factual and in this case it is obvious that a nine year old cannot paint a four foot high

painting.  These  elements of  Fraud are evident by  the  alleged facts claimed and documented in the

EAI ad.  The inclusion of the description," shabby chic" lacks professionalism and  the term "

Gifted" implies that it was not  sold.   The low bid  price, given it's size, diminishes my actual prices,

my name or "brand" and implies I use inferior materials due to a  tear in the canvas.


3)   **FRAUD ~ COUNT  III ~ DEFENDANTS' KNOWN  FALSE  WRITTEN**
   **MISREPRESENTATION  OF NAME ANNA  MARIA  SIGNATURE IN RED  ON**
   **THE  BACK  OF THE CANVAS  ALSO   CONSTITUTES "FALSE ADVERTISING"**

    The third  count of fraud for a known false written misrepresentation  is evident in  the description

for the 1972  Original Oil Painting Man With Red Umbrella and the false, misleading and

misrepresentation by EAI  and Norb Novocin  claims of  my full name on the back of the 1972 oil

painting. The  use of my name as the artist adversely impacts the quintessential, vital earning potential

that a visual artist has—- the pristine  notoriety of one's name.  The  well respected  reputation  of an

artist name  known  for  achievements  commands a   greater  demand for one's artwork and ultimately

increases one's price point and earning potential.   In the EAI ad.   Plaintiff  notes to the Court  the

careless misspelling of my last name  by Norb Novocin in the EAI ad " *This is by Annamarie Trombett [ e*

*]*- spelled with  an E at the end.  This  was duly noticed by one of my potential witnesses , Alex Raspa

who produced a letter that remarks on  such an embarrassing  spelling mistake as well as the date of the

oil and my listed year of birth.  This   spelling  mistake and the content in the EAI ad prompted Mr. Raspa

to contact me  to alert me  about the  false listing on the internet. His comments are evidenced in

**Plaintiff's Evidence  Plaintiff000241.**  The  incorrect spelling of my  first name  is  documented  by Mr.

Novocin  and was  displayed  to the  public.  I have noted over time , a pattern  of  misspellings,

incorrect facts, vague  inferences, willful   concealments or delays in purporting  a single  responses to

Plaintiff's  reasonable and direct questions.   EAI Defendants have  demonstrated  a  plethora of willful

concealments. One in particular importance is Mr. Novocin's  description, spelling  and location of a

signature in "red"  not stating it was in pencil.

    *"It is signed on the bottom,    but on the back it has written in red on the stretcher,    Annamarie*

*Trombetta " Gifted " 1977 "Painted" 1972.*   The red signature  in colored pencil not oil  is highly

suspect as a legitimate signature due to the fact that it was an oil painting,  not a work on paper.

 As  aforementioned  Norb  Novocin could not discern the alleged  name "Trombetta" from the front

signature on the canvas.  Novocin claims the signature in red pencil , is the source,  the reason

and the  foundation upon  which  Mr.  Novocin  misattributed  a   " run of the mill painting"

as was  described by  Mr. Novocin,  on page 43 of his deposition.    Based on limited information,

one source of reference and a willful affirmation  that he did not  look at Plaintiff's  website,  Mr Novocin

designated my biography and name to attribute to the oil painting found in an attic  in  Chicago. For the

record I have never been to Chicago nor do I know or sold  an artwork to anyone in Chicago. Mr.

Novocin's one stop  research, demonstrated  negligence even reckless  behavior by omitting any other

research  via  the internet or the Plaintiff's website.   He failed  to look up any other images  and  confirm

or contact the Plaintiff.  to validate if I was  was the artist for his   painting that Mr. Novocin  named "

Man With Red Umbrella".   The fact that  the alleged source used by Mr. Novocin did not feature any

visual images, other signatures or prices for sold artwork are important issue to overlook.  It is not

plausible for any  person to believe Mr. Novocin's rational,  if any, given his   limited, attempt to search

for any other credible facts other than AskArt.

     Aside from all this, the long awaited production of the red signature has at least three misspelling in

relation to the Plaitniff.  Moreover and what is important to note is, within the text of the EAI ad the name

" Annamarie"      is  written as all one word , without a space in the middle and each spelling of

Annamarie ends in the  letter   " e " at the end.  The  name " Annamarie "  appears six times in the text

of the EAI ad  and all the spelling is  consistently one word, not two separate names and not with the

letter [ a ]  at the end—marie  not Maria.  The text spelling contradicts the red signature spelling.

          On page 53 of Norb   Novocin's  Sept.21, 2022 deposition, he states

 "  *Once I saw the name on the back, I went to askArt. I put in the name  Trombetta and*

*Annamarie come up. It 's an unusual nam*e. *I have never come across it before.  I did not—-I do not*

*remember seeing  Anna Mari[A ] on the back of the painting,   so I just assumed it was the same person.*

Mr. Novocin continues  on page  54 of his deposition *:      " I saw it had a biography, but no record of*

*any paintings ever been sold, which  I'll  just leave it  ar that. There's no records of any  painting been*

*sold on secondary  market.   I grabbed  the biography and used that in the listing.   Because there was*

*no records of  any painting to be sold,   I  wanted people to be able to associate  somebody of value to the*

*painting and so I went out and found  another artist on askART that has painted before with umbrellas.  I*

*said it's much in the stye of and I  mentioned that other person.  So that way people can look it up and say,*

*oh it's  like that person. They paint with umbrellas also. That way, people do some research  on it.  They*

*see something of  value and  are  willing to spend more money."*

Defendant Norb Novocin is referring to artist Andre Kohn.  Mr. Novocin  statement in his deposition

demonstrated that he looked up another artist who paints umbrellas but WILLFULLY  FAILED

to look up the Plaintiff 's  credentials  or website to see if  the  Plaintiff painted umbrellas which to date, I

have not.. BELOW  is the EAI statements. Mr. Novocin's  negligence  and omission to look up the

Plaintiff  on the internet  was a conscious decision  in the same way his decision and reason to  include

Andre Kohn  and associate his name with the Plaintiff. Mr. Novocin's  rational was to add 'Value so the

buyer is willing to spend  more money.  " Mr. Novocin clearly states his incentive  to associate the work

of Andre Kohn was for financial gain.     For the record, a secondary market does not give an artist any

> This is by Annamarie Trombetta. It is signed on the bottom, but on the back it has written in red on the stretcher, Annamarie Trombetta "Gifted" 1977, "Painted" 1972. To our eyes it looks like it is after the style of Andre Kohn. It is quite large being approx. 48 1/2" tall and 17 1/2" wide. We are calling it shabby chic condition as it

financial income or gain in reputation  unless the secondary market or auction house is one of artistic

noteriety  such as Sotheby's or Christies'  or at a Museum Auction  where I had  my works  sold at

auction. I might add that my works  werebid on and  sold  for a higher price  at auction, than my personal

price point.

Moreover to add to this important  count for Fraud  is Plaintiff's  first legal filing and  documentation

of Plaintiff request for   Defendants  production of  the signature  in red duly  noted in the  1972 Original

Oil Painting Man With   Red  Umbrella. My request is in **Doc.  22 filed  April 24 2019 on  Page 10 of 38**

**now Plaintiff's Evidence000387- I.**   In April 2019,  after a  disappointing settlement  conference with

Defendants who  failed to  offer anything  greater than one hundred dollars Plaintiff  offered a  potential

resolution . In response to this disappointing condfence, I filed a letter offering to reduce the amount of settlement if the of items listed in the EAI such as the 12 photos, the red signature, the buyer etc .were produced. Plaintiff's 2019 conditional offer request in Doc. 22 did not receive any response from EAI Defendants, nor attorney Anderson Duff . Number three on page 10 now bate stamped as **Plaintiff's Evidence 000387I** lists as No. 3. my request for " *A photograph of the actual signature in red described on the back of the painting.* " It took an additional three years for EAI to produced photos of the signature in red which is in pencil and clearly misspells the Plaintiff's name to render the signature verifiably not the Plaintiff's .

The LOSS of time from Jan. 2017 to April 2022 is five years, three years to includes litigation. The willful delay and concealment of the misspelled red signature was obviously known and purposely withheld to prolong and hopefully run out the time for the statues of limitation for fraud.. The red signature conclusively proves I am not the artist. Moreover from 2017 when I first informed Norb Novocin that I was not the artist, the Defendants have not produced the artist who painted Man With Red Umbrella nor the signer of this painting. The fact that an artist has not been identified supports Plaintiff assertion for willful concealment from 2017 to 2022. The willful and deliberate failure to respond or reasonably reconcile before or during this lawsuit supports Plaintiff claims of willful intent to commit and conceal fraud. The Defendants false material misrepresentation, material omission and material delay of such s pertinent detailed fact ie the red signature, verifies a false attribution and that the Plaintiff is not the artist. Aside from this Defendants objected to Plaintiff request to know the location of the signature in red several time.s Defendants failure to produce the location caused Plaintiff to subpoena the woman who possess the painting. The signature is located midway on the top stretcher bar of a four foot painting. All of the aforementioned constitutes willful concealment.

Moreover, Plaintiff produced my childhood signature in print and in script on or around the year 1972 and is numbered in my exhibits as **Plaintiff Evidence 000316** and **Plaintiff Evidence 000260** which is a full page of my script and print on or around 1972 and **PlaintI's Evidence 000495** exhibit how Plaintiff printed and scripted the letter " A" My evidence verifies that I am not the artist nor did I sign the 1972 oil. Despite production of verified proof, on Nov. 23, 2022 attorney Anderson Duff

rejected settlement talks.  Once again Plaintiff filed this lawsuit due to the willful denial by the

Defendants to accept the fact that I am not the artist and  that the Defendants cannot falsely attribute my

name to panting they sell that I did not create.  Since the 1972 oil painting does have my name on it,

over time, I do not wish for a  "run of the mill 1972 oil painting, as Mr. Novocin classified the oil,

to be named or  in questioned as part of the my oeuvre, or  attributed to my name as one of artist.  At

this point in the case  and with the  evidential facts duly documented,  any reluctance in resolving this

lawsuit constitutes fraud and  direct S 190.20  False advertising

A person is guilty of false advertising when, with intent to promote the sale or to increase the

consumption of property or services, he makes or causes to be made a false or misleading statement

in any advertisement or publishes any advertisement in violation of chapter three of the act of

congress entitled "Truth in Lending Act" and the regulations thereunder, as such act and regulations

may from time to time be amended, addressed to the public or to a substantial number of  persons;

One of the main  elements of fraud is

## 4)   FRAUD ~  COUNT  IV ~ DEFENDANTS' KNOWN   WRITTEN REPRESENTATION OF  PLAINTIFF 'S  WEBSITE AND THE  NEGLIENCE BY DEFENDANTS  IN  NOT  VIEWING  OR  NOT CONTACTING THE  PLAINTIFF

Plaintiff brings to the Court's attention the next issue that is duly documented in the EAI eBay ad for

the 1972 oil painting Man With Red Umbrella.  Clearly referenced and written in the statements in the

box below is the Defendants reference to my website ,right next to my full, correct name and birthyear.

> condition as it has a tear in the canvas, about 5/8" long just to the left of the man's knees,
> but still such a great painting. For those not familiar with Trombetta, here is information
> about her from off AskArt as they got it from her website: Annamarie Trombetta (1963 - )

EAI is responsible for creating the text in their ad in order to sell their painting on eBay.  Plaintiff had

nothing to do with creating the painting, therefore it stands,  I nothing to do with consenting to  the use of

the text in the ad.  The Defendant willfully selected  what they chose to include in their ad which states

that I had a website.  Plaintiff addressed  asked Defendants  in my Discovery why they did not contact me

since they knew I had a website. in  my  first and second set of Interrogatories.  In  April  Plaintiff

received a full  objection  and in August  Defendants also  objected and stated   <u>Defendants object to this</u>
<u>Interrogatory insofar as it asserts that  Defendants knew Plaintiff had a website.</u>    Below is Plaintiff's

interrogatory and direct response  set forth on August 3, 2022 by EAI Defendants who delayed responses

for over a month and forced the Plaintiff to send several emails in pursuit of  Defendants responses.

**PLAINTIFF'S INTERROGATORY NO. 19]:**
Explain in DETAIL why Norb and Marie Novicin did not contact, phone or email the
Plaintiff. Duly stated in the Estate Auction's ad is the claim " AskArt got the biography from
Plaintiff's website" proving Estate Auctions Inc/Norb and Marie Novicin knew Plaintiff had a
website.

**RESPONSE TO INTERROGATORY NO. 44 [PLAINTIFF'S INTERROGATORY NO. 19]:**
Defendants object to this Interrogatory because it exceeds the number of interrogatories
one Party may serve on another Party pursuant to Federal Rule of Civil Procedure 33(a)(1).
<u>Defendants object to this Interrogatory insofar as it asserts that Defendants knew Plaintiff had a</u>
<u>website.</u>

Additionally, Plaintiff adds an affirmation  by Norb Novicin from his Sept. 21, 2022 deposition

regarding Plaintiff's website.  When asked by WorthPoint's attorney the following question:

*"Did you ever see the website of artist Annamarie Trombetta?"*

Mr. Novocin affirmed on page 58 " *<u>To this day [Sept. 21.2022] I have never been to that website."</u>*

On the  following on  page 59 Mr. Novocin  was asked by WorthPoint's attorneys  if he *"<u>copied</u>*
*<u>the entirety of the biography on askART to include any listing or something else?</u>*     Mr. Novocin

stated  *<u>"It happened  entirely there"</u>*    and when asked  by WorthPoint's attorneys

*"<u>Did you edit the biography in any way, shape or form?"</u>*    Mr. Novocin   stated   *<u>"No."</u>*

Mr Novocin  stated on page 60 and 61, in his deposition,    *<u>"When I compose a listing for eBay, I do</u>*
*<u>what I call finding a hook to hang my hat on. What story am I going to tell that  allows  people to dig</u>*
*<u>deeper into their wallet to spend more money.</u>*

1) The first issue  Plaintiff brings to the Court's attention is the  length of  Plaintiff's biography

used  in the EAI eBay ad for the 1972 oil painting. Both Defendants, WorthPoint Corp and EAI  now

claim years later that my  full biography was used., despite the visual  evidence  of the listing which

verifies that Plaintiff's biography was truncate, What sisproves their claim is the visual proof of their

ad which documents the  truncation.   EAI Defendants failed to produce any visual documents to

substantiate their claim . Both Defendants  claim  they no longer have any computer data for the

internet posting.  The failure by both Defendants to produce proof of their computer data adds to the number of  Defendants claims that are devoid of any tangible proof. Plaintiff is reliant on both Defendants to produce such data and documents which is a key element in a claim for fraud.  Another element is that  The plaintiff is justified in relying on the falsehoods or lies told by the defendant.  It is the  complete absence of  all evidence by EAI that makes their claims impossible to believe.  In like fashion itis the Plaintiff's  positive visual proof that supports my obvious claim that my full bio was truncated.

Plaintiff  has consistently written  and  filed the actually EAI eBay ad for the 1972 Oil Painting Man With Red Umbrella  in all my filings  with the Court which clearly documents that Plaintiff 's biography was truncated and mutilated mid sentence.  The last statement in the EAI/ WorthPoint ad is in a screen shot below and has four  dots  …. depicted, and the rest of the sentence is missing and had written under it "Similar Items" with  "No Image " and the title 1972 Original Oil……Red Umbrella that is next to a gray square under the NO  Image Icon seen below in the boxed insert.



2) The second issue is the fact that the Defendants listed the fact that I had a website. Mr. Novocin willfully denied ever visiting my website. This was and still is his conscious choice not to visit my website that he duly listed in the ad , an ad  he wrote and composed as documented in his deposition. Novocin's  negligent choices  duly affirmed,  are the root cause of Plaintiff's false misrepresentation. Defendants objected to Plaintiff's direct question,  to state why EAI Defendants did not contact me to confirm their attribution. Their objections  further verifiers willful negligence and a willful intent to conceal their negligence indicative of the character of one 's intent to willfully commit fraud, with the intent , to get  *" people to dig  deeper into their wallet to spend more money."*  as Novocin stated.

The Defendants' misrepresentation, with visually displayed text  of my my self  authored

biography without my  authorization  was conjoined with  the written  notation of Plaintiff's website,

This  a prime example of  identity theft.  Defendants took specific  personal,  self identifying  facts

and information only applicable to the Plaintiff  and used it to  increase the financial worth of a

damaged painting . The sole purpose of   the EAI  eBay ad is for commercial use and to render a

greater  financial gain for the 1972 damaged painting.   Plaintiff's sole purpose for  bringing this

legal action  against both Defendants is to impose  legal liability to this one action,  it is also

to impose  permanent inductive relief to  legally  prevent  any and   all future  fabrication and false

attributions  by both  Defendants from  plaguing the Plaintiff.

### 5)  FRAUD ~ COUNT  V ~ DEFENDANTS'  WRITTEN  DECLARATION  MISREPRESENTATIONS TO WORTHPOINT DEFENDANT AND PLAINTIFF

In  April 2022, EAI 's  attorney Anderson Duff  misrepresented to the WorthPoint  Defendants and

Plaintiff  a willful  false misrepresentation and denial that documents exist  relating to  the research

conducted by EAI Defendants  in determining the authorship and attribution of Artwork.

Mr. Duff' claimed no such documents exit.  SEE BELOW

**WORTHPOINT'S REQUEST NO. 3:**
*Documents and Communications relating to the research conducted by EAI Defendants  in determining the authorship and/or attribution of the Artwork.*

**EAI  RESPONSE TO REQUEST NO. 3:**
*No such documents exis*t.

Mr. Duff has willfully omitted producing or referencing the Court filed documents in   Doc.56

filed  June  26, 2020 Declaration of Norb Novocin Page 1 of 4  Novocin declaration includes four

pages.  Mr. Novocins Declartion is in **Plaintiff Evidence 000174,  thru Plaintiff000176**

Three  statements below assert research conducted by EAI Defendant to determine attribution.

*4. As was our typical practice, 1 conducted research t the Painting using online  research tools designed for that purpose to identify the artist who signed the Painting  using online research tools designed for that purpose  such as Ask.Art,com,,*

*5. When researching the Painting, I found only one artist  whose name matchced "A. Trombetta" and that artist was the Plaintiff, Annamarie Trombetta. Because —Annamarie Trombetta" was written on the back stretcher of the painting, we concluded that Plaintiff created the Painting.*

*6. Before seeing the name Annamarie Trombetta on the Painting and researching the artist so that we could create accurate listing for the Estate Auctions storefront describing the Painting.  1 had never heard of Annamaric Trombetta*

Mr. Duff has willful omitted producing or referencing the Court filed documents in Marie Novocin's

Declaration Doc. 57  Filed 06/26/20 Page 1 of 4   to WorthPoint's attorneys and to the Plaintiff   **in**

Marie Novocin's Declaration is in **Plaintiff's Evidence 000332,  thru Plaintiff'sEvidence 000335**

MARIE NOVOCIN DECLARED ON JUNE 26, 2020:
*4. As was our typical practice, my husband Norb conducted research to identify the artist who signed the Painting using online research tools designed for that purpose such as AskArt.com.*

*5. When researching the Painting, my husband Norb found only one artist whose name matched "A. Trombetta" and that artist was the Plaintiff, Annamarie Trombetta. Because "Annamarie Trombetta" was written on the back stretcher of the painting, we concluded that Plaintiff created the Painting.*

*6. Before talking to Norb about his research concerning the Painting, I had never heard of Annamarie Trombetta.*

EAI  Defendants and their attorney willful omitted the production and request by WorthPoint

request .is yet another example of willful denial and or concealment of any evidence that proves EAI

adequately researched the authorship and attribution for the 1972 Original Oil Painting Man With

Red Umbrella.as declared by both Defendants in their Declarations.

Moreover, both Maria and Norb . Novocin  Declarations states in the source of  Mr. Novocic created eBay listing for the 1972 oil using Plaintiff's bio was from my biography listed on  askART.

NORB NOVOCIN
*7. I used biographical information about Plaintiff that 1 found on AskArt.com to ensure that the Estate Auctions eBay listing for the Painting was as accurate as possible. All of  the information about Plaintiff that l included in the eBay listing was gleaned from Ask4rt.com*

MARIE NOVOCIN
7. Estate Auctions used biographical information about Plaintiff that Norb found on AskArt.com to ensure that the Estate Auctions eBay listing for the Painting was as accurate as possible. All of the information about Plaintiff that Estate Auctions included in the eBay listing was gleaned from AskArt.com.

Duly  documented in the Terms of Use on AskART's website is the clear statement that users

"may not modify, create derivative works from. participate in the transfer or sale of, on the World

Wide Web or in any way exploit the site or any portion thereof for any public or commercial use

without express written permission  of askART.   You are responsible for complying with all

applicable laws. rules and regulations regarding your use of any such downloaded Content.

An excerpt from the the askART Terms of Use is below.  The askART Terms of  use  are in Plaitniff's

Evidence 000668  Plaintiff's Evidence 000669

> askART owns, controls, licenses or has the right to use and provide the Site and all material on the Site, including, without limitation the askART Artist database, text, images, artist biographies, price valuation reports, articles, photographs, illustrations, audio and video clips, (collectively the "Content"). The Site is protected by copyright as a collective work and/or compilation, pursuant to U.S. copyright laws, international conventions, and other copyright laws. askART is the owner of the copyright in the entire Site. askART owns a copyright in the selection, coordination, arrangement and enhancement of the Site. You agree to abide by any and all copyright notices, information or restrictions displayed on the Site. askART does not grant permission to users of the site to reproduce images of original works of art.
>
> You may not modify, create derivative works from, participate in the transfer or sale of, post on the World Wide Web, or in any way exploit the Site or any portion thereof for any public or commercial use without the express written permission of askART. You are responsible for complying with all applicable laws, rules and regulations regarding your use of any such downloaded Content. In the event of any permitted copying, redistribution or publication of material from the Site, no changes in or deletion of author attribution, trademark, legend or copyright notice shall be made.

## 6)   FRAUD ~  COUNT  VI ~ SIXTH  FALSE  WRITTEN  MISREPRESENTATION IN  SWORN  DECLARATION  OF  NORB AND MARIE NOVOCIN

As written above the Declaration of Norb Novocin is  in   Doc.56  filed  June  26, 2020 Page 1 of 4

Novocin declaration includes four pages.   Mr. Novocins Declartion is in **Plaintiff Evidence 000174,**

**thru Plaintiff000176.**   Marie Novocin's Declaration Doc. 57  Filed June 26, /2020  Page 1 of 4

Marie Novocin's Declaration is in **Plaintiff's Evidence 000332,  thru Plaintiff'sEvidence 000335**

Plaintiff  brings to the Court's attention the Declaration statements below  referencing the years

of Estate Auction Inc. dates of operation  April 23,  2012  to 2019  written and declared by both

Defendants Declarations.

**NORB NOVOCIN**
*1.    Together with my wife and co-defendant in this case ,Marie Novocin, I owned and   operated
Estate Auctions, Inc.  from April 23, 2012. until 2019*

**MARIE NOVOCIN**
*1. Together with my husband and co-defendant in this case, Norb Novocin, I owned
and operated Estate Auctions, Inc. from April 23, 2012 until 2019.*

Plaintiff  to add  both the  Novocin Declarations and   statements and contrast the 2020 statements

with this  made on Sept. 21, 2022 by  Norb Novocin regarding the names of his company Estate

Auctions Inc and Estate Auctions LLCand the years of operation.  They differ in detail from

Defendants June 26, 2020 Declarations.   In  Norb Novocin Sept. 21, 2022 deposition on page 198

Mr. Novocin stated " *We have three different Estate Auctions, Inc.  Estate Auctions Inc. in Florida*

*started in 2001 and ended in 2012. Estate Auctions in Delaware started April 23, 2012 until it went*
*defunct.  We stopped using it July of 2013 when we stated Estate Auctions LLC.  That started on July*
*15, 2013 —January 31, 2019.*    On page 199  of Mr. Novocin's deposition he  stated    *"We just let*
*it go defunct and Estate Suctions only had from April to July,   April 2012 to July 2013, correct.*
When asked if  April 2012 to July 2013 was the time period for the 1972 oil painting sale, Mr
Novocin replied  "Correct".

   Plaintinf notes to the Court , the propensity  of EAI and Defendants Norb and Marie Novocin
within their verbal and written  responses,  there is a consistent  pattern of subtle yet substantial
differences,  There is either a complete omission of facts,  a deficiency within their production of
evidence, or a similar yet incorrect spelling or incorrect date, close to the original yet is renders the
fact or statement "False"  Such is the case with the three names and three dates of incorporation for
Estate Auctions Inc and Estate Auctions LLC.

    Below is another example by both Defendants who have made written Declarations which
state that the 1972 Oil Painting Man With Red Umbrella was "Gifted" in  **1997**.  The EAI eBay
ad and the signature in red on the stretcher bar state "Gifted" in  1977  and not  **1997   which is**
**incorrect.**   In like fashion, the Declarations of  both Defendants  state Estate Auctions Inc
from April 23, 2012. until 2019 and does  not  state Estate Auction LLC.. The consistent subtle
changes are evident in many of statements or production of evidence, most notably in the
the three recent productions for the eBay 2012 sales receipt for the 1972 1972 Oil Painting Man With
Red Umbrella.  The first production is dated April 27, 2022 and the other two differ in date and
visual  elements that Plaintiff will describe in detail below.

**NORB NOVOCIN**
*2. In 2012. Estate Auctions list painting on its eBay storefront that I personally inspected. The*
*paintingwassignedonthefrontby"A.Trombetta"andfeaturedaninscription reading "Anuanarie*
*Trombetta `Gifted' **1997**. `Painted' 1972" in red along its back stretcher (the Painting).*

**MARIE NOVOCIN**
*3. In 2012, Estate Auctions listed a painting on its eBay storefront that my husband*
*Norb personally inspected. The painting was signed on the front by "A. Trombetta" and featured an*
*inscription reading "Annamarie Trombetta `Gifted' **1997,** `Painted' 1972" in red along its back*
*stretcher (the "Painting").*

Plaintiff addresses  two statement made on Page 3 of  Doc. 57 filed on June 26, 2020 which is

the Declaration by Marie Novocin.     In 2016 Plaintiff  saw that he reposting for the 1972 oil painting

was back on the internet after months of hard work contacting eBay and WorthPoint Corp to remove

this false listing.  The only source I never contacted was EAI.   Upon discussions with a colleague and

collector, I thought it best to have my collector Teri Meissner contact EAI to see if they had any

information as to why the post was on the internet, if EAI had posted the 1972 sale again etc.  Ms

Meissner had a brief chat and as advised by Marie Novocine  sent one email  One phone call and one

email is the extent of Teri Meissner's  minor involvement,  one  so minor she does not even remember.

When Teri did not receive an email response from EAI, Plaintiff on Jan. 10, 2017 phoned EAI. I

introduced myself and stated that Ms. Meisner had contacted her. I informed Marie Novocin that I am

an artist however I did not paint the 1972 oil painting. I asked Mrs. Novocin if EAI had anything to do

with the internet link which was appearing under my name again.   I asked if I could have the owner  of

the painting's contact information. Then I asked if they had any of the 12  photos etc. I also informed

her that the photo signature was not mine.  Shortly after Norb Novocin phoned me back which I found

peculiar and unnecessary after conversing with his wife. I  and decided to record the conversation. His

first statement explained his call " I have a wealth of no knowlege regarding this painting"

Below are Marie Novocin statements from her Declaration. There were two calls one from Ms. Meissner

and one from the Plaintiff.  Again, Plaintiff called on Jan. 10, 2017 from home phone and I just like

the Novocins have  caller ID and as stated I  identified myself citing the misattribution and the

reposting of the 1972 internet link as my purpose for contacting EAI

*11.  I did not think about the Painting again until I received a phone call from a person identifying
themselves as Teri Meissner in January 2017. Meissner followed up with an email on January 6,
2017. Meissner did not say anything about the Painting be misattributed. Meissner's sole stated
concern was the chain of ownership of the Painting. Meissner demanded that Estate Auctions provide
her with the name and contact information for the third party who purchased the Painting in 2012.
Despite several additional phone calls from the person calling themselves Meissner, they never once
stated that the Painting had been misattributed and focused solely on the identity of the purchaser of
the Painting.*

*13. After roughly the third phone call we received from the person identifying themselves as
"Meissner," my husband Norb saw that the caller ID identified Annamarie Trombetta and not Teri
Meissner.*

Plaintiff notes to the Court that in June 2020 EAI Defendants filed a Motion to Post a Bond against the Plaintiff in the amount of twenty thousand dollars. The Declarations  that have false information were filed in support to impose a financial burden unto the Plaintiff.  Plaintiff's sas explained in  many  documents, I  informed Norb Novocin that I did not create the 1972 painting, I stated that this  was  fraud. When Mr. Novocin asked me *why is that fraud,?* I simply stated " *I did not do this  painting"*.   Despite informing  both of the  Novocins ,first  by a phone call to Marie and then Norb  Novocin phoning  the Plaintiff, Plaintiff still hired an attorney to inform in writing both parties of the  infringements  upon my name, my rights and the biographical  copyright infringements.  As  aforementioned in  Doc. 22 filed on April 24, 2019, Plaintiff requested the 12 photos, red signature etc and did not receive any  response.   Responding to this Motion  caused the Plaintiff  a  loss  of income as I had to turn down a  commission due to  Plaintiff's response required a time sensitive  answer to Defendants Motion to Post a Bond.  In like fashion Plaintiff  had just begun  a private  tutoring session  and had to postpone my availability until my Response Motion was filed.  As a result the student decided to take an art  lessons elsewhere.

## 7)   FRAUD ~  COUNT  VII ~   FALSE  WRITTEN MISREPRESENTATION OF  THREE EBAY RECEIPTS   FOR ONE  SALE  IN 2012 FOR 1972 OIL PAINTING

Plaintiff notes to the Court on April 27, 2022 EAI and attorney Anderson Duff produced the first version of the 2012 eBay receipt for the 1972 Oil Painting Man With Red Umbrella. On Sept, 21, 2022  WorthPoint during deposition brought to Mr. Novocin's attention the  cut off areas of the eBay email  on pages 72 , 73 and 77 in which WorthPoint called for  the full production of the EAI eBay receipt.  There are now four versions of the ONE eBay sale by EAI on Dec. 1, 2012 for **FIRST** EAI 2012 RECEIPT FOR 1972 OIL EAI00058/ 000059  PRODUCED ON APRIL 26, 2022 On April 8, 2022 the first Discovery between the Defendants and Plaintiff's evidence was due. On Wednesday, April 27, 2022 at 21:30:09 2022 Estate Auctions Inc.'s attorney Anderson Duff produced EAI000058 and EAI000059 after a Conference Call with Judge Cave. Plaintiff immediately noticed the following

1) 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz is written twice in blue right — next to each other.
2) In EAI000058 the right side is cut off , deleting the date, the price, name and address of the buyer , etc. Again, this truncation was noted by WorthPoint's attorneys as EXHIBT #4 at the Novocin Deposition and called for a full production of this receipt.
3) the eBay logo is in a a box devoid of the colored LOGO in red, blue, yellow and green.
4) a plain type eBay is written in a lined box.
5) Also missing is the bold colored yellow button with "Go to My eBay" which is below the text "Provide shipping information "
6) Last, missing below the Blue type under 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz was either a the gray icon logo or what is a box with a blue square with a white question mark in it.


**SECOND** EAI 2012 RECEIPT FOR 1972 OIL EAI000060 NOVEMBER 16, 2022.

I remind the Court again that in Doc. 315, filed on Nov. 16, 2022, Plaintiff noted to the Court that Mr.

Duff produced a complete uncut version of the alleged 2012 eBay receipt for the sale of the 1972 original

oil also known as WorthPoint's Deposition Exhibit #4. There are obvious differences in the new Nov. 16,

2012 EAI eBay receipt, bate stamped as EAI000060. Most notable is the visual absence of a bold yellow

line. The text is quite small and the receipt is one page. The EAI00060 differences from EAI00058 and

EAI00059 are noted below  **EXHBIIT #5 Nov. 16, 2022 Mr. Duff's email with EAI000066**
**EXHBIIT # 6 Second Production of Ebay receipt on Nov 16, 2022 EAI000066**
**EXHBIIT #7 Plaintif's Octobre 29, 2022 Request  for Ebay Receipt**

1) the 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz is NOT written twice in blue right next to each other.
2) In EAI000060 the right side is **NOT** cut off
3) the eBay logo is NOT simple type and EAI000060 has an ebay color LOGO red, blue, yellow and green
4) The Blue box (above) with a blue square with a white question mark IS under 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz.
5) MOST NOTEWORTHY is the MISSING YELLOW LINE through the bold type "Congratulations, your item sold !" 6) The 2017 email header is fully missing. Plaintiff notes to the Court, Mr. Duff submitted his EAI000060 by email on Nov. 16, 2022.

**THIRD EML** EAI 2012 RECEIPT FOR 1972 OIL  PRODUCED TO PLAINTIFF  ON NOV. 17, 2022

The third EAI sales receipt with visual colored  icons differs from the other two eBay receipts:
1) It is NOT bate stamped or numbered. Documents needs to be numbered even if it is handwritten if it is to be evidence, as Plaintiff did on Sept. 21, 2022 .
2) It  differs on the third EAI receipt from the EAI000058 and EAI000060 is near the top. Not written in the email is Subject: Date: From: before the To: Norb Novocin, marie novocain.
3) New and Different is a Logo EE circle up top, which is not on EAI 0058-0059-or EAI 0060. Unlike EAI00060, this document has a yellow line under " Congratulations, your item sold !" It has the ebay color logo and box with blue question mark.

4)  Again- as of Dec. 19, 2022 he eml. text is not bate stamped by EAI Defendants and was NOT
    mentioned or produced to Plaintiff before or after  November 16, 2022Mr. Duff produced EAI000060
    as evidence, Plaintiff is requesting that the Court impeach or prohibit any possible use of EAI 's
    undocumented, eml that was emailed to Plaintiff AFTER the production of EAI00060.

**FOURTH**   EAI00065 EEAI00066 EAI 2012  TEXT ONLY RECEIPT FOR 1972 OIL  PRODUCED TO
           PLAINTIFF ON DECEMBER 7, 2022.

1)  Produced on Dec. 17, 2022 is the full text (only) for the eBay 2012 sale. There are no visual icons or

authentic indications that the original email was simply printed out and submitted.

Plaintiff is reliant upon EAI Defendants to simply produce one proof of purchase for the 1972 Original

Oil Painting that EAI sold on eBay on Dec. 1, 2012.  The fact that there are now four versions all of

which are different in content and  format, icons symbols and are optically different is very confusing and

provokes inferences that contradict and confuse the facts.  To date Mr. Duff has not bate stamped the eml

that was allegedly sent to WorthPoint's attorneys  on Sept. 21, 2022.  As the Plaintiff and as a Pro Se`

litigant, Mr. Duff failed to convey on  Oct. 28, 2022 nor on Octt 29, when I emailed Mr. Duff about the

full production of the EAI ebay receipt.  On Oct, 31, 2022 Mr. Duff did document in an email that when

his clients produce the email, he would pass it on to the Plaintiff.   On Nov 16, 2022 I reminded Mr. Duff

again and upon day's end he produced EAI00060.   The next day, Nov. 17, 2022  Mr. Duff and all the

attorneys fromWorthPoint  alleged that Mr. Duff  produce the EAI eBay receipt. in an  eml text to the

other attorneys.

     As a result of the  multiple misrepresentation of the  EAI 1972 oil painting  eBay sale  Plaintiff' was

reliant upon the Defendant  not to receive such  indirect and  misleading  contradictory responses.  To

date the multiplicity of contradictory responses  by EAI Defendants contributes  to  Plaintiff's  emotional

and physical  distress that has delayed filing my  Proposed Amended Complaint.  I have been suffering

profusely from emotional distress.  Plaintiff  after the Thanksgiving weekend was puzzled by the data

produced by the Defendants. As a result Plaintiff was forced to contact my  internet expert witness to

open up Mr. Duff's eml message and secondly to decode the coding that was sent to Plaintiff from Adam

Bialek.  Mr. O'Leary's Affidavit and report has cost the Plaintiff several thousand dollars, all due to the

cryptic  and convoluted, confusing information in the guise of evidence.

     It has been an ongoing willful pattern by EAI to conceal or reveal in  parts and pieces pertinent

information that Plaintiff has a right to request.  If the first EAI eBay receipt  did not lack deficiencies or was not truncated on one side , Plaintiff  would not  assert  misrepresentation  of written receipts. The amount of time, involved in repeatedly requesting the same simple items and  being met with unending, delays is disrespectful, unprofessional, subject to suspect and mistrust and  ha delayed the  end of \ Discovery, to the point where  I as well as my expert witnesses  are frustrated by the inability to progress forward and complete the objective of producing a sound, informative substantiating report that supports the Plaintiff's infringements and problems. Despite this and as duly documented in the Nov. 23, 2022 transcript, the  Defendants are unyielding  to settlement  talks or  ending  this lawsuit.  Plaintiff regrets but must inform the Court, post the Nov 23, 2022 Conference call  I was sent an email  from attorney Anderson Duff  s  who informed me of  his fees for his time on the Conference call.  He also informed me  his clients would be  seeking attorneys fees upon the conclusion of my case.  WorthPoint's attorney, Adam Bialek has informed me of the same assertion to burden the Plaintiff with attorneys fees. Once again   Plaintiff has produce irrefutable evidence of my childhood signature.  The infliction of fear and requests for production since mid summer to the present has caused Plaintiff to add a claim for  IIED and Tort in my Proposed  Amended Complaint.

## 8)  FRAUD  ~  COUNT  VIII ~  TANGIBLE CONVERSION (BIOGRAPHY IN CATALOG)  TAKING  AND MISAPPROPRIATION  PLAINTIFF  BIOGRAPHY

A)    A party has a cause of action for conversion when (1) the plaintiff has an exclusive right of possession, (2) into which the defendant, (3) intentionally, (4) interferes with that right.  In general, conversion fraud deals with tangible goods.   The Plaintiff 's  claim for tangible conversion fraud is founded on  my exclusive  right of possession to my  original, self authored biography.  It is  is a "literary work" written in prose,  is an individual  artistic  expression and exists  in a tangible form as  my self published catalog .  My self authored biography  is  also "fixed " and exists in a digital form  on my professional and personal website.   A  fraud  conversion  claim is applicable to intellectual  property rights  if it is merged in the physical  form and in this instance it is.   My infringed biography exists in  two personal  tangible forms.  Violations  occur when a  person

without authority or permission  intentionally takes  the personal property of  another or   deprives the Plaintiff  of the  possession of  my exclusive rights  to my self authored  biography in my personal catalog.  The original EAI eBay ad for the 1972 oil has Plaintiff's statement from my personal catalog which documents and references my personal property is   *"All of the imagery in this catalog was either created en plein air or from the subject  directly.".*   This personal  statement referencing my catalog i in the Defendants  version  to include  the Defendants EAI and WorthPoint's and their Confidential evidence. using  my  Catalog  biography  Both  Defendants included and reference my statement regarding my  catalog  in the false ad for the 1972 oil  painting and both Defendant s partook in  the improper  and  unauthorized relocation of personal  property.

The subject  regarding the length of Plaitniff's biography in the EAI eBay sale  ad was addressed on  Page 91.  A reference to the cut off  statement "concentrated period of time"  dot dot dot was  noted by WorthPoint's attorneys to Norb Novocin  who affirmed it's written presence.  On Page 92  of Mr. Novocin's  deposition he references  computer software issues that " Might " have cut off  the biography. Again EAI failed to produce any documents/ data what-so-ever.

**B)**    There are two  "improper" connotations and uses by the Defendants regarding my biography. First and  foremost,  I  did not  paint the 1972 Original  Oil  Man With Red Umbrella nor did I sign the painting.  This is a  proven fact.  Plaintiff  produced  my childhood signature . It is in Plaintiff's evidence  000260,  000316 also  in script and print number  000495.  The EAI signature  in red produce  in  Discovery  by EAI, in  April  2022 ,  misspells Plaintiff's  first name and adds a space between  ANNA  and MARIA.  The  use of my  personal self authored  biography is "Improper" as it is  wrongfully  applied , I am  not  the artist who created. the  1972 oil.  This conversion as aforementioned  is unauthorized  in every way.  The  EAI  use  of  Plaintiff's  biography was for commercial and  selling   purposes for a damaged  1972 oil painting.  In  like fashion,  WorthPoint's website's chief purpose  is to  report the " commercial  sales  records"  of  items sold on eBay. WorthPoint has a membership  charge in order  to view the sales price. It is not free to see the selling price. Both Defendants have used my biography for commercial gain, ergo it is not  fair use, rather

both Defendants perceive my name  and biography as "fair game and falsely claim " fair use . Plaintiff's l  self expression in my  biography is original  was never authorized  to be used by Defendants as such . As a consequence of the unauthorized use of Plaintiff 's biography   by both Defendants,    WorthPoint  Corp. in particular,  lost a sale of artwork to a prominent collector who most likely would donate her collection to a public museum. The financial and professional   adverse effect that the infringement had on  Plaintiff  ( copyright owner) ability  to earn income resulted in sustained inequitable financial  and professional losses.

**C)**      To make a claim for conversion, a plaintiff must show "(1) the appropriation of another's property to  one's own use and benefit, (2) by the intentional exercise of dominion over it, (3) in defiance of the true owner's rights." (internal citation and quotation omitted) .  As aforementioned, Norb Novocin admits  in  his Declaration filed on June 16, 2020 that he did not know or never heard of Plaintiff's name before.  Allegedly he used onc source, which he designated as askART to unethically cease or "Glean" Plaintiff's biography.  As of Sept. 21, 2022, for the first time since 2018 when this lawsuit began, Mr. Novocin now claims that the Plaintiff's full biography was taken from askART.com.

**D)**    To prove conversion   that claim out, a plaintiff must allege: "**(1)** the  property subject to conversion is  a specific identifiable thing;  Plaintiff  gives a personal, detailed  description of my life experiences, from childhood ( Regina Pacis Church) to my formal training in  high school at the Brooklyn Museum and ending with the names of my personal esteemed   colleagues in the art world. **(2)** plaintiff had ownership, possession or control over the property before its conversion; and Plaintiff's catalog and website were printed  created in 2003. The EAI ad   for the damaged 1972 oil painting (albeit incorrect) was allegedly sold in 2012, which was nine  years after my website biography  and catalog were created.   **(3)** defendant exercised an  unauthorized dominion over the [property], to the alteration of its   condition or to the exclusion of  the plaintiff's rights." Moses v. Martin, 360 F. Supp. 2d 533, 541  (S.D.N.Y. 2004) (citation and internal quotation marks omitted). The "conversion " and addition of the EAI introduction and the description that precede the Plaintiff

true biography of the damaged 1972 oil painting (albeit incorrect) is roughly 230 words was allegedly created to sell a painting in the year 2012. Plaintiff's biography in the EAI eBay ad that appeared on the internet on the WorthPoint's website was roughly 420 words. The word count for my entire biography is roughly 1360 words. Moreover, 1) EAI has failed to substantiate their claims that their computer server created the alteration and truncation of Plaintiff's biography with any tangible evidence. 2) Secondly and most important, the use and application of my biography as the designated artist is incorrect, false. 3) Plaitniff's biography was unethically and not authorized to obtained whether it was from the Plaintiff's own personal website or from the website of askART.com. AskART prohibits any third party to "re create " or use any content on their site without written permission. 4) EAI has failed to identity the person who did paint the oil, Man With Red Umbrella. As a totality, it is precisely this unauthorized and incorrect conversion that constitutes fraud. Last, the Defendants demonstrated a false sense of entitlement simply due to the fact that my biography was listed on askART and Mr. Novocin has been a member of askART since 2001. Again askART does not permit any party to copy or transfer the information on their website.

## A. FIVE ELEMENTS OF FRAUD RELATED TO ESTATE AUCTIONS INC .

**1. Misrepresentation—** EAI's false references to the Plaintiff as the artist of the 1972 oil painting—ie caused a photo that inferred the Plaintiff initial and last named to have a fraudulent copyright management information (CMI) on the WorthPoint website, The false attribution by EAI is one of the root causes of this lawsuit. To remove the fake ad, Plaintiff followed the instructions from Defendants Plaintiff made the effort to contact to inform EAI that I was not the artist and was told to hire an attorney. Despite hiring an attorney, EAI ignored any settlement opportunities. The inability to produce EAI's own records, receipts and computer data that the Plaintiff requested is proof that their information and directions misrepresented the Plaintiff and used my personal information to sell the fraudulent 1972 oil painting EAI's denial of liability after Plaintiff produced my childhood signature and EAI produce a misspelling of a signature in red on the 1972 eBay sale is a direct false misrepresentation to the Plaintiff who is reliant upon Defenadants for said information . Plaintiff during litigation requested the red signature in 2019. Doc. 22 April 24, 2019.

**2) Knowledge of the material falsity -** Since August 2017 Plaintiff has consistently pursued both Defendants, particularlyEAI by reporting and requesting information and photos for the listing of 1972 oil painting and to find out and confirm who was the eBay seller. Defendants admit they do not have had photos of the painting. The proof to the red signature is an example of willful recklessness misrepresentation. by EAI On Jan. 10, 2017 I directly informed Mr and Mrs Novocin that I was Not the artist and followed their instructions hired an attorney, EAI's failure to respond or produce evidence in a timely manner reveals a pattern to conceal the material evidence.

3) **Inducing the other party to rely upon it.** In 2012 the defendants misrepresented and misdirecting  Plaintiff audience  Plaintiff never  failed to investigate the truth of the defendant's statements.  Plaintiff was reliant upon EAI for any photos or to see the signature in red.  In April 2022 Plaintiff saw for the first time since 2015  a photo of the painting . This tool over seven years. This painting still has a similar version of the  Plaintiff name on the strecther.  Plaintiff followed through iverbal contact consistently and in writing  to no avail.  Plaintiff was reliant  upon the Defendants documented communication  to eventually see and prove that there was painting Plaintiff is still reliant on  EAI to set forth known evidence that should be in EAI;s  possession.  The Defendants absence of evidence  and verified proof constitutes an  intentional and willful  motive to deceive.

4) **Justifiable reliance of the other party** The Defendants long term failure to  produce receipts or any photos from the original eBay ad for the 1972  painting keeps the Plaintiff reliant on EAI and is subject to their production.  Plaintiff's actions in commencing  this lawsuit was in pursuit of seeking Declaratory Relief.  The Defendant s Declaration  willfully  intended  to declare fraudulent statements and  to Post a Bond for twenty thousand dollars.  The Court and the Plaintiff are  reliant upon the Declaration by to determine this case.  Defendants documented distortion of Plaintiff' biography and created confusion and  duly circulated on the internet for almost  several years false information. Plaintiff reliant upon  EAI to produce the information EAI created for the false listing of the 1972 Oil Painting Man With Red Umbrella.

5) **Injuries  and Damages.**  The Defendants False  signature A. Trombetta  is  a significant causation for this  lawsuit.  The causation of  Plaintiff's losses are  numerous. In  2015, at a time of great expansion and artistic  opportunities , commissions, articles and sales— and fully immersed in advancing my career, Plaintiff was forced to deal with a destructive and fake internet  post.   In 2015,  Plaintiff  lost the sale of an $8500 oil painting, the opportunity for  gallery representation due to the false posting and association with eBay,  Estate  Auctions 's 99 cents auctions and WorthPoint Corporation.  Plaintiff has well over  lost seven   years of my  life to fight  false claims which  are still ongoing.   Plaintiff is requesting  Permanent Injunctive  Relief to prohibit the Defendants from using   the Plaintiff's name and exhibits filed and submitted  for the  purposes of this  lawsuit or any other images or  texts that are circulating on the internet .The  Plaintiff's causation of loss generated by this  litigation , repeats the same  harmful patterns  and makes the Plaintiff  a consistent  victim to the   Defendants' fraudulent  claims  in order to satisfy the Defendants  deceptive fraudulent assertions.  The loss my time, and all and any related  of sales of  artwork, the loss of my professional credibility and the time dedicated to this lawsuit is beyond profession and emotional  measure and beyond  rehabilitation.

# Elements of Intentional Infliction of Emotional Distress

The tort of intentional infliction of emotional distress has four elements: (1) the defendant must act intentionally or recklessly; (2) the defendant's conduct must be extreme and outrageous; and (3) the conduct must be the cause (4) of severe emotional distress.

## TORT  CLAIM  FIRST COUNT   NEGLIGENCE

Negligence is  a civil tort which occurs when a person breaches his duty of care which he

owed to another due to which that other person suffers some hard or undergoes some legal

injury. Negligence can be explained as the failure of discharge or the omission to do something due

to careless behavior.  First Count of Tort   Negligence  According to CPLR 213(2) the statutes of

limitation in  New  York for  civil tort  is six years in writing or an oral contract.  The four elements

of Tort are Duty, Breach ,Causation and Harm.

## Plaintiff's Claim for  Civil Tort under  the Six Year Statue of Limitations

Plaintiff  for the  first time,   in  early Jan. 2017  Plaintiff discussed and decided to have a

colleague contact EAI  regarding  any information the regarding 1972 Original Oil painting. due to

the reposting of the link on WorthPoint's website.  A brief chat and Ms. Novocin's suggested to

send an email ended my colleagues involvement in this matter. On Jan. 10, 2017, Plaintiff phoned

and spoke with Marie Novocin.  I  identified myself and informed Mrs. Novocin that I was not the

artist who painted  the oil they had sold on eBay .  I then asked if EAI had any information  as if EAI

had anything to do with the reposting on the internet. Plaintiff also asked for the owner's contact

information.  Again I informed Mrs. Novocin why I was contacting her as  internet  listing  for the

1972 Original Oil Painting    was under the  Plaintiff's name again on the internet.

Shortly after, Plaintiff received a  phone call from Norb Novocin . His intent was to inform me

that he had a wealth of no knowledge. As Plaintiff has documented, I confirmed to Mr. Novocin

that I was not the artist . I attempted to  inform Mr. Novocin  it is  not legal as the Visual Artist's

Rights  Act attests to attribute  an artist's name to a painting they did not crate.   The call ended

with his suggestion to get a lawyer.   Since  Jan. 2017,   Plaintiff has taken all the steps to

responsibly inform the Defendants about their infringing actions.  The NY rules for Tort state

: a rule in tort law: the statute of limitations for a cause of action does not begin to run until the time

that the injured party discovers or reasonably should have discovered the injury. As stated on Jan. 10,

2017 Plaintiff for the first time  confirmed by phone that Mr. Novocin sold a painting in 2012.

On Sept. 21, 2022   Mr. Novocin claims that "To this day I have never been to  Plaintiff's website."

Novocin  statement demonstrates a failure to act and demonstrates careless  action regarding

researching Plaintiff credential prior to Mr. Novocin's false attribution.   It is  since Sept. 21, 2022

that Plaintiff became aware of this point of  ONE reference and the lack of  references that Mr.

Novocin  used prior to his incorrect attribution.  Plaintiff set forth a claim for  Negligent tort  due to

the failure  of both Defendants to act, in a  responsible manner toward researching  the Plaintiff

credentials and for not contacting the Plaintiff .  Defendants have demonstrated  careless actions as

aforementioned.  There are so many failures by Defendants to produce any evidence that supports

claims that they did not truncate or alter Plaintiff's biography. TheEAI  ad created by the Novocins

does infer   my  website.

EAI Defendants had a duty to the Plaintiff as well as the buyer to correctly attribute the 1972 Oil

Painting to the  actual artist. To date, EAI has failed to do that.   As this case attests,  EAI has

breached three claims, not significant are the VARA and copyright claims. Defendants have

without authorization and accuracy used Plaintiff personal property via my biography and as

aforementioned caused Plaintiff the loss of sales of art, gallerists who were interested in my

work, aside from the enormous loss of time and career opportunities all tainted and blocked by

the causation of the false attribution and at present the rigorous responsibilities in litigation that the

Plaintiff is having difficulty in managing such strenuous and unending demands.   Plaintiff did not

cause the infringements and was patient, careful, responsible and respectful with each Defendant

prior to filing this lawsuit against EAI and in deciding to Amend my Complaint to add WorthPoint.

A)As an immediate and initial reaction to the 2015 false internet posting and the  second re posting

found by the Plaintiff months after it was allegedly permanently removed, Plaintiff  needed to return

back to physical therapy and had regular doctor appointments with my Pain Management Specialist

Plaintiff Evidence

B) Plaintiff  was experiencing substantial anxiety and fear due to the loss of income and the sale of

artwork to a prominent collector due to the  Defendant falsities .Plaintiff  was unable to sleep at night

and suffered functional deficits during the day as well as physical manifestations of emotional

distress due to the nine month ordeal to remove the false posting from the internet.

C) Prior to and throughout litigation, Plaintiff has had to divert time away from career opportunities and financial advancements to seek legal remedies and Declaratory Relief to protect and prevent further infringements and willful misattributions from both Defendants. As a result the quality of my life, earning potential, professional and personal responsibilities has been unnecessarily blocked due to the willful denial by the Defendants to resolve this lawsuit. Plaintiff has suffered simply due to the fact that I did not paint this oil and that I want to legally disassociate from the counterfeit oil painting. I have suffered a great loss of time to declare and legally document I am not the artist.

## TORT CLAIM SECOND COUNT  NEGLIGENCE

"A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."

On Feb. 1, 2022 at the request of WorthPoint's attorneys Plaintiff was requested to write a settlement letter. Attorney Anderson Duff duly communicated that his clients were in held up in Bankruptcy Court due to this litigation. Despite being advised to engaged or discuss settlement offers prior to litigation by friends and retired attorneys, Plaintiff did agree to writing a letter. As is Plaintiff;s way I responsibly found out what needed to be included in the Settlement letter. I gave a recap of all my actions to both Defendants . I found cases related to my claims and listed all the damages and rules pertaining to my claims. The letter was quite long as this has been going on for over seven years. Plaintiff wrote out in words the amount Plaintiff was seeking for my settlement offer. Plaintiff did not hear from a any of the attorneys. At the same time Plaintiff was experiencing for the first time ever Vertigo. At the same time due to the stress of interviewing lawyers for possible representation, Plaintiff in addition to the recent Vertigo developed a sty and swollen eye, As a result of the stress from litigation, and the sudden onset of Vertigo, Plaintiff fell and fractured a rib due to this lawsuit and all the unexpected sudden demands that were imposed upon me. I ask the Court to consider the time Plaintiff has lost just to avoid litigation and to have the false listing permanently removed from the internet. Secondly, I simply did not do this painting and followed the advise of my legal colleague to declare I am not the artist for future documentation and records. Third the major denials

of any wrongdoing and infringements in concert with the  minor  settlement offers by EAI have

prompted the Plaintiff to be vigilent  in protecting my name and my rights. Plaintiff did not

cause these infringement, nor did I immediately file a lawsuit.

**EXHIBIT #1  Doctor appointment with Benjamin Tweel for Vertigo**
**EXHIBIT #2   Emergency Eye Infirmary Visit Sunday Feb. 20, 2022**
**EXHIBIT #3  Doctor 's Letter and  Visit with  Benjamin Zaremski  Vertigo and fractured rub**

As a result this sudden intense bombardment of demands despite honoring my agreement by

responsibly writing a letter, none of the Defendants attorneys contacted me regarding my letter.

Instead, the attorneys wrote a letter to the Court and falsely stated that Plaintiff did not state a

monetary amount, when in truth, Plaintiff most certainly did.   The reliance Plaintiff had on the

Defendants to be responsive and communicative with the Pro Se Plaintiff was not experienced.

Plaintiff did conduct a Meet and Confer as well as emailed the Defendant regarding my eye

condition. I did communicate my sudden medical limitations to all the attorneys. The actions of the

attorneys  falsely conveyed to the Court that I was disrespectful to the laws and  rules that I had

agreed to producing. Plaintiff notes that this is an assault on my character and that  misleading and

misinforming the Court was intentional.  This problem could have been avoided  through simple

communication from the Defendants.  As aforementioned Plaintiff was experiencing  sudden health

issues that needed immediate attention.  Plaintiff was then order to write another .  Settlement letter

and was indeed concerned  due to threat of sanctions,  When your intentions are honorable and

responsible, when they are perceived as anything less, injury occurred for the Plaintiff.

Despite failed settlement attempts on Plaintiff during the most recent  Nov. 23, 2022 Conference

Call, Plaintiff brought up the subject of settlement discussion. Attorney Anderson Duff immediately

rejected any possibilities for any discussions to take place. Immediately, following the Conference

Call Attorney Anderson Duff emailed Plaintiff with the Subject matter Increased Attorneys Fees.

*"I am again writing to remind you that my clients will be seeking an award of attorneys' fees under §*

*505 of the Copyright Act and/or because you rejected my clients' offer of judgment.".*   Plaintiff

reminds the Court that the sum of  both of EAI's settlement offers combined  equal an amount to be

less than three numbers.  The willful refusal of the EAI Defendants and their attorney to deny any

settlement discussions while concurrently sending emails to the Plaintiff taunting and informing me

that they are seeking an award for attorneys fees  constitutes  emotional distress. I am not the artist

who painted the 1972 oil nor should my biography been used to sell this painting.  Plaintiff reminds

the Court that in Feb. and March 2022 I wrote not one but two letters fo a settlement which  both

Defendants rejected.

**EXHIBIT #4  Nov. 23, 2022  Email Subject  Increased Attorney's Fees from Anderson Duff**

# CLAIM FOR RELIEF

1. Plaintiff consistently informed  EAI  and Marie and Norb Novocin .that I did not
   paint the 1972 Original Oil Painting Man With Red Umbrellas that falsely attributed
   my biography and signature to be falsely attributed to the aforementioned oil painting.

2. Plaintiff consistently informed  EAI Norb and Marie Novocin and there attorney I was nine
   years old , did not paint in oils then and  I too small to paint an oil  four feet in height.

3. The Defendant's communication to the Plaintiff  resulted in Mr. Novocin's suggestion to
   hire an attorney .  Defendant's used to  Plaintiff ;s biography to exploit the Plaintiff
   notoriety to increase the value of a damaged painting.

3. As stated above , there was  never any  business relationship and own prior contact
   between the Plaintiff and the Defendants.

4. At no time did Plaintiff verbally of  ever signed or authorize EAI or the Novocin's
   to use or purport that I painting in oils at nine years old.

5. Defendants willfully stated  in the guise of evidence  during the Novocin Deposition
   and now claim that  my entire biography  was allegedly in  the eBay ad for  1972 oi  painting
   Man With Red  Umbrella

6. Hence, the Defendants willfully and intentionally violated the Plaintiff's exclusive
   copyright to my self-authored artistically  expressed biography. The Defendants exhibit
   a pattern of  repeated activity to willfully  denying any liability in misattribution Plaintiff to
   1972 ad on the internet under  Plaintiff's name that is the proximate cause of the
   individual's harm.

7 . In summary no one has the right to alter, change or expose to the public, a false  signature
   or  rewrite the chronological facts of my life. No other source can  falsely claim  a copyright
   or falsely claim  a licensing agreement when no proof of documents of proof to verify such

claims exist.  This is the root cause for commencing this lawsuit.

8.   My case validates the inequitable and  adverse effect that one  false attribution during an artist's lifetime ccan  "BLOCK and  IMPEDE"  an artist's  professional progress and hinder one's status.

9.  This  lawsuit brings attention to the realization that any  "source"  can write, state or claim a false attribution  or use an artist's name on a work of art— ( or what is ascribing to be  art).   A great deal of time and many  opportunities  were  lost to refute the false 1972 misattribution, a causal loss that has harmed my  integrity, caused me to lose  my time, earn a living  and  blocked my  ability to create my own  new works of art.

10,   The  Discovery evidence  and  the lack of  evidence  has  continued consume the Plaintiff life, while  imposing unending demands upon someone who has been victimized and embarrassed by public identity therft.  The misuse my name  with  malicious intent by the  Defendants to burden an artist, who is not a lawyer  is overwhelming.  The question needs to be considered, how can the Defendants afford a lawyer when the Defendants refused  my settelemtn offer back in 2017.

## SUMMARY  OF  ARGUMENT

   Plaintiff  nine  Counts of Fraud are  detailed while defining  the circumstances

and  false misrepresentation and the  causal losses and harm  all of the Defendants

fraudulently actions have had on the Plaintiff.  The  countless mistakes by EAI,

can be literally be   "counted"  as multiple  Counts of Fraud  defined in   Plaintiff's

Proposed  Amended Complaint. The unending problems, delays demonstrated and

implemented by Estate Auctions Inc and Norb  and Marie Novocin  have been a burden

for many  years.  Plaintiff  has been a victim to  EAI's bumbling business  practices.   In

litigation of I have been a victim to EAI  chicanery  and attempts to inflict both emotional

distress and to inflict the financial debt  for Mr. Duff;s  legal fees upon the Plaintiff.

 As a Pro Se Litigant,  Plaintiff asks the  Court to grant my   Proposed  Amended Complaint to

includes  applicable request to include FRCP Fraud  9(b), Intentional Infliction of Emotion

Distress  and Tort.

       Defendants will not suffer undue prejudice from the filing of Plaintiff's Proposed

Amended Complaint because **1)** the fraudulent allegations asserted in the Proposed  Amended Complaint are more specific and conclusive  than that asserted in the  Original or  Operative Amended Complaints **2)** both  Defendants alleged harm  to the Plaintiff from the   Original and Amended  Complaint has **increased** with  the new evidence  **3)**  the more-specific fraudulent definition is  being asserted  before the close  of the Discovery and  within the time frame to amend pleadings set out in the modified  Scheduling Order   **4)** Both Defendants'  discovery has only been through  admissions, production  of documents and interrogatories  and depositions  **5)** the newly- alleged  facts  and evidence in Plaintiff's  Motion of my Proposed Amended Complaint are already  well-known to the  Defendants and in their  possession.  For these reasons, Plaintiffs respectfully ask that the Court grant  Plaintiff's Motion  for Leave to File the Proposed  Amended Complaint to Include  for Permanent Injunction and Other Equitable Relief.

WHEREFORE, Plaintiff, on behalf of herself and others artists who have been victimized by WorthPoint Corporation,  respectfully request that this Court grant Plaintiff's Proposed Amended Complaint to proceed forward to include Fraud, Intentional Infliction of Emotional Distress and Permanent Injunctive Relief and   grant Plaintiffs such further relief as this Court deems just and proper.

Dated:  December 19, 2022                              Respectfully Submitted,

Annamarie Trombetta                              ——Electronic  Signature——
175 East 96th Street
New York, New York 10128                          */s/ Annamarie Trombetta*

_____

Pro Se Litigant                                          Annamarie Trombetta

EXHIBIT #4                    14

MR. DUFF: Yes, Your Honor.

THE COURT: Are you able to ascertain the data for the email comparable to what appears in exhibit 4 to Ms. Trombetta's letter yesterday?

MR. DUFF: Your Honor, just to be frank, I have no idea what she means when she says raw data. To the extent she is talking about the email headers which is what you can derive from the raw file which she's had, again, since September 21st, I'm happy to I guess convert to a PDF the email headers which she could do and has been able to do since September. But I'm happy to do that and circulate it. I just want to quickly address the --

THE COURT: I think it's something different, Mr. Duff, to be candid, I think -- I think what she's talking about is the metadata for the email and I realize that as a layperson, and I don't know the first thing about this either, but do you have someone in your office who could extract the metadata for the email and then produce it basically like in a PDF?

MR. DUFF: Your Honor, I'm not, I guess I'm not sure what that, what that means, but to the extent that I can I'm happy to do that. I mean we sent her the raw file that contains all of that --

EXHIBIT #4                    16

seminal document in this case and the authenticity of

the sales receipt is going to be something that, you

know, maybe you're going to be able to agree, but

maybe not. And so the authenticity of the document is

important.

        MR. DUFF:  Sure.

        THE COURT:  And what I'm interpreting Ms.

Trombetta to be saying is she wants to confirm that

the PDF and the raw email that was sent to her are, in

fact, the actual authentic documents.  And so if you

look at exhibit 4 to her letter yesterday, which is

ECF number 317, it's a bunch of garbled characters

that make no sense to me but I am sure to an IT person

they'll say, yes, this is the metadata for an email.

And so --

        MR. DUFF:  Your Honor, this is the -- and I'm

sorry.  I'm sorry, go ahead, I did not mean to

interrupt.

        THE COURT:  Sorry, what I'm just trying to get

at is that for the raw email that you provided to her,

to extract the metadata for that email and produce

that to her as a, like a PDF similar to exhibit 4 to

her letter --

        MR. DUFF:  Yes.  So, Your Honor, I'm looking

# EXHIBITS TO PLAINTIFF'S REPLY TO WORTHPOINT'S OPPOSITION TO PLAINTIFF'S MOTION TO RECONSIDER

**EXHIBIT # 1** Nov. 23, 2022   Conference Call transcript page 64.
       **#1**  Nov. 23, 2022   Conference Call transcript page 65.

**EXHIBIT # 2** Nov. 23, 2022 email to Dr. Joseph Scelsa  availability for expert report.

**EXHIBIT # 3** Defendants' Nov. 23, 2023 email  unknown  coding - Source Information.

**EXHIBIT # 4**  Original Electronic Message Print out  Adam Bialek  Nov. 23, 2022 email.

**EXHIBIT # 5**  EBay phone Transcript page 19 1972 oil painting sale was an UNDEFINED

**EXHIBIT # 6**  Nov. 23, 2022 Conference Call to include  pages 4 thru 21

**EXHIBIT #7** WP000130  stating March 5, 2013 was the date the 1972 post

**EXHIBIT #8** Rosen vs Terapeak,  infringing items WorthPoint's on March, 5,2013"

**EXHIBIT #9** A WP000120 Temporaly Google Removal on March 3, 2016

**EXHIBIT #10** B WP000134  Google Remoal  on Jan. 4, 2017

**EXHIBIT #11**  A-April 8, 2022  request the DMCA agent's name
          B  Email to Copyright Office  May 2022
          C  WorthPoint Copyright  Registration DMCA Agent
          D  Returned Mail from Gregory Watkins

**EXHIBIT #12** A  Georgia Lawsuit Process Server False Affidavit —Never asked in Military
          B  Summons and Complaint with wrong dates and claims
          C  Motion for Default Judgement filed Oct. 31, 2022
          D  Proposed Order with Future Dates August 30, 2023 and Sept 29, 2023
          E  Affidavit by Annamarie Trombetta
          F  Affidavit by Phone Call Participant Wanda Buncamper

**EXHIBIT #13** A Withdrawn Expert Witness Peter Trippi Sept. 22, 2022  Florida Address
          **#13** B  Subpoena Sent to New York Home Peter Trippi  Oct.7, 2022

**EXHIBIT #14** Plaintiff Print and Script 1972 Signature with Girl Scouts Sash and Badge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | | Docket #18cv993 |
| TROMBETTA, | : | 1:18-cv-00993-RA-SLC |
| Plaintiff, | : | |
| - against - | : | |
| NOVOCIN, et al., | : | New York, New York |
| | | November 23, 2022 |
| Defendants. | : | |

----------------------------------- : REMOTE CONFERENCE

PROCEEDINGS BEFORE
THE HONORABLE SARAH L. CAVE,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:                ANNAMARIE TROMBETTA, PRO SE
                             175 East 96th Street, Apartment 12R
                             New York, New York 10128

For Defendant -              WILSON ELSER MOSKOWITZ EDELMAN &
WorthPoint Corporation:      DICKER, LLP
                             BY:  ADAM BIALEK, ESQ.
                                  NICOLE HAIMSON, ESQ.
                             150 East 42nd Street
                             New York, New York 10017

Transcription Service:       Carole Ludwig, *Transcription Services*
                             155 East Fourth Street #3C
                             New York, New York 10009
                             Phone:  (212) 420-0771
                             Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

Nov. 23 2023

EXHIBIT #1

64

```
 1
 2   defendants to please order a transcript of today's
 3   conference.  Ms. Trombetta, is there anything else you
 4   wanted to raise today?
 5             THE PLAINTIFF:  It has been a full day.  So
 6   because I'm dealing with other people, meaning the
 7   expert witnesses, and we're approaching the holiday
 8   season, if for some reason they cannot submit a report
 9   by December 12th, what --
10             THE COURT:  You need to make --
11             THE PLAINTIFF:  Can I ask for an extension for
12   them?
13             THE COURT:  Yes.
14             MR. DUFF:  Your Honor, we object, this is
15   Anderson for defendants --
16             THE COURT:  I know --
17             MR. DUFF:  I'm sorry?
18             THE COURT:  I know, but she can make an
19   application and I'll --
20             MR. DUFF:  Okay, yes, Your Honor, thank you.
21             THE COURT:  I'm not going to prejudge it, but
22   because it sounded like a hypothetical, so maybe we
23   won't. You also have a deadline to file your motion
24   for leave to amend and your proposed amended complaint
25   on December 12th, Ms. Trombetta.
```

EXHIBIT 12

65

```
 1
 2          THE PLAINTIFF:  I understand, thank you for

 3   the reminder, Your Honor.

 4          THE COURT:  All right, anything else then from

 5   you, Ms. Trombetta?

 6          THE PLAINTIFF:  Well I might add this to

 7   propose the idea of a settlement conference, is that

 8   something that the defendants would be interested in

 9   at this time?

10          THE COURT:  Mr. Duff, I'll start with you?

11          MR. DUFF:  Your Honor, my clients are not

12   interested in a settlement conference, we've already

13   had several in this case and I know the Court has bent

14   over backwards trying to accommodate settlement

15   conferences. Every time we do that it just extends the

16   inevitable conclusion of this case and the

17   plaintiff's, the plaintiff's valuation of this case is

18   just so far away from our client's valuation of this

19   case that we do not believe a settlement conference

20   would be, it would just be a waste of our client's

21   resources and it would further delay the conclusion of

22   this case.  Thank you, Your Honor.

23          THE COURT:  Okay, Ms. Haimson, what's your

24   client's position?

25          MS. HAIMSON:  Yeah, we echo the same
```

Gmail - Annamarie Trombetta

 Gmail    EXHIBIT        Annamarie Trombetta <artofannamarie@gmail.com>

#2

## Annamarie Trombetta

**Annamarie Trombetta** <artofannamarie@gmail.com>                    Wed, Nov 23, 2022 at 1:15 PM
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>

Hello Dr. Scelsa,

I wanted to wish you a Happy Thanksgiving . I also wanted to touch base
with you about my case.

 At the end of the Conference Call today I mentioned a Settlement Conference to the Judge and both Defendants declined
any offers.

I also stated to the Judge that the Expert witness reports which are due on December 12, 2022 but that with the Holiday
Season this may not be possible.
I have to make an application to the Court for an extension.

When you can please call me to discuss the production of the report.
With Appreciation,
Annamarie Trombetta
Tel (212) 427-5990

EXHIBIT #3

NOVEMBER 23, 2022

SOURCE  INFORMATION

EMAIL

EXHIBIT

#3 A

Gmail - Email

 Gmail

Annamarie Trombetta <atrombettaart@gmail.com>

---

## Email

**Bialek, Adam** <Adam.Bialek@wilsonelser.com>                                      Wed, Nov 23, 2022 at 11:33 AM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie Trombetta <atrombettaart@gmail.com>,
"ajd@hoganduff.com" <ajd@hoganduff.com>, "ajd@andersonjduff.com" <ajd@andersonjduff.com>
Cc: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>


Here is the Source Information from the email that I was able to capture. Being sent as a courtesy.


<html><head>

</head><body><div dir="ltr"><br><div class="gmail_quote">---------- Forwarded message ----------<br>From:
<b class="gmail_sendername">eBay</b> <span dir="ltr">&lt;<a href="mailto:ebay@ebay.com">eb
ay@ebay.com</a>&gt;</span><br>Date: Sat, Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay item sold!
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
<br>To: <a href="mailto:ebay@novocin.com">ebay@novocin.com</a><br><br><br><div id="m_
3729392004584666707Header"><div><table border="0" cellpadding="0" cellspacing="0" width="100%">
<tbody><tr><td width="100%" style="word-wrap:break-word"><table cellpadding="2" cellspacing="3"
border="0" width="100%"><tbody><tr><td width="1%" nowrap=""><img src="http://q.ebaystatic.com/
aw/pics/logos/ebay_95x39.gif" height="39" width="95" alt="eBay"></td><td align="left" valign="bottom">
<span style="font-weight:bold;font-size:xx-small;font-family:verdana,sans-serif;color:#666"><b>eBay sent
this message to Norb &amp; Marie Novocin (estateauctionsinc).</b><br></span><span style="font-size:xx-
small;font-family:verdana,sans-serif;color:#666">Your registered name is included to show this message
originated from eBay. <a href="http://pages.ebay.com/help/confidence/name-userid-emails.html"
target="_blank">Learn more</a>.</span></td></tr></tbody></table></td></tr></tbody></table></div></div>
<div id="m_3729392004584666707Title"><div><table style="background-color:#ffe680" border="0"
cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="8" valign="top"><img
src="http://q.ebaystatic.com/aw/pics/globalAssets/ltCurve.gif" height="8" width="8"></td><td valign="bottom"
width="100%"><span style="font-weight:bold;font-size:14pt;font-family:arial,sans-serif;color:#000;margin:
2px 0 2px 0">Congratulations, your item sold!</span></td><td width="8" valign="top" align="right"><img
src="http://p.ebaystatic.com/aw/pics/globalAssets/rtCurve.gif" height="8" width="8"></td></tr><tr><td
style="background-color:#fc0" colspan="3" height="4"></td></tr></tbody></table></div></div><div id="m_
3729392004584666707SingleItemCTA"><div><table border="0" cellpadding="2" cellspacing="3"
width="100%"><tbody><tr><td><font style="font-size:10pt;font-family:arial,sans-serif;color:#000">Dear
estateauctionsinc,<table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td><img
src="http://q.ebaystatic.com/aw/pics/s.gif" height="10" alt=" "></td></tr></tbody></table>You did it! Your
item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your
eBay shipping label.<table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td><img
src="http://q.ebaystatic.com/aw/pics/s.gif" height="10" alt=" "></td></tr></tbody></table>Complete one
of the following:<br><ul style="list-style-type:disc;margin:10px 10 10 14px"><li><a
href="http://rover.ebay.com/rover/0/e12011.m354.l1337/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FPrintPostage%
26transactionid%3D0%26itemid%3D330833102936%26ssPageName%
3DADME%3AL%3AEOISSA%3AUS%3A1337" target="_blank">Print a shipping label</a> Avoid a trip to
the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you
reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking
information is uploaded automatically.</li><li><a href="http://rover.ebay.com/rover/0/e12011.m354.l1663/7?
euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fpayments.ebay.com%2Fws%
2FeBayISAPI.dll%3FAddTrackingNumber2%26flow%3Dmyebay%26LineID%
3D330833102936_0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1663"
target="_blank">Provide shipping and tracking information</a>. When you upload tracking information to
eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may
result in fewer questions from buyers and higher detailed seller ratings.</li><li><a

Plaintiff000826

EXHIBIT #3B

Gmail - Email

href="http://rover.ebay.com/rover/0/e12011.m354.l1662/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyEbayBeta%26CurrentPage%
3DMyeBayNextSold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1662"
target="_blank">Mark your item as shipped in My eBay</a>. Do this, and we'll let your buyer know the item
is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed
seller ratings.</li></ul>You should always <a href="http://rover.ebay.com/rover/0/e12011.m354.l1332/7?
euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Ffeedback.ebay.com%2Fws%
2FeBayISAPI.dll%3FLeaveFeedback2%26show_as%3Dsold%26ssPageName%3DADME%
3AL%3AEOISSA%3AUS%3A1332" target="_blank">leave feedback</a> for your buyer to encourage them
to buy from you again.<br><br></div></font><div><table width="100%" cellpadding="0" cellspacing="3"
border="0"><tbody><tr><td valign="top" align="center" width="100" nowrap=""><a
href="http://rover.ebay.com/rover/0/e12011.m43.l1123/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fcgi.ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%
3D330833102936%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1123" target="_blank"><img
src="http://thumbs.ebaystatic.com/pict/330833102936.jpg" alt="1972 Original Oil Painting Man With Red
Umbrella Signed Annamarie Trombetta yqz" border="0"></a></td><td colspan="2" valign="top"><table
width="100%" cellpadding="0" cellspacing="0" border="0"><tbody><tr><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" colspan="2"><a href="http://rover.ebay.com/rover/0/e12011.m43.l1123/7?
euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fcgi.
ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%
3DADME%3AL%3AEOISSA%3AUS%3A1123" target="_blank">1972 Original Oil Painting Man With Red
Umbrella Signed Annamarie Trombetta yqz</a></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-
serif;color:#000" width="15%" nowrap="" valign="top"><font style="font-weight:bold;font-size:10pt;font-
family:arial,sans-serif;color:#000">Sale price:</font></td><td style="font-size:10pt;font-family:arial,sans-
serif;color:#000" valign="top"><font style="font-weight:bold;font-size:10pt;font-family:arial,sans-
serif;color:#000">$181.50</font></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:
#000" width="15%" nowrap="" valign="top">Quantity sold:</td><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" valign="top">1</td></tr><tr><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Sale date:</td><td style="font-
size:10pt;font-family:arial,sans-serif;color:#000" valign="top">Dec-01-12 18:54:01 PST</td></tr><tr><td
style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Buyer:
</td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top">nina correia</td></tr><tr>
<td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top"></td>
<td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top"><div><table border="0"
cellpadding="0" cellspacing="0"><tbody><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000"
valign="top" class="m_3729392004584666707noWrap"><font style="font-size:10pt;font-family:arial,sans-
serif;color:#000">9naclock (<a href="mailto:ninascorreia@aol.com" target="_blank">ninascorreia@
aol.com</a>) [<a href="http://contact.ebay.com/ws/eBayISAPI.dll?ReturnUserEmail&amp;requested=
9naclock&amp;redirect=0&amp;iid=330833102936" target="_blank">contact buyer</a>]</font></td></tr></
tbody></table></div></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000"
width="15%" nowrap="" valign="top">Buyer's shipping address:</td><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" valign="top"><div><table border="0" cellpadding="0" cellspacing="0">
<tbody><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top" class="m_
3729392004584666707noWrap" nowrap="">nina correia</td></tr><tr><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" valign="top" class="m_3729392004584666707noWrap" nowrap="">14215
prairie flower ct</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top"
class="m_3729392004584666707noWrap" nowrap="">reno, NV 89511-6710 United States</td></tr>
</tbody></table></div></td></tr><tr><td colspan="2"><font style="font-size:10pt;font-family:arial,sans-
serif;color:#000"><a href="http://rover.ebay.com/rover/0/e12011.m43.l1151/7?euid=
45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fcgi5.
ebay.com%2Fws%2FeBayISAPI.dll%3FSellHub3%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%
3A1151" target="_blank">Sell another Item</a> | <a href="http://rover.ebay.com/
rover/0/e12011.m43.l1156/7?euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%
2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FUnifiedCheckoutSellerUpdateDetails%26itemId%
3D330833102936%26transId%3D0%26buyerid%3D0%26ssPageName%
3DADME%3AL%3AEOISSA%3AUS%3A1156" target="_blank">Send invoice to buyer</a></font></td></tr>
</tbody></table></td></tr></tbody></table></div></td valign="top" width="185"><div><span
style="font-weight:bold;font-size:10pt;font-family:arial,sans-serif;color:#000"><strong>Provide shipping
information</strong></span><table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr>
<td><img src="http://q.ebaystatic.com/aw/pics/s.gif" height="4" alt=" "></td></tr></tbody></table><a
href="http://rover.ebay.com/rover/0/e12011.m44.l1121/7?euid=45d0df16f2ea40759d3656f834970b

EXHIBIT #3

Gmail - Email

06&amp;loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%
3DMyeBaySold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A4121"
title="http://rover.ebay.com/rover/0/e12011.m44.l1121/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%
3DMyeBaySold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A4121" target="_blank"><img
src="http://p.ebaystatic.com/aw/pics/buttons/btnGotoMyeBay.gif" border="0" height="32" width="120"></a>
<br><span style="font-style:italic;font-size:8pt;font-family:arial,sans-serif;color:#000"></span></div></td>
</tr></table><br></div></div><div id="m_3729392004584666707OneClickDigestOrUnsubscribe">
<div><div class="m_3729392004584666707cub-cwrp"><h3 class="m_3729392004584666707cub-chd">
Select your email preferences</h3><div class="m_3729392004584666707cub-ccnt"><ul class="m_
3729392004584666707cub-ulst"><li><span class="m_3729392004584666707cub-ltxt"><span>Want to
reduce your inbox email volume? <a href="http://my.ebay.com/ws/eBayISAPI.dll?DigestEmail&amp;
emailType=12011" target="_blank">Receive this email as a daily digest</a>.</span><br><span>For other
email digest options, go to <a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=
MyeBayNextNotificationPreferences" target="_blank">Notification Preferences</a> in My eBay.</span><br>
</span></li><li><span class="m_3729392004584666707cub-ltxt"><span>Don't want to receive this email?
<a href="http://my.ebay.com/ws/eBayISAPI.dll?EmailUnsubscribe&amp;emailType=12011"
target="_blank">Unsubscribe from this email</a>.</span><br></span></li></ul></div></div></div></div>
<div id="m_3729392004584666707Footer"><div><hr style="HEIGHT:1px"><table border="0" cellpadding="0"
cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-size:10pt;font-
family:arial,sans-serif;color:#000"><b>Email reference id: [#<wbr>45d0df16f2ea40759d3656f834970b
<wbr>06#]</b><br>Please don't remove this number. eBay customer support may ask you for this number,
if you should need assistance.</font></td></tr></tbody></table><br></div><hr style="HEIGHT:1px"><table
border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-
size:xx-small;font-family:verdana;color:#666"><a href="http://pages.ebay.com/education/spooftutorial/index.
html" target="_blank">Learn More</a> to protect yourself from spoof (fake) emails.<br><br>eBay sent this
email to you at <a href="mailto:ebay@novocin.com" target="_blank">ebay@novocin.com</a> about your
account registered on <a href="http://www.ebay.com" target="_blank">www.ebay.com</a>.<br><br>eBay
sends these emails based on the preferences you set for your account. To unsubscribe from this email,
change your <a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=
MyeBayNextNotificationPreferences" target="_blank">communication preferences</a>. Please note that it
may take up to 10 days to process your request. Visit our <a href="http://pages.ebay.com/
help/policies/privacy-policy.html" target="_blank">Privacy Policy</a> and <a href="http://pages.ebay.com/
help/policies/user-agreement.html" target="_blank">User Agreement</a> if you have any questions.<br>
<br>Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property
of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145
Hamilton Avenue, San Jose, CA 95125. </font></td></tr></tbody></table><img src="http://rover.ebay.com/
roveropen/0/e12011/7?euid=45d0df16f2ea40759d3656f834970b06" height="1" width="1"></div></div>
</div><br></div></body></html>

Adam Bialek
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212.915.5143 (Direct)
917.538.0616 (Cell)
212.490.3000 (Main)
212.490.3038 (Fax)
adam.bialek@wilsonelser.com

**From:** Bialek, Adam
**Sent:** Thursday, November 17, 2022 1:33 PM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Annamarie Trombetta
<atrombettaart@gmail.com>; ajd@hoganduff.com; ajd@andersonjduff.com

Plaintiff000828

Gmail - Email

Cc: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** FW: Email

I note that as of late there has been quite a few emails floating about looking for the complete document regarding the sale of the painting. I just came across this which was exchanged during the deposition of the Novicins. Hopefully, this issue is now resolved and we can start reducing the issues that need to be raised on the call with the Court next week. I suggest that we put together an agenda of items to be addressed with the Court next week and see if we can meet and confer on a resolution of as many as we can.

[Quoted text hidden]
[Quoted text hidden]

EXHIBIT
#3D

Plaintiff000829

EXHIBIT # 4

NOVEMBER 23, 2022

ELECTRONIC    ORIGINAL
MESSAGE EMAIL PRINT OUT

SOURCE  INFORMATION

EMAIL

Original Message

## Original Message

| Message ID | <21BC38C09AD4514693C6FCF2B58A34CE0294D6A097@WILEXCSRVPD10.WEMED.com> |
|---|---|
| Created at: | Wed, Nov 23, 2022 at 11:33 AM (Delivered after 6 seconds) |
| From: | "Bialek, Adam" <Adam.Bialek@wilsonelser.com> |
| To: | Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie Trombetta <atrombettaart@gmail.com>, "ajd@hoganduff.com" <ajd@hoganduff.com>, "ajd@andersonjduff.com" <ajd@andersonjduff.com> |
| Subject: | RE: Email |
| SPF: | PASS with IP 216.71.146.94  Learn more |
| DKIM: | 'PASS' with domain wilsonelser.com  Learn more |
| DMARC: | 'PASS'  Learn more |

Download Original                                               Copy to clipboard

```
Delivered-To: atrombettaart@gmail.com
Received: by 2002:a05:6a11:e044:b0:35c:5884:6311 with SMTP id
dl4csp3749182pxc;
        Wed, 23 Nov 2022 08:33:38 -0800 (PST)
X-Google-Smtp-Source:
AA0mqf5n+Rhg2CQVBT6pk6449pe7/5jOUn9SRMtK1NO0inwYLGX28NHPLlEJu6yKSB8n
bu3+mXy/
X-Received: by 2002:a17:906:34d0:b0:78d:c16e:dfc9 with SMTP id h16-
20020a17090634d000b0078dc16edfc9mr24785827ejb.327.1669221218185;
        Wed, 23 Nov 2022 08:33:38 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1669221218; cv=none;
        d=google.com; s=arc-20160816;
        b=KLD9wphe9GsIyTpugwEe9zWQfcBcWWT+9DjwuZkkXygWVyj8jhiQKVxR3mnLeJvk1b

        A3gThXTFFh7Zlq3omrWDSX1wuLSgm0obs6gtpA785NBMRr42EkYXIbUYCA3bF768LMwn

        /8jMzLgKXga9jW4ttaKnuZ0Ea1isl8wZGmHDSbou/KqYkMmbMHvOQqeVZjFN6mM/ybJk

        J0qKrMiC59dmt+asQTnlr1B2mLHKeYdSIvpcR23hSIAZUZLOdDhK3j/LKzRjNq05Fyip

        EyIy7UXKZTQ7fePaGvENeV0ctZWgsXmJqE9T+T5NAMvZY105b58uoc/KX1NSKOHDR97b
        wRBQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
        d=google.com; s=arc-20160816;
```

Original Message

```
          h=mime-version:imanage.sendandfile.filinglocations:content-
language
          :accept-language:in-reply-to:references:message-
id:date:thread-index
          :thread-topic:subject:cc:to:from:dkim-signature;
       bh=ZUO94FbhInj1iyKCs1K79ZRkbKJ2XvuwbAkW2TX55M0=;

b=OO+FAbelVHnKmaUltfA2pdKKYUkddkIRLsExWdBIS5WgEheSd+uNXFroClA4aGKb+8

c6vZmSAVvfF0rEcRAv0no7zqXr1Exu9HM+s+Is5OMAoqr9/AcBXKRS3V4P/xq54IxgRy

AT/CI5Ssd+SB3zOijuIdfDGtM2SkefHbhqSqjlssYIJqdvBhpdmcTM1MB+W+GEmrIhEq

kglQxflw5hBXkxclwLS9c9y4j0OS2np4zWTOJiBLmMB0H5w3uN/yh5WwZhpUNb6JeOOz

oB1hg/WioZYL16/RoFA8jnmlJX5zDrMtBQTX1vxgnRh2y1cGJvCEDswlFn6Ed1bnBDS1

       rR+w==
ARC-Authentication-Results: i=1; mx.google.com;
       dkim=pass header.i=@wilsonelser.com header.s=mailkey
header.b=oqZVhQr+;
       spf=pass (google.com: domain of adam.bialek@wilsonelser.com
designates 216.71.146.94 as permitted sender)
smtp.mailfrom=Adam.Bialek@wilsonelser.com;
       dmarc=pass (p=NONE sp=NONE dis=NONE)
header.from=wilsonelser.com
Return-Path: <Adam.Bialek@wilsonelser.com>
Received: from esa4.wilsonelser.iphmx.com
(esa4.wilsonelser.iphmx.com. [216.71.146.94])
       by mx.google.com with ESMTPS id qf39-
20020a1709077f2700b0078d9c0e8971si17348277ejc.752.2022.11.23.08.33.3
7
       for <atrombettaart@gmail.com>
       (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256
bits=128/128);
       Wed, 23 Nov 2022 08:33:38 -0800 (PST)
Received-SPF: pass (google.com: domain of
adam.bialek@wilsonelser.com designates 216.71.146.94 as permitted
sender) client-ip=216.71.146.94;
Authentication-Results: mx.google.com;
       dkim=pass header.i=@wilsonelser.com header.s=mailkey
header.b=oqZVhQr+;
       spf=pass (google.com: domain of adam.bialek@wilsonelser.com
designates 216.71.146.94 as permitted sender)
smtp.mailfrom=Adam.Bialek@wilsonelser.com;
       dmarc=pass (p=NONE sp=NONE dis=NONE)
header.from=wilsonelser.com
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple;
  d=wilsonelser.com; i=@wilsonelser.com; q=dns/txt;
  s=mailkey; t=1669221217; x=1700757217;
  h=from:to:cc:subject:date:message-id:references:
   in-reply-to:mime-version;
  bh=UGGwTP3Yv2h17sk2o1PkArPP/kkPBi4LSSKB+XONth8=;
  b=oqZVhQr+EYGbANSqSMuwW5eV0RbUCPcUhALaD9Icg1cpb0k//eGl01RW
   ZlnTeOwue+XfrJXgdIv2QwMhL63WO0BI810/12b4Z7Q5xhrAd2F+YGHrA
   SlLZrABNGjOBw8rF0HpoIoWrR9HggXawBz87NiyU6dsXC2kho5UpIRcRH
   4=;
Authentication-Results: esa4.wilsonelser.iphmx.com; dkim=none
(message not signed) header.i=none
X-IronPort-AV: E=Sophos;i="5.96,187,1665460800";
   d="scan'208,217";a="10393528"
Received: from mail1.wilsonelser.com (HELO mymail.wilsonelser.com)
([64.125.236.41])
  by esa4.wilsonelser.iphmx.com with ESMTP/TLS/ECDHE-RSA-AES256-
SHA384; 23 Nov 2022 11:33:34 -0500
Received: from WILEXCSRVPD10.WEMED.com ([10.254.5.251]) by WE-
EXCCAS-03.WEMED.com ([10.254.5.132]) with mapi id 14.03.0513.000;
```

Original Message

```
Wed, 23 Nov 2022 11:33:33 -0500
From: "Bialek, Adam" <Adam.Bialek@wilsonelser.com>
To: "'Annamarie Trombetta'" <annamarietrombettalegal@outlook.com>,
"'Annamarie Trombetta'" <atrombettaart@gmail.com>,
"'ajd@hoganduff.com'" <ajd@hoganduff.com>, "'ajd@andersonjduff.com'"
<ajd@andersonjduff.com>
CC: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson,
Nicole" <Nicole.Haimson@wilsonelser.com>
Subject: RE: Email
Thread-Topic: Email
Thread-Index: AQHYzdMEL0BVNzcYGkKMc/yBNnulBq5DyZRggAlNAQA=
Date: Wed, 23 Nov 2022 16:33:32 +0000
Message-ID:
<21BC38C09AD4514693C6FCF2B58A34CE0294D6A097@WILEXCSRVPD10.WEMED.com>
References:
<BYAPR06MB4277A3A18295214CF5F27E60AB4F9@BYAPR06MB4277.namprd06.prod.
outlook.com>
<21BC38C09AD4514693C6FCF2B58A34CE0294D3C682@WILEXCSRVPD10.WEMED.com>
In-Reply-To:
<21BC38C09AD4514693C6FCF2B58A34CE0294D3C682@WILEXCSRVPD10.WEMED.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
x-wsguid: IMAN-d4a4709ffd0146a6aee3300e1403962f
imanage.sendandfile.filinglocations: Active!7285068
x-originating-ip: [10.254.5.50]
Content-Type: multipart/alternative;
boundary="_000_21BC38C09AD4514693C6FCF2B58A34CE0294D6A097WILEXCSRVPD
10_"
MIME-Version: 1.0


--_000_21BC38C09AD4514693C6FCF2B58A34CE0294D6A097WILEXCSRVPD10_
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

Here is the Source Information from the email that I was able to
capture. =
Being sent as a courtesy.

<html><head>
</head><body><div dir=3D"ltr"><br><div class=3D"gmail_quote">-------
--- For=
warded message ----------<br>From: <b
class=3D"gmail_sendername">eBay</b> <=
span dir=3D"ltr">&lt;<a
href=3D"mailto:ebay@ebay.com">ebay@ebay.com</a>&gt;=
</span><br>Date: Sat, Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay
item sol=
d! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie
Trombe=
tta yqz (330833102936)<br>To: <a
href=3D"mailto:ebay@novocin.com">ebay@novo=
cin.com</a><br><br><br><div><div id=3D"m_3729392004584666707Header">
<div><t=
able border=3D"0" cellpadding=3D"0" cellspacing=3D"0"
width=3D"100%"><tbody=
><tr><td width=3D"100%" style=3D"word-wrap:break-word"><table
cellpadding=
=3D"2" cellspacing=3D"3" border=3D"0" width=3D"100%"><tbody><tr><td
width=
=3D"1%" nowrap=3D""><img
src=3D"http://q.ebaystatic.com/aw/pics/logos/ebay_=
95x39.gif" height=3D"39" width=3D"95" alt=3D"eBay"></td><td
align=3D"left" =
valign=3D"bottom"><span style=3D"font-weight:bold;font-size:xx-
```

Original Message

```
small;font-f=
amily:verdana,sans-serif;color:#666"><b>eBay sent this message to
Norb &amp=
; Marie Novocin (estateauctionsinc).</b><br></span><span
style=3D"font-size=
:xx-small;font-family:verdana,sans-serif;color:#666">Your registered
name i=
s included to show this message originated from eBay. <a
href=3D"http://pag=
es.ebay.com/help/confidence/name-userid-emails.html"
target=3D"_blank">Lear=
n more</a>.</span></td></tr></tbody></table></td></tr></tbody>
</table></div=
></div><div id=3D"m_3729392004584666707Title"><div><table
style=3D"backgrou=
nd-color:#ffe680" border=3D"0" cellpadding=3D"0" cellspacing=3D"0"
width=3D=
"100%"><tbody><tr><td width=3D"8" valign=3D"top"><img
src=3D"http://q.ebays=
tatic.com/aw/pics/globalAssets/ltCurve.gif" height=3D"8"
width=3D"8"></td><=
td valign=3D"bottom" width=3D"100%"><span style=3D"font-
weight:bold;font-si=
ze:14pt;font-family:arial,sans-serif;color:#000;margin:2px 0 2px
0">Congrat=
ulations, your item sold!</span></td><td width=3D"8" valign=3D"top"
align=
=3D"right"><img
src=3D"http://p.ebaystatic.com/aw/pics/globalAssets/rtCurve=
.gif" height=3D"8" width=3D"8"></td></tr><tr><td
style=3D"background-color:=
#fc0" colspan=3D"3" height=3D"4"></td></tr></tbody></table></div>
</div><div=
 id=3D"m_3729392004584666707SingleItemCTA"><div><table border=3D"0"
cellpad=
ding=3D"2" cellspacing=3D"3" width=3D"100%"><tbody><tr><td><font
style=3D"f=
ont-size:10pt;font-family:arial,sans-serif;color:#000">Dear
estateauctionsi=
nc,<table border=3D"0" cellpadding=3D"0" cellspacing=3D"0"
width=3D"100%"><=
tbody><tr><td><img src=3D"http://q.ebaystatic.com/aw/pics/s.gif"
height=3D"=
10" alt=3D" "></td></tr></tbody></table>You did it! Your item sold.
Please =
ship this item to the buyer after your buyer pays. As soon as your
buyer pa=
ys, print your eBay shipping label.<table border=3D"0"
cellpadding=3D"0" ce=
llspacing=3D"0" width=3D"100%"><tbody><tr><td><img
src=3D"http://q.ebaystat=
ic.com/aw/pics/s.gif" height=3D"10" alt=3D" "></td></tr></tbody>
</table><di=
v>Complete one of the following:<br><ul style=3D"list-style-
type:disc;margi=
n:10px 10 10 14px"><li><a
href=3D"http://rover.ebay.com/rover/0/e12011.m354=
.l1337/7?
euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fpay=
ments.ebay.com%2Fws%2FeBayISAPI.dll%3FPrintPostage%26transactionid%3
D0%26it=
emid%3D330833102936%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1337"
target=3D=
"_blank">Print a shipping label</a> Avoid a trip to the post office,
print =
and pay for your label at home. Printing shipping labels on eBay
```

Original Message

```
also offer=
s you reduced pricing on some shipping services, and when you print
shippin=
g labels on eBay, your tracking information is uploaded
automatically.</li>=
<li><a href=3D"http://rover.ebay.com/rover/0/e12011.m354.l1663/7?
euid=3D45d=
0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fpayments.ebay.c
om%2Fws=
%2FeBayISAPI.dll%3FAddTrackingNumber2%26flow%3Dmyebay%26LineID%3D330
8331029=
36_0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1663"
target=3D"_blank">Provid=
e shipping and tracking information</a>. When you upload tracking
informati=
on to eBay, we'll send it to your buyer and let them know the item
is on it=
s way. This will save you time, and may result in fewer questions
from buye=
rs and higher detailed seller ratings.</li><li><a
href=3D"http://rover.ebay=
.com/rover/0/e12011.m354.l1662/7?
euid=3D45d0df16f2ea40759d3656f834970b06&am=
p;loc=3Dhttp%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyEbayBeta%2
6Curren=
tPage%3DMyeBayNextSold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1662"
target=
=3D"_blank">Mark your item as shipped in My eBay</a>. Do this, and
we'll le=
t your buyer know the item is on its way. This will save you time,
and may =
result in fewer questions from buyers and higher detailed seller
ratings.</=
li></ul>You should always <a
href=3D"http://rover.ebay.com/rover/0/e12011.m=
354.l1332/7?
euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2F=
feedback.ebay.com%2Fws%2FeBayISAPI.dll%3FLeaveFeedback2%26show_as%3D
sold%26=
ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1332" target=3D"_blank">leave
feedbac=
k</a> for your buyer to encourage them to buy from you again.<br>
<br></div>=
</font></div><table width=3D"100%" cellpadding=3D"0"
cellspacing=3D"3" borde=
r=3D"0"><tbody><tr><td valign=3D"top" align=3D"center" width=3D"100"
nowrap=
=3D""><a href=3D"http://rover.ebay.com/rover/0/e12011.m43.l1123/7?
euid=3D45=
d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fcgi.ebay.com%2
Fws%2Fe=
BayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%3DADME%3A
L%3AEOI=
SSA%3AUS%3A1123" target=3D"_blank"><img
src=3D"http://thumbs.ebaystatic.com=
/pict/330833102936.jpg" alt=3D"1972 Original Oil Painting Man With
Red Umbr=
ella Signed Annamarie Trombetta yqz" border=3D"0"></a></td><td
colspan=3D"2=
" valign=3D"top"><table width=3D"100%" cellpadding=3D"0"
cellspacing=3D"0" =
border=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-
family:arial,sans-=
serif;color:#000" colspan=3D"2"><a
href=3D"http://rover.ebay.com/rover/0/e1=
2011.m43.l1123/7?
```

EXHIBIT # 6

NOVEMBER 23, 2022

TRANSCRIPT
CONFERENCE CALL

PAGES 4 thru 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          :
                                                    Docket #18cv993
TROMBETTA,                                      :  1:18-cv-00993-RA-SLC

                      Plaintiff,                :

    - against -                                 :

NOVOCIN, et al.,                                :  New York, New York
                                                   November 23, 2022
                      Defendants.               :

------------------------------------ :  REMOTE CONFERENCE

PROCEEDINGS BEFORE
THE HONORABLE SARAH L. CAVE,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:            ANNAMARIE TROMBETTA, PRO SE
                          175 East 96th Street, Apartment 12R
                          New York, New York 10128

For Defendant –           WILSON ELSER MOSKOWITZ EDELMAN &
WorthPoint Corporation:   DICKER, LLP
                          BY:   ADAM BIALEK, ESQ.
                                NICOLE HAIMSON, ESQ.
                          150 East 42nd Street
                          New York, New York 10017

Transcription Service:  Carole Ludwig, *Transcription Services*
                        155 East Fourth Street #3C
                        New York, New York 10009
                        Phone:   (212) 420-0771
                        Email:   Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

```
 1                                                    4
 2              HONORABLE SARAH L. CAVE (THE COURT):   Good
 3    morning, this is Magistrate Judge Cave, we're here for
 4    a conference in Trombetta versus Novocin --
 5              MS. ANNAMARIE TROMBETTA (THE PLAINTIFF):   Good
 6    morning.
 7              THE COURT:   (continuing) -- case number
 8    18cv993. Good morning, Ms. Trombetta?
 9              THE PLAINTIFF:   Yes, good morning.
10              THE COURT:   All right, good morning. And for
11    defendants, let's start with the Novocin.
12              MR. ANDERSON DUFF: Your Honor, this is
13    Anderson Duff appearing on behalf of defendants Estate
14    Auctions and Norb and Marie Novocin, thank you.
15              THE COURT:   Great, good morning.  And for
16    WorthPoint?
17              MS. NICOLE HAIMSON:   Nicole Haimson with my
18    colleague, Adam Bialek from Wilson Elser on behalf of
19    WorthPoint Corporation.
20              THE COURT:   Okay, good morning, and apologies
21    for the delay, my prior conference was trying to fit a
22    lot in before the holiday so I had a lot of issues
23    with the other parties so thank you all for being
24    flexible about the time that we're getting started
25    today.
```

1                                                                      5

2              Okay, so, you know, I have a few letters from

3    the parties and I've been trying very hard to sort of

4    discern what remains. I did get a couple of additional

5    letters from the parties last night and so it seems to

6    me, Ms. Trombetta, that one of the big issues that you

7    were focused on in terms of the productions from the

8    defendants was the complete sales receipt from the

9    eBay auction of the 1972 original oil painting. It

10   seemed like from Mr. Bialek's letter that that

11   complete receipt has now been provided to you, is that

12   the case, Ms. Trombetta?

13              THE PLAINTIFF:  It has, I did state that in

14   the November 16th letter that you had requested of me,

15   however, I think it's important as I put in my letter

16   on Monday that the original message or the wrong

17   message, which is the coding for that email, be

18   produced and the reason for my request is that usually

19   with all eBay receipts there is an icon of a square,

20   it almost looks like an old fashioned slide, and the

21   receipts from 2012 from EAI or eBay is absent of that

22   particular icon.

23              THE COURT:  Okay, so --

24              THE PLAINTIFF:  So why reason for the raw data

25   or the original email, which will have the content in

```
 1                                                    6
 2   that receipt as well as the coding for it, and it will
 3   just validate that the receipt transference was done.
 4   I have --
 5           THE COURT:  What you have now is just like a
 6   PDF version of that receipt?
 7           THE PLAINTIFF:  That is correct, Your Honor --
 8   (interposing) --
 9           THE COURT:  Hold on, everybody will have a
10   chance to talk, please wait until I call on you.  Go
11   ahead, Ms. Trombetta.
12           THE PLAINTIFF:  Yeah, thank you.  So the
13   defendants, WorthPoint, in particular, requested of me
14   several of those type of printouts. So not only did I
15   print out the PDF, you know, the content, text
16   content, but I also printed out the raw message or the
17   original message which gives you all the text within
18   the tracking and the coding of that email.
19           THE COURT:  Okay, are you concerned about,
20   that the PDF is somehow not authentic?
21           THE PLAINTIFF:  The production of the original
22   message will validate and verify that conclusively. I
23   am just, I just noticed that in all of my eBay
24   documents there's the icon of the gray square where
25   the image should be and it usually says, you know,
```

```
 1                                                    7
 2  click on to view image.  But I did not see that in the
 3  PDF.  And, again, since that was asked of me and I
 4  understand why, then I just would like --
 5          THE COURT:  There's no dispute that the eBay
 6  sale took place, right, that's not disputed?
 7          THE PLAINTIFF:  Again, the verification of the
 8  original or the raw coding and email will conclusively
 9  validate that.  All I can tell you with most certainty
10  is that I did not paint this image, I have produced my
11  signature --
12          THE COURT:  I know.
13          THE PLAINTIFF:  And I've also cooperated to an
14  extended amount. I had nothing to do with this.
15          THE COURT:  I know, and that goes to the
16  merits of this case, so let me hear from --
17          MS. HAIMSON:  Your Honor, may I clarify quick,
18  (indiscernible) was requested in terms of the actual
19  email. So I think plaintiff just explained to the
20  Court that counsel for WorthPoint had requested
21  printouts of emails and that she was seeking basically
22  the equivalent. That's actually inaccurate, what we
23  have requested was essentially the native electronic
24  format of that email which was exactly what we just
25  sent her.  We sent her the native electronic format of
```

8

```
 1
 2  that sales receipt. So she has exactly what we are
 3  requesting from her and I don't know what she's
 4  talking about when she's saying coding, but we have
 5  given her the native electronic format of that email.
 6  So I don't think there's really anything else to give.
 7           THE COURT:  Okay. All right, so, Ms.
 8  Trombetta, do you have -- Mr. Duff?
 9           MR. DUFF:  Yes, Your Honor, I just wanted to
10  address this very briefly since this was our
11  production, my client's production.  The email that
12  she's talking about, we originally produced in April,
13  April 26th, and it was converted into a PDF and
14  stamped. During the deposition of my clients,
15  WorthPoint's counsel correctly pointed out that there
16  were a few digits that were cut off when it was
17  converted to a PDF on the right-hand side.  So while
18  the deposition was happening, I forwarded the raw
19  email, the .eml file, which contains all the metadata,
20  is unstamped, has everything that Ms. Trombetta could
21  want, that was on September 21st.  So she's had it
22  since September 21st and she's continued to file these
23  letters with the Court saying that she doesn't have
24  it. And I know that everybody got the email because
25  Adam Bialek recently, as counsel just stated,
```

9

1

2    recirculated that file. Ms. Trombetta's had this since

3    the raw file, since September 21st, and just to address

4    Ms. Trombetta's concerns I went ahead and reproduced

5    it, restamped it as a PDF that does not cut off an of

6    the information on the right-hand side.  So Ms.

7    Trombetta's had this since April.

8             THE COURT:  Okay. All right, Ms. Trombetta, do

9    you now have the emails?

10            THE PLAINTIFF:  In my letter that I wrote

11   yesterday or maybe the day before, I gave and produced

12   -- no, it was yesterday, examples of what it was that

13   I was looking for.  And I had also stated that in the

14   email that was sent from Adam Bialek, when I clicked

15   onto the attachment, the attachment activated my

16   mailbox on the computer, and a drop down menu came up

17   where you have to select either Gmail, Yahoo,

18   whatever. I don't have that system operating.  If Mr.

19   Duff sends me the coding of the PDF I would appreciate

20   it if he'd send it to the outlook.com. I cannot open

21   what it is that he, that Mr. Bialek sent.

22            Now I have been asking repeatedly for the full

23   uncut version of the PDF on numerous occasions --

24            THE COURT:  He said he sent it to you on

25   September 21st, Ms. Trombetta.

```
 1                                                    10
 2            THE PLAINTIFF:  Yes, but on October 31st I
 3   sent Mr., well I put this in my letter, on the 29th I
 4   sent, which was a Saturday, I sent a sample of the
 5   April version of the PDF which was slightly truncated.
 6   Then I also sent the deposition pages 74 to 79 of my
 7   Mr. Novocin which states that he keeps all his emails.
 8   Another thing that I'm requesting is the transaction
 9   of the payment.  Third, any type of receipt from the
10   buyer which is still missing.  This is just basic --
11            THE COURT:  Okay, well it seems to me, Ms.
12   Trombetta, that the defendants have produced to you in
13   several different formats a copy of the receipt that
14   you're asking for and I'm not going to require them to
15   produce anything --
16            THE PLAINTIFF:  Your Honor, I have to
17   disagree.  They produced in April the cut, truncated
18   PDF, it's just the printout of the email --
19            THE COURT:  And then he --
20            THE PLAINTIFF:  What I'm requesting physically
21   is the, I have received the full PDF but not the
22   original and raw message of that particular email.
23            THE COURT:  He just said --
24            THE PLAINTIFF:  Secondly, there is no --
25            THE COURT:  Ms. Trombetta, you have to listen
```

1                                                                11

2  to me.   He sent it on September 21st.

3              THE PLAINTIFF:   That's what they are saying

4  and I'm telling you that the email that they sent the

5  other day I could not open it. I will send it to

6  another person, I plan on doing that over the weekend,

7  to see if they can open it, but I, personally, cannot

8  open it.

9              THE COURT:   Okay --

10             THE PLAINTIFF:   They can actually print out

11  all the data, that entire raw message, and scan it and

12  send it to me.

13             MR. BIALEK:   Your Honor, if I can, this is

14  Adam Bialek, I just want, I just want to say I sent I

15  to two different email addresses for Ms. Trombetta, I

16  sent it to the annatrombettalegal@outlook.com and then

17  I also sent it to atrombettaart@gmail.com.   So it

18  would have gone to two different servers.

19             THE COURT:   And that was attaching the native

20  document, correct?

21             MR. BIALEK:   That attached the email that I

22  had gotten from Mr. Duff which was, it looks like a

23  January 10, 2017, mail form eBay@novocin.com to Norb

24  Novocin and Marie Novocin that it forwards the

25  December 1, 2012, at 9:54 p.m. email from eBay at

1

2  eBay.com to eBay@novocin.com, and that has, that's the

3  original email that they have which has all of the

4  sales price and the buyer's name, buyer's shipping

5  address, et cetera.

6            THE PLAINTIFF:  The buyer has not produced any

7  receipts of the transaction of payment, nor have they

8  indicated was it paid by check, PayPal, cash, credit

9  card, that hasn't been produced nor the sales receipt.

10  There's only one document that's been produced and,

11  again, I am asking you, Judge Cave, to have the

12  defendants print out the data and send it to me that

13  way.

14            THE COURT:  What data?

15            THE PLAINTIFF:  That's what I did in my --

16            THE COURT:  Ms. Trombetta --

17            THE PLAINTIFF:  (continuing) -- responses, I

18  printed out, I was requested to print out the February

19  20, 2016, email. I printed out the text, the actual

20  email, then I went to the raw message and print out

21  most of the coding. And then after the October 28th

22  meet and confer I figured out a way to export the raw

23  message into a PDF file and I forwarded that to both

24  defendants as requested. I'm just asking for the same

25  type of consideration as I am extending to the

```
 1                                                     13
 2  defendants.
 3           THE COURT:  Is that your exhibit 4 to your
 4  letter yesterday, is that the type of raw data that
 5  you're talking about?
 6           THE PLAINTIFF:  Correct, thank you, Your
 7  Honor, that's precisely what it is that I'm looking
 8  for. I printed out an example of the hard copy which
 9  is basically any time you open up an email you get the
10  text or the, you know, the look of the email.
11           THE COURT:  Why do you need the data for this
12  email?
13           THE PLAINTIFF:  As stated earlier, first and
14  foremost there should be on the PDF an icon of the
15  image in gray where it's highlighted on blue and it
16  says click onto the image.  It doesn't have that.
17  Secondly, it's as requested of me as proof this is
18  another verification that the sale took place.  The
19  whole case is hinged upon the importance of the proof
20  of the sale because that's how WorthPoint became
21  involved.
22           THE COURT:  All right, stop talking for a
23  minute please so I can ask the defendants a question.
24  Ms. Haimson or, well actually let me ask Mr. Duff
25  because I think this is your email --
```

```
 1                                                    14
 2           MR. DUFF:  Yes, Your Honor.
 3           THE COURT:  Are you able to ascertain the data
 4  for the email comparable to what appears in exhibit 4
 5  to Ms. Trombetta's letter yesterday?
 6           MR. DUFF:  Your Honor, just to be frank, I
 7  have no idea what she means when she says raw data.  To
 8  the extent she is talking about the email headers
 9  which is what you can derive from the raw file which
10  she's had, again, since September 21st, I'm happy to I
11  guess convert to a PDF the email headers which she
12  could do and has been able to do since September.  But
13  I'm happy to do that and circulate it.  I just want to
14  quickly address the --
15           THE COURT:  I think it's something different,
16  Mr. Duff, to be candid, I think -- I think what she's
17  talking about is the metadata for the email and I
18  realize that as a layperson, and I don't know the
19  first thing about this either, but do you have someone
20  in your office who could extract the metadata for the
21  email and then produce it basically like in a PDF?
22           MR. DUFF:  Your Honor, I'm not, I guess I'm
23  not sure what that, what that means, but to the extent
24  that I can I'm happy to do that. I mean we sent her
25  the raw file that contains all of that --
```

```
 1                                                    15
 2            THE COURT:  I know.
 3            MR. DUFF:  So if she knows how to do it, she
 4   should be able to do it.
 5            THE COURT:  She's not able to open the raw
 6   email --
 7            MR. DUFF:  Well, Your Honor --
 8            THE COURT:  Go ahead.
 9            MR. DUFF:  I'm sorry, Your Honor, go ahead.
10            THE COURT:  It's all right, go ahead.
11            MR. DUFF:  Well with respect, she did say that
12   when she tried to open the raw file the mail program
13   started opening, well that's how you open the file,
14   that indicates that she can open the file because it
15   is a mail app file. So if the mail app started opening
16   she can open the file.  But because, just that she
17   doesn't know how to do it doesn't mean she can't.
18            THE COURT:  Right.
19            MR. DUFF:  But to the extent that she will, if
20   she can explain to me the steps I need to take to turn
21   a PDF, give her a PDF that will resolve this issue for
22   her, I'm happy to do that, even --
23            THE COURT:  What I'd like you to do, so,
24   obviously there is going to be, all I'm, the reason to
25   make a big deal about this is this is obviously a
```

16

seminal document in this case and the authenticity of

the sales receipt is going to be something that, you

know, maybe you're going to be able to agree, but

maybe not. And so the authenticity of the document is

important.

        MR. DUFF:  Sure.

        THE COURT:  And what I'm interpreting Ms.

Trombetta to be saying is she wants to confirm that

the PDF and the raw email that was sent to her are, in

fact, the actual authentic documents.  And so if you

look at exhibit 4 to her letter yesterday, which is

ECF number 317, it's a bunch of garbled characters

that make no sense to me but I am sure to an IT person

they'll say, yes, this is the metadata for an email.

And so --

        MR. DUFF:  Your Honor, this is the -- and I'm

sorry.  I'm sorry, go ahead, I did not mean to

interrupt.

        THE COURT:  Sorry, what I'm just trying to get

at is that for the raw email that you provided to her,

to extract the metadata for that email and produce

that to her as a, like a PDF similar to exhibit 4 to

her letter --

        MR. DUFF:  Yes.  So, Your Honor, I'm looking

```
 1                                                    17
 2  at exhibit 4 right now, that is -- that is the email
 3  headers, that's what I was talking about earlier.
 4          THE COURT:  Okay.
 5          MR. DUFF:  So that I know how to produce, I'm
 6  happy to do that, I can do that from the
 7  (indiscernible) EML file that we've already given her,
 8  I can do that immediately after this conference and I
 9  will do that and then hopefully we can put that to
10  bed.
11          I would like to address one more point that
12  Ms. Trombetta (indiscernible), plaintiff said that we
13  have not produced documents, the sales receipts that
14  the buyer has.  Well why would, we don't have
15  documents that the buyer has and we can't produce
16  things, we told her many, many times that we cannot
17  produce documents that either do not exist or that are
18  not within our possession, custody or control, those
19  documents are not within our possession, custody and
20  control, and we would have been able to explain that
21  to her, at least try to explain that, had Ms.
22  Trombetta met and conferred with us which she has
23  consistently refused to do. In fact, last Thursday
24  WorthPoint's counsel asked Ms. Trombetta if she would
25  meet and confer with us on Monday of this week to try
```

```
 1                                                    18
 2   to resolve some of these issues so that we wouldn't be
 3   wasting so much of the Court's time. Well, Ms.
 4   Trombetta responded and said that she couldn't
 5   possibly meet any time on Monday but then Monday
 6   morning she filed a two page, single spaced letter
 7   with the Court, so obviously she had time, she just
 8   wasn't willing to meet and confer. And that's just the
 9   most recent and one example, one tiny example of the
10   continued bad faith with which Ms. Trombetta is
11   proceeding in this case. And that's all I have to say
12   about that, but I'll happy produce a PDF of the email
13   header for this crucial email.  Thank you.
14            THE COURT:  Thank you, okay.
15            MR. BIALEK:  Your Honor, if I may --
16            THE COURT:  Let me just say I read all of your
17   letters. I understand that there is a depth of
18   loathing between the parties here that is almost
19   immeasurable, and I understand that the parties are
20   equally frustrated with where we are in the case. All
21   I care about is getting you to the end of discovery.
22   I'm not, I don't care about who shot John, I don't
23   care about who behaved worse, if and when there is an
24   appropriate time for the defendants' attorneys to be
25   seeking sanctions or (indiscernible), we will address
```

19

that. In the meantime, it's not necessary and it is a
waste of my time for the parties to be belying each
other in writing and letters to me and during
conferences with the Court.  Today we are talking
about what, if there are any remaining categories of
documents that either party thinks the other party has
and needs to be produced, that's what we're talking
about today.

     So, Ms. --

     MR. DUFF:  My apologies, Your Honor, thank
you.

     THE COURT:  It's not necessary to apologize, I
just needed to level set the conversation.

     MR. BIALEK:  Your Honor, may I --

     THE COURT:  Go ahead.

     MR. BIALEK:  Sorry. I just wanted to say that
I just am sending over to everybody the header
information or the source information that was pulled
from the email. But to avoid having to come back for
another conference, I just want to point out the email
that Mr. Duff had sent to us was actually forwarding
the original email. So the email that he sent was from
2017 and it came from the Novocin's eBay@novocin.com,
they had kind of forwarded the email that

                                                                    20

2    eBay@eBay.com had sent to them.

3          So while I just forwarded the source

4    information that she's looking, that Ms. Trombetta is

5    looking for, it's not going to have the source

6    information from that December 1, 2012, email, it

7    would only have it from 2017. So I just want to make

8    sure that everybody is aware of that so we don't have

9    to have another fight over it.

10         THE COURT:  Okay.  All right, thank you for

11   that clarification. All right, so one way or another,

12   Ms. Trombetta, whether it's from Mr. Bialek

13   momentarily, or from Mr. Duff after this call, you are

14   going to get the information about the eBay sales

15   receipt email that we were just discussing.

16         THE PLAINTIFF:  Okay, Your Honor, if I may

17   just say three things.  First and foremost, my letter

18   on Monday was filed on Friday evening. Any letters

19   that I wrote that were filed yesterday were written

20   over the weekend. I did, as stated, had appointments,

21   it's a holiday week, I had a lot of things to do.

22         That said, I will go to my Gmail account and

23   if you go, if the email was sent from Gmail you go to

24   the arrow, there's a circle with three dots and it

25   says reply, forward, filter message, you click on show

21

1

2   original and when you click on that what you get is

3   message ID created at, which gives you the date,

4   from/to/subject.  Underneath that you get the text of

5   the email and all the coding that goes with it

6   depending on how long the email is.

7          If it's a Yahoo account, then you go to the

8   email, you go to more, you drop down the window and it

9   says raw message. Now when WorthPoint asked me for the

10  metadata, I didn't know how to produce it. But then I

11  went to file, drop down window export PDF, and lo' and

12  behold, it did it, it brought it to my desktop. This

13  is what I put in my filing yesterday. Again, it's a

14  printout of the original email which is what I have

15  from Estate Auctions Inc. in full.

16         Again, in the spring of April it was

17  truncated, on September 21st it was brought to the

18  Novocins' attention, if Mr. Duff did, in fact, include

19  the original or the raw message, it depends on the

20  email platform.  Each email platform, Gmail, Outlook,

21  they all have a different system but they all are

22  consistent with being able to reveal and either print

23  out or export to a desktop the original message with

24  the coding and the text of the message.  Thank you.

25         THE COURT:  Okay.  Are there any other

# EXHIBITS TO PLAINTIFF'S REPLY TO WORTHPOINT'S OPPOSITION TO PLAINTIFF'S MOTION TO RECONSIDER

EXHIBIT # 1 Nov. 23, 2022   Conference Call transcript page 64.
           #1  Nov. 23, 2022   Conference Call transcript page 65.

EXHIBIT # 2 Nov. 23, 2022 email to Dr. Joseph Scelsa  availability for expert report.

EXHIBIT # 3 Defendants' Nov. 23, 2023 email  unknown  coding - Source Information.

EXHIBIT # 4  Original Electronic Message Print out  Adam Bialek  Nov. 23, 2022 email.

EXHIBIT # 5  EBay phone Transcript page 19 1972 oil painting sale was an UNDEFINED

EXHIBIT # 6  Nov. 23, 2022 Conference Call to include  pages 4 thru 21

EXHIBIT #7 WP000130  stating March 5, 2013 was the date the 1972 post

EXHIBIT #8 Rosen vs Terapeak,  infringing items WorthPoint's on March, 5,2013"

EXHIBIT #9 A WP000120 Temporaly Google Removal on March 3, 2016

EXHIBIT #10 B WP000134  Google Remoal  on Jan. 4, 2017

EXHIBIT #11  A-April 8, 2022  request the DMCA agent's name
            B  Email to Copyright Office  May 2022
            C  WorthPoint Copyright  Registration DMCA Agent
            D  Returned Mail from Gregory Watkins

EXHIBIT #12 A  Georgia Lawsuit Process Server False Affidavit —Never asked in Military
            B  Summons and Complaint with wrong dates and claims
            C  Motion for Default Judgement filed Oct. 31, 2022
            D  Proposed Order with Future Dates August 30, 2023 and Sept 29, 2023
            E  Affidavit by Annamarie Trombetta
            F  Affidavit by Phone Call Participant Wanda Buncamper

EXHIBIT #13 A Withdrawn Expert Witness Peter Trippi Sept. 22, 2022  Florida Address
            #13 B  Subpoena Sent to New York Home Peter Trippi  Oct.7, 2022

EXHIBIT #14 Plaintiff Print and Script 1972 Signature with Girl Scouts Sash and Badge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    :
                                             Docket #18cv993
TROMBETTA,                                : 1:18-cv-00993-RA-SLC

                    Plaintiff,            :

  - against -                             :

NOVOCIN, et al.,                          : New York, New York
                                            November 23, 2022
                    Defendants.           :

------------------------------------ : REMOTE CONFERENCE

PROCEEDINGS BEFORE
THE HONORABLE SARAH L. CAVE,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:              ANNAMARIE TROMBETTA, PRO SE
                            175 East 96th Street, Apartment 12R
                            New York, New York 10128

For Defendant -             WILSON ELSER MOSKOWITZ EDELMAN &
WorthPoint Corporation:     DICKER, LLP
                            BY:  ADAM BIALEK, ESQ.
                                 NICOLE HAIMSON, ESQ.
                            150 East 42nd Street
                            New York, New York 10017

Transcription Service:      Carole Ludwig, *Transcription Services*
                            155 East Fourth Street #3C
                            New York, New York 10009
                            Phone:  (212) 420-0771
                            Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

64

```
 1
 2   defendants to please order a transcript of today's
 3   conference.  Ms. Trombetta, is there anything else you
 4   wanted to raise today?
 5              THE PLAINTIFF:  It has been a full day.  So
 6   because I'm dealing with other people, meaning the
 7   expert witnesses, and we're approaching the holiday
 8   season, if for some reason they cannot submit a report
 9   by December 12th, what --
10              THE COURT:  You need to make --
11              THE PLAINTIFF:  Can I ask for an extension for
12   them?
13              THE COURT:  Yes.
14              MR. DUFF:  Your Honor, we object, this is
15   Anderson for defendants --
16              THE COURT:  I know --
17              MR. DUFF:  I'm sorry?
18              THE COURT:  I know, but she can make an
19   application and I'll --
20              MR. DUFF:  Okay, yes, Your Honor, thank you.
21              THE COURT:  I'm not going to prejudge it, but
22   because it sounded like a hypothetical, so maybe we
23   won't.  You also have a deadline to file your motion
24   for leave to amend and your proposed amended complaint
25   on December 12th, Ms. Trombetta.
```

EXHIBIT 12

65

```
 1

 2          THE PLAINTIFF:  I understand, thank you for

 3   the reminder, Your Honor.

 4          THE COURT:  All right, anything else then from

 5   you, Ms. Trombetta?

 6          THE PLAINTIFF:  Well I might add this to

 7   propose the idea of a settlement conference, is that

 8   something that the defendants would be interested in

 9   at this time?

10          THE COURT:  Mr. Duff, I'll start with you?

11          MR. DUFF:  Your Honor, my clients are not

12   interested in a settlement conference, we've already

13   had several in this case and I know the Court has bent

14   over backwards trying to accommodate settlement

15   conferences. Every time we do that it just extends the

16   inevitable conclusion of this case and the

17   plaintiff's, the plaintiff's valuation of this case is

18   just so far away from our client's valuation of this

19   case that we do not believe a settlement conference

20   would be, it would just be a waste of our client's

21   resources and it would further delay the conclusion of

22   this case.  Thank you, Your Honor.

23          THE COURT:  Okay, Ms. Haimson, what's your

24   client's position?

25          MS. HAIMSON:  Yeah, we echo the same
```

Gmail - Annamarie Trombetta

 **Gmail**

EXHIBIT

#2

Annamarie Trombetta <artofannamarie@gmail.com>

---

## Annamarie Trombetta

---

**Annamarie Trombetta** <artofannamarie@gmail.com>
To: scelsa/joseph <jvscelsa@italianamericanmuseum.org>

Wed, Nov 23, 2022 at 1:15 PM

Hello Dr. Scelsa,

I wanted to wish you a Happy Thanksgiving . I also wanted to touch base
with you about my case.

At the end of the Conference Call today I mentioned a Settlement Conference to the Judge and both Defendants declined
any offers.

I also stated to the Judge that the Expert witness reports which are due on December 12, 2022 but that with the Holiday
Season this may not be possible.
I have to make an application to the Court for an extension.

When you can please call me to discuss the production of the report.
With Appreciation,
Annamarie Trombetta
Tel (212) 427-5990

EXHIBIT #3

NOVEMBER 23, 2022

SOURCE  INFORMATION

EMAIL

EXHIBIT

#3 A

Gmail - Email

 Gmail

**Annamarie Trombetta <atrombettaart@gmail.com>**

---

## Email

---

**Bialek, Adam** <Adam.Bialek@wilsonelser.com>                                    Wed, Nov 23, 2022 at 11:33 AM
To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie Trombetta <atrombettaart@gmail.com>,
"ajd@hoganduff.com" <ajd@hoganduff.com>, "ajd@andersonjduff.com" <ajd@andersonjduff.com>
Cc: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson, Nicole" <Nicole.Haimson@wilsonelser.com>


Here is the Source Information from the email that I was able to capture.  Being sent as a courtesy.


<html><head>

</head><body><div dir="ltr"><br><div class="gmail_quote">---------- Forwarded message ----------<br>From:
<b class="gmail_sendername">eBay</b> <span dir="ltr">&lt;<a href="mailto:ebay@ebay.com">eb
ay@ebay.com</a>&gt;</span><br>Date: Sat, Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay item sold!
1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
<br>To: <a href="mailto:ebay@novocin.com">ebay@novocin.com</a><br><br><br><div id="m_
3729392004584666707Header"><div><table border="0" cellpadding="0" cellspacing="0" width="100%">
<tbody><tr><td width="100%" style="word-wrap:break-word"><table cellpadding="2" cellspacing="3"
border="0" width="100%"><tbody><tr><td width="1%" nowrap=""><img src="http://q.ebaystatic.com/
aw/pics/logos/ebay_95x39.gif" height="39" width="95" alt="eBay"></td><td align="left" valign="bottom">
<span style="font-weight:bold;font-size:xx-small;font-family:verdana,sans-serif;color:#666"><b>eBay sent
this message to Norb &amp; Marie Novocin (estateauctionsinc).</b><br></span><span style="font-size:xx-
small;font-family:verdana,sans-serif;color:#666">Your registered name is included to show this message
originated from eBay. <a href="http://pages.ebay.com/help/confidence/name-userid-emails.html"
target="_blank">Learn more</a>.</span></td></tr></tbody></table></td></tr></tbody></table></div></div>
<div id="m_3729392004584666707Title"><div><table style="background-color:#ffe680" border="0"
cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="8" valign="top"><img
src="http://q.ebaystatic.com/aw/pics/globalAssets/ltCurve.gif" height="8" width="8"></td><td valign="bottom"
width="100%"><span style="font-weight:bold;font-size:14pt;font-family:arial,sans-serif;color:#000;margin:
2px 0 2px 0">Congratulations, your item sold!</span></td><td width="8" valign="top" align="right"><img
src="http://p.ebaystatic.com/aw/pics/globalAssets/rtCurve.gif" height="8" width="8"></td></tr><tr><td
style="background-color:#fc0" colspan="3" height="4"></td></tr></tbody></table></div></div><div id="m_
3729392004584666707SingleItemCTA"><div><table border="0" cellpadding="2" cellspacing="3"
width="100%"><tbody><tr><td><font style="font-size:10pt;font-family:arial,sans-serif;color:#000">Dear
estateauctionsinc,<table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td><img
src="http://q.ebaystatic.com/aw/pics/s.gif" height="10" alt=" "></td></tr></tbody></table>You did it! Your
item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your
eBay shipping label.<table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td><img
src="http://q.ebaystatic.com/aw/pics/s.gif" height="10" alt=" "></td></tr></tbody></table>Complete one
of the following:<br><ul style="list-style-type:disc;margin:10px 10 10 14px"><li><a
href="http://rover.ebay.com/rover/0/e12011.m354.l1337/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FPrintPostage%
26transactionid%3D0%26itemid%3D330833102936%26ssPageName%
3DADME%3AL%3AEOISSA%3AUS%3A1337" target="_blank">Print a shipping label</a> Avoid a trip to
the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you
reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking
information is uploaded automatically.</li><li><a href="http://rover.ebay.com/rover/0/e12011.m354.l1663/7?
euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fpayments.ebay.com%2Fws%
2FeBayISAPI.dll%3FAddTrackingNumber2%26flow%3Dmyebay%26LineID%
3D330833102936_0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1663"
target="_blank">Provide shipping and tracking information</a>. When you upload tracking information to
eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may
result in fewer questions from buyers and higher detailed seller ratings.</li><li><a

Plaintiff000826

EXHIBIT #3B

Gmail - Email

href="http://rover.ebay.com/rover/0/e12011.m354.l1662/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyEbayBeta%26CurrentPage%
3DMyeBayNextSold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1662"
target="_blank">Mark your item as shipped in My eBay</a>. Do this, and we'll let your buyer know the item
is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed
seller ratings.</li></ul>You should always <a href="http://rover.ebay.com/rover/0/e12011.m354.l1332/7?
euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Ffeedback.ebay.com%2Fws%
2FeBayISAPI.dll%3FLeaveFeedback2%26show_as%3Dsold%26ssPageName%3DADME%
3AL%3AEOISSA%3AUS%3A1332" target="_blank">leave feedback</a> for your buyer to encourage them
to buy from you again.<br><br></div></font><div><table width="100%" cellpadding="0" cellspacing="3"
border="0"><tbody><tr><td valign="top" align="center" width="100" nowrap=""><a
href="http://rover.ebay.com/rover/0/e12011.m43.l1123/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fcgi.ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%
3D330833102936%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1123" target="_blank"><img
src="http://thumbs.ebaystatic.com/pict/330833102936.jpg" alt="1972 Original Oil Painting Man With Red
Umbrella Signed Annamarie Trombetta yqz" border="0"></a></td><td colspan="2" valign="top"><table
width="100%" cellpadding="0" cellspacing="0" border="0"><tbody><tr><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" colspan="2"><a href="http://rover.ebay.com/rover/0/e12011.m43.l1123/7?
euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fcgi.
ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%
3DADME%3AL%3AEOISSA%3AUS%3A1123" target="_blank">1972 Original Oil Painting Man With Red
Umbrella Signed Annamarie Trombetta yqz</a></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-
serif;color:#000" width="15%" nowrap="" valign="top"><font style="font-weight:bold;font-size:10pt;font-
family:arial,sans-serif;color:#000">Sale price:</font></td><td style="font-size:10pt;font-family:arial,sans-
serif;color:#000" valign="top"><font style="font-weight:bold;font-size:10pt;font-family:arial,sans-
serif;color:#000">$181.50</font></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:
#000" width="15%" nowrap="" valign="top">Quantity sold:</td><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" valign="top">1</td></tr><tr><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Sale date:</td><td style="font-
size:10pt;font-family:arial,sans-serif;color:#000" valign="top">Dec-01-12 18:54:01 PST</td></tr><tr><td
style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top">Buyer:
</td><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top">nina correia</td></tr><tr>
<td style="font-size:10pt;font-family:arial,sans-serif;color:#000" width="15%" nowrap="" valign="top"></td>
<td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top"><div><table border="0"
cellpadding="0" cellspacing="0"><tbody><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000"
valign="top" class="m_3729392004584666707noWrap"><font style="font-size:10pt;font-family:arial,sans-
serif;color:#000">9naclock (<a href="mailto:ninascorreia@aol.com" target="_blank">ninascorreia@
aol.com</a>) [<a href="http://contact.ebay.com/ws/eBayISAPI.dll?ReturnUserEmail&amp;requested=
9naclock&amp;redirect=0&amp;iid=330833102936" target="_blank">contact buyer</a>]</font></td></tr></
tbody></table></div></td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000"
width="15%" nowrap="" valign="top">Buyer's shipping address:</td><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" valign="top"><div><table border="0" cellpadding="0" cellspacing="0">
<tbody><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top" class="m_
3729392004584666707noWrap" nowrap="">nina correia</td></tr><tr><td style="font-size:10pt;font-
family:arial,sans-serif;color:#000" valign="top" class="m_3729392004584666707noWrap" nowrap="">14215
prairie flower ct</td></tr><tr><td style="font-size:10pt;font-family:arial,sans-serif;color:#000" valign="top"
class="m_3729392004584666707noWrap" nowrap="">reno, NV 89511-6710 United States</td></tr>
</tbody></table></div></td></tr><tr><td colspan="2"><font style="font-size:10pt;font-family:arial,sans-
serif;color:#000"><a href="http://rover.ebay.com/rover/0/e12011.m43.l1151/7?euid=
45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%2Fcgi5.
ebay.com%2Fws%2FeBayISAPI.dll%3FSellHub3%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%
3A1151" target="_blank">Sell another Item</a> | <a href="http://rover.ebay.com/
rover/0/e12011.m43.l1156/7?euid=45d0df16f2ea40759d3656f834970b06&amp;loc=http%3A%2F%
2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FUnifiedCheckoutSellerUpdateDetails%26itemId%
3D330833102936%26transId%3D0%26buyerid%3D0%26ssPageName%
3DADME%3AL%3AEOISSA%3AUS%3A1156" target="_blank">Send invoice to buyer</a></font></td></tr>
</tbody></table></td></tr></tbody></table></div></td valign="top" width="185"><div><span
style="font-weight:bold;font-size:10pt;font-family:arial,sans-serif;color:#000"><strong>Provide shipping
information</strong></span><table border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr>
<td><img src="http://q.ebaystatic.com/aw/pics/s.gif" height="4" alt=" "></td></tr></tbody></table><a
href="http://rover.ebay.com/rover/0/e12011.m44.l1121/7?euid=45d0df16f2ea40759d3656f834970b

Trombetta000827

EXHIBIT #3

Gmail - Email

06&amp;loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%
3DMyeBaySold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1121"
title="http://rover.ebay.com/rover/0/e12011.m44.l1121/7?euid=45d0df16f2ea40759d3656f834970b
06&amp;loc=http%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%
3DMyeBaySold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1121" target="_blank"><img
src="http://p.ebaystatic.com/aw/pics/buttons/btnGotoMyeBay.gif" border="0" height="32" width="120"></a>
<br><span style="font-style:italic;font-size:8pt;font-family:arial,sans-serif;color:#000"></span></div></td>
</tr></table><br></div></div><div id="m_3729392004584666707OneClickDigestOrUnsubscribe">
<div><div class="m_3729392004584666707cub-cwrp"><h3 class="m_3729392004584666707cub-chd">
Select your email preferences</h3><div class="m_3729392004584666707cub-ccnt"><ul class="m_
3729392004584666707cub-ulst"><li><span class="m_3729392004584666707cub-ltxt"><span>Want to
reduce your inbox email volume? <a href="http://my.ebay.com/ws/eBayISAPI.dll?DigestEmail&amp;
emailType=12011" target="_blank">Receive this email as a daily digest</a>.</span><br><span>For other
email digest options, go to <a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=
MyeBayNextNotificationPreferences" target="_blank">Notification Preferences</a> in My eBay.</span><br>
</span></li><li><span class="m_3729392004584666707cub-ltxt"><span>Don't want to receive this email?
<a href="http://my.ebay.com/ws/eBayISAPI.dll?EmailUnsubscribe&amp;emailType=12011"
target="_blank">Unsubscribe from this email</a>.</span><br></span></li></ul></div></div></div></div>
<div id="m_3729392004584666707Footer"><div><hr style="HEIGHT:1px"><table border="0" cellpadding="0"
cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-size:10pt;font-
family:arial,sans-serif;color:#000"><b>Email reference id: [#<wbr>45d0df16f2ea40759d3656f834970b
<wbr>06#]</b><br>Please don't remove this number. eBay customer support may ask you for this number,
if you should need assistance.</font></td></tr></tbody></table><br></div><hr style="HEIGHT:1px"><table
border="0" cellpadding="0" cellspacing="0" width="100%"><tbody><tr><td width="100%"><font style="font-
size:xx-small;font-family:verdana;color:#666"><a href="http://pages.ebay.com/education/spooftutorial/index.
html" target="_blank">Learn More</a> to protect yourself from spoof (fake) emails.<br><br>eBay sent this
email to you at <a href="mailto:ebay@novocin.com" target="_blank">ebay@novocin.com</a> about your
account registered on <a href="http://www.ebay.com" target="_blank">www.ebay.com</a>.<br><br>eBay
sends these emails based on the preferences you set for your account. To unsubscribe from this email,
change your <a href="http://my.ebay.com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=
MyeBayNextNotificationPreferences" target="_blank">communication preferences</a>. Please note that it
may take up to 10 days to process your request. Visit our <a href="http://pages.ebay.com/
help/policies/privacy-policy.html" target="_blank">Privacy Policy</a> and <a href="http://pages.ebay.com/
help/policies/user-agreement.html" target="_blank">User Agreement</a> if you have any questions.<br>
<br>Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property
of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145
Hamilton Avenue, San Jose, CA 95125. </font></td></tr></tbody></table><img src="http://rover.ebay.com/
roveropen/0/e12011/7?euid=45d0df16f2ea40759d3656f834970b06" height="1" width="1"></div></div>
</div><br></div></body></html>

Adam Bialek
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212.915.5143 (Direct)
917.538.0616 (Cell)
212.490.3000 (Main)
212.490.3038 (Fax)
adam.bialek@wilsonelser.com

**From:** Bialek, Adam
**Sent:** Thursday, November 17, 2022 1:33 PM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>; Annamarie Trombetta
<atrombettaart@gmail.com>; ajd@hoganduff.com; ajd@andersonjduff.com

Plaintiff000828

Gmail - Email

Cc: Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** FW: Email

I note that as of late there has been quite a few emails floating about looking for the complete document regarding the sale of the painting. I just came across this which was exchanged during the deposition of the Novicins. Hopefully, this issue is now resolved and we can start reducing the issues that need to be raised on the call with the Court next week. I suggest that we put together an agenda of items to be addressed with the Court next week and see if we can meet and confer on a resolution of as many as we can.

[Quoted text hidden]
[Quoted text hidden]



EXHIBIT
#3D

EXHIBIT # 4

NOVEMBER 23, 2022

ELECTRONIC    ORIGINAL
MESSAGE EMAIL PRINT OUT

SOURCE  INFORMATION

EMAIL

Original Message

# Original Message

| | |
|---|---|
| Message ID | <21BC38C09AD4514693C6FCF2B58A34CE0294D6A097@WILEXCSRVPD10.WEMED.com> |
| Created at: | Wed, Nov 23, 2022 at 11:33 AM (Delivered after 6 seconds) |
| From: | "Bialek, Adam" <Adam.Bialek@wilsonelser.com> |
| To: | Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie Trombetta <atrombettaart@gmail.com>, "ajd@hoganduff.com" <ajd@hoganduff.com>, "ajd@andersonjduff.com" <ajd@andersonjduff.com> |
| Subject: | RE: Email |
| SPF: | PASS with IP 216.71.146.94  Learn more |
| DKIM: | 'PASS' with domain wilsonelser.com  Learn more |
| DMARC: | 'PASS'  Learn more |

Download Original

Copy to clipboard

```
Delivered-To: atrombettaart@gmail.com
Received: by 2002:a05:6a11:e044:b0:35c:5884:6311 with SMTP id
dl4csp3749182pxc;
        Wed, 23 Nov 2022 08:33:38 -0800 (PST)
X-Google-Smtp-Source:
AA0mqf5n+Rhg2CQVBT6pk6449pe7/5jOUn9SRMtK1NO0inwYLGX28NHPLlEJu6yKSB8n
bu3+mXy/
X-Received: by 2002:a17:906:34d0:b0:78d:c16e:dfc9 with SMTP id h16-
20020a17090634d000b0078dc16edfc9mr24785827ejb.327.1669221218185;
        Wed, 23 Nov 2022 08:33:38 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1669221218; cv=none;
        d=google.com; s=arc-20160816;
        b=KLD9wphe9GsIyTpugwEe9zWQfcBcWWT+9DjwuZkkXygWVyj8jhiQKVxR3mnLeJvk1b

        A3gThXTFFh7Zlq3omrWDSX1wuLSgm0obs6gtpA785NBMRr42EkYXIbUYCA3bF768LMwn

        /8jMzLgKXga9jW4ttaKnuZ0Ea1isl8wZGmHDSbou/KqYkMmbMHvOQqeVZjFN6mM/ybJk

        J0qKrMiC59dmt+asQTnlr1B2mLHKeYdSIvpcR23hSIAZUZLOdDhK3j/LKzRjNq05Fyip

        EyIy7UXKZTQ7fePaGvENeV0ctZWgsXmJqE9T+T5NAMvZY105b58uoc/KX1NSKOHDR97b
        wRBQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
        d=google.com; s=arc-20160816;
```

Original Message

```
            h=mime-version:imanage.sendandfile.filinglocations:content-
language
            :accept-language:in-reply-to:references:message-
id:date:thread-index
            :thread-topic:subject:cc:to:from:dkim-signature;
          bh=ZUO94FbhInj1iyKCs1K79ZRkbKJ2XvuwbAkW2TX55M0=;

b=OO+FAbelVHnKmaUltfA2pdKKYUkddkIRLsExWdBIS5WgEheSd+uNXFroClA4aGKb+8

c6vZmSAVvfF0rEcRAv0no7zqXr1Exu9HM+s+Is5OMAoqr9/AcBXKRS3V4P/xq54IxgRy

AT/CI5Ssd+SB3zOijuIdfDGtM2SkefHbhqSqjlssYIJqdvBhpdmcTM1MB+W+GEmrIhEq

kglQxflw5hBXkxclwLS9c9y4j0OS2np4zWTOJiBLmMB0H5w3uN/yh5WwZhpUNb6JeOOz

oBlhg/WioZYL16/RoFA8jnmlJX5zDrMtBQTX1vxgnRh2y1cGJvCEDswlFn6Ed1bnBDS1

          rR+w==
ARC-Authentication-Results: i=1; mx.google.com;
        dkim=pass header.i=@wilsonelser.com header.s=mailkey
header.b=oqZVhQr+;
        spf=pass (google.com: domain of adam.bialek@wilsonelser.com
designates 216.71.146.94 as permitted sender)
smtp.mailfrom=Adam.Bialek@wilsonelser.com;
        dmarc=pass (p=NONE sp=NONE dis=NONE)
header.from=wilsonelser.com
Return-Path: <Adam.Bialek@wilsonelser.com>
Received: from esa4.wilsonelser.iphmx.com
(esa4.wilsonelser.iphmx.com. [216.71.146.94])
        by mx.google.com with ESMTPS id qf39-
20020a1709077f2700b0078d9c0e8971si17348277ejc.752.2022.11.23.08.33.3
7
        for <atrombettaart@gmail.com>
        (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256
bits=128/128);
        Wed, 23 Nov 2022 08:33:38 -0800 (PST)
Received-SPF: pass (google.com: domain of
adam.bialek@wilsonelser.com designates 216.71.146.94 as permitted
sender) client-ip=216.71.146.94;
Authentication-Results: mx.google.com;
        dkim=pass header.i=@wilsonelser.com header.s=mailkey
header.b=oqZVhQr+;
        spf=pass (google.com: domain of adam.bialek@wilsonelser.com
designates 216.71.146.94 as permitted sender)
smtp.mailfrom=Adam.Bialek@wilsonelser.com;
        dmarc=pass (p=NONE sp=NONE dis=NONE)
header.from=wilsonelser.com
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple;
  d=wilsonelser.com; i=@wilsonelser.com; q=dns/txt;
  s=mailkey; t=1669221217; x=1700757217;
  h=from:to:cc:subject:date:message-id:references:
   in-reply-to:mime-version;
  bh=UGGwTP3Yv2h17sk2o1PkArPP/kkPBi4LSSKB+XONth8=;
  b=oqZVhQr+EYGbANSqSMuwW5eV0RbUCPcUhALaD9Icg1cpb0k//eGl01RW
   ZlnTeOwue+XfrJXgdIv2QwMhL63WO0BI810/12b4Z7Q5xhrAd2F+YGHrA
   SlLZrABNGjOBw8rF0HpoIoWrR9HggXawBz87NiyU6dsXC2kho5UpIRcRH
   4=;
Authentication-Results: esa4.wilsonelser.iphmx.com; dkim=none
(message not signed) header.i=none
X-IronPort-AV: E=Sophos;i="5.96,187,1665460800";
   d="scan'208,217";a="10393528"
Received: from mail1.wilsonelser.com (HELO mymail.wilsonelser.com)
([64.125.236.41])
  by esa4.wilsonelser.iphmx.com with ESMTP/TLS/ECDHE-RSA-AES256-
SHA384; 23 Nov 2022 11:33:34 -0500
Received: from WILEXCSRVPD10.WEMED.com ([10.254.5.251]) by WE-
EXCCAS-03.WEMED.com ([10.254.5.132]) with mapi id 14.03.0513.000;
```

Original Message

```
Wed, 23 Nov 2022 11:33:33 -0500
From: "Bialek, Adam" <Adam.Bialek@wilsonelser.com>
To: "'Annamarie Trombetta'" <annamarietrombettalegal@outlook.com>,
"'Annamarie Trombetta'" <atrombettaart@gmail.com>,
"'ajd@hoganduff.com'" <ajd@hoganduff.com>, "'ajd@andersonjduff.com'"
<ajd@andersonjduff.com>
CC: "Farmer, Jana S." <Jana.Farmer@wilsonelser.com>, "Haimson,
Nicole" <Nicole.Haimson@wilsonelser.com>
Subject: RE: Email
Thread-Topic: Email
Thread-Index: AQHYzdMEL0BVNzcYGkKMc/yBNnulBq5DyZRggAlNAQA=
Date: Wed, 23 Nov 2022 16:33:32 +0000
Message-ID:
<21BC38C09AD4514693C6FCF2B58A34CE0294D6A097@WILEXCSRVPD10.WEMED.com>
References:
<BYAPR06MB4277A3A18295214CF5F27E60AB4F9@BYAPR06MB4277.namprd06.prod.
outlook.com>
<21BC38C09AD4514693C6FCF2B58A34CE0294D3C682@WILEXCSRVPD10.WEMED.com>
In-Reply-To:
<21BC38C09AD4514693C6FCF2B58A34CE0294D3C682@WILEXCSRVPD10.WEMED.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
x-wsguid: IMAN-d4a4709ffd0146a6aee3300e1403962f
imanage.sendandfile.filinglocations: Active!7285068
x-originating-ip: [10.254.5.50]
Content-Type: multipart/alternative;
boundary="_000_21BC38C09AD4514693C6FCF2B58A34CE0294D6A097WILEXCSRVPD
10_"
MIME-Version: 1.0


--_000_21BC38C09AD4514693C6FCF2B58A34CE0294D6A097WILEXCSRVPD10_
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

Here is the Source Information from the email that I was able to
capture.
Being sent as a courtesy.

<html><head>
</head><body><div dir=3D"ltr"><br><div class=3D"gmail_quote">-------
--- For=
warded message ----------<br>From: <b
class=3D"gmail_sendername">eBay</b> <=
span dir=3D"ltr">&lt;<a
href=3D"mailto:ebay@ebay.com">ebay@ebay.com</a>&gt;=
</span><br>Date: Sat, Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay
item sol=
d! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie
Trombe=
tta yqz (330833102936)<br>To: <a
href=3D"mailto:ebay@novocin.com">ebay@novo=
cin.com</a><br><br><br><div><div id=3D"m_3729392004584666707Header">
<div><t=
able border=3D"0" cellpadding=3D"0" cellspacing=3D"0"
width=3D"100%"><tbody>
><tr><td width=3D"100%" style=3D"word-wrap:break-word"><table
cellpadding=
=3D"2" cellspacing=3D"3" border=3D"0" width=3D"100%"><tbody><tr><td
width=
=3D"1%" nowrap=3D""><img
src=3D"http://q.ebaystatic.com/aw/pics/logos/ebay_=
95x39.gif" height=3D"39" width=3D"95" alt=3D"eBay"></td><td
align=3D"left" =
valign=3D"bottom"><span style=3D"font-weight:bold;font-size:xx-
```

Original Message

```
small;font-f=
amily:verdana,sans-serif;color:#666"><b>eBay sent this message to
Norb &amp=
; Marie Novocin (estateauctionsinc).</b><br></span><span
style=3D"font-size=
:xx-small;font-family:verdana,sans-serif;color:#666">Your registered
name i=
s included to show this message originated from eBay. <a
href=3D"http://pag=
es.ebay.com/help/confidence/name-userid-emails.html"
target=3D"_blank">Lear=
n more</a>.</span></td></tr></tbody></table></td></tr></tbody>
</table></div=
></div><div id=3D"m_3729392004584666707Title"><div><table
style=3D"backgrou=
nd-color:#ffe680" border=3D"0" cellpadding=3D"0" cellspacing=3D"0"
width=3D=
"100%"><tbody><tr><td width=3D"8" valign=3D"top"><img
src=3D"http://q.ebays=
tatic.com/aw/pics/globalAssets/ltCurve.gif" height=3D"8"
width=3D"8"></td><=
td valign=3D"bottom" width=3D"100%"><span style=3D"font-
weight:bold;font-si=
ze:14pt;font-family:arial,sans-serif;color:#000;margin:2px 0 2px
0">Congrat=
ulations, your item sold!</span></td><td width=3D"8" valign=3D"top"
align=
=3D"right"><img
src=3D"http://p.ebaystatic.com/aw/pics/globalAssets/rtCurve=
.gif" height=3D"8" width=3D"8"></td></tr><tr><td
style=3D"background-color:=
#fc0" colspan=3D"3" height=3D"4"></td></tr></tbody></table></div>
</div><div=
 id=3D"m_3729392004584666707SingleItemCTA"><div><table border=3D"0"
cellpad=
ding=3D"2" cellspacing=3D"3" width=3D"100%"><tbody><tr><td><font
style=3D"f=
ont-size:10pt;font-family:arial,sans-serif;color:#000">Dear
estateauctionsi=
nc,<table border=3D"0" cellpadding=3D"0" cellspacing=3D"0"
width=3D"100%"><=
tbody><tr><td><img src=3D"http://q.ebaystatic.com/aw/pics/s.gif"
height=3D"=
10" alt=3D" "></td></tr></tbody></table>You did it! Your item sold.
Please =
ship this item to the buyer after your buyer pays. As soon as your
buyer pa=
ys, print your eBay shipping label.<table border=3D"0"
cellpadding=3D"0" ce=
llspacing=3D"0" width=3D"100%"><tbody><tr><td><img
src=3D"http://q.ebaystat=
ic.com/aw/pics/s.gif" height=3D"10" alt=3D" "></td></tr></tbody>
</table><di=
v>Complete one of the following:<br><ul style=3D"list-style-
type:disc;margi=
n:10px 10 10 14px"><li><a
href=3D"http://rover.ebay.com/rover/0/e12011.m354=
.l1337/7?
euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fpay=
ments.ebay.com%2Fws%2FeBayISAPI.dll%3FPrintPostage%26transactionid%3
D0%26it=
emid%3D330833102936%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1337"
target=3D=
"_blank">Print a shipping label</a> Avoid a trip to the post office,
print =
and pay for your label at home. Printing shipping labels on eBay
```

Original Message

also offer=
s you reduced pricing on some shipping services, and when you print shippin=
g labels on eBay, your tracking information is uploaded automatically.</li>=
<li><a href=3D"http://rover.ebay.com/rover/0/e12011.m354.l1663/7?euid=3D45d=
0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fpayments.ebay.com%2Fws=
%2FeBayISAPI.dll%3FAddTrackingNumber2%26flow%3Dmyebay%26LineID%3D3308331029=
36_0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1663" target=3D"_blank">Provid=
e shipping and tracking information</a>. When you upload tracking informati=
on to eBay, we'll send it to your buyer and let them know the item is on it=
s way. This will save you time, and may result in fewer questions from buye=
rs and higher detailed seller ratings.</li><li><a href=3D"http://rover.ebay=
.com/rover/0/e12011.m354.l1662/7?euid=3D45d0df16f2ea40759d3656f834970b06&am=
p;loc=3Dhttp%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyEbayBeta%26Curren=
tPage%3DMyeBayNextSold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1662" target=
=3D"_blank">Mark your item as shipped in My eBay</a>. Do this, and we'll le=
t your buyer know the item is on its way. This will save you time, and may =
result in fewer questions from buyers and higher detailed seller ratings.</=
li></ul>You should always <a href=3D"http://rover.ebay.com/rover/0/e12011.m=
354.l1332/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2F=
feedback.ebay.com%2Fws%2FeBayISAPI.dll%3FLeaveFeedback2%26show_as%3Dsold%26=
ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1332" target=3D"_blank">leave feedbac=
k</a> for your buyer to encourage them to buy from you again.<br><br></div>=
</font><div><table width=3D"100%" cellpadding=3D"0" cellspacing=3D"3" borde=
r=3D"0"><tbody><tr><td valign=3D"top" align=3D"center" width=3D"100" nowrap=
=3D""><a href=3D"http://rover.ebay.com/rover/0/e12011.m43.l1123/7?euid=3D45=
d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fcgi.ebay.com%2Fws%2Fe=
BayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%3DADME%3AL%3AEOI=
SSA%3AUS%3A1123" target=3D"_blank"><img src=3D"http://thumbs.ebaystatic.com=
/pict/330833102936.jpg" alt=3D"1972 Original Oil Painting Man With Red Umbr=
ella Signed Annamarie Trombetta yqz" border=3D"0"></a></td><td colspan=3D"2=
" valign=3D"top"><table width=3D"100%" cellpadding=3D"0" cellspacing=3D"0" =
border=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:arial,sans-=
serif;color:#000" colspan=3D"2"><a href=3D"http://rover.ebay.com/rover/0/e1=
2011.m43.l1123/7?

EXHIBIT # 6

NOVEMBER 23, 2022

TRANSCRIPT
CONFERENCE CALL

PAGES 4 thru 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    :
                                             Docket #18cv993
TROMBETTA,                                : 1:18-cv-00993-RA-SLC

                      Plaintiff,          :

   - against -                            :

NOVOCIN, et al.,                          : New York, New York
                                            November 23, 2022
                      Defendants.         :

----------------------------------- : REMOTE CONFERENCE

PROCEEDINGS BEFORE
THE HONORABLE SARAH L. CAVE,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:          ANNAMARIE TROMBETTA, PRO SE
                        175 East 96th Street, Apartment 12R
                        New York, New York 10128

For Defendant -         WILSON ELSER MOSKOWITZ EDELMAN &
WorthPoint Corporation: DICKER, LLP
                        BY:  ADAM BIALEK, ESQ.
                             NICOLE HAIMSON, ESQ.
                        150 East 42nd Street
                        New York, New York 10017

Transcription Service:  Carole Ludwig, *Transcription Services*
                        155 East Fourth Street #3C
                        New York, New York 10009
                        Phone:  (212) 420-0771
                        Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

```
 1                                                    4
 2            HONORABLE SARAH L. CAVE (THE COURT):  Good
 3    morning, this is Magistrate Judge Cave, we're here for
 4    a conference in Trombetta versus Novocin --
 5            MS. ANNAMARIE TROMBETTA (THE PLAINTIFF):  Good
 6    morning.
 7            THE COURT:  (continuing) -- case number
 8    18cv993. Good morning, Ms. Trombetta?
 9            THE PLAINTIFF:  Yes, good morning.
10            THE COURT:  All right, good morning. And for
11    defendants, let's start with the Novocin.
12            MR. ANDERSON DUFF: Your Honor, this is
13    Anderson Duff appearing on behalf of defendants Estate
14    Auctions and Norb and Marie Novocin, thank you.
15            THE COURT:  Great, good morning.  And for
16    WorthPoint?
17            MS. NICOLE HAIMSON:  Nicole Haimson with my
18    colleague, Adam Bialek from Wilson Elser on behalf of
19    WorthPoint Corporation.
20            THE COURT:  Okay, good morning, and apologies
21    for the delay, my prior conference was trying to fit a
22    lot in before the holiday so I had a lot of issues
23    with the other parties so thank you all for being
24    flexible about the time that we're getting started
25    today.
```

```
 1                                                    5
 2            Okay, so, you know, I have a few letters from
 3   the parties and I've been trying very hard to sort of
 4   discern what remains. I did get a couple of additional
 5   letters from the parties last night and so it seems to
 6   me, Ms. Trombetta, that one of the big issues that you
 7   were focused on in terms of the productions from the
 8   defendants was the complete sales receipt from the
 9   eBay auction of the 1972 original oil painting. It
10   seemed like from Mr. Bialek's letter that that
11   complete receipt has now been provided to you, is that
12   the case, Ms. Trombetta?
13            THE PLAINTIFF:  It has, I did state that in
14   the November 16th letter that you had requested of me,
15   however, I think it's important as I put in my letter
16   on Monday that the original message or the wrong
17   message, which is the coding for that email, be
18   produced and the reason for my request is that usually
19   with all eBay receipts there is an icon of a square,
20   it almost looks like an old fashioned slide, and the
21   receipts from 2012 from EAI or eBay is absent of that
22   particular icon.
23            THE COURT:  Okay, so --
24            THE PLAINTIFF:  So why reason for the raw data
25   or the original email, which will have the content in
```

```
 1                                                   6
 2   that receipt as well as the coding for it, and it will
 3   just validate that the receipt transference was done.
 4   I have --
 5           THE COURT:  What you have now is just like a
 6   PDF version of that receipt?
 7           THE PLAINTIFF:  That is correct, Your Honor --
 8   (interposing) --
 9           THE COURT:  Hold on, everybody will have a
10   chance to talk, please wait until I call on you.  Go
11   ahead, Ms. Trombetta.
12           THE PLAINTIFF:  Yeah, thank you.  So the
13   defendants, WorthPoint, in particular, requested of me
14   several of those type of printouts. So not only did I
15   print out the PDF, you know, the content, text
16   content, but I also printed out the raw message or the
17   original message which gives you all the text within
18   the tracking and the coding of that email.
19           THE COURT:  Okay, are you concerned about,
20   that the PDF is somehow not authentic?
21           THE PLAINTIFF:  The production of the original
22   message will validate and verify that conclusively. I
23   am just, I just noticed that in all of my eBay
24   documents there's the icon of the gray square where
25   the image should be and it usually says, you know,
```

```
 1                                                    7
 2   click on to view image.  But I did not see that in the
 3   PDF.  And, again, since that was asked of me and I
 4   understand why, then I just would like --
 5           THE COURT:  There's no dispute that the eBay
 6   sale took place, right, that's not disputed?
 7           THE PLAINTIFF:  Again, the verification of the
 8   original or the raw coding and email will conclusively
 9   validate that.  All I can tell you with most certainty
10   is that I did not paint this image, I have produced my
11   signature --
12           THE COURT:  I know.
13           THE PLAINTIFF:  And I've also cooperated to an
14   extended amount. I had nothing to do with this.
15           THE COURT:  I know, and that goes to the
16   merits of this case, so let me hear from --
17           MS. HAIMSON:  Your Honor, may I clarify quick,
18   (indiscernible) was requested in terms of the actual
19   email. So I think plaintiff just explained to the
20   Court that counsel for WorthPoint had requested
21   printouts of emails and that she was seeking basically
22   the equivalent. That's actually inaccurate, what we
23   have requested was essentially the native electronic
24   format of that email which was exactly what we just
25   sent her.  We sent her the native electronic format of
```

1

2   that sales receipt. So she has exactly what we are

3   requesting from her and I don't know what she's

4   talking about when she's saying coding, but we have

5   given her the native electronic format of that email.

6   So I don't think there's really anything else to give.

7          THE COURT:  Okay. All right, so, Ms.

8   Trombetta, do you have -- Mr. Duff?

9          MR. DUFF:  Yes, Your Honor, I just wanted to

10  address this very briefly since this was our

11  production, my client's production.  The email that

12  she's talking about, we originally produced in April,

13  April 26th, and it was converted into a PDF and

14  stamped. During the deposition of my clients,

15  WorthPoint's counsel correctly pointed out that there

16  were a few digits that were cut off when it was

17  converted to a PDF on the right-hand side.  So while

18  the deposition was happening, I forwarded the raw

19  email, the .eml file, which contains all the metadata,

20  is unstamped, has everything that Ms. Trombetta could

21  want, that was on September 21st.  So she's had it

22  since September 21st and she's continued to file these

23  letters with the Court saying that she doesn't have

24  it. And I know that everybody got the email because

25  Adam Bialek recently, as counsel just stated,

9

1

2    recirculated that file. Ms. Trombetta's had this since

3    the raw file, since September 21st, and just to address

4    Ms. Trombetta's concerns I went ahead and reproduced

5    it, restamped it as a PDF that does not cut off an of

6    the information on the right-hand side.  So Ms.

7    Trombetta's had this since April.

8           THE COURT:  Okay. All right, Ms. Trombetta, do

9    you now have the emails?

10          THE PLAINTIFF:  In my letter that I wrote

11   yesterday or maybe the day before, I gave and produced

12   -- no, it was yesterday, examples of what it was that

13   I was looking for.  And I had also stated that in the

14   email that was sent from Adam Bialek, when I clicked

15   onto the attachment, the attachment activated my

16   mailbox on the computer, and a drop down menu came up

17   where you have to select either Gmail, Yahoo,

18   whatever. I don't have that system operating. If Mr.

19   Duff sends me the coding of the PDF I would appreciate

20   it if he'd send it to the outlook.com. I cannot open

21   what it is that he, that Mr. Bialek sent.

22          Now I have been asking repeatedly for the full

23   uncut version of the PDF on numerous occasions --

24          THE COURT:  He said he sent it to you on

25   September 21st, Ms. Trombetta.

1

2          THE PLAINTIFF:  Yes, but on October 31st I

3    sent Mr., well I put this in my letter, on the 29th I

4    sent, which was a Saturday, I sent a sample of the

5    April version of the PDF which was slightly truncated.

6    Then I also sent the deposition pages 74 to 79 of my

7    Mr. Novocin which states that he keeps all his emails.

8    Another thing that I'm requesting is the transaction

9    of the payment.  Third, any type of receipt from the

10   buyer which is still missing.  This is just basic --

11         THE COURT:  Okay, well it seems to me, Ms.

12   Trombetta, that the defendants have produced to you in

13   several different formats a copy of the receipt that

14   you're asking for and I'm not going to require them to

15   produce anything --

16         THE PLAINTIFF:  Your Honor, I have to

17   disagree.  They produced in April the cut, truncated

18   PDF, it's just the printout of the email --

19         THE COURT:  And then he --

20         THE PLAINTIFF:  What I'm requesting physically

21   is the, I have received the full PDF but not the

22   original and raw message of that particular email.

23         THE COURT:  He just said --

24         THE PLAINTIFF:  Secondly, there is no --

25         THE COURT:  Ms. Trombetta, you have to listen

1                                                              11

2  to me.   He sent it on September 21st.

3              THE PLAINTIFF:   That's what they are saying

4  and I'm telling you that the email that they sent the

5  other day I could not open it. I will send it to

6  another person, I plan on doing that over the weekend,

7  to see if they can open it, but I, personally, cannot

8  open it.

9              THE COURT:   Okay --

10             THE PLAINTIFF:   They can actually print out

11 all the data, that entire raw message, and scan it and

12 send it to me.

13             MR. BIALEK:   Your Honor, if I can, this is

14 Adam Bialek, I just want, I just want to say I sent I

15 to two different email addresses for Ms. Trombetta, I

16 sent it to the annatrombettalegal@outlook.com and then

17 I also sent it to atrombettaart@gmail.com.   So it

18 would have gone to two different servers.

19             THE COURT:   And that was attaching the native

20 document, correct?

21             MR. BIALEK:   That attached the email that I

22 had gotten from Mr. Duff which was, it looks like a

23 January 10, 2017, mail form eBay@novocin.com to Norb

24 Novocin and Marie Novocin that it forwards the

25 December 1, 2012, at 9:54 p.m. email from eBay at

1

2     eBay.com to eBay@novocin.com, and that has, that's the

3     original email that they have which has all of the

4     sales price and the buyer's name, buyer's shipping

5     address, et cetera.

6             THE PLAINTIFF:  The buyer has not produced any

7     receipts of the transaction of payment, nor have they

8     indicated was it paid by check, PayPal, cash, credit

9     card, that hasn't been produced nor the sales receipt.

10    There's only one document that's been produced and,

11    again, I am asking you, Judge Cave, to have the

12    defendants print out the data and send it to me that

13    way.

14            THE COURT:  What data?

15            THE PLAINTIFF:  That's what I did in my --

16            THE COURT:  Ms. Trombetta --

17            THE PLAINTIFF:  (continuing) -- responses, I

18    printed out, I was requested to print out the February

19    20, 2016, email. I printed out the text, the actual

20    email, then I went to the raw message and print out

21    most of the coding. And then after the October 28th

22    meet and confer I figured out a way to export the raw

23    message into a PDF file and I forwarded that to both

24    defendants as requested. I'm just asking for the same

25    type of consideration as I am extending to the

1                                                               13

2   defendants.

3          THE COURT:  Is that your exhibit 4 to your

4   letter yesterday, is that the type of raw data that

5   you're talking about?

6          THE PLAINTIFF:  Correct, thank you, Your

7   Honor, that's precisely what it is that I'm looking

8   for. I printed out an example of the hard copy which

9   is basically any time you open up an email you get the

10  text or the, you know, the look of the email.

11         THE COURT:  Why do you need the data for this

12  email?

13         THE PLAINTIFF:  As stated earlier, first and

14  foremost there should be on the PDF an icon of the

15  image in gray where it's highlighted on blue and it

16  says click onto the image.  It doesn't have that.

17  Secondly, it's as requested of me as proof this is

18  another verification that the sale took place.  The

19  whole case is hinged upon the importance of the proof

20  of the sale because that's how WorthPoint became

21  involved.

22         THE COURT:  All right, stop talking for a

23  minute please so I can ask the defendants a question.

24  Ms. Haimson or, well actually let me ask Mr. Duff

25  because I think this is your email --

```
 1                                                      14
 2            MR. DUFF:  Yes, Your Honor.
 3            THE COURT:  Are you able to ascertain the data
 4   for the email comparable to what appears in exhibit 4
 5   to Ms. Trombetta's letter yesterday?
 6            MR. DUFF:  Your Honor, just to be frank, I
 7   have no idea what she means when she says raw data.  To
 8   the extent she is talking about the email headers
 9   which is what you can derive from the raw file which
10   she's had, again, since September 21ˢᵗ, I'm happy to I
11   guess convert to a PDF the email headers which she
12   could do and has been able to do since September. But
13   I'm happy to do that and circulate it.  I just want to
14   quickly address the --
15            THE COURT:  I think it's something different,
16   Mr. Duff, to be candid, I think -- I think what she's
17   talking about is the metadata for the email and I
18   realize that as a layperson, and I don't know the
19   first thing about this either, but do you have someone
20   in your office who could extract the metadata for the
21   email and then produce it basically like in a PDF?
22            MR. DUFF:  Your Honor, I'm not, I guess I'm
23   not sure what that, what that means, but to the extent
24   that I can I'm happy to do that. I mean we sent her
25   the raw file that contains all of that --
```

```
 1                                                      15
 2            THE COURT:  I know.
 3            MR. DUFF:  So if she knows how to do it, she
 4    should be able to do it.
 5            THE COURT:  She's not able to open the raw
 6    email --
 7            MR. DUFF:  Well, Your Honor --
 8            THE COURT:  Go ahead.
 9            MR. DUFF:  I'm sorry, Your Honor, go ahead.
10            THE COURT:  It's all right, go ahead.
11            MR. DUFF:  Well with respect, she did say that
12    when she tried to open the raw file the mail program
13    started opening, well that's how you open the file,
14    that indicates that she can open the file because it
15    is a mail app file. So if the mail app started opening
16    she can open the file.  But because, just that she
17    doesn't know how to do it doesn't mean she can't.
18            THE COURT:  Right.
19            MR. DUFF:  But to the extent that she will, if
20    she can explain to me the steps I need to take to turn
21    a PDF, give her a PDF that will resolve this issue for
22    her, I'm happy to do that, even --
23            THE COURT:  What I'd like you to do, so,
24    obviously there is going to be, all I'm, the reason to
25    make a big deal about this is this is obviously a
```

```
 1                                                    16
 2   seminal document in this case and the authenticity of
 3   the sales receipt is going to be something that, you
 4   know, maybe you're going to be able to agree, but
 5   maybe not. And so the authenticity of the document is
 6   important.
 7            MR. DUFF:  Sure.
 8            THE COURT:  And what I'm interpreting Ms.
 9   Trombetta to be saying is she wants to confirm that
10   the PDF and the raw email that was sent to her are, in
11   fact, the actual authentic documents.  And so if you
12   look at exhibit 4 to her letter yesterday, which is
13   ECF number 317, it's a bunch of garbled characters
14   that make no sense to me but I am sure to an IT person
15   they'll say, yes, this is the metadata for an email.
16   And so --
17            MR. DUFF:  Your Honor, this is the -- and I'm
18   sorry.  I'm sorry, go ahead, I did not mean to
19   interrupt.
20            THE COURT:  Sorry, what I'm just trying to get
21   at is that for the raw email that you provided to her,
22   to extract the metadata for that email and produce
23   that to her as a, like a PDF similar to exhibit 4 to
24   her letter --
25            MR. DUFF:  Yes.  So, Your Honor, I'm looking
```

```
 1                                              17
 2  at exhibit 4 right now, that is -- that is the email
 3  headers, that's what I was talking about earlier.
 4          THE COURT:  Okay.
 5          MR. DUFF:  So that I know how to produce, I'm
 6  happy to do that, I can do that from the
 7  (indiscernible) EML file that we've already given her,
 8  I can do that immediately after this conference and I
 9  will do that and then hopefully we can put that to
10  bed.
11          I would like to address one more point that
12  Ms. Trombetta (indiscernible), plaintiff said that we
13  have not produced documents, the sales receipts that
14  the buyer has.  Well why would, we don't have
15  documents that the buyer has and we can't produce
16  things, we told her many, many times that we cannot
17  produce documents that either do not exist or that are
18  not within our possession, custody or control, those
19  documents are not within our possession, custody and
20  control, and we would have been able to explain that
21  to her, at least try to explain that, had Ms.
22  Trombetta met and conferred with us which she has
23  consistently refused to do. In fact, last Thursday
24  WorthPoint's counsel asked Ms. Trombetta if she would
25  meet and confer with us on Monday of this week to try
```

```
 1                                                    18
 2  to resolve some of these issues so that we wouldn't be
 3  wasting so much of the Court's time. Well, Ms.
 4  Trombetta responded and said that she couldn't
 5  possibly meet any time on Monday but then Monday
 6  morning she filed a two page, single spaced letter
 7  with the Court, so obviously she had time, she just
 8  wasn't willing to meet and confer. And that's just the
 9  most recent and one example, one tiny example of the
10  continued bad faith with which Ms. Trombetta is
11  proceeding in this case. And that's all I have to say
12  about that, but I'll happy produce a PDF of the email
13  header for this crucial email.  Thank you.
14          THE COURT:  Thank you, okay.
15          MR. BIALEK:  Your Honor, if I may --
16          THE COURT:  Let me just say I read all of your
17  letters. I understand that there is a depth of
18  loathing between the parties here that is almost
19  immeasurable, and I understand that the parties are
20  equally frustrated with where we are in the case. All
21  I care about is getting you to the end of discovery.
22  I'm not, I don't care about who shot John, I don't
23  care about who behaved worse, if and when there is an
24  appropriate time for the defendants' attorneys to be
25  seeking sanctions or (indiscernible), we will address
```

19

that. In the meantime, it's not necessary and it is a

waste of my time for the parties to be belying each

other in writing and letters to me and during

conferences with the Court.  Today we are talking

about what, if there are any remaining categories of

documents that either party thinks the other party has

and needs to be produced, that's what we're talking

about today.

　　　So, Ms. --

　　　MR. DUFF:  My apologies, Your Honor, thank

you.

　　　THE COURT:  It's not necessary to apologize, I

just needed to level set the conversation.

　　　MR. BIALEK:  Your Honor, may I --

　　　THE COURT:  Go ahead.

　　　MR. BIALEK:  Sorry. I just wanted to say that

I just am sending over to everybody the header

information or the source information that was pulled

from the email. But to avoid having to come back for

another conference, I just want to point out the email

that Mr. Duff had sent to us was actually forwarding

the original email. So the email that he sent was from

2017 and it came from the Novocin's eBay@novocin.com,

they had kind of forwarded the email that

20

1

2   eBay@eBay.com had sent to them.

3        So while I just forwarded the source

4   information that she's looking, that Ms. Trombetta is

5   looking for, it's not going to have the source

6   information from that December 1, 2012, email, it

7   would only have it from 2017. So I just want to make

8   sure that everybody is aware of that so we don't have

9   to have another fight over it.

10        THE COURT:  Okay.  All right, thank you for

11   that clarification. All right, so one way or another,

12   Ms. Trombetta, whether it's from Mr. Bialek

13   momentarily, or from Mr. Duff after this call, you are

14   going to get the information about the eBay sales

15   receipt email that we were just discussing.

16        THE PLAINTIFF:  Okay, Your Honor, if I may

17   just say three things.  First and foremost, my letter

18   on Monday was filed on Friday evening. Any letters

19   that I wrote that were filed yesterday were written

20   over the weekend. I did, as stated, had appointments,

21   it's a holiday week, I had a lot of things to do.

22        That said, I will go to my Gmail account and

23   if you go, if the email was sent from Gmail you go to

24   the arrow, there's a circle with three dots and it

25   says reply, forward, filter message, you click on show

21

original and when you click on that what you get is
message ID created at, which gives you the date,
from/to/subject.  Underneath that you get the text of
the email and all the coding that goes with it
depending on how long the email is.

            If it's a Yahoo account, then you go to the
email, you go to more, you drop down the window and it
says raw message. Now when WorthPoint asked me for the
metadata, I didn't know how to produce it. But then I
went to file, drop down window export PDF, and lo' and
behold, it did it, it brought it to my desktop. This
is what I put in my filing yesterday. Again, it's a
printout of the original email which is what I have
from Estate Auctions Inc. in full.

            Again, in the spring of April it was
truncated, on September 21st it was brought to the
Novocins' attention, if Mr. Duff did, in fact, include
the original or the raw message, it depends on the
email platform.  Each email platform, Gmail, Outlook,
they all have a different system but they all are
consistent with being able to reveal and either print
out or export to a desktop the original message with
the coding and the text of the message.  Thank you.

            THE COURT:  Okay.  Are there any other