**EXHIBIT A**
**April 2, 2024 Email to Plaintiff**

**Thursday, April 11, 2024 at 05:12:30 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Plaintiff's request for Doc. 544 |
| **Date:** | Tuesday, April 2, 2024 at 10:50:59 PM Eastern Daylight Time |
| **From:** | Anderson Duff <ajd@hoganduff.com> |
| **To:** | Annamarie Trombetta <annamarietrombettalegal@outlook.com> |
| **CC:** | Cahill, John <John.Cahill@wilsonelser.com>, Farmer, Jana S. <Jana.Farmer@wilsonelser.com>, Bialek, Adam <Adam.Bialek@wilsonelser.com> |
| **Attachments:** | Doc 548 - EAI Defs' Mem Opp'n Pl's Mot.pdf |

Please see the attached.


Best,

-Anderson-
646.450.3607
HoganDuff.com


**From:** Cahill, John <John.Cahill@wilsonelser.com>
**Date:** Tuesday, March 26, 2024 at 9:35 AM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Farmer, Jana S. <Jana.Farmer@wilsonelser.com>, Bialek, Adam <Adam.Bialek@wilsonelser.com>, ajd@hoganduff.com <ajd@hoganduff.com>
**Subject:** RE: Plaintiff's request for Doc. 544

Please see attached.

Thank you.

**From:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Sent:** Tuesday, March 26, 2024 8:22 AM
**To:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Bialek, Adam <Adam.Bialek@wilsonelser.com>; Cahill, John <John.Cahill@wilsonelser.com>; ajd@hoganduff.com <ajd@hoganduff.com>
**Subject:** Plaintiff's request for Doc. 544

**EXTERNAL EMAIL** This email originated from outside the organization.


To all attorneys,

It is mandatory to email Plaintiff all letters, filings and responses to the Court.

Plaintiff is requesting a copy of Doc.544 that was