**EXHIBIT B**
**April 4, 2024 Email to Plaintiff**

**Thursday, April 11, 2024 at 05:18:29 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | FW: Plaintiff's request for Doc. 544 |
| **Date:** | Thursday, April 4, 2024 at 7:07:07 PM Eastern Daylight Time |
| **From:** | Anderson Duff <ajd@hoganduff.com> |
| **To:** | Annamarie Trombetta <annamarietrombettalegal@outlook.com> |
| **CC:** | Cahill, John <John.Cahill@wilsonelser.com>, Bialek, Adam <Adam.Bialek@wilsonelser.com>, Farmer, Jana S. <Jana.Farmer@wilsonelser.com> |
| **Attachments:** | Doc 548 - EAI Defs' Mem Opp'n Pl's Mot.pdf |

Ms. Trombetta:

The letter you just filed with the Court is inaccurate as demonstrated by my email below. Please correct your misrepresentation in a follow up letter to the Court immediately.

Best,

-Anderson-
646.450.3607
HoganDuff.com

**From:** Anderson Duff <ajd@hoganduff.com>
**Date:** Tuesday, April 2, 2024 at 10:50 PM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Cc:** Cahill, John <John.Cahill@wilsonelser.com>, Farmer, Jana S. <Jana.Farmer@wilsonelser.com>, Bialek, Adam <Adam.Bialek@wilsonelser.com>
**Subject:** Re: Plaintiff's request for Doc. 544

Please see the attached.

Best,

-Anderson-
646.450.3607
HoganDuff.com

**From:** Cahill, John <John.Cahill@wilsonelser.com>
**Date:** Tuesday, March 26, 2024 at 9:35 AM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Farmer, Jana S. <Jana.Farmer@wilsonelser.com>, Bialek, Adam <Adam.Bialek@wilsonelser.com>, ajd@hoganduff.com <ajd@hoganduff.com>
**Subject:** RE: Plaintiff's request for Doc. 544