**EXHIBIT C**
**April 8, 2024 Email to Plaintiff**

Thursday, April 11, 2024 at 05:26:23 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | FW: Activity in Case 1:18-cv-00993-LTS-SLC Trombetta v. Novocin et al Letter |
| **Date:** | Monday, April 8, 2024 at 11:59:36 AM Eastern Daylight Time |
| **From:** | Bialek, Adam <Adam.Bialek@wilsonelser.com> |
| **To:** | Annamarie Trombetta <annamarietrombettalegal@outlook.com>, Annamarie Trombetta <atrombettaart@gmail.com> |
| **CC:** | ajd@hoganduff.com <ajd@hoganduff.com>, ajd@andersonjduff.com <ajd@andersonjduff.com>, Farmer, Jana S. <Jana.Farmer@wilsonelser.com>, Cahill, John <John.Cahill@wilsonelser.com> |
| **Attachments:** | Doc 548 - EAI Defs' Mem Opp'n Pl's Mot.pdf |

Dear Ms. Trombetta:

You are wasting our time and our client's money. This issue was addressed by Mr. Duff twice. We received from him Doc 548 on April 2nd and the 4th, both of which were addressed to you. I am again attaching Doc 548. Please correct the record by withdrawing your false assertions or someone may have to contact the Court again. As I have reminded you time and again, you are responsible for my client's legal fees if you fail to prevail. This is a needless waste of time and expense. I trust you will contact the court and withdraw your latest filing.

Anderson:

In the event that you need our statement to support your position to the Court, this will confirm that on April 2, 2024, at 10:51 pm (1 minute after filing Doc 548 with the Court), you emailed Annamarie Trombetta at her AnnaMarieTrombettaLegal@outlook.com (the same email address she used in emailing us the week prior) and copied us, providing Document 548. In addition, this will confirm that you re-forwarded this document on Thursday, April 4, 2024 at 7:07 pm, directly to Ms. Trombetta with a copy to us, telling her that her filing with the Court was false and she needed to correct this.

I am unsure why Ms. Trombetta is claiming she has not received the document, but the attacks must stop, along with the wasteful letters. Moreover, the Court itself informed the parties that, on April 2, 2024, the document "**has been delivered by other means to:**

Annamarie Trombetta
175 East 96th Street
Apt. 12R
New York, NY 10128

Ms. Trombetta: I trust you will respond accordingly and withdraw your letter to the Court.

Regards,

Adam

Adam Bialek
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street