April 11, 2024

The Honorable  Chief Judge Laura Taylor Swain
United States District Court Southern District of New York
500 Pearl Street
New York  New York, 10017 -1312
Civil Action No. 18-cv-0993  Trombetta vs. Novocin and WorthPoint Corporation

**Re:  Plaintiff's  response to All Attorneys Regarding  Mr. Duff's emails**

 To  The Honorable Judge Laura Taylor Swain :

Today, I received  two  email from Attorney Adam Bialek  he sent last night on April 11, 2024.  I responded to
the issue  on Mr. Duff sending me Doc. 548.  I  reviewed my INBOX and SENT  folders. I note to Your Honor
this  email account was set  to SEND  and  RECEIVE emails  from  the Defendants, specifically for this case.

 Attached is today's email response to all the attorneys regarding Mr. Duff and my email account  The last
email I have documented from Mr. Duff is  July 25, 2023.   I then  went to print  out a copy of my SENT
emails and  then saw listed   JUNK MAIL. Please note my email account only lists the INBOX - SENT and
DRAFT  Items.

My   print out my sent emails, is the  FIRST  time I saw the  JUNK Emails (4).   Mr. Duff's documents were
sent to my  Junk.—again it is NOT listed on my email account.  Shortly, thereafter, today  Mr. Duff responded
to my email.  It was listed in my INBOX.  My Duff   suggested I look it the JUNK folder which I
serendipitously found right before his suggestion.

Plaintiff sent another email  to Mr. Duff  on  April 6, 2024.  A simple  email phone call  before this occurred
would have  sufficed and  solved the problem faster.  I have responded to Mr. Duff  email  and issued a direct
apology.

In good faith, I issue a formal apology to the Court.

I end by bringing to the Court's attention my claim  for emotional distress and r ight now  it is very  real.  Once
again, I had nothing to do with these two companies, the painting and  had to repeat  this over and over  this for
close to nine years.  Any person would be adversely affected by such repetition.  I am pleased this problem was
solved and  hope this case will be  resolved as well.

Pro Se Plaintiff                                          Respectfully Submitted,
Annamarie Trombetta
175 East 96th Street (12 R)              ———— Electronic Signature————-
New York, New York 10128
                                                          /s/ Annamarie Trombetta    April 11, 2024

                                         _____

                                                  Annamarie Trombetta



SENT



No Junk
Email
Listed

Sent Folder





To all Parties,

To clear up matter with Mr. Duff I have attached three
screen shots.

Please review the attachments and respond to this email

Sincerely,
Annamarie Trombetta

**From:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Sent:** Thursday, April 11, 2024 10:32 AM
**To:** Bialek, Adam <adam.bialek@wilsonelser.com>; ajd@andersonjduff.com
<ajd@andersonjduff.com>
**Cc:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Cahill, John
<John.Cahill@wilsonelser.com>
**Subject:** Re: Plaintiff's Response to EAI Memorandum of Law

Dear Mr. Bialek,

To clear up any matters regarding Mr. Duff, I have

attached   screen shots from my outlook email address while I am writing this
reply.

You can see John Cahill 's April 2, 2024 email with Doc. 547.

Above is your sent email with Doc. 548 and your April 10, 2024 email Wed. 7:21
that I am responding to at present.
Above is another email
The first one in March  is dated March 27, 2024.





# EXHIBIT #1

EAI000058   *April*

**Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time**

**Subject:** Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

**Date:** Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time

**From:** eBay EAI

**To:** Norb Novocin, marie novocin

---------- Forwarded message ----------
From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com

*MISSING LOGO — No Color EBAY Logo*



eBay

eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

## Congratulations, your item sold!

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print

Complete one of the following:

- **Print a shipping label** Avoid a trip to the post office, print and pay for your label at home. Printing shipping la you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking i automatically.
- **Provide shipping and tracking information.** When you upload tracking information to eBay, we'll send it to yo the item is on its way. This will save you time, and may result in fewer questions from buyers and higher det
- **Mark your item as shipped in My eBay.** Do this, and we'll let your buyer know the item is on its way. This wil result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

*1 First Title*

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

*1972 Name of Listing*

*2 Second Title*

1972 Original Oil Painting Man \ Annamarie Trombetta yqz

| | |
|---|---|
| Sale price: | $181. |
| Quantity sold: | 1 |
| Sale date: | Dec-0 |
| Buyer: | nina c |
| | 9nack |
| | [conta |
| Buyer's shipping address: | nina c |
| | 14215 |
| | reno, |

Sell another Item | Send invoice

*1972 Name of Listing — Cut Off Text*

## Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest. For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

*Receipt Cut Off*

EXHIBIT #3A

*(handwritten annotation, top)*

**①** Yellow BAR Missing *(handwritten annotation, left)*

*EBAY Logo is on EAI000060 and NOT on EAI000058* *(handwritten annotation)*

From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta ygz (330833102936)
To: <ebay@novodin.com>

**ebay**   eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

### Congratulations, your item sold!   *Yellow Bar Missing (handwritten)*

**Provide shipping information**

[Go to My eBay]

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your eBay shipping label.

Complete one of the following:

- **Print a shipping label** Avoid a trip to the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking information is uploaded automatically.
- **Provide shipping and tracking information**. When you upload tracking information to eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.
- **Mark your item as shipped in My eBay**. Do this, and we'll let your buyer know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

**②** Title Missing Different from EAI 000058 *(handwritten annotation, left)*

| | 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta ygz |
|---|---|
| | **Sale price:** $181.50 |
| | **Quantity sold:** 1 |
| | **Sale date:** Dec-01-12 18:54:01 PST |
| | **Buyer:** nina correia |
| | 9naclock (ninascorreia@aol.com) |
| | [contact buyer] |
| | **Buyer's shipping address:** nina correia |
| | 14215 prairie flower ct |
| | reno, NV 89511-6710 United States |

Sell another item | Send invoice to buyer

**Select your email preferences**

- Want to reduce your inbox email volume? Receive this email as a daily digest.
- For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

**Email reference id: [#45d0df16f2ea40759d3656f834970b06#]**
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn Here to protect yourself from spoof (fake) emails

eBay sent this email to you at ebay@novocin.com about your account registered on www.ebay.com

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any questions

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125

EXHIBIT # 67

Date: Tue, 10 Jan 2017 18:28:43 -0400
Subject: Fwd: Your eBay item sold! 1972 Original Oil Painting Man Wit
 Umbrella Signed Annamarie Trombetta yqz (330833102936)
From: eBay EAI <ebay@novocin.com>
To: Norb Novocin <norb@novocin.com>,
    marie novocin <mombaree@gmail.com>
Message-ID: <CALKoPL433C9xXwJ0WZpXwn-4UZVXa=hvafEWq3oDxQKfNrR2ug@mail   Cut
Thread-Topic: Your eBay item sold! 1972 Original Oil Painting Wit     off
 Umbrella Signed Annamarie Trombetta yqz (330833102936)
Thread-Index: AU1pMjQwkqX6qfiN3bMXxD06g9CD6GdEPVhD
Mime-version: 1.0
Content-type: multipart/alternative;
    boundary="B_3739174330_4019078869"                               Cut

> This message is in MIME format. Since your mail reader does not und    off
this format, some or all of this message may not be legible.

--B_3739174330_4019078869
Content-type: text/plain;
    charset="UTF-8"
Content-transfer-encoding: quoted-printable


---------- Forwarded message ----------
From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red
lla Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com                                                 Cut
                                                                     off

eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from
 Learn more.
Congratulations, your item sold!
Dear estateauctionsinc,
You did it! Your item sold. Please ship this item to the buyer after
uyer pays. As soon as your buyer pays, print your eBay shipping label
Complete one of the following:
Print a shipping label Avoid a trip to the post office, print and pay
our label at home. Printing shipping labels on eBay also offers you r
pricing on some shipping services, and when you print shipping labels
y, your tracking information is uploaded automatically.
Provide shipping and tracking information. When you upload tracking i
tion to eBay, we'll send it to your buyer and let them know the item
ts way. This will save you time, and may result in fewer questions fr    Cut
                                                                         off



rs and higher detailed seller ratings.
Mark your item as shipped in My eBay. Do this, and we'll let your buy
w the item is on its way. This will save you time, and may result in
uestions from buyers and higher detailed seller ratings.
You should always leave feedback for your buyer to encourage them to
om you again.

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Tro
yqz
Sale price:$181.50
Quantity sold:1
Sale date:Dec-01-12 18:54:01 PST
Buyer:nina correia
9naclock (ninascorreia@aol.com) [contact buyer]
Buyer's shipping address:
nina correia
14215 prairie flower ct
reno, NV 89511-6710 United States
Sell another Item | Send invoice to buyer
Provide shipping information


Select your email preferences
Want to reduce your inbox email volume? Receive this email as a daily
t.
For other email digest options, go to Notification Preferences in My

Don't want to receive this email? Unsubscribe from this email.
Email reference id: [#45d0df16f2ea40759d3656f834970b06#]
Please don't remove this number. eBay customer support may ask you fo
number, if you should need assistance.
Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account re
ed on www.ebay.com.

eBay sends these emails based on the preferences you set for your acc
To unsubscribe from this email, change your communication preferences
e note that it may take up to 10 days to process your request. Visit
vacy Policy and User Agreement if you have any questions.

Copyright =C2=A9 2012 eBay Inc. All Rights Reserved. Designated trade
brands are the property of their respective owners. eBay and the eBay
re trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Aven
Jose, CA 95125.=20

EAI000075



```
--B_3739174330_4019078869
Content-type: text/html;
    charset="UTF-8"
Content-transfer-encoding: quoted-printable

<html><head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dutf-
body><div dir=3D"ltr"><br><div class=3D"gmail_quote">---------- Forwa
e ----------<br>From: <b class=3D"gmail_sendername">eBay</b> <span di
lt;<a href=3D"mailto:ebay@ebay.com">ebay@ebay.com</a>&gt;</span><br>D
 Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay item sold! 1972 Origina
ainting Man With Red Umbrella Signed Annamarie Trombetta yqz (3308331
br>To: <a href=3D"mailto:ebay@novocin.com">ebay@novocin.com</a><br><b
v><div id=3D"m_3729392004584666707Header"><div><table border=3D"0" ce
0" cellspacing=3D"0" width=3D"100%"><tbody><tr><td width=3D"100%" sty
:break-word"><table cellpadding=3D"2" cellspacing=3D"3" border=3D"0"
<tbody><tr><td width=3D"1%" nowrap=3D""><img src=3D"http://q.ebaystat
s/logos/ebay_95x39.gif" height=3D"39" width=3D"95" alt=3D"eBay"></td>
ft" valign=3D"bottom"><span style=3D"font-weight:bold;font-size:xx-sm
mily:verdana,sans-serif;color:#666"><b>eBay sent this message to Norb
Marie Novocin (estateauctionsinc).</b><br></span><span style=3D"font-
mall;font-family:verdana,sans-serif;color:#666">Your registered name
uded to show this message originated from eBay. <a href=3D"http://pag
om/help/confidence/name-userid-emails.html" target=3D"_blank">Learn m
/span></td></tr></tbody></table></td></tbody></table></div></div
d=3D"m_3729392004584666707Title"><div><table style=3D"background-colo
border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tbod
=3D"8" valign=3D"top"><img src=3D"http://q.ebaystatic.com/aw/pics/glo
urve.gif" height=3D"8" width=3D"8"></td><td valign=3D"bottom" width=3
tyle=3D"font-weight:bold;font-size:14pt;font-family:arial,sans-serif;
0;margin:2px 0 2px 0">Congratulations, your item sold!</span></td><td
"8" valign=3D"top" align=3D"right"><img src=3D"http://p.ebaystatic.co
balAssets/rtCurve.gif" height=3D"8" width=3D"8"></td></tr><tr><td sty
und-color:#fc0" colspan=3D"3" height=3D"4"></td></tr></tbody></table>
><div id=3D"m_3729392004584666707SingleItemCTA"><div><table border=3D
ding=3D"2" cellspacing=3D"3" width=3D"100%"><tbody><tr><td><font styl
10pt;font-family:arial,sans-serif;color:#000">Dear estateauctionsinc,
border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tbod
src=3D"http://q.ebaystatic.com/aw/pics/s.gif" height=3D"10" alt=3D" "
tbody></table>You did it! Your item sold. Please ship this item to th
 after your buyer pays. As soon as your buyer pays, print your eBay s
 label.<table border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=
><tr><td><img src=3D"http://q.ebaystatic.com/aw/pics/s.gif" height=3D
"></td></tr></tbody></table><div>Complete one of the following:<br><u
=3D"list-style-type:disc;margin:10px 10 10 14px"><li><a href=3D"http:
y.com/rover/0/e12011.m354.l1337/7?euid=3D45d0df16f2ea40759d3656f83497
```

EAI000076

*EXHIBIT # 52*

```
loc=3Dhttp%3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FPrintPost
nsactionid%3D0%26itemid%3D330833102936%26ssPageName%3DADME%3AL%3AEOIS
%3A1337" target=3D_blank">Print a shipping label</a> Avoid a trip to
 office, print and pay for your label at home. Printing shipping labe
Bay also offers you reduced pricing on some shipping services, and wh
print shipping labels on eBay, your tracking information is uploaded
ically.</li><li><a href=3D"http://rover.ebay.com/rover/0/e12011.m354.
uid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fpayment
2Fws%2FeBayISAPI.dll%3FAddTrackingNumber2%26flow%3Dmyebay%26LineID%3D
02936_0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1663" target=3D"_blan
e shipping and tracking information</a>. When you upload tracking inf
n to eBay, we'll send it to your buyer and let them know the item is
way. This will save you time, and may result in fewer questions from
and higher detailed seller ratings.</li><li><a href=3D"http://rover.e
over/0/e12011.m354.l1662/7?euid=3D45d0df16f2ea40759d3656f834970b06&am
p%3A%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyEbayBeta%26CurrentPage
ayNextSold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1662" target=3D"_b
k your item as shipped in My eBay</a>. Do this, and we'll let your bu
w the item is on its way. This will save you time, and may result in
uestions from buyers and higher detailed seller ratings.</li></ul>You
 always <a href=3D"http://rover.ebay.com/rover/0/e12011.m354.l1332/7?
df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Ffeedback.ebay.com
BayISAPI.dll%3FLeaveFeedback2%26show_as%3Dsold%26ssPageName%3DADME%3A
SSA%3AUS%3A1332" target=3D"_blank">leave feedback</a> for your buyer
age them to buy from you again.<br><br></div></font><div><table width
 cellpadding=3D"0" cellspacing=3D"3" border=3D"0"><tbody><tr><td vali
n=3D"center" width=3D"100" nowrap=3D""><a href=3D"http://rover.ebay.c
11.m43.l1123/7?euid=3D45d0df16f2ea40759d3656f834970b06&loc=3Dhttp
i.ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ss
e%3DADME%3AL%3AEOISSA%3AUS%3A1123" target=3D"_blank"><img src=3D"http
baystatic.com/pict/330833102936.jpg" alt=3D"1972 Original Oil Paintin
h Red Umbrella Signed Annamarie Trombetta yqz" border=3D"0"></a></td>
an=3D"2" valign=3D"top"><table width=3D"100%" cellpadding=3D"0" cells
er=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:arial,san
or:#000" colspan=3D"2"><a href=3D"http://rover.ebay.com/rover/0/e1201
/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fcgi
Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%3DA
%3AEOISSA%3AUS%3A1123" target=3D"_blank">1972 Original Oil Painting M
ed Umbrella Signed Annamarie Trombetta yqz</a></td></tr><tr><td style
size:10pt;font-family:arial,sans-serif;color:#000" width=3D"15%" nowr
ign=3D"top"><font style=3D"font-weight:bold;font-size:10pt;font-famil
s-serif;color:#000">Sale price:</font></td><td style=3D"font-size:10p
mily:arial,sans-serif;color:#000" valign=3D"top"><font style=3D"font-
;font-size:10pt;font-family:arial,sans-serif;color:#000">$181.50</fon
</td></tr><tr><td style=3D"font-size:10pt;font-family:arial,sans-serif;col
width=3D"15%" nowrap=3D"" valign=3D"top">Quantity sold:</td><td style
0pt;font-family:arial,sans-serif;color:#000" valign=3D"top">1</td></t
```

*Cut Off*

EAI000077

EXHIBIT #50

```
  style=3D"font-size:10pt;font-family:arial,sans-serif;color:#000" wid
nowrap=3D"" valign=3D"top">Sale date:</td><td style=3D"font-size:10pt
arial,sans-serif;color:#000" valign=3D"top">Dec-01-12 18:54:01 PST</t
r><td style=3D"font-size:10pt;font-family:arial,sans-serif;color:#000
15%" nowrap=3D"" valign=3D"top">Buyer:</td><td style=3D"font-size:10p
:arial,sans-serif;color:#000" valign=3D"top">nina correia</td></tr><t
le=3D"font-size:10pt;font-family:arial,sans-serif;color:#000" width=3
ap=3D"" valign=3D"top"></td><td style=3D"font-size:10pt;font-family:a
if;color:#000" valign=3D"top"><div><table border=3D"0" cellpadding=3D
ng=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:arial,san
or:#000" valign=3D"top" class=3D"m_3729392004584666707noWrap"><font s
size:10pt;font-family:arial,sans-serif;color:#000">9naclock (<a href=
:ninascorreia@aol.com" target=3D"_blank">ninascorreia@aol.com</a>) [<
ttp://contact.ebay.com/ws/eBayISAPI.dll?ReturnUserEmail&amp;requested
ck&amp;redirect=3D0&amp;iid=3D330833102936" target=3D"_blank">contact
font></tr></tbody></table></div></td></tr><td style=3D"font-
;font-family:arial,sans-serif;color:#000" width=3D"15%" nowrap=3D"" v
>Buyer's shipping address:</td><td style=3D"font-size:10pt;font-famil
ans-serif;color:#000" valign=3D"top"><div><table border=3D"0" cellpad
llspacing=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:ar
rif;color:#000" valign=3D"top" class=3D"m_3729392004584666707noWrap">
ina correia</td></tr><tr><td style=3D"font-size:10pt;font-family:aria
rif;color:#000" valign=3D"top" class=3D"m_3729392004584666707noWrap">
4215 prairie flower ct</td></tr><tr><td style=3D"font-size:10pt;font-
ial,sans-serif;color:#000" valign=3D"top" class=3D"m_3729392004584666
nowrap=3D"">reno, NV 89511-6710 United States</td></tr></tbody></tabl
/td></tr><tr><td colspan=3D"2"><font style=3D"font-size:10pt;font-fam
ans-serif;color:#000"><a href=3D"http://rover.ebay.com/rover/0/e12011
1/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fcg
%2Fws%2FeBayISAPI.dll%3FSellHub3%26ssPageName%3DADME%3AL%3AEOISSA%3AU
1" target=3D"_blank">Sell another Item</a> | <a href=3D"http://rover.
ver/0/e12011.m43.l1156/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;
3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FUnifiedCheckoutSelle
Details%26itemId%3D330833102936%26transId%3D0%26buyerid%3D0%26ssPageN
DME%3AL%3AEOISSA%3AUS%3A1156" target=3D"_blank">Send invoice to buyer
t></td></tr></tbody></table></td></tr></tbody></table></div></td><td
"top" width=3D"185"><div><span style=3D"font-weight:bold;font-size:10
ily:arial,sans-serif;color:#000"><strong>Provide shipping information
g</span><table border=3D"0" cellpadding=3D"0" cellspacing=3D"0" widt
dy><tr><td><img src=3D"http://q.ebaystatic.com/aw/pics/s.gif" height=
 "></td></tr></tbody></table><a href=3D"http://rover.ebay.com/rover/0
44.l1121/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%
y.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%3DMyeBaySold%26ssPa
3DADME%3AL%3AEOISSA%3AUS%3A1121" title=3D"http://rover.ebay.com/rover
.m44.l1121/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3
bay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%3DMyeBaySold%26ss
e%3DADME%3AL%3AEOISSA%3AUS%3A1121" target=3D"_blank"><img src=3D"http
```

EXHIBIT #52

```
atic.com/aw/pics/buttons/btnGotoMyeBay.gif" border=3D"0" height=3D"32
0"></a><br><span style=3D"font-style:italic;font-size:8pt;font-family
ns-serif;color:#000"></span></div></td></tr></tbody></table><br></div
<div id=3D"m_3729392004584666707OneClickDigestOrUnsubscribe"><div><di
m_3729392004584666707cub-cwrp"><h3 class=3D"m_3729392004584666707cub-
ct your email preferences</h3><div class=3D"m_3729392004584666707cub-
class=3D"m_3729392004584666707cub-ulst"><li><span class=3D"m_3729392
7cub-ltxt"><span>Want to reduce your inbox email volume? <a href=3D"h
ebay.com/ws/eBayISAPI.dll?DigestEmail&amp;emailType=3D12011" target=3
eceive this email as a daily digest</a>.</span><br><span>For other em
est options, go to <a href=3D"http://my.ebay.com/ws/eBayISAPI.dll?MyE
mp;CurrentPage=3DMyeBayNextNotificationPreferences" target=3D"_blank"
on Preferences</a> in My eBay.</span><br></span></li><li><span class=
392004584666707cub-ltxt"><span>Don't want to receive this email? <a h
tp://my.ebay.com/ws/eBayISAPI.dll?EmailUnsubscribe&amp;emailType=3D12
et=3D"_blank">Unsubscribe from this email</a>.</span><br></span></li>
v></div></div></div><div id=3D"m_3729392004584666707MarketPlaceSafety
v><div id=3D"m_3729392004584666707Footer"><div><hr style=3D"HEIGHT:1p
order=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tbody>
"100%"><font style=3D"font-size:10pt;font-family:arial,sans-serif;col
<b>Email reference id: [#<wbr>45d0df16f2ea40759d3656f834970b<wbr>06#]
>Please don't remove this number. eBay customer support may ask you f
number, if you should need assistance.</font></td></tr></tbody></tab
</div><hr style=3D"HEIGHT:1px"><table border=3D"0" cellpadding=3D"0"
0" width=3D"100%"><tbody><tr><td width=3D"100%"><font style=3D"font-s
font-family:verdana;color:#666"><a href=3D"http://pages.ebay.com/educ
oftutorial/index.html" target=3D"_blank">Learn More</a> to protect yo
om spoof (fake) emails.<br><br>eBay sent this email to you at <a href
o:ebay@novocin.com" target=3D"_blank">ebay@novocin.com</a> about your
registered on <a href=3D"http://www.ebay.com" target=3D"_blank">www.e
.<br><br>eBay sends these emails based on the preferences you set for
ccount. To unsubscribe from this email, change your <a href=3D"http:/
com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=3DMyeBayNextNotificat
ences" target=3D"_blank">communication preferences</a>. Please note t
y take up to 10 days to process your request. Visit our <a href=3D"ht
s.ebay.com/help/policies/privacy-policy.html" target=3D"_blank">Priva
</a> and <a href=3D"http://pages.ebay.com/help/policies/user-agreemen
arget=3D"_blank">User Agreement</a> if you have any questions.<br><br
t =C2=A9 2012 eBay Inc. All Rights Reserved. Designated trademarks an
e the property of their respective owners. eBay and the eBay logo are
arks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San J
 95125. </font></td></tr></tbody></table><img src=3D"http://rover.eba
eropen/0/e12011/7?euid=3D45d0df16f2ea40759d3656f834970b06" height=3D"
"></div></div></div><br></div></body></html>


--B_3739174330_4019078869--
```

cut
off

EAI000079

EXHIBIT #8

Exhibit #1

I am requesting the full Raw Message for the recently produced for the December 1, 2012 eBay sales receipt for the 1972 Original Oil Painting Man With Red Umbrella sold by your client Norb Novocin.

Kindly produce this raw message of this email as soon as possible.

Submitted by
Annamarie Trombetta

---

**From:** Anderson Duff <ajd@hoganduff.com>
**Sent:** Wednesday, November 16, 2022 1:08 PM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Cc:** Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

Dear Ms. Trombetta:

Please find a version of the email previously produced as EAI000058-EAI000059 attached. As previously discussed, my clients are producing this email again solely because a small portion of the email was cutoff when it was converted to a .pdf. To avoid confusion, I have stamped the email as EAI000060 rather than reproducing it with the same bates number. Since you have taken the position in several filings that I fabricated evidence because the @ symbol did not appear in an email my clients produced, I made sure that the @ symbols were preserved when converting this email to a .pdf for production.

With respect to your request for "ALL eBay emails to the buyer Nina Correria's proof of payment and all eBay emails from Nina Correria to Norb Novocin and Estate Auctions Inc.," my clients cannot produce documents that do not exist. We have discussed this issue *many* times.

Best,

-Anderson-
646.450.3607
HoganDuff.com

---

**From:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Date:** Wednesday, November 16, 2022 at 8:59 AM
**To:** "Anderson J. Duff" <ajd@hoganduff.com>, Adam Bialek

Exhibit #2

**Re: Email**

Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Fri 11/18/2022 2:39 PM

To: Anderson Duff <ajd@hoganduff.com>;Adam Bialek <adam.bialek@wilsonelser.com>;Farmer, Jana
S. <Jana.Farmer@wilsonelser.com>;Haimson, Nicole <Nicole.Haimson@wilsonelser.com>

To All Parties,

On October 28, 2022 Plaintiff called for a Meet and Confer to conclude
Discovery. Plaintiff notes to all parties that I addressed the incomplete eBay
receipt for the 1972 Original Oil Painting Man With Red Umbrella to Mr.
Duff. All the WorthPoint's attorneys were in attendance did not state that
the Novocin eBay receipt was produced on the 28th. Aside from this none of
the attorneys, particularly Mr. Bialek at any time and day --the 28th of
October confirmed any production of the Novocin eBay receipt had been
produced to Mr. Duff or Plaintiff.

Please Note that On October 29, 2022 Plaintiff sent to all the attorneys, pages
74 to 79 of the September 21, 2022 Deposition by Mr. Novocin who claims he
keeps all his eBay emails . None of the attorneys sent me the Novocin eBay
receipt dated Dec. 1, 2012.

In fact on October 31, 2022 Mr. Duff confirmed he would send me a complete
copy of 1972 Original Oil Painting Man With Red Umbrella from his client
when it became available.

There seems to be so many contradictions to your claim Mr. Bialek. Can you
explain why --if the eBay receipt was produced on the 21st of September why you
did not email the eBay receipt to Plaintiff before yesterday, November 17,
2022.

Submitted Nov. 18, 2022
Annamarie Trombetta

---

**From:** Anderson Duff <ajd@hoganduff.com>
**Sent:** Thursday, November 17, 2022 1:36 PM
**To:** Bialek, Adam <Adam.Bialek@wilsonelser.com>; Annamarie Trombetta
<annamarietrombettalegal@outlook.com>; Annamarie Trombetta <atrombettaart@gmail.com>;
ajd@andersonjduff.com <ajd@andersonjduff.com>
**Cc:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole



# Re: Norb Novocin Deposition Full Production of Exhibit #4 −2 Page eBay email

**Anderson Duff** <ajd@hoganduff.com>

Fri 11/18/2022 6:47 PM

To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Cc: Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>

Please keep in mind that my clients will be seeking an award of attorneys' fees from you. Every redundant, nonsensical demand you make of me will contribute to that cost. At present, we believe you will be paying in excess of $50k for my fees alone at the conclusion of this matter.

Best,

–Anderson–
646.450.3607

---

**From:** Anderson Duff <ajd@hoganduff.com>
**Sent:** Friday, November 18, 2022 6:42:16 PM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Cc:** Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Norb Novocin Deposition Full Production of Exhibit #4 −2 Page eBay email

Ms. Trombetta:

Please confirm receipt of this email before 10:00 pm ET tonight.

Best,

–Anderson–
646.450.3607

---

**From:** Anderson Duff <ajd@hoganduff.com>
**Sent:** Friday, November 18, 2022 6:40:17 PM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Cc:** Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Norb Novocin Deposition Full Production of Exhibit #4 −2 Page eBay email

Exhibit #4

**Adam sent this email to you as an attachment.**

**Best,**

**–Anderson–**
**646.450.3607**

---

**From:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Sent:** Friday, November 18, 2022 2:20:20 PM
**To:** Anderson Duff <ajd@hoganduff.com>
**Cc:** Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

Mr. Duff,

On November 17, 2022 --yesterday---I sent you an example of a "raw Message" for an eBay notice dated July 16, 2022.  Kindly open it and review it and you will see what it is I am requesting.  Every email server has some kind of Original message. If it was an gmail account you have to go to MORE and click on Original and you will find the text and codes for the message.

Submitted by
Annamarie Trombetta

---

**From:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Sent:** Thursday, November 17, 2022 9:14 AM
**To:** Anderson Duff <ajd@hoganduff.com>
**Cc:** Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

Mr. Duff,

Attached are two eBay Raw Message for my emails from ebay.

*Exhibit #5*

## Re: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

From: WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To: trombettaart@yahoo.com

Date: Saturday, February 20, 2016, 10:25 AM EST

## Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

X-Apparently-To: trombettaart@yahoo.com; Sat, 20 Feb 2016 15:25:20 +0000
Return-Path: <pm_bounces@pm.mtasv.net>
Received-SPF: pass (domain of pm.mtasv.net designates 50.31.156.122 as permitted sender)
X-YMailISG: q3T3ojUWLDt6HAGZ4vF9MuDAp7c2AJOPfxIEVmWHeXTUrRlz
 hIIY15AJzD5FW_a8qKTueXEhAWMgqoRvWhhyvW3bIsdNvvwKpaPm08Hv8Wsm
 Xep5Yhhjj24UJMjqvJHkilfAeDhpjzbkh9UY.rAnEkB1WUl19o0m0.flhOdU
 FATKc0GWyQqPJSd4bwudLHnaiZrQuAA6Tb7CLxhq7tVYA9uAt87FHi6o8idz
 RIFApo9VqgrjVGWfXHMSEoJXUvEwC5yaqhPdg.Cfdf6TlteMbM4mHCw.z17i
 pN9cuddzC4_HNF8zaeFoqvt4AQdy9sWApMXjhoEtJkxR9tD1M1_0mjJDCodw
 QSH2k0y7rANrIK5OZHNOO7wxSpXIP5Q32P9S13JiVKdUa.qFo3BKaHDhYvJ
 KbTxrWJcVtx3aQ_XtEosJddgdhkrnfk18otFM5wW.GwCRWQc2q6f0OFm6DYz
 DzBHqaKP0re90gnOD7Fa9GTjiOigXx3o8YwwzTjFg9MlMVuJNsCNGyNcoyNU
 kdp4g3OwwuODEv7xUJCy5gP16mbPIa8dKXsZPiBv1ANrh.xN.oj_BRjIUpRn
 sIlUdk3fmdu4yWJBGFaXEQcmGslXMnZvOd1rti18GgsiuSWwUEJyvb6uzoqo
 aScCleJr_hLBUAWr2R53UX5OMJMZoi6q19GLhw4ASni9dG7SKJYZYEbivAQn
 mHaLmFdUcCqdRMeenPSInNAx3XKwo1FsdPNXoPNWgDYXwvKh2.lcKXqX.s3W
 AA17bMJ8clSW9KkY7.pUPy7ubGE91f0cxyE8wc.UUDl7ZLyBiuFYjXX55rbB
 WI3OH4mccXXuqybcdPT2VJBa978MkSa.g3mst9BwKUUILm5cACZuZa3BAHNh
 P.eK3wNXk0uEjg5zM5Ex1y3HpI.qHopZUDepCBGaioUi2wmMnTK86Y7_IGKp
 C3ciCLbPDASRto_14tapqGJbEkbzLWpIm6dTnw3QlEP8KaaMdWTg_8ZlTosw
 dtFosnEcw9hmZmLIX24hs0jJmJTtgVbl69h73AFmpVLHtkD4dTOfq_sPUuM0
 QsVw3nMHloVfGH9wibq.iW3ShgqFpcUiA_GdkWluj8tTUcFlYhJXnMBBRIr3
 PytdxbVyD35QqGU8cozxQQ8SE9xNYg5or8Rwaw8tOKOgar8YNT8Z78ExbEJR
 9XbAxwC3IdmJC4QudQIp863Tfpxj PQFOV4Ic_wCj1fntjQV91UOMGYswVFq
 tiu3vINb_Fz.8jbphZN0zU4cy4f5YKSwvxVXwezcVy6g5f6x7vSiqa6s18vk
 lOdODwRvVm0CiHw2Pkfd7yxlbO3A6qvOPRSAT7neJ2MthIpL0LmVz0JXkWdi
 HJ5bFe99pPix_p4comJwfjPOaM4DVrVLG7jQ5Emi5GY_n4wWC4y_aG1feN9z
 4.UWpSXWc0u9jql1X21uVM0FDd0xotp_57Q1JZ.MDpX4Hk6w9TDROtSWEklQ
 HB_AHlMGgkqyqcv1qN0se2jhIw--
X-Originating-IP: [50.31.156.122]
Authentication-Results: mta1486.mail.gq1.yahoo.com  from=worthpoint.desk-mail.com; domainkeys=neutral (no sig);  from=pm.mtasv.net; dkim=pass (ok)
Received: from 127.0.0.1  (EHLO sc-ord-mta122.mtasv.net) (50.31.156.122)
  by mta1486.mail.gq1.yahoo.com with SMTPS; Sat, 20 Feb 2016 15:25:20 +0000
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; s=pm; d=pm.mtasv.net;
 h=From:Date:Subject:MIME-Version:Content-Type:To:Reply-To:In-Reply-To:Message-ID;
 bh=Eplm7KCQvJIc2mUCTxml14U5dAo=;
 b=upw7dcdrADwBxRxmLku4nqUWMtTOdDAOewBfziJUoW/O+c5d8iopY4CwTAggbHv5+zg2NmWXlbvP
  rKPOXVeQmfA43ZyPZKUqAQIW9F5VzRPx1CdQALoLo4AA6wKBgngu0i49iiXHldvU78RY9u45wk84
  yw90mMhI52FSy7zAc09>
Received: by sc-ord-mta122.mtasv.net id hp22m01jk5k9 for <trombettaart@yahoo.com>; Sat, 20 Feb 2016 10:25:19 -0500 (envelope-from <pm_bounces@pm.mtasv.net>)
X-IADB-IP: 50.31.156.122
X-IADB-IP-REVERSE: 122.156.31.50
From: "WorthPoint Customer Support" <support@worthpoint.desk-mail.com>
Date: Sat, 20 Feb 2016 10:25:19 -0500
Subject: Re: Artist Annamarie Trombetta----Fraudulent Artwork--and links
 to Fraudulent Artwork
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="_=aspNetEmail_92c89c994f084ec389ee2ea30cad4ab2"
X-Mailer: aspNetEmail ver 4.0.0.38
X-Complaints-To: abuse@postmarkapp.com
X-PM-RCPT: |bTB8MjA4ODZ8Mjc0OTQxfHRyb21iZXR0YWFydEB5YWhvby5jb20=|
X-PM-Message-Id: 94df665e-e9cd-4d7e-b47d-9cf381e58918
To: trombettaart@yahoo.com
Reply-To: support@worthpoint.desk-mail.com
In-Reply-To: 1789304145.217902.1455981861074.JavaMail.yahoo@mail.yahoo.com
X-Mailer: Desk.com Support Platform
Message-ID: <56c8854428220_fa05de53281518fa@worthpoint.desk.com>
Content-Length: 3235

--_=aspNetEmail_92c89c994f084ec389ee2ea30cad4ab2
Content-Type: text/plain;
        charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

_____=0D=0AType your response ABOVE THIS LIN=
E to reply=0D=0A=0D=0A---------------------------------------------------=
-----------------------------------------------=0D=0A=0D=0ARe: =
Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent =
Artwork=0D=0A=0D=0AWorthPoint =7C Feb 20, 2016 10:24AM EST=0D=0A=0D=0ATh=
ank you for submitting your request=2E  We have received your request and=
 are working on responding to you as soon as possible=2E  If you have any=
 additional information to add to this case, please reply to this email=2E=
=0D=0A=0D=0AThanks in advance for your patience and support=2E=0D=0A=0D=0A=
------------------------------------------------------------------------=
------------------------=0D=0AThis message was sent to  trombe=
ttaart=40yahoo=2Ecom in reference to Case =2357565=2E=0D=0A--------------=
--------------------------------------------------------------------------=
------------------------=0D=0A=0D=0A=0D=0A=5B-5B7e0d850a2b9039a31cbf23ab9ae5=
8ea3fc4a46c9-641339616=5D=5D


--_=aspNetEmail_92c89c994f084ec389ee2ea30cad4ab2
Content-Type: text/html;
        charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div style=3D=27color:=23ffffff; display: none =21important;=27>_____=
_____</div><table border=3D=220=22 cellpadding=3D=220=
=22 cellspacing=3D=220=22 width=3D22100=25=22>=0D=0A<tr>=0D=0A<td align=3D=
=22center=22 valign=3D=22top=22>=0D=0A=0D=0A<table border=3D=220=22 cellp=
adding=3D=220=22 cellspacing=3D=220=22 width=3D=22600=22>=0D=0A<tr>=0D=0A=
=0D=0A<td valign=3D=22top=22 style=3D=22color:=23333; font-family:Arial; fon=
t-size:14px; line-height:150=25; text-align:left;=22>=0D=0A=0D=0A<table b=
order=3D=220=22 cellpadding=3D=2210=22 cellspacing=3D=220=22 width=3D=22l=
00=25=22>=0D=0A<tr>=0D=0A<td valign=3D=22top=22>=0D=0A=0D=0A<div>=0D=0A=0D=0A=
=0A<h2 style=3D=22text-align:center; color:white; background-color:steelb=
lue;=22>Ticket =2357565: Artist Annamarie Trombetta----Fraudulent Artwork=
--and links to Fraudulent Artwork</h2>=0D=0A=0D=0A<strong>WorthPoint</str=
ong> =26nbsp;=7C=26nbsp; <span style=3D=22font-size:80=25;=22>Feb 20, 201=
6 10:24AM EST</span>=0D=0A<br /=0D=0A=0D=0AThank you for submitting your=
 request=2E  We have received your request and are working on responding =
to you as soon as possible=2E  If you have any additional information to =
add to this case, please reply to this email=2E<br /><br /=0D=0A=0D=0ATh=
anks in advance for your patience and support=2E=0D=0A=0D=0A<div style=3D=
=22background-color:steelblue; border:0; font-size:80=25; color:white; pa=
dding:2px; text-align:center=22> This message was sent to  trombettaart=40=
yahoo=2Ecom in reference to Case =2357565=2E=0D=0A</div>=0D=0A</div=
>=0D=0A</td>=0D=0A</td><td></td></tr>=0D=0A</table>=0D=0A</td></tr>=0D=0A=
=0A</table>=0D=0A=0D=0A</td></tr>=0D=0A</table>=0D=0A</table>=0D=0A=0D=0A<span style=3D=
=27color:=23ffffff=27>=5B-5B7e0d850a2b9039a31cbf23ab9ae58ea3fc4a46c9-6413=
39616=5D=5D</span>


--_=aspNetEmail_92c89c994f084ec389ee2ea30cad4ab2--