April 15, 2024

The Honorable  Chief Judge Laura Taylor Swain
United States District Court Southern District of New York
500 Pearl Street
New York  New York, 10017 -1312
Civil Action No. 18-cv-0993  Trombetta vs. Novocin and WorthPoint Corporation

**Re:  Exhibits for Doc. 551**

 To  The Honorable Judge Laura Taylor Swain :

Last week, Plaintiff filed my response to Defendant's Estate Auctions Inc.'s Memorandum of Law. My EAI Reply,   Doc. 551, had  eight Exhibits listed and described  within my submission and  filed on time.  I have attached  my list  of exhibits and my two submissions filed with the Pro Se office last week in **EXHIBIT #1.**

On April 10, 2024, some of my exhibits were not attached and filed with Doc. 551.  I spoke to the Pro Se office on the 10th and was  told I had to wait 48 hours for all of my exhibits to be filed.   On April 11, 2024,  I phoned the Pro Se late morning and was told to call back in the afternoon.  During my  afternoon call on Thursday April 11th,  I was assured all the exhibits were filed with Doc. 551.   That evening, I downloaded  Doc. 551.   I only  saw  EXHIBIT #2  which is  Doc. 342, Plaintiff's Proposed Amended Complaint for Estate Auctions Inc EXHIBIT #4    which is  November 23, 2022 Conference Call Page 14 and page 16  and
EXHIBIT #7    which is  Plaintiff's Doc. 526 , were attached to   Plaintiff's Reply in Doc. 551, however,  Doc. 551 did not have  exhibits **#** 1-#3-#5 -#6  #8  as per my submission, for Doc. 551.

 On  April 11, 2024,  I filed two letters with  the Pro  Se Office.  The first letter I filed  was at 1:26 PM.  My first letter was  after I  realized and rectified  that Mr. Duff's Memorandum of Law  went into  my JUNK FOLDER  instead of being listed  in my INBOX FOLDER.  On April 11, 2024 had six attached exhibits. In the evening of April 11, 2024,  at around  7 PM,  upon downloading Doc. 551,  and realized the Pro Se office omitted EXHIBITS # 1-#3-#5 #6 and #8,  at  7 PM,  I  filed a  second  letter to  correct this error with  the  Pro Se Office.   My second email  informed the Pro Se office  there was an omission of my exhibits for Doc. 551.  I included in  my second  email on April 11, 2024,   my EXHIBITS # 1-#3-#5 #6 and #8  again.  I explained  in my email to  Pro Se office that EXHIBITS # 1-#3-#5 #6 and #8  were omitted and not filed in Doc. 551.   Please see  **EXHIBIT #2  Plaintiff's  7 PM  Letter on April 11, 2024 with all the   EXHIBITS # 1-#3-#5 -#6 - #8 for Doc. 551.**

Unfortunately,  on Friday April 12, 2024,  I saw my two separate submissions filed at different times of the day on April 11, 2024,  combined into one entry in Doc. 554.    Once again,  the second letter was filed in the evening and had  EXHIBITS # 1-#3-#5 #6 and #8 that belong with Doc. 551.   In Doc. 554, there are   six attachments that <u>only</u>  relate to my first  letter filed on  April 11, 2024 at 1:26 in the afternoon.

On Friday, April 12, 2024, I phoned the Pro Se office and spoke to Mr. Brocatto. I explained and requested that EXHIBITS # 1-#3-#5 #6 and #8, incorrectly filed in Doc. 554, be removed and  added to the correct  docket  dated  April 10, 2024  in Doc. 551. Following my phone call, on  Friday,   I wrote an email to the Pro Se office to  confirm  if my exhibits were  correctly  moved to Doc.551  but did <u>not</u>  receive a reply.   Please view **EXHIBIT #3.**  This letter is to inform Your Honor  that   EXHIBITS # 1-#3-#5 -#6 - #8 belong with Doc. 551.  I hope this corrects the filings of the appropriate  eight exhibits related to  Doc. 551, in my case.

Pro Se Plaintiff                                          Respectfully Submitted,
Annamarie Trombetta
175 East 96th Street (12 R)                  ———— Electronic Signature————-
New York, New York 10128

                                                                 /s/ Annamarie Trombetta    April 15,  2024
                                                                _____
                                                                      Annamarie Trombetta

# EXHIBIT #1

Plaintiff's Reply to EAI

Page 1 Date of filing April 9, 2024

Page 2 Exhibit List

Page 3 First submission to Pro Se Office

Page 4 Second submission to Pro Se Office

Annamarie Trombetta
175 East 96th Street (12 R)
New York. New York 10128
Pro Se Plaintiff

————Electronic Signature ——

/s/ Annamarie Trombetta  April 9, 2024

_____

Annamarie Trombetta Pro Se Plaintiff

# EXHIBITS

## PLAINTIFF'S REPLY TO ESTATE AUCTIONS INC. DOC. 548

**EXHIBIT #1  Estate Auctions Inc. April 27, 2022 eBay receipt EAI000058**

**EXHIBIT #2  Doc. 342  Plaintiff's Proposed Amended Complaint for Estate Auctions Inc**

**EXHIBIT#3 Estate Auctions Inc. April 27, 2022 eBay receipt EAI000060**

**EXHIBIT #4 November 23, 2022 Conference Call Page 14 and page 16**

**EXHIBIT #5  November 22, 2022 Doc. 371 with Exhibits # 1-#2-#3- #4 and # 5**

**EXHIBIT # 6 November 22, 2022 Doc. 371  Exhibit #6 Electronic Email**

**EXHIBIT #7  Plaintiff's Doc. 526**

**EXHIBIT #8  Estate Auctions Inc Deficient Evidence EAI000073-EAI000079**

.

M Gmail

Annamarie Trombetta <atrombettaart@gmail.co

## 2018-CV-0993 Plaintiff's Reply to Defendant's Estate Auctions Inc. Opposition Doc. 548 with EXHIBITS

1 message

Annamarie Trombetta <atrombettaart@gmail.com>
To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

Tue, Apr 9, 2024 at 11:53

To Whom It May Concern,

I , Annamarie Trombetta and I am the Filer in case 18-CV-0993

Plaintiff      Annamarie Trombetta
Address        175 East 96th Street  (12 R)
               New York,  New York 10128
Telephone      (212) 427-5990

Plaintiff is filing  in case  2018-CV -0993 Plaintiff's Reply to Defendant Estate Auction 's Opposition To Plaintiff's Motion Rule 59 (e) and Rule 60  in Doc.548.

There are  three files of  Exhibits # 2   Exhibit # 5 and Exhibit #6
Attached for the Courts' convenience is  is Doc 341 filed on Dec. 19, 2022

Kindly file this letter with  in case  2018-CV -0993

Sincerely,

Annamarie Trombetta

3 attachments

  EXHIBIT # 6 Doc. 371 November 22, 2022 EXHIBIT #6 ORIGINAL RAW MESSAGE Plaintiff to WorthPoint pdf.pdf
28K                                                                                    —— Exhibit # 7

  EXHIBIT #2 gov.uscourts.nysd. Doc. 341.0.pdf
1619K                                                                                  —— Exhibit # 5

  EXHIBIT #5 November 22,2022 Exhibits # 1_#2_#3_#4_#5.pdf
1178K                                                                                  ↳ Exhibit # 6

EXHIBIT #1-2

**M** Gmail

Annamarie Trombetta

## 2018-CV-0993 Plaintiff's Reply to Defendant's Estate Auctions Inc. Opposition Doc. 548 with EXHIBITS

**Annamarie Trombetta** <atrombettaart@gmail.com>
To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

To Whom It May Concern,

I , Annamarie Trombetta and I am the Filer in case 18-CV-0993

Plaintiff          Annamarie Trombetta
Address          175 East 96th Street   (12 R)
                      New York, New York 10128
Telephone        (212) 427-5990

Plaintiff is filing in case 2018-CV -0993 Plaintiff's Reply to Defendant Estate Auction 's Opposition To Plaintiff's Motion Rule 59 (e) and Rule 60  in Doc.548.

There are three files of  Exhibits # 1-3-8   Exhibit # 4 and Exhibit #7
Attached for the Court's convenience is  is Doc 341 filed on Dec. 19, 2022

Kindly file this letter with  in case  2018-CV -0993

Sincerely,

Annamarie Trombetta

**4 attachments**

📄 EXHIBIT#4.pdf — Exhibit #4
309K

📄 EXHIBIT #7 Doc. 526-1 gov.uscourts.nysd.487917.526.1.pdf — Exhibit #7
7242K

📄 Plaintiff's Reply to Defendants'Estate Auctions Inc. Memorandum Of Law Opposing Plaintiff's Motion Rule 59(e) and Rule 60 Relief From Judgment Doc.548 .pdf
587K

📄 EXHIBIT #1 EXHIBIT#3 EXHIBIT #8 EAI Deficient Evidenc.pdf
2583K        ↳ Exhibits #1  #3 and # 8

# EXHIBITS #2
## <u>Omitted on  April 10, 2024  for Doc.  551</u>

**EXHIBIT #1**  EAI  First eBay Receipt dated April 27, 2022

**EXHIBIT # 3** EAI Second eBay Receipt dated November 16, 2022

**EXHIBIT # 8A -E**  EAI  0000073 - 000079 Atypical  Black Backround with White Type Cut off on  Right and Bottom of each page.

**EXHIBIT #5 Pages 15 5  Doc. 371**
**-1** Nov. 16, 2022 email to Mr. Duff
**-2** Nov. 18, 2022 email
**-3** Nov. 18, 2022 email
**-4** Nov. 17, 2022 email
**-5** Feb. 20, 2016 WorthPoint email Print out

**EXHIBIT #6** Feb. 20, 2016 WorthPoint email in native electronic digital email PDF format.

 **Gmail**

Annamarie Trombetta <atrombettaart@gmail.com>



## 2028-CV-0993 Please Check and ADD Plaintiff's EXHIBITS #1-3-5-6-8 to Doc. 551
1 message

**Annamarie Trombetta** <atrombettaart@gmail.com>                                    Thu, Apr 11, 2024 at 7:02 PM
To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

To Whom It May Concern,


I , Annamarie Trombetta and I am the Flier in case 18-CV-0993

Plaintiff          Annamarie Trombetta
Address         175 East 96th Street  (12 R)
                     New York,  New York 10128
Telephone      (212) 427-5990

.
I have downloaded Document 551   I did NOT SEE  Exhibits #1 #3 # 5 -#6 and #8 in the filing and Doc. 551 that I filed  on
April 9, 2024 listed below o
Pro Se Office .

| 551 | 04/10/2024 | PLAINTIFF'S REPLY TO DEFENDANTS NORB AND MARIE NOVOCIN AND ESTATE AUCTION INC,'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO F.R.C.P RULE 59(e) AND PURSUANT TO F.R.C.P RULE 60 FOR RELIEF FROM A JUDGMENT BASED UPON ERRORS AND THE DECISION WAS MANIFESTLY UNJUST. Document filed by Annamarie Trombetta. |
|---|---|---|

PLEASE REVIEW THE ATTACHED EXHIBITS  AND PLEASE ADD
THEM TO MY EXHIBITS FOR DOC. 551   IF THEY ARE NOT.

Kindly file this letter with  in case  2018-CV -0993

Sincerely,
Annamarie Trombetta

------------------------------------------------

**3 attachments**

📄 **EXHIBIT #5 November 22,2022 Exhibits # 1_#2_#3_#4_#5.pdf**
1178K

📄 **EXHIBIT # 6 Doc. 371 November 22, 2022 EXHIBIT #6 ORIGINAL RAW MESSAGE Plaintiff to WorthPoint
pdf.pdf**
28K

📄 **EXHIBIT #1 EXHIBIT#3 EXHIBIT #8 EAI  Deficient Evidenc.pdf**
2583K

# EXHIBIT#1

EAI000058

*April 19, 2024*

**Wednesday, April 27, 2022 at 21:30:09 Eastern Daylight Time**

**Subject:** Fwd: Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)

**Date:** Tuesday, January 10, 2017 at 5:28:43 PM Eastern Standard Time

**From:** eBay EAI

**To:** Norb Novocin, marie novocin

*For Doc 551*
*Exhibit #1*

--------- Forwarded message ---------
**From:** eBay <ebay@ebay.com>
**Date:** Sat, Dec 1, 2012 at 9:54 PM
**Subject:** Your eBay item sold! 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz (330833102936)
**To:** ebay@novocin.com

*MISSING LOGO — No Color EBAY Logo*



eBay

eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more.

## Congratulations, your item sold!

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print

Complete one of the following:

- **Print a shipping label** Avoid a trip to the post office, print and pay for your label at home. Printing shipping la you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking i automatically.
- **Provide shipping and tracking information.** When you upload tracking information to eBay, we'll send it to yo the item is on its way. This will save you time, and may result in fewer questions from buyers and higher del
- **Mark your item as shipped in My eBay.** Do this, and we'll let your buyer know the item is on its way. This wil result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

*1 First Title*

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yqz

*1972 Name of Listing*

*2 Second Title*

1972 Original Oil Painting Man \
Annamarie Trombetta yqz.

| | |
|---|---|
| Sale price: | $181.( |
| Quantity sold: | 1 |
| Sale date: | Dec-0 |
| Buyer: | nina c |
| | 9nacl( |
| | [conta |
| Buyer's shipping address: | nina c |
| | 14215 |
| | reno, |

*1972 Name of Listing*

Sell another Item | Send Invoice

*Cut Off Text*

Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest. For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

*Receipt Cut Off*

*Fon*
*DOC 551*
*filed April 9, 2024*

EXHIBIT #3A

① Yellow BAR Missing

*EBAY Logo is on EAI000060 and NOT on EAI000058*



From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold 1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yoz (330853100938)
To: <ebay@nqoodn.com>

**ebay** eBay sent this message to Norb & Naile Navecin (estateauctionsinc).
Your registered name is included to show this message originated from eBay. Learn more

**Congratulations, your item sold** *Yellow Bar Missing*

Dear estateauctionsinc,

You did it! Your item sold. Please ship this item to the buyer after your buyer pays. As soon as your buyer pays, print your eBay shipping label.

Complete one of the following:

- Print a shipping label Avoid a trip to the post office, print and pay for your label at home. Printing shipping labels on eBay also offers you reduced pricing on some shipping services, and when you print shipping labels on eBay, your tracking information is uploaded automatically.
- Provide shipping and tracking information. When you upload tracking information to eBay, we'll send it to your buyer and let them know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.
- Mark your item as shipped in My eBay. Do this, and we'll let your buyer know the item is on its way. This will save you time, and may result in fewer questions from buyers and higher detailed seller ratings.

You should always leave feedback for your buyer to encourage them to buy from you again.

② *Title Missing Different from EAI 000058*

**Provide shipping information**
Go to My eBay

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Trombetta yoz
Sale price:          $181.50
Quantity sold        1
Sale date:           Dec-01-12 18:54:01 PST
Buyer:               nina correia
                     9naclock (ninascorreia@aol.com)
                     [contact buyer]
Buyer's shipping address: nina correia
                     14215 prairie flower ct
                     reno, NV 89511-6710 United States

Sell another item | Send invoice to buyer

Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest.
  For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

**Email reference id: [#45d0df16f2ea40759d3656f834970b060f]**
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn how to protect yourself from spoof (fake) emails

eBay sent this email to you at ebay@nqoodn.com about your account registered on www.ebay.com

eBay sends these emails based on shop references you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any questions

Copyright © 2012 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125



FoDOC551
April 9, 2024
→ EXHIBIT #8

Date: Tue, 10 Jan 2017 18:28:43 -0400
Subject: Fwd: Your eBay item sold! 1972 Original Oil Painting Man Wit
 Umbrella Signed Annamarie Trombetta yqz (330833102936)
From: eBay EAI <ebay@novocin.com>
To: Norb Novocin <norb@novocin.com>,
    marie novocin <mombaree@gmail.com>
Message-ID: <CALKoPL433C9xXwJ0WZpXwn-4UZVXa=hvafEWq3oDxQKfNrR2ug@mail
Thread-Topic: Your eBay item sold! 1972 Original Oil Painting Man Wit
 Umbrella Signed Annamarie Trombetta yqz (330833102936)
Thread-Index: AU1pMjQwkqX6qfiN3bMXxD0Gg9CD6GdEPVhD
Mime-version: 1.0
Content-type: multipart/alternative;
    boundary="B_3739174330_4019078869"

> This message is in MIME format. Since your mail reader does not und
this format, some or all of this message may not be legible.

--B_3739174330_4019078869
Content-type: text/plain;
    charset="UTF-8"
Content-transfer-encoding: quoted-printable


---------- Forwarded message ----------
From: eBay <ebay@ebay.com>
Date: Sat, Dec 1, 2012 at 9:54 PM
Subject: Your eBay item sold! 1972 Original Oil Painting Man With Red
lla Signed Annamarie Trombetta yqz (330833102936)
To: ebay@novocin.com


eBay sent this message to Norb & Marie Novocin (estateauctionsinc).
Your registered name is included to show this message originated from
 Learn more.
Congratulations, your item sold!
Dear estateauctionsinc,
You did it! Your item sold. Please ship this item to the buyer after
uyer pays. As soon as your buyer pays, print your eBay shipping label
Complete one of the following:
Print a shipping label Avoid a trip to the post office, print and pay
our label at home. Printing shipping labels on eBay also offers you r
pricing on some shipping services, and when you print shipping labels
y, your tracking information is uploaded automatically.
Provide shipping and tracking information. When you upload tracking i
tion to eBay, we'll send it to your buyer and let them know the item
ts way. This will save you time, and may result in fewer questions fr

Cut Off

Cut Off

Cut Off

Cut Off

EAI000074

For Doc 551
filed April 9, 2024
EXHIBIT #8
EXHIBIT #52
B
cut
off

rs and higher detailed seller ratings.
Mark your item as shipped in My eBay. Do this, and we'll let your buy
w the item is on its way. This will save you time, and may result in
uestions from buyers and higher detailed seller ratings.
You should always leave feedback for your buyer to encourage them to
om you again.

1972 Original Oil Painting Man With Red Umbrella Signed Annamarie Tro
 yqz
Sale price:$181.50
Quantity sold:1
Sale date:Dec-01-12 18:54:01 PST
Buyer:nina correia
9naclock (ninascorreia@aol.com) [contact buyer]
Buyer's shipping address:
nina correia
14215 prairie flower ct
reno, NV 89511-6710 United States
Sell another Item | Send invoice to buyer
Provide shipping information


Select your email preferences
Want to reduce your inbox email volume? Receive this email as a daily
t.
For other email digest options, go to Notification Preferences in My

Don't want to receive this email? Unsubscribe from this email.
Email reference id: [#45d0df16f2ea40759d3656f834970b06#]
Please don't remove this number. eBay customer support may ask you fo
 number, if you should need assistance.
Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@novocin.com about your account re
ed on www.ebay.com.

eBay sends these emails based on the preferences you set for your acc
To unsubscribe from this email, change your communication preferences
e note that it may take up to 10 days to process your request. Visit
vacy Policy and User Agreement if you have any questions.

Copyright =C2=A9 2012 eBay Inc. All Rights Reserved. Designated trade
brands are the property of their respective owners. eBay and the eBay
re trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Aven
 Jose, CA 95125.=20



FoR
DOC 551
Filed April 9, 2024

EXHIBIT #8C

```
--B_3739174330_4019078869
Content-type: text/html;
    charset="UTF-8"
Content-transfer-encoding: quoted-printable

<html><head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dutf
body><div dir=3D"ltr"><br><div class=3D"gmail_quote">----------- Forwa
e ----------<br>From: <b class=3D"gmail_sendername">eBay</b> <span di
lt;<a href=3D"mailto:ebay@ebay.com">ebay@ebay.com</a>&gt;</span><br>D
 Dec 1, 2012 at 9:54 PM<br>Subject: Your eBay item sold! 1972 Origina
ainting Man With Red Umbrella Signed Annamarie Trombetta yqz (3308331
br>To: <a href=3D"mailto:ebay@novocin.com">ebay@novocin.com</a><br><b
v=3D"ltr"><div id=3D"m_3729392004584666707Header"><div><table border=3D"0" ce
0" cellspacing=3D"0" width=3D"100%"><tbody><tr><td width=3D"100%" sty
:break-word"><table cellpadding=3D"2" cellspacing=3D"3" border=3D"0"
<tbody><tr><td width=3D"1%" nowrap=3D""><img src=3D"http://q.ebaystat
s/logos/ebay_95x39.gif" height=3D"39" width=3D"95" alt=3D"eBay"></td>
ft" valign=3D"bottom"><span style=3D"font-weight:bold;font-size:xx-sm
mily:verdana,sans-serif;color:#666"><b>eBay sent this message to Norb
Marie Novocin (estateauctionsinc).</b><br></span><span style=3D"font-
mall;font-family:verdana,sans-serif;color:#666">Your registered name
uded to show this message originated from eBay. <a href=3D"http://pag
om/help/confidence/name-userid-emails.html" target=3D"_blank">Learn m
/span></td></tr></tbody></table></td></tr></tbody></table></div></div
d=3D"m_3729392004584666707Title"><div><table style=3D"background-colo
border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tbod
=3D"8" valign=3D"top"><img src=3D"http://q.ebaystatic.com/aw/pics/glo
urve.gif" height=3D"8" width=3D"8"></td><td valign=3D"bottom" width=3
tyle=3D"font-weight:bold;font-size:14pt;font-family:arial,sans-serif;
0;margin:2px 0 2px 0">Congratulations, your item sold!</span></td><td
"8" valign=3D"top" align=3D"right"><img src=3D"http://p.ebaystatic.co
balAssets/rtCurve.gif" height=3D"8" width=3D"8"></td></tr><tr><td sty
und-color:#fc0" colspan=3D"3" height=3D"4"></td></tr></tbody></table>
><div id=3D"m_3729392004584666707SingleItemCTA"><div><table border=3D
ding=3D"2" cellspacing=3D"3" width=3D"100%"><tbody><tr><td><font styl
10pt;font-family:arial,sans-serif;color:#000">Dear estateauctionsinc,
border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tbod
src=3D"http://q.ebaystatic.com/aw/pics/s.gif" height=3D"10" alt=3D"":
tbody></table>You did it! Your item sold. Please ship this item to th
 after your buyer pays. As soon as your buyer pays, print your eBay s
 label.<table border=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=
><tr><td><img src=3D"http://q.ebaystatic.com/aw/pics/s.gif" height=3D
"></td></tr></tbody></table><div>Complete one of the following:<br><u
=3D"list-style-type:disc;margin:10px 10 10 14px"><li><a href=3D"http:
y.com/rover/0/e12011.m354.l1337/7?euid=3D45d0df16f2ea40759d3656f83497
```

EAI000076

For

Doc 551

Filed April 9, 2024

EXHIBIT # 52

8D

```
loc=3Dhttp%3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FPrintPost
nsactionid%3D0%26itemid%3D330833102936%26ssPageName%3DADME%3AL%3AEOIS
%3A1337" target=3D"_blank">Print a shipping label</a> Avoid a trip to
office, print and pay for your label at home. Printing shipping labe
Bay also offers you reduced pricing on some shipping services, and wh
print shipping labels on eBay, your tracking information is uploaded
ically.</li><li><a href=3D"http://rover.ebay.com/rover/0/e12011.m354.
uid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fpayment
2Fws%2FeBayISAPI.dll%3FAddTrackingNumber2%26flow%3Dmyebay%26LineID%3D
02936_0%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1663" target=3D"_blan
e shipping and tracking information</a>. When you upload tracking inf
n to eBay, we'll send it to your buyer and let them know the item is
way. This will save you time, and may result in fewer questions from
and higher detailed seller ratings.</li><li><a href=3D"http://rover.e
over/0/e12011.m354.l1662/7?euid=3D45d0df16f2ea40759d3656f834970b06&am
p%3A%2F%2Fmy.ebay.com%2Fws%2FeBayISAPI.dll%3FMyEbayBeta%26CurrentPage
ayNextSold%26ssPageName%3DADME%3AL%3AEOISSA%3AUS%3A1662" target=3D"_b
k your item as shipped in My eBay</a>. Do this, and we'll let your bu
w the item is on its way. This will save you time, and may result in
uestions from buyers and higher detailed seller ratings.</li></ul>You
always <a href=3D"http://rover.ebay.com/rover/0/e12011.m354.l1332/7?
df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Ffeedback.ebay.com
BayISAPI.dll%3FLeaveFeedback2%26show_as%3Dsold%26ssPageName%3DADME%3A
SSA%3AUS%3A1332" target=3D"_blank">leave feedback</a> for your buyer
age them to buy from you again.<br><br></div></font><div><table width
cellpadding=3D"0" cellspacing=3D"0" border=3D"0"><tbody><tr><td vali
n=3D"center" width=3D"100" nowrap=3D""><a href=3D"http://rover.ebay.c
11.m43.l1123/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp
i.ebay.com%2Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ss
e%3DADME%3AL%3AEOISSA%3AUS%3A1123" target=3D"_blank"><img src=3D"http
baystatic.com/pict/330833102936.jpg" alt=3D"1972 Original Oil Paintin
h Red Umbrella Signed Annamarie Trombetta yqz" border=3D"0"></a></td>
an=3D"2" valign=3D"top"><table width=3D"100%" cellpadding=3D"0" cells
er=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:arial,san
or:#000" colspan=3D"2"><a href=3D"http://rover.ebay.com/rover/0/e1201
/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fcgi
Fws%2FeBayISAPI.dll%3FViewItem%26item%3D330833102936%26ssPageName%3DA
%3AEOISSA%3AUS%3A1123" target=3D"_blank">1972 Original Oil Painting M
ed Umbrella Signed Annamarie Trombetta yqz</a></td></tr><tr><td style
size:10pt;font-family:arial,sans-serif;color:#000" width=3D"15%" nowr
ign=3D"top"><font style=3D"font-weight:bold;font-size:10pt;font-famil
s-serif;color:#000">Sale price:</font></td><td style=3D"font-size:10p
mily:arial,sans-serif;color:#000" valign=3D"top"><font style=3D"font-
;font-size:10pt;font-family:arial,sans-serif;color:#000">$181.50</fon
</tr><tr><td style=3D"font-size:10pt;font-family:arial,sans-serif;col
width=3D"15%" nowrap=3D"" valign=3D"top">Quantity sold:</td><td style
0pt;font-family:arial,sans-serif;color:#000" valign=3D"top">1</td></t
```

Cut Off

F-01

DOC 551
Filed April 9, 2024

8 E

EXHIBIT #50

```
style=3D"font-size:10pt;font-family:arial,sans-serif;color:#000" wid
nowrap=3D"" valign=3D"top">Sale date:</td><td style=3D"font-size:10pt
arial,sans-serif;color:#000" valign=3D"top">Dec-01-12 18:54:01 PST</t
r><td style=3D"font-size:10pt;font-family:arial,sans-serif;color:#000
15%" nowrap=3D"" valign=3D"top">Buyer:</td><td style=3D"font-size:10p
:arial,sans-serif;color:#000" valign=3D"top">nina correia</td></tr><t
le=3D"font-size:10pt;font-family:arial,sans-serif;color:#000" width=3
ap=3D"" valign=3D"top"></td><td style=3D"font-size:10pt;font-family:a
if;color:#000" valign=3D"top"><div><table border=3D"0" cellpadding=3D
ng=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:arial,san
or:#000" valign=3D"top" class=3D"m_3729392004584666707noWrap"><font s
size:10pt;font-family:arial,sans-serif;color:#000">9naclock (<a href=
:ninascorreia@aol.com" target=3D"_blank">ninascorreia@aol.com</a>) [<
ttp://contact.ebay.com/ws/eBayISAPI.dll?ReturnUserEmail&amp;requested
ck&amp;redirect=3D0&amp;iid=3D330833102936" target=3D"_blank">contact
font</td></tr></tbody></table></div></td></tr><tr><td style=3D"font-
;font-family:arial,sans-serif;color:#000" width=3D"15%" nowrap=3D"" v
>Buyer's shipping address:</td><td style=3D"font-size:10pt;font-famil
ans-serif;color:#000" valign=3D"top"><div><table border=3D"0" cellpad
llspacing=3D"0"><tbody><tr><td style=3D"font-size:10pt;font-family:ar
rif;color:#000" valign=3D"top" class=3D"m_3729392004584666707noWrap"
ina correia</td></tr><tr><td style=3D"font-size:10pt;font-family:aria
rif;color:#000" valign=3D"top" class=3D"m_3729392004584666707noWrap"
4215 prairie flower ct</td></tr><tr><td style=3D"font-size:10pt;font-
ial,sans-serif;color:#000" valign=3D"top" class=3D"m_3729392004584666
nowrap=3D"">reno, NV 89511-6710 United States</td></tr></tbody></tabl
/td></tr><tr><td colspan=3D"2"><font style=3D"font-size:10pt;font-fam
ans-serif;color:#000"><a href=3D"http://rover.ebay.com/rover/0/e12011
1/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%2F%2Fcg
%2Fws%2FeBayISAPI.dll%3FSellHub3%26ssPageName%3DADME%3AL%3AEOISSA%3AU
1" target=3D"_blank">Sell another Item</a> | <a href=3D"http://rover.
ver/0/e12011.m43.l1156/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;
3A%2F%2Fpayments.ebay.com%2Fws%2FeBayISAPI.dll%3FUnifiedCheckoutSelle
Details%26itemId%3D330833102936%26transId%3D0%26buyerid%3D0%26ssPageN
DME%3AL%3AEOISSA%3AUS%3A1156" target=3D"_blank">Send invoice to buyer
t</td></tr></tbody></table></td></tr></tbody></table></div></td><td
"top" width=3D"185"><div><span style=3D"font-weight:bold;font-size:10
ily:arial,sans-serif;color:#000"><strong>Provide shipping information
g></span><table border=3D"0" cellpadding=3D"0" cellspacing=3D"0" widt
dy><tr><td><img src=3D"http://q.ebaystatic.com/aw/pics/s.gif" height=
"></td></tr></tbody></table><a href=3D"http://rover.ebay.com/rover/0
44.l1121/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3A%
y.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%3DMyeBaySold%26ssPa
3DADME%3AL%3AEOISSA%3AUS%3A1121" title=3D"http://rover.ebay.com/rover
.m44.l1121/7?euid=3D45d0df16f2ea40759d3656f834970b06&amp;loc=3Dhttp%3.
bay.com%2Fws%2FeBayISAPI.dll%3FMyeBay%26CurrentPage%3DMyeBaySold%26ss
e%3DADME%3AL%3AEOISSA%3AUS%3A1121" target=3D"_blank"><img src=3D"http
```

DOC 551
Filed April 9 2024

EXHIBIT #52

8F

```
atic.com/aw/pics/buttons/btnGotoMyeBay.gif" border=3D"0" height=3D"32
0"></a><br><span style=3D"font-style:italic;font-size:8pt;font-family
ns-serif;color:#000"></span></div></td></tr></tbody></table><br></div
<div id=3D"m_3729392004584666707OneClickDigestOrUnsubscribe"><div><di
m_3729392004584666707cub-cwrp"><h3 class=3D"m_3729392004584666707cub-
ct your email preferences</h3><div class=3D"m_3729392004584666707cub-
 class=3D"m_3729392004584666707cub-ulst"><li><span class=3D"m_3729392
7cub-ltxt"><span>Want to reduce your inbox email volume? <a href=3D"h
ebay.com/ws/eBayISAPI.dll?DigestEmail&amp;emailType=3D12011" target=3
eceive this email as a daily digest</a>.</span><br><span>For other em
est options, go to <a href=3D"http://my.ebay.com/ws/eBayISAPI.dll?MyE
mp;CurrentPage=3DMyeBayNextNotificationPreferences" target=3D"_blank"
on Preferences</a> in My eBay.</span><br></span></li><li><span class=
392004584666707cub-ltxt"><span>Don't want to receive this email? <a h
tp://my.ebay.com/ws/eBayISAPI.dll?EmailUnsubscribe&amp;emailType=3D12
et=3D"_blank">Unsubscribe from this email</a>.</span><br></span></li>
v></div></div></div><div id=3D"m_3729392004584666707MarketPlaceSafety
v><div id=3D"m_3729392004584666707Footer"><div><hr style=3D"HEIGHT:1p
order=3D"0" cellpadding=3D"0" cellspacing=3D"0" width=3D"100%"><tbody>
"100%"><font style=3D"font-size:10pt;font-family:arial,sans-serif;col
<b>Email reference id: [#<wbr>45d0df16f2ea40759d3656f834970b<wbr>06#]
>Please don't remove this number. eBay customer support may ask you f
 number, if you should need assistance.</font></td></tr></tbody></tab
</div><hr style=3D"HEIGHT:1px"><table border=3D"0" cellpadding=3D"0"
0" width=3D"100%"><tbody><tr><td width=3D"100%"><font style=3D"font-s
font-family:verdana;color:#666"><a href=3D"http://pages.ebay.com/educ
oftutorial/index.html" target=3D"_blank">Learn More</a> to protect yo
om spoof (fake) emails.<br><br>eBay sent this email to you at <a href
o:ebay@novocin.com" target=3D"_blank">ebay@novocin.com</a> about your
registered on <a href=3D"http://www.ebay.com" target=3D"_blank">www.e
.<br><br>eBay sends these emails based on the preferences you set for
ccount. To unsubscribe from this email, change your <a href=3D"http:/
com/ws/eBayISAPI.dll?MyEbayBeta&amp;CurrentPage=3DMyeBayNextNotificat
ences" target=3D"_blank">communication preferences</a>. Please note t
y take up to 10 days to process your request. Visit our <a href=3D"ht
s.ebay.com/help/policies/privacy-policy.html" target=3D"_blank">Priva
</a> and <a href=3D"http://pages.ebay.com/help/policies/user-agreemen
arget=3D"_blank">User Agreement</a> if you have any questions.<br><br
t =C2=A9 2012 eBay Inc. All Rights Reserved. Designated trademarks an
e the property of their respective owners. eBay and the eBay logo are
arks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San J
 95125. </font></td></tr></tbody></table><img src=3D"http://rover.eba
eropen/0/e12011/7?euid=3D45d0df16f2ea40759d3656f834970b06" height=3D"
"></div></div></div><br></div></body></html>

--B_3739174330_4019078869--
```

cut
off

EAI000079

For
Doc
551
Filed April 9, 2024

EXHIBIT

#
8C

I am requesting the full Raw Message for the recently produced for the *Page 1*

December 1, 2012 eBay sales receipt for the 1972 Original Oil Painting Man With Red Umbrella sold by your client Norb Novocin.

Kindly produce this raw message of this email as soon as possible. *April 9,2024*

Submitted by
Annamarie Trombetta

*FOR Doc. 531*

*EXHIBIT #5*

*Page 1*

**From:** Anderson Duff <ajd@hoganduff.com>
**Sent:** Wednesday, November 16, 2022 1:08 PM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Cc:** Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

Dear Ms. Trombetta:

Please find a version of the email previously produced as EAI000058-EAI000059 attached. As previously discussed, my clients are producing this email again solely because a small portion of the email was cutoff when it was converted to a .pdf. To avoid confusion, I have stamped the email as EAI000060 rather than reproducing it with the same bates number. Since you have taken the position in several filings that I fabricated evidence because the @ symbol did not appear in an email my clients produced, I made sure that the @ symbols were preserved when converting this email to a .pdf for production.

With respect to your request for "ALL eBay emails to the buyer Nina Correria's proof of payment and all eBay emails from Nina Correria to Norb Novocin and Estate Auctions Inc.," my clients cannot produce documents that do not exist. We have discussed this issue *many* times.

Best,

-Anderson-
646.450.3607
HoganDuff.com

**From:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Date:** Wednesday, November 16, 2022 at 8:59 AM
**To:** "Anderson J. Duff" <ajd@hoganduff.com>, Adam Bialek



**Re: Email**

Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Fri 11/18/2022 2:39 PM

To: Anderson Duff <ajd@hoganduff.com>;Adam Bialek <adam.bialek@wilsonelser.com>;Farmer, Jana
S. <Jana.Farmer@wilsonelser.com>;Haimson, Nicole <Nicole.Haimson@wilsonelser.com>

To All Parties,

EXHIBIT #5

On October 28, 2022 Plaintiff called for a Meet and Confer to conclude
Discovery. Plaintiff notes to all parties that I addressed the incomplete eBay
receipt for the 1972 Original Oil Painting Man With Red Umbrella to Mr.
Duff. All the WorthPoint's attorneys were in attendance did not state that
the Novocin eBay receipt was produced on the 28th. Aside from this none of
the attorneys, particularly Mr. Bialek at any time and day --the 28th of
October confirmed any production of the Novocin eBay receipt had been
produced to Mr. Duff or Plaintiff.

Please Note that On October 29, 2022 Plaintiff sent to all the attorneys, pages
74 to 79 of the September 21, 2022 Deposition by Mr. Novocin who claims he
keeps all his eBay emails . None of the attorneys sent me the Novocin eBay
receipt dated Dec. 1, 2012.

In fact on October 31, 2022 Mr. Duff confirmed he would send me a complete
copy of 1972 Original Oil Painting Man With Red Umbrella from his client
when it became available.

There seems to be so many contradictions to your claim Mr. Bialek. Can you
explain why --if the eBay receipt was produced on the 21st of September why you
did not email the eBay receipt to Plaintiff before yesterday, November 17,
2022.

Submitted Nov. 18, 2022
Annamarie Trombetta

---

**From:** Anderson Duff <ajd@hoganduff.com>
**Sent:** Thursday, November 17, 2022 1:36 PM
**To:** Bialek, Adam <Adam.Bialek@wilsonelser.com>; Annamarie Trombetta
<annamarietrombettalegal@outlook.com>; Annamarie Trombetta <atrombettaart@gmail.com>;
ajd@andersonjduff.com <ajd@andersonjduff.com>
**Cc:** Farmer, Jana S. <Jana.Farmer@wilsonelser.com>; Haimson, Nicole

## Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

EXHIBIT #5 Page 3

**Anderson Duff** <ajd@hoganduff.com>

Fri 11/18/2022 6:47 PM

To: Annamarie Trombetta <annamarietrombettalegal@outlook.com>
Cc: Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>

Please keep in mind that my clients will be seeking an award of attorneys' fees from you. Every redundant, nonsensical demand you make of me will contribute to that cost. At present, we believe you will be paying in excess of $50k for my fees alone at the conclusion of this matter.

Best,

–Anderson–
646.450.3607

---

**From:** Anderson Duff <ajd@hoganduff.com>
**Sent:** Friday, November 18, 2022 6:42:16 PM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Cc:** Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

Ms. Trombetta:

Please confirm receipt of this email before 10:00 pm ET tonight.

Best,

–Anderson–
646.450.3607

---

**From:** Anderson Duff <ajd@hoganduff.com>
**Sent:** Friday, November 18, 2022 6:40:17 PM
**To:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Cc:** Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

**Adam sent this email to you as an attachment.**

**Best,**

**–Anderson–**
**646.450.3607**

*Exhibit #4*

*For Doc 551 – April 19 2024*
*Exhibit #5*

*Page 4*

---

**From:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Sent:** Friday, November 18, 2022 2:20:20 PM
**To:** Anderson Duff <ajd@hoganduff.com>
**Cc:** Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

Mr. Duff,

On November 17, 2022 --yesterday---I sent you an example of a "raw Message"
for an eBay notice dated July 16, 2022. Kindly open it and review it and you will
see what it is I am requesting. Every email server has some kind of Original
message. If it was an gmail account you have to go to MORE and click on Original
and you will find the text and codes for the message.

Submitted by
Annamarie Trombetta

---

**From:** Annamarie Trombetta <annamarietrombettalegal@outlook.com>
**Sent:** Thursday, November 17, 2022 9:14 AM
**To:** Anderson Duff <ajd@hoganduff.com>
**Cc:** Adam Bialek <adam.bialek@wilsonelser.com>; Farmer, Jana S.
<Jana.Farmer@wilsonelser.com>; Haimson, Nicole <Nicole.Haimson@wilsonelser.com>
**Subject:** Re: Norb Novocin Deposition Full Production of Exhibit #4 -2 Page eBay email

Mr. Duff,

Attached are two eBay Raw Message for my emails from ebay.



Re: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

From: WorthPoint Customer Support (support@worthpoint.desk-mail.com)

To: trombettaart@yahoo.com

Date: Saturday, February 20, 2016, 10:25 AM EST

## Ticket #57565: Artist Annamarie Trombetta----Fraudulent Artwork--and links to Fraudulent Artwork

**WorthPoint** | Feb 20, 2016 10:24AM EST

Thank you for submitting your request. We have received your request and are working on responding to you as soon as possible. If you have any additional information to add to this case, please reply to this email.

Thanks in advance for your patience and support.

This message was sent to trombettaart@yahoo.com in reference to Case #57565.

# EXHIBIT # 3

Plaintiff's April 12, 2024 email to  Pro Se Office to confirm correction of Exhibits #1   #3   # 5 # 6 and # 8  removed from <u>Doc. 554</u>  and correctly attached to <u>Doc. 551 filed on April 10, 2024.</u>

 **Gmail**

**Annamarie Trombetta <atrombettaart@gmail.com>**

## 2018-CV-0993 --No filing --Confirmation on Correction for File 551
1 message

**Annamarie Trombetta** <atrombettaart@gmail.com>                                        Fri, Apr 12, 2024 at 3:55 PM
To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

I am the Pro Se Plaintiff in Case 2018-CV -0993
Plaintiff          Annamarie Trombetta
 Address          175 East 96th Street  (12 R)
                   New York,  New York 10128
Telephone      (212) 427-5990

To the Pro Se Office,

 Today I spoke with Mr. Brucato .

The April 11, 2024 Document 554 should contain one letter dated April 11, 2024 with  six other documents

There was a mistake made in this file.   Exhibits that were to go  in Doc. 541 EXHIBIT #1 #3 #8 #5 and #6  were added to Doc. 554.

After speaking with Mr. Brucato on Friday  April 12, 2024, he assured me he would move the EXHIBITS  #1 #3 # 5  #6 and #8 to Doc. 541 which is Plaintiff's Responses to Defendants Estate Auctions Inc. Memorandum of Law.
551 AT
Kindly confirm that the EXHIBITS  #1 #3 #8 #5 and #6  are attached to Doc. 541.

Kindly confirm that Doc. 554 has ONLY. one letter with six blue and white outlook email attached documents

With Appreciation,
Plaintiff Annamarie Trombetta