# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2025 APR -4 PM 2:19

Annamarie Trombetta
{Plaintiff}

(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 cv 0993 (LTS)(SLC)

-against-

**NOTICE OF APPEAL**

Estate Auctions Inc. Norb Novocin, Marie Novocin
Worthpoint Corporation {Defend

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Annamarie Trombetta

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☒ order entered on: March 7, 2025
(date that judgment or order was entered on docket)

that: I hereby appeal all aspects of the March 7, 2025 memorandum, judment and order.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

April 4, 2025
Dated

Signature: Annamarie Trombetta

Name (Last, First, MI): Annamarie Trombetta

Address: 175 East 96th Street  City: New York  State: New York  Zip Code: 10128

Telephone Number: (929) 286-3235

E-mail Address (if available): annamarietrombettalegal@outlook.com

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13